**Hawaiian Electric Industries, Inc. (HE)**                               **Bhapinderpal S Bhangal**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 8/10/2023 | 29 | $33.5800 |
| Purchase | 8/10/2023 | 29 | $33.6500 |
| Purchase | 8/10/2023 | 3 | $33.5500 |
| Purchase | 8/11/2023 | 2 | $32.4999 |