# EXHIBIT A

**Hawaiian Electric Industries, Inc. (HE)**
**Class Period: February 28, 2019 to August 16, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 65-Days* Mean Price $12.6424 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | | |
| Daniel Warren | 10/8/2020 | 1,000 | $34.6900 | ($34,690) | 3/31/2021 | (69) | $44.3200 | $3,058 | | | | |
| Daniel Warren | 10/29/2021 | 75 | $40.5000 | ($3,038) | 3/31/2021 | (595) | $44.3200 | $26,370 | | | | |
| Daniel Warren | 10/29/2021 | 925 | $40.5000 | ($37,463) | 3/31/2021 | (236) | $44.3000 | $10,455 | | | | |
| Daniel Warren | 11/8/2021 | 2,000 | $40.1000 | ($80,200) | 3/31/2021 | (100) | $44.3000 | $4,430 | | | | |
| Daniel Warren | 11/8/2021 | 1,505 | $41.0300 | ($61,750) | 12/13/2022 | (700) | $41.3800 | $28,966 | | | | |
| Daniel Warren | 11/8/2021 | 495 | $41.0300 | ($20,310) | 12/13/2022 | (200) | $41.3601 | $8,272 | | | | |
| Daniel Warren | 11/16/2021 | 1,000 | $40.1000 | ($40,100) | 12/13/2022 | (100) | $41.3700 | $4,137 | | | | |
| Daniel Warren | 11/29/2021 | 10 | $39.1698 | ($392) | 7/5/2023 | (1,000) | $36.4006 | $36,401 | | | | |
| Daniel Warren | 11/29/2021 | 180 | $39.1698 | ($7,051) | | | | | | | | |
| Daniel Warren | 11/29/2021 | 199 | $39.1698 | ($7,795) | | | | | | | | |
| Daniel Warren | 11/29/2021 | 2,111 | $39.1698 | ($82,687) | | | | | | | | |
| Daniel Warren | 12/13/2021 | 50 | $40.6744 | ($2,040) | | | | | | | | |
| Daniel Warren | 3/11/2022 | 70 | $42.6398 | ($2,993) | | | | | | | | |
| Daniel Warren | 6/13/2022 | 72 | $41.9043 | ($3,017) | | | | | | | | |
| Daniel Warren | 9/12/2022 | 75 | $40.4007 | ($3,042) | | | | | | | | |
| Daniel Warren | 12/12/2022 | 75 | $40.9789 | ($3,069) | | | | | | | | |
| Daniel Warren | 3/13/2023 | 78 | $36.4287 | ($2,823) | | | | | | | | |
| Daniel Warren | 6/12/2023 | 75 | $37.8067 | ($2,851) | | | | | | | | |
| **Daniel Warren** | | **9,995** | | **($395,310)** | | **(3,000)** | | **$122,089** | **6,995** | **6,995** | **$88,439** | **($184,782)** |
| **Account 2** | | | | | | | | | | | | |
| Daniel Warren | 9/16/2020 | 1,300 | $33.2700 | ($43,251) | 1/28/2021 | (900) | $33.7000 | $30,330 | | | | |
| Daniel Warren | 9/16/2020 | 325 | $33.2800 | ($10,816) | 1/28/2021 | (100) | $33.7000 | $3,370 | | | | |
| Daniel Warren | 9/16/2020 | 375 | $33.2700 | ($12,476) | 3/31/2021 | (2,000) | $44.2501 | $88,500 | | | | |
| Daniel Warren | 10/7/2020 | 1,000 | $34.9000 | ($34,900) | 9/29/2023 | (2,500) | $12.8455 | $32,114 | | | | |
| Daniel Warren | 5/13/2021 | 1,538 | $44.5100 | ($68,456) | | | | | | | | |
| Daniel Warren | 5/13/2021 | 383 | $44.5100 | ($17,047) | | | | | | | | |
| Daniel Warren | 5/13/2021 | 79 | $44.5100 | ($3,516) | | | | | | | | |
| Daniel Warren | 9/1/2022 | 500 | $39.4889 | ($19,744) | | | | | | | | |
| **Daniel Warren** | | **5,500** | | **($210,208)** | | **(5,500)** | | **$154,314** | **2,500** | **0** | **$0** | **($55,894)** |
| **Daniel Warren** | | **15,495** | | **($605,517)** | | **(8,500)** | | **$276,403** | **9,495** | **6,995** | **$88,439** | **($240,675)** |

*Avg Closing Prices from August 17, 2023 to October 20, 2023