Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

James M. Wilson, Jr. *(pro hac vice* forthcoming)
Robert W. Killorin *(pro hac vice* forthcoming)
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Mark Williams*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO,<br><br>Defendants. | Case No. 3:23-cv-04332-JSC<br><br>**MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 8-19th Floor |

---

**MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5**
**No. 3:23-cv-04332-JSC**

**INTRODUCTION**

Pursuant to Local Rules 7-11 and 79-5(c), Movant Mark Williams ("Williams") submits this Administrative Motion to File Under Seal ("Motion") requesting that this Court enter an order permitting the filing of a version of Exhibit A to the Declaration of Lisa Omoto in Support of Mark Williams' Response to Competing Applicants' Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Engagement Agreement") that redacts only certain personal information. Williams is submitting an unredacted version of Exhibit A with this Motion under seal.

As set forth below, in the Declaration of Lisa T. Omoto, filed concurrently, good cause and compelling reasons exist for granting this Motion. Williams asks the Court to permit him to file a true and correct copy of his Engagement Agreement with the Faruqi Firm that redacts his home address and email address. All other information in the Engagement Agreement will remain unredacted and viewable by the public.

Courts in this circuit have routinely sealed similar information due to privacy concerns. *See e.g., Nursing Home Pension Fund v. Oracle Corp.*, No. C01-00988 MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("The Ninth Circuit has found that compelling reasons exist to keep personal information confidential to protect an individual's privacy interest and to prevent exposure to harm or identity theft."); *O'Connor v. Uber Techs., Inc.*, No. C-13-3826 EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015) (finding compelling reasons to redact email address for privacy concerns); *Darisse v. Nest Labs, Inc.*, No. 14-cv-01363-BLF, 2016 WL 11474174, at *2 (N.D. Cal. June 2, 2016) (finding compelling reasons to seal plaintiff's email address). Here, the Engagement Agreement between the Faruqi Firm and Williams contains his home address and email address. This information could be used, either individually or in combination with other personal information such as full name and other personally identifiable information, to perpetrate fraud and identity theft or for other improper purposes. Moreover, the public has a "minimal interest" in having access to such private information about Plaintiff. *O'Connor*, 2015 WL 355496, at *3 ("the email address is not relevant to any of the issues in this litigation, nor would the public have any real interest in its disclosure"). Finally, the Motion seeks sealing of

1

**MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5**
**No. 3:23-cv-04332-JSC**

only those materials that Plaintiffs believe necessary to protect their private interests. *Darisse*, 2016 WL 11474174, at *2 ("references to [plaintiff's] street[] and email addresses . . . . is narrowly tailored.").

### CONCLUSION

For the foregoing reasons, Williams respectfully requests that the Court grant his Administrative Motion to Seal to file a redacted version of the Engagement Agreement that seals only his home address and email address.

Dated:  November 21, 2023

Respectfully submitted,

By: /s/ *Lisa T. Omoto*
      Lisa T. Omoto SBN 303830

**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

James M. Wilson, Jr. *(pro hac vice* forthcoming)
Robert W. Killorin *(pro hac vice* forthcoming)
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: jwilson@faruqilaw.com
      rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Mark Williams and [Proposed] Lead Counsel for the putative Class*

MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5
No. 3:23-cv-04332-JSC