Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

James M. Wilson, Jr. *(pro hac vice* forthcoming)
Robert W. Killorin *(pro hac vice* forthcoming)
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Mark Williams*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO, <br><br> Defendants. | Case No. 3:23-cv-04332-JSC <br><br> **DECLARATION OF LISA T. OMOTO IN SUPPORT OF MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5** <br><br> <u>**CLASS ACTION**</u> <br><br> Judge: Hon. Jacqueline Scott Corley <br> Hearing Date: N/A <br> Time: N/A <br> Courtroom: 8-19th Floor |

DECLARATION OF LISA T. OMOTO IN SUPPORT OF MARK WILLIAMS' ADMINISTRATIVE MOTION
TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO
LOCAL RULES 7-11 AND 79-5
No. 3:23-cv-04332-JSC

I, Lisa T. Omoto, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted in this Court. I am an associate with the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the Administrative Motion to File Under Seal ("Motion") requesting that this Court enter an order permitting the filing of a version of Exhibit A to this declaration (the "Engagement Agreement") that redacts only certain personal information.

2.    The unredacted version of the Engagement Agreement contains Mark Williams' home address and email address.

3.    Attached are true and correct copies of the following:

Exhibit A: The Unredacted Version of the Engagement Agreement

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of November 2023 at Los Angeles, California.

By: /s/ *Lisa T. Omoto*
Lisa T. Omoto

---

1

**DECLARATION OF LISA T. OMOTO IN SUPPORT OF MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5**
No. 3:23-cv-04332-JSC