# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO,<br><br>Defendants. | Case No. 3:23-cv-04332-JSC<br><br>**[PROPOSED] ORDER GRANTING MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Hearing Date: N/A<br>Time: N/A<br>Courtroom: 8-19th Floor |

WHEREAS, Mark Williams ("Williams") pursuant to Local Rules 7-11 and 79-5 filed an Administrative Motion to File Under Seal permitting the filing of a version of Exhibit A to the Declaration of Lisa Omoto in Support of Mark Williams' Response to Competing Applicants' Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Engagement Agreement") that redacts only certain personal information.

AND NOW THIS _____ day of _____ 2023, the Court having considered Williams' Administrative Motion to File Under Seal and all supporting documents, it is hereby ORDERED as follows:

The unredacted version of the Engagement Agreement shall be sealed.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING MARK WILLIAMS' ADMINISTRATIVE MOTION TO FILE A REDACTED VERSION OF ENGAGEMENT AGREEMENT PURSUANT TO LOCAL RULES 7-11 AND 79-5**
**No. 3:23-cv-04332-JSC**