POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Daniel*
*Warren and Proposed Lead Counsel for the*
*Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO,<br><br>Defendants. | Case No.: 3:23-cv-04332-JSC<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN FURTHER SUPPORT OF MOTION OF DANIEL WARREN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Judge:  Hon. Jacqueline Scott Corley<br>Courtroom:  8 – 19th Floor |

DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 3:23-cv-04332-JSC

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Daniel Warren ("Warren"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Warren's motion for appointment as Lead Plaintiff for the Class in the above-captioned action and approval of Warren's selection of Pomerantz as Lead Counsel for the Class; and in opposition to competing motions.

2.      Attached hereto as Exhibit A is a true and correct copy of an opinion and order, dated November 30, 2023, appointing lead plaintiff and approving Pomerantz as lead counsel in the matter *In re Canopy Growth Securities Litigation*, 1:23-cv-04302 (S.D.N.Y.).

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 30, 2023.

> */s/ Jennifer Pafiti*
> Jennifer Pafiti

DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 3:23-cv-04332-JSC

PROOF OF SERVICE

I hereby certify that on November 30, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

2
DECLARATION IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD COUNSEL - 3:23-cv-04332-JSC