**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York, 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
avan@pomlaw.com

*Counsel for Lead Plaintiff Daniel Warren
and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO,<br><br>Defendants. | Case NO.: 3:23-cv-04332-JSC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT** |

I, Austin P. Van, Esq., hereby declare as follows:

1.      I am a partner at Pomerantz LLP ("Pomerantz") and lead counsel ("Lead Counsel") for the Class and Lead Plaintiff Daniel Warren in the above-captioned action (the "Action"). *See* ECF No. 58.

2.      I respectfully submit this declaration in support of Lead Plaintiff Daniel Warren's Administration Motion for Leave to Add Additional Named Plaintiff to the Forthcoming Amended Complaint.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Pursuant to Civil Local Rule 7-11 and Lead Plaintiff's prior representation to the Court (ECF No. 56 at 11), Lead Plaintiff respectfully requests leave to include Emaad Kuhdear as

DECLARATION OF AUSTIN P. VAN IN SUPPORT OF LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO FORTHCOMING AMENDED COMPLAINT
3:23-cv-04332-JSC

- 1 -

an additional named plaintiff in the Amended Complaint due to be filed on March 8, 2024 pursuant to the Stipulation and Order Setting Time to File Amended Complaint and Motion to Dismiss Deadlines. *See* ECF No. 64.

4.      From February 28, 2019 to August 16, 2023, the class period alleged in the Complaint, Mr. Kuhdear purchased Hawaiian Electric shares in reliance upon the allegedly materially false and misleading statements issued by Defendants and was injured thereby.

5.      A true and correct copy of the shareholder certification executed by Emaad Kuhdear and a chart of Mr. Kuhdear's losses is attached hereto as **Exhibit A**.

6.      While Lead Plaintiff anticipates that Mr. Kuhdear's counsel Levi & Korsinsky LLP ("Levi & Korsinsky") would play a modest role in the prosecution of this Action, Lead Plaintiff and Lead Counsel would remain fully in control of the case, with supervision of all work and all primary decision-making being conducted by Lead Plaintiff and Lead Counsel.

7.      Defendants have stated that they take no position on whether the Court permits the current Lead Plaintiff and Lead Counsel to name in their forthcoming Amended Complaint any additional named plaintiff or additional counsel for that additional named plaintiff in this matter, but expressly reserve all of their rights and defenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 28th day of February, 2024.


                                        */s/ Austin Van*
                                        Austin P. Van

DECLARATION OF AUSTIN P. VAN IN SUPPORT OF LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO FORTHCOMING AMENDED COMPLAINT
3:23-cv-04332-JSC