**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York, 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Daniel Warren*
*and the Proposed Class*

[Additional counsel in signature block]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO, <br><br> Defendants. | Case NO.: 3:23-cv-04332-JSC <br><br> **CLASS ACTION** <br><br> **LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT** |

Pursuant to Civil Local Rules ("L.R.") 7-11 and Lead Plaintiff's prior representation to the Court (ECF No. 56 at 11), Lead Plaintiff respectfully requests leave to include Emaad Kuhdear as an additional named plaintiff in the Amended Complaint due to be filed on March 8, 2024 pursuant to the Stipulation and Order Setting Time to File Amended Complaint and Motion to Dismiss Deadlines. *See* ECF No. 64. As set forth below, inclusion of Emaad Kuhdear as a named plaintiff will help protect the interests of the putative class by ensuring continuity of class representation in case any issues with a given plaintiff may arise. While Lead Plaintiff anticipates that Mr. Kuhdear's counsel Levi & Korsinsky LLP ("Levi & Korsinsky") would play a modest role in the prosecution of this Action, Lead Plaintiff and Lead Counsel would remain fully in control of the case, with supervision of all work and all primary decision-making being conducted by Lead Plaintiff and Lead Counsel.

Defendants have stated that they take no position on whether the Court permits the current Lead Plaintiff and Lead Counsel to name in their forthcoming Amended Complaint any additional named plaintiff or additional counsel for that additional named plaintiff in this matter, but expressly reserve all of their rights and defenses.[1]

### RELEVANT PROCEDURAL FACTS

On August 24, 2023, Bhapinderpal S. Bhangal filed this securities class action ("Complaint") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder ("Action"). ECF No. 1. On October 23, 2023, the Court received six motions for appointment of lead plaintiff and lead counsel. ECF Nos. 13, 16, 21, 28, 32, 38. On November 6, 2023, plaintiffs Phu Tran, the City of Pontiac Reestablished General Employees' Retirement System, and Daniel Warren together moved to serve jointly as co-lead plaintiffs and for their selections of law firms to serve jointly as co-lead counsel (ECF No. 44). The Court denied the proposal, noting, in part, that "[the plaintiffs

---

[1] *See* Declaration of Austin P. Van in support of Lead Plaintiff Daniel Warren's Administrative Motion for Leave to Add Additional Named Plaintiff to Forthcoming Amended Complaint ("Van Decl."), at ¶7.

LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT
3:23-cv-04332-JSC

- 1 -

did] not specify why serving as joint lead plaintiff will benefit the plaintiff class in this case." ECF No. 48 at 3.  The Court invited the parties to file responses to one another's motions for appointment of lead plaintiff and lead counsel.  ECF No. 48.  In Lead Plaintiff's Reply Memorandum of Law in Further Support of Motion of Daniel Warren for Appointment as Lead Plaintiff and Approval of Lead Counsel, Lead Plaintiff advised the Court that, "[i]f appointed Lead Plaintiff, Warren will only include additional plaintiffs on an Amended Complaint or assign work to law firms other than Pomerantz […] with the Court's express permission." ECF No. 56 at 11.

After considering the parties' responses (ECF Nos. 49–52) and replies (ECF Nos. 54–57) to their lead plaintiff motions, the Court appointed Daniel Warren as Lead Plaintiff and appointed his choice of counsel, Pomerantz LLP ("Lead Counsel"), as lead counsel (ECF No. 58).[2]  On January 8, 2024, the Court entered the parties' scheduling stipulation, directing Lead Plaintiff to file an Amended Complaint no later than March 8, 2024.  ECF No. 64.  With leave to file the Amended Complaint already granted, Lead Plaintiff brings this administrative motion to confirm that it may include Mr. Kuhdear as an additional named plaintiff in the amended complaint.

## ARGUMENT

From February 28, 2019 to August 16, 2023, the class period alleged in the Complaint, Mr. Kuhdear purchased Hawaiian Electric shares in reliance upon the allegedly materially false and misleading statements issued by Defendants and was injured thereby. *See* Van Decl., Exhibit A.

Mr. Kuhdear's inclusion in the Amended Complaint as an additional named plaintiff advances the interests of the Class in multiple ways.  Courts nationwide routinely find that plaintiffs working together confer numerous benefits on the class, including, *inter alia*, shared resources, experience, and expertise, as well as continuity and stability if the lead plaintiff is somehow dismissed or otherwise rejected as a class representative. *See, e.g.*, *In re Lucent Techs. Sec. Litig.*, 221 F. Supp. 2d 472, 483 (D.N.J. 2001) ("additional representation may benefit the

---

[2] The Court did not find that Lead Plaintiff could not include additional named plaintiffs in subsequent amended complaints filed by Lead Plaintiff.  *See* ECF No. 58.

LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT
3:23-cv-04332-JSC

- 2 -

class and provide flexibility, if needed, in the future"); *Laborers Local 1298 Pension Fund v. Campbell Soup Co*., NO. 00-152 (JEI), 2000 U.S. Dist. LEXIS 5481, at *11 (D.N.J. Apr. 24, 2000) (allowing multiple plaintiffs "since each may bring a unique perspective to the litigation"); *Johnson v. Pozen*, 1:07CV599, 2008 U.S. Dist. LEXIS 12004, at *6 (M.D.N.C. Feb. 15, 2008) (allowing multiple plaintiffs where doing so "ensure[d] that a broader range of shareholder interests will be represented"); *Lang v. Tower Group Int'l, Ltd*., 13 Civ. 5852(AT) et al., 2014 U.S. Dist. LEXIS 86496, at *13-*14 (S.D.N.Y. June 17, 2014) (multiple plaintiffs "can 'have the salutary effect of providing greater stability in the prosecution of [the litigation] should a decision be reached at some later stage in the litigation that either . . . plaintiff will not adequately represent the class'") (quoting *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. LaBranche & Co*., 229 F.R.D. 395, 420 (S.D.N.Y. 2004)); *Dolan v. Axis Capital Holdings Ltd.*, Nos. 04 Civ. 8564 (RJH) et al., 2005 U.S. Dist. LEXIS 6538, at *15 (S.D.N.Y. Apr. 13, 2005) (multiple plaintiffs "will be able to pool financial resources, knowledge and experiences, and may also reap the 'benefits of joint decision-making' when pressed with difficult choices") (quoting *Pirelli Armstrong Tire Corp*., 229 F.R.D. at 419); *see also*, *Ferreira v. Funko, Inc.*, 2020 WL 3246328, at *6 (C.D. Cal. June 11, 2020) (permitting multiple lead plaintiffs); *Johnson v. OCZ Tech. Grp., Inc.*, 2013 WL 75774, at *3 (N.D. Cal. Jan. 4, 2013) (same); *Robb v. Fitbit Inc.*, 2016 WL 2654351, at *5 (N.D. Cal. May 10, 2016) (same).

Moreover, courts routinely hold that adding named plaintiffs is permissible under the PSLRA and consistent with Lead Plaintiffs' duties. *See Grand Lodge of Pa. v. Peters*, 560 F. Supp. 2d 1270, 1273 (M.D. Fla. 2008) (it is "permissible" under the PSLRA to add "named plaintiffs to aid the lead plaintiffs"); *Rensel v. Centra Tech., Inc.*, 2018 WL 4829038, at *2 (S.D. Fla. Sept. 25, 2018) (same); *Hunt v. Bloom Energy Corp.*, 2021 WL 1110260, at *2 (N.D. Cal. March 23, 2021) (addition of named plaintiffs "are permissible and consistent with the Lead Plaintiff's duties").

While Lead Plaintiff proposes that Levi & Korsinsky assist Lead Counsel Pomerantz in litigating this action, Lead Plaintiff and Lead Counsel would remain fully in control of the case. They would conduct the majority of the work themselves and supervise any work conducted by or

LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT
3:23-cv-04332-JSC

on behalf of the additional plaintiff.  All primary decision-making in the case would remain with the court-appointed Lead Plaintiff and Lead Counsel.  Courts permit lead counsel to apportion work as appropriate to counsel for an additional plaintiff.  *See, e.g.*, *In re Horizon Cruises Litig.*, No. 94 CIV. 5270 (LMM), 1995 WL 146222, at *1 (S.D.N.Y. Mar. 31, 1995) ("[T]he Court expects [additional class counsel] to remain active in the litigation, and that lead counsel will apportion work (*e.g.,* the taking of depositions) among all three class counsel . . . .").

## CONCLUSION

For the reasons stated, the Court should grant Lead Plaintiff leave to include Mr. Kuhdear in the forthcoming Amended Complaint as an additional named plaintiff.

Dated: February 28, 2024

**POMERANTZ LLP**

*/s/ Austin Van*
Austin P. Van

*Lead Counsel for Lead Plaintiff Daniel Warren & the Proposed Class*

**LEVI & KORSINSKY, LLP**

*/s/ Shannon Hopkins*
Shannon L. Hopkins*
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-5423
shopkins@zlk.com

*Counsel for Emaad Kuhdear*

*\*Pro Hac Vice Submission Forthcoming*

LEAD PLAINTIFF DANIEL WARREN'S ADMINISTRATIVE MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFF TO THE FORTHCOMING AMENDED COMPLAINT
3:23-cv-04332-JSC

- 4 -

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION**

Having considered Lead Plaintiff Daniel Warren's Administrative Motion for Leave to Add Additional Plaintiff to Forthcoming Amended Complaint and the exhibits attached thereto, the pleadings and filings herein, and such other evidence and written or oral arguments as may be presented to the Court,

IT IS HEREBY ORDERED that:

1. Lead Plaintiff's Administrative Motion is GRANTED;

2. Lead Plaintiff may include Emaad Kuhdear as an additional named plaintiff in the Amended Complaint to be filed by March 8, 2024.

IT IS SO ORDERED.

DATED: __March 6, 2024__

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
3:23-cv-04332-JSC