# EXHIBIT B

# Certification of Emaad Kuhdear Pursuant to Federal Securities Laws

I, Emaad Kuhdear ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the Amended Complaint for Violations of the Federal Securities Laws to be filed by March 8, 2023 ("Amended Complaint") and adopt its allegations.

2. I did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel, or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Hawaiian Electric Industries, Inc. which are the subject of this litigation, during the class period alleged in the Amended Complaint are set forth in the chart contained in the Schedule A attached hereto.

5. Other than in this private action, within the last three (3) years I have not sought to serve, nor have I served, as a class representative in any action filed under the federal securities laws.

6. I have not accepted and will not accept any payment for serving as a representative plaintiff on behalf of the class beyond my pro rata share of any recovery, unless ordered or approved by the Court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

Date: 03/04/2024

Name: Emaad Kuhdear

Signature:

## <u>SCHEDULE A</u>

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 08-15-2023 | P | 2000 | $ 20.5800 |
| 08-15-2023 | P | 500 | $ 20.0100 |
| 08-15-2023 | P | 500 | $ 20.0100 |
| 08-15-2023 | P | 1000 | $ 19.9800 |
| 08-15-2023 | P | 500 | $ 20.0000 |
| 08-15-2023 | P | 400 | $ 19.9900 |
| 08-15-2023 | P | 100 | $ 19.9000 |
| 08-16-2023 | P | 500 | $ 14.9600 |
| 08-16-2023 | P | 250 | $ 14.6800 |