MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 UNIVERSITY AVE.
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants Hawaiian
Electric Industries, Inc., Contance H. Lau,
Scott W. H. Seu, Gregory C. Hazelton,
and Paul K. Ito*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO,<br><br>Defendants. | CASE NO.: 3:23-cv-04332-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        September 12, 2024<br>Time:        10:00 a.m.<br>Courtroom:   8—19th Floor<br>Judge:       Jacqueline Scott Corley |

### [PROPOSED] ORDER

The Motion to Dismiss filed by Defendants Hawaiian Electric Industries, Inc. ("HEI"), Constance H. Lau, Scott W. H. Seu, Gregory C. Hazelton, and Paul K. Ito ("Individual Defendants," and with HEI, "Defendants") was heard on September 12, 2024 at 10:00 a.m. by this Court. The Court finds that the motion should be granted.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 70) is **GRANTED**, and the Amended Class Action Complaint is dismissed in its entirety with prejudice.

Dated: _____        _____
                                          Honorable Jacqueline Scott Corley
                                          United States District Judge

1

[PROPOSED] ORDER                                          Case No. 3:23-cv-04332-JSC