MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 UNIVERSITY AVE.
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants Hawaiian Electric Industries, Inc., Contance H. Lau, Scott W. H. Seu, Gregory C. Hazelton, and Paul K. Ito*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON and PAUL K. ITO,<br><br>                     Defendants. | Case No.: 3:23-cv-04332-JSC<br><br>Date: September 12, 2024<br>Time: 10:00 a.m.<br>Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF RAZA RASHEED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

I, Raza Rasheed, declare as follows:

1.    I am an attorney admitted to practice before the courts of the State of California and am a member of the bar of this Court.  I am an associate at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Hawaiian Electric Industries, Inc. ("HEI"), Constance H. Lau, Scott W. H. Seu, Gregory C. Hazelton and Paul K. Ito in the above-captioned matter.  The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.    Pursuant to Civil Local Rules 7-2 and 7-5, I submit this declaration in support of the accompanying Motion to Dismiss the Amended Class Action Complaint (the "Motion").

3.    Attached to this declaration as **Exhibit 1** is a true and correct copy of the Hawaiian Electric Wildfire Mitigation Plan issued by Hawaiian Electric Company, Inc. ("HECO") in 2023. This document is publicly available at:

https://www.hawaiianelectric.com/documents/about_us/our_vision_and_commitment/resilience/20230101_wildfire_mitigation_plan.pdf (last accessed May 6, 2024).

4.    Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the application for a rate increase before the Hawai'i Public Utilities Commission submitted by HECO on June 30, 2022. Citations to this Exhibit in the Motion are made to the page numbers in the bottom right corner, which my office has added for the Court's convenience. This document is publicly available at:

https://www.hawaiianelectric.com/documents/about_us/our_vision_and_commitment/resilience/20220630_resilience_EPRM_application.pdf  (last accessed May 6, 2024).

5.    Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of the 2018 Form 10-K filed by HEI with the Securities & Exchange Commission ("SEC") on February 28, 2019. This document is publicly available on the Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") database at:

https://www.sec.gov/Archives/edgar/data/354707/000035470719000043/hei-201810k.htm (last accessed May 6, 2024).

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS                    CASE No.: 3:23-cv-04332-JSC

6.      Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts of the 2019 Form 10-K filed by HEI with the SEC on February 28, 2020. This document is publicly available on the EDGAR database at:

https://www.sec.gov/Archives/edgar/data/46207/000035470720000045/hei-201910 kuseforsingl.htm (last accessed May 6, 2024).

7.      Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts of the 2020 Form 10-K filed by HEI with the SEC on February 26, 2021. This document is publicly available on the EDGAR database at:

https://www.sec.gov/Archives/edgar/data/46207/000035470721000036/he-20201231.htm (last accessed May 6, 2024).

8.      Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts of the 2021 Form 10-K filed by HEI with the SEC on February 25, 2022. This document is publicly available on the EDGAR database at:

https://www.sec.gov/Archives/edgar/data/46207/000035470722000049/he-20211231.htm (last accessed May 6, 2024).

9.      Attached to this declaration as **Exhibit 7** is a true and correct copy of the 2019 Environmental, Social and Governance ("ESG") Report published by HEI on September 14, 2020. This document is publicly available through HEI's corporate website at:

https://issuu.com/heihawaii/docs/hei_esg_r7.2_singles#google_vignette (last accessed May 6, 2024).

10.     Attached to this declaration as **Exhibit 8** is a true and correct copy of the 2020 ESG Report published by HEI on April 21, 2021. This document is publicly available through HEI's corporate website at: https://issuu.com/heihawaii/docs/hei_esg_2021_r8_singles (last accessed May 6, 2024).

11.     Attached to this declaration as **Exhibit 9** is a true and correct copy of the 2021 ESG Report published by HEI on April 10, 2022. This document is publicly available through HEI's corporate website at: https://issuu.com/heihawaii/docs/hei_esg_2022_r10_singles (last accessed May 6, 2024).

12.     Attached to this declaration as **Exhibit 10** is a true and correct copy of the 2022 ESG Report published by HEI on March 27, 2023. This document is publicly available through HEI's corporate website at: https://issuu.com/heihawaii/docs/2022_hei_esg_r3.2_ (last accessed May 6, 2024).

