# Exhibit 2

BEFORE THE PUBLIC UTILITIES COMMISSION

OF THE STATE OF HAWAI'I

In the Matter of the Application of

HAWAIIAN ELECTRIC COMPANY, INC.          DOCKET NO.
HAWAI'I ELECTRIC LIGHT COMPANY, INC.
MAUI ELECTRIC COMPANY, LIMITED

For Approval to Commit Funds in Excess of
$2,500,000 for Climate Adaptation Transmission
and Distribution Resilience Program and to
Recover Costs through the Exceptional Project
Recovery Mechanism.

**APPLICATION OF
HAWAIIAN ELECTRIC COMPANY, INC.
HAWAI'I ELECTRIC LIGHT COMPANY, INC.
MAUI ELECTRIC COMPANY, LIMITED**

**EXHIBITS A THROUGH L**

**VERIFICATION**

**AND**

**CERTIFICATE OF SERVICE**

Joseph P. Viola
Senior Vice President
Customer, Legal & Regulatory Affairs
Hawaiian Electric Company, Inc.
P. O. Box 2750
Honolulu, Hawai'i 96840

Vice President
Hawai'i Electric Light Company, Inc.
Maui Electric Company, Ltd

1

**TABLE OF CONTENTS**

I.      EXECUTIVE SUMMARY ........................................................................................ 1

II.     APPLICANTS ........................................................................................................ 6

III.    CORRESPONDENCE ............................................................................................ 7

IV.     EXHIBITS .............................................................................................................. 7

V.      REQUESTED APPROVALS .................................................................................. 8

VI.     STATUTORY PROVISION OR AUTHORITY..................................................... 10

VII.    CONTEXT AND GUIDEPOSTS FOR THIS APPLICATION ............................... 10

VIII.   GOVERNMENT AND CUSTOMER STAKEHOLDERS RECOGNIZE THE
        IMPORTANCE OF STARTING INVESTMENTS IN A RESILIENT
        ELECTRIC GRID AS SOON AS POSSIBLE ........................................................ 18

IX.     THE PROPOSED INVESTMENTS ARE FOUNDATIONAL AND
        COMPLEMENTARY TO DER AND MICROGRIDS ........................................... 19

X.      THE PROPOSED INVESTMENTS ARE ALIGNED WITH INDUSTRY BEST-
        PRACTICE ............................................................................................................ 21

XI.     THE PROPOSED INVESTMENTS ARE TARGETED TO OPTIMIZE
        BENEFITS FOR EXPENDITURE.......................................................................... 25

XII.    PROPOSED PROJECT COMPONENTS AND SCOPE......................................... 26

        A.    Critical Transmission Line Hardening............................................ 27

        B.    Critical Customer Circuit Hardening.............................................. 36

        C.    Critical Pole Hardening & Mitigation............................................. 42

        D.    Substation Flood Monitoring ........................................................... 44

        E.    Distribution Feeder Ties (Maui Only) ............................................. 44

        F.    Lateral Undergrounding (Oʻahu Only) ........................................... 45

        G.    Hazard Tree Removal ....................................................................... 47

        H.    Resilience Modeling .......................................................................... 47

i

2

I.      Wildfire Prevention & Mitigation.................................................................... 49

XIII.  COST ESTIMATE.......................................................................................... 52

        A.      Inflation Adjustment Mechanism ...................................................... 55

XIV.   PROJECT BENEFITS .................................................................................... 58

        A.      Current State of the Industry with Respect to Cost-Benefit Analysis for
                Power System Resilience ................................................................... 58

        B.      Benefit-Cost Analysis ........................................................................ 60

XV.    EPRM RECOVERY ...................................................................................... 62

        A.      EPRM Cost Recovery is Appropriate ............................................... 62

        B.      EPRM Recovery Will Follow Established EPRM Guidelines .............. 62

        C.      Accounting Treatment ....................................................................... 64

        D.      Revenue Requirements ...................................................................... 65

        E.      Bill Impact ........................................................................................ 65

XVI.   NON-WIRES ALTERNATIVES ANALYSIS .................................................. 66

XVII.  GREENHOUSE GAS ANALYSIS .................................................................. 66

XVIII. REPORTING .................................................................................................. 67

XIX.   CONCLUSION ............................................................................................... 68

BEFORE THE PUBLIC UTILITIES COMMISSION

OF THE STATE OF HAWAI'I

| | |
|---|---|
| In the Matter of the Application of | |
| HAWAIIAN ELECTRIC COMPANY, INC. HAWAI'I ELECTRIC LIGHT COMPANY, INC. MAUI ELECTRIC COMPANY, LIMITED | DOCKET NO. |
| For Approval to Commit Funds in Excess of $2,500,000 for Climate Adaptation Transmission and Distribution Resilience Program and to Recover Costs through the Exceptional Project Recovery Mechanism. | |

## APPLICATION

TO THE HONORABLE PUBLIC UTILITIES COMMISSION
OF THE STATE OF HAWAI'I:

Hawaiian Electric Company, Inc. ("Hawaiian Electric"), Hawai'i Electric Light

Company, Inc. ("Hawai'i Electric Light"), and Maui Electric Company, Limited ("Maui

Electric") (collectively the "Hawaiian Electric Companies" or "Companies") request approval

from the Public Utilities Commission of the State of Hawai'i to commit funds in excess of

$2,500,000 (currently estimated at $189,727,000 from 2022-2027) for a Climate Adaptation

Transmission and Distribution ("T&D") Resilience Program ("Project") and to recover the

Project costs through the Exceptional Project Recovery Mechanism ("EPRM").

### I.    EXECUTIVE SUMMARY

The Companies serve approximately 95% of Hawai'i's population and operate

approximately 9,400 miles of transmission and distribution lines across five islands that are

foundational to the state's economy and the wellbeing and health of the people of Hawai'i.

4

Ensuring that the Companies' electric system can withstand and recover from severe disruptions and adapt to the changing climate is vital to the resilience of our entire community.

There are multiple aspects of power system resilience, including generation, cybersecurity, transmission, and distribution. Each plays a crucial role in safeguarding the delivery of electric power in the face of threats to this critical resource. The scope of this Application is focused on transmission and distribution system resilience. More specifically, this Application seeks Commission approval for investments over a five-year period to adapt the Companies' transmission and distribution system to our state's changing climate and growing resilience threats through the implementation of high-value, no-regrets actions. The investments include: (1) hardening critical transmission lines, (2) hardening and mitigating risks to critical overhead poles, (3) hardening circuits serving critical customers, (4) flood monitoring of substations, (5) upgrading distribution circuits to provide redundant transformer capacity (Maui only), (6) undergrounding select overhead distribution lines (Oʻahu only), (7) hazard tree removal, (8) state-of-the-art resilience modeling, and (9) wildfire prevention and mitigation. The Companies estimate that the average monthly bill impact of this Project for a typical residential customer will be $0.33 for Hawaiian Electric, $0.86 for Hawaiʻi Electric Light, and $0.71 for Maui Electric.

Having a more resilient power system means that less damage will occur when severe events happen and electric service to customers will be restored more quickly. The benefits of a more resilient electric grid include:

- Critical customer facilities and community lifelines are less likely to have electric service interrupted;
- Critical customer facilities and community lifelines that do lose power can be restored much more quickly;

2

5

- The total length of restoration ("TLR") can be dramatically reduced, resulting in fewer customers being out of power for extended periods of time;

- The local economy returns to normal more quickly, minimizing business losses;

- Storm restoration costs are dramatically reduced;

- Storm inventory levels can be reduced, which lessens storm preparation costs that are passed on to customers; and

- Day-to-day reliability is typically improved.

The Project is consistent with state policy and Commission priorities and reflects industry best practices and significant stakeholder input.

In 2021, Hawai'i was the first state to declare a climate emergency. Specifically, Senate Concurrent Resolution 44 states in part that "based upon the scientific information and expertise available, Hawai'i is in danger of disaster occurrences as a result of the effects of global warming, thereby endangering the health, safety, and welfare of the people, warranting preemptive and protective action[,]" and resolved that "climate mitigation and adaptation efforts [should] mobilize at the necessary scale and speed." Other state laws similarly recognize the urgent need for climate adaptation efforts in Hawai'i. For example, Hawai'i Revised Statutes ("HRS") Section 225P-1 reflects the need to "address the effects of climate change to protect the state's economy, environment, health, and way of life" and "adapt to the inevitable impacts of global warming and climate change...." Likewise, HRS §226-109 sets climate change adaptation priority guidelines to address climate change, including impacts to the energy sector, among others.

These concerns are justified by real events, including recent extreme weather events both in Hawai'i and nationally, which are increasing in both frequency and intensity due to climate

3

6

change. Since 2015, Governor Ige issued at least 15 weather-related emergency proclamations[1] for events including, hurricanes, tropical storms, flooding, landslides, wildfire, and lava eruptions, among others. Hurricane Iniki in Hawai'i, Hurricane Ida in Louisiana, Hurricane Maria in Puerto Rico and Hurricane Sandy in New York all illustrated the extreme damage to the electric system that can occur, and the corresponding difficulty in response and recovery, when a significant hurricane hits unhardened infrastructure. Florida provides an example of a state that suffered damage to its electrical system from hurricanes, but also illustrates how hardening investments can both reduce the level of damage to the system and improve recovery and restoration times. And Hurricane Lane in Hawai'i provides an example of an all too real and recent "close-call" that demonstrates the threats are not a distant future issue and why critical resilience investments should not be delayed.

The Commission has also recognized resilience as a top priority outcome in Docket No. 2018-0088 (Performance-Based Regulation Investigation) and in its support of and participation in the Resilience Working Group ("RWG") to support the Companies' Integrated Grid Planning ("IGP") process.[2] The goal of the RWG is to support the development of resilience planning inputs for Hawai'i's power system including resource, transmission, and distribution assets, in relation to potential societal and economic impacts of potential severe events.

The Project incorporates significant work, recommendations, and input from the RWG. The RWG's members represent a broad range of state and national agencies, commercial and industrial customers, and not-for-profit interest groups.[3] While not encompassing the totality of

---

[1] https://governor.hawaii.gov/emergency-proclamations/
[2] *See*, e.g. Order No. 36388 Convening Phase 2 and Establishing a Procedural Schedule, issued June 26, 2019 at 5-7.
[3] The RWG included representatives of the Commission, Division of Consumer Advocacy,

4

the RWG's recommendations, nor the whole of the resilience work that will be needed over time, Project components were selected as immediate, cost-effective, no-regrets[4] resilience solutions that can be undertaken now to improve the ability of the system to withstand and recover from major storms, hurricanes, and storm-related flooding.

The Project strategies were also developed based on industry best practice and lessons learned from other utilities which have made significant investments in resilience. The initiatives are targeted to prioritize high value projects that will address the greatest vulnerabilities in a cost-effective manner, including critical circuits, structures, poles, and loads. Moreover, based on the Companies' analysis, the benefits of the proposed investments could exceed their estimated costs after just one severe storm hitting the islands.

The investments are also designed to enable and facilitate the delivery of grid services from distributed energy resources ("DER"), including microgrids. Investments in a robust distribution system and hardened transmission backbone will help enable delivery of services and value from these resources to the extent they are available during and after a significant storm event. In other words, the proposed climate adaptation resilience program enables and is necessary to the operation of DER and microgrid resilience solutions. This is similarly true for grid-scale renewables. Investments in key transmission line hardening can enhance the value of grid-scale renewables by helping to ensure and safeguard their availability in resilience scenarios.

---

City & County of Honolulu Emergency Management, City & County of Honolulu Office of Climate Change, Sustainability and Resiliency, Federal Emergency Management Agency, Hawaiʻi Emergency Management Agency, Hawaiʻi National Guard, Hawaiʻi State Energy Office, Hawaiʻi Department of Transportation, United States Army, United States Coast Guard, United States Department of Energy, United States Marine Corps, and United States Navy, among others. See, Exhibit B (*Resilience Working Group Report for Integrated Grid Planning*).

[4] As discussed further below, no-regrets resilience enhancements are 1) based on industry best-practice, 2) do not compete with customer and third-party solutions, and 3) can be implemented in such a way as to produce optimal results for expenditure by targeting assets that are most critical and/or vulnerable and using the most cost-effective means to meet hardening standards

5

The need to adapt to climate change is undeniable and urgent. The Companies submit that the Project is a critical step to addressing this need for the electric transmission and distribution system that is critical to the wellbeing of the state and its inhabitants and at a relatively modest bill impact. While the Companies are seeking approval of these important investments, which need to be made as soon as possible, they are in parallel preparing to pursue federal funding sources that could greatly offset costs to customers – that is, matching funding that may be available under the Bipartisan Infrastructure Investment and Jobs Act, passed by Congress on November 6, 2021 and signed into law by President Biden on November 15, 2021, which includes significant funding for both grid reliability and resiliency as well as flood and wildfire mitigation and coastal resiliency. The Companies will update the Commission as that effort proceeds.

## II.    APPLICANTS

Hawaiian Electric Company, Inc., whose principal place of business and whose executive offices are located at 1001 Bishop Street, Suite 2500, Honolulu, Hawai'i, is a corporation duly organized under the laws of the Kingdom of Hawai'i on or about October 13, 1891, and now exists under and by virtue of the laws of the State of Hawai'i. Hawaiian Electric Company, Inc. is an operating public utility engaged in the production, purchase, transmission, distribution and sale of electricity on the island of O'ahu.

Hawai'i Electric Light Company, Inc., whose principal place of business and whose executive offices are located at 1200 Kilauea Avenue, Hilo, Hawai'i, is a corporation duly organized under the Republic of Hawai'i on or about December 5, 1894, and is now existing under and by virtue of the laws of the State of Hawai'i. Hawai'i Electric Light Company, Inc. is

6

9

an operating public utility engaged in the production, purchase, transmission, distribution, and sale of electricity on the island of Hawaiʻi.

Maui Electric Company, Limited, whose principal place of business and whose executive offices are located at 210 West Kamehameha Avenue, Kahului, Maui, Hawaiʻi, is a corporation duly organized under the Territory of Hawaiʻi on or about April 28, 1921 and now exists under and by virtue of the laws of the State of Hawaiʻi.  Maui Electric Company, Limited is an operating public utility engaged in the production, purchase, transmission, distribution, and sale of electricity on the islands of Maui, Molokaʻi and Lānaʻi.

### III.    CORRESPONDENCE

Correspondence and communications regarding this Application should be addressed to:

Kevin M. Katsura
Director, Regulatory Non-Rate Proceedings
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaiʻi  96840-0001
kevin.katsura@hawaiianelectric.com
Regulatory@hawaiianelectric.com

### IV.    EXHIBITS

The following Exhibits are provided in support of this Application:

Exhibit A – Project Cost Estimate

Exhibit B – Resilience Working Group Report for Integrated Grid Planning

Exhibit C – Project Business Case

Exhibit D – Revenue Requirements and Bill Impact Calculation

Exhibit E – Exceptional Project Recovery

Exhibit F – Non-Wires Opportunity Evaluation

Exhibit G – Green House Gas Emissions Analysis

7

Exhibit H – Critical Customer Circuit Example

Exhibit I – April 2022 Blue Chip Economic Indicators Report

Exhibit J – Letters of Support for Resilience Investments

Exhibit K – Importance of a Resilient Grid

Exhibit L – Accounting Treatment Details

## V.    **REQUESTED APPROVALS**

The Companies respectfully requests that the Commission issue two decisions and orders as follows (see discussion of Critical Transmission Line Hardening in Section XII.A):

### A.    **First Decision and Order Request: Approval of the Project**

The Hawaiian Electric Companies request Commission approval of the following:

1. The commitment of funds in excess of $2,500,000, excluding customer contributions, for the purchase, installation and construction of the Project. The Project has a total estimated cost of $189.7 million[5] ($156.6 million in capital expenditures and $33.1 million in operations and maintenance expenses ("O&M")); this request is made in accordance with the provisions of Paragraph 2.3(g)(2) of G.O. 7, as modified by Decision and Order ("D&O") No. 21002, issued May 27, 2004 in Docket No. 03-0257;[6]

2. The proposed accounting and ratemaking treatment for the Project, including the recovery of the Project costs through the EPRM established in D&O No. 37507, filed

---

[5] In accordance with Order No. 38279 in Docket No. 2020-0167 (Maui Electric Switchyard/Synchronous Condenser Project), issued on March 17, 2022, the Companies have excluded certain overhead and on-costs from the requested commitment of funds and EPRM recovery amount in this Application, as those overhead costs will not be incurred as a direct result of implementation of the Project. The Companies confirm the overhead costs that are included in this Application are for: 84100004: OH - Payroll Tax, 84100005: OH - Non-Productive Time, and 84100006: OH – Benefits.

[6] Pursuant to D&O No. 21002, the G.O. 7 capital expenditures threshold was increased from $500,000 to $2.5 million, excluding customer contributions. The capital cost of the subject Project is greater than $2.5 million (excluding customer contributions), therefore, Commission approval of the capital expenditures is required.

8

11

December 23, 2020 in Docket No. 2018-0088,[7] until new rates become effective that provide cost recovery for the Project;

3.  A proposed inflationary adjustment true-up mechanism to be applied to the Commission approved amount of EPRM recovery for this Project (as further discussed in this Application); and

4.  Recovery of Project's recorded capital and incremental O&M expenditures that are placed into service during the current Multi-year Rate Period ("MRP") be included in base rates when such rates are reset for the next MRP. After the current MRP expires, recovery of costs for the Project's remaining years through the EPRM until new rates that provide recovery of the Project's remaining costs become effective for the MRP thereafter.

## B.    Second Decision and Order Request: Approval of Above-Ground 69 kV Line Extension(s)

Upon completion of the necessary analysis and studies and filing of any corresponding request(s) as may be necessary for approval of above-ground 69 kV line extensions, the Companies respectfully request the Commission issue a Decision and Order that:

1.  If necessary, determines that a 69 kV line extension in connection with relocation of specified sections of a) the 6200 69kV transmission line on Hawaiʻi Island, and/or b) the Maʻalaea-Puʻunēnē 69kV transmission line on Maui, may be constructed above the surface of the ground, pursuant to HRS § 269-27.6;[8]

---

[7] *See* D&O No. 37507 at 226, Ordering Paragraph #5, indicating that the "Major Project Interim Recovery ("MPIR") Guidelines are terminated as of the date of this D&O and immediately replaced with the EPRM Guidelines...".

[8] Bifurcating the approvals in this way will enable the Companies to begin work sooner on the portions of these lines that are planned to be hardened in place, thus expediting the hardening of the 6200 line and Maʻalaea-Puʻunēnē line and accelerating resilience improvement. See discussion in Section XII.A.

9

2. If necessary, conducts a public hearing pursuant to HRS § 269-27.5; and

3. Grants such other relief as may be just and reasonable under the circumstances.

## VI.     STATUTORY PROVISION OR AUTHORITY

The approvals in this Application are requested pursuant to Hawai'i Revised Statutes §§ 269-6, 269-16, 269-27.5, and 269-27.6, § 16-601-74 of the *Rules of Practice and Procedure Before the Public Utilities Commission*, and Title 16, Chapter 601 of the Hawai'i Administrative Rules, G.O. 7 Paragraph 2.3(g)(2), as modified by D&O 21002 and D&O 37507, and the Commission's EPRM Guidelines as set forth in Appendix A to D&O 37507.

## VII.    CONTEXT AND GUIDEPOSTS FOR THIS APPLICATION

This Application requests approval of the Hawaiian Electric Companies' first significant direct investment specifically to support the enhanced resilience of the Companies' distribution and transmission infrastructure against the increasing and more severe natural disasters resulting from global climate change.  It builds upon the foundation already established by the Companies to provide reliable and secure electrical service to customers but is supplemental to normal "business-as-usual" reliability investments.

The resilience investments proposed in this Application are aligned with the recommendations of the RWG.  Key members of the RWG have expressed support for electric grid resilience.[9]

Major General Kenneth S. Hara, Adjutant General for the State of Hawai'i and director of both the Hawai'i Emergency Management Agency and Hawai'i Office of Homeland Security, stated the following in his December 28, 2021 letter to the Commission:

> Investments to improve resilience in the electric utilities' generation, transmission and distribution systems against the effects of more extreme weather events caused by climate change … will support the reliable provision of electric service to the State of Hawaii,

---

[9] See Exhibit J to this Application.

10

critical infrastructure providers, and the first responders who will be a key part of any rescue and recovery response resulting from a major disaster in Hawaii.

Based on my experience, loss of reliable electricity in critical sectors (hospitals, first responders, emergency management, telecommunications, water and food supplies), results in significant impacts. These impacts include severe disruption to mission critical services, impacts to life and health of the public, damage to infrastructure and property, environmental impacts, and immense cost and economic implications. Several critical infrastructure and key resources providers possess backup power capabilities; however, backup generator power is not sufficient to sustain "normal" operations and are reliant on fuel resupply.

My recommendation is to support investment efforts of the state's electric utilities that align to Emergency Management/Homeland Security priorities of Prevention, Protection, Mitigation, Response and Recovery. Aligning to these goals will allow Hawaii's electric utilities the ability to maintain electric service or restore that service as quickly as possible once disruptions occur. One key contribution to that ability will be the sensible hardening of generation, transmission, and distribution facilities critical to the provision of electric service such that essential services can survive during and after severe events.

Time is of the essence for investments to build a more resilient grid. I truly believe that if investments are not made now, future costs will be exponentially higher following a major disaster.

Similarly, Corey B. Shaffer, Senior Manager Network Operations for Verizon Hawaii stated in his letter of support for the Companies' T&D investments of June 10, 2022:

As the Senior Manager for Network Assurance in Hawaii, I can state unequivocally that a functioning communications infrastructure (wired and cellular communications and internet service) is crucial to support mission critical functions as well as enable communication within communities both during and after a disaster. Verizon has hundreds of cell sites in Hawaii that require power to operate and virtually all are powered by the Hawaiian Electric Companies. Moreover, fiberoptic cables run along Hawaiian Electric's pole lines, and these fibers provide connectivity to over 95% of Verizon's wireless network. Many people do not realize that this wired communication infrastructure is required to support our modern wireless communications networks.

As discussed in the Resilience Working Group ("RWG") of the Integrated Grid Planning ("IGP") proceeding, of which I am a member, Verizon's main concern is ensuring that poles serving our critical infrastructure and poles carrying our fiberoptic lines are resilient. Hardening of transmission and distribution poles serving critical cell sites as well as lines carrying critical fiberoptic lines would greatly enhance the resilience of the communications system and overall community resilience.

11

14

And as the Consumer Advocate recently stated in the PBR Proceeding:

> The Commission has established that resilience is one of the key regulatory outcomes that it is seeking to advance through PBR and PIMs.[10]

> The Consumer Advocate believes that additional measures should be taken to encourage the Companies to improve the resilience of their systems. With each passing year it becomes increasingly obvious that Hawaii needs to prepare for extreme weather events that are hard to predict or to plan for.[11]

Consistent with the recommendations of the RWG and key stakeholders such as the Adjutant General and Verizon Hawai'i, this Application incorporates the following guideposts as a fundamental part of its design:

**1. Pragmatism.**  In 2021, Hawai'i was the first state to declare a climate emergency through the passage of Senate Concurrent Resolution 44 that among other things, stated that "based upon the scientific information and expertise available, Hawaii is in danger of disaster occurrences as a result of the effects of global warming, thereby endangering the health, safety, and welfare of the people, warranting preemptive and protective action[,]" and resolved that "climate mitigation and adaptation efforts mobilize at the necessary scale and speed." [Emphasis supplied]

As RWG members have noted in their correspondence in support, "the next major natural disaster could hit Hawaii at any time, and we must all work to make sure we are as prepared as we can be when it does." "Time is of the essence for investments to build a more resilient grid … if investments are not made now, future costs will be exponentially higher following a major disaster." This Application therefore seeks to balance the need to avoid unnecessary delay in making critical resilience investments, with the need to ensure that the investments are targeted,

---

[10] Hawaii Public Utilities Commission, Docket No. 2018-088, Phase 1 Decision and Order, No. 36326, page 7.
[11] See, Consumer Advocate Statement of Position in Docket No. 2018-0088 at 51-52.

necessary and support the provision of resilient service to customers. The Application does that by requesting approval for identified "no-regrets" "low-hanging fruit" investments that can be commenced upon approval so that resilience improvements can begin immediately, while also evaluating in more detail the further resilience investments that will be required in the longer term including developing greater certainty regarding the scope and unit costs associated with certain projects. In this way, common sense investments in resilience which can be made now will not be delayed by the need to further study and define other more complex investments.

2. **Flexibility.** In addition to a time of rapid technological and scientific developments which could impact the types of investments made, this Application also comes during a unique convergence of uncertainty for many issues which are beyond the control of the utilities, the Commission or any of the key stakeholders and partners necessary to improve infrastructure resilience for the State. This includes but is not limited to the global pandemic which has impacted both the reliable availability of an experienced technical workforce and supply chain issues for the parts and supplies required for projects; global inflation which reached the highest levels in over 40 years including for fuel supplies; and war which has exacerbated both the inflation and supply chain issues as well as uncertainty. All these issues tend to impact the Hawai'i utility grids, which often require additional transportation time and costs for project inputs, even more severely than in other jurisdictions. The impacts of an unpredictable future are compounded for a project like this that will span over five years. Thus, innovative approaches and reasonable flexibility are essential to successful implementation. A reasonable level of flexibility will allow the Companies to adapt to evolving circumstances, new information and data, and new opportunities to best accomplish the desired resilience goals in the most expedient

13

16

and cost-effective manner for customers.  Examples of areas of cost uncertainty and variability include the following:

Inherent Scope Variability.  The initiatives proposed in this Application are programmatic in nature and subject to significant inherent variability. For example, Critical Transmission Line Hardening, Critical Pole Hardening, and Critical Customer Circuit Hardening primarily involve hardening of existing transmission, sub-transmission, and distribution poles and structures. Each initiative will encompass a wide variety of pole/structure types, configurations, and hardening approaches.  Therefore, individual poles and structures within a given program can vary widely from one another in terms of scope and cost.  Critical Pole Hardening, for example, is expected to include hardening of transmission (for outer islands), sub-transmission, or distribution structures/poles of varying configurations.  In addition, hardening approaches may vary depending on the individual pole, from installing additional guys, to trussing, to pole upgrade, to installing intermediate poles to reduce span lengths.  Given the magnitude and programmatic nature of this initiative, the Companies have not identified every pole or structure that will be hardened over the course of the Project, so unit cost assumptions are based on reasonable best estimates but are expected to vary considerably from pole to pole.  As another example, Critical Circuit Hardening will involve hardening sub-transmission and distribution lines serving critical customers.  The Companies have not identified and scoped every individual circuit to be hardened, so cost estimates contain reasonable best assumptions about pole types and the number of poles per circuit requiring hardening.  Of course, circuits can vary greatly in terms of the number of poles and their characteristics, so the cost per circuit is expected to have wide variation.

14

17

Materials. Prices for wood and steel poles have increased significantly over the past year, greatly outpacing the current already high inflation rate, due both to global demand and the pandemic's impact on global supply chains. Further price increases are anticipated but extremely difficult to predict.

Outside Services. Worker shortages in the industry (due to the pandemic, voluntary and involuntary retirement and the "great resignation" and reorientation of the workforce) as well as the fact that many mainland utilities are undertaking large capital programs – including for resilience – raises the risk of increased outside contractor pricing. General inflation has been high and unpredictable. This uncertainty has now been compounded by the continuing conflict in Ukraine, new lockdowns in China impacting supply chains, and an uncertain labor market outlook overall.

