# Exhibit 13

Search

Sign in

[YouTube play button]

## Committed to Wildfire Mitigation

**Hawaiian Electric**
1.82K subscribers

Subscribe

Like

Share

Save

58 views  4 years ago

The Hawaiian Electric Companies use drone, or unmanned aircraft system, surveys to assess drought-prone or dry brush areas especially near electrical infrastructure. Other resilience initiatives such as installing heavier, insulated conductors and applying fire retardants on poles are also done as part of our proactive plan to reduce risks of wildfires.                                                                                    ...more

3:04 | **Overview of Smart Renewable Energy Programs & Bring Your Own Device**
Hawaiian Electric
747 views  •  4 weeks ago

1:05 | **Shift and Save (:60): Time-of-use pilot program**
Hawaiian Electric
1.6K views  •  3 months ago

4:59 | **Hot Temperatures & Daily Rain Chances are the Game This Week**
Liam's Weather
2 views  •  2 hours ago
New

4:24 | **Boston Dynamics NEW ROBOT STUNS EVERYBODY!**
NEXT AI
3.3K views  •  2 days ago
New

2:33 | **Hawaiian Electric Wildfire Safety Strategy**
Hawaiian Electric
124 views  •  4 weeks ago

**20 Most Extreme Trucks Ever Made**
The Fancy Banana ✔

 **Sign in**



**Solar Panel Mounting Bracket @EcoWorthySolar**

Taddy Digest ♪
193 views • 3 hours ago
New



**National Lineman Appreciation Day 2024**

Hawaiian Electric
171 views • 2 weeks ago



**FDNY - Pre Arrival + Audio - Brooklyn 2nd Alarm Box 2967 - Heavy Fire in A Vacant - 5/2/24**

The NYC Buff
22K views • 4 days ago
New

**Duane Graham Describes Summer Lake Hot Springs Oregon**

Bob Nisbet
20K views • 7 years ago

**Smart Renewable Energy Export and Non-Export Programs**

Hawaiian Electric
147 views • 4 weeks ago

**LIVE: HI Now Daily**

Hawaii News Now
12 watching
LIVE

**Life Inside US Aircraft Carrier Storing Millions $ Jets in Middle of the Ocean**

Fluctus ✔
20K views • 8 hours ago
New

**Exploring the TrinamiX Near IR Spectrometer: Software, Features, and Data!**

Christopher Pulliam, PhD
269 views • 6 days ago
New

**Bad News Bears**

YouTube Movies & TV
Comedy • 2005
Free with ads    PG-13

**Bring Your Own Device or BYOD**

Hawaiian Electric
143 views • 4 weeks ago

**Hawaiian Electric Crews Continue Koolau-Wailupe Repairs in East Honolulu - April 17, 2024**

Hawaiian Electric
62 views • 2 weeks ago

**Green Acres**

S1 E1 • Oliver Buys A Farm
Free with ads    TV-G

**National Volunteer Week 2024: Andy Hignite, Power Supply Engineering on Oahu**

Hawaiian Electric
5 views • 9 days ago

**Earth Hour 2024**

Hawaiian Electric
62 views • 1 month ago

**Transcript of**

***"Committed to Wildfire Mitigation"* video created by Hawaiian Electric Company, Inc. on Nov. 6, 2019**

Text: *Drone, or unmanned aircraft system, surveys will be conducted in November and December*

Text: *Drones help identify drought-prone areas*

Text: *We tested different fire retardants on our utility poles to see which ones prevent damage to our infrastructure*

Text: *We also upgraded our equipment to make them more resilient*