# Exhibit 14

Critical Resilience Work Resumes - YouTube

☰     Search     🔍    🎤    ⋮    ⊙ Sign in

▶ Play

## Critical Resilience Work Resumes

**Hawaiian Electric**
1.82K subscribers

Subscribe      👍 Like    👎    ↗ Share    ≡+ Save    •••

**312 views**   **Jun 1, 2020**
Hawaiian Electric will resume critical resilience projects such as replacing utility poles – work normally done before hurricane season but delayed due to COVID-19 and stay-at-home orders. Customers will be notified if the scheduled work requires outages.

## Transcript

Follow along using the transcript.

**Show transcript**

**Hawaiian Electric**
1.82K subscribers

▶ Videos    👤 About    f Facebook

**Show less**



**Sugar mill, 300 acres in Central Maui sold to Oahu-based construction company**
Hawaii News Now
5.2K views • 1 month ago

**Life Inside US Aircraft Carrier Storing Millions $ Jets in Middle of the Ocean**
Fluctus ✓
13K views • 6 hours ago
New

**Scientists work to harness power from Hawaii's waves**



### Caterpillar D9T Bulldozer Leveling Huge Area
Mega Machines Channel ✔
2.9K views • 9 hours ago
New



### Can the Sludge-filled Ala Wai Canal Become Swimmable Again? | HIKI NŌ on PBS Hawai'i
PBS Hawai'i
1K views • 2 months ago



### The LARGEST Supervolcano Fissure has FINALLY Exploded and Cracked Open The Earth!!
Discover Tube
5K views • 3 days ago
New



### Hawaii turns to clean energy as coal power goes extinct in the state
Canary Media
4.2K views • 2 years ago



### Shift and Save (:60): Time-of-use pilot program
Hawaiian Electric
1.6K views • 3 months ago



### National Lineman Appreciation Day 2024
Hawaiian Electric
171 views • 2 weeks ago



### Overview of Smart Renewable Energy Programs & Bring Your Own Device
Hawaiian Electric
737 views • 4 weeks ago



### Bring Your Own Device or BYOD
Hawaiian Electric
142 views • 4 weeks ago



### Smart Renewable Energy Export and Non-Export Programs
Hawaiian Electric
146 views • 4 weeks ago



### Hawaiian Electric Wildfire Safety Strategy
Hawaiian Electric
124 views • 4 weeks ago



### Rebuilding West Maui
Hawaiian Electric
536 views • 3 months ago



### Food Defense (English)
CTAHR
25K views • 6 years ago

### Candid Camera
S1 E1 • Candid Camera: S1 E1 - Episode 001
Free with ads   TV-G

### Hawaiian Electric Crews Continue Koolau-Wailupe Repairs in East Honolulu - April 17, 2024
Hawaiian Electric
62 views • 2 weeks ago

**Transcript of**

***"Critical Resilience Work Resumes"* created by Hawaiian Electric Company, Inc.
on June 1, 2020**

*Kirk Kamanu, Supervisor, Transmission and Distribution Operations*: We have an ongoing maintenance program, that, um, where we identify poles that need attention, and that could be upgrades or replacement. And that's something that our crews, I would say that's 90% of our work.  And we'll go, we'll identify the poles that need, um, attention, and we'll schedule our crews to either upgrade them, change out equipment, cross arms, um, rusted bolts, or, um, damaged insulators. But majority of, of our jobs is we replace the poles entirely. It happens year-round, but we step it up during, you know, the months between June and November, I mean, in preparation for upcoming storms if they should arise.

COVID is interesting, it's been a challenge for us, but the crew's been very flexible. They understand that we're essential workers and we need to be here. So we just, everybody's been doing their part to get through this.