# Exhibit 23





Vision

Our vision for the HEI family of companies is to be among the world's most trusted and highest performing corporations, recognized for catalyzing a better and more sustainable future for Hawaii and beyond.



Our Common Purpose

We dedicate ourselves to a better Hawaii – one that is thriving economically, environmentally, culturally and socially – where all in our community enjoy an abundance of resources and opportunities that enable them to achieve their hopes and dreams.

Our collective impact is amplified by the talent, innovation and commitment of employees working together across our family of companies and with partners throughout Hawaii.

We will navigate a path toward a resilient and sustainable future, rooted in aloha for one another, respect for our lands, and integrity and humility in our leadership.