# Exhibit 24

Search

Sign in

Home

Shorts

Subscriptions

You

History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Courses

Fashion & Beauty

Podcasts

Playables

Browse channels

More from YouTube

YouTube Premium

YouTube TV

YouTube Music

YouTube Kids

Settings

Report history

Help

Send feedback

About  Press  Copyright

# Hawaiian Electric

@HawaiianElectric · 1.82K subscribers · 845 videos

Inspired by an enlightened king more than a century ago, Hawaii was an early adopter of el… >

hawaiianelectric.com and 1 more link

Subscribe

Playlists     Community

0:31

**Our Commitment to Modernize the Grid (:30) -…**

Hawaiian Electric
1.1K views • 7 years ago

1:28

**A new DC Fast Charger for Electric Vehicles at our War…**

Hawaiian Electric
595 views • 8 years ago

8:40

**WHW Episode Six: 2016 Hurricane Season -- Be…**

Hawaiian Electric
1.6K views • 7 years ago

all

0:31

**Power to Change (:30)**

866K views • 2 years ago

0:31

**Sustainable Future (:30)**

858K views • 1 year ago

0:31

**Resilience: Storm Ready (:30)**

838K views • 1 year ago

0:31

**Power to Change: Shift Energy Use (:30)**

609K views • 1 year ago

0:31

ents   ▶ Play all

**A Hawaiian Electric Moment - Distribution Transformer…**

Hawaiian Electric
1.2K views • 8 years ago

**A Hawaiian Electric Moment - Construction of steel…**

Hawaiian Electric
1.7K views • 8 years ago

**A Hawaiian Electric Moment - Koolau Structure Removal**

Hawaiian Electric
736 views • 8 years ago

