# Exhibit 25



## Smart Renewable Energy

Our renewable energy programs are simple and easy. **Learn which program is right for you**.



## Manage My Account

**LOG ON**

Register for Online Access

Billing & Payment Info

Start New Electric Service

View Current Rates

 ## View/Report Power Outages

Lights out? Let us know, or check the map for updates!

 ## FREE Mobile App Available

Get easy access to the information that you need.



## Sustainability Maps

We achieved 33% renewable energy in 2023. View our 2023 Sustainability Maps.



## Shift and Save

Sign up and save money with our new time-of-use pilot program. Learn more about Shift and Save.



## Wildfire Safety

Safety is our highest priority. Learn more about our Wildfire Safety Strategy.







## Rebuilding West Maui

We are here for Maui and its people. Learn about our rebuilding efforts.

## Renewable Status Board

We are adding renewable energy to meet our goals. Track the progress of our clean energy projects.

## My Energy Use Portal

Monitor how much electricity you use and analyze your usage patterns. Leverage your data.



**Learn more about how we're helping our community**



## The Electric Garage

Get the latest on electrification of transportation

## Key Performance Metrics

Access performance scorecards and metrics

# Customer Choice

**Take advantage of options that let you save money when using renewable energy. Choose which programs best fit your lifestyle.**

