MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 UNIVERSITY AVE.
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendants Hawaiian
Electric Industries, Inc., Contance H. Lau,
Scott W. H. Seu, Gregory C. Hazelton,
and Paul K. Ito*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          v.<br><br>HAWAI'IAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO,<br><br>                          Defendants. | CASE NO.: 3:23-cv-04332-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Date:          September 12, 2024<br>Time:          10:00 a.m.<br>Courtroom:   8—19th Floor<br>Judge:         Jacqueline Scott Corley |

[PROPOSED] ORDER                                                                    Case No. 3:23-cv-04332-JSC

## [PROPOSED] ORDER

This Court, having considered Defendants' Request for Judicial Notice and Incorporation By Reference in Support of Motion to Dismiss the Amended Class Action Complaint (the "Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

**IT IS HEREBY ORDERED THAT** Defendants' Request for Judicial Notice and Incorporation By Reference in Support of Motion to Dismiss the Amended Class Action Complaint is **GRANTED.**

Dated: _____

_____
Honorable Jacqueline Scott Corley
United States District Judge

1

[PROPOSED] ORDER                                                                 Case No. 3:23-cv-04332-JSC