UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BHAPINDERPAL S. BHANGAL,
Individually and on Behalf of All Others
Similarly Situated,

                    Plaintiff,

     v.

HAWAIIAN ELECTRIC INDUSTRIES,
INC., CONSTANCE H. LAU, SCOTT W. H.
SEU, GREGORY C. HAZELTON, and
PAUL K. ITO,

                    Defendants.

CASE NO.  3:23-cv-04332-JSC

**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Austin P. Van, hereby declare as follows:

1.      I am a Partner in the firm of Pomerantz LLP, and Lead Counsel for the Class and Lead Plaintiff Daniel Warren in the above-captioned action.  I make this declaration based on my personal knowledge.

2.      Pursuant to Civil Local Rules 7-3 and 7-5, I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint.

3.      Attached as Exhibit 1 is a true and correct copy of excerpts of the 2021 Form 10-K filed by Hawaiian Electric Industries, Inc. ("HEI") with the SEC on February 25, 2022.  Exhibit 1 is incorporated by reference in the amended complaint at paragraph 184.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July 2024, in New York, New York.


Dated:  July 8, 2024                              POMERANTZ LLP

                                                          By  /s/ *Austin P. Van*
                                                               Austin P. Van

1