# Exhibit 1

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549
**FORM 10-K**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2021
OR
☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

| Exact Name of Registrant as Specified in Its Charter | Commission File Number | I.R.S. Employer Identification No. |
|---|---|---|
| Hawaiian Electric Industries, Inc. | 1-8503 | 99-0208097 |
| Hawaiian Electric Company, Inc. | 1-4955 | 99-0040500 |

State of Hawaii

(State or other jurisdiction of incorporation)

1001 Bishop Street, Suite 2900, Honolulu, Hawaii  96813 - Hawaiian Electric Industries, Inc. (HEI)

1001 Bishop Street, Suite 2500, Honolulu, Hawaii  96813 - Hawaiian Electric Company, Inc. (Hawaiian Electric)

(Address of principal executive offices and zip code)

Registrant's telephone number, including area code:

(808) 543-5662 - HEI

(808) 543-7771 - Hawaiian Electric

Not applicable

(Former name or former address, if changed since last report.)

**Securities registered pursuant to Section 12(b) of the Act:**

| Registrant | Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|---|
| Hawaiian Electric Industries, Inc. | Common Stock, Without Par Value | HE | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**

| Registrant | Title of each class |
|---|---|
| Hawaiian Electric Industries, Inc. | None |
| Hawaiian Electric Company, Inc. | Cumulative Preferred Stock |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Hawaiian Electric Industries, Inc.  Yes ☒  No ☐  Hawaiian Electric Company, Inc.  Yes ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Hawaiian Electric Industries, Inc.  Yes ☐  No ☒  Hawaiian Electric Company, Inc.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Hawaiian Electric Industries, Inc.  Yes ☒  No ☐  Hawaiian Electric Company, Inc.  Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Hawaiian Electric Industries, Inc.  Yes ☒  No ☐  Hawaiian Electric Company, Inc.  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Hawaiian Electric Industries, Inc.:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Smaller reporting company | ☐ |
| Accelerated filer | ☐ | Emerging growth company | ☐ |
| Non-accelerated filer | ☐ | | |

Hawaiian Electric Company, Inc.:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Smaller reporting company | ☐ |
| Accelerated filer | ☐ | Emerging growth company | ☐ |
| Non-accelerated filer | ☒ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

Hawaiian Electric Industries, Inc.  Yes ☐  No ☐  Hawaiian Electric Company, Inc.  Yes ☐  No ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Hawaiian Electric Industries, Inc. | ☒ | | Hawaiian Electric Company, Inc. | | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Hawaiian Electric Industries, Inc. | ☐ | ☒ | Hawaiian Electric Company, Inc. | ☐ | ☒ |

| | Aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrants as of June 30, 2021 | Number of shares of common stock outstanding of the registrants as of | |
|---|---|---|---|
| | | June 30, 2021 | February 11, 2022 |
| Hawaiian Electric Industries, Inc. (Without Par Value) | $4,621,670,518 | 109,311,034 | 109,311,785 |
| Hawaiian Electric Company, Inc. ($6-2/3 Par Value) | None | 17,324,376 | 17,753,533 |

## DOCUMENTS INCORPORATED BY REFERENCE

Hawaiian Electric's Exhibit 99.1, consisting of:
    Hawaiian Electric's Directors, Executive Officers and Corporate Governance—Part III
    Hawaiian Electric's Executive Compensation—Part III
    Hawaiian Electric's Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters—
    Part III
    Hawaiian Electric's Certain Relationships and Related Transactions, and Director Independence—Part III
    Hawaiian Electric's Principal Accounting Fees and Services—Part III

Selected sections of Proxy Statement of HEI for the 2022 Annual Meeting of Shareholders to be filed-Part III

**This combined Form 10-K represents separate filings by Hawaiian Electric Industries, Inc. and Hawaiian Electric Company, Inc. Information contained herein relating to any individual registrant is filed by each registrant on its own behalf. Hawaiian Electric makes no representations as to any information not relating to it or its subsidiaries.**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| Glossary of Terms | | ii |
| Cautionary Note Regarding Forward-Looking Statements | | v |

