**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>      v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, PAUL K. ITO, and SHELEE KIMURA,<br><br>                   Defendants. | **CLASS ACTION**<br><br>Case No.: 3:23-cv-04332-JSC<br><br>Date:         June 26, 2025<br>Time:        10:00 a.m.<br>Hon.         Jacqueline Scott Corley<br>Courtroom:  8—19th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

**[PROPOSED] ORDER**

The Motion to Dismiss filed by Defendants Hawaiian Electric Industries, Inc. ("HEI"), Hawaiian Electric Company, Inc. ("HECO"), Constance H. Lau, Scott W. H. Seu, Gregory C. Hazelton, Paul K. Ito, and Shelee Kimura ("Individual Defendants," and with HEI and HECO, "Defendants") was heard on June 26, 2025 at 10:00 a.m. by this Court. After considering the briefs and arguments of the parties, and the record in this action, the Court finds that the motion should be granted.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF 93) is **GRANTED**, and the Second Amended Class Action Complaint is dismissed in its entirety with prejudice.

Dated: _____        _____

Honorable Jacqueline Scott Corley
United States District Judge

1