MARK R.S. FOSTER (SBN 223682)
mark.foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 UNIVERSITY AVE.
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Attorneys for Defendants Hawaiian Electric
Industries, Inc., Constance H. Lau, Scott W. H. Seu,
Gregory C. Hazelton, and Paul K. Ito*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, PAUL K. ITO, and SHELEE KIMURA, <br><br> Defendants. | **CLASS ACTION** <br><br> Case No.: 3:23-cv-04332-JSC <br><br> Date:        June 26, 2025 <br> Time:        10:00 a.m. <br> Hon.         Jacqueline Scott Corley <br> Courtroom:   8—19th Floor <br><br> **DECLARATION OF RAZA RASHEED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS          CASE No.: 3:23-cv-04332-JSC

I, Raza Rasheed, declare as follows:

1.    I am an attorney admitted to practice before the courts of the State of California and am a member of the bar of this Court. I am a counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Hawaiian Electric Industries, Inc. ("HEI"), Constance H. Lau, Scott W. H. Seu, Gregory C. Hazelton and Paul K. Ito in the above-captioned matter. The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

2.    Pursuant to Civil Local Rules 7-2 and 7-5, I submit this declaration in support of the accompanying Motion to Dismiss the Second Amended Class Action Complaint (the "Motion").

3.    Attached to this declaration as **Exhibit 1** is a true and correct copy of the Hawaiian Electric Wildfire Mitigation Plan issued by Hawaiian Electric Company, Inc. ("HECO") in 2023. This document is publicly available at:

https://www.hawaiianelectric.com/documents/about_us/our_vision_and_commitment/resilience/20 230101_wildfire_mitigation_plan.pdf (last accessed March 14, 2025).

4.    Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the application for a rate increase before the Hawai'i Public Utilities Commission submitted by HECO on June 30, 2022. Citations to this Exhibit in the Motion are made to the page numbers in the bottom right corner, which my office has added for the Court's convenience. This document is publicly available at:

https://www.hawaiianelectric.com/documents/about_us/our_vision_and_commitment/resilience/20 220630_resilience_EPRM_application.pdf (last accessed March 14, 2025).

5.    Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of the 2018 Form 10-K filed by HEI with the Securities & Exchange Commission ("SEC") on February 28, 2019. This document is publicly available on the Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") database at:

https://www.sec.gov/Archives/edgar/data/354707/000035470719000043/hei-201810k.htm (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS          CASE No.: 3:23-cv-04332-JSC

was false or misleading when made along with a citation to the relevant paragraph of the Second Amended Complaint ("SAC") for ease of reference.

6.    Attached to this declaration as **Exhibit 4** is a true and correct copy of excerpts of the 2019 Form 10-K filed by HEI with the SEC on February 28, 2020. This document is publicly available on the EDGAR database at:

https://www.sec.gov/Archives/edgar/data/46207/000035470720000045/hei-201910 kuseforsingl.htm (last accessed March 14, 2025). The exhibit includes highlights reflecting statements Plaintiffs allege were false or misleading when made along with citations to the relevant paragraphs of the SAC for ease of reference.

7.    Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts of the 2020 Form 10-K filed by HEI with the SEC on February 26, 2021. This document is publicly available on the EDGAR database at:

https://www.sec.gov/Archives/edgar/data/46207/000035470721000036/he-20201231.htm (last accessed March 14, 2025). The exhibit includes highlights reflecting statements Plaintiffs allege were false or misleading when made along with citations to the relevant paragraphs of the SAC for ease of reference.

