# Exhibit 11


**Hawaiian Electric**

# TAKING ACTION ON CLIMATE CHANGE
# TOGETHER

21/22

**SUSTAINABILITY REPORT**

**A MESSAGE FROM OUR PRESIDENT AND CEO**



Aloha mai kākou. I'm pleased to present Hawaiian Electric's 2021-22 Sustainability Report.

When we published our first annual Sustainability Report in 2007, much of what it described was aspirational. At the time, only 370 customers had rooftop solar, the first electric Nissan Leaf was still three years away and 9% of our electricity came from renewable resources.

The report also included very clear language on climate change, something that wasn't yet common in our industry: "At Hawaiian Electric, we remain committed to taking direct action to mitigate the contributions to global warming from electricity production."

Building on that early promise, Hawaiian Electric has made tremendous progress in 15 years, and so has Hawai'i. There are now 93,000 private rooftop solar systems online and 18,000-plus electric vehicles registered.

And here's the most encouraging headline: 38% of our electricity now comes from renewable resources, nearly four times more than a decade ago.

This momentum is critical as we stretch to achieve the goals we set in our Climate Change Action Plan, which aims to reduce carbon emissions 70% by 2030, compared to 2005 baseline

levels. Hawaiian Electric has also committed to achieving net zero or net negative carbon emissions from power generation by 2045 or sooner, meaning that if there are any emissions, they will be captured or offset.

Just as everyone owns a piece of our progress, everyone should also own a piece of planning our sustainable future. Even with the logistical challenges created by the pandemic, we have expanded our engagement with community leaders, residents and stakeholders to ensure their diverse needs and perspectives are heard and considered as we develop long-term plans.

At Hawaiian Electric, our actions are focused on building a sustainable Hawai'i where our children and grandchildren, our communities, our customers and our employees will thrive together. Please read this report knowing that the people of Hawaiian Electric are working to get it done.

*Shelee Kimura*

**Shelee Kimura**
Hawaiian Electric President and Chief Executive Officer

---

*Cover, page 9: Artwork from the Hawai'i of Tomorrow series in Hawaii Business, commissioned by Hawaiian Electric. Larger cover piece: "Revitalizing Communities with Stream and Sunlight" by Kate Wadsworth. Corner cover: "Observing Innovators in Bloom" by Xochitl Cornejo. Page 9: "The Tranquility of Transportation" by Kimberlie Clinthorne-Wong*

# 2021 At a Glance

We're on track to meet our year-end 2030 goal of 40%



**38%**

**RENEWABLE PORTFOLIO STANDARD (RPS)**
Percentage of customer sales coming from renewable sources



**99.98%**

**RELIABILITY**
Average service availability



**32%**

**SINGLE-FAMILY HOMES WITH ROOFTOP SOLAR**



**+29.6%**

**INCREASE IN PASSENGER EVS FROM JANUARY TO DECEMBER 2021**



**30%**

**CUSTOMERS ENROLLED IN PAPERLESS BILLING**



**1,019MW**

**TOTAL SOLAR CAPACITY**



**-22%**

**GHG EMISSIONS**
Reduction from 2005 baseline levels*
Preliminary 2021 data**



**3.9M**

**SOLAR PANELS IN USE**



**4,956**

**NEW RESIDENTIAL ROOFTOP SOLAR SYSTEMS**



**91%**

**NEW ROOFTOP SOLAR INSTALLED WITH BATTERY STORAGE**

*Aligned with company's Climate Change Action Plan goals; data not yet verified.
**Includes whole system (company-owned and independent power producers) generation stack emissions.

# Progress Toward a Clean Energy Future



## RENEWABLE PORTFOLIO STANDARD PROGRESS

40%

2030 YEAR-END RPS TARGET

2020 RPS TARGET MET

Legend: Customer Solar · Biofuels · Wind · Hydro · Utility-Scale Solar · Geothermal · Biomass

Values above bars (2011–2021): 12, 14, 18, 21, 23, 26, 27, 27, 28, 35, 38



### LESS OIL USED FOR POWER GENERATION
*(In millions of gallons)*

**113M REDUCTION FROM 2008**

### AVERAGE HAWAI‘I HOME USES 40% LESS ELECTRICITY THAN THE NATIONAL AVERAGE*

**U.S. 893 kWh**

**HAWAI‘I 537 kWh**



### CUMULATIVE SOLAR INSTALLATIONS

**92,504 SYSTEMS** | **1,019 MW**

*Monthly per household in kilowatt-hours in 2020        SOURCE: U.S. Energy Information Administration

