# Exhibit 12



Hawaiian Electric

# TOGETHER





## BUILDING A STRONG & RESILIENT HAWAIʻI

## 2022-2023 SUSTAINABILITY REPORT

**A MESSAGE FROM OUR PRESIDENT AND CEO**



## Aloha mai kākou. I'm pleased to present Hawaiian Electric's 2022-23 Sustainability Report.

2022 was a year of reopening and reconnecting after more than two years living with the disruption of the pandemic. While this disruption temporarily slowed progress on some renewable energy projects, a strong recovery is underway.

Oʻahu's first utility-scale solar and battery project came online in July 2022, followed by a similar large solar and battery project in January 2023. By the middle of 2023, the 185-megawatt Kapolei Energy Storage system will be online, a critical resource that will help maintain balance on the Oʻahu grid and reduce the amount of fossil fuels we use to generate electricity.

A dozen more renewable projects are scheduled to be completed between now and 2025, and we are in the process of contracting for more renewables to come online by 2030. Later this year, we expect to connect the 100,000th private rooftop solar system on our grid.

A milestone accomplishment in 2022 was the end of the use of coal for power generation. With the closure of the AES Corporation coal plant at the end of a 30-year contract, Hawaiʻi eliminated one of the largest emitters of greenhouse gases in the state.

This is the kind of progress you will find detailed in this report, which describes other significant steps we're taking on our Climate Change Action Plan. We aim to reduce carbon emissions by 70% by 2030, compared to 2005 levels. Hawaiian Electric has also committed to achieving net zero or net negative carbon emissions from power generation by 2045 or sooner, meaning that if there are any emissions, they will be captured or offset.

At Hawaiian Electric, our actions are focused on building a sustainable Hawaiʻi where our children and grandchildren, our communities, our customers and our employees will thrive together. I know 2023 will be a year of continued accomplishment, and we look forward to working with our stakeholders and communities to build this amazing future.

*Shelee Kimura*

**Shelee Kimura**
President and Chief Executive Officer
Hawaiian Electric

# 2022 At a Glance

We're on track to meet our year-end 2030 goal of 40%



**32%**

**RENEWABLE PORTFOLIO STANDARD (RPS)**
Percentage of power generation coming from renewable sources



**99.98%**

**RELIABILITY**
Average service availability



**37%**

**SINGLE-FAMILY HOMES WITH ROOFTOP SOLAR**



**+25.5%**

**INCREASE IN PASSENGER EVS FROM JANUARY TO DECEMBER 2022**



**32.4%**

**CUSTOMERS ENROLLED IN PAPERLESS BILLING**



**1,118 MW**

**TOTAL SOLAR CAPACITY**



**-22%**

**GHG EMISSIONS**
Reduction from 2005 baseline levels*
Preliminary 2022 data**



**4.2M**

**SOLAR PANELS IN USE**



**4,416**

**NEW SOLAR SYSTEMS, MOSTLY RESIDENTIAL ROOFTOP**



**91%**

**NEW ROOFTOP SOLAR INSTALLED WITH BATTERY STORAGE**

*Aligned with company's Climate Change Action Plan; includes whole system generation stack emissions.
**Data not yet verified.

# Progress Toward a Clean Energy Future



## RENEWABLE PORTFOLIO STANDARD PROGRESS
*(% of generation)*

40% — **2030 YEAR-END RPS TARGET**

**2020 RPS TARGET MET**

Values by year: 2011: 11, 2012: 13, 2013: 17, 2014: 19, 2015: 21, 2016: 23, 2017: 23, 2018: 23, 2019: 24, 2020: 28, 2021: 32, 2022: 32

Legend: Customer Solar, Biofuels, Wind, Hydro, Utility-Scale Solar, Geothermal, Biomass

*Shaded area shows RPS as % of sales*

**NOTE:** The definition of Renewable Portfolio Standard (RPS) was changed by state law in 2022. It is now defined as the percentage of electricity generated by renewable resources. It was previously defined as the percentage of electricity sold that came from renewable resources. The revised definition is a more accurate way to measure progress toward the goal of achieving 100% renewable energy by 2045.



