# Exhibit 13

Search

Sign in

## Committed to Wildfire Mitigation

Hawaiian Electric
1.82K subscribers

Subscribe

Like Share Save

SAC ¶ 206

58 views 4 years ago

The Hawaiian Electric Companies use drone, or unmanned aircraft system, surveys to assess drought-prone or dry brush areas especially near electrical infrastructure. Other resilience initiatives such as installing heavier, insulated conductors and applying fire retardants on poles are also done as part of our proactive plan to reduce risks of wildfires.

...more

3:04
Overview of Smart Renewable Energy Programs & Bring Your Own Device
Hawaiian Electric
747 views • 4 weeks ago

1:05
Shift and Save (:60): Time-of-use pilot program
Hawaiian Electric
1.6K views • 3 months ago

4:59
Hot Temperatures & Daily Rain Chances are the Game This Week
Liam's Weather
2 views • 2 hours ago
New

4:24
Boston Dynamics NEW ROBOT STUNS EVERYBODY!
NEXT AI
3.3K views • 2 days ago
New

2:33
Hawaiian Electric Wildfire Safety Strategy
Hawaiian Electric
124 views • 4 weeks ago

20 Most Extreme Trucks Ever Made
The Fancy Banana

Sign in




Solar Panel Mounting Bracket @EcoWorthySolar
Taddy Digest
193 views • 3 hours ago
New




National Lineman Appreciation Day 2024
Hawaiian Electric
171 views • 2 weeks ago




FDNY - Pre Arrival + Audio - Brooklyn 2nd Alarm Box 2967 - Heavy Fire in A Vacant - 5/2/24
The NYC Buff
22K views • 4 days ago
New

Duane Graham Describes Summer Lake Hot Springs Oregon
Bob Nisbet
20K views • 7 years ago

Smart Renewable Energy Export and Non-Export Programs
Hawaiian Electric
147 views • 4 weeks ago

LIVE: HI Now Daily
Hawaii News Now
12 watching
LIVE

Life Inside US Aircraft Carrier Storing Millions $ Jets in Middle of the Ocean
Fluctus
20K views • 8 hours ago
New

Exploring the TrinamiX Near IR Spectrometer: Software, Features, and Data!
Christopher Pulliam, PhD
269 views • 6 days ago
New

Bad News Bears
YouTube Movies & TV
Comedy • 2005
Free with ads PG-13

Bring Your Own Device or BYOD
Hawaiian Electric
143 views • 4 weeks ago

Hawaiian Electric Crews Continue Koolau-Wailupe Repairs in East Honolulu - April 17, 2024
Hawaiian Electric
62 views • 2 weeks ago

Green Acres
S1 E1 • Oliver Buys A Farm
Free with ads TV-G

National Volunteer Week 2024: Andy Hignite, Power Supply Engineering on Oahu
Hawaiian Electric
5 views • 9 days ago

Earth Hour 2024
Hawaiian Electric
62 views • 1 month ago

**Transcript of**

***"Committed to Wildfire Mitigation"* video created by Hawaiian Electric Company, Inc. on Nov. 6, 2019**

Text: *Drone, or unmanned aircraft system, surveys will be conducted in November and December*

Text: *Drones help identify drought-prone areas*

Text: *We tested different fire retardants on our utility poles to see which ones prevent damage to our infrastructure*

Text: *We also upgraded our equipment to make them more resilient*