# Exhibit 15

Search

Sign in

## What's on a Utility Pole?

**Hawaiian Electric**
1.82K subscribers

Subscribe

Like    Share    Save    ...

422 views  1 year ago

Our utility poles follow standards set by the National Electric Safety Code to ensure they are safe for our employees to work on and can withstand the impact of severe weather. They also support equipment for various utilities, telecommunications and streetlights. Supervising Engineer Mehana Hoopii explains more about our utility poles and how they deliver power to homes and businesses in this video. ...more

**PG&E Pole Inspections | Client Success Story**
The Davey Tree Expert Company
2K views • 1 year ago
1:21

**Electric Insulators | Why are they Crucial?**
Lesics ✓
1.4M views • 1 year ago
5:35

**How to determine the circuit component constants of a BJT amplifier**
Bigbrother
35 views • 3 hours ago
New
10:49

**Utility Pole Inspection**
GRUTV
35K views • 8 years ago
1:05

**Gloucester County Residents Not Happy With New Utility Poles**
CBS Philadelphia
3.3K views • 6 years ago
2:01

**Going Somewhere**
Mountain States Line Constructors



At 94, Apollo Astronaut Finally Reveals Why NASA Never Returned to the Moon

Beyond Discovery ✓

24K views • 4 days ago

New



Telephone Lineman - circa 1950 - CharlieDeanArchives / Archival Footage

Charlie Dean Archives

59K views • 10 years ago



Trenton homeowner rigs brace for leaning power pole until DTE repairs it

Click On Detroit | Local 4 | WDIV ✓

6.7K views • 2 years ago



Red Bull DRAMA Deepens: Jos Verstappen Drops BOMBSHELL Comments!

F1 Unleashed

22K views • 4 days ago

New

Buying a Cessna 210 For $27,000 and Flying It 1,000 Miles Home!

JR Aviation

129K views • 2 days ago

New

Massive utility pole turns dream home into eyesore, owners say

ABC 7 Chicago ✓

5.7K views • 1 year ago

Canada's Key to Global Power

Hindsight

376K views • 4 months ago

Anatomy of a Power Pole

Battle River Power Coop

9.7K views • 3 years ago

How to build Ultra Realistic Utility Pole - Scale Model Scenery

Scale Wonderland

1.9K views • 2 years ago

The Power of HVDC: Revolutionizing Electric Transmission

Btech electricals

543 views • 1 month ago

Telephone Poles & Communication Wires

All Torah Platform

7K views • 3 years ago

Passenger Jet nearly runs out of fuel in thunderstorm! Multiple go arounds and diversion! #atc

Flight Follower

11K views • 2 days ago

New

Xiaomi builds the SU7 in 76 seconds using worlds biggest gigacasting machine

The Electric Viking ✓

41K views • 17 hours ago

New

What's on that Utility Pole?

Electro Tree

433 views • 4 months ago

**Transcript of**

***"What's on a Utility Pole"* video created by Hawaiian Electric Company, Inc.
on Nov. 23, 2022**

Text: *What are all those objects on Hawaiian Electric's utility poles?*

*[Throughout video, text on screen reiterates the below spoken text]*

SAC ¶ 240

*Mehana Ho'opi'i, Supervising Engineer, Hawaiian Electric*: Utility poles support equipment for various utilities, telecommunications and streetlights. In Hawaii, <mark>our poles follow standards set by the National Electric Safety Code to ensure they are safe for our employees to work on and can withstand the impact of severe weather.</mark>

In general, our poles include 46kV subtransmission lines at the top. These feed power to our substations. Below that are the primary lines, which deliver electricity to pole-mounted transformers in neighborhoods. The pole-mounted transformers lower the voltage from primary to secondary lines. The secondary lines deliver electricity to a cluster of homes and businesses in a neighborhood, whereas the secondary service drops deliver electricity directly to individual homes and businesses.

Some poles have third-party telecommunication carrier facilities, such as cellular antenna and disconnect switches. The disconnects allow us to safely disconnect the lines for maintenance or other operational work.