# Exhibit 16

Search

Sign in

▶

📑 Context                                                                                      ⋮

**Climate change** ↗

United Nations

Climate change refers to long-term shifts in temperatures and weather patterns. Human activities have been the main driver of climate change, primarily due to the burning of fossil fuels like coal, oil and gas.

## Meeting Maui's Energy Needs - A Community Engagement

**Hawaiian Electric**
1.82K subscribers

Subscribe

👍 Like      👎      ↗ Share      ☰+ Save      ⋯

109 views  1 year ago
Hawaiian Electric provided an update on Maui's renewable energy transition and recent developments on the status of the island's existing power generation resources during an in-person community meeting on Thursday, April 13, from 5:30 p.m. to 7 p.m.
...more

**Questions change everything in community engagement | Max Hardy | TEDxStKilda**
TEDx Talks ✔
40K views  • 6 years ago
15:37

**Warren Buffett on his friendship with Charlie Munger: We never had any doubts about the other person**
CNBC Television ✔
101K views  • 2 days ago
New
7:28

**EG4 6000XP Inversor Aislado ¿Cuáles son sus características?**
EG4 Electronics LATAM
12 views  • 8 hours ago
New
2:34

**Bad News Bears**
YouTube Movies & TV
Comedy • 2005
Free with ads    PG-13
1:53:14



   

Sign in


13K views • 3 days ago
New


The 3 Magic Ingredients of Amazing Presentations | Phil WAKNELL | TEDxSaclay
TEDx Talks
1M views • 4 years ago


21 Ways to Increase Community Engagement (Why No One is Talking in Your Community)
Thinkific
5.2K views • 1 year ago


IRAN Walking in the Popular and Crowded Friday Market of Parvaneh ایران
Emma Travels
6.4K views • 1 day ago
New


Stargate
YouTube Movies & TV
Science fiction • 1994
Free with ads     PG-13


Life in Real IRAN!! Unbelievable Walking Tour on Zand Street in Downtown Shiraz, Iran
Travel BaMa
4.6K views • 4 days ago
New


Touring the Triangular Plum Blossom Waterfall in Kunming, China.
CN Walking
12K views • 2 days ago
New


NSTP Component Course Topic 2: Community Engagement
TVUP
20K views • 3 years ago


Tesla Layoffs Continue - Who's Next?
Ben Sullins
4.3K views • 4 hours ago
New


'Hard for us not to be bullish' on stocks, says Carson Group's Ryan Detrick
CNBC Television
3.9K views • 4 hours ago
New

Chair a Meeting in English - Useful English Phrases for Meetings - Business English
Oxford Online English
1.3M views • 7 years ago

Optica Online Industry Meeting: Linear Drive Optics
Optica
868 views • Streamed 6 days ago
New

2014 Three Minute Thesis winning presentation by Emily Johnston
University of South Australia
5.2M views • 9 years ago

HOW TO Give a Great Presentation - 7 Presentation Skills and Tips to Leave an Impression
Practical Psychology
2.7M views • 7 years ago

Apple is on board with AI, 'not just hype there's substance around it': Deepwater's Gene Munster

**Transcript of:**

**Community Engagement meeting titled "Meeting Maui's Energy Needs" hosted by Hawaiian Electric Company, Inc. on August 13, 2023.**

ASIU:    All right so we're going to go ahead and get started. Thank you so much for joining us tonight. I really appreciate you taking the time to be here. My Name is Kūhea [Asiu]. I'm a Community Relations Specialist here for Maui – oh, I'm sorry, Hawaiian Electric – we changed to Hawaiian Electric in December 2019 and some of us are still getting used to that. Before we begin, I just want to go over some housekeeping things. If you need to use the restroom it is off to the my right here; go through this door and then the door on the left and you'll see the restrooms on the right. And in the back there we have a lot of refreshments and please help us partake of some and hopefully you can also take some home. And I want to let you know that tonight's meeting is being broadcast live on [_____] Channel 54 courtesy of our friends from Maui Community Media. And with that I'd like to get started. So also joining me tonight is Jim Kelly. He is our Vice President of Government and Community Affairs and Corporate Communications. And we also have some other team members who are going to be joining us up front tonight to help answer questions after a brief presentation. So why are you all here tonight? Well, we want to take some time to provide an overview of Maui's current generation status as well as some recent development, developments that have changed our planning assumptions. We'll have some discussion on the immediate need for firm generation that will help fill the gap created by, as available resources or renewable resources like solar and wind and as we all know the sun is not always shining and the wind is not always blowing. We'll also provide a high level overview of the project that our Hawaiian Electric development team will be proposing. Throughout the presentation we'll be collecting your questions and we'll have a Q&A portion after the presentation and we welcome you to submit your questions so those of you who are watching from home in your living rooms and those of you in the room, we welcome you to send in your questions via email at – oh, I'm sorry – thank you.

MALE:    [Unintelligible]

ASIU:    The next one. Yes. Okay, so we invite you to email your questions to us at: [Slide] WaenaMaui@hawaiianelectric.com or you can text your questions to us at (808) 268-2808 or for those of you in the room, we have comment cards so you can put one or two questions, whatever you can fit, or feel free to take another card. And then those will be coming up to us and will be read out loud. And the comment cards are important for two reasons: one is we want to make sure that we capture your questions and comments accurately because they will become a part of our project application when the time comes to submit it; and also because we have viewers on [ ] and we want to make sure that they can hear your question.

[New Slide] Next, just as an important reminder before we begin, that Maui and the rest of our islands are on their own to generate our electricity. We do all of this without the ability to plug into another place, the nearest being California on the west coast and that is nearly 2,500 miles away. We also lack the ability to simply plug in to another island, so we are completely on our own 24/7, 365.

[New Slide] So last year Hawaiian Electric introduced our climate action, climate change action plans, which aim to reduce carbon emissions by 70 percent by the year 2030 and by the year 25 – 2045 we've committed to achieving net zero or net negative carbon emissions from power generation. And also by the year 2045 we've committed to replace fossil fuels with 100 percent renewable resources to generate electricity. These are indeed some of the most ambitious goals in the nation.

