# Exhibit 19

Open in app ↗                                    Sign up    Sign in

 Medium    Search                    ✎ Write

# Fire prevention is everyone's business

Hawaiian Electric · Follow

3 min read · Oct 27, 2021

by Shayna Decker | Oct. 27, 2021



When I learned National Fire Prevention Month was in October, my first thoughts were around preparedness at home: Are the batteries still good in our smoke alarms? Does my family know our escape routes in the event of a fire?

It was a helpful reminder to run through <u>fire prevention safety tips</u> to ensure my family is protected. I also took a look at our Hawaiian Electric <u>Handbook for Emergency Preparedness</u>, which includes a fill-in-the-blank evacuation plan to jot down our confirmed family meeting places and safe shelter options.

## Evacuation Plan

Consider what actions you and your family will take if an emergency forces you to leave your home. Develop an evacuation plan with meeting places, evacuation routes, and safe shelter options for each specific disaster that could happen, and practice to prevent confusion during an emergency. Discuss how you will reconnect if you become separated and other communication methods are compromised.

Remember to practice the following tips to for a safe evacuation:

- Always follow the instructions of local officials.
- Be familiar with alternate routes and other means of transportation out of your area. Remember that your evacuation route may be on foot depending on the type of disaster.
- Establish meeting places that are familiar and easy to find.
- If you have family pets, identify pet-friendly shelters or other accommodations.



Fill in your evacuation plan below:

**Meeting Places**

Neighborhood meeting location:

Notes: _____

Out-of-neighborhood meeting location:

Address: _____

Notes: _____

Out-of-town meeting location:

Address: _____

Notes: _____

Notes:

PLANNING AND REFERENCES

58    59

Acting on fire prevention measures is something we can all take part in — residents, communities, businesses large and small, landowners and land management agencies. It's especially important considering recent forecasts of red flag warnings for our islands by the National Weather Service. The ideal combination of gusty winds, dry conditions and low moisture triggered these warnings along with calls to the public to cancel activities such as outdoor burning in leeward parts of the islands that might contribute to the start of quick-spreading wildland fires.

SAC ¶ 226

Even more so, recent reports indicated Maui County, where I live, is currently experiencing the worst drought conditions in the state. Because such drought conditions make our islands especially vulnerable to wildfires,

our company continues to do its part to reduce such risks, which can threaten an island's electrical system.

Such resilience work starts with proactive vegetation management around our electrical infrastructure and facilities on the five islands we serve. Other efforts include installing heavier, insulated conductors in areas prone to trees and large branches falling during high winds and preventing power lines from coming down.

We also partner with local safety officials and various wildfire organizations on protective fire breaks and risk mitigation across our service territory. This includes first-responder training workshops with our police and fire departments on electrical hazards during emergencies such as fires and downed power line safety.

Most recently, we provided nonprofit organization Malama Kahalawai with a $31,000 grant to restore an Olowalu stream corridor with native Hawaiian plants and trees crucial to wildfire mitigation. Funded through the Hawaiian Electric Industries Charitable Foundation (HEICF), the project involves the seeding, propagating, planting and monitoring of hardy and resilient species native to 14-acres of the mauna Kahalawai area or the West Maui mountains.

Chris Brosius, program manager for Mauna Kahalawai Watershed Partnership, explained establishing this "green belt" of native species is a prime example of how everyone can work together collaboratively to protect an area from unplanned natural forces. "Our native forests are under great stress from the impacts of invasive species, climate change, drought and fire. Improvements to this Olowalu stream corridor creates a healthier watershed, a more fire-resilient community, and a thriving native ecosystem from mauka to makai."

Similarly, <u>our recent donation to Kaala Farm</u> will help with wildfire prevention and mitigation in West Oahu where our company also is part of a hui that is collaborating on efforts.

With climate change producing drier and hotter weather patterns and longer fire seasons, Hawaiian Electric will continue to prioritize resilience to uphold our commitment to powering our communities safely and reliably.

And, as for me, I can check off inspecting our smoke alarms and reviewing our family evacuation plan during National Fire Prevention Month. If you haven't done this recently for your household, there's no time like the present.

*Shayna Decker is a communications manager at Hawaiian Electric.*



## Written by Hawaiian Electric



686 Followers

Established in 1891, Hawaiian Electric is committed to empowering its customers and communities by providing affordable, reliable, clean and sustainable energy.

**More from Hawaiian Electric**



 Hawaiian Electric

### A look inside Diamond Head Crater

by Erin Roh | Aug. 24, 2019

3 min read  ·  Aug 24, 2019

    

 Hawaiian Electric

### Fee-free credit card transactions using the PayPal mobile app

By Ian Brizdle | July 5, 2022

3 min read  ·  Jul 5, 2022

    



 Hawaiian Electric

### Easy home automation plus "Smart Plugs" equals energy savings

by Ian Brizdle | Feb. 13, 2018

3 min read  ·  Feb 20, 2018

 2

 Hawaiian Electric

### Smart Export and battery storage could be the next big thing

April 11, 2018

2 min read  ·  Apr 11, 2018

          

See all from Hawaiian Electric

---

# Recommended from Medium





 Unbecoming

 Alexandru Lazar  in ILLUMINATION

## 10 Seconds That Ended My 20 Year Marriage

## Ten Habits that will get you ahead of 99% of People

It's August in Northern Virginia, hot and humid. I still haven't showered from my…

Improve your life and get ahead of your peers in 10 simple steps

✦ · 4 min read · Feb 16, 2022

9 min read · Nov 18, 2023

👏 76K     💬 1072                    🔖

👏 21K     💬 374                    🔖

---

# Lists

 **Staff Picks**
597 stories · 812 saves

 **Stories to Help You Level-Up at Work**
19 stories · 516 saves



**Self-Improvement 101**
20 stories · 1472 saves



**Productivity 101**
20 stories · 1358 saves

---



 Karolina Kozmana

## Common side effects of not drinking

By rejecting alcohol, you reject something very human, an extra limb that we have…

10 min read · Jan 21, 2024

👏 22K    💬 639    🔖



 Riikka Iivanainen

## The secret life of people with high self-control (it's easier than you…

Research suggests that people with high self-control are good at avoiding temptation—n…

8 min read · Jan 9, 2024

👏 25K    💬 470    🔖

---



 Mil Hoornaert in Long. Sweet. Valuable.

## Stop Listening to Music, It Will Change Your Life

I stopped listening to music, find out what the results and benefits are in this post!

✨ · 5 min read · Nov 23, 2023



 Vincent Carlos in Books Are Our Superpower

## 7 Strategies To Help You Remember 80% of Everything Yo…

Honestly, each strategy by itself will help you remember at least 60% of everything you…

✨ · 9 min read · Mar 2, 2024

8K     317                                          2.8K     47

See more recommendations

8K     317                                          2.8K     47