# Exhibit 20

Open in app ↗

Sign up    Sign in

◗❶◗ Medium    🔍 Search

✎ Write    👤

# Protecting West Maui from wildfires

 Hawaiian Electric · Follow

3 min read · Aug 22, 2022

by Shayna Decker | Aug. 22, 2022



One of my fondest little-kid memories is a beach day spent in Olowalu, West Maui. I can clearly recall, after swimming and playing under the summer

sun — sitting on the hot sand with my mom, dad and brother and savoring the last bites of a spam musubi.

SAC ¶ 238

Now, I take pride in knowing our company takes extra steps to protect areas like West Maui that are more prone to wildfires through ongoing vegetation management, restoration and prevention efforts.



Throughout the years, Hawaiian Electric has worked with the state's Division of Forestry and Wildlife (DOFAW) on Maui to identify specific parts of the island susceptible to wildfires to help with vegetation management and roadside maintenance to act as a firebreaks.

This included recent work where we had crews clear about two miles of invasive shrubs and grass in the remote hillsides above the old Pali Road or Honoapiilani Highway earlier this summer. Part of this work ensured the continued protection of the native *nalo meli maoli* or yellow-faced bees in the area.



Last October, <u>our company also donated $31,000 to the nonprofit Malama Kahalawai in support of restoring an Olowalu stream corridor with native Hawaiian plants and trees</u>. Funded through the Hawaiian Electric Industries Charitable Foundation (HEICF), the project involves the seeding, propagating, planting and monitoring of hardy and resilient species native to 14-acres of the mauna Kahalawai area or the West Maui mountains.

"Mahalo to Hawaiian Electric for helping us to establish an Olowalu 'green belt' of native species one acre at a time in this new and exciting restoration location," shared Chris Brosius, program manager for Mauna Kahalawai Watershed Partnership. "Our native forests are under great stress from the impacts of invasive species, climate change, drought and fire. Improvements to this Olowalu stream corridor creates a healthier watershed, a more fire-resilient community, and a thriving native ecosystem from mauka to makai."



In addition to restoration efforts, ongoing prevention is key in wildfire mitigation efforts. To actively monitor and assess drier and hotter weather patterns that contribute to longer wildfire seasons produced by climate change, we installed weather stations at targeted West Maui facilities and plan to incorporate the weather information into our operations.

Moving forward, <u>our company recently proposed additional resilience plans to further strengthen our electrical systems in areas like West Maui to better withstand such severe weather-related disasters</u>. This 5-year action plan will reduce the severity of damage when major events happen and allow service to be restored to our communities more quickly. Such work would strengthen power lines and deploy protection devices to help prevent and respond to wildfires, enhance our vegetation management efforts and harden targeted utility poles that could otherwise significantly impede or delay restoration efforts if compromised.

It gives me comfort knowing that our company is committed to guarding our islands against extreme weather events that are increasing in both frequency and intensity due to climate change. Long-term resilience efforts like this means more families can continue to enjoy special days together making lasting memories on the westside of Maui for generations to come.

*Shayna Decker is a communications manager at Hawaiian Electric.*



## Written by Hawaiian Electric



686 Followers

Established in 1891, Hawaiian Electric is committed to empowering its customers and communities by providing affordable, reliable, clean and sustainable energy.

## More from Hawaiian Electric



 Hawaiian Electric

### A look inside Diamond Head Crater

by Erin Roh | Aug. 24, 2019

3 min read · Aug 24, 2019

 



 Hawaiian Electric

### Fee-free credit card transactions using the PayPal mobile app

By Ian Brizdle | July 5, 2022

3 min read · Jul 5, 2022

 





 Hawaiian Electric

### Easy home automation plus "Smart Plugs" equals energy savings

by Ian Brizdle | Feb. 13, 2018

3 min read · Feb 20, 2018



Hawaiian Electric

### Smart Export and battery storage could be the next big thing

April 11, 2018

2 min read · Apr 11, 2018

👏 2     💬                              👏   💬

See all from Hawaiian Electric

# Recommended from Medium



 Unbecoming

## 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my...

✨  ·  4 min read  ·  Feb 16, 2022

👏 76K    💬 1072



 Karolina Kozmana

## Common side effects of not drinking

By rejecting alcohol, you reject something very human, an extra limb that we have...

10 min read  ·  Jan 21, 2024

👏 22K    💬 639

## Lists

 **Staff Picks**
597 stories · 812 saves

 **Stories to Help You Level-Up at Work**
19 stories · 516 saves

 **Self-Improvement 101**
20 stories · 1472 saves

 **Productivity 101**
20 stories · 1358 saves

---



 Iain Stanley in Digital Global Traveler

### I Went Speed-Dating in Tokyo: It Explains Japan's Sexless…

Exclusive conversations with a bevy of beautiful, single girls? What could go wrong…

✨ · 8 min read · Jan 16, 2024

👏 12.5K     💬 153                                🔖



 Alexandru Lazar in ILLUMINATION

### Ten Habits that will get you ahead of 99% of People

Improve your life and get ahead of your peers in 10 simple steps

9 min read · Nov 18, 2023

👏 21K     💬 374                                🔖



 Artturi Jalli

### I Built an App in 6 Hours that Makes $1,500/Mo



 Bella Lockhart in Intuition

### Are You Smart Enough To Find The Radius?

Copy my strategy!                          A Fun Geometry Challenge

✦  ·  3 min read  ·  Jan 23, 2024         ✦  ·  3 min read  ·  Feb 3, 2024

👏 12.9K    💬 152                          👏 3.1K    💬 43

See more recommendations

Copy my strategy!                          A Fun Geometry Challenge

✦  ·  3 min read  ·  Jan 23, 2024         ✦  ·  3 min read  ·  Feb 3, 2024

👏 12.9K    💬 152                          👏 3.1K    💬 43