# Exhibit 22

**Hawaiian Electric**

Home  >  About Us  >  Our History  >  **Our Logo**

# Our Logo

At Hawaiian Electric, our roots in these islands run deep and our commitment to the future is strong. Our logo's key elements symbolize our company's rich history, including the legacy of King David Kalakaua, who brought electricity to Hawaii's people and whose government recognized the establishment of Hawaiian Electric in 1891. This logo signifies that our company is connected as one, with a renewed commitment to our customers and our communities.

---

## A Reflection of Our Heritage

The logo was developed by respected Hilo designer Sig Zane and combines traditional Hawaiian design elements with a modern look. Zane worked on the design with his wife, cultural expert Nalani Kanakaole, and their son Kuhao. They drew upon Hawaiian Electric's history for their inspiration.

> *"From the very beginning, when King Kalakaua pioneered electricity at Iolani Palace...the company has played a key role in Hawaii's growth," Zane said.*

> *"We wanted to create a design that captures that history and reflects the way the company connects our communities."*

Learn more about the story behind the logo by watching the video on this page.

---

## A Symbol of Our Commitments

Today we reaffirm our commitment to our customers - to lower bills, improve service and develop more renewable energy. To deliver on our commitments, we're taking a number of important steps:

- Pursuing low-cost renewable energy projects to reduce our use of high-priced oil
- Continuing to help customers to install solar power
- Planning the deactivation of some of our older power plants
- Modernizing our systems and electric grids to improve reliability
- Improving customer service with new technology and added staff

While the logo is an important symbol of our commitments, we know that, in the end, our actions will speak the loudest. So each and every day, we're working hard to live up to what our logo represents. And we look forward to working with you, our customers and communities to achieve a clean energy future for Hawaii.

*Note: Hawaiian Electric recognizes the use of diacritical marks in the modern Hawaiian language. Not all computers are able to reproduce these markings when displaying website content. So to ensure the best online experience for those visiting our sites, we generally do not include diacritical marks in our websites, although we are making every effort to use such markings in other written communications.*