# Exhibit 24

Search

Home

Shorts

Subscriptions

You

History

Sign in to like videos, comment, and subscribe.

Sign in

Explore

Shopping

Music

Movies & TV

Live

Gaming

News

Sports

Courses

Fashion & Beauty

Podcasts

Playables

Browse channels

More from YouTube

YouTube Premium

YouTube TV

YouTube Music

YouTube Kids

Settings

Report history

Help

Send feedback

About  Press  Copyright

Sign in

# Hawaiian Electric

@HawaiianElectric · 1.82K subscribers · 845 videos

Inspired by an enlightened king more than a century ago, Hawaii was an early adopter of el…  ›

hawaiianelectric.com **and 1 more link**

Subscribe

Playlists    Community

| | | |
|---|---|---|
| 0:31 | 1:28 | 8:40 |

**Our Commitment to Modernize the Grid (:30) -…**
Hawaiian Electric
1.1K views • 7 years ago

**A new DC Fast Charger for Electric Vehicles at our War…**
Hawaiian Electric
595 views • 8 years ago

**WHW Episode Six: 2016 Hurricane Season -- Be…**
Hawaiian Electric
1.6K views • 7 years ago

all

| | | | |
|---|---|---|---|
| 0:31 | 0:31 | 0:31 | 0:31 |

**Power to Change (:30)**
866K views • 2 years ago

**Sustainable Future (:30)**
858K views • 1 year ago

**Resilience: Storm Ready (:30)**
838K views • 1 year ago

**Power to Change: Shift Energy Use (:30)**
609K views • 1 year ago

ents    ▶ Play all

**A Hawaiian Electric Moment - Distribution Transformer…**
Hawaiian Electric
1.2K views • 8 years ago

**A Hawaiian Electric Moment - Construction of steel…**
Hawaiian Electric
1.7K views • 8 years ago

**A Hawaiian Electric Moment - Koolau Structure Removal**
Hawaiian Electric
736 views • 8 years ago

