# Exhibit 26



The HEI family of companies continues to support the communities affected by the devastating wildfires on Maui. Please click here for updates. Mahalo for your kokua.

At HEI, our family of Hawaii-based companies provides the energy and financial infrastructure that empowers much of the economic and community activity of our state.

  

## HAWAIIAN ELECTRIC

For 130 years, Hawaiian Electric has provided the energy that fuels our islands' growth and prosperity. Now, we are spearheading the way toward a 100% clean energy, carbon neutral future. Hawaiian Electric serves 95% of Hawaii, creating a strong partnership with our communities, and sustainable economics for our shareholders and stakeholders.

LEARN MORE

## AMERICAN SAVINGS BANK

American Savings Bank provides the capital to help Hawaii grow. It has been serving and investing in Hawaii's families, businesses and communities since 1925. Our ability to finance a sustainable Hawaii economy supports Hawaiian Electric's efforts to create clean, energy-efficient communities.

LEARN MORE

## PACIFIC CURRENT

Pacific Current is our newest subsidiary, and a powerful investment platform focused on accelerating Hawaii's sustainable future. Through Pacific Current we are able to invest in projects that advance Hawaii's ambitious environmental and economic goals.

LEARN MORE

Advancing nation-leading sustainability goals

## HAWAII GOALS

### 100%
**ELECTRIC SALES FROM RENEWABLE ENERGY BY 2045**

### 100%
**CARBON NEUTRAL ECONOMY BY 2045**

### 100%
**RENEWABLE GROUND TRANSPORTATION BY 2045**

Through each of our companies, we aim to put Hawaii at the forefront of clean energy, create a sustainable and growing local economy, and allow our families and communities to flourish.

**At Hawaiian Electric,** we are focused on achieving Hawaii's 100% renewable energy and carbon neutrality goals in a way that is safe, reliable, resilient and affordable. We're shifting away from fossil fuels, reducing greenhouse gas emissions, keeping billions in our economy that would otherwise have been spent on imported fossil fuels and creating a modern, resilient grid for the benefit of all customers.

**At American Savings Bank,** we're investing in Hawaii's economic growth, fostering innovation and entrepreneurship to diversify and expand Hawaii's economy, advancing affordability and financial fitness, and generating revenues that support our investments and shareholder returns.

**At Pacific Current,** we're investing in infrastructure projects in clean energy, water, wastewater and agriculture to advance Hawaii's sustainability goals.



**TO LEARN MORE, SEE OUR SUSTAINABILITY REPORT**

**DOWNLOAD →**

Humanability



Hawaiian Electric is committed to reaching the state's 100% renewable energy goal as well as achieving net zero carbon emissions from power generation by 2045. Working with partners across the community, they are creating a brighter, more sustainable future for Hawaii.

Exploration



Feel the spirit of Hokulea's worldwide voyage. As partners, the Polynesian Voyaging Society and American Savings Bank invested in the exploration, innovation and future thought leadership of Hawaii.