# Exhibit 27

# BEFORE THE PUBLIC UTILITIES COMMISSION
# OF THE STATE OF HAWAI'I

| | |
|---|---|
| In the Matter of the Application of ) | |
| ) | |
| HAWAIIAN ELECTRIC COMPANY, INC. ) | Docket No. 2016-0328 |
| ) | |
| ) | |
| For Approval of Rate Increases and ) | |
| Revised Rate Schedules and Rules ) | |
| _____ ) | |

# HAWAIIAN ELECTRIC COMPANY, INC.
## 2017 TEST YEAR

# REBUTTAL TESTIMONIES
# EXHIBITS AND WORKPAPERS

## Book 1



2018 JAN -5 P 4:01
PUBLIC UTILITIES COMMISSION
FILED

1



January 5, 2018

FILED

2018 JAN -5 P 4:00

PUBLIC UTILITIES COMMISSION

The Honorable Chair and Members
  of the Hawai'i Public Utilities Commission
Kekuanao'a Building, First Floor
465 South King Street
Honolulu, Hawai'i 96813

Dear Commissioners:

Subject:  Docket No. 2016-0328 – Hawaiian Electric 2017 Test Year Rate Case
          Hawaiian Electric Rebuttal Testimonies, Exhibits, and Workpapers

In accordance with Procedural Order No. 34721, issued by the Commission on July 28, 2017, Hawaiian Electric Company, Inc. ("Hawaiian Electric" or "Company") encloses for filing its Rebuttal Testimonies, Exhibits, and Workpapers for the following Hawaiian Electric witnesses:

- HECO RT-2 – Joseph P. Viola;
- HECO RT-6 – Nicholas O. Paslay;
- HECO RT-7 – Rodney S. Chong;
- HECO RT-9 – Michael DeCaprio;
- HECO RT-10 – Colton K. Ching;
- HECO RT-11 – Kerstan J. Wong;
- HECO RT-12 – Kevin Saito;
- HECO RT-16 – Trung Ha;
- HECO RT-17 – Patsy Nanbu;
- HECO RT-21 – Yannick Gagne;
- HECO RT-22 – Malcom Tajiri;
- HECO RT-27 – Gayle T. Ohashi;
- HECO RT-29 – Tayne S. Y. Sekimura;
- HECO RT-30 – Peter C. Young;
- HECO RT-30A – Kurt G. Strunk;
- HECO RT-31 – Brent Gale;
- HECO RT-32 – Joseph P. Viola;

As further explained in HECO RT-2, Mr. Nicholas O. Paslay has adopted Ms. Cecily A Barnes' direct testimony (HECO T-6), Mr. Kerstan J. Wong has adopted Ms. Earlynne F. Maile's direct testimony (HECO T-11) and Mr. Kevin Saito has adopted Mr. Scott Seu's direct testimony (HECO T-12).

**Hawaiian Electric**                         PO BOX 2750 / HONOLULU, HI 96840-0001

2

The Honorable Chair and Members
   of the Hawai'i Public Utilities Commission
January 5, 2018
Page 2


The Company is also providing electronic source files of the rebuttal testimonies, exhibits, and workpapers to the Commission, the Consumer Advocate, [1] and the Participants to this docket. [2]

Very truly yours,

Dean K. Matsuura
Manager, Regulatory Rate Proceedings
Enclosures

---

[1]  Division of Consumer Advocacy of the Department of Commerce and Consumer Affairs.

[2]  Order No. 34664 issued in this proceeding on June 28, 2017, granted limited participant status to the Department of the Navy on behalf of the Department of Defense, Honolulu Board of Water Supply, Life of the Land, Energy Freedom Coalition of America, LLC, Hawaii PV Coalition, and Blue Planet Foundation.

---

**Hawaiian Electric**                               PO BOX 2750 / HONOLULU, HI 96840-0001

INDEX
DOCKET NO. 2016-0328
PAGE 1 OF 5

Hawaiian Electric Company, Inc.

Docket No. 2016-0328
Application for Approval of Rate Increases and
Revised Rate Schedules and Rules

Rebuttal Testimonies and Exhibit Sponsorship List

| HECO RT-2 | Joseph P. Viola |
|---|---|
| TESTIMONY | Rebuttal Issues, Incentive Regulation, Cost Recovery |
| HECO-R-201 | Resource Planning |
| HECO-R-202 | Decoupling in Hawaii |
| HECO-R-203 | Performance Incentive Mechanisms |

| HECO RT-6 | Nick O. Paslay |
|---|---|
| TESTIMONY | Fuel Prices and International Fuel Markets, Fuel Contracting |
| HECO-R-600 | Educational Background and Experience |

| HECO RT-7 | Rodney S. Chong |
|---|---|
| TESTIMONY | Renewable Portfolio Standards |
| HECO-R-701 | Renewable Portfolio Standards in Hawai'i |

| HECO RT-9 | Michael DeCaprio |
|---|---|
| TESTIMONY | Power Supply's Progress in Increasing Integration of Variable Renewable Energy, Power Supply Plant Additions |

4

HECO RT-10      Colton K. Ching

TESTIMONY      Plant Additions Policy

HECO-R-1001      Reports on Capital Expenditures


HECO RT-11      Kerstan Wong

TESTIMONY      Energy Delivery Plant Additions, Asset Management

HECO-R-1100      Educational Background and Experience
HECO-R-1101      Energy Delivery Updated Capital Plant Additions by Theme
HECO-R-1102      Energy Delivery 2012-2016 Capital Plant Additions by Theme
HECO-R-1103      Vegetation Management Asset Strategy
HECO-R-1104      Distribution Poles Asset Strategy
HECO-R-1105      Breakers Asset Strategy
HECO-R-1106      Substation Transformers Asset Strategy
HECO-R-1107      Underground Cable Asset Strategy
HECO-R-1108      138 kV Structures Asset Strategy
HECO-R-1109      15 kV Switchgear Asset Strategy
HECO-R-1110      Distribution Transformers Asset Strategy
HECO-R-1111      VR Switches Asset Strategy
HECO-R-1112      Transmission Line Protective Relays Asset Strategy
HECO-R-1113      Asset Count
HECO-R-1114      2015 Plant Addition Strategy


HECO RT-12      Kevin Saito

TESTIMONY      Generation Unit Commitment, Daily Generation Dispatch Processes, and Economic Dispatch

HECO-R-1200      Educational Background and Experience

| HECO RT-16 | Trung Ha |
|---|---|

| TESTIMONY | Baseline Plant Addition Adjustment, Test Year O&M Budget, and Administrative and General Expenses |
|---|---|

| HECO-R-1601 | Baseline Plant Additions |
|---|---|
| HECO-R-1602 | Operations and Maintenance Expense Reconciliation |
| HECO-R-1603 | Consumer Price Index and Growth in Capital Expenditures |

| HECO RT-17 | Patsy Nanbu |
|---|---|

| TESTIMONY | Pension and OPEB Tracking Mechanisms, Energy Delivery and Power Supply Clearing Account Allocation Methodology |
|---|---|

| HECO-R-1701 | Pension /OPEB Regulatory Assets and Liabilities - Interim Decision and Order |
|---|---|
| HECO-R-1702 | Impact of Interim Decision and Order on Maui Electric Rate Case |
| HECO-R-1703 | Revenue Requirement Impact of Contribution in Excess of NPPC |
| HECO-R-1704 | Pension/OPEB Regulatory Assets and Liabilities - Revised |
| HECO-R-1705 | 2015 – 2017 RAM Adjustment for Change in On-cost Clearing Allocation |

| HECO RT-21 | Yannick Gagne |
|---|---|

| TESTIMONY | Pension Plan Design, Risk Reduction Alternatives, and Excess Contributions Above NPPC |
|---|---|

| HECO-R-2101 | Retirement Design Survey 2016 |
|---|---|

| HECO RT-22 | Malcom Tajiri |
|---|---|

| TESTIMONY | Group Medical, Prescription Drug, Dental, Vision, Life and Long-Term Disability Insurance Employee Benefits |
|---|---|

| HECO RT-27 | Gayle T. Ohashi |
| --- | --- |

TESTIMONY            Rate Base

HECO-R-2701          2017 Test Year Average Rate Base
HECO-R-2702          Rate Base Adjustment Tracker

| HECO RT-29 | Tayne S. Y. Sekimura |
| --- | --- |

TESTIMONY            Pension Tracking Mechanism, Baseline Plant Additions, Change in
                     Method of Allocating Charges to Clearing Accounts, Energy Cost
                     Adjustment Clause, Impact of Modifications on Financial Integrity

| HECO RT-30 | Peter C. Young |
| --- | --- |

TESTIMONY            Total Operating Revenues, Cost of Service, Rate Design, and ECAC

HECO-R-3001          Total Operating Revenues Schofield not in-service
HECO-R-3003          Cost of Service Based on Minimum System Method, Schofield not in-
                     service
HECO-R-3004          Cost of Service Based on All Distribution Network Demand Related,
                     Schofield not in-service
HECO-R-3009          Comparison of Existing and Proposed Rates, Schofield not in-service
HECO-R-3011          Bill Comparisons Under Current Effective Rates & Proposed Rates,
                     Schofield not in-service
HECO-R-3015          Net Energy Metering (NEM) Schofield not in-service
HECO-R-3019          Revised Tariffs, Rates, and Rules
HECO-R-3020          Revised Tariffs, Rates, and Rules (Blacklined)
HECO-R-3021          Background for Energy Cost Adjustment Clause History

7

INDEX
DOCKET NO. 2016-0328
PAGE 5 OF 5

| HECO RT-30A | Kurt G. Strunk |
|---|---|

| TESTIMONY | Energy Cost Adjustment Clause |
|---|---|

| HECO-R-30A00 | Educational Background and Experience |
|---|---|
| HECO-R-30A01 | Report on Power Cost Adjustments and Act 162 Compliance |
| HECO-R-30A02 | Florida Public Service Commission Order No. 10168 |
| HECO-R-30A03 | Tampa Electric Company Fuel and Purchased Power Cost Recover Clause with Generating Performance Incentive Factor |
| HECO-R-30A04 | Alternative 2A Illustration |
| HECO-R-30A05 | Alternative 2B Illustration |
| HECO-R-30A06 | Alternative 3 Illustration |
| HECO-R-30A07 | Alternative 4 Illustration |
| HECO-R-30A08 | Portland General Electric |
| HECO-R-30A09 | Puget Sound Energy |

| HECO RT-31 | Brent Gale |
|---|---|

| TESTIMONY | Ratemaking, Regulatory Policy and Pension Expense Mechanisms |
|---|---|

| HECO RT-32 | Joseph P. Viola |
|---|---|

| TESTIMONY | Results of Operations, Including Revenue Requirement, and Implementation of Final Increase |
|---|---|

| HECO-R-3201 | 2017 Test Year Results of Operations, Rebuttal with Revenues at Current Effective Rates, and ROE of 9.75% |
|---|---|
| HECO-R-3202 | 2017 Test Year Results of Operations, Rebuttal with Revenues at Present Rates, and ROE of 9.75% |
| HECO-R-3203 | 2017 Test Year Results of Operations , Rebuttal with Revenues at Current Effective Rates, and ROE of 9.5% |
| HECO-R-3204 | 2017 Test Year Results of Operations, Rebuttal with Revenues at Present Rates, and ROE of 9.5% |
| HECO-R-3205 | Revenue Requirement Data |

8

HECO RT-2
DOCKET NO. 2016-0328

REBUTTAL TESTIMONY OF
JOSEPH P. VIOLA

VICE PRESIDENT
REGULATORY AFFAIRS
HAWAIIAN ELECTRIC COMPANY, INC.

Subject:    Rebuttal Issues
            Incentive Regulation
            Cost Recovery

HECO RT-2
DOCKET NO. 2016-0328

## EXECUTIVE SUMMARY

The Company's rebuttal testimonies address a number of subjects including, the Company's understanding of the status of this rate case and responding to issues raised in the participants' direct testimonies.