13.     Attached to this declaration as **Exhibit 11** is a true and correct copy of a 2021-2022 sustainability report titled "Taking Action on Climate Change Together" published by HECO on April 12, 2022. This document is publicly available on HECO's corporate website at: https://view.hawaiianelectric.com/2021-2022-sustainability-report/page/1?_gl=1*1tnpzt7*_ga*MTc3Mjg5NDkyMS4xNzE1MTAzODY2*_ga_8VKC9WNWB9*MTcxNTEwMzg2Ni4xLjAuMTcxNTEwMzg2Ni4wLjAuMA (last accessed May 6, 2024).

14.     Attached to this declaration as **Exhibit 12** is a true and correct copy of a 2022-2023 sustainability report titled "Building a Strong & Resilient Hawaii Together" published by HECO on April 4, 2023. This document is publicly available on HECO's corporate website at: https://view.hawaiianelectric.com/2022-2023-sustainability-report/page/1?_gl=1*ntfiex*_ga*MTAwNzA5MDkxNC4xNzEyMjUxNzM5*_ga_8VKC9WNWB9*MTcxMjYwNzA3MC40LjEuMTcxMjYxMDUxMC4wLjAuMA (last accessed May 6, 2024).

15.     Attached to this declaration as **Exhibit 13** is a true and correct copy of a screenshot of a YouTube video titled "Committed to Wildfire Mitigation" posted by HECO on November 6, 2019. A video recording of this meeting is publicly available on HECO's YouTube page at: https://www.youtube.com/watch?v=I-f8ro9Lumk (last accessed May 6, 2024). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit. At the end of the video, the text "Copyright © 2019 Hawaiian Electric Company, Inc." appears on the bottom of the screen.

16.     Attached to this declaration as **Exhibit 14** is a true and correct copy of a screenshot of a YouTube video titled "Critical Resilience Work Resumes" posted by HECO on June 1, 2020. A video recording of this meeting is publicly available on HECO's YouTube page at: https://www.youtube.com/watch?v=2tOOlAlS3xc (last accessed May 6, 2024). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS                    CASE No.: 3:23-cv-04332-JSC

exhibit. At the end of the video, the text "Copyright © 2020 Hawaiian Electric Company, Inc." appears on the bottom of the screen.

17.    Attached to this declaration as **Exhibit 15** is a true and correct copy of a screenshot of a YouTube video titled "What's on a Utility Pole" posted by HECO on November 23, 2022. A video recording of this meeting is publicly available on HECO's YouTube page at: https://www.youtube.com/watch?v=VCpS6VDLmV4 (last accessed May 6, 2024). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit. At the end of the video, the text "Copyright © 2021 Hawaiian Electric Company, Inc." appears on the bottom of the screen.

18.    Attached to this declaration as **Exhibit 16** is a true and correct copy of a screenshot of a Community Engagement meeting titled "Meeting Maui's Energy Needs" hosted by HECO on August 13, 2023. A video recording of this meeting is publicly available on HECO's YouTube account at: https://www.youtube.com/watch?v=A7d4coZrqVk (last accessed May 6, 2024). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit.

19.    Attached to this declaration as **Exhibit 17** is a true and correct copy of a press release titled "Hawaiian Electric Companies to conduct drone surveys as part of overall wildfire mitigation planning" issued by HECO on November 15, 2019. This document is publicly available on HECO's corporate website at: https://www.hawaiianelectric.com/documents/about_us/news/2019/20191105_hawaiian_electric_companies_fire_mitigation.pdf (last accessed May 6, 2024). The bottom of the document sources the press release to "*Hawaiian Electric Companies*" using hyperlinked text.  If one clicks on the hyperlink, it directs the user to HECO's website, www.hawaiianelectric.com.

20.    Attached to this declaration as **Exhibit 18** is a true and correct copy of a press release titled "Jan. 2 – Feb. 10: Maui Electric upgrading poles, insulated power lines along Lahainaluna Road" issued by Maui Electric on December 19, 2019. This document is publicly available on HECO's corporate website at: https://www.hawaiianelectric.com/documents/about_us/news/2019_maui_electric/20191219_

maui_electric_maui_electric_installs_new_insulated_lines_along_lahainaluna.pdf (last accessed May 6, 2024).