Inflation. As a practical matter, significant inflation volitivity has not been experienced for decades. However, in light of the current ongoing levels of inflation and the corresponding uncertainty regarding future cost stability, the Companies are requesting approval of an inflation adjustment mechanism together with a true-up at the end of the 5-year program. In designing this mechanism, the Companies utilized the 2022-2023 forecasted GDPPI from the April 2022 Blue Chip Economic Indicator's report (2.9%) as the annual escalation factor for non-labor costs (all costs excluding internal Hawaiian Electric Companies Labor) for each year of the program from 2023 to the end of the program (compounded year over year). Consistent with the guidepost of Accountability discussed below, the Companies have also proposed a provisional cost cap for each company based on the estimates detailed in this Application. The final cost cap for each company is proposed to be derived by a retroactive adjustment after the last year of the

15

program based on actual historical GDPPI. The Companies' final EPRM filing will include a true-up to the extent that total costs may exceed the final cost cap.

     **3. Transparency and Accountability.** To balance the need to move forward with resilience investments before every project and initiative can be scoped and costed in detail, and to allow for some reasonable amount of flexibility to address uncertainty with regard to project scope, timing and cost, the Companies commit to transparency with regard to (1) the initiation, conduct and progress of projects and initiatives, and (2) accountability for spending. This transparency and accountability will begin with a continuation of the Companies' partnership with the RWG. Prior to the first year of execution, the Companies will provide the RWG the opportunity to provide input and feedback into planning and criteria development. This will include re-engagement with the RWG to continue efforts to categorize and identify critical customers as well as prioritizing critical customer circuits for hardening. The Companies will utilize this feedback to develop a methodology for selecting critical customer circuits for hardening. The Companies will provide regular updates to the RWG on progress, as well as on an ad-hoc basis for any topics or changes requiring RWG input. The Companies will also provide regular updates to the Commission which will include written updates regarding the status and expenditures to date by initiative.

     Additionally, because it is expected that unit costs for the various initiatives could vary from the estimates provided as discussed above, the Companies commit to staying within the total approved Project amount per Company (subject to an inflation mechanism as described below), while working to maximize resilience value for each expenditure. The Companies will do this by prioritizing work based on a combination of vulnerability, criticality, and execution

16

efficiency. And as stated above, the Companies will keep the RWG and Commission abreast of Project developments and seek feedback from the RWG.

**4. Community Partnership.** Achieving infrastructure resilience for the State, including of the electrical sector will require more than just the utilities' efforts and the investments described in this Application. It will also require a partnership with the Commission, Consumer Advocate and key stakeholders including our RWG, governmental and community partners, as these investments will require the input of and collaboration with many different interests to help assure that the Companies' investments are as targeted, sensible, and efficient as possible.

**5. Utility Financial Integrity.** Among other important elements, the Commission recognized Utility Financial Integrity as "essential to [the utilities] basic obligation to provide safe and reliable electric service for its customers".[12] Thus, the "PBR framework is intended to preserve the utility's opportunity to earn a fair return on its business and investments, while maintaining attractive utility features, such as access to low-cost capital"[13] and "[s]afeguards have been built into the PBR Framework to protect the Companies from substantial, persistent financial harm and provide them with the support necessary to move forward with this necessary transformation despite the economic challenges brought on by the COVID-19 pandemic."[14] As the Companies move forward with the significant expenditures necessary to buttress utility infrastructure against extreme climate change events, it will be important to continue to maintain the Companies' financial integrity so that they may continue to make these types of investments at reasonable costs.

---

[12] D&O 37507 at 10-11.
[13] D&O 37507 at 11.
[14] D&O 37507 at 19-20.

17

20

## VIII.  GOVERNMENT AND CUSTOMER STAKEHOLDERS RECOGNIZE THE IMPORTANCE OF STARTING INVESTMENTS IN A RESILIENT ELECTRIC GRID AS SOON AS POSSIBLE

As discussed and detailed more fully in Exhibit K, the Commission as well as Federal, State, and County governments, Hawai'i's communities, and IGP and RWG stakeholders have all identified the resilience of the electric system and the ability of the utility to continue to provide reliable power during emergencies as a critical matter for attention.  Climate change has only exacerbated concerns and intensified focus on the issue of a resilient power system and its ability to recover from natural disasters and other emergencies.

This Application requests recovery for key resilience project investments which the IGP RWG and the Companies have identified as the immediate no-regrets projects and programs that are necessary to begin the critical process of hardening the electrical system against severe events such as major storms, hurricanes, flood events, and wildfires on O'ahu, Maui County, and Hawai'i Island.

These types of investments were recently addressed by the Commission.  In the April 26, 2022 PBR Panel Hearing, Commission Chair Jay Griffin referenced the December 6, 2021 Kona Low event, which brought high winds and heavy rainfall and caused long-duration customer interruptions on O'ahu, Hawai'i Island, and Maui, as an event that attests to the need for greater focus and accountability for system resilience:

> When we talk about . . . increasing frequency and intensity of these storms in the future, I think the public expects us to be creating a system that will be more resilient to [extreme weather] . . . This was an extreme event and we're expecting more of those . . . We've got to do better . . . We need to have answers we can take back to the public [regarding] how we're responding to these events.[15]

---

[15] PBR Hearing Day 1, April 26, 2022, at 02:29:10 - 02:36:52.  See https://youtu.be/4ysLdVLJjr4.

18

21

The Companies agree.  A focused effort on resilience improvement is imperative to meet the challenges of a changing climate and increasingly volatile threats to the Companies' isolated power system.  These investments are supplemental to routine asset sustainment efforts which are inadequate to safeguard the grid against severe resilience threats.  As the Consumer Advocate noted in its Comments on the Commission Staff Proposal in Docket No. 2018-0088:

> Resilience investments are not adequately addressed through the ARA, existing PIMs, or proposed PIMs.  Further, the economic pressure created by the ARA might encourage utilities to downplay resilience-related investments.  The Consumer Advocate believes that the utilities should be making more progress to prepare for the increasing frequency and magnitude of storms that can wreak havoc on the electric utility system and the Hawaii economy.[16]

As discussed in Exhibit K, a catastrophic hurricane will lead to major disruptions in the production, transmission, and distribution of electricity in Hawai'i, however, targeted resilience investments can serve to mitigate the level of damage.  These resilience-focused investments, founded upon industry best practice and stakeholder input, will serve to strategically strengthen the grid and address vulnerabilities to severe events to limit outages to critical community lifelines,[17] lessen damage to the grid, and reduce restoration times.

## IX.    THE PROPOSED INVESTMENTS ARE FOUNDATIONAL AND COMPLEMENTARY TO DER AND MICROGRIDS

Resilience solutions encompass a range of interventions, including risk prevention and risk mitigation.  Preventive solutions prevent risks from being realized, while mitigation solutions lessen the impacts of risks that are realized.

Event risk prevention generally entails solutions to either withstand (e.g., system hardening) or avoid risk.  For example, the Companies' proposed Critical Pole Hardening &

---

[16] Division of Consumer Advocacy's Comments on Staff Proposal for Development of Priority Performance Mechanisms dated September 17, 2021, filed September 30, 2021, at 10.

[17] *See*, FEMA Community Lifelines, https://www.fema.gov/emergency-managers/practitioners/lifelines

19

Mitigation initiative aims to perform targeted hardening of poles that would be most critical to withstand failure in a severe event in order to reduce the total length of restoration.[18] Other solutions, such as implementing non-grid-connected microgrids in remote areas or undergrounding conductor are examples of preventive solutions geared toward risk avoidance.

Mitigation solutions, on the other hand, can either reduce the impact of a failure event or facilitate recovery after the failure to reduce the consequences of an event. Mitigation measures can generally be thought of as addressing residual risks, filling any holes where preventive measures fail, or to address short-term needs until longer-term preventive measures are implemented. These can entail a combination of utility, third-party, and customer actions. For example, installing flood monitors improves situational awareness by alerting System Operators to substation flooding, allowing them to remotely de-energize the substation to reduce equipment damage. Likewise, incorporating switches with automation (e.g., SCADA and ADMS) for segmentation of the transmission and distribution system can reduce the outage exposure for a set of customers, reduce outage durations, and facilitate post-event restoration. Grid-connected customer and community microgrids,[19] along with customer DER/battery solutions are considered mitigation solutions in the event the larger grid fails.

A holistic approach to resilience improvement will require a combination of both preventive and mitigation solutions to create an effective resilience enhancement portfolio. The scope of this Application includes both preventive and mitigation solutions, but is largely focused on foundational hardening of the transmission and distribution system to benefit the largest number of customers and connected energy supply resources. Mitigation solutions with

---

[18] *See,* Section XII.C.
[19] Community microgrids include multi-customer microgrids operating on utility-owned distribution or sub-transmission infrastructure. This would include hybrid microgrids of the type defined in the Microgrid Services Docket No. 2018-0163

potential customer and third-party solutions are currently enabled by the Companies' microgrid services tariff and opportunities identified in the IGP grid needs assessment and solution sourcing process. As explained in further detail in this Application and in Section 2 of Exhibit C (*Project Business Case*), the preventive solutions proposed in this application are complementary to, synergistic with, and often necessary to enable the resilience value of mitigation solutions involving DER, microgrids, and grid automation. By hardening distribution infrastructure, including hardening critical customer circuits as described in Section XII.B, the Companies' efforts will complement microgrids as a resilience solution by strengthening the distribution backbone, including the distribution lines serving groups of critical customers that may benefit from microgrid implementations in the future. Hardening the transmission and distribution system will also facilitate the resilience value of DER by enabling the output from multiple distributed resources to be combined and delivered within the system. Collectively, these synergistic and complementary interventions will help to address Hawaiʻi's resilience needs in an environment of increasing electricity reliance and growing resilience threats.

## X.    THE PROPOSED INVESTMENTS ARE ALIGNED WITH INDUSTRY BEST-PRACTICE

The proposed initiatives are in accordance with industry best practice to target high value projects that address the largest vulnerabilities in a cost-effective manner. A brief discussion of each of the proposed initiatives is provided below:

1.    **Critical Transmission Line Hardening.** The Critical Transmission Line Hardening initiative focuses on strengthening transmission lines that are most critical for delivering electricity from generation locations to load centers. Improving transmission system resilience benefits virtually all customers by safeguarding the delivery of bulk power. Furthermore, if a critical transmission

21

24

line is damaged, it must be given high priority for repair, which can limit the ability to maximize restoration efficiency.[20]

2.    **Critical Pole Hardening & Mitigation.**  The Critical Pole Hardening & Mitigation initiative targets poles for strengthening or mitigation that are the most difficult to restore and/or cause the most impact if they fail.  As a result, critical pole hardening has become almost synonymous with "targeted hardening" in the industry.  Critical pole hardening was used extensively in both Florida and in Texas.[21]

3.    **Critical Customer Circuit Hardening.**  The Critical Customer Circuit Hardening initiative focuses on strengthening circuits that serve critical loads.  If a critical circuit is damaged, not only does the critical load experience an interruption, but the circuit must be given high priority for repair, which can limit the ability to maximize restoration efficiency.  Critical customer circuit hardening was used extensively in Florida.[22]

4.    **Substation Flood Monitoring.**  The Substation Flood Monitoring initiative will enable substations to be proactively de-energized before floodwaters rise to a level where control equipment becomes inundated.  This action greatly reduces the likelihood of substation equipment damage and facilitates getting substations back online faster after a major event, which is necessary before distribution

---

[20] *A More Resilient Grid*, Dan T. Ton, W-T. Paul Wang, IEEE Power & Energy Magazine, May/June 2015 at 26-27.
[21] *Distribution Hardening: Benchmark Survey and Best Practices*, Public Utility Commission of Texas Project No. 36375, August 2009
[22] *See*, https://www.tdworld.com/grid-innovations/distribution/article/20966585/fpl-hardens-system-against-storm-outages

restoration begins.  Substation flood monitoring is used extensively in both Florida and the Northeast.[23]

5.     **Wildfire Prevention & Mitigation.**  The Wildfire Prevention & Mitigation initiative includes targeted system hardening and situational awareness investments in wildfire risk areas to prevent wildfire ignition and enable quicker response to any ignitions that do occur.  The risk of a utility system causing a wildfire ignition is significant.  For example, the PG&E ignition of the Camp Fire resulted in a $15 billion settlement.[24]  As such, wildfire ignition mitigation has become a regulatory requirement in California and in Australia.[25-26]

6.     **Distribution Feeder Ties (Maui Only).**  The Distribution Feeder Ties initiative will create backup ties for substation transformers on Maui that currently lack ties to other transformers.  Feeder ties are one of the most cost-effective ways to increase reliability and resilience and are practiced widely by utilities around the world.  Feeder ties will allow isolated substation transformers to be backed up by other substations/transformers and damaged feeders to be back-fed from undamaged or repaired feeders, reducing restoration time.  This can be especially helpful during multi-day restoration events, when certain customers can be restored many days earlier than if no feeder ties are available.[27]

7.     **Lateral Undergrounding (Oʻahu only).**  The Lateral Undergrounding initiative involves carefully targeted undergrounding of distribution laterals in highly

---

[23] *Storm & Flood Hardening of Electrical Substations*, IEEE 2014 T&D Conference, 14TD0564
[24] *PG&E Announces $13.5 Billion Settlement Of Claims Linked To California Wildfires*, NPR, Dec. 7, 2019
[25] *Office of Energy Infrastructure Safety Approves 2021 Wildfire Mitigation Plan for Southern California Edison*, https://energysafety.ca.gov;
[26] *The Australian Bushfire Mitigation Strategy*, T&D World, Jan. 2018
[27] R.E. Brown, *Electric Power Distribution Reliability*, 2nd Ed., CRC Press, 2009

23

vulnerable areas to reduce total length of restoration. Lateral undergrounding can be a cost-effective way to nearly eliminate the possibility of storm damage in certain areas. In addition, the undergrounded areas no longer require vegetation management. Undergrounding is being aggressively pursued in both Florida and Virginia for storm hardening, and in California for wildfire mitigation.[28,29,30]

8.  **Hazard Tree Removal.** The Hazard Tree Removal initiative involves the removal of off-right-of-way trees that are weak, dead, diseased, or structurally compromised and pose a risk to power lines. Most storm damage tends to be due to trees that are outside of the right-of-way. Utility best practice is to identify and proactively remove these trees, with the removal being paid for by the utility. A robust hazard tree program can greatly reduce the amount of damage that occurs during a major storm. Hazard tree removal programs are in place at virtually all large mainland U.S. utilities.[31]

9.  **Resilience Modeling.** The Resilience Modeling initiative is focused on developing performance-based modeling capabilities to evaluate system resilience and support investment options analysis in terms of expected system performance under severe event scenarios. Resilience modeling is an emerging area of research that will allow utilities to incorporate resilience strategies into the long-term planning process. Resilience models will allow resilience requirements to be set and then determine whether system plans are able to achieve these resilience

---

[28] *See,* https://www.dominionenergy.com/projects-and-facilities/electric-projects/strategic-underground-program
[29] *See,* https://www.fpl.com/reliability/storm-secure-underground-program.html
[30] *PG&E Will Bury 10,000 Miles of Power Lines So They Don't Spark Wildfires,* CPR News, July 21, 2021
[31] *Hazard Trees: Benchmark Survey and Best Practices,* Public Utility Commission of Texas Project No. 36375, August 2009

24

requirements.  Resilience modeling was first investigated by a consortium of Florida utilities at the direction of the Florida PUC.[32]

## XI.        THE PROPOSED INVESTMENTS ARE TARGETED TO OPTIMIZE BENEFITS FOR EXPENDITURE

In addition to being aligned with industry best practice, the Companies are focusing their efforts on the assets that are the most critical and/or vulnerable.  By targeting hardening and improvements to assets that are most critical and/or vulnerable, the Companies will ensure that resilience enhancements are carried out in a cost-effective way.  That is, investments will be targeted to produce optimal results for the level of expenditure.

For example, hardening distribution and sub-transmission circuits that serve critical customers such as major hospitals, military facilities, and first responders increases the probability that these customers will stay online during and following a severe event and can be more quickly restored following interruptions.  Focusing the Companies' efforts on these critical circuits to ensure these services are available during restoration is a "no-regrets" action.

As another example, the Critical Pole Hardening & Mitigation initiative will harden poles that would be a high priority to replace during restoration, are difficult to replace, would impede restoration if downed, and/or are especially vulnerable to severe events.  Identifying "critical poles" in the context of this initiative essentially entails identifying the poles that would be most cost-effective to proactively harden to reduce restoration time, costs, and impacts.  Critical poles are, by definition, the poles that are most cost-effective to harden.

Preventing damage to assets that would be most likely to fail under a given threat is a straightforward way to cost-effectively reduce the impacts of that threat.  For example, the

---

[32] Florida Public Service Commission Order No. PSC-06-0351-PAA-EI

25

Companies' Substation Flood Monitoring initiative will deploy flood monitors to substations that are most at risk of flooding. Similarly, Wildfire Prevention & Mitigation activities are identified and prioritized based on inspections and assessments of identified wildfire risk areas to determine appropriate solutions to prevent or mitigate ignitions.

By prioritizing assets that are most critical, vulnerable, or a combination thereof, the proposed activities will proceed in a way that produces the greatest benefits for expenditure.

## XII.    PROPOSED PROJECT COMPONENTS AND SCOPE

The Companies are proposing an initial phase of "no-regrets" resilience enhancements based on the industry best practices discussed. These no-regrets resilience enhancements 1) do not compete with customer and third-party solutions, and 2) can be implemented in such a way as to produce optimal results for expenditure by targeting assets that are most critical and/or vulnerable and using the most cost-effective means to meet hardening standards.

The level of investment proposed and decision to focus on no-regrets actions is sensitive to the reality that power system resilience enhancement is still relatively new in the industry. Given the high degree of uncertainty with predicting severe events and the intrinsic challenges to evaluating power system resilience, more data and capabilities are needed before the benefits of individual investments can be clearly quantified and an optimal level of resilience spending can be ascertained. Such challenges are well-known across the industry, and there is significant interest in advancing capabilities in this area. However, it is the Companies' position that we cannot afford to wait for the state of the art to advance before taking action. As detailed previously, the cost of inaction can be catastrophic.

The proposed investments do not represent the totality of what the Companies believe must be done to achieve a resilient electric grid. Rather, these initial investments are proposed

26

based on the Companies' position that there are common-sense, well-established, foundational, no-regrets resilience enhancements that can begin in parallel with the remaining steps in the IGP process. These types of investments, including those put forward by the RWG, will continue to be evaluated and implemented over time as a part of the Companies' ongoing and overall investments in projects to improve the resilience of the grid and ability to recover from severe events. This process will include incorporation of lessons learned from this initial set of investments, identification of additional and complementary resilience investments which may be necessary, and the consideration of modeling outputs to better inform subsequent investments.

As the various components of the Project are prioritized and implemented, the Companies will identify synergies between other transmission and distribution needs that are identified to ensure efficient investment. For example, there may be synergies with upgrades needed for renewable energy zones or to increase DER hosting capacity.

Further discussion of the Project schedule, risks, and operational impacts are provided in Exhibit C (*Project Business Case*).

### A.    Critical Transmission Line Hardening

Strongly integrated and robust transmission networks are crucial for system resilience due to the flexibility they afford under severe event scenarios. Since resilience is inherently concerned with extreme, high-impact events, resilience planning must consider severe and uncommon operating scenarios, such as the sudden loss of multiple system resources simultaneously due to extreme weather. Under such scenarios, robust transmission networks enable the system to compensate for unplanned coincident outages of generation, ancillary equipment, and/or lines.

27

Without a resilient transmission system, the grid is more vulnerable to wide-spread outages or system-wide blackout. In late August 2021, Hurricane Ida made landfall in Louisiana as a Category 4 storm. High winds knocked out all eight transmission lines delivering power to New Orleans, causing a city-wide blackout.[33]

After Winter Storm Uri, which struck Texas in February 2021, a report commissioned by the American Council of Renewable Energy (ACORE) found that "each additional 1 GigaWatt (GW) of transmission ties between the Texas power grid (ERCOT) and the Southeastern U.S. could have saved nearly $1 billion, while keeping the heat on for hundreds of thousands of Texans." The full report analyzed five recent severe events across the U.S. and concluded that "all generation sources are vulnerable to severe weather, making increased transmission to broaden the pool of available resources one of the best options for increasing resilience."[34]

For isolated island grids such as those in Hawai'i, the lack of transmission interties to other neighboring grids is already a constraining factor. This makes the need for a robust, hardened, island-wide transmission system even more crucial for system resilience. Given that each island is unable to leverage interties to other neighboring grids, system resilience is heavily influenced by the extent to which critical transmission lines connecting disparate regions and resources on the grid are able to withstand extreme weather events and be quickly restored when failures occur.

Hardening the transmission system is critical to ensuring that grid-scale solar, wind, and battery resources, community based renewable energy, along with customer distributed resources continue to operate or are quickly restored following a severe event. While many of the

---

[33] *See,* https://www.utilitydive.com/news/ida-knocks-out-all-transmission-lines-into-new-orleans-leaves-1m-without/605754/
[34] *See,* July 2021 report by ACORE: *Transmission Makes the Power System Resilient to Extreme Weather.* https://acore.org/wp-content/uploads/2021/07/GS_Resilient-Transmission_proof.pdf

customer battery energy storage systems made today can operate during a grid outage to self-power a portion or all of a home's load, the majority of solar systems need the presence of the grid to operate. In order for these grid-connected systems to operate, the transmission system must be intact to signal to the inverters that the grid is present and operating. Following an event, grid connected, customer distributed generation and batteries can continue to provide energy within the system if it becomes segmented. In this case, the grid infrastructure is needed to combine the output from multiple distributed resources and transmit this energy to where it is needed. Without a robust transmission and distribution system, the delivery of energy from distributed resources and grid-scale resources to other customers will be hampered, limiting the realization of their resilience value. Microgrids, while an important point solution for critical facilities and smaller groups of customers, do not alone address the larger community needs for reliable clean energy in an increasingly electrified Hawai'i.

The Companies' proposed Critical Transmission Line Hardening initiative focuses on hardening existing transmission lines that are critical for system operation and/or restoration following a severe resilience event. The Companies' approach is to incrementally harden critical transmission lines such that the minimum strength of the line would meet or exceed National Electrical Safety Code ("NESC") Extreme Wind Loading criteria. All structures or spans that do not meet or exceed the NESC Extreme Wind Loading criteria will be designed to the stronger of the Companies' design policy or 100-year extreme wind loading criteria, which exceed NESC Extreme Wind Loading criteria.

On O'ahu, the focus is on ensuring that at least one of the possible paths through the transmission system is hardened to avoid or limit system damage from extreme wind events and support faster restoration following a widespread outage or island-wide blackout. O'ahu's

29

transmission restoration guidelines divide the transmission system into three "target systems." Target System 1 represents the "backbone" of the transmission system used to black start and parallel generation resources needed to restore large load centers. After Target System 1 is energized after a blackout, Target System 2 is energized next. Target System 2 is the first buildout from Target System 1 to nearby transmission substations and allows the Companies to restore the first major load centers and other critical infrastructure such as the Honolulu International Airport, Honolulu Harbor, and Department of Defense facilities. After Target Systems 1 and 2 are energized, Target System 3 can be energized, which allows the Companies to restore the remaining load centers on the island, including Windward Oʻahu and East Honolulu. By hardening at least one of the possible transmission restoration paths through Target Systems 1, 2, and 3, the Companies will have a better chance of avoiding wide-spread outages and enabling quicker restoration of service following severe events such as major storms and hurricanes.

The high priority transmission restoration paths may also have synergies with renewable energy zones ("REZ") contemplated in the IGP process. The transmission REZ Study has identified potential transmission system network upgrades that may be needed to increase the capacity of the transmission system to harness electrical power from identified REZs.[35] The Companies will seek to optimize REZ plans as they develop, with the implementation of individual transmission lines as part of this initiative.

The goal of this initiative is to harden one of the possible transmission restoration paths such that the minimum wind speed rating of any component of this path would meet or exceed

---

[35] *See, Hawaiian Electric Transmission Renewable Energy Zone (REZ) Study*, filed as Exhibit 2 of the Hawaiian Electric Companies' Grid Needs Assessment Methodology Review Point in Docket No. 2018-0165 on November 5, 2021

30

NESC Extreme Wind Loadings. Any structure or span that is replaced would be designed to the stronger of the Companies' design policy or 100-year extreme wind loading criteria. Based on an analysis of the hardening requirements for the various possible transmission restoration paths, the Companies estimate that the least-cost path to harden would involve upgrading roughly 400 structures across 16 critical transmission lines. For the initial five-year plan proposed in this Application, the Companies intend to harden approximately 81 structures on Oʻahu for a total of approximately $54,194,000, as shown in Exhibit A to this Application.

On Hawaiʻi Island, the major load centers include North Kona and South Kohala on the west side and Hilo and Puna in the east. The east and west sides of the island are connected by four critical cross-island transmission ties. The four cross-island ties are critical for maintaining power transfer capability between the west and east, enabling economic dispatch of resources, independent of their location. Given that the resource mix on the grid is subject to change, these cross-island ties also enable built-in flexibility for future scenarios, including flexibility for where new renewable generation can be sited (as is contemplated in the REZ study).

More importantly from a resilience planning perspective, the power transfer capability afforded by these lines is especially critical during severe operating scenarios, such as those caused by storms and hurricanes, where generation resources and power lines can be suddenly taken offline. The cross-island ties provide critical flexibility to shift generation based on available resources under these types of scenarios by enabling power transfer from one side of the island to the other. Without the cross-island ties enabling the system to flexibly compensate for these types of sudden changes in system resources, the grid is more vulnerable to wide-spread outages or system-wide blackout. The geographically dispersed utility-scale generation facilities

31

and cross-island ties have been key in facilitating a reliable system with high variable production as well as enabling the system to survive major storms, earthquakes, and lava events.

There have been multiple storms affecting Hawaiʻi Island in the past that caused outages of multiple of the cross-island ties at the same time, resulting in precarious operating scenarios where the grid was saved by the ties that remained energized. For example, during Hurricane Iselle, power was provided to customers in East Hawaiʻi/Hilo from Keahole facilities via the 6200 line (one of the cross-island ties running along Saddle Road) as most of the East Hawaiʻi generation was lost along with the other three cross-island ties. The cross-island ties were also essential for reliable continuity of service during the extended outage of the geothermal plant following the 2018 eruption. Ensuring that there are hardened transmission ties connecting the east and west sides of Hawaiʻi Island is essential for system resilience for the present and future mix of generation resources.

Of the four cross-island ties, the Companies have selected the 6200 line, which runs from Keʻāmuku Switching Station to Kaumana Switching Station along Saddle Road as the most beneficial to harden first. This line is one of the shorter cross-island ties, which results in more resilience benefit per dollar spent on hardening. In addition, a portion of the 6200 line in the upper Kaumana area is located in a critical habitat area. When the line in this area is damaged, gaining access to the line is very challenging for troubleshooting, repairs, and restoration. Poor visibility due to rainy, cloudy, and foggy weather conditions further complicate the already difficult access for troubleshooting and repairs. Hardening and relocating this section of line to the road will greatly improve restoration times if required after a severe event. Furthermore, previous planning studies have indicated that when there is significant generation coming from one side of the island and one of the cross-island ties is lost, there can be potential voltage and

32

overload issues that can be addressed by reconductoring 6200. This type of contingency situation is relevant for both blue-sky reliability (depending on the resource mix on the grid at the time), and for resilience considering severe event scenarios where the loss of generation resources can cause an imbalance of generation between the opposite sides of the island (even if generation were balanced across the island during normal conditions). The 6200 line is also one of the transmission lines that was identified for reconductoring to support the future Renewable Energy Zones needed to interconnect grid-scale renewable energy beyond Stage 1 and 2 procurements. Hardening the 6200 line and upgrading to the standard conductor size will safeguard and improve the resilience value of this critical line for the present and future grid, while also providing synergies with other planning goals (e.g., 100% renewables/decarbonization).

The Companies plan to harden the 6200 line such that the minimum wind speed rating will meet or exceed NESC Extreme Wind Loading criteria. Any structure or span that is replaced would be designed to the stronger of the Companies' design policy or 100-year extreme wind loading criteria. While upgrading the line, the conductor will also be upgraded to current standard (556 kcmil AAC).