**PART I**

| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 20 |
| Item 1B. | Unresolved Staff Comments | 34 |
| Item 2. | Properties | 34 |
| Item 3. | Legal Proceedings | 34 |
| Item 4. | Mine Safety Disclosures | 34 |
| Information About Our Executive Officers (HEI) | | 35 |

**PART II**

| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 36 |
| Item 6. | [Reserved] | 36 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 37 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 77 |
| Item 8. | Financial Statements and Supplementary Data | 80 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 179 |
| Item 9A. | Controls and Procedures | 179 |
| Item 9B. | Other Information | 180 |
| Item 9C | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 180 |

**PART III**

| Item 10. | Directors, Executive Officers and Corporate Governance | 180 |
| Item 11. | Executive Compensation | 181 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 182 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 182 |
| Item 14. | Principal Accounting Fees and Services | 183 |

**PART IV**

| Item 15. | Exhibits and Financial Statement Schedules | 183 |
| Item 16. | Form 10-K Summary | 183 |
| Signatures | | 195 |

# GLOSSARY OF TERMS

Defined below are certain terms used in this report:

| Terms | Definitions |
|---|---|
| **ABO** | Accumulated benefit obligation |
| **ACL** | Allowance for credit losses as determined under the credit loss standard (ASU No. 2016-13, adopted by the Company on January 1, 2020), which requires the measurement of lifetime expected credit losses for financial assets held at the reporting date (based on historical experience, current conditions and reasonable and supportable forecasts) |
| **AES Hawaii** | AES Hawaii, Inc. |
| **AFS** | Available-for-sale |
| **AFUDC** | Allowance for funds used during construction |
| **AOCI** | Accumulated other comprehensive income (loss) |
| **APBO** | Accumulated postretirement benefit obligation |
| **ARA** | Annual revenue adjustment |
| **ARO** | Asset retirement obligations |
| **ASB** | American Savings Bank, F.S.B., a wholly-owned subsidiary of ASB Hawaii Inc. |
| **ASB Hawaii** | ASB Hawaii, Inc., a wholly-owned subsidiary of Hawaiian Electric Industries, Inc. and the parent company of American Savings Bank, F.S.B. |
| **ASC** | Accounting Standards Codification |
| **ASU** | Accounting Standards Update |
| **Btu** | British thermal unit |
| **CARES Act** | The Coronavirus Aid, Relief, and Economic Security Act enacted March 27, 2020 |
| **CBRE** | Community-based renewable energy |
| **CERCLA** | Comprehensive Environmental Response, Compensation and Liability Act |
| **Company** | When used in Hawaiian Electric Industries, Inc. sections and in the Notes to Consolidated Financial Statements, "Company" refers to Hawaiian Electric Industries, Inc. and its direct and indirect subsidiaries, including, without limitation, Hawaiian Electric Company, Inc. and its subsidiaries (listed under Hawaiian Electric); ASB Hawaii, Inc. and its subsidiary, American Savings Bank, F.S.B.; Pacific Current, LLC and its subsidiaries (listed under Pacific Current); and The Old Oahu Tug Service, Inc. . When used in Hawaiian Electric Company, Inc. sections, "Company" refers to Hawaiian Electric Company, Inc. and its direct subsidiaries. |
| **Consolidated Financial Statements** | HEI's or Hawaiian Electric's Consolidated Financial Statements, including notes, in Item 8 of this Form 10-K |
| **Consumer Advocate** | Division of Consumer Advocacy, Department of Commerce and Consumer Affairs of the State of Hawaii |
| **D&O** | Decision and order from the PUC |
| **DBF** | State of Hawaii Department of Budget and Finance |
| **DER** | Distributed energy resources |
| **Dodd-Frank Act** | Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 |
| **DOH** | State of Hawaii Department of Health |
| **DRAC** | Demand response adjustment clause |
| **DRIP** | HEI Dividend Reinvestment and Stock Purchase Plan |
| **DSM** | Demand side management |
| **ECRC** | Energy cost recovery clause |
| **EIP** | 2010 Equity and Incentive Plan, as amended |
| **EPA** | Environmental Protection Agency - federal |
| **EPRM** | Exceptional Project Recovery Mechanism |
| **EPS** | Earnings per share |
| **ERISA** | Employee Retirement Income Security Act of 1974, as amended |
| **ERL** | Environmental Response Law of the State of Hawaii |
| **ERP/EAM** | Enterprise Resource Planning/Enterprise Asset Management |
| **ESG** | Environmental, Social & Governance |
| **ESM** | Earnings Sharing Mechanism |
| **Exchange Act** | Securities Exchange Act of 1934 |
| **FASB** | Financial Accounting Standards Board |
| **FDIC** | Federal Deposit Insurance Corporation |