8.    Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts of the 2021 Form 10-K filed by HEI with the SEC on February 25, 2022. This document is publicly available on the EDGAR database at:

https://www.sec.gov/Archives/edgar/data/46207/000035470722000049/he-20211231.htm (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

9.    Attached to this declaration as **Exhibit 7** is a true and correct copy of the 2019 Environmental, Social and Governance ("ESG") Report published by HEI on September 14, 2020. This document is publicly available through HEI's corporate website at:

https://issuu.com/heihawaii/docs/hei_esg_r7.2_singles#google_vignette (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or

2

misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

10.    Attached to this declaration as **Exhibit 8** is a true and correct copy of the 2020 ESG Report published by HEI on April 21, 2021. This document is publicly available through HEI's corporate website at: https://issuu.com/heihawaii/docs/hei_esg_2021_r8_singles (last accessed March 14, 2025). The exhibit includes highlights reflecting statements Plaintiffs allege were false or misleading when made along with citations to the relevant paragraphs of the SAC for ease of reference.

11.    Attached to this declaration as **Exhibit 9** is a true and correct copy of the 2021 ESG Report published by HEI on April 10, 2022. This document is publicly available through HEI's corporate website at: https://issuu.com/heihawaii/docs/hei_esg_2022_r10_singles (last accessed March 14, 2025). The exhibit includes highlights reflecting statements Plaintiffs allege were false or misleading when made along with citations to the relevant paragraphs of the SAC for ease of reference.

12.    Attached to this declaration as **Exhibit 10** is a true and correct copy of the 2022 ESG Report published by HEI on March 27, 2023. This document is publicly available through HEI's corporate website at: https://issuu.com/heihawaii/docs/2022_hei_esg_r3.2_ (last accessed March 14, 2025). The exhibit includes highlights reflecting statements Plaintiffs allege were false or misleading when made along with citations to the relevant paragraphs of the SAC for ease of reference.

13.    Attached to this declaration as **Exhibit 11** is a true and correct copy of a 2021-2022 sustainability report titled "Taking Action on Climate Change Together" published by HECO on April 12, 2022. This document is publicly available on HECO's corporate website at: https://view.hawaiianelectric.com/2021-2022-sustainability-report/page/1?_gl=1*1tnpzt7*_ga*MTc3Mjg5NDkyMS4xNzE1MTAzODY2*_ga_8VKC9WNWB9*MTcxNTEwMzg2Ni4xLjAuMTcxNTEwMzg2Ni4wLjAuMA (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with citations to the relevant paragraph of the SAC for ease of reference.

14.    Attached to this declaration as **Exhibit 12** is a true and correct copy of a 2022-2023 sustainability report titled "Building a Strong & Resilient Hawai'i Together" published by HECO on April 4, 2023. This document is publicly available on HECO's corporate website at: https://view.hawaiianelectric.com/2022-2023-sustainability-report/page/1?_gl=1*ntfiex*_ga*MTAwNzA5MDkxNC4xNzEyMjUxNzM5*_ga_8VKC9WNWB9*MTcxMjYwNzA3MC40LjEuMTcxMjYxMDUxMC4wLjAuMA (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

15.    Attached to this declaration as **Exhibit 13** is a true and correct copy of a screenshot of a YouTube video titled "Committed to Wildfire Mitigation" posted by HECO on November 6, 2019. The video is publicly available on HECO's YouTube page at: https://www.youtube.com/watch?v=I-f8ro9Lumk (last accessed March 14, 2025). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit. At the end of the video, the text "Copyright © 2019 Hawaiian Electric Company, Inc." appears on the bottom of the screen. The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

16.    Attached to this declaration as **Exhibit 14** is a true and correct copy of a screenshot of a YouTube video titled "Critical Resilience Work Resumes" posted by HECO on June 1, 2020. A video recording of this meeting is publicly available on HECO's YouTube page at: https://www.youtube.com/watch?v=2tOOlAlS3xc (last accessed March 14, 2025). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit. At the end of the video, the text "Copyright © 2020 Hawaiian Electric Company, Inc." appears on the bottom of the screen. The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

17.    Attached to this declaration as **Exhibit 15** is a true and correct copy of a screenshot of a YouTube video titled "What's on a Utility Pole" posted by HECO on November 23, 2022. The