4

# Hawai'i Island



**Customer-Sited Solar**
114MW

**Shared Solar\*\***
.750MW

**Hawi Renewable Development**
10.5MW

**Hamakua Energy**
60MW

**Wailuku River Hydroelectric Plant**
12.1MW

**Pu'u'eo Hydroelectric Plant**
3.4MW

**Hū Honua (TBD)\***
21.5MW

**Waiau Hydroelectric Plant**
1.1MW

**Waimea Plant**
7.5MW

**Hale Kuawehi Solar LLC\*\***
30MW / 120MWh

**AES Waikoloa Solar, LLC\*\***
30MW / 120MWh

**Keāhole Power Plant**
77.6MW
12MW / 12MWh *

**Pakini Nui Wind Farm**
20.5MW

**Shipman Steam Plant**
15.2MW
Decommissioned in 2015

**Hill Steam Plant/Kanoelehua Plant**
55.7MW

**Puna Steam Plant**
36.7MW

**Puna Geothermal Venture**
38MW

PGV is seeking an additional 8MW, pending approval

## 60.0%
**Renewable Energy**

### RENEWABLE MIX

- **18.6%** Customer-Sited Solar
- **17.6%** Geothermal
- **14.8%** Wind
- **4.5%** Biofuel
- **4.1%** Hydro
- **0.4%** Grid-Scale Solar

**87.0%** RENEWABLE PEAK
July 1, 2021

# Generating Facilities

These maps show existing and planned generating facilities and the maximum potential power in megawatts (MW) they can produce.

**F** FIRM GENERATION:
Energy available on demand, which can be adjusted as needed.

**V** VARIABLE GENERATION:
Energy that may not always be available or controllable.

- BIOFUELS
- BIOMASS
- GEOTHERMAL
- HYDRO
- CUSTOMER-SITED SOLAR
- GRID-SCALE SOLAR
- BATTERY ENERGY STORAGE SYSTEM
- WASTE TO ENERGY
- WIND
- COAL
- OIL
- OIL (DEACTIVATED or DECOMMISSIONED)