## LESS OIL USED FOR POWER GENERATION
*(In millions of gallons)*

**75M REDUCTION FROM 2008**

## AVERAGE HAWAI‘I HOME USES 40% LESS ELECTRICITY THAN THE NATIONAL AVERAGE*

**U.S. 886 kWh**

**HAWAI‘I 531 kWh**



## CUMULATIVE SOLAR INSTALLATIONS

**96,920 SYSTEMS**  **1,118 MW**

*Monthly per household in kilowatt-hours in 2021

SOURCE: U.S. Energy Information Administration

# Hawai'i Island



**Customer-Sited Solar**
121 MW

**Shared Solar****
0.750 MW

**Hawi Renewable Development**
10.5 MW

**Hamakua Energy**
60 MW

**Wailuku River Hydroelectric Plant**
12.1 MW

**Pu'u'eo Hydroelectric Plant**
3.4 MW

**Hū Honua (TBD)***
21.5 MW

**'Ōuli Substation**
1.25 MW

**Kapua Substation**
1.25 MW

**Keāhole Power Plant**
77.6 MW
12 MW / 12 MWh *

**Pakini Nui Wind Farm**
20.5 MW

**Waiau Hydroelectric Plant**
1.1 MW

**Punalu'u Substation**
1.25 MW

**Waimea Plant**
7.5 MW

**Hale Kuawehi Solar LLC****
30 MW / 120 MWh

**AES Waikoloa Solar, LLC****
30 MW / 120 MWh

**Steam Plant**
15.2 MW
Decommissioned in 2015

**Hill Steam Plant/ Kanoelehua Plant**
55.7 MW

**Puna Steam Plant**
36.7 MW

**Puna Geothermal Venture**
38 MW

**Pana'ewa Substation**
1.25 MW

## 47.9%
Renewable Energy

### RENEWABLE MIX

- 15.8% Customer-Sited Solar
- 15.7% Geothermal
- 10.6% Wind
- 3.5% Biofuel
- 2.1% Hydro
- 0.3% Grid-Scale Solar

**89.0%** RENEWABLE PEAK
May 22, 2022

## Generating Facilities

These maps show existing and planned generating facilities and the maximum potential power in megawatts (MW) they can produce.

**F** FIRM GENERATION:
Energy available on demand, which can be adjusted as needed.

**V** VARIABLE GENERATION:
Energy that may not always be available or controllable.

- BIOFUELS
- BIOMASS
- GEOTHERMAL
- HYDRO
- CUSTOMER-SITED SOLAR
- GRID-SCALE SOLAR
- BATTERY ENERGY STORAGE SYSTEM
- WASTE TO ENERGY
- WIND
- COAL
- OIL
- OIL (DEACTIVATED or DECOMMISSIONED)