[New Slide] And as ambitious as these goals are we know that they are necessary and that they must include the needs of everyone and this means the transition needs to focus on renewable solutions while maintaining reliability, planning with resiliency in mind, and keeping costs affordable for everyone. And with that, I'd like to pass it over to Jim

KELLY:    [Jim Kelly is misidentified as Jim Hayes in the banner at the bottom of the video] [New Slide] Thanks. Great. Thanks for that. So this is just a real basic slide that shows where we get electricity on Maui. On the left we have firm, which is available 24/7. We can turn that on, we can turn that off as needed. You'll see that right now we have about 245 megawatts of firm energy that's available. On the right is what is sometimes called variable or as-available. These are resources including wind, solar farms and private rooftop solar. We have I believe just about 20 percent of our customers on Maui who have a private rooftop solar.

[New Slide] So we just saw together with what you see here. This is how much electricity we use on Maui. And if you look at the blue line, that was 2019 before the pandemic and you probably remember that 2019 was a pretty busy year. A lot of people here, a lot of people using electricity. It was also kind of a hot year so a lot of people using air conditioning. So you can see as we move through the year into the summer and the fall very consistently hitting above 200 megawatts of maintenance system. Right now, you see the yellow – hard to see, but yellow is where we are at so far in 2023, it's fairly, you know, about 180 megawatts. So we haven't hit the peaks that we saw in 2019, but you know that can change very quickly.

[New Slide] So one of the reasons we wanted to get everyone together was to talk about some of the actions that we're going to be needing to take as a community and as a utility over the next, the rest of the decade. We have four units in our model live power plants that are going to face likely retirement because of the difficulty of getting parts overall. This is kind of a surprise development to us and we'll talk about that a little bit more in a minute. The other is the Kahului Power Plant, which is scheduled to close at the end of 2027. That's when the current air

2

permit expires and that is the, that's a pretty solid date that you can count on at the end of 2027. And then there's been a lot, obviously, there's been a lot of activity on the renewable front in the last several years, but as a result of pandemic and a lot of the challenges related to that, 2019, 2020, we had six projects that were approved to be built on Maui, renewable energy projects, mainly solar, and as we stand here today there's only three left and only one is under construction.

[New Slide] These were all scheduled to come online this year and next year, so obviously that's not going to be happening. So Kahului Power Plant is scheduled to be closed at the end of 2027. And that power plant on the waterfront there has a, generates 35 megawatts. It's possible that we will get an extension, possibly one year, to keep it open one additional year or so into 2028, but then that's going to be the end of it.

[New Slide] And so let's talk about Māʻalaea for a minute. Last March, so just really a year ago we were notified by letter for the manufacturer of the Mitsubishi units that we use at Māʻalaea that they were no longer going to be able to supply overhaul parts. This kind of came as a shock, surprise, something we weren't expecting out of nowhere. The manufacturer has basically said that the people they count on to make the parts to sell for overhauls are not making them anymore. Now these units are all pretty close to 40 years old or above already, but they are four units we count on to provide 50 megawatts of firm generation every day and what we're estimating and, you know, we have to assume the worst, we have parts to do one overhaul right now, so the overhauls are once every two years roughly, that depends on how many hours each one of the units is run. We do have some additional parts that we think we're going to be able to get so it's possible we'll be able to do one additional overhaul, but as we move into the end of the decade, it's looking like we're not going to have the parts available to do overhauls after that so we're kind of assuming the worst and while we're still hunting around and still beating the bushes looking for options, we have to start planning and assuming that they're not going to be able to run into the 2030s. So here we are in 2023 and we've got to start making some plans about how we're going to replace that 50 megawatts firm generation.

[New Slide, 10:17] So here's the tally sheet of where we're at on the renewable projects on Maui. As you can see as I mentioned a minute ago, there's three projects that are still in play. The AES Kuihelani Solar, which you can see is under construction. That is still scheduled to be finished by the end of this year. Paeahu Solar is on the TBD at this point because of some legal challenges and permitting issues with that project. Kamaole Solar just this last month withdrew. They said they can no longer stick to the contracted price because of supply chain issues, difficulty in obtaining panels, other equipment, and so they pulled out of that project. And then the last project is one that is our project, Waena BESS battery energy storage project, 40 megawatts project. It is right now in front of the Public Utilities Commission awaiting approval. We think if the approval comes sometime in this year that it can be in service maybe by 2025.

3

[New Slide, 11:43] So those are the projects we know about right now. We're right now in the midst of a competitive bidding project, uh process for more variable renewable projects utility scale. So we're seeking solar, wind, batteries; we're seeking 40 megawatts of firm renewable, meaning something like the Mā'alaea Plant except that it would run on biofuels or something that would be counted as renewable. We're also hoping that people will take advantage of what right now is the program called "Battery Bonus," which basically pays you to put in a battery with your solar panels and we're hoping that we'll get 55 megawatts of new rooftop solar and batteries put in within the next several years. We really want to get all of this online by 2027 because as you saw from the schedule, we want to make sure that we have new resources ready to go in the event that the Mā'alaea units start having to be shut down. As I said, there's a competitive bidding process right now underway for the renewable variable projects. That will close next week and so we'll know fairly soon how many projects are fit into that and we have our fingers crossed that there'll be a lot.

[New Slide, 13:07] This is a project that we are looking at right now. This is our, what we call our Waena Renewable Energy Center. This is a site that the company has owned since the mid-90s conveniently located across from the Central Maui landfill. So next time you're out there, take a look, we're right across the street. What we're thinking that we will do is propose small biofuel generators that would go in that site that would, as Kūhea was talking about, provide a backup for renewable resources when they're not available, solar and wind. So it isn't something like the Kahului Power Plant or even Mā'alaea where it's expected it'll be on all the time, it'll just be on as it's needed. And these are new, fast-starting flexible fuel units that can ramp up and down depending on what the need is at a given point in the day. With that also as I mentioned are our proposed 40 megawatt battery energy storage system that still before the PUC for approval. And on that site there's also room for solar and so we're looking at doing probably a small solar array sometime in the future. Benefits of this project would be that if we can get that backup firm renewable energy on the grid we can get more renewable energy on as well, because then we'll have that backup. This will enhance our reliability obviously because it will help keep the lights on because we'll firm generation available as we need it and it will also support our decarbonization goals because these units will run cleaner, they'll run less often and they will produce less greenhouse gas emissions than the existing. Hoping to get all of this online by the end of the decade or sooner. Advantages of this site and also the technology, as I mentioned, fewer emissions, less run time, multi-fuel capable as possible. These could even potentially run on hydrogen someday if that becomes commercially available. Very low water consumption, small modular units. Site benefits are unlike our other facilities, it's outside the Tsunami Inundation Zone, it's close to five miles away from the closest residential area and it's already zoned heavy industrial.