The Company would like the following points to be considered when reviewing the Company's rebuttal testimonies. First, the Company understands that the Commission must be mindful of the interests of our customers in just and reasonable rates as it reviews the Company's settlement with the Consumer Advocate and the remaining issues. At the same time, Hawaiian Electric asks the Commission to keep in mind the need for a financially healthy electric utility to provide the service the Company's customers need as Hawaiian Electric transforms its State's energy profile.

Second, in exercising its extensive authority over public utilities, the Commission must fairly balance the interests of both electric utilities and their customers, while promoting the public's interest in safe, reliable, and adequate electric utility service, and the achievement of the State's clean energy and other policy objectives. In setting just and reasonable rates, as required by Hawai'i State law, the Hawai'i Supreme Court and the United States Supreme Court, the Commission must provide the utility with the opportunity to earn "a fair return on the property of the utility used and useful for public utility purposes." The Commission itself has recognized that, as part of the "Regulatory Compact," "in return for agreeing to commit capital necessary to allow the utilities to meet the obligation, utilities are assured a fair opportunity to earn a reasonable return on the capital prudently committed to the business."

i

10

Third, transitioning Hawaiʻi to 100% renewables on a cost effective basis requires the backing of a robust, investment grade utility balance sheet that can support the billions of dollars of needed investment (whether invested directly by the utility or indirectly via long-term supply contracts with third parties). Maintaining or improving Hawaiian Electric's (and the other Hawaiian Electric Companies') financial health and credit ratings is essential as (1) the Hawaiian Electric Companies seek to raise the capital necessary to, among other things, modernize their grids, and implement the action plans in their new Power Supply Improvement Plans, and (2) Independent Power Producers, which rely on the Companies' credit quality in obtaining project financing, seek to obtain capital for their renewable energy projects. It is critical to the Companies' financial health and credit quality that they be allowed to timely recover prudently incurred costs.

HECO RT-2
DOCKET NO. 2016-0328

## TABLE OF CONTENTS

I.   INTRODUCTION ................................................................................................ 1

II.  STATUS OF RATE CASE................................................................................. 5

III. REBUTTAL ISSUES ....................................................................................... 15

          A.  INTRODUCTION ..................................................................................... 15

          B.  NET PENSION REGULATORY ASSET REDUCTION ........................... 21

          C.  BASELINE PLANT ADDITIONS............................................................. 31

          D.  ECAC....................................................................................................... 36

          E.  CBRE ....................................................................................................... 44

          F.  ERP .......................................................................................................... 47

          G.  DEPRECIATION CHANGES................................................................... 50

IV. INCENTIVE REGULATION ........................................................................... 51

          A.  PBR.......................................................................................................... 51

          B.  PIMS ....................................................................................................... 54

          C.  COST CONTROL INCENTIVES ............................................................. 58

V.  COST RECOVERY ......................................................................................... 60

          A.  INTRODUCTION ..................................................................................... 60

          B   DECOUPLING......................................................................................... 62

          C.  SCHOFIELD GENERATING STATION.................................................. 68

          D.  DEMAND RESPONSE PROGRAMS ....................................................... 69

iii

12

HECO-R-1104
DOCKET NO. 2016-0328
Page 1 of 66

# Asset Strategy:
# Distribution Poles



## December 2013
### Version 2.0



## Hawaiian Electric

HECO-R-1104
DOCKET NO. 2016-0328
Page 2 of 66

This page intentionally left blank

---



**Hawaiian Electric**

# Asset Strategy: Distribution Poles

Approved by:

_____    $\sqrt{6}/14$
Colton K. Ching                Date
Vice President, Energy Delivery

_____    $1/6/14$
Earlynne F. Maile               Date
Manager, Asset Management

_____    $1/3/14$
Shawn Tasaka                   Date
Manager, Construction & Maintenance

_____    $1/3/14$
Michael Ho                      Date
Manager, Support Services

15

This page intentionally left blank



## Document Revision History

| Version | Date Issued | Issued By | Version/Changes Summary |
|---------|-------------|-----------|-------------------------|
| 2.0 | 12/30/2013 | Alex Gomera | Refreshed Asset Strategy |
| 1.0 | 7/16/2010 | KEMA | Asset Strategy: Poles |



# Contents

1.   Executive Summary ............................................................................................................. 1
2.   Asset Overview ................................................................................................................... 2
   2.1.   Asset Definition ........................................................................................................ 2
   2.2.   Asset Characteristics ................................................................................................ 2
   2.3.   Asset Scope .............................................................................................................. 8
3.   Asset Information ............................................................................................................... 9
   3.1.   Asset Base ................................................................................................................ 9
   3.2.   Age Profile ................................................................................................................ 9
   3.3.   Asset Condition ...................................................................................................... 11
   3.4.   Asset Data .............................................................................................................. 12
      3.4.1.   Joint Pole Database ........................................................................................ 12
      3.4.2.   Test & Treat Database .................................................................................... 14
4.   Asset Issues ...................................................................................................................... 15
   4.1.   In-Service Failures .................................................................................................. 15
   4.2.   Asset Age Profile .................................................................................................... 15
5.   Asset Performance ........................................................................................................... 17
   5.1.   Failure Modes and Rates ........................................................................................ 17
      5.1.1.   Failure Mode .................................................................................................. 17
      5.1.2.   Failure Rates .................................................................................................. 17
   5.2.   Failure Causes ........................................................................................................ 18
      5.2.1.   Shell Thickness ............................................................................................... 18
      5.2.2.   Failed Inspection Causes ................................................................................ 18
6.   Current Practices .............................................................................................................. 20
   6.1.   Inspection and Treatment Program and Maintenance Strategies ........................... 20
      6.1.1.   Inspection and Treatment Program ............................................................... 20
      6.1.2.   Maintenance Strategies ................................................................................. 23
   6.2.   Pole Restoration ..................................................................................................... 23
      6.2.1.   C-Truss Restoration ....................................................................................... 23
      6.2.2.   ET-Truss Reinforcement ................................................................................. 24
   6.3.   Specifications and Standards .................................................................................. 25
      6.3.1.   Design and Construction Standards ............................................................... 25
7.   Asset Costs ....................................................................................................................... 27
   7.1.   Installation Costs .................................................................................................... 27
   7.2.   Inspection Costs ..................................................................................................... 27
8.   Risk Assessment ............................................................................................................... 28
9.   Strategy Objectives .......................................................................................................... 30
10.  Asset Analysis .................................................................................................................. 31

18



10.1.1.  Scenario Objectives..................................................................................................... 31
10.2.  Assumptions........................................................................................................................ 32
10.2.1.  General Assumptions ................................................................................................ 32
10.2.2.  Failure Frequency Curve .......................................................................................... 32
10.3.  Scenario Assessment........................................................................................................... 33
10.3.1.  Scenario 1:  Run to Fail............................................................................................ 33
10.3.2.  Scenario 2:  Age Limit of 65 Years, Levelized Over First Five Years ..................... 36
10.3.3.  Scenario 3:  Age Limit of 65 Years, Levelized Over the First 10 Years ................. 39
10.3.4.  Scenario 4:  Age Limit of 75 Years, Levelized Over First Five Years ..................... 42
10.3.5.  Scenario 5:  Age Limit of 75 Years, Levelized Over the First 10 Years ................. 45
10.3.6.  Scenario Summary ................................................................................................... 48
11.  Asset Strategy Recommendation................................................................................................. 49
11.1.  Scenario Recommendation................................................................................................. 49
11.2.  Additional Recommendations............................................................................................. 50
12.  Next Steps .................................................................................................................................... 54
12.1.  Implementation Plan Development.................................................................................... 54
12.2.  Program Evaluation............................................................................................................. 54
13.  Appendices................................................................................................................................... 55
13.1.  Appendix A:  Rate Implications .......................................................................................... 55
13.2.  Appendix B:  Reliability Impact .......................................................................................... 56



## Figures

Figure 2-1: Distribution Wood Pole ..................................................................................................... 3

Figure 2-2: Distribution Steel Poles.................................................................................................... 4

Figure 2-3: Distribution Concrete Pole............................................................................................... 5

Figure 2-4: Distribution Aluminum Pole ............................................................................................ 6

Figure 2-5: Distribution Fiberglass Pole ............................................................................................ 7

Figure 3-1: Distribution Pole Population by Material Type, as of December 31, 2012 ...................... 9

Figure 3-2: Distribution Pole Age Profile, as of December 31, 2012 ............................................... 10

Figure 4-1: United States Decay Hazard Zones ............................................................................... 16

Figure 5-1: Percentage of Poles Rejected by Age Bracket .............................................................. 18

Figure 6-1: Test & Treat Website Screen Shots ............................................................................... 22

Figure 6-2: C-Truss Application on a Distribution Wood Pole ......................................................... 24

Figure 6-3: ET-Truss Application on a Distribution Wood Pole........................................................ 25

Figure 10-1: Failure Curve Used for Scenario Analyses .................................................................. 33

Figure 10-2: Scenario 1 - Forecasted Age Profile, January 1, 2023................................................. 35

Figure 10-3: Scenario 1 - Forecasted Age Profile, January 1, 2033................................................. 35

Figure 10-4: Scenario 2 – Forecasted Age Profile, January 1, 2023................................................. 38

Figure 10-5: Scenario 2 – Forecasted Age Profile, January 1, 2033................................................. 38

Figure 10-6: Scenario 3 – Forecasted Age Profile, January 1, 2023................................................. 41

Figure 10-7: Scenario 3 – Forecasted Age Profile, January 1, 2033................................................. 41

Figure 10-8: Scenario 4 – Forecasted Age Profile, January 1, 2023................................................. 44

Figure 10-9: Scenario 4 – Forecasted Age Profile, January 1, 2033................................................. 44

Figure 10-10: Scenario 5 – Forecasted Age Profile, January 1, 2023............................................... 47

Figure 10-11: Scenario 5 – Forecasted Age Profile, January 1, 2033............................................... 47



## Tables

Table 1: Expected Life by Distribution Pole Material Type ........................................................................ 11

Table 2: Test & Treat Wood Pole Condition Assessment........................................................................... 11

Table 3: Queue of Distribution Poles, as of July 26, 2013........................................................................ 12

Table 4: Sample Listing of Failed Inspection Causes ............................................................................... 19

Table 5: Pole Restoration Types and Unit Costs ...................................................................................... 23

Table 6: Estimated Installation Costs........................................................................................................ 27

Table 7: Test & Treat Annual Program Costs: 2010-2012 ....................................................................... 27

Table 8: Risks Posed by an In-Service Distribution Pole Failure.............................................................. 29

Table 9: Scenario 1 – Forecasted 10-Year Capital Budget ....................................................................... 34

Table 10: Scenario 2 – Forecasted 10-Year Capital Budget ..................................................................... 37

Table 11: Scenario 3 – Forecasted 10-Year Capital Budget ..................................................................... 40

Table 12: Scenario 4 – Forecasted 10-Year Capital Budget ..................................................................... 43

Table 13: Scenario 5 – Forecasted 10-Year Capital Budget ..................................................................... 46

Table 14: Scenario Analysis Summary....................................................................................................... 48

Table 15: Recommended Scenario ............................................................................................................ 50

Table 16: Summary of Additional Recommendations .............................................................................. 50

Table 17: Forecasted Capital Expenditure Electric Usage Rate Impact ................................................... 55

Table 18: Distribution Pole Annual Reliability Impacts, 2008 - 2012........................................................ 56

Table 19: Annual Reliability – Excluding Major Events (Normalized Data)............................................... 56



## 1. Executive Summary

The Hawaiian Electric distribution system consists of a network of 25 kilovolt (kV), 12.5 kV, 11.5 kV, and 4 kV distribution circuits. A majority of the Company's customers are served via overhead distribution circuits, which are supported by distribution poles.

Distribution poles are one of the Company's largest and most expansive assets. There are more than 60,000 poles on the Company's primary and secondary distribution system. While different types of poles are used, 97% of the population is wood distribution poles.

One of the two primary issues with the Company's distribution poles is its age profile. Hawaii is located in a severe wood decay hazard zone, and the expected life of a distribution wood pole is between 40-50 years; however, the average age of a distribution pole on the Company's system is 40 years, and its median age is 45 years. Nearly all of the distribution poles 40 years and older are wood, and are approaching, or have already met or exceeded their expected life.