21.    Attached to this declaration as **Exhibit 19** is a true and correct copy of Medium blog post titled "Fire prevention is everyone's business" posted by HECO on October 27, 2021. This document is publicly available at: https://poweringhawaii.medium.com/fire-prevention-is-everyones-business-f71c5a9dcb9 (last accessed May 6, 2024).

22.    Attached to this declaration as **Exhibit 20** is a true and correct copy of a Medium blog post titled "Protecting West Maui from wildfires" posted by HECO on August 22, 2022. This document is publicly available at: https://poweringhawaii.medium.com/protecting-west-maui-from-wildfires-b0dc52e6790d (last accessed May 6, 2024).

23.    Attached to this declaration as **Exhibit 21** is a true and correct copy of a Medium blog post titled "What's on a utility pole?" posted by HECO on March 1, 2023. This document is publicly available at: https://poweringhawaii.medium.com/whats-on-a-utility-pole-db1a6bca594e (last accessed May 6, 2024).

24.    Attached to this declaration as **Exhibit 22** is a true and correct copy of a screenshot of HECO's corporate website page titled "Our Logo," which explains the history of HECO's logo. The image of the logo can be viewed at the top left of the screen. This document is publicly available at: https://www.hawaiianelectric.com/about-us/our-history/our-logo (last accessed May 6, 2024). For the Court's convenience, I have reproduced below an image of HECO's logo.



25.    Attached to this declaration as **Exhibit 23** is a true and correct copy of a screenshot of HEI's corporate website page titled "About Us," which displays HEI's corporate logo. This document is publicly available at: **https://www.hei.com/company-profile/About-**

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS          CASE No.: 3:23-cv-04332-JSC

**HEI/default.aspx.** (last accessed May 6, 2024). For the Court's convenience, I have reproduced below an image of HEI's logo:

26. Attached to this declaration as **Exhibit 24** is a true and correct copy of a screenshot of HECO's YouTube account homepage. This YouTube account page shows HECO's logo on the left hand side of the page. The "About" section of the YouTube account links to HECO's corporate website, hawaiianelectric.com. This document is publicly available at:

https://www.youtube.com/@HawaiianElectric (last accessed May 6, 2024).

27. Attached to this declaration as **Exhibit 25** is a true and correct copy of a screenshot of HECO's corporate website homepage. This document is publicly available at:

www.hawaiianelectric.com (last accessed May 6, 2024).

28. Attached to this declaration as **Exhibit 26** is a true and correct copy of a screenshot of HEI's corporate website homepage. This document is publicly available at:

https://www.hei.com/home/default.aspx (last accessed May 6, 2024).

29. Attached to this declaration as **Exhibit 27** is a true and correct copy of excerpts of Rebuttal Testimonies Exhibits and Workpapers before the Public Utilities Commission submitted by HECO on January 5, 2018. Citations to this Exhibit in the Motion are made to the page numbers in the bottom right corner, which my office has added for the Court's convenience. This document is publicly available through the Public Utilities Commission online docket as Filing No. F-289693 at: https://hpuc.my.site.com/cdms/s/puc-case/a2G8z0000007fVrEAI/pc22228?tabset-a3299=3 (last accessed May 6, 2024).

30. Attached to this declaration as **Exhibit 28** is a true and correct copy of a press release titled "Regulators approve 5-year grid resilience plan" issued by HECO on February 1, 2024. This document is publicly available on HECO's corporate website at:

https://www.hawaiianelectric.com/regulators-approve-5-year-grid-resilience-

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS                    CASE No.: 3:23-cv-04332-JSC

plan#:~:text=1%2C%202024%20%E2%80%93%20The%20Public%20Utilities,against%20severe%20weather%2Drelated%20events (last accessed May 6, 2024).

31.    Attached to this declaration as **Exhibit 29** is a true and correct copy of a screenshot of HECO's corporate website page "Undergrounding Utility Lines." This document is publicly available at: https://www.hawaiianelectric.com/about-us/power-facts/undergrounding-utility-lines (last accessed May 6, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2024 in Los Angeles, California.

By: _____
RAZA RASHEED

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS    CASE No.: 3:23-cv-04332-JSC