The 6200 line is about 50 miles long. The Companies plan to harden and reconductor to current conductor standards approximately 10 miles of line in this initial five-year program, with roughly 178 structures to be upgraded or installed. This includes the relocation of approximately 7 miles of line out of a critical habitat area, which the Companies consider the highest priority segment of this line to address to maximize resilience benefit. The total cost for this initial phase of work is estimated at approximately $12,386,000.

33

In order to expedite the 6200 line hardening initiative, the Companies are requesting approval for 1) the commitment of funds associated with the Project, and 2) the proposed accounting and ratemaking treatment for the Project, prior to approval of the above-ground 69kV line extension for the sub-section of the 6200 line that is planned to be relocated. Upon completion of any necessary analysis and studies regarding location and construction of the high-voltage electric transmission lines, the Companies will address the elements of HRS § 269-27.6 and will request that the Commission conduct a public hearing under HRS § 269-27.5, as necessary, as part of a subsequent request to be filed with the Commission. Bifurcating the approvals in this way will enable the Companies to begin work sooner on other parts of the 6200 line that will not require relocation, thus expediting the hardening of the 6200 line and accelerating resilience improvement.

For Maui County, the Companies identified the following three transmission paths as most critical to harden:

- Ma'alaea-Pu'unēnē which connects Ma'alaea Power Plant to the major load centers in Central Maui.

- Ma'alaea-Waiinu which also connects Ma'alaea Power Plant to the major load centers in Central Maui.

- Ma'alaea-Kīhei which is the shortest path from Ma'alaea Power Plant to the major load center of Kīhei.

Of these three, the Companies' selected the Ma'alaea-Pu'unēnē line to harden first. In addition to connecting the Ma'alaea Power Plant to loads in Central Maui, the Kuihelani Solar project is interconnecting to Ma'alaea-Pu'unēnē near Kuihelani Switching Station, which increases criticality of the Ma'alaea-Pu'unēnē tie. Furthermore, Ma'alaea-Pu'unēnē was one of

34

the lines identified for reconductoring in the REZ study. While the Companies do not intend to reconductor Maʻalaea-Puʻunēnē as part of this five-year plan, the Companies intend to harden this line (i.e., upgrade/strengthen poles and structures) such that it will meet or exceed NESC Extreme Wind Loading criteria with the larger conductor size contemplated by the REZ study. Any structure or span that is replaced will be designed to the stronger of the Companies' design policy or 100-year extreme wind loading criteria.

For the majority of the Maʻalaea-Puʻunēnē line, the Companies plan to upgrade poles in-place. However, there are two areas where the Companies are considering alternative options. The portion of the Maʻalaea-Puʻunēnē line heading from Maʻalaea Power Plant to Honoapiʻilani Highway shares structures with the Maʻalaea-Kaheawa 1 line for approximately 1.5 miles. Splitting this double circuit line section into two separate lines may be optimal to improve resilience by reducing the probability of coincident outages of both transmission lines by a single failure event. The Companies are also considering relocating a 2-mile section of the Maʻalaea-Puʻunēnē line near Kuihelani Switching Station where the Companies currently have limited access. Relocating this section of 69kV line to Kuihelani Hwy may be optimal to enable quicker restoration in the event of damage to this line. The Companies will analyze options to address these line sections in 2022 and 2023. To the extent that it is determined that these overhead line projects should move forward and to the extent necessary, the Companies will address the elements of HRS § 269-27.6 and will request that the Commission conduct a public hearing under HRS § 269-27.5 as part of a subsequent request to be filed with the Commission. Bifurcating the approvals in this way will enable the Companies to begin work sooner on the remainder of the Maʻalaea-Puʻunēnē line that will be upgraded in-place, thus expediting the hardening of this critical transmission line and accelerating resilience improvement.

35

The Companies estimate that about 144 transmission structures will need to be upgraded or installed to harden the Maʻalaea-Puʻunēnē line. This includes approximately 2 miles of line to be relocated near Kuihelani Switching Station, along with splitting 1.5 miles of double-circuit line running from Maʻalaea Power Plant to Honoapiʻilani Highway into two separate lines. The Companies intend to harden the entire line in this five-year program at an estimated cost of $8,433,000.

In order to meet the aggressive hardening timeline proposed and enable the Companies to commence with detailed engineering design upon Commission approval, the Companies will continue scoping and analysis in 2022 prior to Commission approval. This will include efforts to further refine the scope of work and prioritization of the hardening activities described above.

## B.    Critical Customer Circuit Hardening

Critical customers include those that provide services essential to human health and safety and enable the rest of society to function. Since all critical customer sectors depend on electricity to function, ensuring reliable and resilient power to these customers is crucial to the resilience of the community writ large. The RWG developed a framework for prioritizing customers and infrastructure sectors from the perspective of importance to supporting (1) national security and/or public safety and health and (2) power system recovery. The RWG's critical customer sectors have general alignment and overlap with other national constructs such as FEMA's Community Lifelines[36] construct and the Department of Homeland Security's ("DHS") Critical Infrastructure Sectors.[37]

Like the energy sector, some other critical customer sectors also function as infrastructure networks, where interrelated resources and facilities of varying criticality are located across the

---

[36] *See,* https://www.fema.gov/emergency-managers/practitioners/lifelines
[37] *See,* https://www.cisa.gov/critical-infrastructure-sectors

36

community. When critical sites in these networks are disrupted, this increases reliance on the other system components to ensure service continuity. Recently, the Honolulu Board of Water Supply ("BWS") shut down its Hālawa shaft, Hālawa well, and ʻAiea well after water contamination was detected at the Navy's Red Hill shaft. Normally, the Hālawa Shaft supplies 20% of the Honolulu region's drinking water.[38] As of this writing, it is not yet known when the Hālawa Shaft will be brought back in service.[39] The loss of this critical resource in the island's water system further increases the importance of reliable and resilient power to the other wells and pumps on Oʻahu to continue to meet demand. This is especially true if a severe event occurs while BWS is operating without the Hālawa shaft. It is therefore of increased importance to minimize energy disruptions to the remaining critical sites and ensure that utility power can be quickly restored when disruptions occur.

Critical Customer Circuit Hardening aims to harden distribution and sub-transmission circuits to benefit communities by strengthening service to critical customers (such as major hospitals, water infrastructure, military facilities, first responders, and other Tier 1 and 2 critical customers in alignment with the framework established by the RWG) by implementing cost-effective solutions (e.g., pole upgrades, storm guying, etc.) that address potential weak points and vulnerabilities along the circuit to increase the overall resilience of the circuit to meet or exceed NESC Extreme Wind Loading criteria.

Critical Customer Circuit Hardening is a complementary or necessary solution to on-site backup generation/battery storage or non-wires alternatives for risk mitigation, such as microgrids, but is not duplicative of them. For example, many critical customers have on-site

---

[38] *See,* https://www.hawaiinewsnow.com/2021/12/13/bws-latest-test-results-Halawa-shaft-show-no-sign-fuel-contamination/
[39] *See,* https://www.staradvertiser.com/2021/12/10/breaking-news/Halawa-shaft-could-be-shut-down-for-years-even-permanently-amid-water-contamination-crisis/

backup generation.  The RWG Report summarizes the existing backup power capabilities in key customer sectors, with some sectors tending to have greater backup power capabilities than others.  In any case, on-site backup generation is a stop-gap solution until grid power is restored to the site.  In the case of backup diesel generators, critical infrastructure sectors are typically only able to operate at reduced capacity until grid power is restored, prioritizing their most critical facilities and functions.  Power supply for backup generators is also limited by on-site fuel stores and the ability to resupply fuel.  Backup generator reliability is also an issue, as there are many examples of backup diesel generators for critical facilities failing after being called on following a severe event due to infrequent use or exercising of equipment.  On-site renewable DER solutions can also be used to provide backup power to critical facilities, but are themselves vulnerable to severe weather, and are also stop-gap solutions until grid power restoration is achieved.  As described in Section 2 of Exhibit C (*Project Business Case*), a holistic, multi-pronged approach involving both prevention (e.g., system hardening) and mitigation (e.g., microgrid) solutions is needed to improve resilience.  Hardening critical customer circuits will help to prevent outages to critical customer facilities and enable quicker restoration after outages occur.

The Critical Customer Circuit Hardening initiative will also help to provide the necessary backbone for future mini-grid[40] and community microgrid solutions.  Community microgrids could also be the hybrid microgrid type being discussed in the Microgrid Services Docket No. 2018-0163.  Many critical customer circuits may be good candidates for community microgrids or CCHs in the future.[41]  In order to implement a community microgrid, hybrid microgrid or CCH

---

[40] For the purpose of this Application, mini-grids are largely self-sufficient electric islands that generally operate over larger areas than microgrids, including at the transmission level.

[41] Critical Customer Hubs are a variant of the microgrid concept that includes mobile generation and/or distribution equipment. This concept came out of the Companies-led Koʻolaupoko Community Resilience Initiative.

38

for resilience purposes, the component distribution infrastructure (i.e., wires, poles, switches, etc.) upon which the microgrid operates must remain intact and be hardened to withstand the type of resilience threat the microgrid is intended to mitigate. Therefore, hardening critical customer circuits will complement any future microgrid or CCH implementations in these areas.

Exhibit H (*Critical Customer Circuit Example*) to this Application depicts an area in Kailua, Oʻahu that would likely be considered "no-regrets" for Critical Customer Circuit Hardening. In this area, identified critical customers such as Adventist Health Castle and Fire Station 39 Olomana, as well as other community lifeline[42] facilities, such as an emergency shelter (Kailua High School), correctional centers (Hawaiʻi Youth Correctional Facility and Women's Community Correctional Center), and schools (Kailua High School, Olomana School, and Maunawili Elementary), are all fed by two circuits coming from the nearby Pōhākupu Substation. These circuit areas are densely populated with critical customers and community lifeline infrastructure and are located a short distance from the substation, which is implicative of favorable cost-benefit characteristics for hardening.

In addition, this area may be an ideal candidate for a future community microgrid or CCH. In fact, the Companies have been actively pursuing the development of a CCH in this area. Exhibit H shows a high-level overview of the upgrades that would need to be made on the distribution circuitry in order to implement a CCH, including the installation of switches and fuse cutouts to isolate the CCH from the main grid. In 2021 and 2022, the Companies, in partnership with the Hawaiʻi State Energy Office (HSEO) and Hawaiʻi Emergency Management Agency (HI-EMA), applied through FEMA's Building Resilient Infrastructure & Communities (BRIC) grant program to seek federal cost share for this and two other CCH projects in the

---

[42] *See,* FEMA Community Lifelines, https://www.fema.gov/emergency-managers/practitioners/lifelines

39

Koʻolaupoko region.  Although the Companies' application and no other energy project applications nationwide were funded through the BRIC grant program in 2021, the Companies re-applied to the 2022 BRIC grant program, which has expanded funding.  Awardees for this year are slated to be notified in summer 2022.

Developing this CCH for resilience purposes requires the component infrastructure to be hardened.  As shown in Exhibit H, the Companies plan to upgrade approximately 28 46/12kV poles, 23 12kV poles, and install anchors for an additional 34 poles, to harden the component distribution circuitry of the CCH to meet or exceed NESC Extreme Wind Loadings as part of the CCH's development.

By identifying and hardening no-regrets critical customer circuits such as the ones shown in Exhibit H, critical customers, including community lifeline facilities, will be less likely to lose power in a severe event and quicker to restore if utility power is lost (minimizing the amount of time these facilities would need to rely on backup generators and fuel, while also reducing total length of restoration and restoration costs).  In addition, hardening these circuits complements and facilities potential future mitigation solutions such as microgrids and CCHs to further enhance resilience.

Upon submitting this Application, the Companies plan to further engage the RWG to resume the work of refining critical customer sector definitions and classifications and identifying critical facilities and community lifelines that provide broader societal benefits.  The Companies also plan to seek RWG feedback and input as they develop methods to prioritize critical customer circuits under this Project, as well as methods to evaluate whether a given critical circuit is: 1) "no regrets" to proceed with hardening from substation to identified loads, or 2) requires further evaluation of solution alternatives.  For example, some circuits may have

40

43

characteristics that favor a more mitigation-focused approach, where a microgrid solution combined with hardening within the future microgrid boundary may be more cost effective than hardening from the substation to the critical loads. Hardening would then be executed under the Project, while companion microgrid solutions could be evaluated and sourced through the IGP solution sourcing process. In discussions with the IGP stakeholder council, there was consensus that resilience planning, solution identification, and implementation does not need to happen in a serial sequence with the resource planning and grid needs assessment. Rather, that resilience planning and implementation can occur in parallel to the other parts of the IGP process. Accordingly, the Companies plan on proceeding as such to address the collective agreement that making incremental progress to address resilience and climate adaptation is urgent. In order to meet the aggressive hardening timelines proposed, the Companies will identify, prioritize, and scope specific critical customer circuit hardening projects informed by further RWG discussions and other community and stakeholder input based on the budgeted amounts described below.

On Oʻahu, the Companies plan to harden distribution feeders and laterals directly serving critical customers, as well as select critical sub-transmission lines. The Companies plan to harden approximately 13 circuits over the five-year program for a total of $15,444,000, as shown in Exhibit A.

On Hawaiʻi Island, the Companies plan to harden distribution feeders and laterals directly serving critical customers as well as select critical sub-transmission lines. The Companies plan to harden four circuits over the five-year program for a total of $4,502,000.

Similarly, the Companies plan to harden distribution feeders and laterals directly serving critical customers in Maui County as well as select critical sub-transmission lines. The Companies plan to harden four circuits over the five-year program for a total of $4,768,000.

41

44

### C.    Critical Pole Hardening & Mitigation

This initiative aims to perform targeted hardening of poles for which failure would have a disproportionate impact on restoration following a severe event, including critical poles at increased risk due to sea level rise. While Critical Transmission Line Hardening is focused on preventing damage to transmission lines that are most critical for system operation in a resilience scenario, and Critical Customer Circuit Hardening is focused on preventing damage to circuits serving critical community lifeline functions and infrastructure, the Critical Pole Hardening & Mitigation initiative views criticality primarily through the lens of reducing the total length of restoration, reducing restoration costs, and minimizing societal impacts of downed poles. Viewed through this lens, "critical" poles are generally poles that would be a high priority to replace, difficult to replace, impede restoration if downed, and/or are especially vulnerable to resilience threats. Some examples of critical poles are:

- Poles adjacent to interstate/major highway crossings

- Poles carrying multiple circuits

- Pole-mounted substations

- Substation getaway poles

- Poles with multiple primary risers

To illustrate with an example, if poles adjacent to major highway overhead crossings were to fail in a storm or hurricane, causing the pole or conductor to fall into a major highway or freeway, this would impede traffic, potentially including emergency vehicles, and would take significant resources, time, and coordination with other emergency response efforts to make the repairs.

42

45

Some types of critical pole features are more critical than others, and some poles may have multiple critical features, increasing the criticality rating of the pole.

Any poles targeted for hardening through this initiative will be designed to meet or exceed NESC Extreme Wind Loading requirements. Hardening these poles may include one measure or a combination of measures such as replacing a critical pole with a stronger pole, reducing span length by installing intermediate poles, installing additional guying, or strengthening a critical pole with steel trussing.

The Companies are already beginning to see some of the effects of sea level rise on transmission and distribution infrastructure in certain areas across the Companies' service territories. Coastal erosion and flood water can cause erosion and scour around the base of poles and pole anchors; exposure to salt water can also corrode equipment. The Critical Pole Hardening & Mitigation initiative will also perform upgrades and/or relocations of poles that are either currently being impacted or are imminently at risk of impact due to sea level rise.

As shown in Exhibit A, the Companies propose to harden 170 critical poles for a total of $16,103,000 on Oʻahu, 130 poles for a total of $11,809,000 on Hawaiʻi Island, and 80 poles for a total of $7,708,000 in Maui County. These plans are based on the first five years of a longer-term plan to harden the most critical poles in the Companies' service territories.

In order to meet the aggressive hardening timeline proposed and enable the Companies to commence with detailed engineering design upon Commission approval, the Companies will proceed with additional scoping activities beginning in 2022 prior to Commission approval. This will include the identification and prioritization of critical poles for hardening and refining the scope of work for poles to be hardened in the first year of the program.

43

### D.    Substation Flood Monitoring

Substation flooding can cause significant equipment damage if water reaches control equipment while the substation is still energized.  For this initiative, the Companies plan to install flood monitors in substations identified to be at-risk of flooding.  Flood monitors improve situational awareness by alerting system operators to substation flooding, allowing them to remotely de-energize a substation to reduce equipment damage.  The Companies have begun identifying substations potentially at-risk of flooding using the Companies' GIS asset data in combination with FEMA Flood Insurance Rate Maps, State of Hawai'i Sea Level Rise Exposure Area maps,  and private climate analytics flood risk models.

The Companies plan to install flood monitors in four substations per Company for a total of roughly $650,000 per Company, as shown in Exhibit A.

In order to meet the aggressive timelines proposed, the Companies will proceed with scoping activities beginning in 2022 prior to Commission approval.  This will include identification, prioritization, and scope of work refinement for substation flood monitor installations.

### E.    Distribution Feeder Ties (Maui Only)

Compared to Hawai'i Island and O'ahu, many substation transformers on Maui currently have no circuit ties at the distribution level.  When there is an outage at these substations, either for scheduled maintenance or an unplanned outage, the Companies' current practice is to utilize a mobile substation to serve the load, when feasible.  However, using a mobile substation is not always feasible (for example, if there is inadequate space at the substation).  In situations where a mobile substation can be used, implementing the mobile substation is a time-consuming process

44

47

that results in customer interruptions, especially in the case of unplanned substation outages, where customers may be out of power for an extended period.

By installing backup ties for isolated substations, customer interruptions can be reduced in the case of planned or unplanned outages of the substation.  In addition, distribution feeder ties can often also reduce outage durations caused by faults on the circuit (such as outages caused by vegetation or equipment damage by a storm) by enabling customers to be fed via another circuit. Constructing distribution feeder ties between circuits will greatly reduce outage durations and provide operational and restoration flexibility, which will improve both reliability and resilience.

The goal of this initiative is to construct distribution ties for substation transformer units with no existing ties where it is cost effective and feasible.

The Companies propose to create backup distribution feeder ties for the following circuits:

- Hana 1 & Hana 2 (tie together)
- Ke'anae
- Kula

The total cost for this initiative is $1,033,000.  See Exhibit A for further details.

The Companies plan to proceed with refining the scope of work for these projects in 2022 prior to Commission approval so that detailed design can begin once approval is received.

### F.    Lateral Undergrounding (O'ahu Only)

During severe events, many damage locations typically occur on overhead laterals in forested locations.  Converting these overhead laterals from overhead to underground can therefore be a cost-effective way to reduce the amount of damage that needs to be repaired, significantly reducing the total length of restoration.  Stakeholders have also repeatedly

45

48

requested that the Companies consider undergrounding as a solution for resilience, particularly in areas with a high density of vegetation.

Although undergrounding laterals is generally much less costly than undergrounding three-phase mains, costs can still vary widely based on soil condition, customer density, third-party attachments, whether directional boring can be used, and so forth. This initiative will identify four miles of overhead laterals for underground conversion to validate cost assumptions before more aggressively pursuing this resilience strategy.

The four miles of circuit will be identified by ranking all single-phase laterals on Oʻahu based on vegetation-related failures on a failures-per-circuit-mile basis (using five to ten years of historical data). This will identify the overhead laterals that would be likely to have the most damage in a severe event. Oʻahu is initially chosen as it already has the required resources available to perform this work.

The identified laterals will be further prioritized based on cost factors such as customer density, the presence of third-party attachments, and accessibility. The prioritization process will result in the selection of four circuit miles of distribution laterals on Oʻahu for undergrounding to improve storm resilience. Based on lateral undergrounding costs experienced by other utilities, the total cost for this initiative is set at $4,179,000, as shown in Exhibit A to this Application.

In order to meet the aggressive hardening timeline proposed, the Companies will proceed with scoping activities beginning in 2022 prior to Commission approval. This will include analysis and assessments to identify overhead distribution lines for targeted undergrounding along with refining the scope of work for the initial year of implementation.

46

49

### G.    Hazard Tree Removal

Hazard trees are trees that are not in the right-of-way that are dead, diseased, or structurally compromised, and are tall enough to fall into power lines.  It is common for hazard trees to cause significant damage during severe events.  As such, a hazard tree removal program can be very effective at reducing this type of damage.  The Companies' current vegetation management programs do not include the removal of trees that are outside of the right-of-way, so this initiative represents an incremental increase in O&M that is not currently embedded in the target revenues approved for the Maui Electric 2018 test year rate case (Docket No. 2017-0150), Hawai'i Electric Light 2019 test year rate case (Docket No. 2018-0368), or Hawaiian Electric 2020 test year rate case (Docket No. 2019-0085), nor recovered through any recovery mechanism that is currently in effect.

The Companies plan to complete surveys for each Company to identify and prioritize hazard trees for removal.  This will also include the identification of invasive tree species that have weak root systems and/or are prone to failure during high winds.  In order to begin removing hazard trees as soon as possible following Commission approval, the Companies will proceed with this survey work prior to approval of the Application.

Without the benefit of the survey, the Companies estimate that they will remove 800 hazard trees per Company over the five-year program for approximately $11,000,000 per Company, as shown in Exhibit A.  Actual expenses will depend on the survey results as well as various factors such as location, size, and height as well as the method of removing the debris.

### H.    Resilience Modeling

The industry recognizes that grid resilience is an exceptionally difficult concept to measure and evaluate.  While there are well-defined and established metrics for grid reliability,

47

50

there are currently no formal metrics or methods to evaluate resilience in the power industry that have received universal acceptance and adoption. As a result, calculating cost-benefit characteristics and performing options analysis of resilience enhancements is exceedingly difficult to do with precision. Metric development, consequence-based approaches for investment, and cost-benefit analysis applied to resilience are active areas of early-stage research and implementation in the industry. While the Companies believe there are no-regrets preventive actions that can and must be taken now to improve resilience, the Companies also intend to contribute to the development and implementation of cutting-edge methods to better evaluate resilience and assist with options analysis going forward.

The Companies plan to pursue the development of a performance-based model and method through partnership with national labs and/or universities that will support the Companies' efforts to 1) evaluate system resilience, and 2) compare investment options for resilience enhancements in terms of their expected benefits vis-à-vis system damage and recovery under severe event scenarios. Development and implementation of the resilience model will proceed in stages, from requirements gathering and data assessment, to proof-of-concept development, to implementation at scale. The Companies estimate that this initiative will cost approximately $700,000 total across all three Companies, as shown in Exhibit A. Due to the importance of this work, the Companies plan to begin work on scoping and developing the resilience model in 2022 prior to Commission approval of the Project, with full implementation to be completed in two years. The Companies intend to use this model to inform work prioritization both within as well as beyond this initial five-year program.

48

## I.    Wildfire Prevention & Mitigation

Considering the devastating California wildfires of 2018 and the Companies' own experiences in 2019, the Companies have taken proactive action to address wildfire risks. To this end, the Companies reviewed the San Diego Gas & Electric, Southern California Edison, and Pacific Gas & Electric mandated wildfire mitigation plans to identify best practices that would be appropriate for Hawai'i's environment and weather conditions. In addition, the Companies performed assessments of potential wildfire areas on O'ahu, Maui, Lāna'i, Moloka'i, and Hawai'i Island. The Companies' Wildfire Prevention & Mitigation initiative has the following objectives:

1. Minimize the probability of the Companies' facilities becoming the origin or contributing source of ignition for a wildfire

2. Prevent the Companies' facilities from contributing to the severity or breadth of wildfires

3. Identify and implement operational procedures to ensure the Companies can respond effectively to a wildfire without compromising customer and employee safety, while remaining sensitive to customers' need for reliable electricity

Recognizing the importance of addressing wildfire risks, the Companies began wildfire prevention and mitigation activities in 2019. The Companies' ongoing wildfire prevention and mitigation efforts were described in Docket No. 2019-0327 in the Companies' responses to PUC-HECO-IR-105, filed on July 13, 2021. However, these efforts are not routine, business-as-usual, or common historical practice.

The Companies' wildfire prevention and mitigation efforts incorporate a multi-pronged approach including system hardening and situational awareness investments. Some of the

49

system hardening efforts, such as including identified wildfire risk zones in prioritization of pole and shield-wire replacements, will be addressed through the Companies' ongoing asset sustainment programs. Some of the Companies' wildfire prevention and mitigation investments were planned to be implemented under Grid Modernization Project Phase 2 ("GMS Phase 2").[43] This included the deployment of field devices, such as smart reclosers and smart fuses, to minimize the intensity of sparks caused by line contact.

The Companies plan to implement certain system hardening and situational awareness interventions under this Project. Examples of system hardening activities planned under the Project include:

- Proactive pole and hardware upgrades to prevent failures and address clearance issues with overhead conductors in wildfire risk areas. Examples may include pole hardening or changing horizontal conductor configurations to vertical or delta to reduce the probability of swing shorts.

- Proactive replacement of copper conductors with aluminum in wildfire risk areas. Copper conductors tend to become brittle and pose a higher risk of failure compared to aluminum.

Examples of situational awareness investments planned under the Project include:

- Installing weather stations in strategic locations to monitor wind speed and relative humidity. Detection of high-risk conditions will be used to trigger alternative operational procedures to minimize the risk of wildfires and enable expedient response.

---

[43] *See* Companies' response PUC-HECO-IR-105, filed in Docket No. 2019-0327 on July 13, 2021

50

- Installing video cameras in strategic locations to help dispatchers respond to fires and provide fire responding authorities with critical information about wildfire situations.

The Companies used a combination of ignition density maps developed by the Pacific Fire Exchange along with historical experience to identify initial wildfire risk areas.[44] The Companies then conducted Unmanned Aerial System ("UAS" or "drone") and field inspections of the Companies' facilities and surrounding vegetation in these identified areas to evaluate risk and identify potential interventions. The following qualitative criteria were then used to prioritize areas for which to develop prevention and mitigation plans:

- Type of vegetation

- Proximity to residents

- Accessibility issues for fire response

- Other lessons learned from California experiences

The Companies have identified initial wildfire priority areas on Oʻahu, Maui, Molokaʻi, Lānaʻi, and Hawaiʻi Island. These priority areas are considered a starting point and other areas may be added as circumstances warrant.

The current wildfire priority areas for Oʻahu include: West Oʻahu (Waiʻanae to Kahe Valley), East Honolulu ('Āina Haina to Hawaiʻi Kai), Kapolei (along railroad track), 'Aikahi/Mōkapu, Central Oʻahu (Kunia to Waikele), and Waialua. As shown in Exhibit A, the total estimated program cost for Oʻahu is $5,341,000.

---

[44] The Pacific Fire Exchange is a fire science and information communication program co-led by the Hawaiʻi Wildfire Management Organization (HWMO) and the University of Hawaiʻi at Mānoa. https://www.pacificfireexchange.org

51

In Maui County, the current wildfire priority areas include: West Maui (Lahaina to Kapalua), Maʻalaea, Olowalu, Molokaʻi (from west Molokaʻi to Kawela), and Lānaʻi. The total estimated program cost for Maui County is $6,243,000.

On Hawaiʻi Island, the current wildfire priority areas include: Waikoloa Village, Naʻalehu, Kohala, and Pōhakuloa. The total estimated program cost for Hawaiʻi Island is $2,517,000.

Due to the urgency of addressing wildfire risk, the Companies plan to continue engineering assessments and scoping for Wildfire Prevention & Mitigation work prior to Commission approval of the Project.