| Terms | Definitions |
|---|---|
| **federal** | U.S. Government |
| **FERC** | Federal Energy Regulatory Commission |
| **FHLB** | Federal Home Loan Bank |
| **FHLMC** | Federal Home Loan Mortgage Corporation |
| **FICO** | Fair Isaac Corporation |
| **Fitch** | Fitch Ratings, Inc. |
| **FNMA** | Federal National Mortgage Association |
| **FRB** | Federal Reserve Board |
| **GAAP** | Accounting principles generally accepted in the United States of America |
| **GHG** | Greenhouse gas |
| **GNMA** | Government National Mortgage Association |
| **Gramm Act** | Gramm-Leach-Bliley Act of 1999 |
| **Hamakua Energy** | Hamakua Energy, LLC, an indirect subsidiary of Pacific Current |
| **Hawaii Electric Light** | Hawaii Electric Light Company, Inc., an electric utility subsidiary of Hawaiian Electric Company, Inc. |
| **Hawaiian Electric** | Hawaiian Electric Company, Inc., an electric utility subsidiary of Hawaiian Electric Industries, Inc. and parent company of Hawaii Electric Light Company, Inc., Maui Electric Company, Limited and Renewable Hawaii, Inc. Uluwehiokama Biofuels Corp. was dissolved effective as of July 14, 2020 |
| **Hawaiian Electric's MD&A** | Hawaiian Electric Company, Inc.'s Management's Discussion and Analysis of Financial Condition and Results of Operations in Item 7 of this Form 10-K |
| **HEI** | Hawaiian Electric Industries, Inc., direct parent company of Hawaiian Electric Company, Inc., ASB Hawaii, Inc., Pacific Current, LLC and The Old Oahu Tug Service, Inc. |
| **HEI's 2022 Proxy Statement** | Selected sections of Proxy Statement for the 2022 Annual Meeting of Shareholders of Hawaiian Electric Industries, Inc. to be filed after the date of this Form 10-K and not later than 120 days after December 31, 2021, which are incorporated in this Form 10-K by reference |
| **HEI's MD&A** | Hawaiian Electric Industries, Inc.'s Management's Discussion and Analysis of Financial Condition and Results of Operations in Item 7 of this Form 10-K |
| **HEIRSP** | Hawaiian Electric Industries Retirement Savings Plan |
| **HELOC** | Home equity line of credit |
| **HPOWER** | City and County of Honolulu with respect to a power purchase agreement for a refuse-fired plant |
| **HSFO** | High sulfur fuel oil |
| **HTM** | Held-to-maturity |
| **IPP** | Independent power producer |
| **Ka'ie'ie Waho** | Ka'ie'ie Waho Company, LLC, a subsidiary of Pacific Current |
| **Kalaeloa** | Kalaeloa Partners, L.P. |
| **kW** | Kilowatt/s (as applicable) |
| **kWh** | Kilowatt-hour/s (as applicable) |
| **LSFO** | Low sulfur fuel oil |
| **LTIP** | Long-term incentive plan |
| **Maui Electric** | Maui Electric Company, Limited, an electric utility subsidiary of Hawaiian Electric Company, Inc. |
| **Mauo** | Mauo, LLC, a subsidiary of Pacific Current |
| **MBtu** | Million British thermal unit |
| **MD&A** | Management's Discussion and Analysis of Financial Condition and Results of Operations |
| **Moody's** | Moody's Investors Service's |
| **MPIR** | Major Project Interim Recovery |
| **MSR** | Mortgage servicing right |
| **MW** | Megawatt/s (as applicable) |
| **MWh** | Megawatt-hour/s (as applicable) |
| **NA** | Not applicable |
| **NII** | Net interest income |
| **NPBC** | Net periodic benefits costs |
| **NPPC** | Net periodic pension costs |
| **O&M** | Other operation and maintenance |
| **OCC** | Office of the Comptroller of the Currency |
| **OPEB** | Postretirement benefits other than pensions |