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS            CASE No.: 3:23-cv-04332-JSC

video is publicly available on HECO's YouTube page at:

https://www.youtube.com/watch?v=VCpS6VDLmV4 (last accessed March 14, 2025). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit. At the end of the video, the text "Copyright © 2021 Hawaiian Electric Company, Inc" appears on the bottom of the screen. The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

18.    Attached to this declaration as **Exhibit 16** is a true and correct copy of a screenshot of a Community Engagement meeting titled "Meeting Maui's Energy Needs" hosted by HECO on August 13, 2023. A video recording of this meeting is publicly available on HECO's YouTube account at: https://www.youtube.com/watch?v=A7d4coZrqVk (last accessed March 14, 2025). A transcript of this video, compiled by my firm using electronic transcription software, is also appended to this exhibit. The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

19.    Attached to this declaration as **Exhibit 17** is a true and correct copy of a press release titled "Hawaiian Electric Companies to Conduct Drone Surveys as Part of Overall Wildfire Mitigation Planning" issued by HECO on November 15, 2019. This document is publicly available on HECO's corporate website at:

https://www.hawaiianelectric.com/documents/about_us/news/2019/20191105_hawaiian_electric_companies_fire_mitigation.pdf (last accessed March 14, 2025).  The bottom of the document sources the press release to "*Hawaiian Electric Companies*" using hyperlinked text.  If one clicks on the hyperlink, it directs the user to HECO's website, www.hawaiianelectric.com. The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

20.    Attached to this declaration as **Exhibit 18** is a true and correct copy of a press release titled "Jan. 2 – Feb. 10: Maui Electric upgrading poles, insulated power lines along Lahainaluna Road" issued by Maui Electric on December 19, 2019. This document is publicly

5

available on HECO's corporate website at: https://www.hawaiianelectric.com/documents/about_us/news/2019_maui_electric/20191219_maui_electric_maui_electric_installs_new_insulated_lines_along_lahainaluna.pdf (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

21.    Attached to this declaration as **Exhibit 19** is a true and correct copy of Medium blog post titled "Fire prevention is everyone's business" posted by HECO on October 27, 2021. This document is publicly available at: https://poweringhawaii.medium.com/fire-prevention-is-everyones-business-f71c5a9dcb9 (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with citations to the relevant paragraph of the SAC for ease of reference.

22.    Attached to this declaration as **Exhibit 20** is a true and correct copy of a Medium blog post titled "Protecting West Maui from wildfires" posted by HECO on August 22, 2022. This document is publicly available at: https://poweringhawaii.medium.com/protecting-west-maui-from-wildfires-b0dc52e6790d (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

23.    Attached to this declaration as **Exhibit 21** is a true and correct copy of a Medium blog post titled "What's on a utility pole?" posted by HECO on March 1, 2023. This document is publicly available at: https://poweringhawaii.medium.com/whats-on-a-utility-pole-db1a6bca594e (last accessed March 14, 2025). The exhibit includes highlights reflecting a statement Plaintiffs allege was false or misleading when made along with a citation to the relevant paragraph of the SAC for ease of reference.

24.    Attached to this declaration as **Exhibit 22** is a true and correct copy of a screenshot of HECO's corporate website page titled "Our Logo," which explains the history of HECO's logo. The image of the logo can be viewed at the top left of the screen. This document is publicly

6

available at: https://www.hawaiianelectric.com/about-us/our-history/our-logo (last accessed March 14, 2025). For the Court's convenience, I have reproduced below an image of HECO's logo.

25.     Attached to this declaration as **Exhibit 23** is a true and correct copy of a screenshot of HEI's corporate website page titled "About HEI," which displays HEI's corporate logo, as of May 6, 2024, the day before I submitted my first declaration attaching this exhibit in this case. This document was publicly available at: https://www.hei.com/company-profile/About-HEI/default.aspx. For the Court's convenience, I have reproduced below an image of HEI's logo:

26.     Attached to this declaration as **Exhibit 24** is a true and correct copy of a screenshot of HECO's YouTube account homepage. This YouTube account page shows HECO's logo on the left hand side of the page. The "About" section of the YouTube account links to HECO's corporate website, hawaiianelectric.com. This document is publicly available at: https://www.youtube.com/@HawaiianElectric (last accessed March 14, 2025).