*\*Awaiting approval    \*\*In progress*

5

# Oʻahu



**Customer-Sited Solar**
550MW

**Shared Solar**
.270MW online / 4.720MW**

**Kawailoa Wind**
69MW

**Kawailoa Solar**
49MW

**Lanikuhana Solar**
14.7MW

**Schofield Generating Station**
50MW

**Mahi Solar****
120MW / 480MWh

**Waipio Solar**
45.9MW

**Mililani I Solar****
39MW / 156MWh

**Waihonu North and South**
5MW, 1.5MW

**Kahuku Wind**
30MW

**Nā Pua Makani Wind Project**
24MW

**Mauka FIT I**
3.5MW

**Mountain View Solar****
7MW / 35MWh

**Waiʻanae Solar**
28MW

**Aloha Solar Energy Fund I**
5MW

**Kahe Power Plant**
650MW

**Kapolei Sustainable Energy Park**
1MW

**Campbell Industrial Park Generating Station**
130MW

**H-POWER**
68.5MW

**Kapolei Energy Storage****
185MW / 565MWh

**AES Hawaii**
180MW

**Aloha Solar Energy Fund II**
5MW

**AES West Oahu Solar****
12.5MW / 50MWh

**West Loch Solar**
20MW

**Kūpono Solar***
42MW / 168MWh

**Kalaeloa Renewable Energy Park**
5MW

**Barbers Point Solar****
15MW / 60MWh

**Hoʻohana Solar I****
52MW / 208MWh

**Kalaeloa Solar Two**
5MW

**Kalaeloa Partners**
208MW

**Waiawa Solar Power LLC****
36MW / 144MWh

**Waiawa Phase 2 Solar****
30MW / 240MWh

**Waiau Power Plant**
500MW

**Honolulu Power Plant**
113MW
Deactivated in 2014

**Airport Emergency Power Facility**
8MW

## 32.8% Renewable Energy

### RENEWABLE MIX

**16.0%** Customer-Sited Solar

**6.0%** Grid-Scale Solar

**5.9%** Waste to Energy

**4.4%** Wind

**0.4%** Biofuels

**69.8%** RENEWABLE PEAK
March 17, 2021

*Awaiting approval    **In progress

# Maui County



**50.2%**
Renewable Energy

**RENEWABLE MIX**

☁ **26.0%** Wind

☀ **22.8%** Customer-Sited Solar

☀ **1.4%** Grid-Scale Solar

🍃 **0.1%** Biofuels

**76.3%** **RENEWABLE PEAK** September 26, 2021

**Waena BESS***
40MW / 160MWh

**Māʻalaea Generating Station**
212.1MW

**Kahului Power Plant**
37.6MW

**AES Kuihelani Solar****
60MW / 240MWh

**Kahana Solar****
20MW / 80MWh

**Tier 3 FIT 17-2**
.735MW

**Tier 3 FIT 17-1***
1MW

**Kuʻia Solar**
2.87MW

**Kaheawa Wind Farm**
30MW

**Kaheawa Wind Power II**
21MW / 10MW, 20MWh

**Pulehu Solar****
40MW / 160MWh

**South Maui Renewable Resources**
2.87MW

**Wailea Substation BESS**
1MW / 1MWh

**Paeahu Solar****
15MW / 60MWh

**Kamaole Solar****
40MW / 160MWh

## MAUI

☀ **Customer-Sited Solar**
123MW

☀ **Shared Solar**
.028MW

**Hāna Substation**
2MW

## LĀNAʻI

☀ **Customer-Sited Solar**
0.8MW

**Auwahi Wind**
21MW / 11MW, 4.4MWh

**Mānele Bay Combined Heat and Power**
1MW
Retired in 2021

**Lanai Sustainability Research, LLC**
1.2MW / 1MW, .5MWh

**Miki Basin Power Plant**
9.4MW

**Pālāʻau Plant**
12MW

**Molokaʻi BESS**
1MW / .397MWh

## MOLOKAʻI

☀ **Customer-Sited Solar**
2.6MW

☀ **Shared Solar****
.250MW

*Awaiting approval    **In progress

7

# Climate Change Action Plan



**↓70%**
CARBON EMISSIONS BY
**2030**\*

## This is the time for action on climate change.

Hawaiian Electric is committed to a 70% reduction in carbon emissions from power generation by 2030 — a formidable goal.

The company's initiative was announced during the COP26 climate summit in Scotland, which made it clear that this decade may be the last chance to change course and slow or stop the warming of the planet.

Achieving the 70% reduction in emissions relies on plans and technologies already in use, including more than a dozen projects scheduled to come online in the next few years, close to 400 megawatts from future resource procurements, and adding nearly 50,000 rooftop solar systems.

Hawaiian Electric sees this commitment as a down payment on Hawai'i's contribution to the national goal of reducing carbon emissions by about 50% by 2030. If other sectors of the Hawai'i economy can reduce emissions by about 40% from their 2005 levels, the state will stand with others on the path to hold global warming to 1.5 degrees Celsius.

Working together, this can be done.

**Read more about our Climate Change Action Plan ➔**

8

## Near-term steps



*Plus Power breaks ground on Kapolei Energy Storage (KES), which will be the state's largest standalone battery system. KES will enhance grid reliability as the company transitions to more renewable power.*

The retirement of the AES coal plant on Oʻahu in September 2022 is a critical step in Hawaiian Electric's Climate Change Action Plan. As the company transitions off coal-powered generation, it looks forward to the addition of more renewables and Kapolei Energy Storage. Once operational, the 185-MW/565-MWh lithium-ion battery project will provide load-shifting and fast-frequency response services to Hawaiian Electric, enhancing grid reliability and enabling integration of more renewable energy on Oʻahu.

## Adding grid-scale solar





*Photos courtesy of Clearway Energy and Moss Solar.*

*Aerial views show progress at Clearway Energy's Mililani I Solar (top), a 39-MW/156-MWh battery project (expected to come online in July 2022), and Waiawa Solar Power (bottom), a 36-MW/144-MWh BESS.*

## Our path to cut carbon emissions 70% by 2030*


**Shutting down** the state's last coal plant in September 2022


**Adding** nearly 50,000 rooftop solar systems to the 92,500 now online


**Retiring** at least 6 fossil-fueled generating units and significantly reducing the use of others as new renewable resources come online


**Adding** renewable energy projects capable of generating a total of at least 1 gigawatt, including shared solar (community-based renewable energy)


**Using more** grid-scale and customer-owned energy storage


**Expanding** geothermal resources


**Promoting** energy efficiency


**Creating** innovative programs that provide customers incentives for using clean, lower-cost energy at certain times of the day and using less fossil-fueled energy at night

*compared to 2005 levels

9

# Electrification of Transportation



Demand for electric vehicles in Hawai'i is booming with EV registrations surging more than 300% over the past five years. Providing charging opportunities for the growing number of EVs on Hawai'i's highways is a top priority for Hawaiian Electric. The company also is rolling out a host of new initiatives to facilitate the electrification of transportation (EoT) on the islands it serves. Reducing greenhouse gas emissions from ground transportation is a key piece of Hawai'i's effort to decarbonize its economy and counter the harmful effects of climate change.