# Oʻahu



**Customer-Sited Solar**
573 MW

**Shared Solar**
0.270 MW online / 4.720 MW**

**Kawailoa Wind**
69 MW

**Kawailoa Solar**
49 MW

**Lanikuhana Solar**
14.7 MW

**Schofield Generating Station**
50 MW

**Mountain View Solar****
7 MW / 35 MWh

**Waiʻanae Solar**
27.6 MW

**Aloha Solar Energy Fund I**
5 MW

**Kahe Power Plant**
650 MW

**Kapolei Sustainable Energy Park**
1 MW

**Campbell Industrial Park Generating Station**
130 MW

**H-POWER**
68.5 MW

**Kapolei Energy Storage****
185 MW / 565 MWh

**Aloha Solar Energy Fund II**
5 MW

**AES West Oahu Solar****
12.5 MW / 50 MWh

**Waipio Solar**
45.9 MW

**Mililani I Solar**
39 MW / 156 MWh

**Waihonu North and South**
5 MW, 1.5 MW

**Kahuku Wind**
30 MW

**Nā Pua Makani Wind Project**
24 MW

**Mauka FIT I**
3.5 MW

**West Loch Solar**
20 MW

**Kūpono Solar****
42 MW / 168 MWh

**Kalaeloa Renewable Energy Park**
5 MW

**Hoʻohana Solar I****
52 MW / 208 MWh

**Kalaeloa Solar Two**
5 MW

**Kalaeloa Partners**
208 MW

**Waiawa Solar Power LLC**
36 MW / 144 MWh

**Waiawa Phase 2 Solar****
30 MW / 240 MWh

**Waiau Power Plant**
500 MW

**Honolulu Power Plant**
113 MW
Deactivated in 2014

**Airport Emergency Power Facility**
8 MW

## 28.2%
Renewable Energy

### RENEWABLE MIX

**14.1%** Customer-Sited Solar

**5.7%** Grid-Scale Solar

**4.9%** Waste to Energy

**3.3%** Wind

**0.2%** Biofuels

**72.7%** RENEWABLE PEAK
July 23, 2022

5

*Awaiting approval    **In progress

# Maui County



## 35.6%
### Renewable Energy

#### RENEWABLE MIX

17.8% Customer-Sited Solar

16.8% Wind

0.9% Grid-Scale Solar

74.3% RENEWABLE PEAK
December 13, 2022

**Waena BESS\***
40 MW / 160 MWh

**Māʻalaea Generating Station**
212.1 MW

**Kahului Power Plant**
37.6 MW

**Kuihelani Substation**
2 MW

**South Maui Renewable Resources**
2.87 MW

**AES Kuihelani Solar\*\***
60 MW / 240 MWh

**Wailea Substation BESS**
1 MW / 1 MWh

**Tier 3 FIT 17-2**
0.735 MW

**Paeahu Solar\*\***
15 MW / 60 MWh

**Tier 3 FIT 17-1\***
1 MW

**Kuʻia Solar**
2.87 MW

**Kaheawa Wind Farm**
30 MW

**Kaheawa Wind Power II**
21 MW, 10 MW / 20 MWh

### MAUI

**Customer-Sited Solar**
129 MW

**Shared Solar**
0.028 MW

**Hāna Substation**
2 MW

### LĀNAʻI

**Customer-Sited Solar**
0.8 MW

**Auwahi Wind**
21 MW, 11 MW / 4.4 MWh

**Lanai Sustainability Research, LLC**
1.2 MW, 1 MW / 0.5 MWh

**Miki Basin Power Plant**
9.4 MW

**Pālāʻau Plant**
12 MW

**Molokaʻi BESS**
1 MW / 0.397 MWh

### MOLOKAʻI

**Customer-Sited Solar**
2.7 MW

**Shared Solar\*\***
0.250 MW

*Awaiting approval    **In progress

6

# Climate Change Action Plan

## Adding Renewables

The work to add more renewable energy to our island grids ramps up in 2023 with several key projects coming online. Over time, the addition of more renewable resources will help to decarbonize our energy system and stabilize electricity costs.

At the end of July 2022, Clearway Energy's Mililani Solar I, a 39-megawatt/156-megawatt-hour battery project, came online. Projects including AES Kuihelani Solar, a 60-MW/240-MWh battery project on Maui, broke ground in 2022.



*Waiwa Solar Power. Photo courtesy of Moss.*

Solar-plus-battery energy storage system (BESS) projects coming online in 2023 include:

- Clearway's Waiawa Solar Power, a 36-MW/144-MWh facility on Oʻahu, which reached commercial operation in January.

- AES Waikoloa Solar, generating 30 MW/120 MWh, on Hawaiʻi Island.

- AES West Oʻahu Solar, generating 12.5 MW/50 MWh.



*Photo courtesy of Plus Power.*

Kapolei Energy Storage, a 185-MW/565-MWh lithium-ion battery project by Plus Power LLC, is scheduled to come online in 2023. The project will enhance grid reliability and enable more renewable energy on Oʻahu.

Hawaiian Electric also launched its latest requests for proposals for both firm and intermittent renewable resources for Oʻahu, Maui and Hawaiʻi Island. Firm renewables, unlike solar and wind resources, are always available at predictable quantities (examples include geothermal and biofuel).

## Retirement of AES Coal Plant



*Retirement of the 180-megawatt AES Hawaii coal plant on Oʻahu ended the use of coal for power generation in the state. Closure of the plant — one of the largest emitters of greenhouse gases — aligns with Hawaiian Electric's overall plans to decarbonize its energy systems. Photo courtesy of AES.*

## Hawaiʻi Powered



Hawaiian Electric launched Hawaiʻi Powered, which encourages everyone to take an active role as the company develops plans to power the five islands it serves with 100% local, clean energy.