[New Slide, 15:47] New projects as part of our of our – oh, this is you! Come on up, Kūhea. Sorry, I was getting all carried away here.

4

ASIU:    Many thanks, Jim. Can you hear me? Alright. Thanks, Jim. All right, so a new component of this stage three RFP is community benefits. And so this would entail community benefits package that all developers will need to include in their proposal and we will be doing that in conjunction with stakeholders to understand what the needs in our community are and help ask them for their help to develop a process that helps us to develop relevant criteria for dispersing those funds and to make sure that they are spent as they were intended to. Our proposal will focus on benefits that address equity issues and low to moderate income residents.

[New Slide, 17:02] So next steps for now is we want to keep you updated. We would like to have more regular community updates and even community meetings like this, and we're hoping that you're going to help tell us what works for you. How do you like to stay informed, how do you like to, do you like to receive email, do you like to be invited to meetings like this? We welcome your input. It's really exciting to have people in this room again. The last time we did that was three years ago, March 2020, and I think it was a week before the world shut down. And so we're very happy to see all of you here and all of you at home as well.

[New Slide, 17:44] Okay, so at this time I'd like to bring up our folks to help answer your questions, so if Jim will join us here. And we have another Jim, Jim Hayes, who is with Planning Solutions Inc. and also John Mauri, who is our Hawaiian Electric Director of Generation. And just as a reminder, you have three different ways you can submit your questions. Even if you're here in the room, you can email your questions to WaenaMaui@hawaiianelectric.com, you can text them at (808) 268-2808, or jot them down if you're here on a comment card and then Brandon in the back there is going to come around and collect your cards and hand them to us up front, and he can also give you a blank card if you wish. So with that, let me make it to my other post there and we'll get started.

All right. So our first question is: "Will the base rate for electricity be based on market oil prices when the overnight rates are increased in 2024?" And I'm going to ask Jim Kelly to answer that question.

KELLY:    Thank you for that. And just so you know, questions on any topic are welcome. So I think you're talking about the time of use rates, which are about to be rolled out in a pilot program that will start on July 1st and if you're lucky enough to be selected for the pilot program, you'll get a note the mail or an email saying, hey, you just got selected at random to participate in our, it's called "shift and save" and it's, if any of you are familiar with time of use rates, they use them some places on the mainland. It basically provides and incentive to use more electricity during the day and to avoid using electricity during the peak from 5 to 9 p.m. And then at night time, it's not as much of a, I guess, disincentive rate at night, but essentially during the day the rates will be half of what they are right now, so about 20 cents a kilowatt hour. So if you can figure out how to use all of your electricity in between 9 in the morning and 5 p.m., you're going to be ahead. From 5 to 9 p.m., which is the peak, that's when rates are going to up to around –

5

and these haven't been officially set yet, this is a Public Utilities Commission program they've established, we're the ones implementing it – the evening peak is going to be around 60 cents. So it's going to be pretty expensive to make that pot of chili that you were really wanting to have when you get home from work.  And at 9 o'clock, it goes to the evening rate and right now the evening rate is roughly the same rate as the regular residential rate right now. People can opt out of this program if they don't want to be in it. You don't have to be – again, this is a pilot, it's only going to be about four precent of our customers who are going to be in it. We're going to do it for a year. And then the Public Utilities Commission is going to decide based on the feedback and the data that they collect, how to roll this out to everyone potentially in 2025. And it's really important, I hope people if they get picked will give it a try, see how it works. That's the whole idea is to try this out for a year as a pilot and see what tweaks might be made to make it work for people so that's roughly – and within the next two weeks we're going to be doing a lot more communication around this just so people know that it's coming, people getting the notifications probably the end of April and then the program pilot will start on July 1st. But again, it affects a relatively small number of customers. It's not everybody. So it's going to be at least another year and a half to two years before it rolls out more broadly if the PUC decides it's what they want to do.

ASIU:       Thanks, Jim. So for those of you in the room if you would like a blank card or if you have a completed card, please just raise up your hand and Brandon will come around and help you. Okay. So let's, the next question – I think this is also going to be for you, Jim. "You've mentioned two Wanea projects, one was the solar project and the other was the BESS project. Where is the former one located?"

KELLY:      Oh, they're all on the same site. It's about 50 acres, so at the front of the site is where we're assuming that if we go ahead with this small firm generation project, it would probably be toward the front. Battery would be someplace kind of in the middle, is that right? And then there's room in the back then for a solar array if we decide to do that and that's approved.

ASIU:       Okay. This next question I'm going to ask John Mauri to answer. "Which of the renewable sources are most efficient?"

MAURI:      I think that – yeah, I couldn't, I mean, I couldn't really tell you between solar and wind which one is more efficient.

ASIU:       Anybody else care to – Jim Kelly? All right. So this next question for Jim Kelly. "Is there more win –

KELLY:      I was hoping you could take up a little more time with your answer.

ASIU:       "Is there more wind generation in our future?"

6

KELLY:     It's hard to say. The RFP calls for every kind of variable technology so it's conceivable someone could bid in wind, it's, it's technology agnostic so it's possible that wind could be bid in.

ASIU:      So this might be a tough question as well, Jim, but: "Which renewable resources are most cost effective?"

KELLY:     Most cost effective. It's kind of a matter of, it's a matter of timing and a matter of how often it's on. Solar, which a few years ago before the pandemic was by far the least expensive utility scale renewable that was on the grid here on Maui or any of the other islands by far, but since the pandemic and a lot of things in the world have changed, everything is more expensive now and so solar is more expensive than it was three years ago. And I think that's one of the things we have to communicate to people that, while solar is still competitive and while it's still efficient and it's still really the backbone of a lot of our renewable progress, it's not as inexpensive as it was a few years ago. So if people are expecting project that are going to come in at nine cents a kilowatt hour, which is what they were, they're not, we're not going to be seeing that anymore. And in fact several projects on Maui and the other islands, the developers who have a contract with Hawaiian Electric to deliver at a certain amount that was negotiated back in 2020 have come back and said we can't do that project anymore for that price. And some of them have taken themselves out and are not going to do projects. Some of them have gone, we've gone to the Public Utilities Commission and said okay the developer wants a little bit more here to cover their added costs and sometimes that's been approved by the PUC and sometimes it hasn't. So, I mean, we're in kind of a world that is very different than we were a few years ago and the results of this latest request for proposals could be, I think, very different from what they were a few years ago.