The other primary issue with distribution wood poles is in-service failures. In-service pole failures occur when a pole breaks and is no longer able to support its connected equipment (e.g., insulators, crossarms, conductors, etc.). Failed poles could pose a serious public hazard and generally result in power outages, which could sometimes last for extended periods of time.

The Company has a Test & Treat inspection and treatment program which inspects distribution poles on a five-year cycle. Shell thickness is used as the primary criteria to determine the condition of wood poles. An inspected pole is placed in one of three categories: acceptable, restore, or replace. Recent inspection results have shown that poles failing inspection usually fail due to heart rot, rotting pole butts, or shell rot. These poles require replacement, are added to a queue, and are scheduled for replacement.

Hawaiian Electric continues its many efforts to minimize the risk associated with distribution poles via its Test & Treat inspection and treatment program, corrective ("reactive") pole replacements, and preventive ("proactive") pole replacements. In 2010, a pole asset strategy was developed for both primary distribution and sub-transmission poles. That strategy recommended the replacement of at least 700 poles annually. This included both the corrective replacements identified via the Test & Treat program and the preventive replacements required to better manage the distribution pole population age profile.

Additional data has become available since 2010, and the previous asset strategy has been refreshed to better address the age- and condition-based risks posed by the distribution pole population. It is recommended that, beginning in 2014, the Company replace a total of 13,000 distribution poles over the first ten years of the program's implementation, averaging 1,300 distribution pole replacements annually. The forecasted cost for the refreshed recommendation is $215.0 million over the same ten-year period.



## 2. Asset Overview

### 2.1. Asset Definition

The Hawaiian Electric distribution system consists of a network of 25 kilovolt (kV), 12.5 kV, 11.5 kV, and 4 kV distribution circuits. A majority of the Company's customers are served via overhead distribution circuits which are supported by distribution poles.

Distribution poles are one of Hawaiian Electric's largest and most expansive assets. The first distribution poles on the system were wood poles, installed in the late-1800s. Around the time when Hawaii achieved statehood in 1959, there was a population boom, resulting in the increased need for electrical service, and therefore an increase in the amount of distribution poles being installed. Today, there are over 60,000 poles on the distribution system.

Distribution poles are classified by length (height) and class (strength), and can be made of different materials, including wood, steel, aluminum, concrete, and fiberglass. In many cases, a single distribution pole may be designed to support numerous types of public utility equipment, such as single or multiple electrical circuits, telephone lines, and cable television.

### 2.2. Asset Characteristics

The following is a brief description of the four different types of poles that are currently being used by the Company on its distribution system.

- **Wood Poles** – Wood is a naturally occurring material and therefore does not possess engineered strength properties; its use often requires the poles to be guyed. With proper maintenance, distribution wood poles have an expected life of approximately 40-50 years, depending on the environment in which they are installed. Wood is the material most frequently used for the Company's distribution poles; in fact, more than 97% of the distribution pole population is wood. Wood poles vary in length and class. Based on the American National Standards Institute (ANSI) Standard 05.1, a pole's class specifies a minimum pole circumference, and depends on the species of the tree and the length of the pole used. A typical distribution pole, as shown below in Figure 2-1, is of the Douglas fir species with lengths ranging between 25 and 55 feet. The poles used on the Company's distribution system typically range from class 5 (thinnest) to class H-6 (strongest). Approximate diameters of the wood poles found on the distribution system vary based on its classification.
    1. 25-foot class 5 wood poles are the smallest wood poles used on the distribution system. These poles have a minimum diameter requirement of 6.05 inches at the top of the pole and 8.28 inches at the butt of the pole.

23


Hawaiian
Electric

2.  Class H-6 wood poles are the largest class poles used on the distribution system.  A 55-foot class H-6 wood pole has a minimum diameter requirement of 12.40 inches at the top of the pole and 20.1 inches at the butt of the pole.



**Figure 2-1:  Distribution Wood Pole**

- **Steel Poles** – Steel poles, as shown in two different configurations in Figure 2-2, have an expected life of 60-80 years.  Steel poles are often used when increased structural strength or longer poles are required.  It is an engineered material which is susceptible to deterioration and degradation, primarily caused by corrosion.  They are also electrically conductive.  Steel poles

24

HECO-R-1104
DOCKET NO. 2016-0328
Page 13 of 66



**Hawaiian Electric**

are generally fabricated in sections which allow them to be assembled on site. They can be custom designed to meet a number of different design requirements. One of the main disadvantages of steel is its cost; a steel pole can be more than eight times the cost of a similar-sized wood pole. Another disadvantage is the difficulty to standardize on a steel pole design. Attachments to a distribution pole can vary, and each steel pole would require custom drilling specific to each attachment. The need for customization could result in a long lead time required to procure materials. Steel poles make up less than 2% of the distribution pole population.




**Figure 2-2:  Distribution Steel Poles**

Hawaiian Electric Company, Inc.                    4                    December 2013
Asset Strategy                                                          Version H
Distribution Poles



- **Concrete Poles** – There are two main types of concrete poles available in the industry: spun concrete poles and pre-cast concrete poles. Spun concrete poles are manufactured by filling a mold with high-strength concrete. The mold is then spun at a high velocity, flinging the concrete against the wall of the mold through centrifugal force, creating a high-strength, hollow concrete pole. Pre-cast concrete poles are manufactured by casting concrete in a reusable mold at the manufacturing plant. Concrete poles have an expected life of 60-80 years. They are impervious to sunlight (ultraviolet radiation) and chemicals (fertilizers), and are resistant to insects, fire, rot, and corrosion; however, concrete poles are very heavy, requiring additional precautions due to its weight. Studies have shown that during its life, concrete poles are generally maintenance free. Currently, there are no local vendors for concrete poles, and historically, shipping costs have been high due to a concrete pole's weight, limiting the feasibility of concrete pole use on the Company's distribution system. Concrete poles make up less than 0.1% of the distribution pole population.



**Figure 2-3: Distribution Concrete Pole**

26



Hawaiian
Electric

- **Aluminum Poles** – Aluminum poles make up less than 1% of the distribution pole population. These poles are tapered, square-tubing type poles, but also come in straight square-tubing, straight round-tubing, or tapered round-tubing configurations.  Aluminum poles are resistant to rust, fire, insect infestation, and rotting, and are significantly lighter than steel, concrete, and even wood; however, like steel, they are electrically conductive.  Aluminum poles are subject to corrosion (e.g., galvanic corrosion), although it is not as significant of an impact as it is with steel.  Aluminum can also be easily deformed under impact.  Aluminum poles are usually more expensive than other distribution pole types, including steel poles.  The expected life of an aluminum pole is 60-80 years.



**Figure 2-4:  Distribution Aluminum Pole**


**Hawaiian
Electric**

- **Fiberglass Poles** – A fiberglass pole, shown in Figure 2-5, is a lightweight alternative to wood, steel, and concrete distribution poles.  The material properties of fiberglass are desirable because of its resistance to corrosion, rotting, fire, and termites.  The cost of a fiberglass pole is approximately 33% higher than wood.  However, this higher material cost may be offset by the lower maintenance costs over the life of the pole.  The manufacturer of the fiberglass poles the Company has installed guarantees a 41 year expected life.  Some studies have mentioned that fiberglass poles could have a much longer life expectancy, typically 60 years, possibly up to 80 years.  This is based on the projected life expectancy of the epoxy used in manufacturing the poles.  However, the degree of degradation can be accelerated by warm, moist climates, areas of high humidity, and high ultraviolet (UV) radiation.  Hawaiian Electric does not currently have data to support or refute the fiberglass poles' life expectancy; the first distribution fiberglass pole was installed in 1990.



**Figure 2-5:  Distribution Fiberglass Pole**



## 2.3. Asset Scope

The scope of the distribution poles asset group includes all wood, steel, fiberglass, aluminum, and concrete poles in the Company's primary distribution and secondary distribution system.  The main focus of this asset strategy, including the scenario analysis and recommendations, is on distribution wood poles, as they make up more than 97% of the distribution pole population.

Attachments to the poles such as crossarms, insulators, guys, anchors, or transformers are visually inspected as part of Hawaiian Electric's Test & Treat (T & T) program; however, these are not included as part of this asset strategy.

This asset group also does not include 138 kV transmission structures and 46 kV sub-transmission structures.  They are each evaluated separately in their own asset category.



## 3. Asset Information

This section provides an overview of Hawaiian Electric's primary and secondary distribution pole asset population based on available data.

### 3.1. Asset Base

As of December 31, 2012, the Hawaiian Electric Company had 60,962 distribution poles. Figure 3-1 shows the distribution pole population broken down by material type. As shown in the figure, more than 97% of the Company's distribution pole population is wood poles. Steel and aluminum poles, combined and shown in the figure as "metal," make up almost 2% of the total population. The remaining 1% of the population consists of fiberglass and concrete poles.



**Figure 3-1: Distribution Pole Population by Material Type, as of December 31, 2012**

### 3.2. Age Profile

The age profile for the population of distribution poles is shown in Figure 3-2 below. The Company's distribution poles range in age between 0 and 95 years.[1] The average age of a distribution wood pole is approximately 40 years and the median age is 45 years. Nearly all of the distribution poles 40 years and

---

[1] Data as of December 31, 2012. Data does not include any retirements and installations completed in 2013.

---



older are wood, and are approaching, or have already met or exceeded their expected life.  These poles are generally considered to be at a higher risk of failure compared to other, younger poles on the system.



**Figure 3-2:  Distribution Pole Age Profile, as of December 31, 2012**

The expected life of distribution poles across the utility industry ranges from 40-80 or more years, depending on the material type of the pole and the environment where they are installed.  By definition, the expected life is the age at which 50% of the asset will have failed before and 50% will fail after. Although assets can fail prematurely or last well beyond their expected life, on average, Hawaiian Electric expects the lives shown in Table 1 for the different distribution pole material types.



**Table 1:  Expected Life by Distribution Pole Material Type**

| Type | Expected Life (years) |
|---|---|
| Wood Poles | 40-50[2] |
| Concrete Poles | 60-80+[3] |
| Fiberglass Poles | 60-80+ |
| Steel Poles | 60-80+ |

## 3.3. Asset Condition

The condition of a distribution wood pole is typically determined during an inspection as part of the Company's Test & Treat (T & T) inspection and treatment program.  The T & T program is a comprehensive inspection program which has been in place since the early 2000s and is administered by the Company's Construction & Maintenance (C&M) Department.  The program inspects each pole on the Hawaiian Electric system typically once every five years, averaging approximately 15,000 sub-transmission and distribution wood pole inspections annually.  The primary goals of the T & T program are to identify the condition of wood poles, to identify poles needing replacement, and to treat poles exhibiting signs of rot or decay.  As a part of an inspection, the inspectors measure the pole's shell thickness to gauge the strength remaining in the pole.  A thicker shell means that a pole retains more of its original strength, while a thinner shell indicates that there is a higher likelihood for failure.  Each wood pole is inspected and, based primarily on its shell thickness, is classified in one of three ways, shown below in Table 2.

**Table 2:  Test & Treat Wood Pole Condition Assessment[4]**

| Shell Thickness | Classification | Recommended Action |
|---|---|---|
| Less than 1" | Replace | Replace pole |
| 1" to less than 3" | Restore | Restore pole |
| 3" or greater | Acceptable | None; pole considered in acceptable condition |

Poles that are recommended for replacement or restoration are added to a queue.  The queue is managed by the C&M Department.  Some poles in the queue are prioritized and scheduled for replacement or repair.

As of July 26, 2013, the queue contains 1,290 primary and secondary distribution poles with shell thicknesses less than 2 inches.  The following table breaks down the queue by shell thickness.

---

[2] Morrell, Jeffrey J.  "Estimated Service Life of Wood Poles."  *North American Wood Pole Council Technical Bulletin*, December 2008.

[3] "Lifecycle Study Proves Wood is the Best Investment." *Wood Pole Newsletter* 23 (Fall 1997): 1-7.

[4] Shell thicknesses, classifications, and recommended actions are from the Hawaiian Electric Co., Inc. Specification CS8901 for Inspection and Treatment of Wood Poles.