## XIII.    COST ESTIMATE

The subject Project has a total estimated cost of $189.7 million from 2022-2027, excluding customer contributions. The Project's estimated total cost is broken down by Company as follows:

 a. Hawaiian Electric: $95.9 million capital expenditure and $10.8 million O&M;

 b. Hawaiʻi Electric Light: $31.8 million capital expenditure and $10.9 million O&M;

 c. Maui Electric: $28.8 million capital expenditure and $11.4 million O&M;

The Project's component initiatives are shown below and are discussed in further detail in this Application. Please see Exhibit A (*Project Cost Estimate*) for further cost details.[45]

---

[45] Estimated costs per component may change over the course of the Project, with the expectation that the total Project cost will not. In other words, the Companies will need flexibility with respect to allocation of total Project costs to the component parts.

52

55

|  | Capital | O&M | Grand Total |
|---|---|---|---|
| HE.005575: Resiliency Program - Hawaii Island | $ 31,846,018 | $ 10,882,051 | $ 42,728,069 |
| 1: Critical T-Line Hardening | $ 12,385,563 | | $ 12,385,563 |
| 2: Critical Customer Circuit Hardening | $ 4,501,817 | | $ 4,501,817 |
| 3: Critical Pole Hardening | $ 11,808,563 | | $ 11,808,563 |
| 4: Wildfire Prevention & Mitigation | $ 2,517,215 | | $ 2,517,215 |
| 5: Substation Flood Monitors | $ 632,859 | | $ 632,859 |
| 6: Hazard Tree Removal | $ - | $ 10,647,850 | $ 10,647,850 |
| 7: Resilience Modeling | $ - | $ 234,202 | $ 234,202 |
| ME.005279: Resiliency Program - Maui | $ 28,849,289 | $ 11,394,097 | $ 40,243,386 |
| 1: Critical T-Line Hardening | $ 8,432,862 | | $ 8,432,862 |
| 2: Critical Customer Circuit Hardening | $ 4,768,120 | | $ 4,768,120 |
| 3: Critical Pole Hardening | $ 7,708,259 | | $ 7,708,259 |
| 4: Wildfire Prevention & Mitigation | $ 6,243,176 | | $ 6,243,176 |
| 5: Substation Flood Monitors | $ 664,174 | | $ 664,174 |
| 6: Maui Distribution Feeder Ties | $ 1,032,699 | | $ 1,032,699 |
| 7: Hazard Tree Removal | $ - | $ 11,159,895 | $ 11,159,895 |
| 8: Resilience Modeling | $ - | $ 234,202 | $ 234,202 |
| PE.005838: Resiliency Program - Oahu | $ 95,924,008 | $ 10,831,761 | $ 106,755,770 |
| 1: Critical T-Line Hardening | $ 54,194,006 | | $ 54,194,006 |
| 2: Critical Customer Circuit Hardening | $ 15,444,153 | | $ 15,444,153 |
| 3: Critical Pole Hardening | $ 16,103,347 | | $ 16,103,347 |
| 4: Wildfire Prevention & Mitigation | $ 5,341,118 | | $ 5,341,118 |
| 5: Substation Flood Monitors | $ 662,607 | | $ 662,607 |
| 6: Lateral Undergrounding | $ 4,178,777 | | $ 4,178,777 |
| 7: Hazard Tree Removal | $ - | $ 10,597,559 | $ 10,597,559 |
| 8: Resilience Modeling | $ - | $ 234,202 | $ 234,202 |
| Grand Total | $ 156,619,315 | $ 33,107,909 | $ 189,727,224 |

Although the investments to improve system reliability, resiliency and recovery are substantial, the Companies submit that they are reasonable in terms of the Companies' overall capital expenditures as well as the range of investments that other utilities are making to address many of these same issues. For example, assuming an approximate capital investment of $155 million for the period 2023-2027, this would average approximately $31 million annually. This would be equivalent to a range of approximately 9-15% of the Companies' forecasted annual capital expenditures.

The Edison Electric Institute recently surveyed member companies on their Adaptation, Hardening and Resilience (AHR) expenditures. EEI's report demonstrates that investor-owned utilities are spending significant and growing amounts on AHR initiatives (approximately $20 billion per year) which represent 24% of distribution spending and 21% of transmission spending on capital expenditures, respectively.[46] Additionally, and particularly in the face of recent severe events that have resulted in significant outages, northeast utilities such as Consolidated Edison, National Grid and Public Service Enterprise Group are investing billions of dollars to strengthen their systems and incorporate climate change into their planning and operations; and are already seeing dividends from those investments.[47]

As noted above, while the Companies are seeking EPRM recovery for these important investments which need to be made as soon as possible, they are also consistently working to evaluate other funding or cost-share opportunities as they may arise. This includes most notably, the Bipartisan Infrastructure Investment and Jobs Act, passed by Congress on November 6, 2021 and signed into law by President Biden on November 15, 2021, which includes significant funding for both grid reliability and resiliency as well as flood and wildfire mitigation and coastal resiliency. The Companies are actively working to comprehensively evaluate funding opportunities under the Act which the Companies may pursue. These include both a one-time national competitive grant opportunity, which set aside $2.5 billion to fund grid resilience enhancement projects, as well as annual funding opportunities through the state formula funding award of which the State of Hawai'i will be allocated approximately $3.1M annually over five years.

---

[46] EEI 2020 Financial Review, Annual Report of the U.S. Investor-Owned Electric Utility Industry at 45-46.
[47] "Northeast utilities are spending billions on resilience, and the investments are paying off", Utility Dive, November 10, 2021.

54

## A.    Inflation Adjustment Mechanism

The Companies' estimated Project costs through 2027 are based on several assumptions. As reflected in Exhibit A, one of the assumptions is that the Companies have incorporated a constant inflation projection in estimating non-labor (e.g., materials, outside services) Project costs for years 2023-2027. This inflation escalation for non-labor Project costs is based on the forecasted Gross Domestic Product Price Index ("GDPPI"), similar to the I factor in the annual revenue adjustment approved in Docket No. 2018-0088 and filed in the Companies' PBR Fall Revenue Reports and the non-labor cost escalation rate and the revenue adjustment cap used previously in the rate adjustment mechanism ("RAM"). See Exhibit I in this Application for the April 2022 Blue Chip Economic Indicators Report. As shown in Exhibit I, page 5, the forecasted GDPPI for 2023 is 2.9%. Therefore, non-labor Project costs in UIPlanner were escalated by 2.9% in 2023-2027 in order to calculate the Project's total cost of $189.7M.

Separate from the above, in favor of transparency and accuracy, the Companies are also proposing to apply an inflationary adjustment mechanism which would calculate a one-time adjustment that would true-up or true-down the Commission's approved EPRM recovery amount at the end of the Project's term (2027) to account for actual inflation that occurred during the 2023-2027 timeframe. In other words, if actual inflation from 2023-2027 is higher than the projected 2.9% that was used to calculate the Project's non-labor cost in this Application, there would be a true-up adjustment to calculate and add the additional inflation adjustment to the non-labor costs of the Commission approved EPRM recovery amount of the Project. If actual inflation is lower than 2.9%, there would be a corresponding downward adjustment to the non-labor costs of the Commission approved EPRM recovery amount. Consistent with the

55

58

EPRM guidelines, EPRM recoverable costs will still be limited to the lesser of actual net incurred project/program costs or Commission-approved amounts, net of savings.

The illustrated example below shows how the Companies would apply their proposed inflation mechanism. If actual inflation during 2023-2027 is lower than 2.9% by the amounts shown the illustrative example below, the approved EPRM recovery amount will be reduced by $1,500,000 at the end of 2027. If actual inflation is higher by the amounts shown in the example, the approved EPRM amount would be increased by $300,000.

**Oahu**

| | 2023 | 2024 | 2025 | 2026 | 2027 | Grand Total | | |
|---|---|---|---|---|---|---|---|---|
| Project Non-labor Cost Before Inflation | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 50,000,000 | | |
| 2.9% GDPPI | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | | | |
| Inflation Multiplier | 102.900% | 105.8% | 108.7% | 111.6% | 114.5% | | | |
| Illustrative EPRM Approved Amount | $ 10,290,000 | $ 10,580,000 | $ 10,870,000 | $ 11,160,000 | $ 11,450,000 | $ 54,350,000 | | |

| Scenario 1 Actual Inflation Lower | 2023 | 2024 | 2025 | 2026 | 2027 | Grand Total | | |
|---|---|---|---|---|---|---|---|---|
| Project Non-labor Cost Before Inflation | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 50,000,000 | | |
| Actual GDPPI | 2.0% | 2.0% | 2.0% | 1.5% | 1.5% | | | |
| | 102.000% | 104.0% | 106.0% | 107.5% | 109.0% | | True-Down | |
| Senario 1 Total (Revised EPRM Amount) | $ 10,200,000 | $ 10,400,000 | $ 10,600,000 | $ 10,750,000 | $ 10,900,000 | $ 52,850,000 | $ | (1,500,000) |

| Scenario 2 Actual Inflation Higher | 2023 | 2024 | 2025 | 2026 | 2027 | Grand Total | | |
|---|---|---|---|---|---|---|---|---|
| Project Non-labor Cost Before Inflation | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 10,000,000 | $ 50,000,000 | | |
| Actual GDPPI | 3.0% | 3.5% | 3.0% | 3.0% | 2.5% | | | |
| | 103.000% | 106.5% | 109.5% | 112.5% | 115.0% | | True-Up | |
| Senario 2 Total (Revised EPRM Amount) | $ 10,300,000 | $ 10,650,000 | $ 10,950,000 | $ 11,250,000 | $ 11,500,000 | $ 54,650,000 | $ | 300,000 |

Therefore, for calendar years 2023-2026, EPRM recovery would be based on actual recorded capital and incremental O&M expenditures incurred during the preceding calendar year. At the end of calendar year 2027, the Companies would calculate whether actual inflation during the 2023-2027 timeframe was higher or lower than 2.9% and whether an inflation adjustment is warranted. If there is an adjustment, the Companies would then determine the "revised EPRM recovery amount" (i.e., approved EPRM recovery amount plus/minus inflation adjustment) for the Project and compare that against the Project's total cost during 2022-2027. In the Companies' 2028 Spring Revenue Report, which would be filed no later than March 31, 2028, the Companies would detail how the inflation adjustment was calculated and how it

56

impacts the Commission approved EPRM recovery amount for the Project. If actual Project costs for the entire Project are lower/less than the revised EPRM recovery amount, no action would be needed as EPRM recovery is limited to the lesser of actual incurred costs or Commission approved amounts. If actual project costs exceed the revised EPRM recovery amount, the Companies' EPRM recovery for the total project would be limited to the revised EPRM recovery amount. Any over-recoveries of revenues under the EPRM adjustment mechanism would be refunded, with interest, in accordance with the reconciliation provisions of the EPRM Guidelines.

As established in the PBR proceeding, the current MRP began in 2021 and will last for five years with the next MRP beginning in 2026. Even if rates are reset for the next MRP to include the recovery of the Project's recorded capital and incremental O&M expenditures that went into service in years prior, the same methodology as described above can be used to determine the total authorized amount of the Project.

In their Project cost estimates, the Companies should and have reflected the projected impact of current global issues such as, but not limited to, the ongoing COVID-19 pandemic, the supply-chain crisis, the war in Ukraine, high inflation driving commodities prices higher, in addition to other market conditions that have arisen during the development of this Application. The risks and global issues highlighted above are well outside the Companies' control and the Companies can only mitigate inflation and Project impacts to a certain degree. Allowing an adjustment for actual inflation will reduce uncertainty and bring the authorized amount in closer alignment with the actual costs, regardless of whether the actual inflation is higher or lower than the original inflation estimate. If the Companies are not allowed this mechanism to control for inflation risk, higher than expected inflation could reduce the magnitude of scope executed, in

57

turn reducing the magnitude of resilience benefits derived from this initial program. In consideration of these risks that are currently impacting Company-wide projects and programs financially and logistically, as well as to account for unknown risks that the Companies cannot anticipate through 2027, the Companies are respectfully requesting Commission approval of the above inflation adjustment mechanism to be applied at the end of the Project's term.

## XIV.    PROJECT BENEFITS

### A.    Current State of the Industry with Respect to Cost-Benefit Analysis for Power System Resilience

The evaluation of system resilience and quantification of resilience benefits is an eminent challenge in the power industry. A 2020 report developed by the Pacific Northwest National Laboratory ("PNNL") under the U.S. DOE's Grid Modernization Laboratory Consortium ("GMLC") notes that "no consensus exists at present on how to define or quantify resilience."[48]

Part of the challenge with measuring resilience has to do with the high level of uncertainty concerning the frequency of severe events and the damage they cause. No one can predict with precision the expected frequency with which hurricanes or other severe events will impact Hawai'i's grid looking into the future, nor which areas will be affected or to what extent. In addition to the paucity of historical data, there is also uncertainty concerning the impacts of climate change on the frequency and severity of severe events to be expected in the future, which means that historical probabilities may not be accurate predictors of future probabilities.

Predicting the impacts of major disruptions on the system is another area of high uncertainty. Such analysis usually requires significant data along with complex modeling and technology capabilities that are still in early stages of development in the industry.

---

[48] Petit, Vargas, et al. (2020, April). *Grid Modernization: Metrics Analysis (GMLC1.1) – Resilience.* Prepared for U.S. Department of Energy by Pacific Northwest National Laboratory.

58

As a result, the industry currently lacks sufficient means to precisely quantify resilience benefits, including the ability to quantitatively distinguish the benefit characteristics of one type of resilience enhancement activity from another. A report by the Electric Power Research Institute ("EPRI") describes these challenges:

> A central characteristic of extreme events is the fact that their impacts are uncertain and incompletely understood. In conventional cost-benefit analysis, prospective investments can be evaluated by comparing the costs and benefits expressed in present-value terms, which make comparisons straightforward. Resiliency investments are considered to avert the consequences of events characterized by low probability, uncertain timing, and high severity (while the costs are certain and large) … [T]here is no unifying perspective or framework for cost-benefit analysis of resiliency efforts, though there is much interest in advancing the state of the art. Despite growing concern over the critical need for enhanced resiliency, there is no standardized framework for assessing resiliency levels or evaluating investment options.[49]

Recognizing these uncertainties and the need for additional capabilities to evaluate resilience and support options analysis of resilience enhancements, the Companies are pursuing the development of performance-based resilience modeling capabilities, as discussed in Section XII.H, through partnerships with national labs and/or universities that will help to advance the state of the art and support further refinement of the Companies' proposed resilience improvements beyond initial no-regrets initiatives.

The Companies' position is that there are foundational, well-established, no-regrets resilience enhancements that can and should begin now. For the current Application, the Companies have performed two different types of analyses to quantify a portion of the potential benefits of the proposed Project. However, these analyses are not intended to be comprehensive depictions of the cost-benefit characteristics of the proposed resilience enhancements and are subject to significant uncertainty.

---

[49] Electric Power Research Institute. (2016, February). *Electric Power System Resiliency: Challenges and Opportunities*.

59

## B.    Benefit-Cost Analysis

This section summarizes the benefit-cost analysis performed for the Project. See Section 7 of Exhibit C (*Project Business Case*) for the complete benefit-cost analysis.

To perform a benefit-cost analysis, the Companies developed a statistical model for the probability of hurricanes of different categories making landfall on one of the Hawaiian Islands based on historical data. The Companies used this model to estimate an annualized GDP impact of tropical storms and hurricanes on the unhardened systems of today. An annualized revenue requirement for the Project was then calculated for each of the operating companies to compare to expected annual benefits. Break-even values for total length of restoration (TLR) reduction were then estimated that would result in GDP savings exceeding the cost of the investment, while acknowledging that GDP savings due to TLR reduction is only one of many benefits of resilience enhancement. The calculated break-even values for TLR reduction are 13% for Oʻahu, 31% for Maui County, and 37% for Hawaiʻi Island.

As another way of comparing the benefits and costs of the Project, the Companies sought to identify a single extreme event that would result in full economic cost recovery (in terms of GDP savings). Using an assumption that the resilience investments will result in a 20% reduction in TLR, it was estimated that the benefits from this level of TLR reduction for a single Category 2 hurricane making landfall on Oʻahu would exceed costs for the Oʻahu resilience investments, while the benefits from this level of TLR reduction for a single Category 3 hurricane would exceed costs for the respective Maui County and Hawaiʻi Island investments.

It should be noted that hurricanes are anticipated to become more frequent and severe in the future due to climate change.  If hurricanes are more frequent and/or severe than this analysis

60

assumed (based on historical data), this would increase the relative value of the proposed resilience investments.

Furthermore, given that GDP benefits were the only benefits quantified, it is expected that the actual benefits of the Project would be greater when considering all benefits. For example, significant customer value will be realized through other benefits such as:

1.    Reduced storm restoration costs

2.    Reduced customer interruption costs

3.    Reduced food spoilage

4.    Societal benefits of reduced interruptions and restoration times for hardened critical customer circuits, enabling quicker stabilization of community lifeline functions

5.    Benefits related to other events such as prevention and/or mitigation of wildfires

It should also be noted that for some of the proposed initiatives, a reduction in TLR is secondary to the primary intended benefits of the initiative, which were not quantified.  For example, enabling continued electric service and quicker restoration for community lifeline facilities (as in Critical Customer Circuit Hardening) has societal benefits that are not adequately captured by quantifying benefits solely in terms of reduced TLR of the whole system.

Based on the above, it is likely that the customer benefits of the proposed Project will exceed the amount of rate increases to customers.

61

64

## XV.    EPRM RECOVERY

### A.    EPRM Cost Recovery is Appropriate

The Companies seek recovery of the capital and O&M costs of the Project through the EPRM adjustment mechanism until new rates for the next MRP become effective that provide cost recovery of the Project's capital and O&M expenditures that went into service in the current MRP for each respective Company.  As this Project would straddle the current five-year MRP and the next MRP, if rates are reset for the next MRP to include recovery of the Project's capital and O&M expenditures that went into service during the current MRP, the Companies propose that the Commission authorize the recovery of the Project costs for the remaining years of the Project through the EPRM until new rates that provide recovery of the Project's investments become effective for the MRP thereafter.

The purpose of the EPRM is to provide a mechanism for recovery of revenues for net costs of approved "Eligible Projects" placed in service during a Multi-Year Rate Period that are not provided for by other effective tariffs, the Annual Revenue Adjustment, Performance Incentive Mechanisms, or Shared Savings Mechanisms.[50]  As discussed in detail in Exhibit E (*Exceptional Project Recovery*), attached hereto, the Companies maintain that the Project qualifies as an eligible project under Section III.B.1(d) (approved or accepted plans, initiatives, and programs) of the EPRM Guidelines.

### B.    EPRM Recovery Will Follow Established EPRM Guidelines

The Companies are seeking to recover Eligible Project costs through the EPRM adjustment mechanism pursuant to the process set forth in the EPRM Guidelines approved in Decision and Order No. 37507 in Docket No. 2018-0088.

---

[50] EPRM Guidelines, Section II.A1.

Section III.C.4.e. of the EPMR Guidelines states the following:

"Accrual of revenues recovered through the EPRM adjustment mechanism for an Eligible Project shall commence upon certification of the project's completion and/or in-service date in accordance with terms approved by the Commission at the time cost recovery through the EPRM adjustment mechanism is approved in the underlying proceeding for EPRM relief."

Since the Companies plan to install the various Projects over the course of the year, to reduce the administrative burden, the Companies propose to simplify the EPRM recovery as follows. This would be consistent with the approved MPIR recovery process for advanced meters and telecommunications network components of the Grid Modernization Phase 1 project.[51]

- The Companies will begin accruing target revenues beginning January 1 following the year of installation of the resilience Projects, based on the actual capital and O&M expenses for those projects, rather than begin accruing target revenues as the Projects go into service, as the EPRM Guidelines allow.

- In the annual February filing of the PBR Annual Review Cycle,[52] the Companies will reflect the accrual of target revenues for the January-December period of that year for existing resilience Projects and those that went into service in the prior year.

- The accrual of target revenues as reflected in the February filing are subject to Commission review as part of the Spring Revenue Report filed at the end of March. Recovery of those proposed target revenues is through the RBA Rate Adjustment effective from June 1 of that year to May 31 of the following year.

---

[51] See Order No. 38131, issued on December 20, 2021 which approved the Companies' proposed adjustments to target revenues related to Grid Modernization Phase 1 elements completed through July 1, 2021.
[52] See Decision and Order No. 37507, Docket No. 2018-0088 at 199. By February 28, Companies file schedules and other supporting workpapers for all known attained PIMs and SSMs and EPRM revenue adjustments.

63

EPRM recovery would be based on actual recorded costs and the depreciation, tax and authorized return rates in place at the time. Recovery of on-going incremental O&M costs would be based on actual recorded costs for the previous year. As proposed in Section XIII above, after the last year of the program, the Companies are requesting approval to determine the final authorized EPRM recovery amount based on actual GDPPI over the five-year period. The final EPRM recovery amount will be used as the limit in calculating the amount of recovery requested in Year 5 in the annual EPRM filing to be filed on or before February 28, 2028 (such that the total recovery over the five-year period will not exceed the lesser of the actual or authorized cost of the Project), with any impact to Target Revenues effective January 1, 2028. As explained above, the current MRP began in 2021 and will last for five years with the next MRP beginning in 2026. Even if rates are reset for the next MRP to include the recovery of the Project's capital and O&M expenditures that went into service in years prior, the same methodology as described above can be used to determine the total authorized amount of the Project.

## C.    Accounting Treatment

In Exhibit L, the Companies propose the accounting and ratemaking treatment specific to the proposed Project investments and expenses identified in Section XII. The Project primarily consists of traditional capital expenditures to strengthen the transmission and distribution infrastructure, as well as the incurrence of expenses for the Hazard Tree Removal and Resilience Modeling components of the Project. The Companies are requesting approval to recover the estimated capital and O&M costs of the Project through the EPRM until new rates for the next MRP become effective that provide cost recovery for the Project's capital and O&M expenditures that went into service in the current MRP. In addition, the Companies are

64

67

requesting recovery through the EPRM of Project capital and O&M costs that go into service during the next MRP.

## D.    Revenue Requirements

An overview of the various revenue requirement components impacted by this Project is provided in Exhibit D (*Revenue Requirements and Bill Impact Calculation*) of this Application. These high-level revenue requirement calculations include simplifying assumptions (e.g., Project in-service dates, capital components treated as one unit to which the most likely treatment applies rather than parsed into specific classifications) which will generally model the expected accounting, tax and ratemaking treatment for the Project or capital investment. This is based on the current tax and accounting rules and the expected ratemaking treatment determined for the Project or capital investment at that time. In the Spring Revenue Report, the Companies will provide detailed calculations based on actual information and the depreciation, tax and allowed return rates in place at that time, as discussed further below.

Table 1 below summarizes the proposed ratemaking treatment of the various costs of this Project:

**Table 1: Proposed Ratemaking Treatment of Various Impacted Costs**

| Cost Component or Savings | Proposed Ratemaking Treatment |
|---|---|
| Climate Adaptation Resilience Program Capital | EPRM |
| Climate Adaptation Resilience Program Incremental O&M | EPRM |

## E.    Bill Impact

The Companies estimates that the average monthly bill impact of this Project for a typical residential customer using 500 kWh will be $0.33 for Hawaiian Electric, $0.86 for Hawaiʻi

65

68

Electric Light, and $0.71 for Maui Electric, based on the revenue requirements associated with the cost of the Project shown in Exhibit D to this Application.

## XVI.    NON-WIRES ALTERNATIVES ANALYSIS

Based on the discussion in Exhibit F (*Non-Wires Opportunity Evaluation*), the Companies respectfully request that the evaluation of Non-Wires Alternatives ("NWA") be waived for this Project, or, in the alternative, that the Commission determine that NWAs need not be further evaluated for this Project.

## XVII.    GREENHOUSE GAS ANALYSIS

As stated earlier, pursuant to HRS § 269-6(b), the Companies submit in Exhibit G[53] a Greenhouse Gas Emissions Analysis ("GHG" or "emissions" analysis), which was performed by Hawaiian Electric's consultant, Ramboll US Consulting, Inc. ("Ramboll"). The estimated GHG emissions result is presented in metric tons ("MT") of carbon dioxide equivalent ("CO2e") and in kilograms of CO2e per megawatt-hour ("MWh") for the Project lifetime. Detailed calculations including assumptions and inputs are included with the accompanying GHG analysis report.

The Project GHG emissions are based on the best reasonably available public data that has undergone scientific peer review and the most current information including emission factors available to Ramboll at the time the analysis was completed. This information was then localized where practical, and where it may have a material impact on the total GHG emissions, to account for unique location-specific factors applicable to a project in Hawai'i such as additional transportation. Direct emissions were calculated to account for the Project's upstream, operations, and downstream emissions. The use of a combination of localized peer-reviewed

---

[53] As part of this Application, the Companies are submitting the source excel files which includes the GHG Analysis supporting calculations and associated assumptions.

66

published studies and direct emissions calculations for the Project represents the "GHG Analysis" approach in this evaluation. Based on this approach, Ramboll has estimated that the Project would result in an estimated 27,506 metric tons ("MT") of carbon dioxide-equivalents ("$CO_2e$") ("MT $CO_2e$") for the Project lifecycle. There is no net increase in operations and maintenance expected from the Project; therefore, GHG emissions from Project operations were not quantified.

<h2 style="text-align:center">XVIII.    <u>REPORTING</u></h2>

For informational purposes only, Hawaiian Electric shall file an annual report in this docket detailing the status and spend of the Project and its component initiatives, including items such as changes to proposed costs, scope, and timelines.

As part of their ongoing efforts to maximize system resilience in the most cost-effective manner reasonably possible, the Companies will continue to seek to optimize and prioritize investments and improve efficiency to the benefit of customers. In other words, the Companies will need flexibility with respect to the allocation of total Project costs to the component parts. To the extent that these efforts result in any necessary modifications to the proposed prioritization of investments, the Companies will incorporate any such improvements as a part of their reporting. Estimated costs per component may change over the course of the Project, with the expectation that the total Project cost will not.

## XIX.    CONCLUSION

Wherefore, the Hawaiian Electric Companies respectfully request that the Commission issue two decisions and orders and approve the specific requests set forth in Section V, Requested Approvals, herein.

DATED:  Honolulu, Hawai'i, June 30, 2022.

/s/ Joseph P. Viola
Joseph P. Viola

Senior Vice President, Customer, Legal &
Regulatory Affairs

Vice President
Hawai'i Electric Light Company, Inc.
Maui Electric Company, Ltd.

68

EXHIBIT B
PAGE 1 OF 70



# Resilience Working Group Report for Integrated Grid Planning

Hawaiian Electric Company, Maui Electric Company, and Hawai'i Electric Light Company

**April 29, 2020**

This page intentionally left blank.