# GLOSSARY OF TERMS *(continued)*

| **Terms** | **Definitions** |
|---|---|
| OTS | Office of Thrift Supervision, Department of Treasury |
| Pacific Current | Pacific Current, LLC, a wholly owned subsidiary of HEI and parent company of Hamakua Holdings, LLC, Mauo, LLC, Alenuihaha Developments, LLC, Kaʻieʻie Waho Company, LLC, Kaʻaipuaʻa, LLC, Upena, LLC and Mahipapa, LLC |
| PBO | Projected benefit obligation |
| PBR | Performance-based regulation |
| PCB | Polychlorinated biphenyls |
| PGV | Puna Geothermal Venture |
| PIMs | Performance incentive mechanisms |
| PPA | Power purchase agreement |
| PPAC | Purchased power adjustment clause |
| PUC | Public Utilities Commission of the State of Hawaii |
| PURPA | Public Utility Regulatory Policies Act of 1978 |
| PV | Photovoltaic |
| QF | Qualifying Facility under the Public Utility Regulatory Policies Act of 1978 |
| QTL | Qualified Thrift Lender |
| RAM | Revenue adjustment mechanism |
| RBA | Revenue balancing account |
| Registrant | Each of Hawaiian Electric Industries, Inc. and Hawaiian Electric Company, Inc. |
| REIP | Renewable Energy Infrastructure Program |
| RFP | Request for proposals |
| RHI | Renewable Hawaii, Inc., a wholly-owned nonregulated subsidiary of Hawaiian Electric Company, Inc. |
| ROACE | Return on average common equity |
| RORB | Return on rate base |
| RPS | Renewable portfolio standards |
| S&P | S&P Global Ratings |
| SEC | Securities and Exchange Commission |
| See | Means the referenced material is incorporated by reference (or means refer to the referenced section in this document or the referenced exhibit or other document) |
| SLHCs | Savings & Loan Holding Companies |
| SPRBs | Special Purpose Revenue Bonds |
| SSM | Shared Savings Mechanism |
| state | State of Hawaii |
| Tax Act | 2017 Tax Cuts and Jobs Act (H.R. 1, An Act to provide for reconciliation pursuant to titles II and V of the concurrent resolution on the budget for fiscal year 2018) |
| TDR | Troubled debt restructuring |
| TOOTS | The Old Oahu Tug Service, Inc., a wholly-owned inactive subsidiary of Hawaiian Electric Industries, Inc. |
| ULSD | Ultra-low sulfur diesel |
| Utilities | Hawaiian Electric Company, Inc., Hawaii Electric Light Company, Inc. and Maui Electric Company, Limited |
| VIE | Variable interest entity |

*Tax Legislation Risk—Adverse tax rulings or developments or changes in tax legislation could result in significant increases in tax payments and/or expense.* Governmental taxing authorities could challenge a tax return position taken by HEI or its subsidiaries and if the taxing authorities prevail, HEI's consolidated tax payments and/or expense, including applicable penalties and interest, could increase significantly. Additionally, changes in tax legislation or IRS interpretations could increase the Company's tax burden and adversely affect the Company's financial position, results of operations, and cash flows.