27.     Attached to this declaration as **Exhibit 25** is a true and correct copy of a screenshot of HECO's corporate website homepage as of May 6, 2024, the day before I submitted my first declaration attaching this exhibit in this case. This document was publicly available at: https://www.hawaiianelectric.com.

28.     Attached to this declaration as **Exhibit 26** is a true and correct copy of a screenshot of HEI's corporate website homepage as of May 6, 2024, the day before I submitted my first

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS          CASE No.: 3:23-cv-04332-JSC

declaration attaching this exhibit in this case. This document was publicly available at: https://www.hei.com/home/default.aspx.

29.    Attached to this declaration as **Exhibit 27** is a true and correct copy of excerpts of Rebuttal Testimonies Exhibits and Workpapers before the Public Utilities Commission submitted by HECO on January 5, 2018. Citations to this Exhibit in the Motion are made to the page numbers in the bottom right corner, which my office has added for the Court's convenience. This document is publicly available through the Public Utilities Commission online docket as Filing No. F-158670 at: https://hpuc.my.site.com/cdms/s/puc-case/a2G8z0000007fVrEAI/pc22228?tabset-a3299=3 (last accessed March 14, 2025).

30.    Attached to this declaration as **Exhibit 28** is a true and correct copy of a press release titled "Regulators approve 5-year grid resilience plan" issued by HECO on February 1, 2024. This document is publicly available on HECO's corporate website at: https://www.hawaiianelectric.com/regulators-approve-5-year-grid-resilience-plan#:~:text=1%2C%202024%20%E2%80%93%20The%20Public%20Utilities,against%20severe%20weather%2Drelated%20events (last accessed March 14, 2025).

31.    Attached to this declaration as **Exhibit 29** is a true and correct copy of a PDF of HECO's corporate website page "Undergrounding Utility Lines." This document is publicly available at: https://www.hawaiianelectric.com/about-us/power-facts/undergrounding-utility-lines (last accessed March 14, 2025).

32.    Attached to this declaration as **Exhibit 30** is a true and correct copy of a report titled "Management Audit of the Hawaiian Electric Company (HECO) Final Report" issued by Munro Tulloch on May 12, 2020, prepared for the Hawaii Public Utilities Commission. This document is publicly available through the Public Utilities Commission online docket as Filing No. F-168222 at: https://hpuc.my.site.com/cdms/s/puc-case/a2G8z0000007fF1EAI/pc21184?tabset-431dc=3 (last accessed March 14, 2025).

33.    Attached to this declaration as **Exhibit 31** is a true and correct copy of a redacted report titled "Origin and Cause Report" issued by the County of Maui Department of Fire and Public Safety on August 8, 2023. This document is publicly available at:

8

https://www.mauicounty.gov/DocumentCenter/View/149693/FI23-0012446-Lahaina-Origin-and-Cause-Report_Plus-Appendix-A-B-C-Redacted (last accessed March 14, 2025). The public version of this document contains certain redactions, which were not made by my office.

34.    Attached to this declaration as **Exhibit 32** is a true and correct copy of excerpts of HECO's responses to an information request by the Hawaii Public Utilities Commission submitted on February 20, 2024. This document is publicly available through the Public Utilities Commission online docket as Filing No. F-301265 at: https://hpuc.my.site.com/cdms/s/puc-case/a2G8z000000I4IMEA0/pc189164?tabset-431dc=3 (last accessed March 14, 2025).

35.    Attached to this declaration as **Exhibit 33** is an appendix of the 25 statements that Plaintiffs allege were false or misleading when made, for ease of reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2025, in Los Angeles, California.


By:    */s/Raza Rasheed*____
       RAZA RASHEED

---

9

DECLARATION OF RAZA RASHEED ISO DEFS.' MOTION TO DISMISS                    CASE No.: 3:23-cv-04332-JSC