### Public charging

The company plans to install and operate about 150 single-port DC fast charging stations and 150 dual-port charging stations at roughly 75 sites through 2030. About 60% of the sites would be on O'ahu, 20% on Hawai'i Island and 20% in Maui County. The new charging stations will be added to Hawaiian Electric's existing network of 25 DC fast chargers.

### Charge Up eBus

Under this pilot program, Hawaiian Electric is doing its part to help bus operators transition from diesel to electric fleets by reducing the upfront cost of installing charging equipment on O'ahu, Maui and Hawai'i Island. Hawaiian Electric is aiming to install "make-ready" infrastructure to support up to 20 eBus charging ports at approximately 10 sites over three years.

### Charge Up Commercial

Approval of the Charge Ready Hawai'i pilot program will make it easier for commercial customers to provide EV charging at office buildings, fleet facilities, shopping malls and condominiums by clearing the way for Hawaiian Electric to support the deployment of up to 180 Level 2 charging ports at 30 commercial sites over three years. Similar to Charge Up eBus, Hawaiian Electric will cover the cost of make-ready infrastructure for the installation of commercial charging stations.

### Innovative rate design

The company is structuring innovative EV charging rates for all groups of customers in a way that lowers bills while allowing for smart vehicle charging and grid support. The proposed EV tariffs are designed to be cost-competitive with gasoline and continue to encourage charging during the middle of the day when solar energy is abundant. These rates will be 20% to 46% below existing pilot rates depending on the island and time of day the charging is done.

### The Electric Garage

To help customers navigate Hawai'i's evolving EV transportation landscape, Hawaiian Electric launched a new feature on its website called The Electric Garage. With lively blogs, videos, tips and other useful resources, the new webpage is a way for Hawaiian Electric to engage with customers and demystify the world of electric vehicles.



10



"
**Reducing greenhouse gas emissions from ground transportation is a key piece of Hawai'i's effort to decarbonize its economy and counter the harmful effects of climate change."**



## TheBus expands eBus fleet

During 2021, the City and County of Honolulu grew its electric bus fleet from one to 17 and completed the installation of charging equipment at the Oahu Transit Services Middle Street Facility. Through Hawaiian Electric's eBus rates, the City and County will be able to benefit from lower energy costs during the midday and off-peak periods. Honolulu has plans to transform TheBus fleet to zero emissions vehicles by 2035.



# 18,617
**PASSENGER EV
REGISTRATIONS
AS OF FEB. 28, 2022**



*Hawaiian Electric launched Charge Up Hawaii, an interactive webtool to better understand customers' mobility needs and see where they think EV charging stations are needed in their communities. Data gathered from the webtool, built on a story map platform, will help inform the siting of future public charging sites.*



## Electric School Bus
## pilot program

Through the continued partnership between Hawaiian Electric, Roberts Hawaii and the Electric Power Research Institute, Kamehameha Schools tested an electric school bus on commuter routes for Oʻahu students at the Kapālama Campus during the 2021-2022 school year.

# Advanced Meter Initiative

## Advanced meters surpass 61,000 installations

The number of advanced wireless digital meters installed on Oʻahu, Maui and Hawaiʻi Island grew from 6,000 in early 2021 to more than 61,000 a year later, despite the ongoing pandemic and supply chain challenges.

Hawaiian Electric plans to finish installing advanced meters at the homes and businesses of its 470,000 customers by the fall of 2024. The new meters will enable dynamic pricing options that help save money, including time-of-use rates that offer lower rates at certain times of the day. Other future upgrades will include technology that enables faster outage response and improved power quality.



*An animated video describing the program, benefits and process is available online for customer viewing.*

- Detailed information about the advanced meters is available on the Hawaiian Electric website.

- Hawaiian Electric technicians and contractors focused their first installations on homes and businesses from Pālolo and Mānoa to Punchbowl on Oʻahu, Kahului on Maui and Hilo on Hawaiʻi Island.