Community insight is critical as Hawaiian Electric works to reduce carbon emissions by 70% by 2030 compared to 2005 levels. The company's integrated grid planning team launched hawaiipowered.com,  a companion website that provides interactive and convenient ways to offer input and suggest improvements in the energy planning process.

Visitors are invited to leave comments on maps with proposed renewable energy zones, take surveys and more. Hawaiian Electric teams also introduced the Hawaiʻi Powered concept and gathered community input at more than two dozen in-person events over six months.

# Shared Solar

Momentum continues to build with shared solar, also known as community-based renewable energy (CBRE). Shared solar offers a way for customers unable to install private rooftop solar to benefit from solar energy generated on their island.

**Among the highlights:**

- Hawaiian Electric and Hoʻāhu Energy Cooperative Molokai entered negotiations in the state's first two community-owned and -designed solar plus battery projects. Pālāʻau Solar (2.2 MW/10.1 MWh) and Kualapuʻu Solar (.25 MW/1 MWh) will be the first on the island to offer the shared solar program. Plans call for projects to be online in mid-2025.

- The company selected seven solar projects on Oʻahu, Hawaiʻi Island and Maui to be the first to offer the shared solar program to help lower the electric bills of customers who meet low- and moderate-income levels. The projects, six with battery storage, are expected to be online in 2025.

- Projects from the initial CBRE phase continue to move forward. In addition to two already in service, on Oʻahu and Maui, the 3-MW Pālailai Solar 1 in Kapolei is expected to reach commercial operation in May 2023. The .25-MW Kawela Plantation project on Molokaʻi also is expected to come online in 2023.

- Hawaiian Electric selected five projects, one on Oʻahu and four on Hawaiʻi Island, in the second phase of the company's shared solar program. The project in Māʻili includes solar-plus-battery storage. Of the Hawaiʻi Island solar projects, two are in Naʻalehu and two in Waikoloa.



*The 3-MW Pālailai Solar 1 in Kapolei.*

# Customer Energy Resources



## 2022 Customer Energy Resources

**96,920**
SOLAR SYSTEMS ON GRID

**155 MW**
BATTERY STORAGE

**▲4.8%**  INCREASE IN SYSTEMS FROM 2021

**22%**
RESIDENTIAL CUSTOMERS WITH ROOFTOP SOLAR

**37%**
SINGLE-FAMILY HOMES WITH ROOFTOP SOLAR

Hawaiian Electric is continuing to develop programs and innovative rate structures to allow customers to take greater control of their electricity usage while contributing to Hawaiʻi's clean energy goals. Working with the solar industry and regulators, the company is making it easier for customers to take advantage of technologies like rooftop solar, batteries and emerging electricity management systems.

- **Battery Bonus**
  The innovative program that provides a cash incentive and bill credits to customers on Oʻahu and Maui who add battery storage to their rooftop solar systems continues to gain traction. On Oʻahu, the program reached its first 15 MW of capacity. Battery Bonus demonstrates how distributed energy resources (DER) can be used as a grid service as fossil fuel plants are retired.

- **Smart DER Tariff**
  Hawaiian Electric is in the process of developing the next DER tariff iteration, which will include Time-of-Use rates, a time-varying export rate and the consolidation of various rooftop solar programs.

8

# Electrification of Transportation



The growing market for electric vehicles is transforming the transportation landscape in Hawaiʻi. Hawaiian Electric's role is to ensure the power and infrastructure are in place to enable the electrification of transportation, helping the state achieve its carbon reduction goals. Hawaiian Electric's efforts include:

**Public charging**
The company is gearing up to significantly expand its EV charging network with the addition of about 150 single-port DC fast chargers and 150 dual-port Level 2 chargers at roughly 75 sites across the company's service territory through 2030. Pending regulatory approval, the expansion will help reduce range anxiety and serve a critical backbone of charging needs.