ASIU:      Thanks, Jim. Back to John. "What are the plans for Kahului Power Plant after retirement of the generation units and what are the plans for the retirement of generation units at Māʻalaea Power Plant?" And the question of, "Just the Mitsubishi units by 2027?"

MAURI:     Yeah, so concerning Kahului Power Plant, again retirement is presently looked at as 2027. Again, there might be an available extension based on some environmental permits or concerns, what not, but after those units are retired, units three and four, which are the largest units, at Kahului are going to be converted to what we call "synchronous condensers." You know, and for those that aren't familiar, synchronous condensers will essentially provide that component of electricity that solar and wind may not be able to provide that conventional generation does. So there's, yeah, I'm going to say there's several other pieces of electricity that come in that conventional units provide. When we go to inverter-based generation, it has to be supplemented, mainly voltage support, some fault current and those types of things. So the two units as Kahului will be converted and they'll be run as needed depending on what the mix on the grid makes sense. Yeah, essentially it's not a generator anymore, it'll be synced to

7

the grid which means there'll be a component, the generator will be spinning with the grid but there will be no horsepower put into the system. But we can adjust the voltage on those generators to provide components that are needed at the time they are needed for the grid. Hopefully, that makes sort of sense. Um, the other question was, Māʻalaea?

ASIU:        "What are the plans for retirement generation units at Māʻalaea Power Plant, just the Mitsubishi units?"

MAURI:       Yes, so presently the Mitsubishis are being identified as going to be retired units. And again, as Jim mentioned earlier, specifically due to parts concerns. We have contracted parts up until about 2027-28 right now assuming the overhauls stay within the scope that we're expecting. We feel we have enough parts to get to that point, however, the situation with the manufacturer is such that we will only find out whether we can get parts or not when we request them. So there's no such thing as these parts are not available when we request them they'll come back to us and say we can or cannot furnish the parts. That's the difficulty. So as far as best plans go, those units are being looked as retiring. The exact date has not been set yet, which again, you know, in the next year or two, we're going to drive them a little harder and probably come up with a date where we feel can still run the units and maintain them but after that point we have to, you know, not rely on them anymore. So those are the main units at Māʻalaea. The rest of the units are still looked at as being operational and, again, for those situations where, you know, solar or wind and whatever the mix is on the grid is not adequate and maybe batteries haven't been charged where we need them, then those units could be started up to fill in those gaps. Similar to what [_____] has been projected for. So strictly as, you know, as start-stop type units. That's the long-term picture for [____].

ASIU:        All right, thanks John. I want to thank all of you for the questions that are coming in. We have some from the room, but also coming in from over text message and email so thank you all for the great questions. Maybe we'll have one for you, Jim Hayes, but for now this one goes back to Jim Kelly: "If more commercial and residential solar power is needed, has there been talks of opening back up heat and tariff and net energy metering or [___] programs?"

KELLY:       That's ultimately a decision to be made by the Public Utilities Commission. The battery bonus program, the one that I mentioned earlier, was seen as something that, so it's basically you get paid for putting in a battery with your solar and from that peak period from, I think it's from six to eight, you're basically saying I'm going to provide my own electricity or I'm going to feed the grid so it's a contract between Hawaiian Electric and the owner of the system. And that is seen as a real powerful incentive for people who may have been putting off solar or people who already have solar either expanding it or putting batteries in with it. But ultimately, the policy decision about that energy metering and any other programs is made by the Public Utilities Commission. I also just wanted to add something to what John said because I want to be, you know, I want to make sure people

8

understand the, when he's talking about '27 or '28 for potentially shutting down the Māʻalaea units, the best case scenario for building what is the easiest kind of renewable project, which is a utility scale solar with batteries, is five years if everything goes perfectly. So if we started a project today it would be 2028 before it was up and running, which is part of the reason we're having this discussion tonight. We want to make sure that we're figuring out ways to get some new resources available and get them in the pipeline, get them online so that when we do reach '27 and '28 and we're talking about closing Kahului and we're turning off the machines at Māʻalaea that we have the replacement resources lined up. We can't wait until 2025 or 2026 and say, oh boy, we're running short we better start building some things because it just doesn't happen like that.

ASIU:       All right. Thanks, Jim. I think that just drives home the point that we are the most isolated place on the planet and we cannot rely on anyone else or plug in anywhere else to get what we need, so this advanced planning is really key as well as your input. On this next question I think I want to pass it to John, but I think Jim may also have something to add.

KELLY:      Why don't you warm it up, John.

ASIU:       Okay this question is: "You mentioned encouraging many homes to install batteries. Which would be more cost effective, thousands of batteries on individual homes or a central large commercial batteries operated by the utility or a third party?"

MAURI:      You give me all the tough ones. I think, generically speaking, I would probably say utility scale batteries would be more cost effective, and again, I speak from, you know, it's a generic statement because if everything's in one spot control wise it's a lot simpler, infrastructure wise a lot simpler. If you take that one utility battery, we'll call it, and cut it up into a thousand pieces there's a thousand bits that we have to control and manage so, you know, that's it for my mentality, I think, you know, home-sighted batteries would probably be a little more expensive for us to operate and maintain. But again, that's just kind of a generic statement because scale generally leads to a little more cost effective solution, generally, generally.

ASIU:       Jim, anything to add?

KELLY:      Nope.

ASIU:       All right so you can pass the mike to Jim now. "Do you have an estimate of the increase in demand due to EV, electric vehicles?"