---



**Table 3: Queue of Distribution Poles, as of July 26, 2013**

| Shell Thickness | # of Secondary Poles | # of Primary Poles | Total |
|---|---|---|---|
| Less than 1" | 22 | 50 | 72 |
| 1" | 209 | 334 | 543 |
| 2" | 195 | 480 | 675 |
| Total | 426 | 864 | 1,290 |

Distribution steel poles, concrete poles, fiberglass poles, and aluminum poles are visually inspected as part of the T & T program. If a non-wood distribution pole fails its visual inspection as a result of an obvious condition, depending on the magnitude and severity of the failure condition, the pole could: 1) be repaired or restored immediately; 2) be re-inspected and reassessed; 3) have a Work Packet (WP) created for it to be addressed at a later date; or 4) be submitted to the Engineering Department via a Request for Engineering Attention (REA) for a more extensive review.

### 3.4. Asset Data

The two main sources for distribution pole data are the Joint Pole and Test & Treat databases. Each data storage location is described in further detail below. Data in these databases are typically updated as it becomes available.

#### 3.4.1. Joint Pole Database

The Joint Pole database is one of two main databases which store the data for distribution poles. Joint Pole is currently considered the system of record,[5] and contains information related to the Company's joint, or shared, use of poles with the City, State, and other utilities. This database is the Company's system of record for pole asset data and includes data for transmission, sub-transmission, and distribution (primary and secondary) poles that are either solely owned or jointly owned. Poles are either solely owned by the Company, or jointly owned by the Company in conjunction with one or more of the other major Joint Pole entities: Hawaiian Telcom; the City & County of Honolulu; and/or the State of Hawaii. There are other competitive local exchange carriers that have entered into attachment agreements with Hawaiian Electric to lease space and attach their equipment on the Company's poles. There are also a very small percentage of special agreements made between the Company and subdivision developers, neighborhood associations, etc.

Although the Joint Pole database is identified as the system of record, there are a number of limitations with the data. These are summarized below:

---

[5] A system of record is the authoritative data source for a particular data element.

HECO-R-1104
DOCKET NO. 2016-0328
Page 22 of 66

 **Hawaiian Electric**

1. **Two digit pole length records** - When the database was first created, pole length data entry was limited to only two digits. Poles that were 100 feet or longer could not be properly entered. There are instances when these poles were entered as 99-foot poles. There are other instances when the last two digits of the pole lengths were used (e.g., a 120-foot pole was entered as a 20-foot pole). Joint Pole has since been updated and is now able to accept three digit pole length data.

2. **Pole material types not included** – There is no entry available to identify whether a pole is wood, steel, concrete, fiberglass, or aluminum.

3. **Poles labeled as no record (NR)** – There are 411 poles in the database labeled as no record, or "NR." It is unclear at this time whether or not these poles are still in service.

4. **Dummy records** – There are 571 records of in-service poles with an installation year of 1900. January 2, 1900 is the default date used whenever a "dummy record" is created. These dummy records are created for the replacement or restoration of poles that have no true record of its installation date, and could either still be in service or removed from the system.

5. **Limited reporting** – Although there are a number of pre-programmed administration reports that can be run in Joint Pole, there are only a small number of pole history reports that can be run using the database. These pole history report formats have limited data, and the available metrics make it challenging to determine the pole voltage type (i.e., distribution, sub-transmission, transmission). The current available metrics for pole history reports are: 1) the year of installation; 2) the pole length; 3) the breakdown of pole ownership; and 4) the pole status (i.e., installed, removed, and proposed).

6. **Incomplete voltage data** – A "voltage type" field was recently added in the early 2000s. This field was created to allow the user to enter the primary voltage of the pole, in order to help distinguish between a distribution, sub-transmission, and transmission pole; however, this field has not been fully implemented and utilized, and a number of poles have not yet been clearly identified in the Joint Pole database.

Based on these limitations, the following assumptions have been made in order to determine the number of distribution poles in the Joint Pole database:

- If a pole's "strt_code" (street code) field is populated, then the pole is assigned its associated circuit and voltage type;
- Distribution poles (primary and secondary) are less than 55 feet in length;
    - Secondary distribution poles are less than 30 feet in length;
    - Primary distribution poles are between 30 feet and 54 feet in length;
- Sub-transmission poles are between 55 feet and 70 feet in length; and
- Transmission poles are greater than 70 feet in length.



As of December 31, 2012, there were a total of 101,683 pole records in the database. Based on the above assumptions, the Joint Pole database indicates that there are 60,962 distribution poles in the system.

### 3.4.2.  Test & Treat Database

The Test & Treat database was implemented in 2004 and is the primary database for storing all the data recorded during the Test & Treat inspections. Each record in the database is tied to a single pole inspection; if a particular pole is inspected twice (e.g., once in 2006 and again in 2011), there are two records for that pole. As of March 6, 2013, there were over 102,000 records for distribution poles in the database. Of these, 274 pole records in the database are unidentified; based on the current information in the database, it is unknown if these records are for distribution, sub-transmission, or transmission poles. For this reason, these 274 poles are not included in the count of distribution poles. After removing all transmission and sub-transmission poles, unknown records, as well as all repeat distribution pole records, there are 53,403 distribution poles in the system. This is more than 7,500 poles less than the estimated distribution pole count from the Joint Pole database.

Similar to the Joint Pole database, the T & T database has its own limitations. When T & T was first implemented in 2004, there were only three defined pole material types available:  wood; metal; and fiberglass. In 2007, metal was replaced with two new options:  steel and aluminum. This limitation resulted in all steel and aluminum poles installed before 2007 to be listed as metal poles in the T & T database.

The T & T program generally inspects particular areas or grids each year. As a result, the T & T program database only includes data for the poles that are actually installed in those grids at the time of the inspections; it does not include any newly installed poles in other grids, or poles that are installed in the same grid after the inspections are completed. For example, the T & T data indicates that only 12 new distribution poles were installed in 2012. This varies significantly from the Joint Pole count of 917 distribution poles installed in 2012.



**Hawaiian Electric**

## 4. Asset Issues

There are two primary asset issues being addressed in this strategy: 1) in-service failures; and 2) the asset age profile. Each of these asset issues is described further below.

### 4.1. In-Service Failures

In-service pole failures occur when a pole breaks and is no longer able to support its connected equipment such as insulators, crossarms, and conductors. When a pole fails, it may or may not completely fall over. It is not uncommon for a failed pole to remain upright while being held in place by the attached conductors. In some cases, a single pole failure could result in a cascading failure where the stress of the failed pole causes adjacent poles to also fail. In any case, failed poles could pose a public hazard and generally result in power outages which could last for 12 or more hours.

### 4.2. Asset Age Profile

Another issue that the Company faces is an aging distribution wood pole population. Hawaiian Electric currently has wood poles on its distribution system that have been installed in the early 1900s. The median age of an in-service distribution pole is 45 years old. As shown in Figure 4-1 below, the American Wood Protection Association (AWPA) considers Hawaii to be in a Zone 5 decay hazard area. The Zone 5 decay hazard area is the most severe of the five decay hazard zones, with an estimated distribution wood pole life expectancy of approximately 40 years. This means that a significant portion of Hawaiian Electric's distribution pole population is at an increased risk for age-related failure and could result in more significant system reliability impacts in the future.

HECO-R-1104
DOCKET NO. 2016-0328
Page 25 of 66





Source: *http://www.woodpoles.org/documents/TechBulletin_EstimatedServiceLifeofWoodPole_12-08.pdf*

**Figure 4-1:  United States Decay Hazard Zones**

37



## 5. Asset Performance

This section outlines the failure modes, failure rates, and failure causes for Hawaiian Electric's distribution poles.

### 5.1. Failure Modes and Rates

#### 5.1.1. Failure Mode

A "failure" is defined as a pole that: 1) based on inspection and/or further analysis, has insufficient shell thickness (less than 1") to provide the required strength to continually support the assets installed on the pole; 2) is determined to be unsuitable for continued use due to conditions above ground; or 3) falls or is leaning significantly.

Currently, more than 97% of the Company's distribution poles are wood poles. Based on the T & T inspection results, the most common reason a distribution wood pole fails is due to inadequate shell thickness.

#### 5.1.2. Failure Rates

A failure rate, or reject rate, is the frequency with which a component fails. With regards to distribution poles, the failure rate is the ratio of the number of poles that failed its inspection (i.e. –, requiring replacement) to the total number of poles inspected. Based on the 2010, 2011, and 2012 T & T program inspection results, the Company is currently seeing an estimated annual failure rate of approximately 5.6%.[6] This means that for every 100 poles inspected, there are between five and six poles that are rejected and require replacement. The figure below shows the percentage of poles rejected by five-year age brackets.

---

[6] In 2010, 2011, and 2012, there were 16,027, 16,533, and 16,460 poles inspected, respectively. Of these, there were 1,092, 890, and 750 poles that failed to meet minimum strength requirements and classified as rejects that should be restored or replaced.





**Figure 5-1: Percentage of Poles Rejected by Age Bracket**

## 5.2. Failure Causes

### 5.2.1. Shell Thickness

As aforementioned, shell thickness is the primary criteria used to determine the condition of wood poles. As the age of a wood pole increases, its strength generally decreases; however, the loss in a pole's strength does not pose a risk if it is properly designed, installed, and maintained. Some poles, regardless of its age, become exposed to insect infestations (e.g., termites), fungus, or even moisture, which can cause the core of the pole to deteriorate, sometimes rapidly, over time. In most cases, even with insect infestations, the pole will deteriorate from the inside, or the core, outwards.

As the core deteriorates, the pole becomes hollow, leaving only the shell, or outside layer of the pole, to support the conductors and other attachments. As more of the core deteriorates, the shell thickness will decrease to the point where the pole will no longer be able to support the conductors and other attachments on the pole, which could result in a pole failure.

A visual inspection of the pole will not identify any core issues. Shell thickness is further discussed in Section 3.3 above.

### 5.2.2. Failed Inspection Causes

Distribution poles fail an inspection for a number of reasons. Table 4 below lists some of the main causes for a distribution pole failing its inspection.

HECO-R-1104
DOCKET NO. 2016-0328
Page 28 of 66

 **Hawaiian Electric**

**Table 4: Sample Listing of Failed Inspection Causes**

| Failure Causes |
|---|
| Heart Rot |
| Rotten Butt |
| Shell Rot |
| Excessive Shell Cracking |
| Enclosed Pockets |
| Decay Pockets |
| Mechanical Damage |

The largest cause of failures in distribution wood poles is heart rot. Heart rot is a fungal disease that decays a wood pole at its center, working outward from the core towards the surface of the pole. Fungi enter the pole and decay the heartwood, causing it to soften and thus become structurally weaker and more prone to failure.

It is important to note that of the 49,020 poles inspected as part of the T & T program from 2010-2012, only six poles failed due to termites. Based on these observations, the Termi-Mesh termite control barriers that are installed on all new distribution wood pole installations (to prohibit termite infestations) appear to be limiting the number of poles that are negatively affected by termites.



## 6. Current Practices

### 6.1. Inspection and Treatment Program and Maintenance Strategies

#### 6.1.1. Inspection and Treatment Program

Hawaiian Electric's Test & Treat (T & T) program is the wood pole inspection and treatment program currently performed by outside contractors. The program currently runs on a five-year cycle. Each year, the inspectors are assigned certain sections of the island, or "grids," to inspect. Additionally, the inspectors are occasionally given special assignments (e.g., inspecting and treating a pole as a result of a customer request) that are located outside of the grids. The annual objective is to inspect and test 15,000 poles each year.

The T & T wood pole inspection and treatment program includes, but is not limited to, the inspection and evaluation of wood poles, the internal and external treatment of wood poles, as well as the preparation of detailed status reports, which include the recommended follow-up action for each pole. In certain conditions (e.g., live termite infestation, Southern Pine species poles, etc.), a full ground-line excavation inspection is required.