**Siemens Industry, Inc.**
**Energy Business Advisory**
12700 Fair Lakes Circle, Suite 250
Fairfax, Virginia 22033  USA
Tel: +1 (703) 818-9100
www.siemens.com



73

# Table of Contents

1.    **Executive Summary**.................................................................**5**

    1.1    Resilience Working Group Objectives and Process .......................................... 5

    1.2    Assessment of Grid Resilience Needs in Hawaiʻi ............................................ 5

    1.3    Resilience Considerations for Integrated Grid Planning and Other Activities ............. 10

    1.4    Organization and Uses of Report................................................................... 14

2.    **Introduction**.......................................................................**15**

    2.1    Resilience Working Group.......................................................................... 15

        2.1.1    Goals and Objectives ......................................................... 15

        2.1.2    Member Organizations and Participants............................... 16

        2.1.3    Meetings and Exercises ..................................................... 19

        2.1.4    Report Development and Review.......................................... 19

    2.2    Resilience Framework............................................................................... 20

        2.2.1    Definition of Grid Resilience ............................................. 20

        2.2.2    Framework for Assessing Grid Resilience Needs ................... 21

3.    **Prioritizing Threats to Grid Resilience** ..............................................**23**

    3.1    Historical Perspective on Severe Events Affecting Hawaiian Infrastructure ............... 23

    3.2    Prioritization of Threats to the Power Grid .................................................... 24

    3.3    Threat Cases for Grid Resilience Planning ..................................................... 28

        3.3.1    Hurricane/Wind/Flood Scenarios ........................................ 30

        3.3.2    Earthquake/Tsunami Cases ................................................ 32

        3.3.3    Wildfire Scenarios ........................................................... 34

        3.3.4    Physical and Cyber Security Scenarios.................................. 35

        3.3.5    Volcano Scenarios ........................................................... 37

    3.4    Future Impacts of Climate Change on Infrastructure – Reference to Jupiter Intelligence
          Report................................................................................................... 39

4.    **Capabilities of Key Customers and Infrastructures** ..............................**40**

    4.1    Prioritizing Customers and Infrastructure Sectors ........................................... 40

    4.2    Key Customer Capabilities and Needs........................................................... 42

    4.3    Opportunities for Critical Customers to Improve Resilience from Loss of Power Events
          45

Resilience Working Group Report for Integrated Grid Planning

**5.    Opportunities to Improve Grid Resilience** ............................................................... **47**

    5.1    Characteristics of Power Grid on Each Island ................................................. 47

    5.2    Additional Options for Improving Grid Resilience ......................................... 53

**6.    Inputs to Integrated Grid Plan and Other Related Activities**................................. **56**

    6.1    Resilience Related Objectives........................................................................... 56

    6.2    Potential Solutions and Strategies.................................................................... 60

    6.3    Alternative Scenarios........................................................................................ 62

    6.4    Harmonization of Resilience with Other Objectives ....................................... 62

    6.5    Balanced Scorecard of Objectives ................................................................... 63

    6.6    Potential Actions outside of the IGP................................................................ 64

    6.7    How RWG Input Can Best Be Used ................................................................ 64

**7.    Summary of Recommendations**.................................................................................. **65**

    7.1    Integrated Grid Planning Process Recommendations....................................... 65

    7.2    Recommendations for Key Customers and Infrastructure Partners.................. 66

    7.3    Recommendations for Utilities Outside the Integrated Grid Planning Process............. 67

Resilience Working Group Report for Integrated Grid Planning

# Table of Figures

Exhibit 1:    Consolidated Threat Scenarios for IGP ............................................................... 6
Exhibit 2:    RWG Recommended Customer Classifications by Tier ..................................... 7
Exhibit 3:    Summary of Backup Power and Fuel Capabilities by Customer Class ............. 8
Exhibit 4:    IGP Stakeholder Engagement Organization ........................................................ 15
Exhibit 5:    Resilience Working Group Member Organizations and Representatives .......... 17
Exhibit 6:    RWG 2019 Meeting Summary and Process Overview ...................................... 19
Exhibit 7:    Grid Reliability vs. Resilience ............................................................................. 21
Exhibit 8:    Overview of Hazards and Projected Future Change in Hawai'i ........................ 23
Exhibit 9:    Severe Events Considered and Prioritized by the RWG .................................... 25
Exhibit 10:   Prioritization of Critical Threats – O'ahu ......................................................... 26
Exhibit 11:   Ranking of Critical Threats – Top Five by Island ............................................. 27
Exhibit 12:   Final Consolidated List of Recommended Threat Scenarios for IGP ............... 28
Exhibit 14:   Coastal Flooding Impact Areas in O'ahu ........................................................... 31
Exhibit 15:   Earthquake Impacts Hawai'i ................................................................................ 32
Exhibit 16:   Tsunami Impact Areas focused in O'ahu and Maui ......................................... 33
Exhibit 17:   Earthquake/Tsunami Moderate and Severe Cases ............................................. 34
Exhibit 18:   Wildfire Impact Areas ......................................................................................... 34
Exhibit 19:   Wildfire Moderate and Severe Cases .................................................................. 35
Exhibit 20:   Physical/Cyber Security Moderate and Severe Cases ....................................... 37
Exhibit 21:   Volcano Impact Areas, Hawai'i ........................................................................... 38
Exhibit 22:   Volcano Severe Case ............................................................................................ 38
Exhibit 23:   Criteria for Identifying Customers and Sectors ................................................. 41
Exhibit 24:   RWG Recommended Customer Classifications by Tier ..................................... 42
Exhibit 25:   Summary of Backup Power and Fuel Capabilities .............................................. 43
Exhibit 26:   Customer Sector Need v. Capability to Self-Supply ......................................... 44
Exhibit 27:   Sector Interdependencies ..................................................................................... 45
Exhibit 28:   O'ahu Grid Characteristics and Key Customers ................................................. 47
Exhibit 29:   Summary of O'ahu Grid Resilience Characteristics .......................................... 48
Exhibit 30:   Hawai'i Island Grid Characteristics and Key Customers .................................. 49
Exhibit 31:   Summary of Hawai'i Island Resilience Characteristics ..................................... 50
Exhibit 32:   Maui Grid Characteristics and Key Customers ................................................. 50
Exhibit 33:   Summary of Maui Resilience Characteristics ..................................................... 51
Exhibit 34:   Moloka'i Grid Characteristics and Key Customers ............................................ 52
Exhibit 35:   Lāna'i Grid Characteristics and Key Customers ................................................ 52
Exhibit 36:   Summary of Moloka'i and Lāna'i Resilience Characteristics ........................... 52
Exhibit 37:   Overview of the IGP Process ............................................................................... 56
Exhibit 38:   Common System Objectives in Utility Planning ............................................... 57
Exhibit 39:   Example Resilience Metric ................................................................................... 58
Exhibit 40:   Example Resilience Policy Goals, Forecasts and Other Inputs ........................ 60
Exhibit 41:   Potential Resilience Solutions ............................................................................. 61

Resilience Working Group Report for Integrated Grid Planning

Exhibit 42:   Consolidated Threat Scenarios for IGP ............................................................................... 62
Exhibit 43:   Sample Balanced Scorecard Including Resilience Metric .................................................. 64

Resilience Working Group Report for Integrated Grid Planning

# 1. Executive Summary

## 1.1 Resilience Working Group Objectives and Process

The Hawaiian Electric Companies (the Utilities) have embarked on the development of a long-term Integrated Grid Planning (IGP) process, one of the first of its kind in the U.S. The IGP will evaluate a combination of generation resources, transmission options and distribution assets in an integrated manner to provide a solution that meets the Utilities' environmental, regulatory, reliability, and resilience objectives in an affordable manner.

As this is the first of its kind, the Utilities have organized several stakeholder working groups, including the Resilience Working Group (RWG), to allow the Utilities to consider stakeholder inputs to the process. The goal of the RWG is to:

- Identify and prioritize resilience threat scenarios and potential grid impacts
- Identify key customer and infrastructure sector capabilities and needs following a severe event and loss of power
- Identify gaps and priorities in grid and customer capabilities following a severe event and loss of power
- Provide recommendations and inputs for the IGP to address resilience needs
- Recommend additional grid and customer actions to close gaps in capabilities following severe events

The Utilities retained Siemens and Where Talk Works, Inc. to facilitate a series of six RWG meetings and assist the RWG in reaching consensus around the definition of resilience of the grid, its importance to its customers, the vulnerability of the grid to severe events, and utility and customer options for mitigating these vulnerabilities.

## 1.2 Assessment of Grid Resilience Needs in Hawaiʻi

A methodical process was applied to develop the RWG inputs through a series of presentations, group discussions, and breakout sessions over a six-month period. The process included the following steps:

- Agree on a definition of resilience
- Identify severe threats to Hawaiian Electric service areas
- Screen the threats to focus on those having the most severe impacts on the power grids and to consolidate threats that have similar or overlapping impacts
- Identify and prioritize key customers and infrastructure sectors with focus on system recovery and public safety and well-being
- Identify gaps and opportunities to improve grid resilience, some of which can be with the Utilities and the grid itself and some of which can be provided by customers, particularly critical infrastructure partners

5

78

- Provide inputs to the IGP process for those resilience options that involve power grid enhancements

The RWG adopted the Public Utility Commission (PUC) Staff's definition of resilience as "the ability of a system or its components to adapt to changing conditions and withstand and rapidly recover from disruptions." With regard to the electric power system in particular, this can be interpreted as the ability to anticipate, absorb, adapt to, and rapidly recover from a catastrophic event.

Resilience objectives that were discussed by the RWG consistent with the PUC's definition include:

- Reduce the likelihood of power outages during a severe event
- Reduce the severity and duration  of any outages that do occur during and after a severe event
- Reduce restoration and recovery times following a severe event
- Return critical infrastructure customers' power rapidly to enable mutual support and recovery during an emergency
- Return all customers within appropriate times
- Limit environmental impacts of a severe event

The RWG determined by consensus that five types of severe events were determined to be of utmost importance to consider for achieving a resilient grid. They are:

- Hurricanes
- Earthquakes and tsunamis
- Volcanos (Hawai'i Island)
- Wildfires
- Physical and cyber-attacks

Siemens constructed twenty-three scenarios to represent different potential impacts on grid infrastructure for these five events on O'ahu, Hawai'i Island and Maui County (Maui, Moloka'i, and Lāna'i). These scenarios identify facilities that could be impacted and possible lengths of time that the facilities would be out of service. The five event types and applicability to the islands are summarized in Exhibit 1. Each event type has a moderate and severe case, which would translate to 24 possible cases to study. However, the volcano scenario has only one severe case, so the total number of possible scenarios constructed for consideration in the IGP is 23. The Utilities are not expected to study all cases presented, but rather a select number of cases to assess the benefits and costs of mitigation strategies.

**Exhibit 1:    Consolidated Threat Scenarios for IGP**

| Threat | Includes | Oahu | Hawai'i | Maui County |
|---|---|---|---|---|
| Hurricane | Flood, Wind | X | X | X |
| Tsunami | Earthquake | X | X | X |
| Wild Fire | | X | | X |
| Physical Attack | Cyber Attack | X | X | X |
| Volcano | | | X | |

Resilience Working Group Report for Integrated Grid Planning

Each of the scenarios has a brief narrative that provides some key assumptions for the case, as described more fully in the body of the report. In the description of these scenarios, there are instances where certain critical infrastructures could be out of service for weeks or even months. The RWG recommends the Utilities consider the impacts of these events in the IGP though they do not necessarily need to run all 23 scenarios in the IGP. The scenario descriptions include maps of areas most vulnerable to damage on each of the affected islands to assist the Utilities in identifying the potential impacts of these events on grid infrastructure.

In addition to the development of the risk of these events on grid infrastructure, the RWG provided a summary of the relative priorities of customer groupings based on how critical it is to return these types of organizations to electric service during an extended outage. These are summarized in Exhibit 2.

**Exhibit 2:        RWG Recommended Customer Classifications by Tier**

| Tier 1 | Tier 2 | Tier 3 |
|---|---|---|
| • Military<br>• Telecommunications<br>• Hospitals and critical healthcare<br>• Water and wastewater<br>• Emergency management and first responders | • Transportation<br>• Hospitality<br>• Banking and finance | • Remaining customers |

This identification of customer groups represents the stakeholders' views of the prioritization of customers with the greatest need to be returned to service quickly. An action item for the RWG and the Utilities should be to reconcile these customer priorities with the Utilities' and, at a strategic level, emergency managements' restoration plans to ensure that they are in alignment. The RWG and the Utilities should remain flexible to adjusting customer groupings and Tiers over time to ensure that prioritized customers and sectors are cross-validated with other sources such as FEMA's Community Lifelines construct and DHS's Critical Infrastructure Sectors[1].

---

[1] One member offered the following recommendation for future work and reporting by the RWG: RWG selected these particular sectors (in Tiers 1 & 2 above) during breakout discussions with a scope of providing inputs to the IGP – focused on resilience of the power grid. The RWG has not identified the whole "Energy" sector in its Tiers and priorities. Electricity is commonly a subcomponent of Energy (https://www.cisa.gov/energy-sector; https://www.fema.gov/lifelines). The work of the RWG was focused on making the grid more resilient and the interdependencies with other critical sectors. However, the RWG should have considered including other elements of the Energy sector including, for example, liquid fuels, gas, and other energy subcomponents. This is relevant to the RWG because it led to "Energy" not being specifically called out in the RWG Tiers nor identified in the "Sector Interdependencies", "Customer Sector Needs vs Capability", or in the discussion of key customers / capabilities by

7

Resilience Working Group Report for Integrated Grid Planning

The RWG also provided general information on the ability of customer classes to withstand severe events, as shown in Exhibit 3.

**Exhibit 3:    Summary of Backup Power and Fuel Capabilities by Customer Class**



When comparing the potential vulnerability of critical infrastructure in remote locations for weeks to months, to the current backup power capability of the stakeholders, there are gaps between customers' ability to withstand an outage and the potential downtime associated with the severe events contemplated by the RWG.

By listening to the discussions through the stakeholder process and by conducting interviews with experts within the Utilities, Siemens was able to draft an initial list of some of the options available to mitigate these gaps. The recommendations were refined after review and discussion with the RWG. This is not meant to be a comprehensive list but rather a starting point for further evaluation. In addition to IGP process recommendations presented later, the Utilities should consider the following potential mitigation actions to improve grid resilience:

- Utilities continue to explore and develop advanced resilience data as demonstrated by the technologies of Jupiter Intelligence

- Utilities partner with key customers and the government to develop microgrids for power that can be isolated from the grid when needed (severe events)

- Utilities reinforce fuel resupply options by increasing distributed storage and delivery capability for severe event emergencies

---

sector. In general, it would be preferential to align the definition of the sectors to the extent possible with the DHS/FEMA designated functions so that there is a common language being used by all.

8

Resilience Working Group Report for Integrated Grid Planning

- Utilities plan for additional crews during emergencies and provide more robust and regular training for emergency situations

- Utilities expand critical resources, supplies, backup equipment, and materials to restore damaged circuits, substations or generators, including distribution more quickly following severe events

- Utilities plan for emergency access to additional helicopters on the islands to support repairs in remote, difficult to access sites

- Utilities plan for enhanced vegetation management, particularly in critical grid areas susceptible to damage from wind and falling or flying debris

- Utilities continue hardening or reinforcing critical transmission circuits, including upgrading wind criteria and flood mitigation, upgrading structures, and using enhanced construction methods and materials

- Utilities continue efforts at enhancing physical and cyber security of assets, resources, and systems.

- Utilities continue planning for expanding underground cables (water resistant) and locating equipment outside flood prone areas

- Utilities consider alternative paths for transmission circuits to increase diversity of location and enhance performance during severe events

- Utilities establish one or more priority circuits with enhanced restoration capabilities and greater hardening

- Utilities continue to require that new RFPs for renewables bids include grid-forming inverters, meaning they can provide a blackstart capability

- Utilities consider adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency and backup operations

- Utilities develop wildfire mitigation strategies for worst case wildfire event at Maalaea

- Utilities develop and test capabilities of expanded use of drones for emergency response and regular maintenance inspections

- Utilities evaluate options for distribution automation, digital meters and associated communications networks which can be valuable in assessing system conditions, the extent of outages, and how to best prioritize recovery efforts to get key customers reenergized more quickly

- Utilities consider actions to reduce tsunami risk impacting generation in inundation zones on Oʻahu

Additionally, the RWG identified mitigation and resiliency recommendations for key customers and critical infrastructure sectors:

- Infrastructure owners and operators work together in close partnerships to coordinate disaster planning and recovery. Recovery and risk mitigation are shared responsibilities between the power companies, key customers and the government.

- Key customers develop and implement load management/load curtailment capabilities to limit power usage to mission critical loads during emergencies with loss of offsite utility power

9

Resilience Working Group Report for Integrated Grid Planning

- Key customers maintain ample onsite fuel supplies for generators during extended power outages and transportation disruptions and have in place plans and fuel supply arrangements resupply fuel for outages exceeding operational expectations; coordinate resupply plans so that multiple facilities, sectors, and geographic areas are not relying on the same fuel resources at the same time; provide backup power sources that can supply essential loads during prolonged outages and emergencies; test and exercise backup power resources

- Under their Continuity of Operations Planning (COOP), key customers should consider relocating essential functions to alternative facilities at sites/locations with more robust infrastructure support

- Key customers consider developing plans and arrangements for deployment of temporary emergency power generators that can be relocated to critical sites during prolonged outages

- Key customers consider partnering with Utilities and the government to develop local microgrids for power that can be isolated from the grid when needed (during severe events); consider alternative technologies, such as renewables and storage, and other blackstart resources,

- Key customers in the transportation sector ensure availability of adequate road clearing equipment to speed recovery of key roads, ports and airports

- Key customers reinforce harbors and port facilities against catastrophic flooding and storm damage to ensure they can maintain maritime operations during extended power outages

- Customers maintain training and exercise programs that address performing emergency and contingency operations with loss of utility power

## 1.3 Resilience Considerations for Integrated Grid Planning and Other Activities

The RWG was intentionally not prescriptive in defining inputs to the IGP. Much of the IGP is very technical, but the RWG focused on developing general guidance rather than detailed planning requirements for the IGP process. Both Siemens and the Utilities provided a high-level description of the planning process, so the RWG offered recommendations for consideration in both the IGP and for activities outside of the IGP.

**Objectives**

Siemens provided the RWG a high-level perspective to utility planning that suggested that utilities begin with a list of objectives that customers are looking for in a plan. The list includes grid qualities such as least cost, reliable, resilient, sustainable, and flexible. Each objective would typically have a corresponding metric which could be measured so that the Utilities has a basis to assess tradeoffs between each objective.

- The least cost objective typically uses the Net Present Value (NPV) of costs over a planning horizon as a metric

- Reliability is often measured by a loss of load probability

- Sustainability is often measured in terms of percentage of renewable resources in the portfolio or carbon tons emitted

Resilience Working Group Report for Integrated Grid Planning

Resilience is relatively new as an objective in utility resource planning.  Currently, no formal grid resilience definitions, metrics, or analysis methods have been universally accepted. The RWG didn't have a specific metric in mind, but the group did express the view that costs should not be the only measure of resilience to consider.  Hence Siemens facilitated an RWG discussion of possibilities that the Utilities might consider.

The RWG reached general agreement that all relevant costs need to be captured, which includes the costs that utilities might incur to mitigate (and recover from) severe outages, as well as the cost of the outage to customers and stakeholders.  It might also include costs that customers incur to mitigate the impact of severe outages, especially if those measures might be more cost effective than those incurred by the utility.

Regarding the measure of resilience, the RWG provided no guidance other than there should be metrics to measure the resilience of electricity distribution systems that are not strictly cost based to measure its performance. In this way, the Utilities will have an analytical framework to quantify resilience metrics and a process to utilize them to measure tradeoffs between cost and resilience, just as it can measure the cost associated with greater levels of sustainability or cost and flexibility.

Resilience Working Group Report for Integrated Grid Planning

## Inputs to the Process

Once again, the RWG did not have a view towards what technical inputs the Utilities should consider in tracking resilience. However, the RWG expressed a lot of interest in the presentation made by Jupiter Intelligence in developing forecasts of future weather patterns, such as sea level rise, the frequency of future events such as hurricanes based on science, trends and weather patterns.

The RWG agreed that one needs forecasts and probability distributions of the frequency, duration, and severity of wind and flood damage associated with these events, considering the vulnerability of the grid to these events in terms of recovery times by location and other performance indicators. Customers need to understand their ability to withstand these events without future options being implemented.

## Strategies That Might be Considered

Siemens also described to the RWG some strategies that could be considered in the context of an IGP. Strategies are high level activities that might shape the portfolio of actions the Utilities could take. The following are illustrations of the types of strategies the Utilities might consider in their IGP that appeared reasonable to the stakeholder group:

- One strategy that might be considered is different levels of power generation decentralization. By considering locating generation resources closer to load centers and key customers (decentralization), one can evaluate tradeoffs between more and less centralized generation strategies. If the Utilities were to construct portfolios of options that are more decentralized, one can assess how much moving more of its generation closer to load pockets improves resilience and at what cost.

- A second type of strategy would be to evaluate what actions (portfolios) the Utilities can undertake on their own versus a strategy that considers the most cost-effective solutions with potential customer and other service provider actions along with utility actions. This could come about through partnerships that are mutually beneficial to the Utilities and customers in terms of achieving resilience, environmental, sustainability and other mutual objectives.

- A third strategy might entail setting specific targets for recovery times and other performance measures for different classes of customers. By evaluating more stringent targets one can determine the cost effectiveness of each alternative.

The RWG did not express a view towards which of these strategies to consider but felt that these were reasonable ones that the Utility might choose to evaluate. It is also possible for the Utilities to consider combinations of strategies.

## RWG Recommendations for Integrated Grid Planning Process

The RWG recommends that:

- The following threat scenarios be considered by the Utilities to guide the IGP process and other resilience initiatives, and also by key customers and critical infrastructure partners in developing resilience preparations:
  - Hurricane/flood/wind
  - Tsunami/earthquake

Resilience Working Group Report for Integrated Grid Planning

- o   Wildfire
  - o   Physical and cyberattack
  - o   Volcano

- Utilities consider the key customer and infrastructure priorities identified by the RWG when planning system expansion or improvements

- Utilities develop IGP objectives that include optimizing resilience and cost of resilience; and merge resilience with other planning goals such as reliability, renewable energy expansion, sustainability, carbon emissions reduction, environmental stewardship, rate stability, etc.

- Utilities should consider the following elements of resilience:
  - o   Reduce probability of power outages during severe and catastrophic events
  - o   Reduce outage severity and duration during and following a severe or catastrophic event
  - o   Reduce restoration and recovery times following severe and catastrophic events;
  - o   Optimize cost (including capital and operating costs, and probability weighted outage and recovery costs, etc.)
  - o   Return critical and priority customers power within specified times
  - o   Return power to other customers within specified times
  - o   Limit environmental impacts

- That the Utilities consider all possible lowest cost solutions, whether they are best accomplished solely through utility actions or through a combination of utility customer and other service provider actions; hence RWG recommends that some consideration of non-utility stakeholder actions be captured in the analysis of options

- That all relevant costs should be captured, which includes the costs that Utilities might incur to mitigate (and recover from) severe and catastrophic outages, as well as the cost of the outage to customers and other stakeholders; it might also include costs that customers or other service providers incur in response to and recover from the consequences of a prolonged severe outage, especially if those measures might be more cost effective than those incurred by the utility

- That Utilities develop measures of resilience for Integrated Grid Planning in collaboration with stakeholders to allow evaluation of resilience performance of various options or combination of options under assumed scenarios and conditions

- That resilience should not only be measured as a cost but should be a separate goal with its own measurable outcomes.  This step requires the definition of each individual resilience goal and quantification of the degree of resilience achieved in a single and/or combination of metrics

- That Utilities consider options for more decentralized or distributed energy resources closer to load areas and options for expanding customer-based programs and other non-wires solutions for improving reliability and resilience

- That Utilities assess options for enhancing resilience through the mix and location of generation resources, including expanding renewable resources with grid-forming capabilities

- That Utilities consider configuring portions of the grid in several mini grids that could operate as independent islands which could be self-supplying over an extended period of time during severe emergencies and outages.

- That Utilities consider planning for best locations to expand and diversify blackstart resources and delivery paths to support grid restoration and timely recovery of key customers and critical infrastructure sectors

13

Resilience Working Group Report for Integrated Grid Planning

- That Utilities consider targeted transmission/sub-transmission additions to enhance redundancy and diversity of delivery paths and reduce risk from severe events

## 1.4   Organization and Uses of Report

The report is intended to be a starting point for the IGP, but it has value well beyond the analysis that the Utilities plan to consider in its upcoming study.  For one, it brings the Utilities' interests and the customers interests together and creates a dialogue that can result in partnerships that might not otherwise exist.  It also provides the Utilities with information that it could not find otherwise on the true vulnerabilities of the islands. Finally, it creates a vehicle for information sharing going forward to ensure that the Utilities are focused on customer interests.   Stakeholder views will continue to evolve as technological advances occur. None of this report should be considered as final, since we are in a rapidly evolving energy future.

The RWG expressed a willingness to continue to contribute to the IGP as it evolves, over the next 18 months and into the future.  The partnership between the Utilities and the stakeholders is critical to the achievement of joint resilience objectives for the future of Hawai'i.

Following Section 2 reviewing the RWG process, the remaining sections of the report describe the process used by the RWG to:

- Identify priority resilience threats impacting the grid and customers (Section 3)

- Identify priority customer and infrastructure sectors and their capabilities and needs (Section 4)

- Identify grid vulnerabilities and capabilities to withstand severe events (Section 5)

- Provide inputs for consideration in the IGP (Section 6)

Section 7 summarizes the RWG's recommendations from across all areas of the report.

Resilience Working Group Report for Integrated Grid Planning

# 2. Introduction

## 2.1 Resilience Working Group

### 2.1.1 Goals and Objectives

The Hawaiian Electric Companies (the Utilities), comprised of Hawaiian Electric Company, Maui Electric Company, and Hawaiʻi Electric Light Company, are undertaking a comprehensive Integrated Grid Planning (IGP) process, which brings together resource, transmission and distribution planning, seeking best solutions to provide affordable, reliable, resilient, and clean energy to Hawaiʻi while minimizing risks. Noting the State's isolated island location, vulnerability to natural hazards, and history of disasters, resilience of electricity supply and delivery is a key consideration in the IGP. This report details the activities and recommendations of the 2019 Resilience Working Group (RWG).

An integrated grid planning process is new to Hawaiʻi and to the industry. Few such processes have been performed and only a portion of those few have directly considered resilience in the planning process. For this reason, the Utilities decided to form several stakeholder groups to provide input to the process, including the RWG.

Stakeholder engagement is core to the IGP process. A broad stakeholder engagement process was launched in 2019 to identify customer and stakeholder inputs and to solicit feedback throughout the IGP process. Stakeholder activities early in the IGP process will support the identification of customer needs and how these translate into policy goals, objectives, forecasts and assumptions feeding into the IGP analysis. Several advisory working groups under the broader stakeholder process were formed to focus on key components of IGP. Exhibit 4 presents the organization of the IGP stakeholder process, including the RWG.

**Exhibit 4:   IGP Stakeholder Engagement Organization**



Source: HECO

The goal of the RWG is to support the development of resilience planning inputs for Hawaii's power system including resource, transmission and distribution assets, in relation to potential societal and economic impacts of potential severe events. More specifically, the goals are to:

15

- Identify and prioritize resilience threat scenarios and potential grid impacts
- Identify key customer and infrastructure sector capabilities and needs following a severe event and loss of power
- Identify gaps and priorities in grid and customer capabilities following a severe event and loss of power
- Provide recommendations and inputs for the IGP to address resilience needs
- Recommend additional grid and customer actions to close gaps in capabilities following severe events

The RWG realized during the process that achieving resilience meant key customers and infrastructure sectors would be able to continue providing essential services during and following a severe event, even if power outages occur. This requires a strong partnership and cooperation between the Utilities and their key customers to support essential operations and disaster response. The Utilities are focused on rapid restoration and recovery of the power supply while customers can ensure their own emergency business continuity through backup power resources, fuel storage and resupply capabilities, and other measures to mitigate the consequences of possible power outages following severe events.