*Litigation Risk—The Company could be subject to the risk of uninsured losses in excess of its accruals for litigation matters.* HEI and its subsidiaries are involved in routine litigation in the ordinary course of their businesses, most of which is covered by insurance (subject to policy limits and deductibles). However, other litigation may arise that is not routine or involves claims that may not be covered by insurance. Because of the uncertainties associated with litigation, there is a risk that litigation against HEI or its subsidiaries, even if vigorously defended, could result in costs of defense and judgment or settlement amounts not covered by insurance and in excess of reserves established in HEI's consolidated financial statements.

*Changes in Accounting Estimates Risk—Changes in accounting principles and estimates could affect the reported amounts of the Company's assets and liabilities or revenues and expenses.* HEI's consolidated financial statements are prepared in accordance with accounting principles generally accepted in the U.S. Changes in accounting principles (including the possible adoption of International Financial Reporting Standards or new U.S. accounting standards), or changes in the Company's application of existing accounting principles, could materially affect the financial statement presentation of HEI's or the Utilities' consolidated results of operations and/or financial condition. Further, in preparing the consolidated financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenues and expenses. Actual results could differ significantly from those estimates. Material estimates that are particularly susceptible to significant change include the amounts reported for electric utility revenues; allowance for credit losses; income taxes; investment securities, property, plant and equipment; regulatory assets and liabilities; derivatives; pension and other postretirement benefit obligations; and contingencies and litigation.

Changes in accounting principles can also impact HEI's consolidated financial statements. For example, if management determines that a PPA requires the consolidation of the IPP in the financial statements, the consolidation could have a material effect on Hawaiian Electric's and HEI's consolidated financial statements, including the recognition of a significant amount of assets and liabilities and, if such a consolidated IPP were operating at a loss and had insufficient equity, the potential recognition of such losses.

## ITEM 1B.   UNRESOLVED STAFF COMMENTS

**HEI:** None.

**Hawaiian Electric:** Not applicable.

## ITEM 2.   PROPERTIES

**HEI and Hawaiian Electric:**  See the "Properties" sections under "HEI," "Electric utility" and "Bank" in Item 1. Business above.

## ITEM 3.   LEGAL PROCEEDINGS

**HEI and Hawaiian Electric:**  HEI and Hawaiian Electric (including their direct and indirect subsidiaries) may be involved in ordinary routine PUC proceedings, environmental proceedings and/or litigation incidental to their respective businesses. See the descriptions of legal proceedings (including judicial proceedings and proceedings before the PUC and environmental and other administrative agencies) in "Item 1. Business," in HEI's MD&A and in the Notes 3 and 4 of the Consolidated Financial Statements. The outcomes of litigation and administrative proceedings are necessarily uncertain and there is a risk that the outcome of such matters could have a material adverse effect on the financial position, results of operations or liquidity of HEI or one or more of its subsidiaries for a particular period in the future.

## ITEM 4.   MINE SAFETY DISCLOSURE

**HEI and Hawaiian Electric:**  Not applicable.

## INFORMATION ABOUT OUR EXECUTIVE OFFICERS (HEI)

The executive officers of HEI are listed below. Mss. Kimura and Teranishi are officers of HEI subsidiaries rather than of HEI, but are deemed to be executive officers of HEI under SEC Rule 3b-7 promulgated under the 1934 Exchange Act. HEI executive officers serve from the date of their initial appointment and are reappointed annually by the HEI Board (or annually by the applicable HEI subsidiary board), and thereafter are appointed for one-year terms or until their successors have been duly appointed and qualified or until their earlier resignation or removal. HEI executive officers may also hold offices with HEI subsidiaries and affiliates in addition to their current positions listed below.