The **My Energy Use portal**, a free online tool, also launched to help customers with advanced meters track their energy use in 15-minute intervals and adjust their energy habits throughout the day or week. Customers are able to set up text and email alerts to notify them when their energy use reaches a specified threshold.



**ADVANCED METERS BY THE NUMBERS**
*Data as of March 18, 2022*

**61,554**
METERS INSTALLED

**118,552**
60-DAY ADVANCE
NOTIFICATIONS MAILED

**13%**
SERVICE TERRITORY
COVERAGE



"Hawaiian Electric plans to finish installing advanced meters at the homes and businesses of its 470,000 customers by the fall of 2024."

12

# Shared Solar

Hawaiian Electric launched shared solar, the second phase of community-based renewable energy. Shared solar provides a way for customers unable to install a private rooftop solar system to benefit from solar electricity generated on their island.

How it works: A developer builds a renewable energy project and customers can then participate through a subscriber organization to receive credits that lower their electric bill for a portion of the electricity generated by that facility.



*The 28 kW ROIZ CBRE Maui project is online.*

**Among the highlights:**

- Phase 2 of shared solar could generate over 250 MW of renewable energy across the five islands Hawaiian Electric serves.

- After hearing community concerns, Hawaiian Electric and the PUC supported certain changes to its request for proposals. Among them, allowing customers who live near a larger shared solar facility a chance to sign up first as subscribers (small projects are exempt). The company began a robust outreach campaign to attract subscriber organizations and developers.

- Procurement began for Phase 2 projects to provide customers on Molokaʻi and Lānaʻi the opportunity to participate in shared solar following feedback from residents that included limiting the type of renewable technologies sought and recognizing each island's unique culture and concerns.

- Phase 1 projects expected to come online in 2022: Arion Energy's 1.7-MW Kalaeloa Homelands Solar project and PS CBRE 1 LLC's 3-MW Palailai Solar 1 (Kapolei), both on Oʻahu; Arion Energy/Ka Lae Energy's 750-kW South Point (Naʻalehu) project on Hawaiʻi Island and Neighborhood Power's 250-kW Kawela Plantation (Kaunakakai) project on Molokaʻi.

# Customer Energy Resources

## Adding solar capacity

Hawaiian Electric's Climate Change Action Plan calls for 50,000 more rooftop solar systems on customers' homes and businesses. To achieve this, the company continues to work with the solar industry and regulators to improve the process for adding customer energy resources. Notable developments:



**2021 CUSTOMER ENERGY RESOURCES**

| 92,504 | 1 GW | 121 MW |
|---|---|---|
| SOLAR SYSTEMS ON GRID | CAPACITY | BATTERY STORAGE |

▲ 5.7% — INCREASE IN SYSTEMS FROM 2020

| 21% | 32% |
|---|---|
| RESIDENTIAL CUSTOMERS HAVE ROOFTOP SOLAR | SINGLE-FAMILY HOMES HAVE ROOFTOP SOLAR |

Two new programs were launched:

- **Battery Bonus** offers a cash incentive to residential and commercial customers on Oʻahu who add a battery to existing or new rooftop solar systems specifically to reduce peak demand.

- **Quick Connect** allows most new rooftop solar systems to be installed and energized more quickly, reducing the time to begin saving money with self-generated electricity.

Hawaiian Electric is seeking more Power Partners (grid service providers also known as aggregators), independent companies that recruit and aggregate customer energy resources to support grid reliability. Customers allow the aggregators to tap their systems — including batteries, water heaters and machinery — to help meet Hawaiian Electric's need for flexible electricity use.

# Resilience

SAC ¶ 236

## Resilient island grids

==Increasing reliability and resilience== on the five islands Hawaiian Electric serves is a year-round commitment. Projects include:

**Oʻahu**

- Improving system reliability in Windward Oʻahu as crews replaced a transmission tower with three new steel poles. Crews transferred high-voltage transmission lines that cross H-3 freeway to the new steel poles.

- Clearing vegetation and upgrading poles, power lines and equipment in the upper portion of Palolo Valley. The company worked with area residents to de-energize power lines so several large albizia trees could be removed from private property along Lāʻī Road.

SAC ¶ 236

**Maui County**

- ==Replacing more than 400 poles on Maui, Lānaʻi and Molokaʻi to maintain strength and safety standards based on inspections and testing.==

- Installing more than 60 grid-protection devices on Maui to help prevent outages and limit service interruptions to a smaller number of customers.