**Charge Up Commercial & eBus**
Hawaiian Electric is moving ahead with this three-year pilot program designed to help a wide range of commercial customers reduce the upfront cost of electric vehicle charging infrastructure. The program's focus this year will be on evaluating and selecting participants, establishing agreements with those selected and beginning the design work for charging infrastructure.

## Advanced Meter Initiative



*About 50% of customers on Oʻahu, Hawaiʻi Island and Maui have upgraded from an analog to an advanced meter, allowing them to better monitor energy use and manage bills.*

# Building Resilience

Hawaiian Electric works year-round to build resilience into its power systems so they are better able to withstand severe events, including those fueled by climate change. The company also is seeking regulatory approval for a five-year resilience action plan focusing on critical grid assets that are the most vulnerable to the impact of climate change. Among recent work:

**Oʻahu**
- Began work under a contract to own, operate and maintain the Army's electric distribution system at its 12 Oʻahu-based installations for a period of 50 years. The contract includes the execution of 13 projects that will vastly improve resilience and reliability of the Army's electrical distribution system.
- Replaced or upgraded structures supporting five major cross-island high-voltage transmission lines, including the Koʻolau-Pūkele line crossing over the Koʻolau Range.
- Trimmed 707 miles of vegetation along overhead power lines.

**Hawaiʻi Island**
- Commissioned the first smart loop on the island to provide intelligent automatic switching that will restore service and isolate faulted areas.
- Pruned 936.5 miles of vegetation along distribution lines.



*Clearing two miles of invasive shrubs and grass in West Maui.*

**Maui County**                                  SAC ¶ 248
- Replaced more than 330 poles on Maui, Lānaʻi and Molokaʻi to maintain strength and safety standards.
- Inspected, maintained and pruned vegetation on over 415 miles of overhead power lines throughout Maui County.
- Extended wildfire mitigation efforts in West Maui by clearing about two miles of invasive shrubs and grass in the remote hillsides. Part of this work ensured the continued protection of the native nalo meli maoli, or yellow-faced bees, in the area.

# Strengthening Our Community

**2,452**
VOLUNTEERS (INCLUDING FRIENDS & FAMILY)

**6,588.5**
VOLUNTEER HOURS

**894**
UNITS OF BLOOD/ APHERESIS DONATED

**$1,002,611**
TOTAL CORPORATE GIVING

**$198,950**
STEM DONATIONS

**$536,974**
RAISED BY EMPLOYEES FOR UNITED WAY

*About 70 Hawaiian Electric and HEI employees joined with the Windward Oʻahu-based nonprofit Kākoʻo ʻŌiwi for a community service day to clear loʻi patches in preparation for new kalo planting. The impact of their efforts is helping to restore agricultural and ecological productivity to the Heʻeia wetlands.*

Hawaiian Electric recognized the need to support our community as the turmoil in Ukraine resulted in higher costs for food, energy, transportation and more. Meanwhile, the global pandemic continued to put a strain on resources. On the high priority list:

- Giving to nonprofits and organizations that provided food security and social services for low-to-moderate income families, kūpuna and individuals.

- Advancing higher education and STEM with more than $198,000 directed to programs and initiatives, while marking a milestone 20 years sponsoring the Astronaut Lacy Veach Day of Discovery science event.

- Investing in programs that minimize climate change risks and promote environmental conservation and sustainability.

**Employee contributions included:**
- Raising $536,974 during the workplace campaign for United Way agencies in our service areas.

- Providing energy-saving products and other supplies for underserved communities and organizing community workdays to mālama our island environment, among other meaningful activities.

- Participating in social cause events that celebrated the diversity of our local community and raised awareness of the importance of an inclusive society.



*Left: In partnership with the Hawaiʻi ʻUlu Cooperative and Hawaiʻi Farm Trails, employees donated and planted 30 ʻulu trees at Kulāiwi Farmstead in Hakalau on Hawaiʻi Island as part of Earth Day activities. The culturally significant crop can potentially feed local populations by replacing imported foods and reduce climate change impacts by sequestering carbon. Right: Handing out energy-saving kits (Molokaʻi).*



*Employees participated in the Honolulu Pride Festival (left) and White Cane Walk (right).*



**Hawaiian Electric**

hawaiianelectric.com