KELLY:      All right, I'm going to have to talk about the integrated grid plan, which we just came out with a very lengthy but really interesting report that is a, the product of years-long engagement and research where we're trying to look at what the demand is going to be over the next 30 years and what's going to, and what we're going to need to meet that demand. I think we are probably on Oahu and Maui

9

and Hawaii Island looking at the demand for electricity probably doubling from what it is today to accommodate not only electric vehicles but also the electrification of the cranes down at the Port, there's potentially aviation, inter-island aviation. I think we're taking a pretty, I don't know, is it liberal or conservative, I think we're assuming it's going to take a lot as we move toward electrification. Now one of the things that we're really hoping to do and really counting on is the effect that energy conservation and energy efficiency can add to the, we talk a lot about generation, but we really don't want to lose sight of energy efficiency, that if people use less electricity, that if our homes and our cars and our businesses become more efficient and we don't have to generate as much electricity, that's going to be great all around. And I think it's, a lot of people think, well we've already done what can be done with efficiency. And that's really not true, there's still a lot of work to be done in that area especially in the industrial applications. So yes, all the assumptions that we're making assume a broad electrification of transportation especially on Oahu, Maui and Hawaii over the next 30 years.

ASIU: All right, thanks Jim. The next question is a really great question we get asked this a lot where folks assume that we own all the renewable projects that they see up there, which we do not. So the question is: "Why doesn't Hawaiian Electric own the renewable projects?"

KELLY: That's a policy decision that the Public Utilities Commission has made and which we think, frankly, has made a lot of sense over the last 25 years as we've brought in more investment, more capital into the state. I mean these are these are projects that big companies elsewhere are financing and that's, that's a good thing. They're creating jobs. This isn't putting all of the financial risk onto our company, which is, is a good thing. It's spreading around the, the different kinds of technology that are offered in for these competitive bids. It's opening it up – it's, it's all about competition. If the utility, which is what happens in a lot of other states, the utility just builds everything. And while that has to go through a regulatory process, by doing these requests for proposals, these competitive bids, the idea is to ensure that you are getting the best price, that everybody's coming to the table with their pencils sharpened and when they're bidding in with the solar project, wind project, whatever it is, that they're making the best case they can from a financial standpoint, from a technology standpoint, from a community standpoint, which has become very much a big part of evaluating new projects today as Kūhea touched on. You can have a terrific project at a terrific price today, but if the community isn't involved in it and the community benefits aren't very appealing, then that project probably isn't going to get selected. So that's kind of a long answer, but that's why we don't build everything.

ASIU: Thanks. I'm gonna ask John this next question: "What is the source the biofuels that we use?"

MAURI: The biofuels we use today is actually from Pacific Biodiesel so you know wherever they source it. Typically I think it's locally. Moving forward, if we go to

10

full-scale biodiesel, it really comes down to the market. If we go to Pacific today or a lot more, I don't know that the supply is there. So they would either source it or we would go out like our other fuels and go out to the market and see what, who offers the best price.

ASIU:   Okay thanks. I think you pass it back to Jim again. "Why not include electric vehicles in the battery bonus program?"

KELLY:   I think at some point – again, these are not decisions that the utility makes, these are decisions that the Public Utilities Commission makes – but I think it's a matter of technology. At some point, I think we've all read about cars potentially being used as batteries. I see there's a slick Ford Lightning out in the parking lot. I've seen those ads where you can power up your house off of your truck at some point. I don't know if the technology is there yet where it can be used that way, but I know that one of the things we're assuming in the future is that it could be a battery bonus kind of a situation where we would be able to draw power from your vehicle during the peak if it's parked in your garage and it's full and we can take it out during the peak and then while you're sleeping we can put it back in and we'll pay you for that transaction. I think that is something that we will see.

ASIU:   Okay, Jim the next question pertains to something we were talking about earlier, TOU.  "How will the time adjusted rate affect net metering?"

KELLY:   [Laughing] We just had a really, we had a lot of questions around that the other day just among our employees and I think I am going to, I think I'm gonna have to take a pass on that because I don't want to answer it incorrectly. People who do have, part of the pilot program is to make sure that everybody who's in it are kind of different kinds of customers and so there will be people with rooftop solar that are in the program, there's going to be people with EVs in the program. So we want to see how they behave differently when they're on these time of use rates. I, I think I'm gonna have to wait until we put out, because it is complicated, it's, it's basically the question of, okay, during the day when you're, you're producing electricity are you going to be able to, are you going to get compensated at the NEM rate are you going to get compensated at the lower daytime rate. I don't know exactly how it works, so I'm going to pass on that, but I can guarantee you that that question and the correct answer will be on the Hawaiian, Hawaiian Electric website once we kick off this program.

ASIU:   All right, so this next question I think John does know a lot about and so I'm going to pass it to you. "Why not geothermal?"

MAURA:   Not just specifically for Maui? As far as I know, there has not been identified any solid source of geothermal on Maui. Again, I may be wrong, there may be new things coming up, but presently that that's where we're at.

ASIU:   Okay thank you. Back to Jim again. "When will all Hawaiian Electric customers be required to adopt smart meters?"

11

KELLY:     You don't have to have one if you don't want one. I think that's probably going to be the standard policy of Public Utilities Commission going forward. I worked on Kauai before I worked at Hawaiian Electric and that was, we had Smart Meters back starting in 2013 and that was the policy there, that if you don't want one, you don't have to have one. But on Kauai they also then began charging people a monthly fee to have somebody come out and read your meter so there is, at least on Kauai, there's a cost associated with that and I think that's probably something that the PUC would look at here. And, I mean, just to be, if the question is related to time of use rates too, I don't know. I mean, some, I know there's been some people who are concerned about time of use rates because they've heard, I think they've gotten wrong information about it, and I've seen this online where people just said well don't get one of those advanced meters and then you won't have to be on time of use rates. The advanced meter is what makes time of use possible where you can see everyone's use during the day where the old meter you can't, you basically get a reading of at the end of the month and that's it. But ultimately, and I'm not, don't think I'm speaking for the PUC here, but people will be able to opt out over the time of use program but it will not be a rate that is like the regular daytime or regular rate today. I mean the idea is if they go forward with this program, they really do want people to use these rates. And so just not having an advanced meter is probably not going to mean that you will never have your rate changed from what it is today.

ASIU:      Okay thanks and there's a second question here: "When do you expect that existing programs that have export rates will be adjusted? Example, CGS currently at 17,000 and cost is at 12.17 per kilowatt hour.?"