The Company's Construction Specification CS8901 provides specifications for the inspection and treatment of wood poles. The specification provides general and technical conditions for the T & T inspectors to follow. The general conditions portion includes sections on inspection safety, inspection results reporting, and personnel qualifications. The technical conditions portion includes sections on inspection procedures, wood pole treatment, and pole evaluations.

The data and photos collected during the inspections are stored in the Company's Test & Treat website. Figure 6-1 below shows sample screen shots of the Test & Treat website. If pole replacement or restoration is recommended, the inspection data is used to create a work packet in the Company's Strategic Information and Maintenance System (SIMS).

HECO-R-1104
DOCKET NO. 2016-0328
Page 30 of 66







42





**Figure 6-1:  Test & Treat Website Screen Shots**

Aluminum, concrete, fiberglass, and steel poles are visually inspected as part of the T & T inspection program.  In addition to the T & T inspections, which are currently performed by Company-approved contractors, the Company's own Transmission & Distribution (T&D) Inspectors group performs a variety of inspections for the overhead transmission and distribution system.  These include, but are not limited to:

- Preventive inspections on the Distribution System Reliability Team (SRT) circuits;
- Inspections in response to generated repair orders (ROs); and
- Special inspections in reaction to customer inquiries and/or complaints.



### 6.1.2.  Maintenance Strategies

The Company currently utilizes a condition-based maintenance strategy for distribution poles.  As aforementioned, the T & T program identifies and classifies poles as either "restore" or "replace." Section 4.13.3 above further describes the condition assessment criteria for each classification.

As part of the T & T program, all wood poles are visually inspected and sounded with a hammer.  Also, all poles greater than 3 years old are bored, while all poles 3 years old or less are bored only if voids are detected during sounding. If a void is detected, the wood pole is treated with an approved wood preservative/termiticide to the interior of the pole.  If the T & T inspection crews notice termites are present during the inspection, they will also treat the surrounding soil with preservative/termiticide, typically at the ground line of the pole.

### 6.2. Pole Restoration

Situations arise in which more than routine maintenance and inspection is needed to prolong the expected life of a distribution pole.  When damage to a pole diminishes its strength beyond an acceptable level, some type of corrective action becomes necessary.  Poles that are classified as "restore" are candidates for a C-Truss restoration or ET-Truss reinforcement.

These restoration methods are cost-saving, risk-reducing, asset-preserving alternatives to the corrective retirement and replacement of a wood pole.[7]  In 2012, the average pole restoration costs were as follows:

**Table 5:  Pole Restoration Types and Unit Costs**

| Distribution Pole Restoration Type | Unit Cost |
|---|---|
| C-Truss Restoration | $1,578 |
| ET-Truss Reinforcement | $4,203 |

*Source:  Energy Delivery Process Area 2012 Initiative & Unit Cost Update presentation.*

### 6.2.1.  C-Truss Restoration

A C-Truss is a pole restoration system that was introduced in the 1960s as a low cost alternative to pole replacements.  C-Trusses are designed to restore ground line strength of wood poles weakened by decay or other types of damage in order to restore the pole to meet National Electrical Safety Code (NESC) requirements, at the same time improving its reliability and durability.

Figure 6-2 shows an example of a C-Trussed distribution wood pole.  When used in conjunction with an effective pole preservation program (i.e., T & T), a C-Truss is anticipated to extend the expected life of a wood pole by approximately 10 years.  At an average installation cost of $1,578, C-Trussing a pole is

---

[7] The estimated installation cost for a distribution wood pole can be found in Table 6.



significantly less than the cost of installing a new distribution wood pole ($8,622 - $22,165; see Table 6 below).



**Figure 6-2:  C-Truss Application on a Distribution Wood Pole**

### 6.2.2.  ET-Truss Reinforcement

An ET-Truss is a pole restoration system designed to increase the load-carrying capacity on poles, typically due to inadvertent overloading.  An ET-Truss is and Extended and Tapered truss engineered from high-strength steel to reinforce the wood pole, increasing the bending capacity of wood poles, sometimes up to three or more pole classes.  Figure 6-3 shows an example of an ET-Trussed distribution wood pole.  Similar to C-Truss restoration, ET-Truss reinforcement is a low-cost alternative to replacing a distribution wood pole, and can extend the expected life of a wood pole by approximately 10 years.





**Figure 6-3: ET-Truss Application on a Distribution Wood Pole**

## 6.3. Specifications and Standards

### 6.3.1.  Design and Construction Standards

The Customer Installations Department (CID) is generally responsible for distribution pole work for voltages 12 kV and under, including customer requests for pole/service relocations, upgrades, and line extensions.  The Transmission & Distribution (T&D) department is generally responsible for the design and procurement of materials for new distribution poles for voltages above 12 kV.   Both the T&D Department and Customer Installations Department will also provide engineering assistance to the C&M Department on distribution pole replacements when necessary.  The C&M Department coordinates all corrective retirements and replacements of distribution wood poles that do not require engineering assistance.



Hawaiian Electric previously complied with General Order No. 6 (G.O. 6, a similar code to California 95) and now complies with the Hawaii Administrative Rules (HAR) Chapter 6-73 and the National Electric Safety Code (NESC) as adopted by the Hawaii Public Utilities Commission (PUC) in April 2007.

The NESC standards require that distribution poles be designed to withstand a higher wind loading than previously specified in General Order No. 6. The change in standards from G.O. 6 to NESC now require the Company to utilize higher class wood poles or even poles made of higher strength materials when preventively or correctively retiring and replacing distribution wood poles.

To ensure compliance with NESC, current pole loading calculations for distribution poles are completed using the Osmose O-Calc program, and are completed prior to the preventive retirement and replacement of a distribution pole. In cases where poles need to be replaced immediately, such as when one is hit by a motor vehicle and/or when customers need to be restored quickly, the pole loading calculation is completed subsequent to the pole replacement. If a pole loading calculation shows that the pole is not compliant with NESC, a planned pole replacement is scheduled. Pole loading calculations have been completed on all new primary distribution poles that have been installed.[8] However, the status of the pole loading calculations is currently not being tracked and/or recorded.

As aforementioned, the American Wood Protection Association (AWPA) standards classify Hawaii as having the highest decay hazard (Zone 5) compared to other zones in the United States. Additionally, wood poles are susceptible to termites. As a result, in 1995, the Company began using termite control barriers (i.e., Termi-mesh) in all new distribution pole installations to aid in the prevention of ground termite infestation and damage.

---

[8] According to current Joint Pole Agreement, some service poles may not require pole loading calculations.

Hawaiian Electric Company, Inc.       26       December 2013
Asset Strategy       Version H
Distribution Poles

47



## 7. Asset Costs

### 7.1. Installation Costs

The estimated per pole installation cost is shown in the table below.

**Table 6: Estimated Installation Costs**

| Type | Total |
|---|---|
| Secondary Distribution Pole | $8,622 - $10,731 |
| Primary Distribution Pole | $16,237 - $22,165 |
| ET-Truss | $4,203 |
| C- Truss | $1,578 |

Source: Energy Delivery *Process Area 2012 Initiative & Unit Cost Update presentation.*
*Note: The range in costs includes work completed by the Company's internal crews and Company-approved contractors. The ET-Truss and C-Truss restoration applications are performed solely by external contractors.*

### 7.2. Inspection Costs

The actual T & T program costs for the 2010, 2011, and 2012 program years are shown below in Table 7.

**Table 7: Test & Treat Annual Program Costs: 2010-2012**

| Inspection Year | Total Poles Inspected | Total Cost | Average Inspection Cost per Pole |
|---|---|---|---|
| 2010 | 16,027 | $922,467 | $57.56 |
| 2011 | 16,533 | $975,075 | $58.98 |
| 2012 | 16,460 | $973,091 | $59.12 |

As aforementioned, the T & T program is currently on a five-year cycle.



## 8. Risk Assessment

This section provides a general assessment of risks posed by failure of this asset in addition to the issues identified in Section 4. Subsequent sections will focus on ways to mitigate or eliminate these risks.

A single distribution pole failure could cause outages at the customer level. Further, a single in-service failure can result in a cascading failure and adversely impact adjacent poles, resulting in additional customer outages.

Distribution wood poles pose risks to Hawaiian Electric for the following reasons:

- Hawaii is one of the most severe areas for wood decay according to the American Wood Protection Association (AWPA);
- Distribution poles is one of Hawaiian Electric's largest and most expansive asset classes;
- Majority of the distribution feeder backbone is installed on wood poles;
- Wood poles are under constant attack from moisture, fungus, termites, and other insects;
- Approximately 700, or 6% of the roughly 12,000 distribution wood poles inspected each year are identified as "rejects" and need to be replaced; and
- The failure rate is expected to increase as a higher number of wood poles reach or exceed their expected life.

The consequences of distribution pole failures can be significant, including extended customer interruptions, collateral damage, loss of revenue, and, in rare cases, employee and/or public injury. The overall risks posed by distribution pole failure, incorporating potential consequences and the likelihood of occurrence are outlined in the following table.



**Hawaiian Electric**

### Table 8:  Risks Posed by an In-Service Distribution Pole Failure

| Risk Type | Risk Level | Event | Potential Consequences | Likelihood (Driving Factors) |
|---|---|---|---|---|
| Environmental | Medium | In-Service Failure | • Pole disposal<br>• Chemical preservative/treatment exposure<br>• Oil contamination (from distribution transformers) | • 1,092 "rejected poles" (failing inspection) found in 2010<br>• 2,150 decaying/weakened poles found in 2010<br><br>• 890 "rejected poles" (failing inspection) found in 2011<br>• 980 decaying/weakened poles found in 2011<br><br>• 750 "rejected poles" (failing inspection) found in 2012<br>• 2,548 decaying/weakened poles found in 2012 |
| Worker Safety | Medium | In-Service Failure | • Worker injury or fatality | |
| Company Image | Low | In-Service Failure | • Negative news coverage<br>• Investigations | |
| Financial | Low | In-Service Failure | • Increasing maintenance and repair costs<br>• Additional equipment damage (e.g., distribution transformers, joint pole user equipment)<br>• Fines<br>• Compensatory damages/costs<br>• Legal costs<br>• Insurance costs | |
| Public Safety | Medium | In-Service Failure | • Collateral damage<br>• Bystander injury or fatality | |
| Regulatory / Customer | Low | In-Service Failure | • Key customer outages<br>• Customer/Company relationship damage<br>• Inquiries<br>• Mandates | |
| Reliability | Medium | In-Service Failure | • Pole failure and additional equipment damage (e.g., distribution transformers)<br>• Extended customer outages<br>• Impact on SAIDI and SAIFI | |

Note: The frequency of failures is expected to increase if replacement plans are not implemented and if the asset age profile is not addressed.



## 9. Strategy Objectives

The strategy objectives of the distribution poles asset strategy are to:

1. Manage the distribution pole age profile with the preventive retirement and replacement of high-risk wood poles at or past its expected life;
2. Complete corrective retirements and replacements of "failed" distribution wood poles (see 5.1.1 for definition); and
3. Improve data collection and storage for distribution wood poles, including managing the pole replacement and pole restoration queues.



## 10. Asset Analysis

This section of the asset strategy provides the analysis of the scenarios considered in determining the appropriate strategy for managing the age profile and improving the overall condition of the distribution wood poles.

Over 97% of the Company's distribution poles are wood. Nearly all of these poles are either at or beyond their expected life, putting them at a higher risk for age-related failure compared to other poles on the system. Current efforts are focused on restoring or replacing distribution wood poles identified through the T & T program.

### 10.1.1. Scenario Objectives

Five scenarios were developed and analyzed to compare plausible solutions for the replacement of distribution wood poles. The objectives of the scenarios were to:

- Manage the distribution wood pole age profile to reduce the failure rate;
- Identify the number of corrective retirements required to improve the overall condition of the distribution pole population;
- Attempt to levelize the age distribution of the wood poles over the long-term; and
- Attempt to levelize forecasted capital expenditures to the extent possible.

Addressing and improving the overall age and condition of the distribution system involves correctively retiring and replacing distribution wood poles identified through the T & T program as well as preventively retiring additional distribution wood poles. The underlying premise behind these objectives is that, as mentioned above, distribution wood poles have a finite expected life. As the poles age, they deteriorate, and the likelihood of failure increases. Addressing both the condition-based issues as well as the age-based issues improves the ability for the Company to mitigate the risk of distribution pole failures, and maintains or even improves system reliability over the long-term.