## 2.1.2   Member Organizations and Participants

The RWG members included a broad range of state and national agencies, commercial and industrial customers, and not for profit interest groups. It was important that the members were able to bring to the discussion expertise from their sectors, including:

- Defense
- Telecommunications
- Transportation (Energy as a subset)
- Water and wastewater
- Hospitals and health care
- Emergency management and first responders
- Hospitality industry

The RWG member organizations and individual representatives are listed in Exhibit 5. The Utilities retained Siemens Energy Business Advisory (Siemens EBA) to advise and facilitate the RWG through the stakeholder engagement process. Siemens EBA provided technical facilitators with expertise in integrated grid planning and resilience. The Utilities also retained Where Talk Works, Inc., a Hawai'i-based company that provides collaborative meeting facilitation services.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 5:      Resilience Working Group External Member Organizations and Representatives**

| Name | Organization |
|------|--------------|
| Dan Kouchi | Chamber of Commerce |
| Hirokazu Toiya | City & County of Honolulu Emergency Management |
| Jennifer Walter | City & County of Honolulu Emergency Management |
| Crystal van Beelen | City & County of Honolulu Emergency Management |
| Rocky Mould | City & County of Honolulu Office of Climate Change, Sustainability and Resiliency |
| Chris Cunningham | City & County of Honolulu Office of Climate Change, Sustainability and Resiliency |
| Christian "Kaliko" Kabasawa | City & County of Honolulu Office of Climate Change, Sustainability and Resiliency |
| Dean Nishina | Consumer Advocate's Office |
| Marcey Chang | Consumer Advocate's Office |
| Talmadge Magno | County of Hawaii Civil Defense |
| Keith Okamoto | County of Hawaii Dept. of Water Supply |
| Jeffrey Pearson | County of Maui Department of Water Supply |
| Herman Andaya | County of Maui Emergency Management Agency |
| Alex de Roode | County of Maui Energy Commissioner |
| Eric Nakagawa | County of Maui Environmental Management |
| Andy Schwartz | Energy Freedom Coalition of America (EFCA) |
| Tristan Glenwright | Energy Freedom Coalition of America (EFCA) |
| Owen Sanford | Energy Freedom Coalition of America (EFCA) |
| William Rolston | Energy Island |
| Jeanne Johnston | Federal Emergency Management Agency |
| Janet Yocum | Federal Emergency Management Agency |
| Robert Harris | Hawaii PV Coalition |
| Judy Kern, Chief | Hawaii Department of Health |
| Thomas Travis | Hawaii Emergency Management Agency |
| David Lopez | Hawaii Emergency Management Agency |
| Chris Crabtree | Hawaii Healthcare Emergency Management |
| Daniel Kelly | Hawaii Healthcare Emergency Management |
| Paul Agena | Hawaii National Guard |
| Aaron Lau | Hawaii National Guard |
| Wade Ishii | Hawaii National Guard |
| Stan Garcia | Hawaii National Guard |
| Tony Moiso | Hawaii Society of Healthcare Engineers |
| William Giese | Hawaii Solar Energy Association (HSEA) |
| Carilyn Shon | Hawaii State Energy Office |
| Chris Yunker | Hawaii State Energy Office |
| Mark Want | Hawaii State Energy Office |

17

Resilience Working Group Report for Integrated Grid Planning

| | |
|---|---|
| Francis Alueta | Hawaiian Telcom |
| Dan Masutomi | Hawaiian Telcom |
| Kevin Ihu | Honolulu Board of Water Supply |
| Lori Kahikina | Honolulu Dept. of Environmental Services |
| Henry Curtis | Life of the Land |
| Raymond Tanabe | National Oceanic and Atmospheric Administration |
| John Bravender | National Oceanic and Atmospheric Administration |
| Leigh Anne Eaton | National Oceanic and Atmospheric Administration |
| Jonathan Choi | Par Hawaii |
| Wren Wescoatt | Progression HI Offshore Wind |
| Noelani Kalipi | Progression HI Offshore Wind |
| Dave Parsons | Public Utilities Commission |
| Jay-Paul D Lenker | Public Utilities Commission |
| Gina Yi | Public Utilities Commission |
| Samantha Ruiz | Public Utilities Commission |
| Clarice Schafer | Public Utilities Commission |
| Mike Wallerstein | Public Utilities Commission |
| Jason Prince | Public Utilities Commission |
| Erik Kvam | REACH |
| Eric Au | Sheraton Hotels |
| Jade Butay | State of Hawaiʻi Department of Transportation |
| Ed Sniffen | State of Hawaiʻi Department of Transportation |
| Ross Higashi | State of Hawaiʻi Department of Transportation |
| Gary Yokoyama | State of Hawaiʻi Department of Transportation |
| Peter Pillone | State of Hawaiʻi Department of Transportation |
| Joseph Beagley | State of Hawaiʻi Department of Transportation |
| Murray Clay | Ulupono Initiative |
| Keith Yamanaka | United States Army |
| Casey Ann Hiraiwa | United States Army |
| Glen Yanagi | United States Coast Guard |
| Jennifer DeCesaro | United States Department of Energy |
| Sonny Rasay | United States Marine Corps |
| Shaun Sakai | United States Marine Corps |
| Robert Malaca | United States Marine Corps |
| Joe Baysa | United States Marine Corps |
| Dan Lougen | United States Navy |
| Shereen Wachi | United States Navy |
| Peter Yuen | United States Navy |
| Gary Ting | United States Navy |
| Corey Shaffer | Verizon Wireless |

18

### 2.1.3  Meetings and Exercises

The RWG held six meetings starting in July and concluding in December of 2019. A summary of the meetings and agendas is presented in Exhibit 6. The initial meetings focused on defining and raising awareness of resilience and threats to the electric grid. The next few sessions identified and prioritized threats to the islands and defined key customer needs and priorities under severe event scenarios. Looking at these factors, as well as the infrastructure and state of the electric grid today, the RWG formed inputs and considerations to address resilience in the IGP.

**Exhibit 6:       RWG 2019 Meeting Summary and Process Overview**

| Meeting | Date | Topics of Focus |
|---------|------|-----------------|
| 1 | July 22, 2019 | • Introduce RWG<br>• Define resilience and raise awareness<br>• Solicit initial inputs |
| 2 | August 29, 2019 | • Review needs and existing capabilities of critical infrastructure<br>• Identify customer segments under severe hurricane scenario<br>• Preliminary consensus on resilience process |
| 3 | September 17, 2019 | • Define severe event priorities<br>• Identify and map potential impacts of all hazards<br>• Identify, assess, and discuss mitigation options |
| 4 | October 28, 2019 | • Map threats, vulnerabilities, key customer needs and capabilities as related to the grid<br>• Review planning criteria and scenarios |
| 5 | November 22, 2019 | • Review outline of the final working group report |
| 6 | December 16, 2019 | • Review final report and recommendations<br>• Open comment period (through Jan 10, 2019)<br>• Consensus and acceptance by RWG<br>• Consider minority views |

Source: RWG

### 2.1.4  Report Development and Review

Throughout the six-month process, the RWG sought consensus and inclusiveness in preparing its recommended inputs to the Utilities' IGP process and overall resilience planning efforts. The group met frequently in breakout groups to discuss threat scenarios, customer capabilities and needs during a severe event, and inputs to the IGP. Minority views were considered and incorporated when appropriate. Meeting notes were recorded for the general sessions and breakouts to ensure comments were captured and considered in the final report. Additionally, frequent use was made of a meeting collaboration and polling app (Sift.Ly) to assess consensus and collect individual written comments.

19

A draft of the RWG report was prepared by Siemens facilitators and distributed prior to the December 16, 2019 meeting. The draft report was discussed during the final meeting and the RWG provided feedback on key issues and recommendations. The report remained open for written comment by the RWG through January 10, 2020. All comments were given due consideration while striving to achieve strong consensus across the RWG.

## 2.2    Resilience Framework

### 2.2.1    Definition of Grid Resilience

The RWG aligned on the definition of resilience as defined by the Hawaiian Public Utilities Commission (PUC) staff: "Resilience is the ability of a system or its components to adapt to changing conditions and withstand and rapidly recover from disruptions." As it relates to the electric grid and the IGP process, resiliency considers the ability to anticipate, absorb, adapt to, and rapidly recover from a potentially catastrophic event while sustaining mission critical functions.

The RWG's framework is consistent with the U.S. Federal Emergency Management Agency's (FEMA) National Preparedness Goal. The National Preparedness Goal describes the five mission areas as follows:

- Prevention: Prevent, avoid, or stop an imminent, threatened, or actual act of terrorism.
- Protection: Protect our citizens, residents, visitors, and assets against the greatest threats and hazards in a manner that allows our interests, aspirations, and way of life to thrive.
- Mitigation: Reduce the loss of life and property by lessening the impact of future disasters.
- Response: Respond quickly to save lives; protect property and the environment; and meet basic human needs in the aftermath of an incident.
- Recovery: Recover through a focus on the timely restoration, strengthening, and revitalization of infrastructure, housing, and a sustainable economy, as well as the health, social, cultural, historic, and environmental fabric of communities affected by an incident.

The RWG discussed the distinction between reliability and resilience. The facilitators presented the graphic in Exhibit 7 to address the concepts. Reliability provides a level of assurance that the lights will stay on through most normal events on the system (a power circuit or generator trips offline) or there are limited customer outages. At the bend of the curve one can see that reliability issues can sometimes lead to customer outages or in rare instances even an island wide outage. Reliability is achieved through achieving construction standards and accepted planning and operating practices; it addresses expected conditions during the life of the facilities in the system.

**Exhibit 7:**        **Grid Reliability vs. Resilience**



Resilience addresses the performance of the system under more severe conditions such as the natural disasters discussed in this report that exceed the design expectations of the grid. As shown in Exhibit 7 on rare occasions a severe natural event such as a hurricane, flooding, high winds or wildfire could cause widespread grid outages and even permanent damage requiring weeks or even months to repair. The severity (consequences) axis in Exhibit 8 includes the magnitude and duration of power outages, and potential downstream impacts. The focus of the RWG in developing this report was to suggest recommendations to the IGP process that would reduce the frequency and consequences of system outages caused by severe events, in other words shift the steep part of the risk curve toward the left and downward. This can be achieved by improving the capability of the grid to withstand more severe events, and by being able to reduce the impact of the event and restore power more quickly once an event occurs.

The RWG also discussed the meaning of the term "disruption" in the PUC staff definition and agreed it would include any outage or loss of firm load. The report is focused on severe events that result in prolonged large-scale disruptions.

## 2.2.2  Framework for Assessing Grid Resilience Needs

It is important to note that grid resilience was the focus of the RWG work, which is somewhat different than other resilience initiatives that focus on the entire spectrum of resilience issues. The goal of this effort was to develop stakeholder inputs to guide the IGP process to address resilience risks involving extensive and potentially long-term electrical outages.

The framework for this assessment went through the following methodical steps in a series of presentations, group discussions, and breakout sessions:

- Agree on a definition of resilience

Resilience Working Group Report for Integrated Grid Planning

- Identify severe threats to Hawaiian Electric service areas
- Screen the threats to focus on those having the most severe impacts on the power grids and to consolidate threats that have similar or overlapping impacts
- Identify and prioritize key customers and infrastructure sectors with focus on system recovery and public safety and well-being
- Identify gaps and opportunities to improve grid resilience, some of which can be with the Utilities and the grid itself and some of which can be provided by customers, particularly critical infrastructure partners
- Provide inputs to the IGP process for those resilience options that involve power grid expansion or enhancement

Subject to future assessments the RWG believes the resilience objectives at the core of the IGP process should be:

- Reduce outage risk during severe events
- Increase ability to anticipate, absorb, adapt to, and/or rapidly recover from a potentially catastrophic event
- Reduce restoration and recovery time following a severe event
- Optimize cost (including capital and operating costs, and probability weighted outage and recovery costs, etc.)
- Return critical and priority (Tier 1 and 2) customers' power within specified time
- Return power to other customers within specified time
- Limit environmental impacts

The RWG is cognizant that all of these objectives may not be explicitly addressed within the current IGP process; rather, some objectives will support the Utilities' broader resiliency planning efforts and may be addressed through other means such as; grid modernization, resilience and asset strategies, operating procedures, and future IGP planning cycles.

For customers, resilience objectives aim to maintain critical functions, limit fatalities and human suffering, limit infrastructure and property damage, and limit the overall cost and economic impacts of an outage.

Resilience Working Group Report for Integrated Grid Planning

# 3. Prioritizing Threats to Grid Resilience

A grid resilience needs assessment begins first with identifying and prioritizing severe threats and understanding their impacts on the grid and customers. The RWG spent several meetings working on severe event scenarios and conducting tabletop exercises in breakout sessions to discuss the event impacts within their various sectors. The RWG recommends that the threat scenarios proposed here be used by the Utilities to guide the IGP process and other resilience initiatives, and by key customers and critical infrastructure partners in developing resilience preparations.

## 3.1  Historical Perspective on Severe Events Affecting Hawaiian Infrastructure

Hawaiʻi is a paradise and an attractive tourist destination. At the same time, being an island state and subject to natural events and climate change, Hawaiʻi has experienced its share of severe events. Exhibit 8 from Hawaii's 2018 Hazard Mitigation Plan identifies just a few events of note and demonstrates that severe events have happened in the past and are likely to continue in the future. Some hazards are expected to increase in both frequency and severity in the future due to climate change impacts, as will be discussed later.

**Exhibit 8:       Overview of Hazards and Projected Future Change in Hawaiʻi**

| Hazard | Projected Change | | | Confidence in Changing Future Conditions [a] |
| --- | --- | --- | --- | --- |
| | Location | Extent/ Intensity | Frequency/ Duration | |
| Climate Change and Sea Level Rise | ↑ | ↑ | ↑ | Highly Likely |
| Chronic Coastal Flood | ↑ | ↑ | ↑ | Highly Likely |
| Dam Failure | —[b] | —[b] | ↑[b] | Likely |
| Drought | ↑ | ↑ | ↑ | Highly Likely |
| Earthquake | — | — | — | Uncertain |
| Event-Based Flood | ↑ | ↑ | ↑ | Highly Likely |
| Hazardous Materials | — | — | — | No Change |
| Health Risks | — | — | — | No Change |
| High Wind Storms | — | — | ↓[c] | Likely |
| Hurricane | ↑ | ↑ | ↑ | Highly Likely |
| Landslide and Rockfall | — | — | ↑ | Highly Likely |
| Tsunami | ↑ | ↑ | — | Highly Likely |
| Volcanic (lava flow and vog) | —[d] | —[d] | —[d] | Uncertain |
| Wildfire | ↑ | ↑ | ↑ | Highly Likely |

23

96

Note: Arrow direction indicates a projected increase or decrease; straight line indicates uncertain and/or no change expected at this time.

Source: Hawaiʻi 2018 Hazard Mitigation Plan

## 3.2    Prioritization of Threats to the Power Grid

The RWG considered and prioritized a range of severe events including natural, technological, and attack events. The RWG started with an initial list of threats that they felt would be the most important to address regarding impacts on the electric system.

Exhibit 9 is a summary of threats listed in the FEMA Threat and Hazzard Identification Report CPG 201. The RWG considered the threats under Column C (Considered by RWG) as possibly being important to the grid and supply of electricity to customers in Hawaiʻi. Column P (Prioritized by RWG) indicates the RWG made the scenario a priority for IGP consideration. Scenarios not recommended as input to the IGP were screened out because (1) they do not apply to Hawaiʻi, (2) they do not affect the power grid and cause system-wide power outages, (3) the impacts were redundant with other threats, or (4) they were considered outside the scope of the resilience planning. the utility outage box is not checked, but obviously is an overarching focus of the entire RWG efforts and the IGP process.

24

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 9:      Severe Events Considered and Prioritized by the RWG**

| Natural | C | P | Technological | C | P | Attack | C | P |
|---|---|---|---|---|---|---|---|---|
| Avalanche | | | Dam failure | | | Physical (shooter) | X | X |
| Drought | | | HazMat | | | Physical (explosive) | X | X |
| Earthquake | X | X | Industrial Acc | | | Cyber | X | X |
| Epidemic | | | Levee failure | | | Chemical | | |
| Flood | X | X | Mine Accident | | | Improvised nuke | | |
| Hurricane | X | X | Pipeline | | | Terrorist nuke | | |
| High wind | X | X | Radiological | | | Radiological | | |
| Space weather | | | Train Derail | | | | | |
| Tornado | | | Transportation | | | | | |
| Tsunami | X | X | Urban fire | | | | | |
| Volcano | X | X | Utility outage | | | | | |
| Wildfire | X | X | Fuel supply | X | | | | |
| Landslides | X | | Demand/resources | X | | | | |
| Greenhouse gas | X | | | | | **C - Considered** | | |
| Lightning | X | | | | | **P – Prioritized** | | |

Source: FEMA Threat and Hazzard Identification Report CPG 201 and the RWG

Through a series of breakout sessions over several meetings, the RWG discussed how each of the threat scenarios would impact the electric system of each island and difficulties associated with recovery and the associated social and economic consequences for each island. The scenarios were then prioritized by electronic vote of the members. A sample vote is shown in Exhibit 10 for Oʻahu. Similar votes were taken for the other islands serviced by the Utilities. (Note the electronic votes were weighted at five points for first choice, 4 points for second choice, etc.)

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 10:        Prioritization of Critical Threats – Oʻahu**



Source: RWG

Exhibit 11 shows how the threats were prioritized by island during breakout discussions and electronic votes to assess consensus. The graphic confirms that the top five priority events for each island are included in the final recommended set of scenarios for input to the IGP.

26

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 11:    Ranking of Critical Threats – Top Five by Island**

| | Oʻahu | Hawaiʻi | Maui | Lānaʻi | Molokaʻi |
|---|---|---|---|---|---|
| Hurricane | X | X | X | X | X |
| Tsunami | X | X | X | X | X |
| Flooding | X | X | X | X | X |
| Cyber attack | X | | | | |
| High winds | X | | X | X | X |
| Fuel supply | | | | X | X |
| Earthquake | | X | | | |
| Physical attack | | | | | |
| Demand (system issues and threats) | | | | | |
| Resources (eclipse/strike) | | | | | |
| Wild fire | | | X | | |
| Greenhouse Gas Emissions | | | | | |
| Landslide | | | | | |
| Volcanic activity | | X | | | |
| Lightning | | | | | |

Source: RWG

Hurricane, tsunami, flooding, and high winds were common themes across all islands, according to the RWG. The scenarios highlighted in pink are included in the recommendations for consideration in the IGP. In later discussions, fuel supply was deemed to be an extremely important issue, but it was common to all severe events and outages – if the power is out for an extended period, resupply of fuel for backup power is a common concern for all critical sectors. Therefore, backup power and fuel supply should be considered across all scenarios and is not a scenario by itself.

Exhibit 12 presents the results of additional work to consolidate the list of threat scenarios. The goal of the RWG was to recommend a reasonable number of scenarios that could be used by the Utilities in the planning process to test the grid's ability to withstand severe conditions and recover in a timely manner. Hurricanes, floods and wind were consolidated into one threat scenario; earthquake and tsunami were combined; and physical and cyberattack were combined. These three combined threat scenarios were considered by the RWG to be important to all five islands. To allow further consolidation down to 12 scenarios for study, the RWG agreed to combine Maui, Molokaʻi, and Lānaʻi into one group of scenarios covering Maui County. Wildfires were deemed most important regarding grid impacts on Oʻahu and Maui. Volcano threats are most relevant on Hawaiʻi Island.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 12:        Final Consolidated List of Recommended Threat Scenarios for IGP**

| Threat | Includes | Oahu | Hawai'i | Maui County |
|---|---|---|---|---|
| Hurricane | Flood, Wind | X | X | X |
| Tsunami | Earthquake | X | X | X |
| Wild Fire | | X | | X |
| Physical Attack | Cyber Attack | X | X | X |
| Volcano | | | X | |

Source: RWG

This consolidation allows a reasonable number of resilience threat scenarios to be submitted into the integrated grid planning process, while capturing the most severe potential impacts and avoiding overlapping or redundant impacts to the grid.   Below these threats are described in more detail using two levels of severity for each event except volcano, for a total of 23 possible scenarios covering O'ahu, Hawai'i, and Maui Counties.

## 3.3   Threat Cases for Grid Resilience Planning

Siemens developed and the RWG commented on reference cases for each threat scenario by county. Except for volcanos, Siemens developed two cases for each threat scenario, a moderate case and a severe case. Only a severe case is suggested for a volcano on Hawai'i as a moderate volcano is likely to have limited direct impacts on the grid and a single severe case is enough.

Moderate cases are ones deemed to be less severe but more likely (approximately 50% or greater likelihood to occur in the IGP study period, through 2040, based on historical experience). The severe cases are intended to be more severe and realistically plausible but low probability of occurring during the IGP study period (e.g., less than 20% chance of occurring over the twenty-year period). However, the severity of impacts in the severe cases are important for consideration in testing the system under stressful conditions and evaluating recovery capabilities. The two cases for each threat are intended to provide a range of assumptions regarding grid impacts to see how well proposed solution options stand up under different conditions. Solutions that perform well on both resilience metrics and cost under all or most threat scenarios, both moderate and severe, should be deemed to be the most favorable options.

The RWG reviewed and supported assumptions regarding the impacts to the grid from each threat scenario. A summary of the severe event cases considered the threats to infrastructure and electric supply.  The scenarios are developed to provide the Utilities a perspective on how components of the grid could be affected by different types of events.  With this guidance, the Utilities can construct scenarios that reflect outages to key grid infrastructure.

It is important to note that the RWG discussed alternative views about providing moderate and severe scenarios. Some thought only the most severe cases (e.g. Category 4 hurricane) should be considered in the IGP process. One reason supporting this view is that the Hawai'i legislature has stated a Category 3 hurricane is the target basis for resilience and studying a Category 2 hurricane might be viewed as lowering the bar. However, others on the RWG preferred to keep both the moderate (e.g. Category 2 hurricane) and the severe (Category 4) cases for consideration in the IGP process due to the ability to provide a more

28

101

comprehensive look at the frequency and costs associated with two types of events. In either case, note that these events should not be considered as targets but rather as scenarios that could be evaluated to determine the best overall investment solution. Utilities are encouraged to consider the impacts of both moderate and severe cases in the IGP process, but if only one is selected, it should be the severe case.

This discussion of the severity of the threat scenarios raises an important point of principle. The threat scenarios and case examples are not intended to set targets or standards of performance under severe conditions (i.e. the RWG is not saying the grid must withstand a Category 2 or Category 4 hurricane). The threat scenarios are intended to provide a set of stressed conditions to evaluate the performance of the grid under a variety of conditions and to determine which strategies or investment portfolios perform the best for the least cost. Once the tradeoffs between resilience benefits and costs can be demonstrated through analysis, appropriate goals and plans can be determined. This concept is described further in Section 6 of the report.

Resilience Working Group Report for Integrated Grid Planning

### 3.3.1  Hurricane/Wind/Flood Scenarios

Exhibit 13 shows the proposed moderate and severe hurricane conditions proposed for all three counties (six cases total). The threat impacts are based on representative historical events in Hawai'i. These scenarios combine hurricane, flooding, and high wind conditions.

**Exhibit 13:     Hurricane, Flood, Wind Moderate and Severe Cases**

| Hurricane: Depending on path of hurricane, all islands and locations can be subject to damaging wind, rain and coastal and inland flooding. | | |
|---|---|---|
| | Moderate | Severe |
| **Scenario Description** | Category 2 hurricane with wind speeds of 96 to110 mph, 6 to 10-foot surge | Category 4 hurricane with wind speeds of 130 to 156 mph, 13 to 20-foot surge |
| **Scenario Impacts** | • 10-foot storm surge<br>• Coastal infrastructure damage<br>• Damage to distribution lines and poles due to wind, falling trees/branches, and flying debris<br>• 5-8% of transmission circuits have sustained outage and restored in 3-7 days<br>• 20-30% of distribution circuits out and restored in 1-4 weeks<br>• Roads cleared 3-7 days<br>• Fuel resupply chain is available after 3-4 days | • 20-foot storm surge<br>• Coastal infrastructure destroyed<br>• Damage to transmission lines, poles and towers due to wind, falling trees/branches, and flying debris<br>• 25-30% of transmission lines have sustained outages and restored over four months<br>• 50-75% of distribution lines out of service and restored over six months<br>• Road washouts and clearing may require weeks or longer, especially secondary roadways<br>• Fuel resupply chain available after four weeks |

Exhibit 14 shows a flood map for O'ahu. Under the hurricane and flood cases, the most severe flooding would be expected along the southern and northern coasts of O'ahu with more limited coastal impacts on Maui. Key customers and backup generators are expected to flood in these coastal areas as well as utility distribution substations and lines in affected areas. Flooding impacts to electrical infrastructure are expected to be minimal on Hawai'i Island.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 14:    Coastal Flooding Impact Areas in Oʻahu**



Source: FEMA, State of Hawaiʻi 2018 Emergency Management Plan

During the RWG discussions, it was suggested that rain bombs should also be on the list of scenarios studied. Rain bombs in Hawaiʻi can be severe. For example, on April 28, 2018, approximately 50 inches of rain was recorded at Waipa on Kauaʻi in a 24-hour period, the greatest amount in U.S. recorded history. After some discussion, the majority of the RWG agreed that while rain bombs can result in severe flooding and heavy damage to local infrastructure and human suffering, that these storms typically do not impact the power grid more severely than a hurricane event that incorporates high winds and flooding. The group consensus was to acknowledge the importance of rain bombs in general when discussing resilience, but to focus on the two hurricane cases for the purpose of stress-testing the grid for resilience planning.

The primary impacts from the hurricane scenarios are expected to affect transmission and distribution circuits. Transmission circuits are much fewer in number compared to the distribution system, but transmission lines can traverse remote, difficult terrain with limited access, such as on the western slope of Oʻahu. Some repairs may only be possible with the assistance of helicopters.

Distribution feeders would also be affected by hurricanes and would be much greater in number to repair. Even though distribution feeders are likely in more accessible areas, the sheer number of poles,

31

104

Resilience Working Group Report for Integrated Grid Planning

transformers, and conductors to be repaired or replaced could make recovery last weeks to months under these hurricane conditions.

### 3.3.2 Earthquake/Tsunami Cases

Earthquakes are relatively common in Hawaiʻi, particularly on the Island of Hawaiʻi. Exhibit 15 depicts earthquake impacts for Hawaiʻi. The island of Hawaiʻi has the highest risk due to fault lines on the east portion of island near Hilo including areas with critical infrastructure. On May 4, 2018 a magnitude 6.9 earthquake struck the island with the epicenter on the south side of Kilauea. Minimal impact to the grid was experienced with this earthquake.

Seismic damage is a risk on the remaining islands, but much lower impacts would be expected. In addition to the grid, earthquakes can affect harbors and fuel supply, and possibly create hazmat conditions that could delay recovery of electricity if fuel supplies are not available for weeks or more.

**Exhibit 15:    Earthquake Impacts Hawaiʻi**



Source: State of Hawaiʻi 2018 Emergency Management Plan

As shown in Exhibit 16, tsunami impact areas and infrastructure risks are the greatest on Oʻahu. In a severe event, significant damage to utility and customer infrastructure would be expected along coastal areas. Some coastal infrastructure damage, albeit more moderate, would also be expected in Maui. From an electric grid infrastructure perspective, critical facilities on Hawaiʻi Island are not in the tsunami or flood impact areas.

EXHIBIT B
PAGE 35 OF 70

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 16:    Tsunami Impact Areas focused in Oʻahu and Maui**



Source: State of Hawaiʻi 2018 Emergency Management Plan

The second set of threat scenarios recommended for consideration in the IGP, shown in Exhibit 17, is a combination of earthquake and tsunami impacts. The moderate case proposed by the RWG is a 7.0 magnitude earthquake on Hawaiʻi Island. A magnitude 6.9 earthquake struck in May 2018 and resulted in minimal impact to the grid. Much of this can be attributed to lessons learned being addressed from a 2006 earthquake that resulted in island-wide power outages in Hawaiʻi, Oʻahu, and Maui Counties. These outages were predominantly the result of unintended operations of protection and control systems on generators and did not result in permanent damage to equipment due to the seismic activity. As a result, power systems were restored in a relatively short period of time. Although it is unlikely a 7.0 magnitude earthquake will impact electricity infrastructure on Hawaiʻi Island, the RWG considers it important to keep earthquake in the list of severe events for consideration.