| Name | Age | Business experience for last 5 years and prior positions with the Company |
| --- | --- | --- |
| Scott W. H. Seu | 56 | HEI President and Chief Executive Officer since 1/22<br>HEI Director since 1/22<br>ASB Chairman of the Board since 1/22<br>ASB Hawaii Director since 1/22<br>· Hawaiian Electric President and Chief Executive Officer, 2/20 to 12/21<br>· Hawaiian Electric Director, 2/20 to 12/21<br>· Hawaiian Electric Senior Vice President, Public Affairs, 1/17 to 2/20<br>· Hawaiian Electric Vice President, System Operation, 5/14 to 12/16<br>· Hawaiian Electric Vice President, Energy Resources and Operations, 1/13 to 4/14<br>· Hawaiian Electric Vice President, Energy Resources, 8/10 to 12/12<br>· Hawaiian Electric Manager, Resource Acquisition Department, 3/09 to 8/10<br>· Hawaiian Electric Manager, Energy Projects Department, 5/04 to 3/09<br>· Hawaiian Electric Manager, Customer Installations Department, 1/03 to 5/04<br>· Hawaiian Electric Manager, Environmental Department, 4/98 to 12/02<br>· Hawaiian Electric Principal Environmental Scientist, 1/97 to 4/98<br>· Hawaiian Electric Senior Environmental Scientist, 5/96 to 12/96<br>· Hawaiian Electric Environmental Scientist, 8/93 to 5/96 |
| Gregory C. Hazelton | 57 | HEI Executive Vice President and Chief Financial Officer since 4/17<br>· HEI Executive Vice President, Chief Financial Officer and Treasurer, 3/18 to 11/19<br>· HEI Senior Vice President, Finance, 10/16 to 4/17<br>· Prior to rejoining the Company in 2016: Northwest Natural Gas Company, Senior Vice President, Chief Financial Officer and Treasurer, 2/16 to 9/16, and Northwest Natural Gas Company, Senior Vice President and Chief Financial Officer, 6/15 to 2/16<br>· HEI Vice President, Finance, Treasurer and Controller, 8/13 to 6/15<br>· Prior to joining the Company in 2013: UBS Investment Bank, Managing Director, Global Power & Utilities Group 3/11 to 5/13 |
| Kurt K. Murao | 52 | HEI Executive Vice President, General Counsel, Chief Administrative Officer and Corporate Secretary since 1/20<br>· HEI Vice President - Legal & Administration and Corporate Secretary, 10/16 to 12/19<br>· HEI Associate General Counsel, 3/11 to 10/16 |
| Shelee M. T. Kimura | 48 | Hawaiian Electric President and Chief Executive Officer since 1/22<br>· Hawaiian Electric Senior Vice President, Customer Service and Public Affairs, 3/21 to 12/21<br>· Hawaiian Electric Senior Vice President, Customer Service, 2/19 to 3/21<br>· Hawaiian Electric Senior Vice President, Business Development & Strategic Planning, 1/17 to 2/19<br>· Hawaiian Electric Vice President, Corporate Planning & Business Development, 5/14 to 1/17<br>· HEI, Manager, Investor Relations, Strategic Planning & Budget, 11/09 to 5/14<br>· HEI Director, Corporate Finance and Investments, 8/04 to 11/09 |
| Ann C. Teranishi | 47 | ASB President and Chief Executive Officer since 5/21<br>ASB Director since 5/21<br>· ASB Executive Vice President, Operations, 2/18 to 5/21<br>· ASB Senior Vice President, Director of Operations, 1/17 to 1/18<br>· ASB Senior Vice President, Customer Experience, 5/14 to 1/17<br>· ASB Senior Vice President, Director of Retail Credit Management, 4/13 to 4/14<br>· ASB Senior Vice President, Director of Consumer Credit Management, 4/11 to 4/13<br>· ASB Senior Vice President, Director of Regulatory Compliance, 9/07 to 3/11 |

### Family relationships; executive arrangements

There are no family relationships between any HEI executive officer and any other HEI executive officer or any HEI director or director nominee. There are no arrangements or understandings between any HEI executive officer and any other person pursuant to which such executive officer was selected.