- Installing weather stations at targeted West Maui facilities to actively assess drier and hotter weather patterns contributing to longer wildfire seasons produced by climate change.

**Hawaiʻi Island**

- Developing a microgrid, supported by a battery energy storage system, to improve reliability and resilience in North Kohala. It would allow the company to serve the area while the existing radial sub-transmission line is rebuilt and when the line is impacted by unplanned or planned events like overnight maintenance and upgrade work.



14



*Photo courtesy of the U.S. Army.*

*Hawaiian Electric and the U.S. Army partnered and led a successful test of Schofield Generating Station's microgrid capabilities. The test affirmed that if power is lost at Schofield Barracks, Wheeler Army Airfield and Field Station Kunia, the three installations can be islanded and powered with 100% renewable energy from Hawaiian Electric's Schofield-based power plant.*

## Molokaʻi resilience work



*A Hawaiian Electric crew on Molokaʻi works to transfer de-energized power lines to a newly upgraded pole to maintain reliable and safe service.*

Strengthening the electrical system that provides power to one of the most remote communities Hawaiian Electric serves continues to be a priority.

Resilience work on Molokaʻi targeted areas prone to vegetation-related outages, where crews replaced 5 miles of traditional power lines with heavier, insulated conductors along Kamehameha IV Highway. The Hendrix Aerial Cable system helps to prevent outages when trees, large branches and other debris contact or fall on power lines and damage electrical equipment.

Updates were also made to the automatic protection scheme, which safeguards the island's electrical system from potential widespread damage when there's a disturbance on the grid. Such changes to operations help to ensure fewer customers are impacted by an outage with shorter service interruption times when a grid disturbance does occur.

# Community

## Helping our communities thrive, together

Serving the needs of the community became even more urgent in the second year of the pandemic as Hawai'i families continued to struggle with rising COVID-19 case counts and the higher costs of island living.

- Hawaiian Electric continued the moratorium on disconnections for nonpayment for more than a year while publicizing government assistance programs and the utility's payment plan options to help households manage their finances once the moratorium ended.

- The company issued $2 million in bill credits to 22,000 customers with past due balances. The Kokua Fund Bill Credit Program provided a one-time $90 credit to qualifying customers. The program was funded by company shareholders — not other customers. In 2021, Hawaiian Electric pledged $2 million in shareholder money to fund Aloha United Way's Hawai'i Utility Bill Assistance Program, which helped households pay electric, water, sewer and gas bills.

- Corporate donations of more than $974,000 were directed to fund community, environmental and social service programs, including over $148,000 for STEM programs.

- Employees and retirees — in cooperation with IBEW Local 1260 — raised over $600,000 for United Way agencies across O'ahu, Maui County and Hawai'i Island, including more than $56,000 for the Hawai'i Utility Bill Assistance Program. In addition, 878 pounds of food and $8,324 were donated to local food banks.

- Thirty-four nonprofits were assisted through employee virtual volunteer service projects or donation drives to support keiki, kūpuna and environmental stewardship.



**1,556** VOLUNTEERS

**3,555** VOLUNTEER HOURS

**1,000** UNITS OF BLOOD/ APHERESIS DONATED

 

*Left: About 150 employees participated in a three-month commitment to raise native 'a'ali'i plants from seeds and supply the young seedlings to Protect & Preserve Hawai'i, which is working to reforest Pia Valley in East O'ahu. Right: To mālama 'āina, employees and their families recycled $240 worth of aluminum/plastics, removed 85 pounds of trash from O'ahu coastlines and planted 200 native plants during Earth Month in April.*

## Century of service on Maui Nui



*Maui Electric workers pose in front of the company's former Wailuku office, circa 1920s.*

In commemoration of 100 years of service on Maui, Moloka'i, and Lāna'i, local nonprofit groups across Maui County were recognized for their efforts in the areas of community resilience, environmental sustainability and educational excellence.

Employees nominated 21 Maui County nonprofits to receive donations totaling over $11,000. Among them: Lāna'i Youth Center, Moloka'i Community Service Council, East Maui Watershed Partnership and The Maui Farm.

Officially organized as Maui Electric Company in April 1921, the company went on to expand service to all parts of Maui — from Pā'ia, Ha'ikū, Kula, Makawao to Waihe'e, Lahaina and Hāna, as well as Lāna'i and Moloka'i. In 2020, the company along with Hawai'i Electric Light on Hawai'i Island transitioned to share the name Hawaiian Electric.

**Hawaiian Electric**

HawaiianElectric.com