KELLY:     As part of the, so the Public Utilities Commission for the last couple of years has not only been looking at their time of use rates pilot, but they're also in the process of making changes to the existing called DER, distributed energy resource programs, which are, involve rooftop solar. And there is a docket that's open right now on this and I believe there are some changes that are coming later this year having to do with those programs, whether it's CGS or CGS plus, and I know that there's, there's work being done right now and that there probably is going to be later this summer, there'll be some more information on that.

ASIU:      Okay this next question is for John. "Has Hawaiian Electric considered replacing Mitsubishi, Mitsubishi generators with U.S. aircraft carrier and submarine nuclear generators? Both naval vessels are human safe for our sailors. Why not use to provide firm power for Maui County?"

MAURI:     Well I guess the short answer is nuclear generation for the utility side anyway on land is not allowed to do in Hawaii right now. It's one of the few sources that Hawaii, I guess, state rules, state law, we cannot develop right now. And that does not include subs and aircraft carriers. They're portable power, if you want to call it.

12

ASIU:   Thanks and hold on to that mic. "Are we in a situation where we may have blackout at times and, if so, if a homeowner has a battery will Hawaiian Electric take electricity from the homeowner's battery?"

MAURI:   So today we're, we're really not in that situation. You know, like, I think Jim was sort of describing is that, you know, come 2027 worst case scenario if we don't get what we're looking for through the RFP, if the Mitsubishis we cannot maintain them, in the worst case on everything, yeah, that is potentially what can happen. But I said for today, that's really not the situation. And that's what we're trying to prevent. Part of, what do you call it, part of the competitive bidding framework that the commission has in place is that we are responsible, for reliability and, again, part of that framework is we come up with what we call contingency plans so if the RFP fails, let's just say in every aspect, we don't get what we're looking for as a company, we are responsible to come up with a solution. So again, we're watching RFPs depending on what comes out of it, what it looks like, we will be in the background looking at what else we need to do to supplement what has been received through the process and come up with a solution so we do not end up in that situation. So does that answer the question?

ASIU:   Right if I could just put Jim Hayes on the spot just for a minute. If you could just for like 20 seconds explain the work that you are doing with us and then you may get some questions for you.

HAYES:   Yeah, people are probably wondering why I'm here. I'm an environmental consultant, planning consultant. I assist Hawaiian Electric with planning and permitting for projects throughout the islands and the proposal that we've been talking about at Waena is one of those projects. And that project will require certain permits and certain approvals to be acquired before it can move forward. And so if there are questions along those lines, I can try my best to answer.

ASIU:   Okay thanks, Jim. All right. I think John can take this next one. "The Kahayava Wind Farm was installed almost 20 years ago. What is the plan for that wind farm in the coming decade?"

MAURI:   Yeah, so I think Kahayava I, the contract expires, I believe, 2025. I maybe a little off on that, but they are being asked to participate in this RFP, variable renewable energy RFP, to renew their contract or propose, you know, their pricing structure and such. And then they'll be looked at with all the rest of the proposals to see if the pricing is, you know, the lowest, best, and all those criteria. And I suspect moving forward, any existing contracts that we have that that are looking for a renewal or want to continue operation as the expire will kind of go through that same vetting process to make sure that the pricing is appropriate for what's available, you know, at that given time.

ASIU:   Our next question is for Jim Kelly. "On Oahu we already see that the plant in Eva has been mapped and energy credits of an additional 10 percent are available for

13

investors. When do you see that the Maui shutdowns will be recorded so that Maui investors can receive the additional 10 percent credit?"

KELLY:     I need some help with that. That's the question. I have a plant, 10 percent credit.

MALE:      So on the ARCI guidelines, they show maps of all the areas and so the shutdown of the above plant is already in, so the areas surrounding it are available for an additional 10 percent energy [_____] –

KELLY:     Oh, you're talking about the coal plant?

MALE:      [_____]

KELLEY:    Oh at Campbell Industrial Park. Okay.

MALE:      So these ones are going out and they get registered in the ARCI then the areas that surround them, will also developable at the same energy credit.

KELLY:     Okay, well, that would be something that if I were a developer that was looking at that area and it is an industrial area – we already know that there's one potential developer who's interested in that, that has talked about a proposed project there – so we're assuming that, again, when these, this RFP that we're talking about it's for Maui and Oahu and Hawaii island. So there will be projects on all three islands that over the next, the bids are due on April 20th and then sometime maybe the over summer there'll be more information put out in those and that's for a firm renewable project. That's something that can run on a renewable fuel which could be biodiesel, it could be, like we have on Oahu H-power runs the trash, and it's also from the variable.

MALE:      I think the question was different from that.

KELLY:     Okay.

MALE:      The question is when do you guys plan on certifying with ARCI that their plants will be shut down here on Maui so that they, the surrounding areas will be eligible for the additional credits? The electric company has to put down that they're shutting down plants, and then the government has to accept that update in the forms that the investors are able to get the credits.

KELLY:     Okay, so the question is, when would we be certifying that the plants that we've talked about here, when would they be shutting down?

MALE:      Exactly.

KELLY:     That is a process that probably wouldn't happen for probably for some time because both of Kahului where we're looking to see if we can extend the air permits and then as John pointed out we're still going to use the plant for synchronous condenser so it isn't like it's going to be bulldozed and then

14

|          | Māʻalaea will it is still kind of an open question, so it probably wouldn't be for some time. |
|----------|---|
| ASIU:    | Okay this question is for Jim Kelly: "Because of the difficulty having developers honor their RFPs at its price has HECU considered engineering these systems in-house ready for permitting and open up these plans for bid?" |
| KELLY:   | I think the question is, is, you know, why don't we kind of do all the groundwork and then just be able to offer that up to developers to take so that some of the work has already been ahead of time. This is a process that is overseen pretty closely by the Public Utilities Commission to make sure that no one has a competitive advantage, including, especially the utility. I think that is a potential change in how projects could be done in the future and, just to be clear, this RFP we keep talking about this is for right now and this year. I'm just about certain there's going to be another one next year, there's going to be another one after that up through 2045 and beyond. We're going to be doing these procurements year after year because we're going to have things that retire, we're going to have new technology that emerge that we're going to want to make room for and get them on a grid. So this isn't kind of a one and done sort of a thing. I think we're also, this the third large-scale procurement that we've done in the last four years and we're learning new things that we do each one. I think what is being described and asked about is certainly something that could be looked at in the future if it makes things go faster, if makes things more efficient, if it makes the prices get cheaper for the customers. I think those are all things that our regulators will take a look at. |
| ASIU:    | Okay so this question is about unions versus private sector: "Why are the union contractors mandatory for these projects when the private sector may be more cost effective?" |
| KELLY:   | I don't know that they are mandatory, if the union labor is mandatory. I know that in this most recent RFP that I think you can get extra points if you pay a prevailing wage, I'm not sure it has to be union labor. |
| ASIU:    | I think this next question is for John. "Are there monies available through the IRA Act or Infrastructure Act to fund needed modifications or improvements at Māʻalaea Power Plant?" |
| MAURI:   | I'm not sure that that's a John question. |
| MALE:    | I do not know – |
| MAURI:   | He says it's a John question. |
| MALE:    | I'm not sure certain parts right yes |
| MAURI:   | Can you run the question again? |