Levelizing capital spending has several benefits, which include, but are not limited to:

- The promotion of more effective planning and efficient execution of work;
- Lessening the complexity of capital budgeting; and
- Improving the Company's ability to economically secure required resources (e.g., labor, equipment, materials)

A levelized capital approach is a more sustainable way of managing assets over the long-term.

The analyzed scenarios are detailed separately in the following sections. Each section includes a description of the scenario, its forecasted 10-year capital budget, a 10- and 20-year age distribution forecast, and associated pros and cons.

Hawaiian Electric Company, Inc.                    31                    December 2013
Asset Strategy                                                           Version H
Distribution Poles



## 10.2.  Assumptions

### 10.2.1. General Assumptions

The following is a list of common assumptions utilized for each of the scenarios analyzed.

- The implementation of the selected scenario will begin in 2014.
- The T & T inspection and treatment program will remain on a five-year program cycle.
- A "failure" is defined as a pole that: 1) based on inspection and/or further analysis, has insufficient shell thickness (less than 1") to provide the required strength for the assets installed on the pole; 2) is determined to be unsuitable for continued use due to conditions above ground; or 3) falls or is leaning significantly.
- The distribution pole "reject rate," or percentage of poles that fail inspection and require corrective retirement and replacement, is 5.6%.[9]
- The estimated cost for the corrective retirement and replacement of a distribution pole is $16,538 (in 2012 dollars).[10]

### 10.2.2. Failure Frequency Curve

The age-based failure frequency curve, shown below in Figure 10-1, was used as part of the scenario analyses.  The curve incorporates actual inspection data on all wood poles ages 0-60 years from the Company's T & T inspections from 2010-2012.  Over this period, the Company's contractors inspected over 49,000 poles.  A vast majority of these poles were distribution wood poles, representing a statistically significant portion of the distribution pole population.  Inspection data for the Company's poles over the age of 60 years was inconclusive, thus making the derivation of actual failure rate for poles in that age range difficult.  As such, the failure curve for all poles over 60 years of age is derived from Davies Consulting's Asset Life Cycle Analysis (ALCA) consortium of utilities that are also in AWPA Zone 5 areas.  ALCA is a probabilistic simulation model that incorporates asset quantities, ages, replacement costs, and failure frequency curves to forecast failures and capital requirements for various replacement scenarios.

---

[9] Based on the Osmose Project Reports for 2010, 2011, and 2012.

[10] This is the weighted average cost to replace a distribution pole (primary or secondary) based on the Energy Delivery Process Area 2012 Initiative & Unit Cost Update presentation from January 3, 2013.

---





Figure 10-1:  Failure Curve Used for Scenario Analyses

This failure curve is utilized for the following analyses to account for forecasted corrective replacements based on changes in age profile for each scenario.

## 10.3.    Scenario Assessment

The following sections detail the different scenarios ran, and include a description of the scenario, its forecasted 10-year capital budget, a 10- and 20-year age distribution forecast, and associated pros and cons.

### 10.3.1.  Scenario 1:  Run to Fail

#### Description

This scenario calls for the corrective retirement and replacement of all distribution wood poles that are identified and categorized as "replace" via the T & T inspection program, as well as addressing any in-service failures and replacing poles damaged by motor vehicles.

The premise of this scenario is that the T & T inspection program is sufficient for identifying at-risk distribution wood poles and all corrective work necessary to mitigate condition-based risks and maintain a reliable distribution system.  Additionally, any in-service failures will also be addressed in a timely manner.



### Forecasted Capital Budget

The forecasted 10-year capital budget for this scenario is shown in the following table.

**Table 9:  Scenario 1 – Forecasted 10-Year Capital Budget**

| Year | # of Corrective Replacements | # of Preventive Replacements | Total # of Pole Replacements | Cost (Millions) |
|---|---|---|---|---|
| 2014 | 870 | 0 | 870 | $14.4 |
| 2015 | 871 | 0 | 871 | $14.4 |
| 2016 | 883 | 0 | 883 | $14.6 |
| 2017 | 900 | 0 | 900 | $14.9 |
| 2018 | 918 | 0 | 918 | $15.2 |
| 2019 | 933 | 0 | 933 | $15.4 |
| 2020 | 947 | 0 | 947 | $15.7 |
| 2021 | 952 | 0 | 952 | $15.8 |
| 2022 | 958 | 0 | 958 | $15.8 |
| 2023 | 972 | 0 | 972 | $16.1 |
| **Totals** | **9,204** | **0** | **9,204** | **$152.3** |

Note:  Costs expressed in 2012 dollars.

### Age Distribution

For Scenario 1, the following figures illustrate the 10- and 20-year forecasted age distributions for the distribution pole population at the beginning of the year for 2023 and 2033, respectively. Refer to Figure 3-2 for the current age profile.  In 2023, there will be an estimated 4,237 distribution poles at least 75 years old.  In 2033, that number more than doubles to 9,714 distribution poles.

HECO-R-1104
DOCKET NO. 2016-0328
Page 44 of 66





**Figure 10-2:  Scenario 1 - Forecasted Age Profile, January 1, 2023**



**Figure 10-3:  Scenario 1 - Forecasted Age Profile, January 1, 2033**

56



**Hawaiian Electric**

### Pros and Cons

*Pros:*

Scenario 1 fulfills the second objective of the scenario analysis, which is to identify the number of corrective retirements required to improve the overall condition of the distribution pole population. These condition-based risks are identified through the existing T &T inspection program, and will be addressed systematically. The forecasted 10-year capital expenditure for Scenario 1 is $152 million, which is the lowest of all the scenarios analyzed and evaluated.

*Cons:*

Scenario 1 is a purely reactive approach to addressing condition-based risks; there is no preventive component in this scenario to manage the age profile. Issues would be addressed after they are discovered via T & T inspection programs. Although the initial workload and capital expenditure forecast is currently considered manageable, the amount of work would likely vary based on the T & T inspections, and would therefore result in significant workload variability or unsustainable increases.

Furthermore, age-based risks would not be systematically addressed under this scenario. In general, as a distribution pole ages, there is an increased likelihood of it failing. Correctively retiring and replacing an average of 920 distribution poles each year for the first 10 years addresses less than 2% of the distribution pole population annually. The remaining population will continue to increase in age, potentially increasing the risk to the system due to an increase in anticipated failures as time goes on. This may lead to a decrease in reliability and an asset wall that will be difficult to manage from a cost and manpower perspective.

Also, there is an increased likelihood that the overall age of the distribution pole population will continue to increase. Figure 10-2, which depicts the forecasted age profile in 2023, indicates there will be more than 2,713 poles that are at least 80 years old. That number is forecasted to increase to over 4,746 in 2033.

### 10.3.2. Scenario 2: Age Limit of 65 Years, Levelized Over First Five Years

#### Description

In addition to the corrective retirement and replacement of all distribution wood poles that are identified and categorized as "replace" via the T & T inspection program, as well as any in-service failures that may occur, Scenario 2 incorporates a preventive retirement and replacement component. An age limit of 65 years is placed on the population, which means all poles that are 65 years old or older are preventively retired and replaced.

57



As shown in Figure 3-2 above, there are over 6,400 distribution wood poles that are older than 65. To avoid replacing a significant amount of poles during the first year of the strategy's implementation, the preventive retirement and replacement of these poles are instead levelized over the first five years.

The premise of Scenario 2 is that the T & T inspection program is sufficient for identifying all corrective work necessary to mitigate condition-based risks and maintain a reliable distribution system. Any in-service failures will also be addressed in a timely manner. Additionally, preventively retiring and replacing all poles at least 65 years old systematically mitigates age-based risks associated with an aging distribution wood pole population.

### Forecasted Capital Budget

The forecasted 10-year capital budget for Scenario 2 is shown in the following table.

#### Table 10: Scenario 2 – Forecasted 10-Year Capital Budget

| Year | # of Corrective Replacements | # of Preventive Replacements | Total # of Pole Replacements | Cost (Millions) |
|------|------|------|------|------|
| 2014 | 806 | 1,852 | 2,658 | $44.0 |
| 2015 | 757 | 1,901 | 2,658 | $44.0 |
| 2016 | 722 | 1,936 | 2,658 | $44.0 |
| 2017 | 696 | 1,962 | 2,658 | $44.0 |
| 2018 | 673 | 1,984 | 2,657 | $43.9 |
| 2019 | 648 | 859 | 1,507 | $24.9 |
| 2020 | 640 | 1,258 | 1,898 | $31.4 |
| 2021 | 616 | 1,292 | 1,908 | $31.6 |
| 2022 | 592 | 1,195 | 1,787 | $29.6 |
| 2023 | 577 | 1,383 | 1,960 | $32.4 |
| Totals | 6,727 | 15,622 | 22,349 | $369.8 |

Note: Costs expressed in 2012 dollars.

### Age Distribution

Based on this scenario, the following figures illustrate the forecasted age distributions for the distribution pole population at the beginning of the year for 2023 and 2033. Refer to Figure 3-2 for the current age profile. As a result of the age limit of 65 years, there will be no distribution poles older than 65 years in either 2023 or 2033.





**Figure 10-4: Scenario 2 – Forecasted Age Profile, January 1, 2023**



**Figure 10-5: Scenario 2 – Forecasted Age Profile, January 1, 2033**

59



## Pros and Cons

*Pros:*

Adding a preventive retirement component systematically addresses age-based risks associated with distribution wood poles.  Also, adding an age limitation allows the Company to better manage the age profile by not allowing distribution wood poles to exceed 65 years of age

*Cons:*

Although Scenario 2 adds a preventive retirement component, it does not provide a levelized approach to addressing the condition- and age-based risks of distribution wood poles.  Under this scenario, annual distribution pole retirement and replacement amounts range from 1,500-2,700 in the first 10 years, which leads to a total forecasted capital expenditure of nearly $370 million over that same period, making it one of the most expensive scenarios analyzed.  The drastic change in annual pole replacements could also provide difficulties with resource planning and scheduling. Additionally, retiring and replacing up to nearly 2,700 poles annually is unreasonable, given our current resource levels and replacement rates of roughly 900 distribution poles per year.  Also, replacing more than 22,000 distribution wood poles within a 10-year age range will create an asset wall that will be difficult to manage from a cost and manpower perspective.

### 10.3.3.  Scenario 3:  Age Limit of 65 Years, Levelized Over the First 10 Years

#### Description

Unlike Scenario 2, where the preventive retirement and replacement of all distribution wood poles 65 years old or older was levelized over the first five years of the asset program's implementation, Scenario 3 has a levelization period of 10 years.

The premise of Scenario 3 is that the T & T inspection program is sufficient for identifying at-risk distribution wood poles and all corrective work necessary to mitigate condition-based risks and maintain a reliable distribution system.  Any in-service failures will also be addressed in a timely manner.  Additionally, preventively retiring and replacing all poles at least 65 years old systematically mitigates age-based risks associated with an aging distribution wood pole population.



**Hawaiian Electric**

## *Forecasted Capital Budget*

The forecasted 10-year capital budget for this scenario is shown in the following table.

**Table 11:  Scenario 3 – Forecasted 10-Year Capital Budget**

| Year | # Corrective Replacements | # of Preventive Replacements | Total # of Pole Replacements | Cost (Millions) |
|---|---|---|---|---|
| 2014 | 870 | 1,364 | 2,234 | $36.9 |
| 2015 | 801 | 1,433 | 2,234 | $36.9 |
| 2016 | 761 | 1,473 | 2,234 | $36.9 |
| 2017 | 733 | 1,501 | 2,234 | $36.9 |
| 2018 | 712 | 1,522 | 2,234 | $36.9 |
| 2019 | 691 | 1,543 | 2,234 | $36.9 |
| 2020 | 669 | 1,565 | 2,234 | $36.9 |
| 2021 | 638 | 1,596 | 2,234 | $36.9 |
| 2022 | 608 | 1,626 | 2,234 | $36.9 |
| 2023 | 585 | 1,644 | 2,229 | $36.9 |
| **Totals** | **7,068** | **15,267** | **22,335** | **$369.0** |

Note:  Costs expressed in 2012 dollars.