The severe case recommended by the RWG is a massive seismic event that results in grid and other infrastructure damage well inland on Oʻahu and Maui, due to major tsunami conditions.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 17:    Earthquake/Tsunami Moderate and Severe Cases**

| Earthquake/Tsunami: Hawaiʻi has the highest earthquake risk with major fault lines on the eastern portion of the island. Tsunami risk is the highest in Oʻahu. | | |
|---|---|---|
| | Moderate | Severe |
| **Scenario Description** | 7.0 earthquake on Hawaiʻi island | 8.5 earthquake near East Aleutian islands |
| **Scenario Threats** | • Infrastructure damage on eastern and southern portions of the island including Hilo where critical infrastructure resides<br>• Transmission and distribution lines and poles damaged<br>• Restoration times one day to two weeks | • 50+ foot runup moving as far inland as 0.75 mile affecting all islands<br>• Coastal distribution substations and feeders restored over one week to six months |

### 3.3.3 Wildfire Scenarios

Wildfires continue to present greater threats to infrastructure and the power grid. As shown in Exhibit 18, the risks to the grid from wildfires are most prevalent in Maui and Oʻahu – Molokaʻi also experiences wildfire risks, although there is less grid infrastructure on that island. On Oʻahu, the threat has the greatest potential impacts on the transmission circuits on the western slope where transmission lines traverse rough terrain and vegetation. Wildfires can damage power lines and poles, as well as substations and other facilities in fire prone areas. On Maui, the greatest risks are to the main power plant at Maalaea.

**Exhibit 18:    Wildfire Impact Areas**



Source: HWMO, a 501(c)(3) Organization based in Waimea on Hawaii Island

34

107

Resilience Working Group Report for Integrated Grid Planning

The frequency and impacts of wildfires have increased recently. This may be attributable in some parts of the islands to the decline of the sugarcane industry. Sugarcane enterprises historically managed wildfire risks on the islands, including responding to fires. However, today these areas present vast amounts of vegetation that can burn longer and with less ability and resources to control them.

Maui presents unique wildfire risks. Risk is highest along the saddle road due in part to existence of an invasive grass species prone to drying out. The main power plant on the island at Maalaea is in this high-risk area for wildfire. A worst-case consequence is the potential loss of the plant and/or the associated switchyard for months or longer and the resulting power shortages during that period.

As shown in Exhibit 19, the RWG proposes a moderate scenario to include wildfires on the western slope of Oʻahu causing permanent damage to poles, conductors and other equipment. The impacts are worsened by the difficult access to many portions of these facilities.

The severe scenario is proposed to occur in Maui and affect the Maalaea power plant and switchyard, thus damaging the main supply of power to Maui Island.

**Exhibit 19:     Wildfire Moderate and Severe Cases**

| Wildfire: Depending on path of hurricane, all islands and locations can be subject to damaging wind, rain and coastal and inland flooding. | | |
|---|---|---|
| | Moderate | Severe |
| Scenario Description | Massive wildfire on western slopes of Oʻahu | Severe wildfire in northeastern Maui |
| Scenario Threats | • Damage all northern transmission corridor circuits<br>• 25% of poles and towers sustain permanent damage<br>• One line restored after 8 weeks; remaining lines restored over four months | • Destroys Maalaea power plant switchyard and power lines emanating from station<br>• Reconstruction and repairs completed in six months |

### 3.3.4  Physical and Cyber Security Scenarios

The RWG recommends that cyber and physical security scenarios also be considered in the IGP process. Physical attacks can result in long-term outages to key electrical equipment, especially hard to replace bulk power transformers. A worst-case condition, outlined in the two scenarios in

35

108

Resilience Working Group Report for Integrated Grid Planning

Exhibit 20, includes permanent loss of high voltage transformers due to high caliber rifles or explosives. It would be optimistic to replace one of these transformers in 12-18 months, as they would be built overseas and shipped in and transported through very complex procedures and equipment.

Manmade attacks on the grid are not limited to substations and transformers. Historically in the United States, most attacks occur on transmission lines, which can be more remote but still accessible in some areas. Attacks have included shooting at insulators, taking down poles or towers, or shorting out conductors by dropping objects over conductors. These impacts generally though can be readily repaired, and power restored. In some cases, no customers lose power if a transmission line is damaged.

Although the impacts of physical attacks on the grid can be more obvious and longer lasting, cyberattacks are also considered by the RWG to be a significant threat condition. A cyberattack is much less likely to result in permanent damage to grid equipment and therefore allow recovery in a reasonable time. In December 2016, a Russian cyberattack on the Ukraine power grid resulted in loss of power across most of the country. However, Ukraine operators we able to gain manual control of the grid and restore customers within hours. The effect of a cyberattack in scenarios recommended above is to delay restoration and recovery by disrupting situation awareness and damage assessment and requiring manual operations where control computers are removed from service.

In the cases below, one substation is attacked in the moderate case and two of the most critical substations are attacked in the severe case. Half of the high voltage transformers at these affected substation(s) are destroyed in each case (if there are two transformers, one is destroyed; if four, then two are destroyed.)

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 20:          Physical/Cyber Security Moderate and Severe Cases**

| Physical/Cyber Attack: The relative risk for a physical or cyber attack is fairly constant across all islands. | | |
|---|---|---|
| | Moderate | Severe |
| **Scenario Description** | Moderate physical attack | Severe physical attack |
| **Scenario Threats** | <ul><li>Most critical substation sustains physical damage from high powered rifles and several explosive devices</li><li>Half of transformers at substation can be repaired within two weeks</li><li>Half of transformers at substation are permanently damaged and require 12-18 months for permanent replacement</li><li>Lines and switchgear can be repaired in two to six weeks</li></ul> | <ul><li>Two most critical substations sustain physical damage from high powered rifles and several explosive devices</li><li>Half of transformers at those two stations can be repaired within two weeks</li><li>Half of transformers at the two stations are permanently damaged and require 12-18 months for permanent replacement</li><li>Lines and switchgear repaired in two to six weeks</li><li>Cyberattack disables control center situational awareness and primary voice communications for 24 hours</li></ul> |

Source: RWG

There was a suggestion that cyber and physical security would not be an issue of concern on Hawaiʻi Island. However, the majority of the RWG preferred to recommend the physical and cyber security cases in all three counties.

### 3.3.5  Volcano Scenarios

The final threat scenario recommended by the RWG is a massive volcano eruption on Hawaiʻi Island affecting power generators and limiting access to the area to rebuild for months or possibly years. Historically, the Puna Geothermal Venture has supplied as much as 27% of power to the island. The site is currently inoperable due to the impacts of the 2018 Kilauea lava event affecting operations. Although volcanic activity seems unlikely to affect other electrical infrastructure on the island, the RWG recommends volcanoes remain a grid resilience threat case to be considered. The Kilauea volcano began erupting in 1983 and continued off and on over several decades. Although not currently erupting at the time of this report, Kilauea remains seismically active and can present additional risks in the future. Mauna Loa also remains potentially active.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 21:     Volcano Impact Areas, Hawai'i**



Source: State of Hawai'i 2018 Emergency Management Plan

**Exhibit 22:     Volcano Severe Case**

| Volcano: Hawai'i island has the highest risk of a volcano event. Moderate events would not be expected to have a significant impact to the grid and electric supply. | |
| --- | --- |
| Scenario Description | Severe eruption on Kilauea |
| Scenario Threats | • Experiences massive eruption including record lava flows and toxic gases through the south and central portions of the island<br>• Severe activity continues for one month<br>• Transmission outages include north-south corridor in east and east-west corridor splitting the loop<br>• Worker access limited for indefinite period due to conditions<br>• All geothermal and other resources in the area remain out of service indefinitely |

38

111

## 3.4   Future Impacts of Climate Change on Infrastructure – Reference to Jupiter Intelligence Report

The Utilities are working with Jupiter Intelligence to assess future climate trends affecting the islands of Hawai'i.

Hazards in Hawai'i that lead to flood peril include: (1) riverine and pluvial (direct rain-on-ground) flooding due to heavy rainfall; the flooding is expected to be affected by rising sea levels especially in coastal plains. An emerging view is that rainfall intensity will increase on the wet, windward zones of the islands, and a slight decrease in rainfall event frequency on the dry, leeward zones of the islands during the winter; (2) coastal flooding resulting from tropical cyclone and synoptic winter-storm events, which will be affected by rising sea levels and lead to increased impacts. A scientific consensus about intensification of storms that cause coastal flooding has not yet been established; (3) coastal flooding resulting from high tides, which is sometimes called a King Tide or sunny day flood.  The frequency of these events will increase with rising sea levels. Though currently the sea level rise around Hawaii is modest, the rate of sea level rise is expected to increase later this century.

Three primary wind systems affect the Hawaiian Islands. The Trade Winds define nearly 70% of the low-level wind type and variability throughout the year. While Trade Wind strength, which is defined as the wind speed, varies throughout the year, the winds are marked by a persistent direction from the northeast. The most notable exception to the dominant Trade-Wind regime is the occurrence of Kona Lows, which result in a shift in wind direction from the northeast to the south or southwest. Tropical cyclones impact the islands less frequently as they typically pass to the south of the islands, which can result in strong winds from the east.

An analysis of climate projections indicate that even though projected changes to key atmospheric circulations over the eastern North Pacific may occur, they do not translate into significant changes in the Trade Wind systems that affect Hawai'i. A poleward shift in the primary midlatitude storm track over the eastern North Pacific is a quite robust result from many climate studies. There is some indication that this shift may result in fewer Kona Low type events, but the confidence is low. Furthermore, most extreme wind events over Hawai'i occur due to Kona Lows and winter storms so a more important factor may be projected changes in the character of the future wind distributions rather than the frequency of events. Finally, tropical cyclones rarely impact the islands directly, but when they have occurred impacts have been severe. There is a low-confidence projection that the large-scale environment of the central North Pacific may become more favorable for tropical cyclone occurrence, which could impact the frequency of hurricane events in the region of the islands.

Resilience Working Group Report for Integrated Grid Planning

# 4. Capabilities of Key Customers and Infrastructures

The second stage of understanding resilience needs related to the power grid is assessing the capabilities of key customers and infrastructure sectors to withstand severe events. These events include extended power outages while continuing to provide essential services under emergency conditions and, in some cases, assisting in restoring power. The RWG determined the most critical capability for most key customers and infrastructure sectors was having backup power capabilities and the ability to acquire fuel resupply if outages are extended beyond a few days into weeks.

## 4.1   Prioritizing Customers and Infrastructure Sectors

The RWG worked in breakout exercises by sector to develop inputs on customer priorities, needs and capabilities. They identified and prioritized key customers, their roles in recovery and emergency operations, gaps in capabilities and potential solutions to mitigate risks. It is important that critical infrastructure owners and operators work together in a close partnership to plan and coordinate disaster recovery. Recovery and risk mitigation are shared responsibilities between the power companies and key customers.

The RWG identified the following objectives for key customers/sectors during a severe emergency:

- Maintain critical functions and services
- Limit fatalities and human suffering
- Limit infrastructure damage
- Limit property damage
- Limit cost and economic impacts
- Limit environmental impacts

It was clear during the severe event scenarios discussed during breakout sessions that loss of electricity in critical customer and infrastructure sectors, whether utility-supplied power or customer-owned backup power, could have severe impacts. These impacts include severe disruption to mission critical services, impacts to life and health of the public, damage to infrastructure and property, environmental impacts, and immense cost and economic implications.

The RWG developed a framework for prioritizing customers and infrastructure sectors from a perspective of importance to supporting (1) national security and/or public safety and health and 2) essential for power system recovery. Exhibit 23 presents the prioritization criteria and customer classifications.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 23:      Criteria for Identifying Customers and Sectors**



Through a series of breakout discussions, the stakeholders identified which sectors should be in each tier, as shown in Exhibit 24.  As a future action item, the Utilities and the RWG need to collaborate to ensure that their priority list is consistent with the Utilities' and emergency managements' restoration plans. Specifically, it was also noted by one member during final review of the report that the energy sector should have been considered. The RWG report does capture important aspects the non-electricity energy sector by

---

[2] Comment received regarding need to include energy as a separate segment in future RWG work and reports for consistency with state, federal and local emergency planning programs:

Criteria used by the RWG to identify critical customers/sectors should be open for further cross validation with additional subject matter experts and sources. This cross validation would strengthen and more comprehensively and holistically consider all critical facilities'/sectors' energy capabilities and needs following a severe event and extended loss of power. The RWG did not have adequate time, situational awareness of means and data/information to identify critical power (and lifeline) interdependencies and dependencies. It was pointed out in meetings that details may not be known by individual RWG members, facility owners/operators, and emergency response planners.

Because the focus of RWG's work was on electric grid planning inputs, the use and designation of Tier classifications and customers for electric power purposes may vary from the tiering and prioritization of these sectors/customers under existing emergency management, homeland security, and hazard mitigation/resiliency frameworks. There should be a transparent, objective, and justifiable rationale for using any utility regulatory-based tier criteria as a basis for assessments/decisions that are directed at supporting overall resiliency objectives within emergency management's hazard evaluation/mitigation and response planning. The Utilities should consider existing and developing energy resiliency planning priorities in developing planning inputs.

RWG selected these particular eight sectors (in Tiers 1 & 2 above) during breakout discussions with a scope of providing inputs to the IGP – focused on resilience of the power grid. The RWG has not identified the whole "Energy" sector in its Tiers and priorities. Electricity is commonly a subcomponent of Energy (https://www.cisa.gov/energy-sector;  https://www.fema.gov/lifelines). The work of the RWG was focused on making the grid more resilient and the interdependencies with other critical sectors. However, the RWG should have considered including other elements of the Energy sector including, for example, liquid fuels, gas, and other energy subcomponents. This is relevant to the RWG because it led to "Energy" not being specifically called out in the RWG Tiers nor identified in the "Sector Interdependencies", "Customer Sector Needs vs Capability", or in the discussion of key customers / capabilities by sector.  In general, it would be preferential to align the definition of the sectors to the extent possible with the DHS/FEMA designated functions so that there is a common language being used by all.

41

114

Resilience Working Group Report for Integrated Grid Planning

focusing so much attention on the storage and transportation of fuel during an emergency, particularly for backup power generation. However, future work should consider adding energy as another critical sector.

**Exhibit 24:      RWG Recommended Customer Classifications by Tier**



Source: RWG (Transportation included 'Energy' sector)

Tier 1 addressed not just priority but also urgency, in terms of time to restore power. These are life sustaining services. Harbors and airports can come back in a few days and would likely be closed the initial few days while situation assessment is ongoing. It should be noted that this prioritization is broad brush and that within each sector there is a wide range of capabilities and needs. For example, during a disaster there may need to be an emphasis on restoring harbors, ports, and airports to bring in urgent supplies. Not all military facilities rise to the same level of criticality to national defense.

## 4.2   Key Customer Capabilities and Needs

The RWG worked through a series of breakout sessions to evaluate the capabilities of key customers and sectors to operate during power outages. The first exercise in August looked at initial impacts, impacts after seven days and then impacts after four weeks without offsite power. Once again, these tests were not intended as expectations, but stress tests to find the range of capabilities in the key customer sectors. As shown in Exhibit 25 below, most sectors reported having backup power at key sites and generally a seven-day supply of fuel. Telecommunications main switching centers reported more than seven days of backup fuel supply. Many water facilities were deemed to not have backup power supply onsite (some portable facilities are available) and in many cases have a one-day fuel supply.

42

115

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 25:    Summary of Backup Power and Fuel Capabilities**

Source: RWG

The summaries above are not uniform across each sector but represent a broad estimate for the sector. Facilities vary in importance and remoteness, therefore there is a wide dispersion of capabilities across various sectors.

Resilience goes to issues beyond the utility grid that are not under the control of Utilities. For example, fuel supply and distribution, water availability, and communication issues were identified as significant issues across all segments.

Normal planning contingencies for power outages lasting days or a week is insufficient for major events that result in outages that could last weeks or even months in some areas. In these situations, road access to transport fuel and the shipping, ports, loading/unloading facilities and fuel storage become very critical on all islands.

Exhibit 26 below shows the relative capabilities of each sector compared to the need or importance of that sector to defense, health and welfare or system recovery. Most sectors are aligned as would be expected, most urgent need sectors have the highest capabilities to maintain backup power for longer periods when offsite power is unavailable. Three exceptions were noted where there is a high level of urgency for backup power and continuous operation, yet there are comparatively limited capabilities. These areas are:

- Telecommunications remote sites (e.g. cell towers and other distributed facilities)
- Water facilities and remote pumping stations
- Critical care facilities other than major hospitals

43

116

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 26:    Customer Sector Need v. Capability to Self-Supply**



Even the most capable sectors are limited to 1 week or less without refueling

Source: RWG

Once again, this graphic is a simplification showing a high-level, aggregated perspective discussed during breakout sessions. There are variations by facility within each sector. For example, not all military facilities have backup power. Generally, the mission critical facilities within each sector do have backup power capabilities.

It should be noted that even the most capable sectors are shifted somewhat to the right and there is a blank area on the left of this diagram. That area could be called 'the backup fuel' gap. All sectors could be moved to the left (greater resilience capability) with longer-term backup fuel plans and resources.

A key result of the exercises that included simulation of extended power outages was that all sectors are heavily dependent on replacement fuel if there is an extended power outage on one or more of the islands. Access to fuel replenishment depends on clearing of roadways, access to and distribution of fuel storage and supplies, and in the longer term, the ability of ports and ships to bring in more bulk fuel. Worst case scenarios with extended power outages are those that also include severe disruption of the fuel supply chain resulting, for example, from damage to harbors, ports, storage tanks, loading/offloading equipment, and distribution capabilities (pipelines, tanker trucks, barges).



44

117

Resilience Working Group Report for Integrated Grid Planning

Key customers and infrastructure sectors, such as hospitals, first responders, emergency management, and food supplies, are not only important to the health and safety of the public during emergencies, they are also part of FEMA's Community Lifelines construct. A lifeline enables the continuous operation of critical government and business functions and is essential to human health and safety or economic security. The 7 identified Lifelines are the most fundamental services in the community that, when stabilized, enable all other aspects of society to function. The response prioritizes the rapid stabilization of Community Lifelines after a disaster. The integrated network of assets, services, and capabilities that provide lifeline services are used day-to-day to support the recurring needs of the community and enable all other aspects of society to function. When disrupted, decisive intervention (e.g., rapid re-establishment or employment of contingency response solutions) is required to stabilize the incident.

These sector interdependencies became clear as the RWG worked through several severe event scenarios and identified capabilities and needs of each sector to ensure essential services could survive during and after severe events.

**Exhibit 27:    Sector Interdependencies**



## 4.3  Opportunities for Critical Customers to Improve Resilience from Loss of Power Events

It is important to realize that grid resilience is not limited to grid solutions and what the Utilities invest for resilience enhancements. The goal of resilience, as previously mentioned includes the health and safety of the public, national security, minimizing the environmental and economic impacts of disasters, and other objectives. These objectives are a shared responsibility of the critical infrastructure sectors, including electricity but not the sole responsibility of the power companies.

There are several steps key customers and sectors can take to mitigate the risks of extended power outages due to disasters:

118

Resilience Working Group Report for Integrated Grid Planning

- Infrastructure owners and operators work together in close partnerships to coordinate disaster planning and recovery. Recovery and risk mitigation are shared responsibilities between the power companies, key customers and the government

- Key customers develop and implement load management/load curtailment capabilities to limit power usage to mission critical loads during emergencies with loss of offsite utility power

- Key customers maintain ample onsite fuel supplies for generators during extended power outages and transportation disruptions and have in place plans and fuel supply arrangements resupply fuel for outages exceeding operational expectations; coordinate resupply plans so that multiple facilities, sectors, and geographic areas are not relying on the same fuel resources at the same time; provide backup power sources that can supply essential loads during prolonged outages and emergencies; test and exercise backup power resources

- Under their Continuity of Operations Planning (COOP), key customers should consider relocating essential functions to alternative facilities at sites/locations with more robust infrastructure support

- Key customers consider developing plans and arrangements for deployment of temporary emergency power generators that can be relocated to critical sites during prolonged outages

- Key customers consider partnering with Utilities and the government to develop local microgrids for power that can be isolated from the grid when needed (during severe events); consider alternative technologies, such as renewables and storage, and other blackstart resources

- Key customers in the transportation sector ensure availability of adequate road clearing equipment to speed recovery of key roads, ports and airports

- Key customers reinforce harbors and port facilities against catastrophic flooding and storm damage to ensure they can maintain maritime operations during extended power outages

- Customers maintain training and exercise programs that address performing emergency and contingency operations with loss of utility  power

Key customers and critical infrastructure owners and operators should consider partnerships with the Utilities, other energy companies, and the government in developing local resilience solutions that can provide resilient power for essential service providers and enhance the overall resilience of the grid for all customers in mutually beneficial projects. Key customers and critical infrastructure owners and operators should also consider alternative technologies, such as microgrids, renewables and storage, and other blackstart resources, potentially working in partnership with the utilities. Recently, utilities began requiring in their RFPs that renewables bids have grid-forming inverters, meaning they can provide a blackstart capability which is something that renewable energy projects normally cannot do.

46

119

Resilience Working Group Report for Integrated Grid Planning

# 5. Opportunities to Improve Grid Resilience

This section examines the configuration and capabilities of the power grid on each island and how key customers and infrastructure sectors map to each grid. This allows the RWG to identify opportunities for solutions that may improve grid resilience in important ways that allow the critical sectors to provide essential services during emergencies.

## 5.1   Characteristics of Power Grid on Each Island

Oʻahu is characterized by a concentration of generation on the leeward side of the island in the southwest corner (Exhibit 28). Two primary transmission corridors deliver bulk power to the major load centers along the southern coast. This area is also where many of the critical customer facilities are located. It should be noted, however, that not all key customer sites are in the major load center area in the south. Some are remote and require alternative solutions between the Utilities and the customers to ensure these critical sites can perform mission critical functions during extended power outages.

The northern transmission corridor is comprised of four circuits that traverse steep and rugged terrain. This key backbone of the system can be susceptible to high wind events due to vegetation and flying debris. Being on the leeward side of the island, this corridor can also be susceptible to severe impacts from wildfire. Being remote, this corridor could also be susceptible to physical sabotage. The southern transmission corridor has two circuits, with some under underground cable sections. This corridor is easier to access during system restoration, but some portions could experience flood risks.

There are blackstart units available in the area surrounding Honolulu Harbor, providing an option to restore power from the load end of the system. Typically, during a blackstart situation, however, the priority of the Utilities would be to reenergize backbone circuits and then add load as the system was reconnected. During severe, extended events such as those contemplated in the recommended scenarios, alternative strategies may be needed to reconnect essential customers as a priority before being able to restore the backbone of the system.

**Exhibit 28:**     **Oʻahu Grid Characteristics and Key Customers**

[MAP REMOVED FOR SENSITIVITY]

The configuration of the Oʻahu power system has most of the generation on the southwest side of the island, transmission lines delivering bulk power to the major load centers, and then distribution facilities delivering power the final step. One potential resilience challenge in some sections of the transmission network is that

Resilience Working Group Report for Integrated Grid Planning

individual lines are physically close in proximity, in places sharing the same easement.  Electrically the circuits are networked and can provide uninterrupted power flow during N-1 and N-1-1 events. However, impacts of some of the severe events contemplated in this report may result in multiple circuits lost in the same easement. This impact could be further exacerbated by some locations having difficult access for repairs. A summary of Oʻahu grid resilience characteristics is presented in Exhibit 29.

**Exhibit 29**:    **Summary of Oʻahu Grid Resilience Characteristics**

**Characteristics**
- More linear system
- Load concentration in Honolulu
- Generation concentration in one location

**Major Vulnerabilities**
- Transmission disruption
  - Towers and poles damaged
  - Difficult access in some areas
  - Limited spares
- Generation flooding
- Fuel disruption

Resilience and flexibility could be enhanced on Oʻahu for the severe events presented by considering some alternative strategies:

- Expanding blackstart capabilities at or near substations serving key customers and infrastructure facilities.
- Expanding generation at an alternative site such as Schofield Barracks and reinforcing circuits from there into the load centers, rather than relying on in-city blackstart or restoring the transmission circuits from the west.
- Establishing one or more circuits with enhanced restoration capabilities and greater hardening to serve as primary paths for system recovery.
- Adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, alternative blackstart resources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency operations and disaster recovery.
- Configuring the grid in several mini grids that could operate as independent islands that could be self-supplying over an extended period during severe or prolonged utility power outages.
- Developing alternative facilities and transportation to import replacement fuel.

Resilience Working Group Report for Integrated Grid Planning

- Expanding critical resources, supplies, backup equipment, and materials to more quickly restore damaged circuits, substations, generators, and distribution facilities following severe events.

The Hawaiʻi Island grid is characterized by a ring configuration (a loop around the island), which is beneficial from a resilience perspective because there can be alternative paths and resources available if one part of the system becomes damaged. Generation is located on the system in three areas on the east and northwest coasts and in the south. Puna Geothermal Ventures, a clean energy resource in the eastern portion of the island, makes up 27% of the generating capacity for the island and is currently non-operational due to the impacts of the 2018 Kilauea lava event. A depiction of the grid and key customers is presented in Exhibit 30.

**Exhibit 30:**     **Hawaiʻi Island Grid Characteristics and Key Customers**

[MAP REMOVED FOR SENSITIVITY]

Load centers and key customers in Hawaiʻi are much less concentrated than on Oʻahu and are also distributed around the island similar to the generation resources, mostly around Hilo and the west and northwest coastal areas. This configuration has some advantages from a resilience perspective that generation is already more distributed and closer to the loads than on Oʻahu. Grid facilities also are generally outside inundation zones, on Hawaiʻi Island, which is an important feature.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 31:      Summary of Hawai'i Island Resilience Characteristics**

| Characteristics |
| --- |
| • Ring system with cross ties |
| • Load center and key loads |
| ➢ Hilo |
| ➢ Kona |
| • Generation distributed around ring |

| Major Vulnerabilities |
| --- |
| • Vegetation impacting power lines and access |
| • Fuel disruption |
| • Earthquakes |
| • Volcanic activity |
| • Spares, supplies and road access |

Resilience and flexibility could be enhanced on Hawai'i Island for the severe events presented by considering some alternative strategies:

- Expanding blackstart capabilities at or near substations serving key customers and infrastructure facilities in the Hilo area and along the west and northwest coast.
- Adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency operations and disaster recovery.
- Configuring the grid into two or three mini grids that could be self-supplying during severe emergencies over extended periods.
- Developing alternative facilities and transportation to import and distribute replacement fuel, as disruption to the port at Hilo could result in major delays in energy system recovery.
- Expanding critical resources, supplies, backup equipment, and materials to restore damaged circuits, substations or generators, including distribution more quickly following severe events.

**Exhibit 32:      Maui Grid Characteristics and Key Customers**

[MAP REMOVED FOR SENSITIVITY]

Maui has resilience characteristics similar to O'ahu (Exhibit 33). First, the generation is concentrated in one area, mainly Maalaea power plant near the southern saddle coast. Several load centers are served from

50

123

Resilience Working Group Report for Integrated Grid Planning

that point, the city of Kahului to the north and the residential and tourist loads along the western and southern shore areas. Once again, though much fewer in number, the key customer sites are somewhat concentrated in the load centers but also many are remote.

The south-central area near Maalaea has increasingly become a severe wildfire danger area. With the main plant for the island there, severe wildfire damage to the plant, switchyard or transmission could lead to extended outages across the island with limited options to provide alternative sources. In addition to the wildfire risk at Maalaea, generation facilities and the control room located in an inundation area and present a major resilience risk.

**Exhibit 33:     Summary of Maui Resilience Characteristics**

**Characteristics**
- Load center at Kahului
- Resort and residential load along west coast
- Generation at Maalaea

**Major Vulnerabilities**
- Fuel disruption
- One major generating plant
- Wildfire hazards
- Coastal flooding
- Spares, supplies and road access

Resilience and flexibility could be enhanced on Maui for the severe events presented by considering some alternative strategies:

- Expanding blackstart capabilities at or near substations serving key customers and infrastructure facilities in the Kahului area and along the west coast.
- Adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency operations and disaster recovery.
- Configuring the grid into two or three mini grids that could be self-supplying during severe emergencies.
- Developing alternative facilities and transportation to import and distribute replacement fuel, as disruption to the port at Kahului could result in major delays in energy system recovery.
- Expanding critical resources, supplies, backup equipment, and materials to restore damaged circuits, substations or generators, including distribution more quickly following severe events.
- Consider extraordinary wildfire mitigation strategies to minimize risk of damage at Maalaea.