15

ASIU:      "Are there monies available through the Infrastructure Act to fund needed modifications or improvements at Māʻalaea Power Plant?"

MAURI:     Yeah, so I guess you're right. If we look at it that way, as far as, you know, we need to find monies to do improvements in Māʻalaea that that's really not the issue or the concern. We are constantly doing changes to Māʻalaea. We've been doing it ever since variable renewable power has been introduced and brought into the grid. Essentially the first Kahayava Wind Farms that came in, we modified you know how low our gas turbines can go, we've modified the boilers over there so that they can function, you know, a faster ramp grades, those types of things. Yeah, if it's concerning the Mitsubishi units, again, it's, it's not truly a financial issue, it's a supply chain type issue. Yeah, so again, there may be funds available, there may not be, but that's not really a hold back on what we're doing to modify Māʻalaea to accept more variable renewable energy on the grid.

ASIU:      All right thanks, John. Next question is for Jim Kelly: "How can tourists or the tourism industry pay a larger share to fund Maui's future energy needs?"

KELLY:     That sounds like a John question. Or Jim, other Jim question. I think tourists can do their share by, as I talked about earlier, energy efficiency and being mindful of how much they use while they're here. I don't know that, that isn't something that Hawaiian Electric has looked at.

ASIU:      Okay thank you. This next question I'll say the question and you can decide who can best answer it. "I think we have a mutual agreement with California. Have you been observing them? They have had numerous blackouts. What if anything have you learned from their mistakes?"

KELLY:     Go ahead.

MAURI:     I don't know if I would call it their mistakes. I think one of the things that that comes to mind is, you know, the fires in California. We have looked at that. We have seen issues and I think those of us in Maui did see, let's say several years ago, there was a fire in the Central Valley. So if you want to take looking at California and learning lessons, the fires have actually had us take a look at the plants in hardening them, in a sense. You know make sure that the areas are clear around them. I know there's a lot of work being done with the energy delivery people as far as, you know, the poles, infrastructure, those types of things, and then really looking at, so to speak, hardening them for when a fire comes through so that we don't lose all the poles in those areas. And so I mean if there's a lesson learned that's, that's really the one that comes to mind for me.

SAC ¶ 250

ASIU:      Okay, thank you. Jim Kelly: "How do you expect the inflation-adjusted rates to change in the future with all of the upcoming changes to the generation?"

KELLY:     Obviously the bill impact is something that we look at very closely for all of our projects and also for the work that we have to do to maintain the system and ensure the, the that we're still able to keep the lights on. I think the, the when we

16

talk about competition for generation resources that's, that's got to be on the top of the list. It's how much is it's going to add or reduce people's bill by having this resource on the grid. I think we're all disappointed about the last couple of years and how you've seen prices go up and the impact of that is having on especially renewable energy projects that reliably when we put out the news release about a new contracting sign that everybody's bill would be going down a couple of dollars a month as a result of this coming online, and that's not the situation that we're, we're seeing anymore. But I think, and this is why I want to make sure people pay attention to the information that's going to be coming out on these variable rates, the "shift and save" program. Having people taking more control over how they'll use their electricity and having more knowledge about how they use their electricity can only help them manage their bills better. And I think there's going to be more opportunities for programs, especially for low to moderate income families, either through Federal funding or local sources where we're looking at ways that we can really close the gap between the people who are able to afford rooftop solar and batteries and the people who don't right now. There's a number of programs that I think are right around the corner that are, going to be we have our community-based renewable energy which is allows you to buy a piece of a solar program some place and it's, there's just a lot of interest and a lot of attention being paid to how we want to make sure nobody gets left behind in this energy transition, it's really important. And that's why community benefits are also part of these new packages, projects that are going to be proposed this is money that is based on how large the project is, it has to be committed to go back into the community for the length of the project, 20 years usually. And it's something that the community has to decide this is where this money is going to go, and maybe it's going to be used to buy five panels of rooftop solar for folks that are you know at a certain income level, maybe it's going to put batteries in people's houses. I think we're right on the cusp right now of seeing ways that we really close the gap between people who have different means and so everybody can get something out of this transition.

ASIU:        Thanks, Jim. So we have our first question for Jim Hayes, thank you. This one came in by text message: "Is a special use permit required for Waena? What are the main permitting challenges facing that project?"

HAYES:      Yeah, it's a good question, thank you. Waena is an interesting situation because Hawaiian Electric has owned the site for quite a few years and previously proposed to build a larger generating station on that site. And the site was selected after considerable community consultation. Sites were considered all around the island and that site was selected. And then once the project was proposed, an environmental impact statement was prepared, this is in the mid-1990s, and based on the merits of that analysis the county and the state changed the zoning of the Waena site. So the Waene site has become part of the urban district at the state level and it is in the industrial district at the county level. And therefore there's no requirement for a special use permit, which is a permit if, if the project was still in an agricultural zone it would need, but that's no longer the case. And then there are permits that will be required, but they're relatively ministerial in nature, so

17

we'd be looking at a covered source air permit, we'd be looking at, you know, historical review, grading permits, things of that nature, as well as NPDS permits. There'll be a fuel storage tank, so there'll be a need for a bulk fuel storage tank permit that is issued by the fire bureau. So it's those kind of permits that will be required. Now if this project does move forward selected through the PUC process, then Hawaiian Electric has committed to do activity above and beyond the requirements to keep the community informed and work through a process with the agencies in the community related to potential impacts and the community benefit program may feed into that in some manner. So if this project does move forward, you will be hearing more about it even though certain permits have already been obtained.