## *Age Distribution*

For Scenario 3, the following figures illustrate the forecasted age distributions for the distribution pole population at the beginning of the year for 2023 and 2033.  Refer to Figure 3-2 for the current age profile.  Similar to Scenario 2, including the 65 year age limitation means there will be no distribution poles exceeding that age in 2023 and 2033.

61

HECO-R-1104
DOCKET NO. 2016-0328
Page 50 of 66





Figure 10-6:  Scenario 3 – Forecasted Age Profile, January 1, 2023



Figure 10-7:  Scenario 3 – Forecasted Age Profile, January 1, 2033

62



**Hawaiian Electric**

<u>**Pros and Cons**</u>

*Pros:*

Adding a preventive retirement component systematically addresses age-based risks associated with distribution wood poles. Adding an age limitation allows the Company to better manage the age profile by not allowing distribution wood poles to exceed 65 years of age. Levelizing the replacements over a 10-year period also levelizes the forecasted capital expenditures.

*Cons:*

Although Scenario 3 provides a levelized approach to addressing the condition- and age-based risks of distribution wood poles, immediately ramping up to retiring and replacing 2,300 poles annually is unreasonable, given our current resource levels and replacement rates of roughly 900 distribution poles per year. The total forecasted capital expenditure is nearly $370 million, making it one of the most expensive scenarios analyzed. Also, having a large group of more than 22,000 distribution wood poles within a 10-year age range presents an asset wall that will be difficult to manage from a cost and manpower perspective.

### 10.3.4. Scenario 4: Age Limit of 75 Years, Levelized Over First Five Years

<u>**Description**</u>

Similar to Scenario 2, Scenario 4 also addresses both the condition-based and age-based risks of the population by preventively retiring and replacing a targeted population of distribution wood poles. However, instead of targeting all distribution wood poles at least 65 years old, Scenario 4 incorporates an age limitation of 75 years.

The premise of Scenario 4 is that the T & T inspection program is sufficient for identifying at-risk distribution wood poles and all corrective work necessary to mitigate condition-based risks and maintain a reliable distribution system. Any in-service failures will also be addressed in a timely manner. Additionally, preventively retiring and replacing all poles at least 75 years old systematically mitigates age-based risks associated with an aging distribution wood pole population. Finally, extending the age limitation from 65 years to 75 years adds minimal and acceptable risk to the reliability of the distribution system.



**Hawaiian Electric**

### Forecasted Capital Budget

The forecasted 10-year capital budget Scenario 4 is shown in the following table.

**Table 12:  Scenario 4 – Forecasted 10-Year Capital Budget**

| Year | # of Corrective Replacements | # of Preventive Replacements | Total # of Pole Replacements | Cost (Millions) |
|---|---|---|---|---|
| 2014 | 870 | 693 | 1,563 | $25.8 |
| 2015 | 830 | 733 | 1,563 | $25.8 |
| 2016 | 809 | 754 | 1,563 | $25.8 |
| 2017 | 796 | 767 | 1,563 | $25.8 |
| 2018 | 786 | 774 | 1,560 | $25.8 |
| 2019 | 774 | 206 | 980 | $16.2 |
| 2020 | 780 | 234 | 1,014 | $16.8 |
| 2021 | 777 | 286 | 1,063 | $17.6 |
| 2022 | 773 | 258 | 1,031 | $17.1 |
| 2023 | 778 | 333 | 1,111 | $18.4 |
| **Totals** | **7,973** | **5,038** | **13,011** | **$215.1** |

Note:  Costs expressed in 2012 dollars.

### Age Distribution

Based on this scenario, the following figures illustrate the forecasted age distributions for the distribution pole population at the beginning of the year for 2023 and 2033.  Refer to Figure 3-2 for the current age profile.  By utilizing an age limitation of 75 years, there will be no distribution poles over 75 years of age in 2023 and 2033.

HECO-R-1104
DOCKET NO. 2016-0328
Page 53 of 66

Hawaiian Electric



Figure 10-8:  Scenario 4 – Forecasted Age Profile, January 1, 2023



Figure 10-9:  Scenario 4 – Forecasted Age Profile, January 1, 2033



**Hawaiian Electric**

### Pros and Cons

*Pros:*

Adding a preventive retirement component systematically addresses age-based risks associated with distribution wood poles. Adding an age limitation allows the Company to better manage the age profile by not allowing distribution wood poles to exceed 75 years of age. Extending the age limitation from 65 years to 75 years provides a more manageable workload over the first five years of the asset program's implementation.

*Cons:*

By extending the age limitation from 65 years to 75 years, the Company accepts the additional risk of an older distribution pole population. Although Scenario 4 adds a preventive retirement component, it does not provide a fully levelized approach to addressing the age-based risks of distribution wood poles. The annual pole replacement amount ranges from approximately 1,000 – 1,600. The 10-year forecasted capital expenditure is $215 million.

### 10.3.5. Scenario 5: Age Limit of 75 Years, Levelized Over the First 10 Years

#### Description

Similar to Scenario 4, Scenario 5 also addresses both the condition-based and age-based risks of the population by preventively retiring and replacing all distribution wood poles at least 75 years old. However, instead of levelizing the workload over the first five years, Scenario 5 extends the levelization period to 10 years.

The premise of Scenario 5 is that the T & T inspection program is sufficient for identifying at-risk distribution wood poles and all corrective work necessary to mitigate condition-based risks and maintain a reliable distribution system. Any in-service failures will also be addressed in a timely manner. Additionally, preventively retiring and replacing all poles at least 75 years old systematically mitigates age-based risks associated with an aging distribution wood pole population. Extending the age limitation from 65 years to 75 years adds minimal and acceptable risk to the reliability of the distribution system. Finally, levelizing the distribution wood pole replacements over the first 10 years effectively levelizes the capital expenditures over that same period.



**Hawaiian Electric**

### _Forecasted Capital Budget_

The forecasted 10-year capital budget for this scenario is shown in the following table.

**Table 13:  Scenario 5 – Forecasted 10-Year Capital Budget**

| Year | # of Corrective Replacements | # of Preventive Replacements | Total # of Pole Replacements | Cost (Millions) |
|---|---|---|---|---|
| 2014 | 870 | 430 | 1,300 | $21.5 |
| 2015 | 843 | 457 | 1,300 | $21.5 |
| 2016 | 831 | 469 | 1,300 | $21.5 |
| 2017 | 827 | 473 | 1,300 | $21.5 |
| 2018 | 825 | 475 | 1,300 | $21.5 |
| 2019 | 821 | 479 | 1,300 | $21.5 |
| 2020 | 815 | 485 | 1,300 | $21.5 |
| 2021 | 802 | 498 | 1,300 | $21.5 |
| 2022 | 789 | 511 | 1,300 | $21.5 |
| 2023 | 785 | 517 | 1,302 | $21.5 |
| **Totals** | **8,208** | **4,794** | **13,002** | **$215.0** |

Note:  Costs expressed in 2012 dollars.

### _Age Distribution_

For Scenario 5, the following figures illustrate the forecasted age distributions for the distribution pole population at the beginning of the year for 2023 and 2033.  Refer to Figure 3-2 for the current age profile.  Similar to Scenario 4, including the 75 year age limitation means there will be no distribution poles exceeding that age in 2023 and 2033.

---

Hawaiian Electric Company, Inc.                    46                    December 2013
Asset Strategy                                                                Version H
Distribution Poles

HECO-R-1104
DOCKET NO. 2016-0328
Page 56 of 66





**Figure 10-10: Scenario 5 – Forecasted Age Profile, January 1, 2023**



**Figure 10-11: Scenario 5 – Forecasted Age Profile, January 1, 2033**

68



## Pros and Cons

*Pros:*

Adding a preventive retirement component systematically addresses age-based risks associated with distribution wood poles. Adding an age limitation allows the Company to manage the age profile by not allowing distribution wood poles to exceed 75 years of age. Levelizing the replacements over a 10-year period also levelizes the forecasted capital expenditures, which helps balance the age profile, preventing large, unmanageable asset walls in the future.

*Cons:*

By extending the age limitation from 65 years to 75 years, the Company accepts the additional risk of an older distribution pole population. Scenario 5 recommends immediately ramping up to retiring and replacing 1,300 poles annually, which may be manageable, but is still significantly higher than the current replacement rate of 900 distribution poles per year. The 10-year forecasted capital expenditure is $215 million.

### 10.3.6.  Scenario Summary

The following table provides a summary of each scenario analyzed above, including a brief description and 10-year counts for the total number of corrective replacements, the total number of preventive replacements, the total number of poles replaced, and the total forecasted budget.

Table 14: Scenario Analysis Summary

| Scenario | Description | # of Corrective Replacements | # of Preventive Replacements | Total # of Pole Replacements | Cost (M) |
|---|---|---|---|---|---|
| 1 | Run to Fail | 9,204 | 0 | 9,204 | $152.3 |
| 2 | > 65 (five years) | 6,727 | 15,622 | 22,349 | $369.8 |
| 3 | > 65 (10 years) | 7,068 | 15,267 | 22,335 | $369.0 |
| 4 | > 75 (five years) | 7,973 | 5,038 | 13,011 | $215.1 |
| 5 | > 75 (10 years) | 8,208 | 4,794 | 13,002 | $215.0 |

Note: Costs expressed in 2012 dollars.



## 11. Asset Strategy Recommendation

### 11.1.  Scenario Recommendation

Based on the scenario analysis above, it is recommended that Hawaiian Electric adopt and implement Scenario 5.  In addition to the annual corrective replacement of 785-870 distribution wood poles, Scenario 5 proposes a 10-year levelized wood pole replacement plan to that includes preventively replacing all poles over the age of 75 years. Adopting this scenario as a replacement strategy would equate to replacing a total of 13,000 distribution wood poles over the first 10 years of the asset program's implementation, averaging 1,300 distribution wood pole replacements per year.  This recommendation meets all four scenario objectives, which were to:

- ✓  Manage the distribution wood pole age profile to reduce the failure rate;
- ✓  Identify the number of corrective retirements required to improve the overall condition of the distribution pole population;
- ✓  Attempt to levelize the age distribution of the distribution wood poles over the long-term; and
- ✓  Attempt to levelize forecasted capital expenditures to the extent possible.

The Company continues to ramp up its efforts to modernize and harden its generation, transmission, and distribution system infrastructure.  Recognizing that high-priority initiatives and other resource demands may present themselves at any time, additional sensitivity analysis was developed and analyzed to evaluate the risks associated with providing additional flexibility to the recommended scenario (Scenario 5).

The sensitivity analysis concluded that, in order to accommodate the Company's increased efforts to modernize its infrastructure, the increase in high-priority initiatives, and other resource demands, annually replacing a range of 1,100 – 1,500 distribution poles over the first ten-year period (totaling 13,000 poles) will not add substantial risk to the distribution system.

The total 10-year forecasted capital cost to implement this scenario is $215 million, shown in the table below.  This table also shows the electric usage rate impact to the Company's customers based on the forecasted annual capital expenditure of $21.5 million.  Additional information on the electric usage rate impact can be found in Appendix B.



Hawaiian Electric

**Table 15: Recommended Scenario**

| Year | Cost (Millions) | Rate Impact ($/kWh)* |
|------|-----------------|----------------------|
| 2014 | $21.5 | 0.0005 |
| 2015 | $21.5 | 0.0010 |
| 2016 | $21.5 | 0.0016 |
| 2017 | $21.5 | 0.0021 |
| 2018 | $21.5 | 0.0027 |
| 2019 | $21.5 | 0.0033 |
| 2020 | $21.5 | 0.0039 |
| 2021 | $21.5 | 0.0045 |
| 2022 | $21.5 | 0.0051 |
| 2023 | $21.5 | 0.0058 |
| **Totals** | **$215.0** | -- |

*As of August 2013, the rate impact calculations beyond 2019 are proposed and not yet approved.