Resilience Working Group Report for Integrated Grid Planning

---

**Exhibit 34:    Moloka'i Grid Characteristics and Key Customers**

[MAP REMOVED FOR SENSITIVITY]

**Exhibit 35:    Lāna'i Grid Characteristics and Key Customers**

[MAP REMOVED FOR SENSITIVITY]

Exhibit 34 and Exhibit 35 show grid characteristics and key customers in Moloka'i and Lāna'i. Both have similar characteristics regarding resilience. They have much less development and load and fewer key customer sites. The system is predominantly radial supplied by a central generator site, and there is a single site for bringing in fuel and supplies. Therefore, each system has limited flexibility in the event of severe grid damage from one of the scenarios contemplated in this resilience assessment. Resilience characteristics of the islands are summarized in Exhibit 36.

**Exhibit 36:    Summary of Moloka'i and Lāna'i Resilience Characteristics**

| Characteristics | Major Vulnerabilities |
|---|---|
| • Directly connected to radial distribution feeds to customers<br>• Limited refueling capability during emergency | • One generating plant<br>• Wildfire hazards<br>• Coastal flooding<br>• Spares, supplies and road access |

Please Add: "Fuel Disruption" (Resupply and Distribution) to and within Maui County (Lanai & Molokai) is and has been a major vulnerability for years.

Resilience and flexibility could be enhanced on Moloka'i and Lāna'i for the severe events presented by considering some alternative strategies:

- Expanding blackstart capabilities at alternative locations.
- Adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency operations and disaster recovery.

- Developing alternative facilities and transportation to import and distribute replacement fuel, as disruption to ports could result in major delays in energy system recovery.
- Expanding critical resources, supplies, backup equipment, and materials to restore damaged circuits, substations or generators, including distribution more quickly following severe events.

## 5.2   Additional Options for Improving Grid Resilience

There are numerous options for enhancing grid resilience to the threats identified in this report. The priority is to close gaps identified in the ability to withstand severe events or recover from them in a timely manner. This objective applies to grid facilities as well as key customer capabilities.

An integrated plan should consider options across generation resources, transmission and distribution. The previous summary of options for each island provides good examples of how a combination of resource, transmission and distribution options may provide more flexible and effective risk mitigation while also providing better investment value, as will be discussed in the next section.

It is also worth noting that some grid resilience solutions may not be about the grid at all or may not be developed through an IGP process. An example is enhancement of the resilience or redundancy of fuel supply and distribution facilities and airports to ensure fuel and critical supplies can be delivered to end users. From an operational perspective, fuel supply is a very significant concern as barge schedules become disrupted with hurricanes/surf/wind conditions, and any significant damage to pipelines, barges, or ground transportation will impact all Community Lifelines. This, when coupled with the shutdown of certain renewable resources during stormy conditions (wind, solar), will strain energy system recovery even more. It doesn't take many missed barges to get into a fuel shortage situation and this has happened in the past. One solution is to define a minimum fuel supply based on missing barges and a changed fuel mix during emergency conditions.

Other resilience options for the Utilities to consider outside of the grid planning process include:

- Utilities continue to explore and develop advanced resilience data as demonstrated by the technologies of Jupiter Intelligence

- Utilities partner with key customers and the government to develop microgrids for power that can be isolated from the grid when needed (severe events)

- Utilities reinforce fuel resupply options by increasing distributed storage and delivery capability for severe event emergencies

- Utilities plan for additional crews during emergencies and provide more robust and regular training for emergency situations

- Utilities expand critical resources, supplies, backup equipment, and materials to restore damaged circuits, substations or generators, including distribution more quickly following severe events

- Utilities plan for emergency access to additional helicopters on the islands to support repairs in remote, difficult to access sites

- Utilities plan for enhanced vegetation management, particularly in critical grid areas susceptible to damage from wind and falling or flying debris

Resilience Working Group Report for Integrated Grid Planning

- Utilities continue hardening or reinforcing critical transmission circuits, including upgrading wind criteria and flood mitigation, upgrading structures, and using enhanced construction methods and materials

- Utilities continue efforts at enhancing physical and cyber security of assets, resources, and systems.

- Utilities continue planning for expanding underground cables (water resistant) and locating equipment outside flood prone areas

- Utilities consider alternative paths for transmission circuits to increase diversity of location and enhance performance during severe events

- Utilities establish one or more priority circuits with enhanced restoration capabilities and greater hardening

- Utilities continue to require that new RFPs for renewables bids include grid-forming inverters, meaning they can provide a blackstart capability

- Utilities consider adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency and backup operations

- Utilities develop wildfire mitigation strategies for worst case wildfire event at Maalaea

- Utilities develop and test capabilities of expanded use of drones for emergency response and regular maintenance inspections

- Utilities evaluate options for distribution automation, digital meters and associated communications networks which can be valuable in assessing system conditions, the extent of outages, and how to best prioritize recovery efforts to get key customers reenergized more quickly

Utilities consider actions to reduce tsunami risk impacting generation in inundation zones on Oʻahu

The RWG also considers these solution options to be available over the full period of the Integrated Plan – not everything has to be done at once. Many of the enhancements such as hardening select facilities can be done over time through regular maintenance or scheduled replacement. Thus, the existing system would be continuously improved and expanded, rather than replaced.

One option identified by the RWG was the increased use of underground cabling. Certainly, underground cable addresses the risk of many of the threats identified by the RWG. It is, however, much more expensive than overhead circuits and the IGP process should examine these tradeoffs. There has been use on Oʻahu of special water-resistant cables that can better address the flooding risk along the southern transmission corridor. One option could be to expand this program to upgrade and expand cables with water resistant technologies.

Drones and access to additional helicopters may need to be planned to address the severe scenarios considered in this report. Drones have gained rapid acceptance across the United States in providing damage assessments and condition inspections, helping to prioritize restoration and rebuilding facilities.

Distribution automation, digital meters and associated communications networks can be valuable in assessing system conditions, the extent of outages and how to best prioritize recovery efforts to get customers reenergized more quickly.

Resilience Working Group Report for Integrated Grid Planning

A robust vegetation management program should be considered as a top strategy for resilience risk management. Finally, fuel supply assurance under a range of severe conditions will have resilience benefits for the Utilities as well as key customers and infrastructure sectors.

Resilience Working Group Report for Integrated Grid Planning

# 6. Inputs to Integrated Grid Plan and Other Related Activities

## 6.1 Resilience Related Objectives

Building on the work performed and alignment on resilience priorities, a key outcome of the RWG is to provide recommendations and inputs for the IGP process to address resilience needs. The intent of the RWG is to provide guidance to the IGP process and related activities rather than to be prescriptive regarding inputs to a very technical process. There are several areas of development of an IGP that must consider resilience inputs, including defining resilience objectives and how resilience will be measured, defining alternative resilience strategies, consideration of a number of low probability, high impact scenarios, and measuring relevant costs of alternative strategies and various levels of resiliency. As shown in Exhibit 37, the RWG process to date aims to provide some perspectives on how resilience might influence inputs into the analysis.

**Exhibit 37:    Overview of the IGP Process**



Source: HECO

One of the first steps in any planning process is to define objectives and assign one or more metrics to each objective. Most stakeholders have multiple objectives. For example, some customers are interested in receiving power at the lowest possible cost. Other customers would pay more for reliability. Other customers might target resilience as a critical objective. Still others may value sustainability. Objectives are largely driven by customer needs. Since customers have different needs, the Utilities should evaluate

Resilience Working Group Report for Integrated Grid Planning

multiple objectives and determine a portfolio of options that best meets all objectives at a reasonable cost. Exhibit 38 presents common utility objectives in a planning process.

**Exhibit 38:    Common System Objectives in Utility Planning**



Source: HECO

Once selected, the Utilities can track how well each portfolio performs across all events or scenarios. A portfolio of options that performs well across all scenarios and all objectives/metrics is considered a the "viable" portfolio.

Siemens provided the RWG a high-level perspective to utility planning that suggested that utilities begin with a list of objectives that customers are looking for from a plan. The list includes things such as least cost, reliable, resilient, sustainable and flexible. Each objective typically should have a metric that can be measured so that the Utilities can assess tradeoffs between each objective.

- The least cost objective typically uses the NPV of costs over a planning horizon as a metric
- Reliability is often measured by a loss of load probability
- Sustainability is often measured in terms of renewable percentage of the portfolio or carbon tons.

Resilience is relatively new as an objective in planning. The RWG didn't propose a specific metric, but the group did express the view that costs should not be the only measure of resilience to consider. Hence Siemens facilitated a discussion of possibilities that the Utilities might consider as a resilience metric.

The RWG reached general agreement that all relevant costs need to be captured, which includes the costs that utilities might incur to mitigate severe outages, as well as the cost of the outage to customers and stakeholders. It might also include costs that customers incur to mitigate the impact of severe outages, especially if those measures might be more cost effective than those incurred by the utility.

### The Least Cost Objective:

Nearly every planning effort looks to achieve a portfolio that is cost effective over a planning horizon as one objective. However, traditional planning by utilities tends to focus on actions under the control of the utility. The RWG recommends that the Utilities consider all possible lowest cost solutions, whether they

can best be accomplished solely through utility actions or through a combination of utility, other energy sector market participants, and stakeholder actions. Hence RWG recommends that some consideration of market participant and stakeholder actions be captured in the analysis of options.

In addition, when the RWG recommends that several low-probability, high impact events are considered in the analysis phase, it becomes critical to consider the outage costs as an offset to the costs associated with building resilience into the grid. In other words, the incremental costs of actions to manage resilience may be cost justified relative to the cost to society if the outages occur without mitigation. For planning purposes, one needs to sum the costs applied in the grid to the cost of the outages (times the probability of the outage) to achieve the expected value of the net present value of costs over the planning horizon as the appropriate cost metric.

**The Resilience Objective:**

The second IGP recommendation of the RWG is that resilience should not only be measured as a cost but should be a separate goal with its own measurable outcomes. This step requires the definition of resilience goals and quantification of the degree of resilience achieved in a single or combination of metrics.

There is little experience to draw from in the construction of a resilience metric. Siemens provided an illustration of the concept. The example in Exhibit 39 shows an illustration of a resilience index that measures resilience performance across the three different customer tiers (Tier 1- Critical, Tier 2 – Priority and Tier 3 All). The index has two components. The first is the percentage of customers that do not lose power or lose power only for a relatively short time (times are specified by tier).

The concept is that enhanced resilience should result in critical customers having no interruption or interruptions for a shorter time. The second component of the resilience index is how long it takes to restore customers who do have extended outages caused by a severe event impacting the grid. Resilience enhancements would be expected to shorten recovery times.

If an index is constructed, it could allow for comparisons that allow one to determine the cost of higher levels of resilience, just as one can compare the cost of incremental levels of carbon reduction. The percentage numbers in parentheses indicate the relative weight of each component of the resilience metric (totaling 100%).

**Exhibit 39:    Example Resilience Metric**



Source: Siemens

**Policies, Assumptions and Other Inputs:**

Policy goals are different than metrics. Policy goals for planning purposes can be considered in analysis as requirements to be met or constraints in modeling and analysis. So rather than simply tracking how quickly customers are returned to service after an event, the Utilities could establish goals that must be achieved through options. For example, the Utilities could specify that all critical customers should not have an outage of more than one day. This would require the Utilities and stakeholders to define a target for one or more of the most extreme events regardless of cost in order to assess the relative cost of resiliency.

Again, the RWG does not intend to define a policy goal, but some members of the RWG suggested that the Utilities should consider defining a realistic goal or goals during or at the end of the process, once the resilience benefits and costs are better understood from the planning analysis. The Utilities could then evaluate different policy goals and analyze the cost of each.

**Key Inputs to the Analysis:**

Data and inputs specific to assessing resilience will be needed to measure the relative costs and resilience characteristics of proposed portfolios and solutions in the IGP process. A forward view on the likelihood or relative risk of severe events specific to individual systems is needed and is likely to vary by island.

To properly determine the risks associated with different events such as hurricanes, tsunamis or volcanos one must have forecasts of both the frequency and the severity of future weather-related events. The Utilities already retained an organization that can provide forecasts of sea level rise, the probabilities of wind and flood damage and the severity of those events. These are critical to evaluating the need for mitigation measures and are critical for assessing the expected costs of outages with and without mitigation options.

**Other inputs might include:**

- Current restoration times for events by customer tier and location
- Costs to restore service under events (without mitigation options) by location
- Determining the cost of an outage to customers by class (e.g. the cost of load not served), and the state as a whole, will be another important input to the IGP process
- Current levels of backup power, fuel and water held by customer tier and location

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 40:    Example Resilience Policy Goals, Forecasts and Other Inputs**

| Customer Needs | | |
| --- | --- | --- |
| **Policy Goals** (Renewable, Resilience, etc.) | **Forecasts** (Assumptions and forecasts) | **Other Planning Inputs** |
| ▪ Meeting renewable and carbon goals<br>▪ Tier 1 backup power available to maintain until restoration occurs under all scenarios<br>▪ Tier 2 power returned within hours/days until restoration occurs under all scenarios | ▪ Future weather patterns (impacting surge etc<br>▪ Impacts of hurricanes, earthquakes, tsunamis, fires etc on levels of flooding, wind damage<br>▪ Recovery times for locations on each island | ▪ Days supply of power for each Tier 1 and 2 customers<br>▪ Days supply of fuel and water for each Tier 1 and 2 customer<br>▪ Vulnerability assessment, including downtimes for all Tiers of customers for each scenario |

Forecasting extreme events and the impacts to systems and recovery times will require structured inputs that when varied consistently measure the relative resilience of the system in the IGP process. This measure will be compared to the objectives and policy goals defined upfront in the IGP process.

## 6.2    Potential Solutions and Strategies

A solution is really a portfolio of options to achieve a set of target objectives. The RWG does not want to specify exactly how the alternatives might be developed but there are at least several strategies that might be considered, either as part of the IGP or separately as part of the Utility Bid process, or future utility stakeholder partnerships. Exhibit 41 shows some of the types of strategies that might be considered.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 41:    Potential Resilience Solutions**

| Potential Solutions to Consider in Planning Analysis | | |
|---|---|---|
| Centralized/decentralized | Centralized resources | Decentralized resources |
| Transmission | High transmission expansion | Low/no transmission expansion |
| Solar | High solar energy | Low solar |
| Wind | High wind including offshore | Low wind |
| New technologies/non-wires | Yes | No |
| Underground | High underground expansion | Low/no underground expansion |
| Black start | High black start resources | Low new black start resources |
| System hardening | High | None |
| Fuel supply hardening | High | None |
| Recovery/construction supplies | High increase | No change |

Some examples of potential strategic options include:

1.  Varying the level of decentralization. Today most of the Hawaiian islands have a highly centralized system where generation is on one part of the island and long transmission lines carry the power to load centers (Hawai'i island is the exception). At the other extreme would be a highly decentralized system where existing fossil generation is replaced by renewables and small-scale ramping technologies closer to load centers distributed throughout the islands. An in between strategy would be to focus the local generation at more remote parts of the islands. The RWG recommends that the Utilities consider two to three different levels of decentralization to determine how well each strategy performs on resilience and costs. In any event, consideration of blackstart technologies needs to be considered for each strategy.

2.  Setting up different policy targets for recovery periods in the event of severe events. The RWG recommends that the Utilities consider defining alternative targets for recovery times for its customer tiers by region/location. More severe targets will cost more to comply with but may reduce outage costs. The Utilities will need to determine alternative portfolios that would meet the requirements of the policy targets.

3.  Having separate strategies for the Utilities-only solutions and the Utilities-plus-stakeholder solutions. The RWG recommends that two separate strategies be considered to show whether focusing solely on the Utilities options is more expensive than one with stakeholder options.

134

Portfolio construction will consider a wide range of options. Different levels of renewables, storage, non-wire alternatives and grid hardening will be used in varying degrees in portfolios. By defining alternative strategies, the combinations of assets in each portfolio will be more clearly defined.

## 6.3   Alternative Scenarios

Each strategy will have several alternative portfolios to achieve the objectives of the strategy. Once the portfolios are developed, it is then necessary to test how well each portfolio performs against a wide range of scenarios.

In this context, the RWG understands that planning studies will always test portfolios against a range of future market and regulatory outcomes (by changing fuel market conditions or technology cost assumptions). In addition, for this study, the RWG developed a list of scenarios that should be evaluated.

Earlier in this report, up to 23 scenarios were described. These 23 scenarios consist of several different types of events, including those summarized in Exhibit 42.

**Exhibit 42:    Consolidated Threat Scenarios for IGP**

| Threat | Includes | Oahu | Hawai'i | Maui County |
|---|---|---|---|---|
| Hurricane | Flood, Wind | X | X | X |
| Tsunami | Earthquake | X | X | X |
| Wild Fire | | X | | X |
| Physical Attack | Cyber Attack | X | X | X |
| Volcano | | | X | |

The RWG considered a wide range of events and developed a consensus that all these events should be considered. The Utilities could either evaluate these scenarios directly or simply consider the impacts of these events on the vulnerability of the grid and factor the implications of these scenarios in the IGP.

## 6.4   Harmonization of Resilience with Other Objectives

There are several working groups looking at other issues related to the IGP. Other working groups are looking into modeling issues, distribution issues, wire and non-wire alternatives and emerging technologies. There is a great deal of overlap between the development of the inputs to the Resilience committee and the findings from these working committees.

An integrated planning process can serve to bring the inputs from all these processes together. There is much to be studied. For example, until some of the emerging technologies (storage, hydrogen, etc.) become cost effective and proven for long duration, achieving resilience and sustainability goals may either not be achievable or only achievable at very high cost.

Ultimately the IGP will have to be continually updated as time goes on. In addition, stakeholder expectations may well change as technological advance occurs and as clarity around climate change and other issues evolve.

An IGP process will allow for the proper valuing of resources that have multiple uses such as storage and other non-wire alternatives. When viewed in individual use, some of these technologies might not be economic but when properly evaluated (using value stacking), some technologies may have greater value than traditional approaches consider.

## 6.5  Balanced Scorecard of Objectives

In the course of the IGP process, resilience should be considered in a fair and balanced manner along with all other objectives for the plan. Portfolios developed and analyzed can be compared on a common basis using a balanced scorecard. A balanced scorecard allows for the ranking of portfolios considering the relative importance of all objectives; objectives that often compete with one another.

An illustration of a balanced scorecard is shown in Exhibit 43. This example includes only three objectives but there could be many others. This example did not define or group portfolios under strategies, but rather just listed portfolios considered down the rows and listed some objectives across the columns. Where possible, one can calculate a value for each metric in every scenario run over the 20-year planning horizon. Then the results can be averaged across all scenarios so that each portfolio can be ranked accounting for every metric.

The RWG does not recommend one method for evaluating alternative strategies or portfolios. Rather we recommend that the Utilities in collaboration with stakeholders come up with a template for easily presenting the findings of the analysis in an understandable but thorough manner. A "viable" portfolio will be one that achieves high scores consistently across all metrics evaluated.

Resilience Working Group Report for Integrated Grid Planning

**Exhibit 43:        Sample Balanced Scorecard Including Resilience Metric**

| Criteria | | Affordability | | | Resilience | Sustainability | |
|---|---|---|---|---|---|---|---|
| Portfolio | | 2020-2030 Cost NPV ($Mil) | 2020-2040 Levelized Cost (2019 $/MWh) | Cost Rating Score | Resilience Composite Index | $CO_2$ Changes from (%) | Renewable Generation As % of Load (%) |
| Status Quo | | | | | | | |
| Portfolio 1 | | | | | | | |
| Portfolio 2 | | | | | | | |
| Portfolio 3 | | | | | | | |
| Portfolio 4 | | | | | | | |
| Portfolio 5 | | | | | | | |
| Portfolio 6 | | | | | | | |
| Portfolio 7 | | | | | | | |
| Portfolio 8 | | | | | | | |
| Portfolio 9 | | | | | | | |

## 6.6   Potential Actions outside of the IGP

There are a multitude of activities beyond the IGP that will benefit from the RWG.   The Utilities have many activities on going including an emergency preparedness program, current bids for renewable power, and the traditional rate making processes.  Education and training programs could be developed outside the IGP that could benefit stakeholders and utilities outside the IGP process.  And there could be benefits on the operating side of the Utilities businesses, such as tree trimming and other programs.  These actions were captured in Section 5 and are summarized in the recommendations listed at the end of the report.

## 6.7   How RWG Input Can Best Be Used

Ultimately, the RWG believes that its role is to guide but not prescribe inputs to the IGP process and other activities. The RWG is willing to continue to work with the Utilities after completion of this final report, in the belief that a continuing dialogue can be mutually beneficial.  It is likely that the continuing dialogue will support utility stakeholder partnerships and will ensure that the Utilities understand customers' needs.

This process is new to the stakeholders and to the Utilities alike.  It is unlikely that the RWG has thought of every issue that may come up as the Utilities embark on the IGP analysis phase of its work. By meeting periodically, the RWG can learn from the process and the Utilities can learn from the RWG.

Resilience Working Group Report for Integrated Grid Planning

# 7.  Summary of Recommendations

## 7.1   Integrated Grid Planning Process Recommendations

The RWG recommends that:

- The following threat scenarios be considered by the Utilities to guide the IGP process and other resilience initiatives, and by key customers and critical infrastructure partners in developing resilience preparations:
    - o   Hurricane/flood/wind
    - o   Tsunami/earthquake
    - o   Wildfire
    - o   Physical and cyberattack
    - o   Volcano

- Utilities consider the key customer and infrastructure priorities identified by the RWG when planning system expansion or improvements

- Utilities develop IGP objectives that include optimizing resilience and cost of resilience; and merge resilience with other planning goals such as reliability, renewable energy expansion, sustainability, carbon emissions reduction, environmental stewardship, rate stability, etc.

- Utilities should consider the following elements of resilience:
    - o   Reduce probability of power outages during severe and catastrophic events
    - o   Reduce outage severity and duration during and following a severe or catastrophic event
    - o   Reduce restoration and recovery times following severe and catastrophic events
    - o   Optimize cost (including capital and operating costs, and probability weighted outage and recovery costs, etc.)
    - o   Return critical and priority customers power within specified times
    - o   Return power to other customers within specified times
    - o   Limit environmental impacts.

- Utilities consider all possible lowest cost solutions, whether they are best accomplished solely through utility actions or through a combination of utility customer and other service provider actions; hence RWG recommends that some consideration of non-utility stakeholder actions be captured in the analysis of options

- All relevant costs should be captured, which includes the costs that Utilities might incur to mitigate (and recover from) severe and catastrophic outages, as well as the cost of the outage to customers and other stakeholders; it might also include costs that customers or other service providers incur in response to and recover from the consequences of a prolonged severe outage, especially if those measures might be more cost effective than those incurred by the utility

- Utilities develop measures of resilience for Integrated Grid Planning in collaboration with stakeholders to allow evaluation of resilience performance of various options or combination of options under assumed scenarios and conditions

**Resilience Working Group Report for Integrated Grid Planning**

- Resilience should not only be measured as a cost but should be a separate goal with its own measurable outcomes.  This step requires the definition of each individual resilience goal and quantification of the degree of resilience achieved in a single and/or combination of metrics .

- Utilities consider options for more decentralized or distributed energy resources closer to load areas and options for expanding customer-based programs and other non-wires solutions for improving reliability and resilience

- Utilities assess options for enhancing resilience through the mix and location of generation resources, including expanding renewable resources with grid-forming capabilities

- Utilities consider configuring portions of the grid in several mini grids that could operate as independent islands which could be self-supplying over an extended period of time during severe emergencies and outages.

- Utilities consider planning for best locations to expand and diversify blackstart resources and delivery paths to support grid restoration and timely recovery of key customers and critical infrastructure sectors

- Utilities consider targeted transmission/sub-transmission additions to enhance redundancy and diversity of delivery paths and reduce risk from severe events

## 7.2   Recommendations for Key Customers and Infrastructure Partners

The RWG recommends that:

- Infrastructure owners and operators work together in close partnerships to coordinate disaster planning and recovery. Recovery and risk mitigation are shared responsibilities between the power companies, key customers and the government

- Key customers develop and implement load management/load curtailment capabilities to limit power usage to mission critical loads during emergencies with loss of offsite utility power

- Key customers maintain ample onsite fuel supplies for generators during extended power outages and transportation disruptions and have in place plans and fuel supply arrangements resupply fuel for outages exceeding operational expectations; coordinate resupply plans so that multiple facilities, sectors, and geographic areas are not relying on the same fuel resources at the same time; provide backup power sources that can supply essential loads during prolonged outages and emergencies; test and exercise backup power resources

- Under their Continuity of Operations Planning (COOP), key customers should consider relocating essential functions to alternative facilities at sites/locations with more robust infrastructure support

- Key customers consider developing plans and arrangements for deployment of temporary emergency power generators that can be relocated to critical sites during prolonged outages

- Key customers consider partnering with Utilities and the government to develop local microgrids for power that can be isolated from the grid when needed (during severe events); consider alternative technologies, such as renewables and storage, and other blackstart resources

- Key customers in the transportation sector ensure availability of adequate road clearing equipment to speed recovery of key roads, ports and airports

Resilience Working Group Report for Integrated Grid Planning

- Key customers reinforce harbors and port facilities against catastrophic flooding and storm damage to ensure they can maintain maritime operations during extended power outages

- Customers maintain training and exercise programs that address performing emergency and contingency operations with loss of utility power

## 7.3 Recommendations for Utilities Outside the Integrated Grid Planning Process

The RWG recommends that:

- Utilities continue to explore and develop advanced resilience data as demonstrated by the technologies of Jupiter Intelligence

- Utilities partner with key customers and the government to develop microgrids for power that can be isolated from the grid when needed (severe events)

- Utilities reinforce fuel resupply options by increasing distributed storage and delivery capability for severe event emergencies

- Utilities plan for additional crews during emergencies and provide more robust and regular training for emergency situations

- Utilities expand critical resources, supplies, backup equipment, and materials to restore damaged circuits, substations or generators, including distribution more quickly following severe events

- Utilities plan for emergency access to additional helicopters on the islands to support repairs in remote, difficult to access sites

- Utilities plan for enhanced vegetation management, particularly in critical grid areas susceptible to damage from wind and falling or flying debris

- Utilities continue hardening or reinforcing critical transmission circuits, including upgrading wind criteria and flood mitigation, upgrading structures, and using enhanced construction methods and materials

- Utilities continue efforts at enhancing physical and cyber security of assets, resources, and systems.

- Utilities continue planning for expanding underground cables (water resistant) and locating equipment outside flood prone areas

- Utilities consider alternative paths for transmission circuits to increase diversity of location and enhance performance during severe events

- Utilities establish one or more priority circuits with enhanced restoration capabilities and greater hardening

- Utilities continue to require that new RFPs for renewables bids include grid-forming inverters, meaning they can provide a blackstart capability

- Utilities consider adopting advanced technologies in a more distributed resource approach, including grid-forming renewable energy sources, battery storage, and joint projects with key customers to provide microgrid capabilities for emergency and backup operations

- Utilities develop wildfire mitigation strategies for worst case wildfire event at Maalaea

Resilience Working Group Report for Integrated Grid Planning

- Utilities develop and test capabilities of expanded use of drones for emergency response and regular maintenance inspections

- Utilities evaluate options for distribution automation, digital meters and associated communications networks which can be valuable in assessing system conditions, the extent of outages, and how to best prioritize recovery efforts to get key customers reenergized more quickly

- Utilities consider actions to reduce tsunami risk impacting generation in inundation zones on Oʻahu