ASIU:    Okay thanks, Jim. I'm sorry if you answered this already, but does the Waena project require building permits like the other solar and wind facilities that were built on Maui?

HAYES:   Yes. So there will be building permits required. There will be grading permits sort of those standard types of permits. In some other counties those are not required, because this will be a high voltage installation but nevertheless there will be certain building permits. Things related to storm water runoff, things like that that are part and components of building permits.

ASIU:    Thanks, Jim. I just want to take a quick commercial break to say that this address that you see up here, WaenaMaui@hawaiianelectric.com, that is not just for tonight. It is ongoing. We welcome your questions after tonight and also this engagement here is really important to us and we really do want to hear your thoughts about how you want to be kept informed, how often, and do community meetings like this help you. And it's not something we have to answer up here with the panel, but if you want to email us later and let us know. And with that we'll go to the next question to Jim. Jim Kelly: "Are there –

KELLY:   She's just getting warmed up.

ASIU:    "Are there any federal tax benefits that would influence the decision-making by Hawaiian Electric in selecting various generation or storage technologies?" And there's a second part: "What about federal tax advantages or impacts on the various pricing structures.?"

KELLY:   My understanding, and this is not my area of expertise, is that with the contracts that I've seen, that previously that the developers that basically that rolls into the competitive pricing that they get some kind of a tax benefit that they're, they're most of them are committing to put that toward the price, the delivered price, to Hawaiian Electric. And I think that's a question that the Public Utilities Commission usually asks, and so I believe that is considered as part of what they're, I think, a project that, that gets bid in and decided, well no, we're going to keep all the tax benefits ourselves, that may be at a competitive disadvantage.

18

ASIU:         Okay thanks. Next question is for John: "Is the longevity of Māʻalaea tied to the spare parts of issue but also is it being in the tsunami evacuation zone?"

MAURI:        Well the longevity of the Mitsubishi units is definitely tied to a parts issue. The remaining units, you know I guess, it would be somewhat tied to the tsunami zone but really where we're at right now is the units that we have there we will continue to maintain as they're needed to support the grid you know as time goes on. So again I think as Jim said earlier, there is no real plant retirement specifically to the Māʻalaea Generating Station because they do appear to continue to serve a function as far as when the resources on the grid may not be available, you know, again periods of, you know, long duration cloudy weather, limited wind resources, that type of stuff, and then those units would be brought online to fill in those gaps.

ASIU:         Okay, so at the moment I don't have any further questions, but we'll wait a minute or so to see if any more come in, but at this time I want to thank [akaku] Maui community media for being here. They are with us with every meeting we do to make sure that people can tune in even if they can't be here in person, so we really appreciate the services they offer to this community. Also our panelists, John Mauri, Jim Kelly and Jim Hayes, and also the team helping behind the scenes because we can't do it by ourselves. So thank you very much to everybody and all of you for being here and everyone watching from home, we really appreciate all the questions. Really, really good questions and I appreciate them because I think the questions you're asking a lot of other people are probably would ask the same questions so you're here asking it for them so I really appreciate that. We have one more question coming in so [_____] is back there furiously writing so we can take a minute.

KELLY:        I bet it's for John Mauri.

ASIU:         Probably it's icky sometimes though probably.

KELLY:        Yeah, probably complicated so it's [_____].

ASIU:         Let's just give it to him anyway. Oh okay, so it's actually for you Jim, sorry. "Please indicate which community would receive the benefits from the Waena BESS solar site."

KELLY:        Oh, that's a great question. So part of the process is, and what's interesting about that project is, it's kind of unlike other projects and ones that I'm familiar with on Oahu, where there's a, it, you know, within five miles of the project there's, there's communities and neighborhoods and you can pretty well map out who would be most directly affected by the operations of the plant. This plant is, the only neighbor is the landfill and so it will be ultimately up to the community and that community is going to have to, we're going to have to figure that out. We're planning that we would meet with community organizations to talk about, okay, well where should these benefits where would they best be used. The good thing

19

about the site is that I think that the benefits can be put to where they're most needed and maybe a community that isn't necessarily right next to the plant. But ultimately it's up to the community to decide what the needs are, who should be getting this money, how it should be paid out, what it will be used for, what needs it's, you know, meeting. And it's a new process for us and for all developers to go through this and we think it's actually going to be a pretty interesting and exciting process. This is not a Hawaiian Electric decision, this is a decision that will be made by the people in the community, and we'll will help and we'll certainly be there at the start to help round up the interested folks who are going to help make those decisions, but ultimately it's going to be the Maui community that's going to decide who's going to benefit from this and how that money is going to be spent.

ASIU:    Thanks, Jim. And just to clarify the question was about the Waena BESS and so the community benefits wasn't a part of that RFP, but it is for this current one, the stage three RFP. So a community benefits package will be a part of the pending proposal going in for this RFP and, yeah. So everything that Jim said is –

KELLY:    And not just our project, every project –

ASIU:    Right.

KELLY:    – that gets bid in, there's going to have to be a community benefits. There's also a communication component. They have to commit to communicating regularly with the community and meeting with the community and that's, that's something that's evaluated along with the price and the technology and the location. So we really think that's an important step forward.

ASIU:    Right. So I'm not I don't think we have any further questions coming in, but I was just curious, how many of you are joining us for a meeting for the first time, anybody? All right and the rest of you have been here with us for other meetings? All right. Well, we appreciate everyone and we hope that you're gonna come back time and time again. And of course we feed you. Please take some food home with you too, and uh I'd like to give the panel, at least Jim, would you like to say any final words?

KELLY:    I just want to say, Kūhea, thank you. Great job.

ASIU:    All right. So I guess with that the questions don't have to end after tonight. Please feel free to email us, and we will work with our team to make sure that you get an answer to your questions. And all of this that we are collecting, all Dave, that's sitting next to me helping with our notetaking, thank you very much Dave, very important job. And all of these questions and comments will become part of our application, so that is really important and that's why we asked you to write your questions down or send them in a way that's written because we want to make sure that we get that questions just right. So with that, I want to thank everyone for being here again tonight and thank you very much.

20

21

[END OF VIDEO]