## 11.2.  Additional Recommendations

The following table summarizes additional strategy recommendations, which are explained in further detail below.  Most of these recommendations came from the 2010-2012 Asset Program Evaluation for Poles, which was approved and signed on July 6, 2013.

**Table 16: Summary of Additional Recommendations**

| Number | Recommendation |
|--------|----------------|
| 1 | Continue the Test & Treat Program |
| 2 | Identify a process owner for distribution poles |
| 3 | Align Specification CS8901 with Hawaiian Electric's decision process |
| 4 | Develop/document a standard prioritization process for determining specific action for inspected distribution wood poles |
| 5 | Reevaluate the use of poly-fill |
| 6 | Identify and track queue of distribution wood poles requiring replacement or restoration |
| 7 | Review existing management reporting to determine if there is a need for new or revised management reports |
| 8 | Link the distribution pole databases |
| 9 | Continue efforts to obtain sole ownership to facilitate implementation of asset strategy |



1.  **Continue the Test & Treat Program**: The T & T program has been a very effective method for assessing the condition of a wood pole, and has been used to identify poles to be restored or retired and replaced prior to failing.  Studies have shown that in addition to the proper maintenance and reinforcement of a pole, an effective inspection and treatment program aids in extending its service life.  The current inspection and treatment cycle of approximately 15,000 poles annually typically over a five-year cycle is reasonable and should be continued.  Additional data will be collected and analyzed, and may suggest the reevaluation of the current T & T inspection and treatment cycle.

2.  **Identify a process owner for distribution poles:** Distribution poles serve a vital role in the Company's ability to providing reliable service to its customers.  The failure of a distribution pole can have a significant impact not only on service reliability, but also on the safety of the Company's personnel and its customers.  It is recommended that a process owner be assigned to maintain, monitor, and report on the pole program.  At a minimum, the process owner should be responsible for:
    a.  Monitoring the use of the Joint Pole, T & T, and other databases to ensure that accurate and appropriate data is being entered in a timely manner;
    b.  Reviewing and revising a standardized monthly report to keep key stakeholders informed of the current status of the program.  Reports, at a minimum, shall include current and year-to-date values for the following:
        *   The number of poles retired and removed;
        *   The number of new poles installed;
        *   Inspection and treatment information (e.g., the number of poles inspected and the number of poles requiring either replacement or restoration).
        *   Include the current queue counts for both "restore" and "replace" poles, as well as any reasons preventing or delaying the retirement and replacement of reject poles; and
    c.  Ensuring that approved distribution pole asset strategy recommendations are being followed.

3.  **Align Specification CS8901 with Hawaiian Electric's decision process:** The Company's Construction Specification CS8901, most recently revised and approved in April 2012, provides specifications for the inspection and treatment of wood poles.  This specification stipulates, among other parameters, the shell thickness measurement used to determine whether a wood pole: is acceptable; requires replacement; or requires restoration.  Some poles that fail inspection, and thus require replacement based on this specification, are placed in a queue and not immediately addressed.  The Company needs to align its distribution pole action plan with the inspection results to best address and minimize the associated condition-based risks.



4. **Develop/Document a standard prioritization process for determining specific action for inspected distribution wood poles:** After a pole is inspected and identified as requiring replacement or restoration, the Company determines both the severity and associated risks of its condition. Then, the Company completes an assessment on the "at-risk" poles to determine whether or not a pole will actually be replaced or restored, and if so, how soon it will be replaced. If a pole is identified to be replaced or restored, the Company follows its normal processes to schedule the necessary work. This entire prioritization process is currently not documented. It is recommended that an objective process, which could incorporate the current decision-making process, be developed and documented. A documented prioritization process provides transparency and objectiveness in the decision-making, and minimizes the opportunity for the highest risk poles to remain on the system.

5. **Reevaluate the use of poly-fill:** Beginning in 2012, the Company suspended the use of poly-fill as a reasonable and acceptable method of pole restoration. The complete and thorough poly-filling of a pole has been known to extend the life of a wood pole. However, it is believed that partially poly-filling a pole (e.g., only filling voids that can be reached without climbing) did not actually restore a pole to near-new condition and provide the life extension originally anticipated. Hawaiian Electric should conduct a formal evaluation to verify the effectiveness of poly-filling.

6. **Identify and track the queues of distribution wood poles requiring replacement or restoration:** The Test & Treat inspection and treatment program identifies poles that require replacement or restoration. In general, these poles are at an increased risk of an in-service failure, which could pose a safety risk to Company personnel and/or the general public, and could also result in significant service interruptions. Poles that are not immediately addressed are placed in a queue. Although it is easy to track the number of distribution wood poles that are scheduled for replacement, the current backlog of poles waiting for replacement is unknown.

   It is recommended that the Company develop an accurate and efficient method to track the status of all distribution poles that are placed in this queue. The Company should also determine an appropriate quantity of distribution wood poles to keep in the queue (e.g., two to three months' worth of work). Identifying and tracking the queue will allow the Company to have an accurate count of the distribution poles in the queue, and supports the efficient scheduling of crews.

7. **Review existing management reporting to determine if there is a need for new or revised management reports:** The original Poles Asset Strategy, issued in 2010, did not provide data collection requirements or management reporting structure recommendations to more effectively monitor and evaluate the Company's actual performance against the recommended targets. The Company has since created management reports that currently provide a level of performance against a goal. Additional data should be collected not only for reporting purposes but also for



evaluation and analytic purposes. Examples of additional data shall include the queue of poles requiring replacement or restoration, the date that a pole failed (in-service or inspection), and the installation date of the replacement pole.

8.  **Link the distribution pole databases:** The Company currently utilizes four major distribution pole data storage locations: the Test & Treat database, the Joint Pole database, the SIMS database and the G-Tech database. Not only does the total pole count vary between each data location, the type of data collected for each data location also varies. In an effort to link these major databases, the Company has taken steps to create a common field in each of the different databases to allow the information in each database to be linked. This common field across all databases will be populated with the Structure Identification (SID) number, which is a unique identifier assigned to each pole on the system. However, populating is a work in progress, and it is recommended that this be completed in the near-term.

    Hawaiian Electric has committed to implementing SAP as its next enterprise asset management software solution. Linking the data by the common SID field will allow Hawaiian Electric to perform data cleansing in preparation for the transition to SAP. Linking the distribution pole databases also ensures that the Company is managing the pole population with all current, required information. Until SAP is fully implemented in 2016, it is recommended that the distribution pole stakeholders work collaboratively to: identify the required data elements to be collected as well as the preferred database structure; and ensure the data is stored in one or all of the four major databases.

9.  **Continue efforts to obtain sole ownership to facilitate implementation of asset strategy:** The process of obtaining sole pole ownership continues through 2013. Successfully negotiating and obtaining sole pole ownership will aid in the facilitation of the recommended asset strategy, as scheduling upgrades, restorations, or replacements would no longer be affected by pole co-owners/co-inhabitants.

HECO-R-1104
DOCKET NO. 2016-0328
Page 63 of 66



## 12. Next Steps

This report provides the collaboratively developed asset strategy for assessing and addressing risk posed by failure of Hawaiian Electric's distribution poles. After finalizing and gaining approval of the asset strategy, additional steps are required to implement the asset strategy and evaluate its effectiveness. This allows for adjustments to be made as necessary. A general description for the next steps is provided below.

### 12.1.    Implementation Plan Development

An implementation plan for distribution poles will be developed and include the following key components:

1.  Implementation plan task development – Identify and prioritize tasks necessary to implement the key elements of the strategy according to the recommended schedule.

2.  Implementation plan execution roles and responsibilities identification – Identify individuals responsible for executing key implementation plan tasks.

3.  Implementation plan progress monitoring and reporting plan development – Identify required information, sources, report structure, and report update mechanisms and roles.

### 12.2.    Program Evaluation

A program evaluation will be completed approximately one year after the execution of the distribution poles implementation plan. The program evaluation is intended to:

*   Formally review the implementation progress and its impacts against the objectives;
*   Document the program results;
*   Identify program issues, if any; and
*   Determine any necessary program revisions.

HECO-R-1104
DOCKET NO. 2016-0328
Page 64 of 66



## 13. Appendices

### 13.1.    Appendix A:  Rate Implications

Based on the recommended scenario strategy of replacing an average of 1,300 distribution wood poles over the first 10 years of the program's implementation, the below table summarizes the impact of the forecasted capital expenditures on electric usage rates for the Company's customers.

The table below summarizes the rate impact to Hawaiian Electric's customers over the first five years of the asset program's implementation.   Column 2 shows the electric usage rate impact.  Column 3 shows the impact of the revenue requirements on a 600 kilowatt-hour (kWh) monthly bill.

The sales forecast from 2019 is preliminary and not yet approved as of September 2013, therefore not included in this appendix.

**Table 17:  Forecasted Capital Expenditure Electric Usage Rate Impact**

| Year | Rate Impact ($/kWh) | Impact on 600 kWh bill ($) |
|------|---------------------|----------------------------|
| 2014 | 0.0005 | 0.28 |
| 2015 | 0.0010 | 0.61 |
| 2016 | 0.0016 | 0.95 |
| 2017 | 0.0021 | 1.28 |
| 2018 | 0.0027 | 1.63 |

76



## 13.2.    Appendix B: Reliability Impact

Hawaiian Electric's system reliability is measured by three indices:  1) the System Average Interruption Duration Index (SAIDI); 2) the System Average Interruption Frequency Index (SAIFI); and 3) the Customer Average Interruption Duration Index (CAIDI).  Table 18 illustrates the distribution pole population's annual recorded impact on system reliability from 2008 – 2012.  Table 19 summarizes the Company's total SAIDI, SAIFI, and CAIDI over the same five year period.

### Table 18:  Distribution Pole Annual Reliability Impacts, 2008 - 2012

| Year | # of Outages | SAIDI (minutes) | SAIFI (frequency) | CAIDI (minutes) |
|------|--------------|-----------------|-------------------|-----------------|
| 2008 | 5 | 1.073 | 0.007 | 161.053 |
| 2009 | 11 | 3.485 | 0.031 | 113.802 |
| 2010 | 12 | 1.716 | 0.015 | 113.992 |
| 2011 | 13 | 5.734 | 0.022 | 266.680 |
| 2012 | 13 | 4.240 | 0.023 | 185.138 |
| **Totals** | **54** | **16.248** | **0.098** | **165.796** |

Note:  Reliability numbers not exact due to rounding errors.

### Table 19:  Annual Reliability – Excluding Major Events (Normalized Data)[11]

| Year | SAIDI (minutes) | SAIFI (frequency) | CAIDI (minutes) |
|------|-----------------|-------------------|-----------------|
| 2008 | 100.05 | 1.298 | 77.07 |
| 2009 | 90.08 | 1.133 | 79.52 |
| 2010 | 114.55 | 1.222 | 93.72 |
| 2011 | 211.32 | 1.376 | 153.54 |
| 2012 | 113.67 | 1.368 | 83.08 |
| **Totals** | **629.67** | **6.397** | **486.93** |

SAIDI is the average outage duration for each customer served.  Over the five year period from 2008-2012, distribution poles' total contribution to SAIDI was 16.248 minutes, which is less than 2.6% of the overall SAIDI of 629.67 minutes Hawaiian Electric recorded in that same five-year period.

SAIFI is often referred to as the average number of interruptions a customer may experience. Distribution poles had a total SAIFI of 0.098 interruptions per customer over the five-year period of 2008-2012.  In comparison, the Company recorded a total SAIFI of 6.397 interruptions per customer.

---

[11] A "major event" is an event that is due to unusually severe weather and/or results in abnormal outages. Normalized data refers to indices that do not include major events.



CAIDI provides the average outage duration that a customer would experience. Table 18 indicates that the distribution poles' contribution total CAIDI from 2008-2012 was 165.796 minutes. Outages due to distribution poles typically have a long duration. As stated above in Section 4.1, failed poles could result in restoration times in excess of 12 hours.

The reliability data, sourced from Hawaiian Electric's IR Reporting system also matches the T & T inspection failure causes identified in Section 5.2. According to the reliability data, the main cause of distribution pole outages is equipment failure, listed as equipment deterioration, equipment rot, or termites.