# Exhibit 30



# Management Audit of the Hawaiian Electric Company (HECO)

# Final Report

### May 12, 2020

Prepared for the:

# Hawaii Public Utilities Commission

# Table of Contents

**1    EXECUTIVE SUMMARY** ............................................................................ **8**

**2    INTRODUCTION** ..................................................................................... **14**

**2.1    BACKGROUND TO THE MANAGEMENT AUDIT AND AUDIT METHODOLOGY** .................... 14
**2.2    ORGANIZATION CHARTS** ......................................................................... 16
2.2.1    CORPORATE LEVEL ............................................................................... 16
2.2.2    DIRECTOR AND FIRST LINE REPORTS ......................................................... 17
2.2.3    OPERATIONS BUSINESS UNIT ORGANIZATION CHART ...................................... 18
**2.3    GLOSSARY** ......................................................................................... 19

**3    SUMMARY OF RECOMMENDATIONS** ................................................ **21**

SECTION 4    GOVERNANCE ..................................................................... 21
SECTION 5    EXECUTIVE LEADERSHIP ......................................................... 21
SECTION 6    ONE COMPANY STRATEGY ....................................................... 22
SECTION 7    BUSINESS DEVELOPMENT AND STRATEGIC PLANNING ...................... 22
RENEWABLE PORTFOLIO STANDARDS (RPS) INITIATIVES ................................... 22
SECTION 8    CORPORATE FINANCE GROUP ................................................... 23
SECTION 9    PLANNING & TECHNOLOGY GROUP ............................................ 24
SECTION 10    PROJECT AND PROGRAM MANAGEMENT ...................................... 24
SECTION 11    HUMAN RESOURCES .............................................................. 25
SECTION 12    CUSTOMER SERVICE .............................................................. 26
SECTION 13    CAPITAL BUDGETING AND PROGRAMS ......................................... 26
SECTION 14    GOVERNMENT, CORPORATE AND COMMUNITY RELATIONS, MARKETING ... 28
SECTION 15    OPERATIONS BUSINESS UNIT ................................................... 28
SECTION 16.1    ENERGY DELIVERY .............................................................. 30
SECTION 16.2    T&D OPERATIONS ............................................................... 31
SECTION 16.3    SUBSTATION ENGINEERING DIVISION ....................................... 32
SECTION 16.4    TEST AND SUBSTATION DIVISION ............................................ 32
SECTION 16.5    TRANSMISSION AND DISTRIBUTION ENGINEERING ......................... 33
SECTION 16.6    CUSTOMER INSTALLATION DIVISION ......................................... 33
SECTION 16.7     POLE INFRASTRUCTURE ENTERPRISE ....................................... 34
SECTION 16.8    TRANSMISSION AND DISTRIBUTION STRATEGIES AND ENGINEERING STANDARDS & TRAINING    34
SECTION16.9    PROJECT MANAGEMENT AND CAPITAL BUDGETS ............................ 35
SECTION 17    POWER SUPPLY ................................................................... 35



**4    GOVERNANCE** ...................................................................................37

4.1    CORPORATE STRUCTURE .....................................................................37
4.2     HECO GOVERNANCE .........................................................................38
4.3    HECO BOARD .....................................................................................39
4.4     CONCLUSIONS ....................................................................................39
4.5    RECOMMENDATIONS ...........................................................................40

**5    EXECUTIVE LEADERSHIP** ...............................................................41

5.1     EXECUTIVE STRUCTURE.......................................................................41
5.2    OBSERVATIONS ....................................................................................42
5.3    CONCLUSIONS......................................................................................44
5.4    RECOMMENDATIONS ...........................................................................44
5.5    UPDATE, APRIL 2020 ...........................................................................45

**6    ONE COMPANY STRATEGY** ..............................................................46

6.1    OVERVIEW............................................................................................46
6.2    OBSERVATIONS ....................................................................................47
6.3    CONCLUSIONS......................................................................................48
6.4    RECOMMENDATIONS ...........................................................................48

**7    BUSINESS DEVELOPMENT AND STRATEGIC PLANNING** ...........50
**RENEWABLE PORTFOLIO STANDARDS (RPS) INITIATIVES** .............50

7.1    OVERVIEW............................................................................................50
7.2    ORGANIZATIONAL STRUCTURE ............................................................51
7.3    BUSINESS DEVELOPMENT AND STRATEGY GROUP .................................51
7.4    OBSERVATIONS ....................................................................................53
7.5    CONCLUSIONS......................................................................................54
7.6    RECOMMENDATIONS ...........................................................................54

**8    CORPORATE FINANCE GROUP** ........................................................56

8.1    OVERVIEW............................................................................................56
8.2    OBSERVATIONS ....................................................................................57
8.2.1    CORPORATE FINANCE .........................................................................57
8.2.2    RISK MANAGEMENT ...........................................................................58
8.3    OPERATIONAL TECHNOLOGY/INFORMATION TECHNOLOGY ....................59
8.4    CONCLUSIONS......................................................................................59
8.5    RECOMMENDATIONS ...........................................................................60
8.6    UPDATES ON COMPANY ACTIONS .........................................................60



May 12, 2020

**9    PLANNING & TECHNOLOGY GROUP** ..................................................62

9.1    OVERVIEW...........................................................................................62
9.2    OBSERVATIONS...................................................................................64
9.2.1    ASSET MANAGEMENT .................................................................... 65
9.3    CONCLUSIONS....................................................................................67
9.4    RECOMMENDATIONS..........................................................................68

**10    PROJECT AND PROGRAM MANAGEMENT** .......................................69

10.1    OVERVIEW .........................................................................................69
10.2    BUSINESS UNIT PROJECT AND PROGRAM MANAGEMENT CAPABILITIES .....................70
10.3    ENERGY DELIVERY ............................................................................71
10.4    CONCLUSIONS....................................................................................73
10.5    RECOMMENDATIONS..........................................................................73

**11    HUMAN RESOURCES**........................................................................75

11.1    OVERVIEW .........................................................................................75
11.2    OBSERVATIONS...................................................................................77
11.2.1    RESTRUCTURING MOVES TO ONE COMPANY ..................................... 78
11.2.2    COMPLEXITY OF THE CBA (COLLECTIVE BARGAINING AGREEMENT)................... 79
11.2.3    EXCESSIVE NUMBERS OF PROFESSIONAL/MANAGERIAL PAY SCALES ................... 80
11.2.4    GRADE INFLATION ........................................................................ 80
11.2.5    ADDING EXCESSIVE NUMBERS OF NEW AND PROMOTED POSITIONS.................... 81
11.3    EARLY RETIREMENT PROGRAM...........................................................81
11.4    TECHNOLOGY.....................................................................................81
11.5    CONCLUSIONS....................................................................................82
11.6    RECOMMENDATIONS..........................................................................83
11.6.1    LEADERSHIP................................................................................. 83
11.6.2    GRADING AND SALARY SCALES ....................................................... 83
11.6.3    COLLECTIVE BARGAINING AGREEMENT ............................................ 83
11.6.4    TECHNOLOGY............................................................................... 84

**12    CUSTOMER SERVICE**.......................................................................85

12.1    OVERVIEW .........................................................................................85
12.2    OBSERVATIONS...................................................................................86
12.3    CONCLUSIONS....................................................................................87
12.4    RECOMMENDATIONS..........................................................................88

**13    CAPITAL BUDGETING AND PROGRAMS** ..........................................89

13.1    OVERVIEW .........................................................................................89



13.2    HECO CAPITAL EXPENDITURE APPROVAL PROCESS > $2M .........................................90
13.3    HECO CAPITAL EXPENDITURE APPROVAL PROCESS < $2M .........................................91
13.4    CAPITAL PROGRAMS .........................................................................................................91
13.4.1    CAPITAL PROGRAMS AND PROJECTS – ENERGY DELIVERY.......................................92
13.5    IDENTIFICATION AND SELECTION OF CAPITAL PROJECTS .............................................94
13.6    CONCLUSIONS .................................................................................................................95
13.7    RECOMMENDATIONS.......................................................................................................96
13.8    UPDATE – COMPANY PROPOSED ACTIONS, APRIL 2020 .............................................97

14    GOVERNMENT, CORPORATE AND COMMUNITY RELATIONS, MARKETING ....................................................................................................... 100

14.1    GOVERNMENT AND COMMUNITY AFFAIRS.................................................................. 100
14.2    CORPORATE RELATIONS ...............................................................................................101
14.3    MARKETING .................................................................................................................. 102
14.4    CONCLUSIONS .............................................................................................................. 103
14.5    RECOMMENDATIONS..................................................................................................... 103

15    OPERATIONS BUSINESS UNIT ........................................................ 105

15.1    OVERVIEW .................................................................................................................... 105
15.2    ENTERPRISE OPERATIONS SERVICES ........................................................................... 106
15.2.1    OVERVIEW.................................................................................................................106
15.2.2    SUPPLY CHAIN - MATERIALS MANAGEMENT ...........................................................107
15.2.3    SUPPLY CHAIN – PROCUREMENT ..............................................................................108
15.2.4    FLEET SERVICES ........................................................................................................109
15.2.5    ELECTRICAL AND WELDING SERVICES .....................................................................111
15.2.6    CONCLUSIONS...........................................................................................................111
15.2.7    RECOMMENDATIONS: ENTERPRISE OPERATIONS SERVICES ...................................112
15.3    REGIONAL SYSTEM OPERATIONS .................................................................................113
15.3.1    OVERVIEW.................................................................................................................113
15.3.2    OBSERVATIONS..........................................................................................................114
15.3.2.1  GRID OPERATIONS ...................................................................................................114
15.3.2.2  T&D OPERATIONS CONTROL....................................................................................115
15.3.3    DISTRIBUTION TROUBLE CALLS ...............................................................................115
15.3.4    SAIDI/SAIFI MANAGEMENT ...................................................................................116
15.3.5    RECOMMENDATIONS: REGIONAL SYSTEM OPERATIONS .........................................117

16    ENERGY DELIVERY.......................................................................... 118

16.1    ENERGY DELIVERY OVERVIEW ....................................................................................118
16.1.1    OBSERVATIONS..........................................................................................................118
16.1.2    CONCLUSIONS...........................................................................................................120
16.1.3    RECOMMENDATIONS..................................................................................................120
16.1.4    UPDATE MARCH 2020 – COMPANY PROPOSED ACTIONS .......................................121



**16.2    ENERGY DELIVERY - TRANSMISSION & DISTRIBUTION (T&D) OPERATIONS** ............ 122
16.2.1    OVERVIEW.................................................................................................122
16.2.2     ENERGY DELIVERY -T&D OPERATIONS STRUCTURE............................................122
16.2.3     OBSERVATIONS..........................................................................................124
16.2.4    CONCLUSIONS...........................................................................................125
16.2.5    RECOMMENDATIONS: T&D OPERATIONS..........................................................126
**16.3    ENERGY DELIVERY - SUBSTATION ENGINEERING DIVISION** ...................................... 128
16.3.1    OVERVIEW.................................................................................................128
16.3.2    OBSERVATIONS..........................................................................................129
16.3.3    CONCLUSIONS...........................................................................................129
16.3.4    RECOMMENDATIONS: SUBSTATION ENGINEERING DIVISION ...............................130
**16.4    ENERGY DELIVERY - TEST AND SUBSTATION DIVISION** ...............................................131
16.4.1    OVERVIEW.................................................................................................131
16.4.2    OBSERVATIONS..........................................................................................131
16.4.3    CONCLUSIONS...........................................................................................134
16.4.4    RECOMMENDATIONS: TEST AND SUBSTATION DIVISION ....................................134
**16.5    ENERGY DELIVERY - TRANSMISSION AND DISTRIBUTION ENGINEERING** .................. 136
16.5.1    OVERVIEW.................................................................................................136
16.5.2    OBSERVATIONS:.........................................................................................137
16.5.3    CONCLUSIONS...........................................................................................138
16.5.4    RECOMMENDATIONS: TRANSMISSION AND DISTRIBUTION ENGINEERING...........................139
**16.6    ENERGY DELIVERY - CUSTOMER INSTALLATION DIVISION** ......................................... 140
16.6.1    OVERVIEW.................................................................................................140
16.6.2    CID OBSERVATIONS....................................................................................144
16.6.3    CONCLUSIONS...........................................................................................146
16.6.4    RECOMMENDATIONS: CUSTOMER INSTALLATION DIVISION.................................146
**16.7    ENERGY DELIVERY - POLE INFRASTRUCTURE ENTERPRISE**......................................... 148
16.7.1    OVERVIEW.................................................................................................148
16.7.2     OBSERVATIONS..........................................................................................149
16.7.3    CONCLUSIONS...........................................................................................152
16.7.4    RECOMMENDATIONS: POLE INFRASTRUCTURE ENTERPRISE ...............................152
**16.8    ENERGY DELIVERY – TRANSMISSION AND DISTRIBUTION STRATEGIES** ..................... 153
**ENGINEERING STANDARDS & TRAINING**........................................................................ 153
16.8.1    OVERVIEW.................................................................................................153
16.8.2    STANDARDIZATION OF DESIGN AND MATERIALS...............................................155
16.8.3    VEGETATION MANAGEMENT .......................................................................156
16.8.4    CONCLUSIONS...........................................................................................156
16.8.5    RECOMMENDATIONS: TRANSMISSION AND DISTRIBUTION STRATEGIES ...........................157
**ENGINEERING STANDARDS & TRAINING**........................................................................157
**16.9 ENERGY DELIVERY - PROJECT MANAGEMENT AND CAPITAL BUDGETS** ....................... 158
16.9.1    OVERVIEW.................................................................................................158
16.9.2    OBSERVATIONS..........................................................................................159
16.9.3    CONCLUSIONS...........................................................................................160
16.9.4    RECOMMENDATIONS: PROJECT MANAGEMENT AND CAPITAL BUDGETS...........................160



**17    POWER SUPPLY** ........................................................................... **161**

17.1    OVERVIEW ................................................................................161
17.2    OBSERVATIONS.......................................................................... 162
17.3    POWER SUPPLY FUELS DIVISION ............................................... 165
17.3.1    OVERVIEW...........................................................................165
17.3.2    OBSERVATIONS....................................................................166
17.4    CONCLUSIONS .......................................................................... 168
17.5    RECOMMENDATIONS................................................................ 168


**18    SAVINGS AND BENEFITS** ................................................ **170**

18.1    BENEFITS OVERVIEW ................................................................ 170
18.2    FTE SAVINGS OPPORTUNITIES ................................................ 172
18.3    NON-FTE SAVINGS OPPORTUNITIES......................................... 173
18.4    TOTAL SAVINGS OPPORTUNITIES* .......................................... 173
18.5    SAVINGS SUMMARY ................................................................ 174


**19    REPORTING AND TRACKING OF BENEFITS DELIVERY** ............ **175**

19.1    OVERVIEW ............................................................................... 175
19.2    PREVIOUS APPROACHES ........................................................... 175
19.3    UNDERLYING PRINCIPLES......................................................... 176
19.4    PROPOSED APPROACH.............................................................. 176
19.5    CONCLUSIONS .......................................................................... 177


**20    COMPANY INITIAL ACTIONS IN RESPONSE TO AUDIT** ............ **179**

20.1    OVERVIEW ............................................................................... 179
20.2    LEADERSHIP CHANGE FOR ENERGY DELIVERY............................ 180
20.3    SCOTT SEU ANNOUNCEMENT ....................................................181
20.4    ENERGY DELIVERY AND PLANNING &TECHNOLOGY REORGANIZATION .................. 182
20.5    GOVERNANCE FRAMEWORK:  ASSET STRATEGY, INVESTMENT, OVERSIGHT AND
         REPORTING............................................................................... 185
20.6    CONCLUSIONS .......................................................................... 187


**21    COMPANY RESPONSES TO AUDIT FINDINGS** .............................. **188**

**1. INTRODUCTION** ............................................................................. 188
AUDITOR RESPONSE.............................................................................189
**4. GOVERNANCE** ............................................................................... 190
AUDITOR RESPONSE.............................................................................190
**5. EXECUTIVE LEADERSHIP**.............................................................. 190



May 12, 2020

AUDITOR RESPONSE ............................................................................................................ 192
**6. ONE COMPANY STRATEGY** .......................................................................................... 192
**7. BUSINESS DEVELOPMENT AND STRATEGIC PLANNING, RENEWABLE PORTFOLIO STANDARDS (RPS) INITIATIVES**
 ...................................................................................................................................... 193
**8. CORPORATE FINANCE GROUP** ..................................................................................... 194
AUDITOR RESPONSE ............................................................................................................ 195
**9. PLANNING & TECHNOLOGY GROUP** ........................................................................... 195
AUDITOR RESPONSE ............................................................................................................ 196
**10. PROJECT AND PROGRAM MANAGEMENT** .................................................................. 197
**11. HUMAN RESOURCES** ................................................................................................. 197
AUDITOR RESPONSE ............................................................................................................ 198
**12. CUSTOMER SERVICE** ................................................................................................. 198
**13. CAPITAL BUDGETING AND PROGRAMS** ..................................................................... 199
**14. GOVERNMENT AND COMMUNITY AFFAIRS, CORPORATE RELATIONS AND MARKETING** ......................... 199
AUDITOR RESPONSE ............................................................................................................ 199
**15. OPERATIONS BUSINESS UNIT** .................................................................................... 199
**16. ENERGY DELIVERY** ................................................................................................... 199
AUDITOR RESPONSE ............................................................................................................ 201
**17. POWER SUPPLY** ........................................................................................................ 201
AUDITOR RESPONSE ............................................................................................................ 202
**18. SAVINGS AND BENEFITS AND RATE CASE IMPACTS** ................................................... 202
AUDITOR RESPONSE ............................................................................................................ 204
**19. REPORTING PROCESSES** ........................................................................................... 205

**22    AUDIT TEAM** .......................................................................................................206

22.1    AUDIT TEAM MEMBERS ........................................................................................ 206
22.2    RESUMES ................................................................................................................. 206

**23    DETAILED T&D OPERATIONS PROCESSES** ..................................................... 210

**APPENDICES – FILED UNDER SEPARATE COVER** ............................................ 216

APPENDIX 1 – FULL LISTING OF DATA REQUESTS SUBMITTED ................................................ 216
APPENDIX 2 – COMPANY RESPONSES TO DATA REQUESTS ..................................................... 216
APPENDIX 3 – CONFIDENTIALITY LOG, ATTACHMENT A, ........................................................ 216



# 1    Executive Summary

In the order directing this Management Audit of the Hawaiian Electric Company (HECO) the Commission indicated that they envisioned as an outcome *".... the management audit may present opportunities for HECO to realize operational efficiencies, better manage costs, and improve its financial condition."* The audit provided a unique opportunity to take an objective macro view of the overall structure and operations of the Company in a more holistic and comprehensive way than is possible during the normal rate review processes which tend to focus more on individual line items rather than the wider picture.

The primary focus areas specified by the Commission included:
- Governance and Executive Leadership
- Capital and Operations & Maintenance Planning, Budgeting and Investment Strategy
- Program and Project management.

The audit was commissioned to review in particular the Oahu based Hawaiian Electric Company (HECO), the largest of 3 electric Utility Companies (along with Maui Electric (MECO) and Hawaii Electric Light Company (HELCO) ) which are wholly owned by Hawaiian Electric Industries (HEI). Increasingly the 3 companies have transitioned to a One Company Model with most services and functions being provided to all 3 Companies through a common management structure. During the course of the audit the Companies formally announced[1] on December 23, 2019 the next stage of progression towards a more integrated One Company model where the Hawaiian Electric branding would be used across all three Companies although they would still remain as three legally separate and separately regulated entities. Accordingly, we will use the collective term HECO in this report to include HECO and One Company activities unless specifically stated otherwise.

As the audit progressed, we allowed the scope and focus of our review to be dynamic allowing for more in-depth examinations where our preliminary high-level review indicated significantly greater opportunities for improvement. The Company must also be recognized for being open and supportive during the process and for initiating early proactive actions to address several of the improvement opportunities we identified. Our findings should also provide increased symmetry and transparency of information between the Commission and the Company which can be leveraged in the current docket on Performance Based Regulation (PBR) to support a more balanced and equitable outcome for all stakeholders.

Our audit found that overall the Governance processes were satisfactory. The mandated separation of information, management controls and resources between the Hawaiian Electric Companies and the parent Company (HEI) was being observed and HECO is able to operate with the appropriate mandated independence. We do recommend however, given some of the issues we identified across the Company, that both Governance and oversight of HECO could be materially enhanced by a strengthening and expansion of the HECO Board with 1-2 additional non-executives. For maximum value we would also recommend that nominees for these positions should bring relevant utility industry operational experience and expertise, as well as utility exposure external to the Hawaii environment in order to provide balance and promote greater diversity of thought across the HECO Board.



May 12, 2020

**HECO Management Audit Final Report**

From an Executive Leadership perspective, it was apparent that in recent years the Company's focus and direction had been diverted and tested as a result of several simultaneous impacts:

- The failed NextEra merger proposal
- The rapid growth of customer owned rooftop solar installations
- The Hawaii State mandate to move to 100% Renewable Portfolio Standards (RPS) by 2045

In addition, the Company had attracted significant public backlash over high energy prices and the outright rejection by the Commission of a number of its proposals. These issues led to the appointment of a new CEO in 2014 initially to lead the merger activities and subsequently to get the organization back on track; merge the three separate island Companies into a one Company model; and to lead the commitment to facilitating the transition to a 100% renewable future. This leadership change was successful in moving to a One Company model and establishing a collaborative corporate culture which clearly demonstrates a positive commitment to RPS goals at all levels of the Company and strong support to deliver on the RPS mandates at the earliest opportunity.

However, in parallel with this, costs and staffing levels have also increased. Staffing at the 3 HECO Companies has grown from 2310 Full Time Equivalents (FTEs) in 2010 to over 2700 FTEs in 2019. For example, the recent restructure of Energy Delivery – ostensibly to deliver efficiencies – instead resulted in an organizational expansion from four  departments to nine Divisions, each with its own Director and supporting infrastructure of administrative staff. Rather than delivering business efficiency, the restructuring created more bureaucracy.

In February of 2020 the Company appointed a new CEO who now has a unique opportunity to address the issues identified in this audit. To that end, organizational structures should be reviewed and realigned to ensure proper accountability across the Company rather than simply enabling bureaucratic growth and continuing to expand the number of senior roles. The new CEO can provide leadership that demonstrates this commitment by rationalizing the executive team structure. This will improve the agility and flexibility of the executive team, reducing costs and improving efficiency, while enabling leadership to respond with greater speed and focus to internal and external challenges.

We found several instances where staffing has been increased to support RPS requirements, but with little evidence of any business cases supporting these additions. It was also evident that, despite the increased level of support, there appears to be only limited integration of RPS initiatives and support across the Company with multiple groups pursuing their own overlapping RPS initiatives. As a result Developers may need to deal with multiple departments depending on the scope of their project. We recommend the Business Development group takes on overall responsibility for integrating RPS initiatives as the single point of contact and that it coordinates and manages RPS activities performed by other areas of the Company.

From a financial control lens, the Company has been managed on a top down basis with aggregation of costs across business units, as well as delaying some Capital expenditures, to meet financial objectives. This presents a positive external view to support a key financial objective of maintaining an investment grade credit rating. This is essential since the underlying financial models for most RPS developments are predicated on this credit rating underpinning long term contracts. However, financial controls appear to only focus on spend against budget at the business unit level. There is little meaningful executive review of the correlation between O&M and Capital expenditures versus achievements and outputs. As a result, in most business units there is little management attention



paid to efficiency of expenditure; units of output; cost controls; or value delivered by Capital investment. As long as spending is within budget, it is regarded as satisfactory. This apparent lack of measurement of outputs versus expenditures was one of the most disconcerting findings of our audit team. We recommend as an urgent priority that Finance leadership modifies their current approach to include more effective business unit financial oversight and more effective controls, as well as tracking and reporting of what has been delivered. This will support improved executive decision-making.

Our review of the major Operations areas highlighted some very positive results. In Power Supply (Generation) there has been a strong focus over the past several years to drive performance improvements and reduce costs. This has been particularly challenging given that the average age of the existing Generation Fleet is over 54 years and, with the transition to renewables, the business is effectively in a long-term wind-down mode. While there are theoretical planned retirement dates for each plant, these may need to change based on availability of new renewable generation. This is challenging both for staff morale and to be able to manage an old and increasingly antiquated generation fleet effectively. Also, with the growth of renewables, most of the Company's fossil fueled generation plant is now being operated in cyclic/peaking mode rather than the continuous run base load mode it was designed for. As a result, the generating units are more susceptible to failures and O&M costs will continue to increase. Despite these impacts the Power Supply group have demonstrably risen to the challenges with innovative approaches, process redesign and a laser focus on cost containment.

The Customer Service Business Unit has also been a leader in delivering business performance improvements and this has been accomplished in parallel with service improvements for customers. They have adopted a focused and analytical approach to redesigning their business processes to both improve service and increase efficiency. This has been a key enabler in their successful evolution, demonstrating increased customer satisfaction metrics while reducing costs. Power Supply has adopted a similar approach to analyzing their processes to remove unnecessary steps and reduce overhead costs. Both of these Business Units provide an excellent example and roadmap for other parts of the Company to adopt as they reconcile the apparently conflicting objectives of improving performance and reducing costs.

Energy Delivery however is an area that requires urgent corrective actions. The recent One Company restructuring of Energy Delivery expanded the number of Divisions and exacerbated a culture that appeared to have little focus on costs, efficiency and managing the business effectively. In T&D Operations, the largest Division in Energy Delivery by both budget and number of employees, we found multiple layers of supervisors and managers providing only basic oversight of the work being performed with little understanding of costs. There are also serious issues with uncontrolled overtime such that one T&D operations employee claimed over 3000 hours of overtime in 2019 and earned $442,734 - more than five times his base salary - without it being identified or highlighted anywhere in the Company.

We recommend that there should be an immediate change in Energy Delivery leadership in order to implement and lead the necessary cultural and business change to create a more focused and cost-effective delivery organization. Most of the new Divisions which have been created, with their increased administrative overhead, should be rationalized and merged to reduce unnecessary costs and remove the duplication of functions which has evolved. A revised Energy Delivery structure with four (4) Divisions focused on core activities is recommended to provide a proper emphasis on



**10**

May 12, 2020

## HECO Management Audit Final Report

delivery. This restructure will also reduce excess staffing, particularly of professional employees, with some current functions being performed more effectively elsewhere in the Company. We consider these changes to be the most urgent and critical of all our recommendations to improve Company performance and reduce costs.

The audit also identified a serious misalignment of responsibilities and accountabilities for Asset Management and Capital Investment between Energy Delivery and the corporate Planning & Technology group. This misalignment undermines the adoption of integrated long-term Capital Investment and Asset Management strategies for the Company. Currently Energy Delivery has control of the Capital budget and primary responsibility for the selection and prioritization of capital projects. This reduces oversight and can potentially obscure overspending and inefficiency. We recommend that Asset Management strategy and Capital budget accountability should be combined within the Planning & Technology group so that Energy Delivery can focus on, and be accountable for, efficient delivery of work. This separation of accountabilities will enhance both the selection of the correct investments and delivering the work efficiently to provide the best value for customers.

As part of this realignment we also recommend that the new Asset Management strategy and budget group review the current $180 million planned Capital investment program to verify that proposed projects are aligned to the overall Asset Management strategy and are actually designed and ready to be executed, not just conceptual projects. This is supported by our finding that currently the Energy Delivery capital program contains over $50 million of projects that lack the necessary designs or permits to be ready for execution. To the extent that this review results in a delay or cancellation of projects it should be viewed as a one-off action to course correct, not necessarily as a freeze or ongoing reduction in Capital Investment. This focus on strategy and project execution readiness will also help avoid an inefficient end-of-year rush to spend Capital in order to reach budget targets which has occurred in previous years.

With regard to review and authorization of Capital Expenditure the audit found that the current process for review of projects greater than $2 million which are reviewed by the Executive Project Review Committee (PRC) is comprehensive and effective. However, for projects below $2 million – as well as ongoing high value programs for asset replacement - the review and approval processes are much less satisfactory and lack clear objective oversight. We recommend, as an urgent priority, that the Company institutes an Investment Committee with key SVP/VP level representatives from across the Company to review proposed capital projects in the range of $0.5 million-$2.0million. This should operate along similar lines to the PRC, but with streamlined processes. It should also provide quarterly updates to the PRC to ensure overall investment oversight for all approved projects. Implementation of this process would address many of the current deficiencies we identified in the capital approval processes. It would also provide a much more robust audit trail to objectively validate investments and demonstrate that they have been delivered cost-effectively.

While we have identified Energy Delivery as a key area of the Company for improvement, this should not be considered as the only area where changes are necessary. Review of the Corporate controlled overhead allocated to capital projects showed that over 20% of the project cost was attributed to Corporate overheads and 31% of this was attributed to Corporate Administrative & General costs. This represents a significant level of overhead attributable to corporate costs which will increase as a percentage if Energy Delivery becomes a more efficient operator, absent any initiatives to control corporate costs. This can only be addressed by a parallel initiative to review and manage corporate costs and staffing levels.



May 12, 2020

**HECO Management Audit Final Report**

Across the Company support organizations there are multiple opportunities for rationalization to reduce the unsustainable growth that has taken place in recent years. We identified areas with overlapping functions that can be streamlined into single departments with a reduction of administrative overhead and also reductions in Executive and Director roles, while improving performance and service. While changes here will not deliver benefits of the same magnitude as in the main Operations business they will send a clear message that leadership is focused on transitioning to a performance oriented, results driven culture which can also support and accelerate the achievement of RPS objectives. This will also reduce the level of corporate overhead applied to capital work to a more reasonable level.

Delivering changes of this magnitude will require a strong Human Resources (HR) strategy and dedicated HR support for Business leaders in implementing change. Our review of HR identified that the current HR Organization is primarily focused on recruitment and retention issues. We have concerns that the necessary leadership and change management skills to support this transition are not evident in the current HR structure. We recommend the Company considers whether strengthening HR leadership may be necessary to improve the effectiveness of this group to enable successful implementation of changes across the Company.

Overall, we estimate that the structural and process improvements we have identified could have the potential to deliver annual benefits for customers, through cost reductions and savings, of as much as $35.7 million on a steady state basis, including a reduction in staffing levels. However, this level of savings would require a best-case scenario with all changes being successfully implemented to best case values. The best-case scenario may also be further challenged by the wide spread economic impact, both on the Company and on the State of Hawaii, from the current novel Coronavirus pandemic.

We are also cognizant of the strategic importance of the Company remaining financially sound, independent and able to operate sustainably on a long-term basis if the State goals of successfully transitioning to a 100% renewable energy future are to be achieved. The recommended changes should be implemented in a manner that does not negatively impact the ability of the Company to make the necessary investment in a modern smart grid capable of providing a resilient and reliable infrastructure platform to deliver renewable energy throughout the Islands.

Accordingly, we believe a more realistic target is annual benefits and savings in the range of $25 million - $26.5 million to be progressively delivered by the end of 2022. While this is undoubtedly a stretch target, it is realistic and achievable with focus and leadership. This improvement goal should also be viewed in the context of being additional efficiency savings on top of the $21m in annual benefits already committed to by the Company as part of the ERP/EAM project. By 2023, the combined impact of the audit recommended benefits and the ERP/EAM investment benefits would provide in excess of $46 million/year of benefits to customers through efficiencies, cost controls and a more focused and right-sized organizational structure. This will provide significant relief and benefits to customers and demonstrate the commitment of the Company to improving performance and investing wisely.

It is an extremely positive development that, as a result of the audit team openly sharing many of the issues we identified with the Company, the Company has already been proactive in taking actions to



May 12, 2020

implement many of the recommended changes, thereby enabling earlier delivery of improvements and savings.  These include:

- The appointment of a new CEO in February 2020 who has initiated several corrective actions in March 2020 including:
  o A leadership change has been made in Energy Delivery
  o An Operations Excellence office has been established to implement change recommendations
  o A restructuring of the Energy Delivery organization was announced
  o Accountability for Asset Management strategies and Capital investment is transferring to Planning & Technology
  o Restrictions have been put in place on hiring and overtime

These changes are in line with our recommendations.  They are very encouraging signs that the Company is serious about delivering performance improvements and they should be commended for their prompt response and actions.  While the difficult implementation work remains to be done, this prompt start represents a significant commitment to deliver savings for customers in line with our recommendations.

The findings from the audit have without doubt had a very positive influence on the actions of the Company.  For Customers this represents potential additional benefits in the range of $25 million - $26.5 million/year on top of the already committed ERP/EAM benefits of $21 million/year that reach steady state from 2020 forward. The combined savings could be at least $46 million/year by 2023.

The outcome and recommendations of this audit provide a unique opportunity for the new CEO to demonstrate leadership in delivery of major structural change, performance improvement and in establishing a corporate culture that supports and rewards performance improvement rather than inward looking bureaucratic growth.

The impacts of the current Coronavirus pandemic on the economic health of Hawaii look to be increasingly dramatic, reducing growth and incomes well below previous projections.  The Company has the opportunity now to demonstrate their full commitment to supporting the future of Hawaii, and its customers, by implementing these changes - and accelerating them if possible – to reduce the costs of energy in parallel with delivering a 100% renewable energy future.



# 2    Introduction

## 2.1    Background to the Management Audit and Audit Methodology

The Management Audit was initiated under Order No. 36536, issued by the Hawaii Public Utilities Commission in Docket No. 2019-0085 for approval of a General Rate Increase and Revised Rate schedules and Rules by the Hawaiian Electric Company.

The order specified that the audit would focus on the areas of

1. Governance and Executive Leadership
2. Capital and Operations & Maintenance Planning, Budgeting and Investment Strategy
3. Program and Project management.

The Commission also indicated that they envisioned as an outcome *".... the management audit may present opportunities for HECO to realize operational efficiencies, better manage costs, and improve its financial condition."*

We kept this outcome in mind as a central tenet of our approach during the audit. Rather than a more conventional purely financial regulatory audit we approached this engagement in a similar manner to conducting a due diligence review of the Company, taking a broader look at the overall governance, operations, organizational structure and financial management of the Company. In this way we were able to obtain a more holistic view of the Company and ensure that our recommendations represented a consistent and integrated approach to improving Company Operations and maximizing benefits rather than being a piecemeal approach. We believe the Company has to some extent been insulated from normal competitive market forces, that serve to keep downward pressure on costs, following the failure of the NextEra acquisition. Thus, our approach to the audit to some extent replicated the analysis that would be applied by a potential acquiring party to identify and quantify areas for performance and service improvements which could result in a lower cost of operations.

As part of this approach we also allowed the scope and focus of our review to be dynamic allowing for more in-depth examinations where our preliminary high-level review indicated significantly greater opportunities for improvement. This enabled us to better apportion the time and resources available to those areas where improvements and structural change could generate maximum value for all stakeholders. This does not mean that we determined other areas of the Company to require no change but was a recognition that potential incremental improvements in these areas were more likely to be realized through the ongoing micro-level analysis applied during regulatory rate filings.

Our execution of the audit, in the span of five months, included over 50 interviews with key staff across the Company at multiple levels; multiple site visits; deep dive reviews in selected areas; and multiple data requests and review of thousands of pages of documents and presentations to develop a comprehensive picture of what was working and what could be improved.

Also, in the spirit of encouraging the realization of improvements as suggested by the Commission in its Order, we worked wherever possible on a basis of openness and objective information sharing with the Company during the course of the audit. We adopted this approach as we have consistently found in previous engagements that, when issues are identified that increase costs or negatively impact performance, the earlier corrective actions are applied, the greater the benefits delivered to customers.



**HECO Management Audit Final Report**

This approach facilitated more open sharing of information by the Company as well as enhanced responsiveness in addressing issues we identified. We saw several instances of improvements to processes being applied during the course of the audit, as well as some key leadership issues being addressed as a result of our open communications and specific recommendations. It should be recognized that, once the Audit commenced, the Company was fully supportive of and engaged in the process and made the requested data, as well as key staff, available to us throughout the process.

As can be seen in Section 20 of this report which details the Company's initial actions in response to audit findings and recommendations the Company has already initiated corrective actions to address some of the urgent concerns and issues we identified and has committed to continue with further actions.

The Company also engaged an external advisory firm to support them through the process. The input and guidance these advisors have provided to the Company has been beneficial, helping the Company to understand the issues identified and encouraging them to take ownership and early corrective action.

*While there are obviously many more changes still to be made, we commend the Company for adopting this collaborative approach and for focusing on implementing improvements rather than trying to delay and fight change through the regulatory rate review. This approach represents a much more productive outcome and provides greater value for customers.*

Overall we would suggest that the audit has had a very positive effect. By taking an overall holistic view of Company Operations, as opposed to a line by line financial analysis, this process has facilitated the identification of major structural and organizational issues as well as necessary cultural changes which can best be addressed through broader changes in approach and accountability. The resulting improvements will increase benefits to customers in parallel with improving the overall long term financial health and stability of the Company. Collectively these changes should better position the Company to facilitate the larger Hawaii societal goals of transitioning to a 100% renewable energy future.



**HECO Management Audit Final Report**

## 2.2    Organization Charts

### 2.2.1    Corporate Level



The organization chart shows the following reporting structure:

**Top level (CEO Office):** Administrator, CEO, Dir Strategic People Initvs, Senior Exec Advisor

**Direct Reports to the CEO (DR to the CEO):**
- SVP CFO
- SVP Planning & Technolgy
- VP Regulatory Affairs
- Director Corporate Audit
- SVP Operations
- President Maui County
- VP Corporate Relations
- SVP General Council
- VP Govt & Communty Affairs
- SVP Customer Service
- SVP Bus Dev & Strat Plan

**SVP CFO:** Executive Secretary; Dir Finance & Bus Planning Cust Service; Dir Finance Bus Planning Operations; Treasurer; Dir Budgets Financial Analysis; Controller; VP ITS & CIO

**SVP Planning & Technolgy:** Finance Lead; Dir Asset Management; Dir Grid Technologies; Dir System Planning; Sr Advisor

**VP Regulatory Affairs:** Regulatory Co-ordinator; Dir Pricing; Dir Regulatry Non-Rate Proceedings; Dir Regulatry Rate Proceedings

**Director Corporate Audit:** Admin Asst; Mgr Corp Audit

**SVP Operations:** Operations Admin; Dir Grid Modernizatn; VP Power Supply; VP Energy Delivery; Dir Regional System Ops; VP Operations Services

**President Maui County:** Dir. Hawaii Island; Dir Maui Electric; Executive Secretary; Executive Secretary

**VP Corporate Relations:** Admin; Executive Secretary; Dir Digital Comms; Mgr Corp Comm Ext; Mgr Corp Comm Int

**SVP General Council:** VP Legal; VP HR

**VP Govt & Communty Affairs:** Admin; Dir Community Relations; Dir Education & Consumer Affairs; Dir Govt & Community Affairs; Dir Govt & Community Affairs; Dir Govt & Public Affairs; Dir Government Relations

**SVP Customer Service:** Dir Customer Energy; Dir Customer Relations; Dir Customer Support Service; Dir Customer Energy Resources; Dir Field Services; Dir Customer Solutions; Customer Ombudsman; Executive Secretary; Dir Revenue Management; Dir Strategic Consulting Services

**SVP Bus Dev & Strat Plan:** Finance Lead; Administrator; Dir Electrification of Transport; Dir Business Development; Dir Corp Strategy; Dir Renewable Acquisition; VP Marketing

**Legend:**
- CEO Office
- DR to the CEO
- DR to DRs of the CEO

Munro Tulloch
Delivering Utility Solutions

## HECO Management Audit Final Report

### 2.2.2   Director and First Line Reports



## HECO Management Audit Final Report

### 2.2.3    Operations Business Unit Organization Chart





## HECO Management Audit Final Report

### 2.3    Glossary

| | |
|---|---|
| AIOC | Asset Investment Oversite sub-Committee |
| AMI | Advanced metering infrastructure |
| ATR | Affiliate Transaction Requirements |
| Black Belt Practitioners | Certified in Six Sigma and guide the resources in project improvement |
| CAPEX | Capital Expenditure |
| CBA | The collective agreement that is signed with HECO and the IBEW Local that outlines the contractual conditions that HECO and the IBEW have agreed to. Including wages, hours of work safety etc. |
| CEO | Chief Executive Officer |
| CIAC | Contribution In Aid of Construction |
| CID | Customer Installation Division |
| Compatible Units | Templates used to create work orders that have repetitive tasks, may include a combination of labor, materials and services |
| Connected PV | Photo Voltaic units that are installed and supply power to the Electric system |
| CRBE | Consumer based renewable energy |
| Customer Driven | Work by HECO that is initiated by a Customer which may or may not require payment by the Customer |
| Dark Fiber | Unused Fiber Optic cable |
| DER | Distributed energy resources |
| Distributed Generation | small scale generation that is in proximity of the end users |
| DR Services | Demand response |
| Dynamic Underfrequency Load Shed | Used to balance the system demand and generation output to balance frequency when a predetermined drop in frequency occurs |
| ED | Energy Delivery |
| EPMO | Enterprise Project Management Office |
| EPRC | Executive Project Review Committee responsible for reviewing projects below $2Million |
| EAM | Enterprise asset management software for the lifecycle of various assets |
| ERP | Enterprise Resource Planning  software for business processes |
| EV | Electric Vehicle |
| FCC | Federal Communications Commission |
| FTE | Full Time Equivalent |
| Generation Capacity | Maximum output from a generation unit |
| GIS | Geographic Information System used to store information and utilizes mapping of this information. |
| HPUC | Hawaii Public Utilities Commission |
| Inventory Turns Ratio | Ratio showing how many times products are used during a given period of time. |
| IT | Information Technology |
| $k | Thousand dollars |
| KPI | Key Performance Indicator |
| LEAN | Process analysis that focuses on optimizing value streams |
| LTC | Load Tap Changer on a transformer used to vary system voltage as system loading changes |
| $m | Million dollars |



## HECO Management Audit Final Report

| | |
|---|---|
| M&A | Mergers and Acquisitions |
| MW | Megawatt. One thousand kilowatts |
| NESC | National Electric Safety Code |
| O&M | Operations and Maintenance |
| OMS | Outage Management System is utilized in managing outages and restoring power to the Electric Systems |
| OT | Operational Technology |
| Outside Services | Work that is outsourced to external companies |
| P&T | Planning and Technology |
| PBR | performance based regulation |
| PIE | Pole Infrastructure Enterprise. In charge of the Distribution and Transmission poles in HECO where customers want to attach their equipment on HECO poles |
| Planned Outage | Prearranged interruption in supply to customers to allow work to be performed on Company infrastructure |
| PMO | Project Management Office |
| PPA | Power Purchase Agreement |
| PRC | Project Review Committee |
| PV | Photo Voltaic |
| Q1,Q2,Q3,Q4 | Each is a three month period. Q1 is January, February and March |
| R&D | Research and Development |
| RFP | Request for Proposal |
| RPS | Renewable Portfolio Standards |
| SAIDI | System Average Interruption Duration Index is a method of reporting distribution reliability for the average duration of a Customer power Outage measured in hours or minutes |
| SAIFI | System Average Interruption Frequency Index is a measurement of sustained interruptions per customer |
| SAP HCM | Human Capital Management software from SAP |
| SCADA | Supervisory Control and Data Acquisition used on the Electric System to control devices and monitor and record data |
| Short Cycle Work | Work Orders that are usually less than 2 hours duration |
| SVP | Senior Vice President |
| SOX | Sarbanes Oxley |
| T&D | Transmission and Distribution |
| Time of Use Rates | Variable electricity rates charged to customers depending upon the time of day for consumption |
| Trouble Call | A work order that describes an issue on the system or a loss of supply that requires the Company to dispatch a lineman to investigate |
| ZONAR | Vehicle tracking system used by HECO that records vehicle performance and location |



**20**

May 12, 2020

**HECO Management Audit Final Report**

# 3    Summary of Recommendations

This section provides a summary listing of all the recommendations made in each section in this report. It is intended as a short-form reference list and should be read in conjunction with the detail provided in the relevant sections.

**Section 4        Governance**

We recommend that executive reporting to the HECO Board be enhanced to provide additional detail to demonstrate both financial and operational performance by the Business Units. This should include - in line with our recommendations elsewhere in this audit – details of deliverables, unit costs and performance achievements delivered by capital investments as opposed to just spend versus budget analysis. Enhanced transparency of this nature would materially improve the level of information provided to the HECO Board to support more informed guidance to executives and enable more proactive measures to be taken to address issues rather than just ex post review and correction.

In parallel with this we recommend a strengthening and expansion of the HECO Board with the addition of 1 to 2 independent directors who are not executives or employees of HECO or HEI. For maximum benefit we would also recommend that nominees for these positions should bring relevant industry experience and expertise, particularly in the area of Utility Operations, as well as utility exposure external to the Hawaii environment in order to provide balance and promote greater diversity of thought across the HECO Board. This could significantly enhance the level of objective review and guidance to the Executive Team to promote innovation along with an increased focus on performance management and continual improvement.

Given the scale of changes which the Company has now initiated, in part as an outcome of this audit, and the additional challenges posed as a result of the Coronavirus economic impacts on Hawaii, this proposed enhancement of HECO Board capabilities would be of significant benefit in providing guidance to the Executive Team.

**Section 5        Executive Leadership**

To some extent, following the rejection of the NextEra acquisition, the Company may be insulated from the competitive M&A pressures that provide an important element in driving Executive leadership to continue improving business performance. As such it is necessary that there is sufficient regulatory pressure on the Company to support a strong focus on increasing efficiency and reducing controllable costs. This must be in parallel with delivering on RPS initiatives and improving the level of service provided to customers. As part of this audit we have highlighted key areas of the Company where improvements can and should be made. The recommendations should also influence a revised strategy and focus for the Company.

The Company now has a unique opportunity to better align the culture with the longer-term goal of becoming an efficient and cost-effective platform provider that can facilitate the development and growth of new renewable generation to meet or exceed the 2045 100% renewables goals.

As a first step we recommend that the new CEO should deliver a clear message to his executive team that fully supporting and fulfilling RPS goals must be achieved in parallel with delivering business efficiencies and reducing costs if the Company is to be sustainable longer term. This focus on



Munro Tulloch
Delivering Utility Solutions

**21**

May 12, 2020

business performance improvement must become embedded in the Company culture as well as becoming a key performance metric for all leadership and managerial staff. That transition must begin at the executive level.

Organizational structures should be reviewed and realigned to ensure proper accountability across the Company rather than simply enabling bureaucratic growth with continued addition of executives and staff. The new CEO can provide leadership that demonstrates this commitment by rationalizing the executive team structure. This will improve the agility and flexibility of the executive team, reduce costs and improve efficiency, while enabling leadership to respond with greater speed and focus to internal and external challenges without the need for broad internal debate.

Executive performance goals and key performance drivers and indicators should have enhanced focus and importance attached to delivering performance improvements and cost reductions. The hard decisions necessary to address and eliminate non-value adding activities – and the infrastructure that may have been created around them – should be made sooner rather than later.

### Section 6    One Company Strategy

We recommend that the Companies, subject to approval from the Commission, perform an initial high-level feasibility study on the cost-benefit impacts of moving to a single consolidated rate case. The study should also consider how any potential changes might be integrated into future PBR regimes.

The results of this study should be provided to the Commission to show potential options forward and the implications for each customer group within the three Companies. The Commission, the Companies and the Consumer Advocate can then consider whether this approach is a cost-effective, feasible or desirable proposition. If it is agreed that a consolidated rate case offers material benefits for all stakeholders the Parties should consider options on how to achieve that goal. This analysis would then enable the development of a more detailed plan and proposed time-line for evolution to a single rate case model while still protecting customers.

### Section 7    Business Development and Strategic Planning
### Renewable Portfolio Standards (RPS) Initiatives

We recommend that the following approach is considered to provide greater transparency of the true RPS driven costs, as well as to improve the interface and service for Developers.

Business Development should be tasked with overall strategic responsibility for integrating all RPS related initiatives in the Company. This should include oversight and coordination of all groups involved in initiatives to ensure consistent messaging and effective use of resources. While everyone in the Company has a role to play, it is essential that initiatives and activities are effectively targeted rather than scattershot to make sure value is delivered. This will also help ensure an integrated approach to maximize the value of these important investments in stakeholder outreach by the Company.

The Business Development group should be designated as the single point of contact for new RPS initiatives and Developers. As such it should be tasked with managing the process and allocating



required work – such as system studies – to other business units within the Company as necessary. As part of this responsibility, Business Development should also be responsible for ensuring that timescales and costs of performing the work are reasonable and justified. Business Development will also be responsible for ensuring such work is properly expedited based on priorities. This should include responsibility for tracking project success by measuring cost, schedules and results.

*These recommendations are NOT intended to suggest that Business Development should increase resources and perform all these related activities themselves.*

They should however be tasked with analyzing and ensuring that any additional resources or expenditures "to support RPS" are properly scrutinized and validated. Business Development should be responsible for any supporting business case for additional expenditure. It must also provide sufficient oversight of delegated tasks such that developers/customers can have confidence that costs they are charged are reasonable and justified. These recommendations are a natural evolution of the current role of the Business Development group.

### Section 8    Corporate Finance Group

We recommend as an urgent priority that Corporate Finance leadership modifies their current approach to provide more effective business unit financial oversight to include cost controls and outcomes. In particular this must include clear financial leadership and direction to the businesses to include tracking and reporting of what has been delivered both in terms of planned outputs and unit costs. Without this metric financial controls and internal executive reporting are meaningless if all that is tracked is spend versus budget. Finance must as a priority put in place enhanced reporting mechanisms that reflect output metrics as well as expenditures. Successful adoption of this approach and modified reporting must become a key performance metric for the Finance leadership team. It must also be incorporated into KPIs for both the Business Units and Finance to ensure alignment of incentives and behaviours.

With regard to finance positions within the business units, there appear to be multiple instances of these at all levels, many of which appear to have only a tangential role in managing finances. We recommend that Finance performs a comprehensive review of all the finance related positions across the Company to better identify their function and reporting structure; to determine if each is indeed a finance position and whether they are in fact necessary. The Finance group should then consider, where these roles are deemed necessary, the most effective reporting relationship, whether directly to the business or with a dotted line to Corporate Finance or vice versa. In either instance these positions should be aligned with and guided by the Finance group. An expected outcome of this would be more consistent financial - cost versus outcomes - oversight across the Company to provide consistent tracking, measurement and reporting of costs and results. This will also enable Business unit leaders and the Executive team to take earlier corrective action if objectives are not being achieved. Most importantly, it should support a consistent Company-wide focus on properly managing finances and expenditures to maximize value and minimize inefficient spend and performance.

We recommend that the Company reviews the current risk heat map to ensure that it reflects a more holistic view of risks, including material Operational risks, not just financial risks.



**HECO Management Audit Final Report**

## Section 9    Planning & Technology Group

We recommend that the Company should urgently address the disparate roles and responsibilities of the Asset Management group within P&T.  We recommend organizational and structural changes to expand the P&T Asset Management group's role to include responsibility and accountability for:

- Developing Asset management Strategy
- Costing and prioritizing the strategy and building the long-term budget requirement
- Selecting and prioritizing projects to support and execute the strategy
- Developing and costing the selected projects
- Passing the fully developed project to Energy Delivery (or outside contractors) for execution
- Monitoring the delivery and completion of projects within budget and timelines and with a clear focus on achieving the planned outcomes
- Identifying the contribution of projects to the strategy to ensure value and modifying the strategy and project priorities as necessary

We would estimate that the refocused Asset Management group would require 25-35 FTEs in P&T. This would also entail a substantial reduction in the resources in Energy Delivery Transmission and Distribution Engineering and Substation Engineering Groups.  The net saving is estimated to be of the order of 40-60 FTEs.   This proposal could result in annual cost savings of $7 million - $10.5 million per year (based on average loaded cost of $175,000/FTE) from Energy Delivery.

We recommend a review of the level of financial and administrative support staff and the establishment of a single administrative support group shared across the P&T organization instead of each department having its own separate support resources. We estimate that this would produce additional efficiencies of 1-3 FTE reductions and savings of $175,000 -$525,000 per year.

We recommend that a more objective examination is made of the R&D activities performed by the Company. While there is no doubt that some of this work is necessary given the industry leading position of HECO in transitioning to a 100% RPS future, and the need to develop innovative technologies to support this transition, it should be considered whether the current level of R&D resourcing and involvement is economically justified or whether it can be delivered more effectively by leveraging commercially available solutions, products and creative market partnerships.

## Section 10    Project and Program Management

We recommend that the Company continues with the current hybrid Project/Program management approach with resources deployed both at the Corporate and Business unit level.  The corporate group provides enterprise wide capabilities as well as support to business units that do not have the critical mass to support their own PMO capability.  For continuous improvement/black belt capabilities we recommend that this skill set should be available from an enterprise group and assigned as necessary to provide the required skills and governance as leaders/facilitators in process improvement projects.

However, for the major operating Business units where the need is greatest and ongoing, and where the black belt experience aligns with the business unit activities, the resource should be directly assigned to the business unit with a dotted line reporting structure to the enterprise group.  This will enable the Business units to derive maximum advantage from the business specific skill sets.



## HECO Management Audit Final Report

For Program/Project Management capabilities we recommend that the model and structure adopted by Business unit PMOs reflects the approach demonstrated in Customer Service and Power Supply where the PMO provides leadership, ownership and business value in delivering projects on time and within budget.

For Energy Delivery we recommend that the current Project Management and Capital Budgets Division be discontinued. It appears to have developed a distinctly different focus than its intended role of Project Management. Many of the activities it now performs are duplicative of other departments and are better performed elsewhere in the organization if at all. Within a revised and streamlined Energy Delivery organization tasked with efficient and cost-effective execution of work this group is no longer required in its current format. There is however an urgent requirement for skilled Project Management expertise in Energy Delivery within a smaller PMO group *tasked with cost effective Project Delivery.* We would suggest this group consist of 4-6 project managers with relevant business expertise. This could produce FTE savings of 10-12 and cost savings of $1.75 million - $2.1 million per year.

The central EPMO should maintain strong ties to these devolved PMOs to ensure consistency and governance is observed and they follow a structured approach to avoid scope creep and changes in focus. This will require a dotted line reporting to the EPMO to support project manager training and consistency of approach with the development of meaningful PMO KPIs for all groups with common measures and goals.

These changes should be considered an integral part of the Enterprise wide culture change to deliver greater value at lower capital cost for all investments. We recommend that all the PMO roles should maintain a primary focus on how to improve efficiency and reduce costs to support the Company's evolution as a reliable, resilient and cost-effective infrastructure platform provider.

### Section 11    Human Resources

#### 11.6.1   Leadership
It is recommended that, as a priority, the role of Human Resources in the Company should be reoriented. Instead of being a reactive group simply following instructions from the Business Units they must become a more performance-oriented group that works with – and challenges as necessary – the Businesses to drive more quickly towards performance improvement. They must promote a culture that reflects and rewards performance rather than simply continuing as if no changes are necessary. If the Company is to move forward sustainably and achieve the broader 2045 RPS goal these changes to the Human Resources roles will be an essential enabler.

Based on our observations, discussions, data requests and careful review, we are concerned that the HR group does not currently demonstrate the required leadership and change management skills to effectively support this transition. Rather it is biased towards the "soft/emotional" skills rather than business performance and change management oriented. Given the level of changes, including reductions in force, proposed by the Company over the next 3 years to meet efficiency targets we recommend that the Company revises the performance evaluation standards it will use to measure the effectiveness of the Human Resources leadership in its expanded role and considers changes where necessary.



HECO Management Audit Final Report

### 11.6.2  Grading and Salary Scales

It is recommended that the Company review the existing multiple legacy managerial and supervisory salary scales and levels in order to rationalize them to a more manageable and less complex level that will clarify progression paths. In addition, there must be significantly greater scrutiny of requests to upgrade roles and salaries for "special cases" without a very legitimate business case and thorough review by Executive leadership for each and every case.

### 11.6.3  Collective Bargaining Agreement

We recommend that, as a first step, the Company should immediately initiate an education program for managers to help them understand the complexities in the CBA rules and to assist them to develop strategies to better work within the terms of the agreement to reduce the excessive level of penalties and overtime costs being incurred without adversely impacting responsiveness and service to customers. This will require managers to adopt a thorough planning process for all work and to actively identify ways to minimize overtime and penalties. This is an aspect of cost controls that must be stressed to all managers in the operating businesses.

In the medium to longer term we strongly recommend that the Company renegotiates terms of the CBA to reach an agreement that more equitably balances the interests of all stakeholders. In order to become a more flexible and responsive Operations Company and infrastructure provider, having greater flexibility to respond to customer needs without incurring onerous cost penalties, this step is essential. If the Company is unable or unwilling to take on this task then it may be necessary for the Commission in future rate cases to impute savings in this area into reductions in revenue requirements, rather than allowing it as a pass-through, as the current overtime structure and penalties in the CBA leads to material additional costs for customers.

### 11.6.4  Technology

Considering the outstanding requests for additional technology add-ons to be added to the SAP HCM (Human Capital Management) module and the lack of credible business cases for them, we recommend that a freeze is put on these for the foreseeable future in order that HR can better focus on the core activities we have identified.

### Section 12  Customer Service

We recommend Customer Service continue with its current approach of continuous improvement in both efficiency and levels of service. Customer Service should also be encouraged to share its experiences and lessons learned across the Company in order to accelerate and support the more significant change initiatives required in other Business Units.

### Section 13  Capital Budgeting and Programs

There is an urgent requirement for organizational realignment to provide proper separation of functions. Our recommendations here are focused specifically on Energy Delivery which is the largest consumer of the Capital budget. The current situation where Energy Delivery is solely responsible for budgeting, identification and delivery of capital work with limited oversight as to the reasonableness of costs or efficiency of delivery is not an effective way to manage capital expenditure.



As described further in our organizational restructuring recommendations for Planning & Technology and for Energy Delivery, there would be greatly improved transparency of expenditure, and a proper focus on cost management, if functional responsibilities were realigned. Under this scenario, P&T Asset Management becomes accountable for identifying, estimating and issuing the capital projects and Energy Delivery is accountable for executing the work on time and within budget. As part of this change, Energy Delivery should no longer have control or authorization of any capital budget. Energy Delivery should be focused on timely and cost effective delivery of agreed projects and programs determined by Asset Management.

Under these proposed changes there is scope for significant improvements in capital investment management. Based on the lack of cost controls and financial management we observed in Energy Delivery, we estimate that there could be savings of as much as 5-10% in the cost of delivering identified capital projects greater than $2 million and, for capital programs, there could be 10-15% more units/outputs delivered for the same level of expenditure. This would reduce backlogs and deliver earlier improvements in reliability and system performance. When this is applied to a capital program of $180 million per year the cost savings and benefits become substantial.

We recommend that the current process for Capital projects greater than $2 million to be reviewed by the PRC continues as is since it appears effective and robust.

For Program Capital and larger multi-year programs we recommend that there should be significant changes throughout the process. At the annual budget allocation process there should be clear metrics/volumes/targets attached to program capital based on unit costs wherever possible. Spend and outcomes can then be managed and monitored during the year to ensure that funds are being spent prudently and that projected outcomes will be achieved. In addition, the outputs and expenditures should be reported to the PRC for review on a frequency of at least twice a year in order to ensure targets are being delivered for the allocated expenditure. The monitoring should be performed by the (proposed enhanced) Asset Management Group in Planning & Technology.

For identified discrete capital projects below $2 million that are not reviewed by the PRC a more objective review process is necessary. We recommend, as an urgent priority, changes in the Capital Investment approval process for projects in the range of $500 thousand to $2 million to ensure prioritization and costs are aligned with the overall Asset Management strategy. We also recommend for this same level of investment, the formation of an Investment Committee, with similar objectives to the PRC, but at Business Unit level rather than Senior Executive team level. We would suggest that membership of the investment committee includes SVP/VP level representatives from across the key Business areas. This should operate along similar principles to the PRC, but with more streamlined processes. It should also provide quarterly updates to the PRC for all approved projects. Implementation of this would address many of the current deficiencies we identified in the capital approval processes. It would also provide a much more robust audit trail to objectively validate investments and demonstrate that they have been delivered cost-effectively.

With the responsibility for project prioritization and development passing to Asset Management, we would also strongly recommend that – absent special circumstances - projects should predominantly only be included in the budget if they will realistically be ready for release and execution in the year they are budgeted. Delays in projects should also not mean a consequent rush to spend limited capital funds on non-priority items, simply to reach annual budget targets. For projects to be included in the



## HECO Management Audit Final Report

annual budget, by the end of Q3 of the previous year they should have at least an 80% probability of being ready for execution in the next budget year

With the transition to the new organizational structure, there is also likely to be a period of reduced output and productivity in design and planning while this change is implemented. Along with the revised conditions for including projects in the budget, this offers the Company a unique opportunity to take advantage of the changes to re-examine proposed investments so they are properly ranked and integrated. We recommend the Company should reconsider some of the Capital projects in this period in order to make the necessary improvements. This is not intended to imply a freeze on Capex. It should be considered as a one-off temporary delay on some of the spend until proper controls and selection processes are put in place to provide more objective review and oversight of prudency.

A one-off delay of this nature would also help in putting more pressure on the execution group to manage project costs more tightly as the current "cushion" of discretionary Capex would be removed. Given the current uncertain status of some $50 million of projects in the current Energy Delivery pipeline, this one-off delay could be for as much as $50 million of proposed Capital. This would also remove any temptation to rush to spend all the remaining Capital budget at the year-end without it necessarily being effectively directed.

### Section 14 — Government, Corporate and Community Relations, Marketing

We recommend that the Company carries out a review of these three groups with a view towards consolidation into a single organization to reduce overlap and duplication of functions as well as to ensure consistency and clarity of strategy and messaging to both internal and external audiences. We also recommend that any such review should include an objective analysis of whether all of the goals and activities align, make economic sense and result in clear customer benefits – or whether some are simply "feel good" activities that add cost for customers but create no real value. Our analysis would suggest that a more focused and cost-effective group could potentially eliminate 1-2 VP positions and 2-3 Director positions with annual cost savings across the group of the order of $525 thousand - $875 thousand per year without impacting quality of service. In addition, there is potential for further reductions of 2-4 FTEs across the group with additional savings in the range of $350 thousand - $700 thousand per year.

### Section 15 — Operations Business Unit

#### 15.2.7 Enterprise Operations Services

Strategic Sourcing should urgently address the top 20 vendors by value and the top 10 services and materials purchased with a view to negotiating reduced costs. Note also that when reduced costs are negotiated the associated estimating costs in SAP must also be updated if the savings are to actually be captured. At a very conservative estimate we project potential value of $2 million - $4 million per year in this area.

Vehicle utilization and requirements across the Company should be examined with a specific focus on the number of vehicles on Oahu. In particular consider the numbers of pool vehicles and especially in the areas where there are individual vehicles assigned. Our observation was that in many instances vehicles were assigned to individuals who had only occasional need for them.



With the recommended changes in processes, and reductions in FTEs as discussed in Energy Delivery there should be opportunities to reduce fleet numbers by 50-100 units with potential annual cost savings of $500,000 - $1,000,000[1] as well as reductions in capital spend through reducing the need for vehicle replacement.

We recommend that Fleet Services publishes a monthly budget cost of vehicles and equipment to each cost center based on its allocated vehicles. This will provide visibility as a management tool for benchmarking to determine whether the numbers of vehicles are excessive rather than costs being obscured under general overhead costs. This will also provide managers an incentive, along with vehicle utilization reporting, to right-size their fleet. We estimate another $500,000 - $1,000,000 per year of potential benefit from this initiative.

For Materials Management, we recommend Planning and Technology and Energy Delivery are tasked with providing improved advance notification of materials requirements in order that the forecasting capabilities of SAP can be leveraged to better plan materials ordering and inventory. Provided designers and planners create the SAP work orders when planning the work, SAP can capture the necessary demand information automatically for forecasting purposes. This will also support avoidance of out of stock situations leading to delays in work execution.

The role of Electrical and Welding Services, as well as the workload, should be reviewed to understand whether there is still value to retaining this expertise internally. While it may provide specialist skills that are required at particular times the question is whether there is an ongoing productive workload that makes it cost-effective to retain the group rather than using outside services which, our experience suggests, are readily available. With an annual operating cost in excess of $3 million it becomes an expensive overhead. There is potential annual benefit of $525 thousand - $875 thousand in this area.

**Regional System Operations**
**15.3.6.1 Trouble Calls**
We recommend that the following changes be implemented. When the OMS system creates a trouble order, an SAP Work Order is automatically created that will be used to track all responses and costs for crews and others as required. This would include the initial response as well as any follow-on work. This eliminates the non-value-added work for the Systems Operations Group and the Supervisor, while allowing for specific reporting on costs, responses and time on each trouble call in SAP. This also will enable the Supervisor to validate the efficiency of shift trouble men as their individual workload can be more readily monitored and evaluated. We estimate that improved management of the trouble process offers the opportunity for annual savings in the range of $500 thousand to $1.5 million.

**15.3.6.2 Planned Outages**
We recommend that the Company implements a planned outage approval process that takes into account the impacts of all outages to the Company and the customer. This group should issue guidelines for normal planned outages. For outages that are longer this group should set a maximum time limit on outages.

---

[1] Based on Monthly recharge/unit of $867 as provided in response to Data Request #022



**HECO Management Audit Final Report**

**Section 16.1    Energy Delivery**

We recommend that current Energy Delivery Leadership should be replaced in order to enable a reset and restart on the planned restructuring of Energy Delivery. It is evident that the current leadership team is not well equipped for managing the major change initiatives required to implement the necessary course correction.  This may be a case of an appointment to the role having been made based on the wrong assumptions around skill sets and, as a result, setting the individual up for failure. Nevertheless, it is essential that Energy Delivery has an Executive who can successfully lead the organization through a period of intense change.

We recommend that the number of Divisions in Energy Delivery should be drastically reduced - we would suggest moving from 9 to 4 based around key functional activities.  These are possible options:
- T&D Operations
- Substations
- Planning & Scheduling
- Engineering Support

Some activities currently performed in Energy Delivery should be transferred to different parts of the Company.  Asset Management, Capital budgeting, project prioritization and design should become a function of Planning & Technology.  This will enable a coherent integrated Asset Management strategy to be implemented rather than the current ad-hoc selection of projects by Energy Delivery.

We recommend that new leadership refocus Energy Delivery on cost-effective execution of work that has been planned, budgeted and prioritized by P&T. This will include the following changes:

- Energy Delivery should no longer have responsibility for, or control of, the Capital budget.  They should execute work and projects based on the approved design and budgeted cost passed to them for delivery.
- The Pole Infrastructure Enterprise (PIE) activities should be disaggregated with necessary revenue collection and pole remediation functions transferred to the appropriate parts of the organization. Accountability for identifying and realizing the new revenue streams PIE was originally intended to deliver should be transferred to Business Development if these revenues are in fact realistic.
- Managers and supervisors should  refocus on, and be measured against, their performance in managing and controlling the costs of work by their teams.
- Pre-authorization of overtime – other than in emergencies – needs to become a standard process. Managers and supervisors also need to fully understand the conditions of the CBA in order to reduce the costs of excessive planned overtime. Any conflicting incentives should be discontinued.
- The current level of overtime sanctioned in the 2017 rate case for HECO is 27.5%.  Currently Energy Delivery has been running at over 30% overtime.  Efforts are now underway to address this issue, as per the Company's commitment in the ERP/EAM docket. We recommend that the Company should be targeting an overtime level of a maximum 25% in line with industry benchmarks.   The Commission may also wish to consider in the 2020 rate case reductions in the current allowance for overtime hours for HECO to ensure that this focus is maintained.
- The numbers of administrative and support staff across the Divisions should be rationalized and, instead of being specific to a Division, should be provided as a shared resource from a common Energy Delivery pool.  This could enable reductions of 5 - 7 FTEs and an annual benefit of  $875 thousand - $1.225 million.



## HECO Management Audit Final Report

Overall, we would expect a restructured Energy Delivery organization to have approximately 650-670 FTEs with some of the positions transferred elsewhere in the Company. More detailed recommendations are contained in the reviews of the individual Energy Delivery Divisions.

**Section 16.2    T&D Operations**

Increasing efficiency for T&D Operations will require process and organizational change to introduce an effective and consistent process for planning, scheduling and executing work. Reducing handoffs and eliminating duplication are critical to obtain this result. In addition, the primary role for the Supervisor must be changed from an administrator to being the primary front-line leader responsible for introducing and sustaining a performance management culture with their crews.

This shift will require some of the previous functions of the Supervisor, that dealt with work order estimating, verifications and pre-job site reviews, to be moved to the work order planners. This will maximize the Supervisor's time to focus on performance management and continuous improvement. To achieve this the following actions are necessary:

- Redesign the Work Order processes to have the Resource Planners update and/or create the Work Orders for execution by the Field Crews.
- Standardize and update the Compatible Units for all work order creation across Operations. (This is a project currently underway in T&D Standards and Training.)
- Ensure the new proposed processes are fully integrating and leveraging the capabilities of SAP and have removed unnecessary legacy steps.
- Document processes and train and drive consistency across the organization for those processes.
- Work Orders should have SAP statuses utilized to indicate that they are ready to schedule, scheduled, delayed etc. for proper scheduling and optimization of work.
- Implement effective review and authorization for any overtime work.
- Ensure crews have a full day's work on each daily schedule to maximize productive time

As an integral aspect of this, T&D Operations need to examine the numbers of supervisors as well as their roles. From our review, there appear to be excessive numbers of supervisors and managers in T&D Operations – yet they appear to exercise little to no oversight and management of costs and performance. With the changes recommended above we would estimate there is scope for a gradual reduction of 4-6 supervisor/manager positions once the new organization is established with a budget saving of $700 thousand - $1.050 million per year.

In parallel with this there is an urgent requirement to establish a Performance Management Culture including:

- Detailed report reviewing in key areas, with sufficient detail to support manager analysis, including targets to be achieved.
- Layered accountability meetings/discussions reviews.
- Holding managers accountable to undertake business performance analysis and business decision making.
- Improving managers' skills in report analysis to draw accurate insights to support quality decision-making and appropriate course-correction.



- Driving accountability down to the lowest appropriate level to manage costs – in particular Operation Supervisors being held accountable to limit overtime by making smart business decisions, not allow others to dictate when and who works overtime. This should be supported by full understanding of the current Collective Bargaining Agreement (CBA) with the IBEW, and how premiums and penalties are applied.
- Expectations for managing business performance driven through employee performance systems for all layers of management.

### Section 16.3    Substation Engineering Division

The existing Substation Engineering group should be disbanded. Responsibility and accountability for Planning, Design and Asset Management functions should be transferred to Planning and Technology. The number of staff to be transferred will be dependent upon the requirements in Asset Management. The delivery-oriented functions should be consolidated in the Test and Substation group. Any specialist Substation Engineering expertise still required in Energy Delivery should be consolidated into a new Engineering & Design group as described further in this report under T&D Engineering[2].

These changes will introduce more accountability and clear separation of duties, improve oversight of Capital expenditure as well as better leverage specialist skill sets across the Company. We would estimate that these changes could deliver FTE savings of 15-20 by removing duplication and reducing administrative overhead. The potential savings opportunity is estimated to be the range of $2.6 million-$3.5 million per year.

### Section 16.4    Test and Substation Division

Test and Substation should develop a more aggressive plan to meet its benchmark cost targets. It also needs to improve the effectiveness of the planned maintenance program to improve reliability and reduce the incidence – and cost – of unplanned corrective work in response to outages and failures.

We recognize that current staff numbers in the group may be higher than required given the recent integration of the three Companies into Test and Substation as part of the Energy Delivery restructure. We recommend that, as a priority, they now analyze staffing levels, particularly with a view to reducing administrative overhead and removing any duplicative layers of management. Our estimate, based on our review, is that this offers potential for FTE reductions of 6-10 and cost savings in the range of $1.05 million - $1.75 million per year. This would also help bring unit costs closer to target benchmarks.

With regard to the large civil works component of the group we suggest that this area should be revisited to see whether it is a core function that needs to be performed in-house or whether some of the work could be more efficiently delivered through external contracts.

---

[2] T&D Engineering Section16.5



**HECO Management Audit Final Report**

### Section 16.5    Transmission and Distribution Engineering

We recommend the existing T&D Engineering group in Energy Delivery should be restructured to focus on providing specialist engineering support and engineering design to support standardization across the Company. Most of the current stated functions of this Division such as Asset Management; project selection and prioritization; project design and estimation; as well as Capital budget allocation, should be transferred to the revised Planning & Technology Asset Management group. This would result in the appropriate separation of activities between allocation of capital and project delivery, to promote clear accountabilities and create controls that would enhance performance improvement. It would also enable an effective integrated Asset Management strategy to be developed and implemented. Planning and Technology should be held accountable for results delivery as an outcome of the strategy while Energy Delivery focuses on cost-effective project execution. In parallel, the current Capital Budgets and Project Management Division in Energy delivery should also be reassigned consistent with the recommendations in Section 13, Project & Program Management.

This consolidation of Asset Management activities in Planning & Technology will require the transfer of some staff from the current T&D Engineering Division as well as other Energy Delivery Divisions. This should not be a simple wholesale transfer though. More detailed activity analysis will be required as part of the transition but our initial estimates suggest the transferred numbers should be in the 30-40 FTEs range.

Within Energy Delivery we would recommend that Substation Engineering and any remaining functions of T&D Engineering be consolidated into a single Engineering support group.
Overall in these recommendations we would expect to see a net reduction of 40 to 60 FTEs and cost savings of $6 million -$10 million per year without reductions in service.

### Section 16.6    Customer Installation Division

We recommend that the Customer Installation Division as currently constituted be disbanded. The level of staffing and resources simply to administer and oversee less than $36 million of new connections work is not cost effective or necessary. The critical customer interface should be handled by a small administrative group that takes the first call. Off the shelf work that requires no estimation can be passed directly to the group in Energy Delivery that will develop the work order and schedule this type of standard work. Work that requires more detail and estimation can be directed to the appropriate planning group in Energy Delivery or Planning & Technology. The customer facing function could reside in the Customer Service Business unit, which would be the logical location. This group would then also be responsible for tracking follow-ups and measure response times. This would also leverage the skillsets and process analysis capabilities that have been demonstrated in the Customer Service Group.

The remainder of the functions should be transferred to Energy Delivery Planning to create the design and estimate and then to Construction Management to schedule the work. T&D operations would be responsible for the execution of the work. All estimates, designs and work orders can then be produced in SAP using the same costs and Compatible Units as used for maintenance and project work. This will support compliance with approved standard designs and consistency of materials and costs when creating work orders. It will also enable the same comparison and oversight of actual costs of work versus estimate, along with corrective measures, that should in future become a standard operating procedure for all Energy Delivery work.



**HECO Management Audit Final Report**

We also recommend that an urgent review is performed on the current level of site visits to increase efficiency. In most cases one site visit should be sufficient to complete the estimate and work order. For simple connections where the work is to install only service wire and a meter, the site visits could be eliminated altogether. This improvement could significantly improve both cost and reduce the time to completion.

Based on these recommendations it is our estimate that the current level of resourcing could be reduced by 30-40 FTEs with no reduction in service to customers through the elimination of unnecessary activities and the removal of duplication. It would also enable better tracking and validation of the true costs of new customer work to ensure customer contributions more accurately reflect the cost and also ensure a more accurate allocation of capital funds.

We estimate the level of benefits from these changes to be cost savings of $5.25 million – $7.0 million per year.

### Section 16.7    Pole Infrastructure Enterprise

We recommend that the Company discontinues the current PIE organization. The necessary work of managing and billing for joint use revenues, which has now been successfully identified and resolved by PIE, should be absorbed into non-revenue billing. Remediation of double poles should become part of the maintenance program for T&D Operations and prioritized properly if the issue is to be contained and reduced. New revenue pursuits with regard to joint poles should be incorporated into Business Development, subject to proper analysis of whether there is material value in the effort. Otherwise it should be discontinued other than management of requests from Customers wanting new service on joint poles. Standards for designs on how new attachments are installed should move to Engineering Standards.

We also recommend that the Company learns from this episode, particularly as it strives to identify new revenue streams. New business ventures are difficult, especially for utilities. It is important to do a thorough and adequate financial analysis of all impacts. New revenues per se have no added value when the cost of realizing them is greater than the revenues. This aligns with our experience of multiple instances across several utilities when staff with limited commercial experience or expertise, who have only operated in monopoly regulated environments, promote new revenue ventures. We have found in most instances that these ventures incur costs that greatly exceed projections and that the promised additional revenues fail to materialize at sufficient scale to justify the effort.

Adoption of the above recommendations would in our estimate result in savings of $1.40 million - $1.75million per year and a reduction in the range of 8-10 FTEs.

### Section 16.8    Transmission and Distribution Strategies and Engineering Standards & Training

We recommend that both Transmission and Distribution Strategies and Engineering Standards and Training Divisions be discontinued and absorbed into other groups to streamline the business.
- Engineering Standards and Training should transition to the successor group to T&D Engineering.



**HECO Management Audit Final Report**

- Vegetation management should to be moved to T&D Operations with a focus on catching up on its backlog of work and ensuring they also complete the work identified in each upcoming year *based on measured Units, not just historical spend.*
- The process efficiency group (Black Belt Practitioners) are valuable resources who should be integrated into the Operations Excellence Office[3] or assigned to the Business Units as necessary with dotted line reporting and coordination with the Operations Excellence office.  Under either model, its activities should be tightly aligned with the overall activities of the OE office for that particular business unit.

As a result of these changes and an analysis of the staffing required, we would estimate a reduction of 14-22 FTEs and a cost saving of $2.45 million - $3.85 million per year with no reductions in service.

**Section16.9    Project Management and Capital Budgets**

We strongly recommend that the current Project Management and Capital Budgets Division be dissolved. It appears to have developed a different focus than the intended role of Project Management. Many of the activities it now performs are duplicative of other departments and are more effectively performed elsewhere in the organization.   Within a revised and streamlined Energy Delivery organization tasked with efficient and cost-effective execution of work it is not required in its current format.

There is however an urgent requirement for skilled Project Management expertise in Energy Delivery within a smaller PMO group *tasked with cost effective Project Delivery.*  We would suggest this group consist of 4-6 project managers with relevant business expertise.  This could produce FTE savings of 10-12 and cost savings of $1.75 million - $2.1 million per year.

**Section 17    Power Supply**

We recognize that the Power Supply Business unit is a high performer in the Company.  They are to be commended for their focus on cost reductions and efficiency and the development of a strong performance management culture across all levels of the business.  We recommend they continue along the same lines delivering incremental improvements.

We also recommend that the approaches adopted and implemented successfully should be shared much more widely across the Company in areas where change and improvements have not been delivered.  Power Supply is a strong example of how embedding project managers and black belts can be an effective approach when leadership has established a culture of continuous improvement.  This culture could also be successfully propagated to kick start change in other business units with some selective transfers of key staff from Power Supply who have successfully delivered some of these initiatives.   In particular we would recommend that all Business Units adopt the practice of widely communicating and posting results of their progress against performance metrics and cost targets.

It is an essential requirement that Power Supply continues to keep existing generation units functional in the new operating environment until a bigger proportion of new renewables comes online. We would recommend the Company performs a probabilistic risk assessment of age-related failure of

---

[3] Operations Excellence Office created in operations Group in April 2020



Munro Tulloch
Delivering Utility Solutions

35

## HECO Management Audit Final Report

current generation assets in order that any required initiatives to ensure reliability of supply to avoid extended outages can be identified and planned.

Fuels Division is functioning with a strong focus on its critical mandate of reducing costs, and maintaining reliable fuel supply. They have also demonstrated a strong focus on reducing controllable costs and overheads. We recommend they continue on this course.



# 4    Governance

## 4.1    Corporate Structure

Hawaiian Electric Company (HECO) is the largest of the 3 electric Utility Companies (along with Maui Electric (MECO) and Hawaii Electric Light Company (HELCO) ) which are wholly owned by Hawaiian Electric Industries (HEI). Each utility Company is subject to separate oversight and regulatory rate review by the Hawaii Public Utility Commission. The Management Audit was primarily focused on HECO in advance of the regulatory rate review of the Company scheduled for 2020. However, the Companies have in recent years been driving towards a One Company[4] model in which most of the support functions and lines of business that are common to all three companies are provided through a single Corporate group and management structure. This One Company strategy is a sensible approach given the common challenges faced by the Companies and the increasing need for the significant technology investments necessary for a twenty-first century Utility business to be shared across the widest base possible.

Predominantly these common functions are provided from within HECO and appropriate costs are allocated to the other Companies on an agreed percentage share (70/15/15)   As such most of our findings during this audit can be extrapolated to the leadership, governance and management of all three Companies, not just HECO. Similarly, efficiency improvements and cost reductions identified as a result of this audit will in most instances be applicable and shared across the three Companies. Our findings and recommendations from the audit can therefore be considered to apply across all three Companies on a "One Company" basis.

During the course of the audit the Companies formally announced[5] on December 23, 2019 the next stage of progression towards a more integrated One Company model where the Hawaiian Electric branding would be used across all three Companies although they would still remain as three legally separate and separately regulated entities. Accordingly, we will use the collective term HECO in this report to include Hawaiian Electric and One Company activities unless specifically stated otherwise. The combined Companies currently have approximately 462,00 customers and over 2700 staff.

The Hawaiian Electric Companies are not publicly listed but are wholly owned subsidiaries of Hawaiian Electric Industries (HEI). HEI is the Holding Company, listed on the NYSE (ticker symbol HE), consisting primarily of the 3 regulated Electric Companies plus American Savings Bank, which is also based in Hawaii. HEI has recently established another subsidiary, Pacific Current, to focus on non-regulated activities in the State, particularly around Renewable Energy generation activities. Previously Hawaiian Electric operated with mandated arm's length separation from HEI. The establishment of Pacific Current led to an additional Order from the PUC in 2018 enhancing the Affiliate Transaction Requirements.[6]

---

[4] See further details in Section 6, One Company
[5] https://www.hawaiianelectric.com/states-3-largest-utilities-to-be-united-under-one-name-hawaiian-electric
[6] Docket# 2018-0065, Order#36112



**HECO Management Audit Final Report**

## 4.2    HECO Governance

From a Governance perspective, HECO operates semi-autonomously from HEI and maintains the required separation of duties and information.  The three utility companies are managed at the Hawaiian Electric level as a single "One Company" entity.

The Dennis Thomas & Associates report that was commissioned by the PUC in 1995 to investigate HEI's relationship with its affiliates[7] created the requirement for HECO to operate at arm's length independently from HEI.  As such HECO has its own separate Board with 4 independent Directors and the HECO CEO as the only Executive board member.  The HEI Board does not have any HECO members although the HECO CEO and CFO report up through HEI.

As part of HEI, HECO reports earnings for the 3 Utility Companies as part of the HEI quarterly reporting to the market.  However, HECO has its own investment credit rating and the HECO treasurer is responsible for raising funds for investments and operations independently of HEI.

During the Audit we conducted interviews with the CEO and Chairman of HEI, to better understand the true nature of the operating relationship between HECO and HEI.  Based on this and our other observations during the course of the audit we are reasonably satisfied that the required separation and independence of operations between HEI and HECO is being effectively maintained. While HEI provides budget guidelines, major financial decisions and overall strategic direction are agreed by the HECO Board and presented to HEI for information.  HECO appears to have sufficient independence to carry out its delegated business operations without interference from HEI.   In matters where Pacific Current may be involved in Renewable Portfolio Standards (RPS) initiatives to bid on renewable generation opportunities, as in RFP2,[8]  based on our audit observations and inquiries, the mandatory restrictions on information sharing appear to be properly observed to prevent any insider information being provided to the unregulated entity to unfairly improve its competitive position.

HEI has some Board members with Utility industry experience and expertise including two former mainland utility CEOs.

In the later months of 2019 an activist shareholder in HEI, ValueAct Capital (ValueAct), was actively lobbying for changes in leadership at HEI and making a number of press announcements regarding changes ValueAct wished to see. While its proposals were nominally aimed at HEI, several of them seemed to conflate the roles of HEI and HECO and implied that additional actions and investments should be made by HECO in renewable generation by direction from HEI.  On the face of their public proposals it would appear that some of their suggested actions would run contrary to the mandatory separation requirements.  The discussions between  HEI and ValueAct were subsequently settled in February, 2020 with the appointment of an additional ValueAct nominee to the HEI Board.

---

[7] Dennis Thomas & Associates issued a report in January, 1995 entitled "Review of the Relationship Between Hawaiian Electric Industries and Hawaiian Electric Company" (Dennis Thomas Report). The report was a result of a docket that examined the relationship between HEI and HECO, including any impact HEI's non-electric utility businesses might have on HECO.  The Dennis Thomas Report, including all of its recommendations and conclusions, was adopted by the PUC in its entirety by Decision & Order No. 15225. issued on December 1, 1996, in docket no. 7591 (1993-0014). Instituting an Investigation of the Relationship Between Hawaiian Electric Industries, Inc. and Hawaiian Electric Company, Inc.

[8] RFP 2 - **Stage 2 Request for Proposals for Variable Renewable Dispatchable Generation and Energy Storage**.



## HECO Management Audit Final Report

In a subsequent meeting with HEI Executive leadership, we were provided with documentation showing the controls that had been put in place to avoid any direct input from ValueAct or its representatives to HECO in order to ensure the necessary separation is maintained.

It is our conclusion based on our observations and interviews that the necessary independence requirements to allow HECO to operate as a devolved entity from HEI are being observed and that, while overall strategic direction comes from HEI, HECO retains sufficient independence to operate within the required regulatory framework.

### 4.3    HECO Board

HECO has its own separate Board which comprises the HECO CEO plus 4 independent non-executive Directors.   The HECO Board meets quarterly to review performance, strategic direction and achievements.  It also receives monthly updates from the Executive team members who provide reports for the Board meetings.   The diverse background of the independent Directors[9] and their connection to the Hawaiian Islands, is an important element in influencing and improving Corporate Governance for the Companies.   However, by its nature, the independent Board is not directly connected to day-to-day operations and as such may be less able to identify more complex operating issues in the Company, being dependent on the information received from HECO Executives. As such it is reliant on reviewing the higher-level financials and metrics which may on occasions mask potential or developing issues in ongoing operations until they become business critical.

We were surprised to find that the Board lacked any independent members with relevant Utility operational expertise and also that there was very limited representation of Utility experience gained outside Hawaii to provide some alternate viewpoints.  It must be assumed that the HECO Board has some input and influence on strategy and direction for the Company and, as such, a greater degree of relevant operational expertise would be of value in providing an enhanced degree of oversight and guidance to the Executive team as well as greater scrutiny of HECO operations. Based on some of our subsequent observations of issues in Company operations,  additional oversight of this nature from the Board would be of value.

From this perspective overall Governance and direction is less effective than if HECO was a separately listed Company with a more industry focused mix of Executive and Independent Directors with more opportunity to surface issues earlier.

### 4.4    Conclusions

The overall governance structures and processes from the HEI and HECO Boards are, based on our observations, reasonable and in line with the mandated separation of activities. The concerns that were initially raised by public statements made by ValueAct in its discussions with HEI, potentially suggesting more direct influence by HEI over investments by HECO, would appear to have been resolved by subsequent agreements.  As such we are satisfied that the existing governance framework between HEI and HECO is satisfactory.

---

[9]  http://www.hei.com/CustomPage/Index?keyGenPage=1073753941



May 12, 2020

With regard to governance of the Company and the level of fiduciary challenge and performance oversight provided by the HECO Board there remains scope for improvement. As currently constituted it appears that the HECO Board may be less influential with regard to strategy and direction than we would reasonably expect from a Board with a greater degree of industry experience. The HECO Board has clear line of sight of overall financial performance but, as we identified during the audit, there are multiple disconnects between expenditures and measurement of deliverables. As such financials alone may not be sufficient for the HECO Board to identify corrective actions that may be necessary.

## 4.5    Recommendations

We recommend that executive reporting to the HECO Board be enhanced to provide additional detail to demonstrate both financial and operational performance by the Business Units. This should include - in line with our recommendations elsewhere in this audit – details of deliverables, unit costs and performance achievements delivered by capital investments as opposed to just spend versus budget analysis. Enhanced transparency of this nature would materially improve the level of information provided to the HECO Board to support more informed guidance to executives and enable more proactive measures to be taken to address issues rather than just ex post review and correction.

In parallel with this we recommend a strengthening and expansion of the HECO Board with the addition of 1 to 2 independent directors who are not executives or employees of HECO or HEI. For maximum benefit we would also recommend that nominees for these positions should bring relevant industry experience and expertise, particularly in the area of Utility Operations, as well as utility exposure external to the Hawaii environment in order to provide balance and promote greater diversity of thought across the HECO Board. This could significantly enhance the level of objective review and guidance to the Executive Team to promote innovation along with an increased focus on performance management and continual improvement.

Given the scale of changes which the Company has now initiated, in part as an outcome of this audit, and the additional challenges posed as a result of the Coronavirus economic impacts on Hawaii, this proposed enhancement of HECO Board capabilities would be of significant benefit in providing guidance to the Executive Team.



# 5    Executive Leadership

## 5.1    Executive Structure

At the beginning of the audit, Alan Oshima was the President and Chief Executive Officer of Hawaiian Electric. Mr. Oshima has a wide background in Hawaiian Utilities having previously held senior executive positions at Hawaiian Telcom and HEI. Mr. Oshima was appointed to this role in 2014 and assumed responsibility to guide the Company through the acquisition process by NextEra. Following the rejection by the HPUC of the NextEra acquisition, the CEO was then faced with the challenges of realigning the Company to an independent future and also restoring relationships with the Public Utilities Commission. These relationships had been severely strained in previous years when several proposals by the Company were rejected by the Commission and they had been criticized for not listening or responding to Commission mandates, particularly with regard to supporting the rapid deployment of customer-owned rooftop solar installations. This period also coincided with the State mandate to move to 100% renewable generation by 2045, a law passed in 2015.

Mr. Oshima's background and extensive community and political relationships have been invaluable in leading the Company through these multiple issues including restoring public trust. As a result of his leadership the corporate strategy focused on:

- Maintaining profitability and financial stability to remain independent
- Evolution to a One Company structure
- Maintaining an investment grade credit rating
- Being able to deliver on State mandated RPS (Renewable Portfolio Standard) goals
- More proactive interaction with external stakeholders

As the only purchasing party for long-term, utility scale, renewable projects on the islands, the strength of the Company's balance sheet provides the financial underpinning to attract external investors. Maintaining a strong, investment grade, credit rating is a key objective to enable the Company to remain a financially strong counter party for renewable Power Purchase Agreements (PPAs) with Independent Power Producers (IPPs).

To address the new challenges the executive team was restructured to include more broadly based and customer interfacing skills rather than purely technical specialists. As part of this the senior executive team was expanded to include nine direct reports at Senior Vice President level as well as several Vice Presidents. This included some tactical changes around portfolios. The team was also encouraged to become more externally focused – meeting and developing relationships with customers and community organizations, assuming local Board memberships etc. to improve communication with customers, politicians and other stakeholders as a true community partner.



## HECO Management Audit Final Report



### 5.2    Observations

From an overall perspective this approach has been successful, particularly in increasing the level of executive focus on more innovative approaches and improved communications in addition to publicly demonstrating strong support for State-wide RPS goals. Relations with the Commission, State and local Governments appear to have improved over the last 5 years.  Mr. Oshima rated the Company's performance in these areas as "a 5 on a 1-10 scale compared with a 1 in 2014" and the public image of the Companies does appear to be more favourable.  It should also be noted, however, that some of the negative public perception of the Company may have been attributable to the significant increase in electricity prices as a result of near the oil price spike in earlier years.  As oil prices have dropped and lower cost renewables have come on line the public perception of the Company has improved.  To this extent the changes have been positive.

The revised strategy was successful in meeting the diverse challenges from 2015-19.  Enthusiasm and support within the Company for delivering RPS goals has become a primary internal driver.  It may have also diverted some focus from core business basics such as improving business efficiency and effectiveness; maintaining and managing the infrastructure; and controlling costs.  There have also been material increases in staff in multiple areas such as Government and Community Relations, Public Affairs, System Planning and others, to meet RPS driven mandates.  However, during our audit, we identified minimal objective evidence or any substantive supporting business case to justify these increased costs.  Total staff numbers



across the Company have increased from 2310 in 2010 to approximately 2700 in 2019. Most of these increases appear to have been in administrative and managerial positions rather than front-line customer-facing and service delivery employees. While undoubtedly some functions and duties the Company is required to perform have increased as a result of requirements associated with achieving RPS this does not in and of itself account for the increase in positions.

We are concerned that the current structure of the Executive team - which has recently increased to fourteen (14) direct reports to the CEO - may be counter-productive to effective executive leadership, particularly given a culture that places a high priority on collaboration. As a result, there is a danger that the executive decision process becomes overly complex and time-consuming, leading to consensus building at the cost of decisive action and speed to resolution.

Of greater concern, based on our review, is that this wide span of reports appears to have become a corporate model, adopted by the individual Business units with similar outcomes. They appear to have expanded their management teams rather than optimizing for efficiency and purpose. This is most obvious in the recent transition of Energy Delivery to a One Company Model, in which the number of Divisions reporting to the Vice President was expanded from four to nine with the addition of support staff for each Division.

A look at the overall numbers for executive and senior managerial staff in a Company with 2700 employees shows 468 management roles at 2/19/20.[10]

- Senior Vice Presidents    6
- President Maui
  and Hawaii Counties    1
- Vice Presidents    12[11]
- Directors    71
- Managers    146
- Supervisors    231

(Note: this list does not include Foreman/Crew leader roles.)

Even accounting for the multiple Company and multiple island structure, this appears to be a generous number of staff at promoted levels for a utility with only 461,000 total customers. As noted earlier, this appears to be a consequence of an executive approach that lends itself to a top-heavy leadership model. Our industry comparisons of similarly sized Utility Companies indicate the number of direct executive reports to the CEO is typically 5-6, allowing more direct executive oversight and quicker action and responses to issues, as well as reducing administrative burdens. That model should be reflected throughout the Company.

---

[10] Numbers of executive and senior managerial staff taken from spreadsheet provided in Company Response, dated 1/16/20, to Data Request #17 with the number of SVPs reduced from 7 to 6 as of 2/19/20 with the promotion of SVP Public Affairs to CEO and the position not being backfilled. All FTE numbers used throughout this report are based on the Organization charts as of 2/19/20 provided by the Company

[11] The number of Vice Presidents was reduced to 11 with the move of the Vice President of Marketing to HEI in April 2020

 Munro Tulloch
Delivering Utility Solutions.

**43**

**HECO Management Audit Final Report**

In November 2019, during the audit, the Company announced that Mr. Oshima would be stepping down from the CEO role to be replaced by Mr. Scott Seu, the then Senior Vice President of Public Affairs, with an effect date of February 14, 2020. The audit team also met with and discussed some of our findings with the CEO elect and again once Mr. Seu took over as CEO. Through these discussions, we raised this span of control issue, among others. We can report that prior to completion of the audit the new CEO has initiated a number of actions in response to our audit observations. These are discussed further in *Section 20 Company Initial Actions in response to Audit*

### 5.3     Conclusions

Our overall view on Executive leadership is that the recently retired CEO, Mr. Alan Oshima, had a positive impact during his tenure. He must be commended for "righting the ship" and redirecting the Company following the failed NextEra acquisition and other apparent missteps. He has improved the public perception of the Company by enhancing its profile as a supporter of RPS initiatives rather than opposing them. There have also been a number of notable positive changes in terms of listening to, and working with, the wider community to achieve state-wide goals and better alignment with the Hawaiian culture and desire to accelerate the path to a carbon free future.

There have been many positives from an Executive Leadership perspective, particularly in the areas of Company morale, community involvement, public perception and support for RPS. We must also conclude that some of this has been at the expense of additional costs and diverting focus from delivering core activities efficiently. We did not find a strong focus on improving business efficiency and reducing costs in parallel with improving customer service. With some notable exceptions, this does not appear a high priority within the executive leadership of the Company. Considering the already high costs of energy to customers in Hawaii this lack of focus on improving efficiencies must be addressed.

### 5.4     Recommendations

To some extent, following the rejection of the NextEra acquisition, the Company may be insulated from the competitive M&A pressures that provide an important element in driving Executive leadership to continue improving business performance. As such it is necessary that there is sufficient regulatory pressure on the Company to support a strong focus on increasing efficiency and reducing controllable costs. This must be in parallel with delivering on RPS initiatives and improving the level of service provided to customers. As part of this audit we have highlighted key areas of the Company where improvements can and should be made. The recommendations should also influence a revised strategy and focus for the Company.

The Company now has a unique opportunity to better align the culture with the longer-term goal of becoming an efficient and cost-effective platform provider that can facilitate the development and growth of new renewable generation to meet or exceed the 2045 100% renewables goals.

As a first step we recommend that the new CEO should deliver a clear message to his executive team that fully supporting and fulfilling RPS goals must be achieved in parallel with delivering business efficiencies and reducing costs if the Company is to be sustainable longer term. This focus on business performance improvement must become embedded in the Company culture as well as becoming a key performance metric for all leadership and managerial staff. That transition must begin at the executive level.



Organizational structures should be reviewed and realigned to ensure proper accountability across the Company rather than simply enabling bureaucratic growth with continued addition of executives and staff. The new CEO can provide leadership that demonstrates this commitment by rationalizing the executive team structure.  This will improve the agility and flexibility of the executive team, reduce costs and improve efficiency, while enabling leadership to respond with greater speed and focus to internal and external challenges without the need for broad internal debate .

Executive performance goals and key performance drivers and indicators should have enhanced focus and importance attached to delivering performance improvements and cost reductions.   The hard decisions necessary to address and eliminate non-value adding activities – and the infrastructure that may have been created around them – should be made sooner rather than later.

## 5.5    Update, April 2020

As is outlined in Section 20 of this report *Company Initial Actions in Response to Audit,* it is apparent that the new CEO Mr. Scott Seu has been proactive in taking early actions based both on our audit findings and the increasing financial pressures of Covid-19 on the people of Hawaii.  His recent actions include the following:

- o A leadership change has been made in Energy Delivery
- o An Operations Excellence office has been established to implement change recommendations
- o A restructuring of the Energy Delivery organization was announced
- o Accountability for Asset Management strategies and Capital investment is transferring to Planning & Technology
- o Restrictions have been put in place on hiring and overtime

These are very positive indications that there is a new focus being applied by senior leadership with positive outcomes and benefits.  The new CEO should be commended for these prompt actions, which portend well for Hawaii.



# 6 One Company Strategy

## 6.1 Overview

The Hawaiian Electric Companies comprise the three separate island-based companies – HECO, MECO and HELCO. Historically the three Companies operated semi autonomously with island specific management and organizations. Each Company has been subject to separate regulatory rate reviews based on their respective rate base and cost of service. Several major Corporate functions are provided centrally with costs allocated across the three Companies.

In recent years the Companies have been pursuing a strategic initiative to evolve further towards a "One Company" structure. The primary driver for this is to reduce duplication of roles and positions across the three Companies in order to improve efficiency, reduce costs, promote standardization of approach, leverage scarce skill sets and provide a consistent integrated approach to Customers. Strategically this should transition the Company from an island-centric structure to a functional line of business model delivering common services and adopting best practice processes across all three Companies.

Major Corporate functions, such as Finance, Human Resources, IT and System Planning have historically been delivered centrally with costs apportioned between the Companies normally on a 70/15/15 percentage (HECO/HELCO/MECO) basis. Other Business areas, such as Customer Service, Power Supply, Corporate and Community Affairs transitioned to this shared service model in recent years. These business units and support functions now operate as Company-wide entities. The implementation of the new shared technology platform of SAP Enterprise Resource Management/Enterprise Asset Management (ERP/EAM) which went live on October 1, 2018, was a critical enabler to support this One Company model.

The final phase of this initiative was nominally completed when the Energy Delivery organization was restructured to a One Company model in October 2019. However, the initial reorientation of Energy Delivery appears to have been a cosmetic rather than a substantive change. In essence the island-based Energy Delivery units simply changed reporting lines and designated staff in MECO and HELCO were made a part of Energy Delivery rather than reporting through the HELCO/MECO President. In doing so there were no discernable cost savings or attempts to rationalize required business functions and staffing, rather a straight transfer of existing staff to the new organization. In addition, a number of new Director positions were created in the Energy Delivery business by going from four Divisions to nine. The rationale put forward by the Companies for this approach was that this was simply Phase 1 of the transition. Phase 2 would take another 2 years (2020-2021) to evaluate what these business units should look like and Phase 3 would be the subsequent 2 years (2022-2023) implementation and optimization phase. Consequently - as discussed in more depth elsewhere in this report under Human Resources - this has simply changed Energy Delivery from geographical silos to functional silos with increases in departments.

As a logical outcome of this One Company initiative Hawaiian Electric announced on Dec 23, 2019 that all three utilities would now be united under the common name of Hawaiian Electric.

https://www.hawaiianelectric.com/states-3-largest-utilities-to-be-united-under-one-name-hawaiian-electric



HECO Management Audit Final Report

*"For six years, Hawaiian Electric and its subsidiaries, Maui Electric and Hawaii Electric Light, have worked to align operations and share resources to work more efficiently and deliver greater value to customers. This initiative, known as One Company, has relied on technology, including a new software platform, and continuous improvement practices to reduce redundancies and share expertise and resources".[12]*

## 6.2    Observations

As One Company, Hawaiian Electric now comprises over 2,700 employees serving more than 462,000 customers under common leadership and Company-wide business functions. This should enable better alignment of operations and sharing of resources to work more efficiently and deliver greater value to customers through continuous improvement and sharing of scarce expertise and resources.

At this stage the three Companies continue to maintain their separate legal entities and are still subject to separate rate cases. Each of the three Hawaiian Electric Companies must comply with a mandatory three-year general rate case cycle established by the Commission.[13]  Specifically, the Companies must file staggered rate cases every three years (i.e., Hawaii Electric Light, Hawaiian Electric and Maui Electric will file their respective rate cases in years 1, 2 and 3 of a three-year cycle, and then the cycle repeats).

The Company's recorded expense for each rate case filing, including the costs of attorneys and consultants' fees, during the 2016-18 period is in the range of $2.8m- $4.3m per year (cost varies with the size of the Company involved in the rate case). In addition, each rate case consumes up to 51,000 hours of Company labor. Given the degree of commonality and standardized apportioned costs the three Companies share we must question whether the additional effort and costs incurred by all stakeholders – the Company, the HPUC, the Consumer Advocate, customers and intervenors – actually increases overall costs and does not add value for customers.

The new One Company organizational structure could potentially create business value and reduce costs to customers by transitioning to a single consolidated rate case.   This would allow issues that are common to all three Companies - e.g., cost of capital, rate design, employee benefits, One Company shared services - to be considered together in a single rate case.

With the evolution to a One Company model, it must be considered whether longer term the separately regulated model is sustainable or desirable. The current "virtual" One Company approach leads to additional costs for rate cases and some constraints on operations e.g. the requirement to perform intercompany charging for using different badged resources, the prohibitions on sharing of inventory and equipment. We also expect that as Hawaii moves forward towards the 2045 100% RPS goal there will be an increasing need for flexibility for HECO to apply its resources on a true One Company basis to build, maintain and sustain the necessary infrastructure platforms to facilitate 100% renewable resources. An evolution towards a single regulated entity could be beneficial and consistent with longer term goals both for the Company and for the State of Hawaii. It could also reduce the costs incurred by the Company, the Consumer Advocate and the Commission through moving to a

---

[12] https://www.hawaiianelectric.com/states-3-largest-utilities-to-be-united-under-one-name-hawaiian-electric
[13]  Final Decision and Order, issued on August 31, 2010, in the decoupling proceeding, Docket No. 2008-0274



single triennial rate case rather than annual rate cases, allowing the Company to focus attention and resources on building and operating a sustainable infrastructure platform across the State.

Some of the difficulties inherent in the current apportioned costs approach have already become apparent as a result of the mandated benefits achievements in Docket No. 2014-0170 - ERP/EAM Implementation Project. The costs of the new ERP/EAM system have been apportioned across the Companies in the standard 70/15/15 model but the resultant cost savings can not necessarily be delivered in the same proportions. Some of the HELCO and MECO functional areas appear already to be operating in a more efficient manner than HECO and thus are not able to deliver the same proportion of planned savings to reflect the standard percentage of the system costs they have incurred. To deliver savings in equal proportions in this situation could potentially require HELCO and MECO to deliver greater savings than supported by the technology with the risk of longer-term damage to the health of the system and to the detriment of customers.

We find it surprising that, while the Company emphasizes the additional costs and resource burden it incurs as a result of these annual rate cases, the Company has not performed exploratory studies on the impacts and feasibility of fully integrating the three Companies into a single rate case. This need not necessarily include harmonization of rates as this has additional complexities based on the separate respective rate bases.

## 6.3    Conclusions

We agree with and support the Companies evolution to a One Company model. This is the most effective model for the Companies to meet the state's goal of 100% renewables and address the increasing capital demands of new technology platforms. While it is still possible to continue the present three legal entity model, the increased complexity of equitably tracking individual Company allocations, as well as the associated rate case costs, is likely to become an increasingly costly burden that adds little real value for customers or the Company. Longer term a single entity could also facilitate improved allocation of capital across the islands to address the most urgent needs and deliver maximum benefit for all customers.

## 6.4    Recommendations

We recommend that the Companies, subject to approval from the Commission, perform an initial high-level feasibility study on the cost-benefit impacts of moving to a single consolidated rate case.[14] The study should also consider how any potential changes might be integrated into future PBR regimes.

The results of this study should be provided to the Commission to show potential options and the implications for each customer group within the three Companies. The Commission, the Companies and the Consumer Advocate can then consider whether this approach is a cost-effective, feasible or desirable proposition. If it is agreed that a consolidated rate case offers material benefits for all

---

[14] On April 29 2020, the Commission issued Order No. 37119 in Docket 2008-0274 terminating the mandatory Triennial Rate Case cycle as part of developing a number of regulatory mechanisms intended to facilitate the transition from traditional cost of service regulation towards Performance Based regulation (PBR).



**HECO Management Audit Final Report**

stakeholders the Parties should discuss options on how to achieve that goal.  This analysis would then enable the development of a more detailed plan and proposed time-line for evolution to a single rate case model while still protecting customers.



# 7    Business Development and Strategic Planning Renewable Portfolio Standards (RPS) Initiatives

## 7.1    Overview

The Business Development and Strategic Planning Group has become a key enabler as the Company responds to the drive to reach 100% renewable generation. The State of Hawaii has mandated that all electricity generated in the state should come from renewable sources by 2045 at the latest. This also requires the Company to meet incremental targets in phases before 2045. For HECO this effectively means that no new fossil fueled generation capacity can be added (other than where biofuels can be used such as the new Schofield generation facility owned and operated by HECO on US Army land). They must also facilitate the investment in new renewable generation by third party providers by constructing the network infrastructure to enable connection to the HECO Transmission and Distribution systems.

Thus, the Company's planning assumptions and business strategy must reflect a 100% renewables future. In addition, it is anticipated that much of the new renewable generation will be provided from third party developers through PPAs (Power Purchase Agreements) rather than by the Company. This is likely to change the longer-term role of the Company from the current vertically integrated utility with utility-owned generation to become more of an infrastructure platform Owner and Operator delivering third party produced renewable energy.

The Company has worked actively to support government policy and facilitate the transition to 100% renewables. It has been subject to some external criticism for not moving fast enough to increase the proportion of renewables it supplies but it has exceeded its mandated obligations to date and is actively seeking to increase the level of renewable energy it provides. The Company has also been the facilitator for the initial Stage 1 Request for Proposals for Variable Renewable Dispatchable Generation and Energy Storage (RFP1) and for the most recent (November 2019) Stage 2 Request for Proposals for Variable Renewable Dispatchable Generation and Energy Storage (RFP2) solicitation. RFP2 proposals are currently going through the independent assessment phase by the Company.



## 7.2    Organizational Structure



The organization currently has 61 FTE positions.

The Renewables acquisition group is responsible for procuring and managing renewable energy contracts from third party developers

The Electrification of Transport group is tasked with developing Electrification initiatives to expand adoption of Electric Vehicles (EVs). These initiatives are valuable as Electric Vehicle charging offers significant potential on the islands both for absorbing excess peak solar generation to reduce oversupply and reducing the use of fossil fuels.

The Corporate Strategy Group has 6 FTEs

The Marketing group has 6 FTEs and is responsible for enterprise wide marketing and promotion initiatives. This is addressed further in *Section 14, Government, Corporate and Community Relations.*

## 7.3    Business Development and Strategy Group

Development of the Corporate and Business strategy is the primary responsibility of the Business Development and Strategy group.  The goals and business plans for all areas of the Company must also roll up to and align with Corporate strategy.



**HECO Management Audit Final Report**

As a result of the State mandated transition to 100% renewables by 2045 the overall Corporate strategy is now predominantly based around RPS and facilitating achievement of State initiatives and objectives for green energy. The strategy has three primary pillars:

- Customer Experience
- RPS
- Maximizing opportunities for Clean Energy

The move to 100% RPS goals has created additional new strategic challenges for the Company. While it has a demonstrated commitment to achieving the RPS targets it must also during the transition period be the underlying backstop generation provider – covering any shortfalls in renewable resources - to be able to maintain reliable power to each island the Company serves. As a result, the Company must keep enough available capacity in its generation Fleet as reserve or even as base load during periods of reduced renewables output.

The Business development group has been proactive in trialing and testing innovative new approaches to help facilitate the transition to 100% RPS and to address some of the challenges it poses.

These include:

- Researching and identifying potential useable land mass and sites for RPS developments
- New PPA contracts have been developed based on a fixed price basis (as opposed to unit based) which allows them to be used as dispatchable load
- Rooftop solar/CBRE (Community Based Renewable Energy) - working with some suppliers, particularly on new generation inverters that allow more effective control.
- Leading trials using water heaters to shed load/spill generation
- Grid services, encouraging aggregators for DER, allowing them to bid in RFPs
- EV charging opportunities
    - Working with rental companies to increase EV rentals. Trying to site chargers also at spots where tourists stop
    - Receiving permission to install 25 charging stations owned by HECO
    - The Drive Electric Hawaii initiative
    - Promoting EV penetration to 1% out of approximately 1 million total vehicles in Hawaii with EV growth at 10,000 to 12,000 vehicles per year
    - Incenting EV charging through rate design
    - Initiating fleet and bus EV adoption and charging

The Company, as part of its Business Development initiatives, is actively looking for potential useable land mass for utility scale RPS projects and then including that information in RFPs. It is also doing the same for rooftop/community solar projects. These efforts are designed to assist potential developers by highlighting potential site options and reducing the requirement for every bidder to replicate the same work to identify locations.

The adoption of fixed price contracts for new Photovoltaic (PV) PPAs, as opposed to units of energy supplied contracts, is an important innovation. It enables the Company to use these sites as dispatchable load which offers greater flexibility in generation scheduling, as there is no cost incentive/disincentive to minimize their outputs. For Developers it is attractive as it ensures a consistent and predictable revenue stream which reduces their overall risk.



**HECO Management Audit Final Report**

Other initiatives are predominantly targeted at identifying more effective ways to use the peak time excess power generated from Photo Voltaic generation, particularly around mid-day, rather than simply having to spill energy. In particular there is a strong focus on leveraging electric vehicles and associated charging infrastructure. Oahu is down to 500 MW mid-day load and there is 400MW of connected PV so incentivized Time of Use rates for mid-day charging offers a good way to utilize the excess energy from the current generation duck curve.

## 7.4     Observations

Based on our observations and interviews, the Company has become a strong supporter of the RPS initiatives. Prior criticisms suggesting the Company was trying to delay or change the policies appear to be largely unfounded. Most of the Company's efforts appear to be positively focused on supporting new RPS developments and, wherever possible, assisting developers in the process.

RPS initiatives have undoubtedly led to additional workload and increased costs for the Company. The wide-spread adoption of rooftop solar has also introduced new challenges in operating the distribution system. Historically it has been designed and operated as a one-way system. Now however it has to operate as a two-way system to support distributed rooftop PV generation. This has increased costs for new system controls and monitoring as well as requirements for system reinforcement.

From a planning perspective 100% RPS has involved additional work for the System Planning Group to perform system studies to identify costs and options for connecting new renewables. While these costs are recovered from Developers, it does increase the work load in addition to being an added cost for developers which must then be factored into their business model and project economics.

One of the key issues we identified in considering the Company's approach to the challenges of facilitating and expanding RPS initiatives and developments, is the lack of integration and coordination of responsibilities for RPS related activities in the Company. While Business Development is nominally the primary driver for RPS within the Company, multiple other Business Units - including Planning & Technology, Corporate Relations, Government and Community Affairs - also reported additional responsibilities and workload as a result of RPS requirements. In many cases RPS initiatives seemed to be business unit centric rather than part of a consistent coordinated Company approach.

It was stated in several fact-finding interviews that RPS demands had required the recruitment of additional staff. While we must commend the widespread support and enthusiasm within the Company to facilitate and promote RPS initiatives – with developers, government and the wider community - we have concerns that RPS support appears to have been frequently used as an unchallenged reason to increase resources and costs. It also appears in some instances to have diverted focus from core business activities. As with any other activity performed by the Company, we would expect to see effective oversight and a valid business case to support additional costs incurred as a result. However, during our review the Company was unable to provide us with substantiated business cases or quantified workloads that supported increased resourcing needs associated with RPS facilitation. In addition, many of the claimed RPS initiatives appeared to be business unit centric rather than coordinated and integrated to support a consistent Company-wide approach.



**HECO Management Audit Final Report**

From an RPS developer perspective, the multiple disaggregated business unit involvements may also create confusion and unnecessary additional interfaces that can complicate the process. In addition to Business Development they may also be required to engage the Planning and Technology group to initiate System Studies and Energy Delivery to design connections. Thus, they are faced with multiple interfaces with the Company rather than having a single point of contact and a utility partner that can guide them through the process and make it as seamless as possible. In addition, if there are delays attributable to the Company there can be confusion over where the issues are occurring. We have concerns that, despite the additional resources and costs, as well as strong Company enthusiasm, the process and support for Developers has actually become more convoluted rather than simpler.

## 7.5    Conclusions

The Business Development and Strategy group appears to be performing an effective role, both in terms of leading strategy development and also exploring and promoting innovative new approaches to expedite the deployment and adoption of new clean energy sources. It is our view that the Company must be commended for responding positively to promote and support the State drive to 100% renewables.

However, changes to the current diverse and independent responsibilities for RPS initiatives would provide a more effective and integrated process. There appears to be only limited coordination and integration of initiatives and communications from the different business units which creates the potential for conflicting messages to external stakeholders.

The current independent multi-departmental approach also leads to unnecessary additional interfaces - and possibly additional costs – for potential developers. It also makes it difficult to properly validate and assess the associated costs of supporting RPS initiatives across the Company.

## 7.6    Recommendations

We recommend that the following approach is considered to provide greater transparency of the true RPS driven costs, as well as to improve the interface and service for Developers.

Business Development should be tasked with overall strategic responsibility for integrating and coordinating all RPS related initiatives in the Company. This should include oversight and coordination of all groups involved in initiatives to ensure consistent messaging and effective use of resources. While everyone in the Company has a role to play, it is essential that initiatives and activities are effectively targeted rather than scattershot to make sure value is delivered. This will also help ensure an integrated approach and to maximize the value of these important investments in stakeholder outreach by the Company.

The Business Development group should be designated as the single point of contact for new RPS initiatives and Developers. As such it should be tasked with managing the process and allocating required work – such as system studies – to other business units within the Company as necessary. As part of this responsibility, Business Development should also be responsible for ensuring that timescales and costs of performing the work are reasonable and justified. Business Development will



also be responsible for ensuring such work is properly expedited based on priorities. This should include responsibility for tracking project success by measuring cost, schedules and results.

*These recommendations are NOT intended to suggest that Business Development should increase resources and perform all these related activities themselves.* They should however be tasked with analyzing and ensuring that any additional resources or expenditures "to support RPS" are properly scrutinized and validated. Business Development should be responsible for any supporting business case for additional expenditure. It must also provide sufficient oversight of delegated tasks such that developers/customers can have confidence that costs they are charged are reasonable and justified. These recommendations are a natural evolution of the current role of the Business Development group.



May 12, 2020

# 8    Corporate Finance Group

## 8.1    Overview

The Corporate Finance group is an Enterprise support service across the three Companies. In addition to complying with SEC guidelines for financial reporting it is also responsible for ensuring appropriate debt funding for HECO. The Chief Financial officer is also designated as the Chief Risk Officer. While HEI provide budget guidelines, the HECO Board is responsible for approving the budget. In addition to the normal financial and treasury roles, Operational Technology/Information Technology (OT/IT) also reports through the CFO.

While Corporate Finance is responsible at the Enterprise level, there are also several (non- Corporate) Finance Managers and finance staff spread across the operating Business Units, some, but not all, with dotted line reporting to Corporate Finance.

The current finance Organization is as shown.



The Organization Chart shows 99 FTEs in Corporate Finance

Treasurer – 10 FTEs
Controller – 53 FTEs
Dir. Budgets – 23 FTEs
Dir Finance Customer Service – 6FTEs
(The Information Technology Services (ITS) VP and staff not included in these numbers)



May 12, 2020

**HECO Management Audit Final Report**

In addition, there are 25 staff with Finance in their job title located within the Business Units, some with dotted line reporting to Corporate finance.

The primary strategic objectives for finance are identified by the CFO as:
- Maintaining investment grade credit ratings
  - Fitch         BBB+   stable outlook
  - Moodys     BAA2   positive outlook
  - S&P         BBB-    positive outlook
- Remaining financially sound to be able to raise capital as necessary at competitive rates
- Refinancing debt to lower interest rates

To support these objectives Corporate Finance works with the rating agencies to keep them appraised of key initiatives including regulatory updates.

In particular, maintaining an investment grade credit rating is viewed as a critical requirement. Most renewables Power Purchase Agreements (PPAs) are predicated upon the HECO credit rating and, if it was downgraded, some RPS investment could be at risk, impacting the viability of delivering the 100% renewables target. In addition, if the credit rating is downgraded the cost of debt will increase, pushing up costs.

There are also several other Company wide challenges that the Finance group must address in order to ensure expected financial targets are met. These include:
- The transition to renewables and the retirement of oil-fired generation assets
- Developing new pricing models to reflect the timing and impact of renewables
- The impact of cross subsidization between customers from net metering
- Financing grid modernization and technology investment
- Risk Management
- Meeting Sustainable/Affordable/Societal goals

## 8.2    Observations

### 8.2.1   Corporate Finance

The Corporate Finance team is responsible for managing overall Company finances and results at the top level of the organization. This includes responsibility for apportioning overheads and shared costs across the Business Units; phasing or delaying capital investment to align with budgets; and moving funds across projects where necessary to stay within agreed Corporate budgets. The Finance team has successfully executed on this and as a result helps to generate the confidence necessary with investors. This philosophy of top down management of, and aggregation of, financial results also appears to have been replicated across the Business Units with a similar focus on simply managing and aggregating finance results at the top line rather than driving transparency and active cost management at lower levels.



May 12, 2020

**HECO Management Audit Final Report**

While this approach is effective for external financial reporting showing the Company on track with earnings and managing within budgets, it also has a material downside. While overall spending is being managed, we observed minimal correlation between expenditures and achievements in financial reporting. Overall budget targets – both at Corporate and at Business Unit level - are managed where necessary by delaying projects and reallocating funds across projects to manage cash flow and earnings. Where Capital budgets have been allocated for programs – for example pole replacement – we found no evidence of any correlated tracking at the Finance or Business Unit levels to confirm that predicted volumes of work and business outcomes were actually being achieved. The only apparent measurement of success is whether overall spend is within budget.

This top down financial management approach – measuring only spend against budget – appeared to be replicated across many of the Business units, most notably Energy Delivery. As a result, there is no apparent pressure for effective cost controls and output measurement of the value of expenditures to see if costs are being prudently managed. It also removes incentives for managers and supervisors to manage the costs of work by their crews, particularly when in many instances they have limited visibility of estimated costs or budgeted costs. *This is in our view a business-critical shortcoming as it means that managers who have the most impact to control costs have little to no ownership of these costs.*

This top-down philosophy of only measuring spend against budget may also be a factor in the Company failing to achieve its allowed regulatory rate of return. Because the focus is on spend relative to budget instead of spend relative to results, it may not deliver system performance outcomes predicated on the investments. In many instances effective cost controls *linked to achievements* of agreed programs and projects are either limited or non-existent. As a result, the service quality and reliability improvements that investment should enable are not achieved and penalties may be incurred e.g. for failing to improve SADI/SAIFI metrics.

It would appear that the Corporate Financial group has very limited involvement in providing financial management and monitoring of the Business units. Given the size of the Finance team we would have expected to see a much greater emphasis by this team on ensuring costs were being managed across the Company and that proposed work programs were being delivered within the budgeted costs. Instead the Corporate Finance team appears to focus most of its efforts on managing financials at Corporate level and externally to the market.

### 8.2.2    Risk Management

The CFO is also the Chief Risk Officer. A key element in the Company's risk management framework is the Risk "Heat Map" that is prepared for review by the Executive team and the Audit and Risk Committee. We reviewed the Heat Map as currently constituted to better understand the Company's approach to risk management.

Our review showed the current Heat Map is focused principally on financial risks with only limited consideration of operational and business risk. While this focus does to an extent highlight key risks, it does not necessarily represent them on an equivalent basis i.e. high-level risk in one area of the heat map may be far less consequential to the Company than lower-level risks in other areas. While this fairly generic financial risk approach is not atypical, we are concerned that it fails to properly capture or reflect Company specific risk and, as a result, some significant risks may be understated. As an example, we were surprised that the



**58**

risk of failure of a base load generation plant, which has an average age of 54 years, did not appear on the Heat Map. As the State transitions to 100% renewables it is essential for resilience and reliability that existing generation plants remain operational to support reliability until a higher proportion of renewable generation developments are commissioned and supply the grid. Any failure in the existing fleet in the interim could create a serious risk of a generation shortfall on the island which could be for an extended period of time to execute repairs. Unlike mainland utilities which can typically call on interconnected generation resources from other utilities in the event of a failure HECO does not have this option. This is a known risk within the Company which we would have expected to be highlighted and to be addressed by a mitigation strategy given the material consequences of an extended outage due to ageing plant failure.

## 8.3    Operational Technology/Information Technology

Information Technology (IT) is currently a division within the Corporate Finance group. Recently (October 2019) the IT group was expanded to also become responsible for Operational Technology (OT) with a transfer of resources from Energy Delivery. We consider this to be a positive move by the Company. Increasingly a larger percentage of Capital expenditure on operational projects is on the associated software and communications technology to better manage the Smart Grid. There is also increasing convergence between the focus of IT and OT – for example smart metering – with both groups requiring similar communications technologies and platforms. Thus, it is a sensible approach to reduce duplication of roles, maximize the value of investment and ensure alignment between technology investments by merging the two groups. It is also reflective of the trend in the Industry to merge OT and IT to maximize the value of investments. Given that the OT/IT merger has just taken place it is too early to comment on the effectiveness of this change, but based on our review, it appears to have been reasonably planned and implemented.

The IT side of this group was heavily engaged in recent years with the implementation of the SAP ERP/EAM system. *It was a significant achievement to have completed this implementation in 18 months and the Company should be commended for this success.* The adoption of the system has however seen mixed results across the Company. While the core ERP (Financials) aspect of the project was implemented effectively, the important EAM (Enterprise Asset Management) application appears to have been a more basic implementation. In particular there was only limited effort applied to revise processes to improve efficiency by leveraging the capabilities of the technology. As a result, for Energy Delivery in particular as discussed elsewhere in this audit, many of the improvements and efficiencies that should have been achieved are not being realized and remediation work and changes to the system are still being performed.

## 8.4    Conclusions

Overall the performance and effectiveness of the Corporate Finance group should be viewed as reasonable but capable of improvement. The current top-down financial management and reporting is an important element in reassuring investors that financially the Company remains on track. This is critical to retaining the required investment grade credit rating as well as raising funds for Operations and Capital Investments.

However, the current approach is much less effective in providing meaningful information and oversight for the Executive team and for Business Unit leadership. It fails to show whether costs are being managed and whether investments are achieving the planned results in a cost-effective manner.



**HECO Management Audit Final Report**

As such it fails to provide assurance that there is a Company focus on driving business efficiency and delivering value from its expenditures. The current Finance focus on spend versus budget appears to have cascaded down to the business unit leaders, resulting in a similar focus on simply meeting budgets without an appropriate correlation to results, unit costs and outputs.

As a consequence of the reporting mechanisms for the ERP/EAM project, IT costs are already subject to ongoing scrutiny for reasonableness and the IT group has already made some additional savings in this area above what was proposed in the ERP/EAM docket[15]. Accordingly, we did not duplicate the measurement and review of IT support costs here in order to avoid any double counting of potential benefits.

## 8.5    Recommendations

We recommend as an urgent priority that Corporate Finance leadership modifies their current approach to provide more effective business unit financial oversight to include cost controls and outcomes. In particular this must include clear financial leadership and direction to the businesses to include tracking and reporting of what has been delivered both in terms of planned outputs and unit costs. Without this metric financial controls and internal executive reporting are meaningless if all that is tracked is spend versus budget. Finance must as a priority put in place enhanced reporting mechanisms that reflect output metrics as well as expenditures. Successful adoption of this approach and modified reporting must become a key performance metric for the Finance leadership team. It must also be incorporated into KPIs for both the Business Units and Finance to ensure alignment of incentives and behaviours. [16]

With regard to finance positions within the business units, there appear to be multiple instances of these at all levels, many of which appear to have only a tangential role in managing finances. We recommend that Finance conducts a comprehensive review of all the finance related positions across the Company to better identify their function and reporting structure; to determine if each is indeed a finance position and whether they are in fact necessary. The Finance group should then consider, where these roles are deemed necessary, the most effective reporting relationship, whether directly to the business or with a dotted line to Corporate Finance or vice versa. In either instance these positions should be aligned with and guided by the Finance group. An expected outcome of this would be more consistent financial – cost versus outcomes - oversight across the Company to provide consistent tracking, measurement and reporting of costs and results. This will also enable Business unit leaders and the Executive team to take earlier corrective action if objectives are not being achieved. Most importantly, it should support a consistent Company-wide focus on properly managing finances and expenditures to maximize value and minimize inefficient spend and performance.

We recommend that the Company reviews the current risk heat map to ensure that it reflects a more holistic view of risks, including material Operational risks, not just financial risks.

## 8.6    Updates on Company Actions

As part of the Governance Framework: Asset Strategy, Investment, Oversight and Reporting detailed in section 20.5 the Company has proposed to introduce the following expansion of Performance

---

[15] See Company's ERP/EAM System Monthly Status Report, March 2020 in Docket No. 2014-0170, showing additional reductions in SAP CCOE staffing
[16] See section 8.6 and also Section 20.5



monitoring and KPIs.  This approach appears to be a positive change and consistent with our recommendations.

### *Post Project/Program Delivery Evaluation and KPIs*

Quarterly and end of year reports will be developed by Planning to compare budget to outcomes.  These will measure the effectiveness of Planning & Technology and ED in meeting the agreed goals of the budget.  These will answer the question of whether the estimated and budgeted work was delivered, delivered at the agreed cost and within the agreed timeline, and whether the investment achieve the desired asset strategy objectives. These results will be shared with the AIOC for review and corrective action and represent inputs to Planning & Technology, ED, Supply Chain and Finance executive KPIs.



# 9    Planning & Technology Group

## 9.1    Overview

Planning & Technology (P&T) is the corporate group responsible for System planning, Asset Management and Grid Technologies.    The current structure of the group is as shown below:





## HECO Management Audit Final Report



**HECO Management Audit Final Report**



The current Organization charts show 100 FTEs in the Group

## 9.2    Observations

The organizational structure is broadly in line with what we would expect to see in a corporate group with these responsibilities.  With the transition to renewable power generation, the workload of this group could reasonably be expected to have seen some increase in recent years as a result of requirements to perform a significant additional number of system stability, planning studies and system extensions to in support of distributed generation development.  This may explain why the staffing levels appear to be higher than we would expect in a utility of this size.

While the workload of the P&T group as a whole has undoubtedly grown as a result of RPS initiatives and requirements, the size of the group appears to have grown without any clear relationship to actual increases in workload.  Adoption of the recommendations for the Business Development group to take overall accountability for RPS related initiatives will enable a more objective value lens to be applied to many of the RPS related activities of the P&T group.  In future, Business development overall management of RPS work requests will provide the necessary controls to ensure staffing numbers are justified.

We were also surprised at the level of resourcing allocated to R&D activities by the Company. While there is no doubt that some of this work is necessary given the industry leading position of HECO in transitioning to a 100% RPS future, and the need to develop innovative technologies to support this future state, there still needs to be some value analysis to consider whether the current level of



May 12, 2020

involvement in this area of work is economically justified or whether it should be performed more effectively by potential suppliers.

There is also a substantial level of financial and administrative support staff in the P&T organization that we identified (7 in total). Rather than being provided as a shared P&T support capability it appears each separate sub group has established its own administrative support structure. This is most apparent as excessive in the Grid technologies group where there is a total of 11 staff which includes an administrative assistant and a financial administrator.

### 9.2.1    Asset Management

For Asset Management in a utility like HECO with a 2-tier structure it is normal that the Corporate organization (P&T in this case) would have responsibility for the Capital budget and determining asset replacement strategies, system reinforcement requirements and prioritizing projects to deliver these objectives. This would be separated from physical execution and delivery of these projects which would be the responsibility of the Operations organization, Energy Delivery in this case.

Projects developed by P&T would be passed to the Delivery organization (Energy Delivery) to implement and execute within the agreed cost estimates. (Alternatively, the projects could be contracted to an outside provider to deliver within similar financial and time constraints.) This separation of responsibilities provides for the correct incentives and accountabilities for each organization to focus and perform effectively and enables objective oversight of performance and achievements.

This approach is illustrated below in the Enterprise Asset Management value model where the Asset Management group is responsible for *doing the right work* and the Delivery Organization is responsible for *doing the work right*.



**HECO Management Audit Final Report**



It was our initial assumption that the Asset Management group in P&T would have responsibility for developing Asset Management strategies. Based on these strategies they would then identify, prioritize, estimate and plan the projects and capital expenditure necessary to maintain and reinforce the Transmission and Distribution system infrastructure in order to maintain a resilient and reliable platform for customers and to facilitate distributed generation.

However, we discovered that the HECO Capital Budget for Asset Management projects is in fact managed by the Energy Delivery organization, primarily by the Transmission and Distribution Engineering, Substation Engineering and Project Management and Capital Budgets Divisions. These groups select and develop the projects that they will allocate budget to within Energy delivery. This approach creates major issues for the Company with regard to effective Asset Management and sound financial controls over Capital investment.

- It means that asset investment strategies developed within Planning and Technology can be modified by Energy Delivery based on its perceived priorities making them more theoretical strategies rather than an agreed roadmap. As a result, there is no easy way of measuring the true efficacy of the strategies and, accordingly, no real accountability for this group. It simply becomes an irrelevant think tank.

- Control of the budget by Energy Delivery means that selection of projects and allocation of budgets is not necessarily based on long term asset management strategies but can become more ad hoc, based upon Energy Delivery's interpretation of priorities and resource availability.



May 12, 2020

66

## HECO Management Audit Final Report

- There is no objective oversight of the estimated costs of the work and, consequently, no measurable accountability on whether Energy Delivery is selecting the correct projects or performing the work efficiently and cost effectively. This is exacerbated by the financial authorization procedures which allow the Vice President of Energy Delivery to authorize projects up to $2m in value.. It also appears to lead to duplicate functions and roles across P&T and the Energy Delivery organization. (This situation is further addressed in Section 16 of this audit on the Energy Delivery organization).

Adding to our concern over the current Asset Management structure in P&T is our observation that 8 of the 22 positions appear to be focused on protection activities. We do not understand the rationale underpinning this. Our experience suggests that any strategic protection activities at this level would be performed within the System Planning group or, if more tactical in nature, by the Substation Engineering group in Energy Delivery.

### 9.3    Conclusions

It appears that the Asset Management group has only limited oversight over how Energy Delivery allocates and spends investment capital. There appears to be some limited input to the initial prioritization process, but no apparent ability to course correct when Energy Delivery deviates from the proposed Asset Management strategies. This lack of accountability and checks and balances is detrimental to implementation and sustainment of long term Asset Management Strategies. It makes it exponentially more difficult for the Company to invest effectively to sustain a reliable and resilient grid infrastructure, and potentially leads to sub optimal investment choices. *This is a critical issue which should be addressed urgently in order to ensure that capital investments are being properly targeted, are consistent with agreed strategies, and provide value for money.*

For the Energy Delivery organization, a realignment of roles and removal of Capital budget control would allow them to focus on timely execution and cost-effective delivery of capital projects identified and costed by P&T. Energy Delivery would no longer have the ability to independently select and authorize Capital projects.

Under this approach, Asset Management would become much more focused on developing longer-term strategies, obtaining approvals, managing Capital budgets and preparing projects to be executed by Energy Delivery. It will support coherent longer-term capital investment plans necessary to ensure the T&D infrastructure is sustainable, resilient and reliable to meet the needs of a 100% renewables future with multiple distributed generation sources. It will also support more effective management and monitoring of capital investment to ensure the agreed goals and outcomes are achieved. Finally, it appropriately allocates accountabilities:

- Asset Management is accountable for ensuring the successful delivery of strategic goals *i.e. selecting the right work*
- Energy Delivery is accountable for timely and cost-effective execution of agreed projects. *i.e. doing the work right*

This enhancement of the role of Asset Management within P&T will require some staff and responsibilities to be transferred from the existing Energy Delivery organization to Planning and Technology. *However, this should NOT be considered as simply a wholesale transfer of staff.* The requirements



and functions of the expanded group should be analyzed carefully to ensure that it is rightsized and not simply a transfer of excess staff from one organization to another.   The more direct accountability of this new group will significantly reduce the level of unnecessary bureaucracy and time-consuming discussions/meetings that appear to be a feature under the current structure.

## 9.4    Recommendations

We recommend that the Company should urgently address the disparate roles and responsibilities of the Asset Management group within P&T.   We recommend organizational and structural changes to expand the P&T Asset Management group's role to include responsibility and accountability for:

- Developing Asset management Strategy
- Costing and prioritizing the strategy and building the long-term budget requirement
- Selecting and prioritizing projects to support and execute the strategy
- Developing and costing the selected projects
- Passing the fully developed project to Energy Delivery (or outside contractors) for execution
- Monitoring the delivery and completion of projects within budget and timelines and with a clear focus on achieving the planned outcomes
- Identifying the contribution of projects to the strategy to ensure value and modifying the strategy and project priorities as necessary

We would estimate that the refocused Asset Management group would require 25-35 FTEs in P&T. This would also entail a substantial reduction in the resources in Energy Delivery Transmission and Distribution Engineering and Substation Engineering Groups.  The net saving is estimated to be of the order of 40-60 FTEs.  This proposal could result in annual cost savings of $7m-$10.5m/year (based on average loaded cost of $175k/FTE) from Energy Delivery

We recommend a review of the level of financial and administrative support staff and the establishment of a single administrative support group shared across the P&T organization instead of each department having its own separate support resources. We estimate that this would produce additional efficiencies of 1-3 FTE reductions and savings of $175k-525k.

We recommend that a more objective examination is made of the R&D activities performed by the Company. While there is no doubt that some of this work is necessary given the industry leading position of HECO in transitioning to a 100% RPS future, and the need to develop innovative technologies to support this transition, it should be considered whether the current level of R&D resourcing and involvement is economically justified or whether it can be delivered more effectively by leveraging commercially available solutions, products and creative market partnerships.



HECO Management Audit Final Report

# 10    Project and Program Management

## 10.1    Overview

Project and Program management responsibilities are distributed across multiple areas of the Company through a federated Enterprise Project Management Office (EPMO) Model with some of the resources being provided from the EPMO and other resources being part of the Business unit. At the center of this structure is the Enterprise Execution group, part of the CIO organization. Enterprise Execution includes the Enterprise Project Management Office (EPMO), and Business Process improvement group.



The current Organization chart shows 20 FTE positions in the Group.

Enterprise Execution provides overall leadership and direction for project and program management across the Company. It provides project management services directly for certain initiatives and enterprise programs as well as training, tools, methodologies and standards for program management. The group is also responsible for leadership of Business Transformation projects. The central provision of these services is justified because some business units are not sufficiently large to support or require full time project management staff. Also, some programs impact Company-wide – for example the recent ERP/EAM implementation – and require project managers for a discrete period of time. In other cases, project management is a skill set that is required on an ongoing basis and requires specific business knowledge – for example construction project management or generation projects – rather than just the more administrative in nature basic project management skills. The group also provides oversight of business



process analysis consultants ("black belts") across the organization.  In some cases these black belts are provided through the EPMO although in some of the larger business units there is an ongoing requirement for these skills and the black belts are full-time employees of the business unit.

The EPMO is also responsible for managing the Capital Project review and approval process through the Corporate Project Review Committee (PRC) which reviews all Capital project proposals over $2m.



## 10.2    Business Unit Project and Program Management Capabilities

There are specific Project Management capabilities/organizations established in IT, Energy Delivery, Power Supply and Customer Service.  In these instances, the PMO functions also include business process analysis skills.  This is particularly the case in Customer Service and Power Supply where the Business Improvement teams (LEAN in Power supply) are aggressively focused on analysis of business processes to increase efficiency, reduce costs and improve service on an ongoing basis.  This enables the leveraging of business specific skills to improve performance within a consistent enterprise framework of governance, methodology and objectives.

Within both these organizations Project Management is an activity primarily performed by Managers/Supervisors tasked with delivering projects or programs as an integral part of their



responsibilities and with business specific skills and knowledge as opposed to just being a generic Project Manager preparing schedules and performing administrative tasks. By leveraging these business skills within the enterprise project management frame-work the Businesses obtain the most effective business focused results rather than simply adding another level of project administrative overhead.

## 10.3    Energy Delivery

In Energy Delivery the position is different. As part of the Energy Delivery restructure a separate Project Management and Capital Budgets Division (PM&CB) was created. This appears appropriate given that Energy Delivery has the majority of large projects within the Company and has the most to gain from leveraging a professional and disciplined project management culture. However, this group does not necessarily appear to be focused on program and project management.

The role of the group is described as:

*"The Project Management-Capital Budgets Department was created and staffed to provide dedicated support to large, complex, often multi-year project and program investments. The objective of the group is to bring both professional program management skills and specific project and program business knowledge and expertise that reduces program risk and improves business adoption and success. The group actively manages on average, approximately $80 million per year in capital projects/programs which is included in the overall $280 million in capital investments per year for Energy Delivery. The group also provides management and oversight of the total $280 million capital investments for Energy Delivery. The group leverages specialty Subject Matter Experts ("SME") and brings an overall project and program management discipline to plan and execute at a project/program level. Financial governance and oversight of the Energy Delivery capital budget is done at a project and program level in compliance with Corporate Financial guidelines, requests and requirements."[17]*

---

[17] Company response to Data Request #25



**HECO Management Audit Final Report**



The Organization chart shows 27 FTE positions

When we examined more closely the activities of the ED Project Management and Capital Budgets Division, and also reviewing the Reponses to Data Request #25[18], we discovered that, instead of being focused on effective project delivery, this group is primarily engaged in up front work on project development and overall Energy Delivery Capital budget management. For example, some of the tasks and roles claimed as responsibilities of this group include the following:

- *Develops relationships for deliberate alignment at the executive/director level with both internal and external parties to bridge the gap between high-level corporate activities and the operational functions of Energy Delivery.*
- *Develop and implement processes and procedures for PMD to execute Corporate goals and strategies to ensure compliance with governmental and financial rules and regulations.*
- *Intervenes and translates work products from internal departments and divisions to allow Energy Delivery project level execution.*
- *Early recognition of items and topics for standardization and consistency throughout the department, stakeholders, including advanced recognition of the need for escalation. Specializes in intake of work products from internal departments and divisions to refine scope and conduct Commission-required alternatives evaluation (e.g., NWA) to develop recommendation and supporting justification and/or business case in alignment with*

---

[18] Company response to Data Request #25



72

May 12, 2020

*Corporate strategic plan. Frequent communication and approvals, as needed, through all levels of the Company, with emphasis at the upper management and executive level*

- *Review work products from internal departments and divisions to refine scope and conduct alternatives evaluation (e.g., NWA) to develop recommendation and supporting justification and/or business case in alignment with Corporate strategic plan. Communication through all levels of the Company, with emphasis at the upper management and executive levels*

While some of these claimed activities are necessary and worthwhile, they appear to be predominantly pre-project initiation planning, internal communication and overall Energy Delivery capital budget management as opposed to true value-add Project/Program management activities focused on cost effectively delivering projects and programs. Given that the total costs for this group (23 FTEs currently, 27 budgeted positions) in 2019 was in excess of $3.5m, this PM &CB Division appears to be an example of a group that nominally appears to provide a much needed skill set and should add value through effective management of projects. Instead it has morphed into an internally focused organization with limited effort directed to its primary role.

## 10.4    Conclusions

Overall, we support the Company's federated approach and the level of importance that is attached to effective Project and Program Management capabilities. These are skill sets that are very necessary given the proposed levels of Capital Investment. It is also apparent that the application and focus of Project/Program Management activities is inconsistent across the Company. What we observed from the PMO/Business Improvement teams in Power Supply and Customer Service was extremely positive in terms of delivering performance improvements and provides a good model to be applied across the Company.

In Energy Delivery though we observed a group that has grown into an unnecessarily large bureaucracy and diverted its focus from project management to performing, and in some instances duplicating, activities which should be performed elsewhere. Modern project/program management professionals must demonstrate a much greater focus on ensuring value added activities and providing project direction and leadership as opposed to simply the more traditional administrative after-the-fact recording of activities and costs. Given the scale of challenges faced by Energy Delivery, and the high level of Capital spend, there is significant scope for improving this function through a revised approach.

## 10.5    Recommendations

We recommend that the Company continues with the current hybrid Project/Program management approach with resources deployed both at the Corporate and Business unit level. The corporate group provides enterprise wide capabilities as well as support to business units that do not have the critical mass to support their own PMO capability. For continuous improvement/black belt capabilities we recommend that this skill set should be available from an enterprise group and assigned as necessary to provide the required skills and governance as leaders/facilitators in process improvement projects.



**HECO Management Audit Final Report**

However, for the major operating Business units where the need is greatest and ongoing, and where the black belt experience aligns with the business unit activities, the resource should be directly assigned to the business unit with a dotted line reporting structure to the enterprise group. This will enable the Business units to derive maximum advantage from the business specific skill sets.

For Program/Project Management capabilities we recommend that the model and structure adopted by Business unit PMOs reflects the approach demonstrated in Customer Service and Power Supply where the PMO provides leadership, ownership and business value in delivering projects on time and within budget.

For Energy Delivery we recommend that the current Project Management and Capital Budgets Division be discontinued. It appears to have developed a distinctly different focus than its intended role of Project Management. Many of the activities it now performs are duplicative of other departments and are better performed elsewhere in the organization if at all. Within a revised and streamlined Energy Delivery organization tasked with efficient and cost-effective execution of work this group is no longer required in its current format. There is however an urgent requirement for skilled Project Management expertise in Energy Delivery within a smaller PMO group *tasked with cost effective Project Delivery*. We would suggest this group consist of 4-6 project managers with relevant business expertise. This could produce FTE savings of 10-12 and cost savings of $1.75 million - $2.1 million per year.

The central EPMO should maintain strong ties to these devolved PMOs to ensure consistency and governance is observed and that they follow a structured approach to avoid scope creep and changes in focus. This will require dotted line reporting to the EPMO to support project manager training and consistency of approach with the development of meaningful PMO KPIs for all groups with common measures and goals.

These changes should be considered an integral part of the Enterprise wide culture change to deliver greater value at lower capital cost for all investments. We recommend that all the PMO roles should maintain a primary focus on how to improve efficiency, improve processes and reduce costs to support the Company's evolution as a reliable, resilient and cost-effective infrastructure platform provider.



# 11    Human Resources

## 11.1    Overview

Effective Human Resources (HR) support is an essential requirement for any Company facing changes in its business environment.  This becomes even more important when a Company is facing major disruptive rather than evolutionary change which  HECO now faces as it focuses on a 100% renewables future.

HECO has multiple Company specific challenges in the Human resources area including, but not limited to:

- A limited local labor pool to draw from, particularly for specialist skills
- The higher costs of living on the islands
- The need for scarce skills in the renewable energy sector
- Achieving diversity of thought and bringing in new ideas and thinking rather than just existing in an island focused cocoon
- A retention challenge - As more mainland utilities ramp up their renewables efforts, they are actively looking to recruit talent and knowledge that HECO has developed as an early leader in the field
- Longer term retention of staff who have moved to the islands from the mainland but have no family ties to the Islands
- Competition for skilled staff from other Energy Companies looking to develop their RPS presence on the Islands
- Balancing an understanding of local cultures with fresh external thinking to introduce new ideas and practices
- Achieving a balance between the local collaborative culture and challenges to the established norms
- Managing change through the transition of the Company

The Human Resources organization at HECO operates across all 3 Companies as a One Company enterprise service.  The HR Vice President reports to the General Counsel who is a direct report to the CEO.   Human Resources operates as a Business partner providing HR services to all internal business units.  Structure and staffing are as shown below:



**HECO Management Audit Final Report**

### Human Resources Process Area (2.19.20)



The current Organization chart shows 48 FTEs in Human Resources
(Note: Hawaii and Maui HR staff not shown in above chart but included in the 48 FTEs)

Human Resources key strategic and operational objectives were identified by HR leadership as:
- Strategic workforce planning & development to identify future needs for businesses
- Looking at demographics and identifying gaps to build plans to acquire the critical skills required for the future
- Workforce Planning Transformation – One Company

While these objectives appear to be focused primarily on recruitment, HR is also tasked with developing transition plans for transformation and developing people for new roles and leadership succession including cross-functional moves. HR has been an active adopter of the new SAP system which now provides a "One Company" view across the islands.

## 11.2    Observations

Our review of Human Resources confirmed the level of effort and focus they have applied to addressing recruitment and workforce planning objectives.  They have adopted several innovative approaches to recruiting necessary talent including:

- Trying to repatriate people using Hawaii exile organizations on the mainland
- Recruiting skill sets from the military
- Developing special incentive packages including relocation and hiring bonuses

In these areas we credit the current HR group as being successful in supporting the Company in recruiting and retaining the necessary resources.  However, while recruitment and retention is an important element, it is also essential that Human Resources is capable of supporting Business leaders in developing and managing a culture of change.  This is particularly important in view of some of the key business imperatives currently facing the Company:

- Moving from a thermal generation base to a 100% renewable energy provider
- Managing the wind-down of the existing generation business
- Delivering the mandated efficiencies and cost savings from the ERP/EAM project
- Transitioning to a One Company structure
- Preparing for Performance Based Regulation
- Delivering business performance improvements and efficiencies

A high performing HR group should be an integral partner with managers and business leaders in developing and implementing Change Management strategies and initiatives.  It should provide strong support and advice to help managers make the difficult decisions necessary for business change with regard to restructuring and driving workforce efficiency.

What we observed however was that, while HR leadership indicated that culture and Change management is nominally a key strategic objective of the current HR team, this is more notional than real.  The culture and behaviors of the HR group are strongly oriented towards traditional  personnel management.  We see very little evidence of HR being a supporter and initiator of change that is aligned with, and supports, business leadership in making difficult business decisions.  Rather, the approach seems to be purely reactive and a rubber-stamping of decisions.  In most instances it appears business leaders have complete freedom to make decisions on adding staff and/or creating additional promoted roles without any real accountability or challenge from HR.  Given the dominant Company culture of collaboration and avoiding conflict, objective tactical support from HR to the Business Units becomes even more important if organizational and culture change is to be delivered.

Some of the instances we identified that highlighted and amplified our concerns about this included:

- Restructuring moves to One Company, creating new promoted positions without any clear plan for savings or efficiencies
- An overly complex CBA (Collective Bargaining Agreement) that appears heavily skewed towards rewarding staff rather than controlling labor costs
- Excessive numbers of professional/managerial pay scales with no apparent attempt to standardize and rationalize within the One Company structure
- Grade inflation



- Adding excessive numbers of new and promoted positions

### 11.2.1    Restructuring moves to One Company

Human Resources leadership stated that the most recent moves to a One Company Structure for Energy Delivery were viewed only as Transformation Phase 1. In effect all that was done was to create a revised Organizational structure where reporting lines for Energy Delivery employees in HELCO and MECO were changed to report up through the new Energy Delivery organization rather than to Island leadership. At the same time the Energy Delivery organization created an expanded executive team under the Vice president increasing from 4 Directors to 9 Directors.

The establishment of 5 new additional divisions in Energy Delivery also led to growth in support, financial and administrative staff as each new Division tried to create its own semi-autonomous organization rather than effectively sharing support resources. As a result, all that the Energy Delivery transition Phase 1 achieved was:

- An increase in numbers of promoted staff levels (Managers/Directors)
- Increased overlaps of functions across Energy Delivery Divisions
- Increased costs through duplication

In effect Energy Delivery simply changed from island centric silos to functional silos with increased overheads and duplication.

When this issue was discussed with Human Resources leadership the stated rationale was that they viewed the one Company transformation as a long-term initiative. The approach from HR was to spend another 2 years reviewing the structure and staffing and then the following 2 years moving to a more optimized structure. So, the "One Company Energy Delivery transition plan" was to simply change reporting lines, add additional management layers and costs, and then take another 4 years to streamline and optimize to the final structure.

High performing organizations planning to initiate culture changes and increase business efficiency typically adopt a logical and speedy process to:

- Identify what functions and roles are necessary for effective business operations
- Evaluate existing structures, resources and staffing
- Develop a new structure and transition plan to move to the new organization in the shortest time possible consistent with maintaining business operations

A four-year plan as adopted here by HECO makes little sense given that the business is evolving quickly and is likely to face a materially different environment in 4 years. It is seriously flawed in that it has increased costs and positions in the process. The clear message this sends to the organization is that leadership is not serious about implementing meaningful change, it is simply reshuffling the organization in cosmetic ways. With any restructuring, the longer the time taken to make changes, the more money is wasted and the longer cost savings and efficiencies are delayed.

*While undoubtedly in this instance Energy Delivery leadership must be held primarily responsible for this go-slow, approach we consider it a serious deficiency on the part of Human Resources to have apparently acquiesced to the Business in this instance. We would expect HR leadership to provide strong direction and support to Business initiatives of this*



May 12, 2020

*nature to enable delivery of positive change and benefits in a much shorter time-scale. To simply allow the business to go through this effort to reshuffle and restructure, absent any clear plans or objectives for the final outcome, is unacceptable..*

### 11.2.2   Complexity of the CBA (Collective Bargaining Agreement)

Hourly paid staff within the Company have their terms of employment and pay rates determined within the CBA negotiated by Local 1186 of the IBEW. From review of the CBA many of the conditions and work rules contained in it appeared to be quite complex rather than being a transparent agreement between the Company and employees to manage costs while still providing above average compensation for Hawaii.[19] Much of this complexity relates particularly to the rules surrounding overtime payments which have a myriad of conditions that enable double time payments, penalty payments etc. that can dramatically increase compensation for the covered workforce.

More worryingly it appeared that managers and supervisors, in Energy Delivery in particular, either fail to fully understand or ignore some of these additional costs and implications when scheduling work. This has created a culture where it appears in some instances the agreement is being leveraged to maximize compensation and provide some exceptional payments as a result. From a review of overtime payments for Energy Delivery for 2019 we made some very surprising observations that indicated a serious lack of focus on overtime costs by the Company, not only at Operational management level but also, by default, at Corporate HR level where it appeared there had been no attempt to review total compensation figures.

Based on the information provided by the Company[20] we observed the following compensation numbers for Energy Delivery for FY 2019 across ~ 850 FTE's

- A General Foreman with total compensation of $442,734 from a base compensation of $81,195. i.e. 545% of base pay. This included 2053 hours of double time payment and 1048 hours of time and a half overtime payment. *(This would indicate that on average this employee was working 7 days/week, 14hours/day every single week of the year)*
- 5 General Foremen paid in excess of $300k from a base salary of ~ $81,000
- 16 employees making more than 3 times their base pay
- 181 employees making more than double their base pay

While responsibility for control of overtime costs is clearly an issue for operational management (and which will be further discussed under Energy Delivery) the complexity of the negotiated CBA would appear to increase the difficulties in managing overtime costs. As such Human resources has a major role to play both in helping managers understand and manage the implications and costs of the agreement and to improve transparency in any subsequent renegotiation of the CBA.

---

[19] US Bureau of Labor statistics, Western Information Office,
**Table 3. Covered employment and wages by state, first quarter 2019**
The average weekly wage in Hawaii for Q1 2019 was $1,054

[20] Company Response to Data Request #19



### 11.2.3  Excessive Numbers of Professional/Managerial Pay Scales

From review of the grading levels and pay scales for Executive, Director, Managerial and Supervisory staff we found a complex and extensive range of scales. In total we identified 28 separate designated levels across 466 positions[21] . We were surprised that there was such a high level of complexity, particularly at Director level where there were 6 designated bands for 70 positions. *(We were also surprised to find that in a Company with only 461,000 customers there were 70 Director positions).* In part this may be attributed to the amalgamation of three Companies in the past but it was surprising to see that there has been no apparent effort to rationalize. Given that the salary range within each band was also quite wide, we believe that the complexity could be reduced by simplification and rationalization.

### 11.2.4  Grade Inflation

Another area of concern we identified was the approach to determining grades. We found instances where it appeared that job descriptions and grades have been determined, not based on actual requirements, but inflated to provide higher grades for certain positions. It is difficult to determine whether this is as a result of pressure from business leaders to achieve higher levels for certain individuals or whether it is a result of HR enthusiasm to recruit for particular roles.

As an example, we identified an instance of an individual appointed as a Director for a small Division in Energy Delivery where the stated job description and requirements appeared quite different from the actual experience of the candidate appointed to the position. In this instance the position was graded at Director 3 level - the same level as the Director responsible for all of Transmission and Distribution Operations with 400+ staff as well as having significantly bigger budget and responsibilities. In justification of this, Human Resources contended that the higher grading was essential to attract scarce skill sets externally whereas Operational leadership roles could be easily filled as there was no shortage of suitable candidates within the Company. as follows:

*"Director T & D Ops and Director T & S positions are more traditional positions that oversee larger numbers of personnel; however, the required skills are more narrowly focused on day-to-day traditional operational considerations and are more readily available in the Company ranks. These operational directors can be nurtured from the large group of operational staff, while XXX[22] leadership skills require a much broader set of skills not readily available, especially within the smaller and more isolated Hawaiian market."[23]*

This response appears to demonstrate some disconnect or lack of understanding on the part of Human Resources of the necessary skill sets for Operational leadership in a modern Utility Company. It is more surprising when we discovered that the position requiring scarce skill sets had in fact been an internal appointment rather than the supposed need to recruit externally. It may well be that some of the management deficiencies we identified across Energy Delivery can be attributed to a basic lack of understanding by HR that the skill sets required to manage a modern high performing utility are not simply based on time served in lower level positions.

---

[21] Response to data request 017
[22] Deleted to avoid identifying individuals
[23] Companies response to Data Request 17



### 11.2.5 Adding Excessive Numbers of New and Promoted positions

We reviewed the minutes of the Enterprise level Staffing Committee for 2019[24]. From these we identified the following number of new positions that had been approved and created

| Directors | Manager/Supervisor/Superintendent | Other* |
|:---:|:---:|:---:|
| 6 | 32 | 89 |

*\* In the other category there are some positions which did not identify the position job title.*

It was very surprising to us to see this increase of 127 new positions, especially in the year following the implementation of ERP/EAM at a cost of $78m - which was supposed to increase efficiencies and reduce costs. Some of these positions were stated as repurposing of non-backfilled positions – which may also raise some questions regarding the validity of claimed reductions in the ERP/EAM Monthly Status Report. From our review of the minutes (there is some ambiguity in the reporting) there appears to be in excess of 80 net new positions. We also noted multiple instances of staff being regraded at a higher level for performing the same role. We identified only a small number of instances (<5) where requests for new positions were rejected by the Committee. We took from this that there seems to be no overall executive pressure to control staff numbers or new positions.

## 11.3    Early Retirement program

HR previously initiated an early retirement/voluntary severance program. As a result of this program 30 staff had left the Company – but 23 of these positions had then been backfilled. So, the net reduction was only 7 FTEs in HECO. When we consider that FTEs at the Company have grown from 2,310 in 2010 to over 2700 in 2019, we have to question the value of this initiative and whether it was simply a half-hearted effort to be seen to be doing something. It is claimed that the net annual O&M benefit of this is $770, 000 which is certainly worthwhile but seems to have been done only on a very small scale as a one-off effort.

## 11.4    Technology

The HR group has been an enthusiastic adopter of the new SAP ERP/EAM system, despite a number of technical issues subsequently encountered with the relevant HCM (Human Capital Management) module that have necessitated additional costs and resources post go-live. In addition to the basic HCM modules, HR also requested several other add-on HR modules to be added to the SAP technology stack. However, we must question the logic and business case underpinning some of these requests as it appears to prioritize technology for the sake of technology. As an example, in response to data request MTI-HECO-MA-008, Question#4, the Company provided the following information on the request for the onboarding module:

---

[24] Company response to Data Request #



May 12, 2020

**HECO Management Audit Final Report**

**Response: MTI-HECO-MA-008, Question#4**

There are several SAP modules in Success Factors that were bundled and purchased by IT for configuration and implementation in HR. None of these are fully implemented at this time however two are in process of being configured and implemented, two currently scheduled for 2020 and one planned for 2021. It is important to note this this timetable assumes that SAP stabilization continues to improve. We received the approval to proceed with Performance & Goal Management and I-9 Tracker however were asked to hold off on the others until more SAP stabilization could occur so that data is not compromised. What follows are data requests for each module.

**Onboarding**

Information is for implementation only for HECO, MECO, HELCO and HEI who participate in the onboarding process as provided in the business case approved in June 2019 by the Information Technology Governance Group. (Note: services provided to HEI at cost).

*i. Targeted to be implemented by December 2020*

Timeline based on the assumption that SAP Success Factors stabilization continues to progress

*ii. Projected costs of implementation: $240,000*

Location in rate case: The implementation costs were requested in the HECOTY2020 rate case. Work papers located in HECO-WP-1502C

iii. Projected savings:

*Annual time saved for HR Service Center Representative (to prepare & mail onboarding materials to new hires): 75 hours*

Hours saved to repurpose for other work.

Annual software savings (replacing I9 Tracker): $4,000

Annual material savings (notebook, mailer, postage, printing service) $2,400

So, as is shown in this response, the cost of the work would be $240,000 (plus ongoing additional support and licensing costs) yet the annual savings would only be 75 hours of work (and there would actually be zero savings from this as the hours were simply being repurposed). This request would appear to make no economic sense and we would strongly advise it should be reconsidered.

## 11.5    Conclusions

The Human Resources group has been effective when viewed against the recruitment/retention aspect of their role. However, they have had much less impact in terms of providing support and leadership across the Company to help move the Company towards being a high-performing cost-effective utility. Their influence and approach reflects an organization that reflects more a personnel department from the 1980s rather than an effective Human Resources focus. The evidence that FTE numbers have grown by more than 17% in the previous 10 years; organizational restructuring has grown rather than reduced overheads; the 2019 additions of positions when ERP/EAM was claimed to be reducing numbers; and the failure to identify serious issues in managing overtime costs suggest that Human Resources has not been effective in promoting a performance management culture across the Company.

To address this deficiency Human Resources must become a more proactive player supporting managers in eliminating unnecessary work and positions. Human resources must actively help managers make the difficult decisions necessary to achieve these goals. As has been highlighted in this audit, there are opportunities for efficiency improvements and cost reductions that are likely to also require Reductions in Force (RIF). This will demand a significant culture and directional change in Human Resources as a first step to enable them to support and implement change across the Company as a whole. Absent this, delivering change across the Company is likely to fail and HECO will continue



to underperform. Human resources as a support organization must modernize and become more business focused as a real business partner supporting change.

We also recognize that, as currently organized, the group may be under resourced to be able to properly support the business. As such it may be necessary to increase staffing levels slightly in Human Resources and to bring in stronger change management skill sets. This could also be achieved by changing the level of resources currently allocated to recruitment.

## 11.6    Recommendations

### 11.6.1    Leadership

It is recommended that, as a priority, the role of Human Resources in the Company should be reoriented. Instead of being a reactive group simply following instructions from the Business Units they must become a more performance-oriented group that works with – and challenges as necessary – the Businesses to drive more quickly towards performance improvement. They must promote a culture that reflects and rewards performance rather than simply continuing as if no changes are necessary. If the Company is to move forward sustainably and achieve the broader 2045 RPS goals these changes to the Human Resources roles will be an essential enabler..

Based on our observations, discussions, data requests and careful review, we are concerned that the HR group does not currently demonstrate the required leadership and change management skills to effectively support this transition. Rather it is biased towards the "soft/emotional" skills rather than business performance and change management oriented. Given the level of changes, including reductions in force, proposed by the Company over the next 3 years to meet efficiency targets we recommend that the Company revises the performance evaluation standards it will use to measure the effectiveness of the Human Resources leadership in its expanded role and considers changes where necessary.

### 11.6.2    Grading and Salary Scales

It is recommended that the Company review the existing multiple legacy managerial and supervisory salary scales and levels in order to rationalize them to a more manageable and less complex level that will clarify progression paths. In addition, there must be significantly greater scrutiny of requests to upgrade roles and salaries for "special cases" without a very legitimate business case and thorough review by Executive leadership for each and every case.

### 11.6.3    Collective Bargaining Agreement

We recommend that, as a first step, the Company should immediately initiate an education program for managers to help them understand the complexities in the CBA rules and to assist them to develop strategies to better work within the terms of the agreement to reduce the excessive level of penalties and overtime costs being incurred without adversely impacting responsiveness and service to customers. This will require managers to adopt a thorough planning process for all work and to



**HECO Management Audit Final Report**

actively identify ways to minimize overtime and penalties. This is an aspect of cost controls that must be stressed to all managers in the operating businesses.

In the medium to longer term we strongly recommend that the Company renegotiates terms of the CBA to reach an agreement that more equitably balances the interests of all stakeholders. In order to become a more flexible and responsive Operations Company and infrastructure provider, having greater flexibility to respond to customer needs without incurring onerous cost penalties, this step is essential. If the Company is unable or unwilling to take on this task then it may be necessary for the Commission in future rate cases to impute savings in this area into reductions in revenue requirements, rather than allowing it as a pass-through, as the current overtime structure and penalties in the CBA leads to material additional costs for customers.

### 11.6.4   Technology

Considering the outstanding requests for additional technology add-ons to be added to the SAP HCM (Human Capital Management) module and the lack of credible business cases for them, we recommend that a freeze is put on these for the foreseeable future in order that HR can better focus on the core activities we have identified.



**84**

May 12, 2020

# 12    Customer Service

## 12.1    Overview

The Customer Service organization operates across the three companies as a One Company enterprise service. The SVP of Customer Service reports to the CEO. The Customer Service organization is the primary point of interaction and contact between customers and the Hawaiian Electric Companies. Its functions include:

- Customer Call centers (including trouble calls)
- Billing
- Credit and collections
- Revenue protection
- Customer solutions
- Key account management
- Demand Response (DR) programs and Distributed Energy Resources (DER)
- Meter Reading
- Change in service, billing inquiries and reporting of trouble calls.



In total the Customer Services Business Unit currently has 328 FTEs. The key strategic objectives were identified by Customer Service leadership as:



**HECO Management Audit Final Report**

- Improving Customer experience and satisfaction by remaining competitive in cost and value
- Developing and implementing DER and DR (Demand Response) strategies
- Helping low income customers (50% of the islands population live pay check to pay check)
- Align rate design and public policy to retain customers using advanced rate design to reduce cross-subsidization (docket in progress)
- Delivering on reliability and resilience as a trusted energy partner

## 12.2    Observations

Customer Service transitioned to its new SAP Customer Information System (SAP CRB) in 2012 which was foundational in establishing a One Company approach. Although a One Company operation, Customer Service operates 3 call centers – on Oahu, Maui and the Big Island – to reflect its local presence on each island.  By leveraging the SAP technology platform, they are able to seamlessly transfer calls as necessary between centers to cope with demand peaks and emergencies as a virtual single call center.  The call centers also provide first response to loss of service and trouble calls.

In addition to call centers, Customer Service operates a walk-in payment center on each island.  They have also established a relationship with a local chain of food/convenience stores to take customer payments.

The Customer Service group has applied significant effort to drive continuous improvement and efficiency in its operations.  Improvements have in parallel focused on the Customer experience to improve Customer Satisfaction. This has been achieved by analyzing end to end processes across departments and also using the results of customer surveys to focus on areas where service should be improved. As result they have been able to reduce costs, improve efficiency and also improve the service level to customers.

Since the CIS system installation, Customer Service has seen its overall customer satisfaction scores improve in the following areas:
- Billing Inquiries from 88% to 95%
- Trouble Calls from 78% to 86&
- Change in Service from 73% to 77%
- Customer satisfaction has improved from 59% in 2014 to 73% in 2019.   Target is to be a 1st quartile Utility performer having started in 4th quartile



### HECO Management Audit Final Report

Metrics:                   Key        Performance        Metrics        Customer        Service        hawaiianelectric.com

*Hawaiian Electric Company*



DER and DR are an increasing area of focus and Customer Service is actively seeking aggregators to organize DR. Currently they have 30k customers on DR using cellular control of water heaters. The most recent Stage 2 Request for Proposals for Variable Renewable Dispatchable Generation and Energy Storage (RFP2) also includes provision for grid services including DR services. However, the current lack of AMI (Advanced Metering Infrastructure) makes it exponentially more difficult to harness customer energy resources for DR. Current approvals for rolling out AMI have a strong emphasis on Customer opt-in, rather than blanket roll-out to specific regions. This may create challenges in targeting areas for infrastructure roll-out. It may be necessary to incentivize people to opt in so the roll-out of AMI is likely to be over an extended time period.

## 12.3    Conclusions

Based on our review of the Customer Service Business Unit we were impressed by the level of effort that has been applied to drive improvements in business performance. This has resulted in both efficiency improvements – with reductions in cost and FTEs – and improved quality of service to customers. Efficiency improvements have leveraged "lean" methodologies and the Customer Service team of black belt process analysts have played an important part in identifying and implementing improved processes.

Equally important, the culture throughout the Business, not just in leadership, reflects the overall recognition and support of the need for continuous improvement to remain a high performer. While there are undoubtedly further performance and efficiency gains to be achieved these are likely to be smaller and



May 12, 2020

incremental given the level already achieved.  Customer Service provides a strong role model and roadmap for other Business Units in how to balance performance and efficiency improvements.

## 12.4    Recommendations

We recommend Customer Service continue with its current approach of continuous improvement in both efficiency and levels of service.    Customer Service should also be encouraged to share its experiences and lessons learned across the Company in order to accelerate and support the more significant change initiatives required in other Business Units.



# 13    Capital Budgeting and Programs

## 13.1    Overview

Capital expenditure is the major component in the Company budget.  Capital investment is used to construct new infrastructure; refurbish existing infrastructure; purchase equipment and materials for new/refurbished construction; purchase of vehicles and plant; and to fund employees working on capital projects.

Capital invested according to current PUC guidelines generates the agreed rate of return (RoR) over the life of the asset.  As this return on capital investment forms a major part of the Company's revenue requirement in rate cases – and for some assets this return may be for a period of 40 years or greater – it is critical that capital investment is made prudently in assets that will improve performance, reliability/resilience or reduce operating costs; and that the work is performed efficiently to ensure value is generated for customers.

For 2020 the summary Capital Budget provided by the Company is as follows:

| 2020 net capex (includes deferreds) | | | | |
|---|---|---|---|---|
| | CAPEX per worksheets sent Excludes CIAC projects | Deferred Costs* | Total | |
| Hawaiian Electric | 219.8 | 20 | 239.8 | |
| Hawaii Electric Light | 61.9 | 4 | 65.9 | |
| Maui Electric | 55.5 | 3 | 58.5 | |
| | 337.2 | 27 | 364.2 | ** |
| * Grid modernization costs accounted for as deferred costs | | | | |
| ** Rounded to $360M for 2020 annual capex | | | | |

For HECO, there is also $12.9m in Customer contributions (CIAC).  For HECO Energy Delivery (Oahu only) the 2020 total capital budget is $179.4M.

Capital Expenditure can be divided into the following primary areas:
- Ongoing capital programs to replace ageing or failing infrastructure and equipment (e.g. the annual pole replacement program)
- Customer driven investment for new developments and customer connections
- Investment to meet statutory or regulatory mandates

HECO provides the PUC with a 5-year CAPEX projection report every year.  In addition, they also file a report on all capital projects completed in the previous year.  All Capital projects greater than $2.5M also require to be filed with the Commission for prior approval.



**HECO Management Audit Final Report**

The initial allocation of capital at HECO is done through the annual budgeting process. Some of this is directly allocated to the Business Unit for agreed ongoing refurbishment/replacement programs – e.g. the annual pole replacement program in Energy Delivery - as well as for the costs of employees who are dedicated to capital work (or for the agreed proportion of employee time allocated to Capital versus O&M). Capital is also budgeted for identified discrete capital projects across the Company. The current HECO 3 year projection for Capital expenditure, is as shown below:

**Net Capital Expenditure Forecast for Years 2020 – 2022**

A summary of the net capital expenditure forecasts for the years 2020 through 2022 is presented below. As indicated above, with the outcome of PBR expected in December 2020, capital expenditures for years 2021 through 2022 are estimated to range from $350 to $450 million and will be reassessed upon finalization of the PBR docket.

| ($ in millions) | 2020 | 2021 | 2022 |
|---|---|---|---|
| Hawaiian Electric | $268 | $350 to $450 consolidated | $350 to $450 consolidated |
| Maui Electric | 55 | | |
| Hawai'i Electric Light | 62 | | |
| Consolidated | $385 | | |

## 13.2    HECO Capital Expenditure Approval process > $2m

The PUC has mandated that all projects in excess of $2.5m need to be submitted to the Commission for review and approval. Within the Company all capital projects greater than $2m which have been included in the budget, and projects greater than $1m which have not been budgeted, must be submitted to the Project Review Committee (PRC). (Program capital allocated in the budget is excluded from this process unless individual projects in the program exceed the thresholds.) The PRC is comprised of senior executives, representing all the Business Units, to provide a cross Company view of proposed investments.

The PRC meets monthly to review all new (or revised) individual project Capital requests. The PRC is administered by the Enterprise Execution group within IT Services who also help in the preparation and pre-submission review. The requests are prepared by the sponsoring Business Unit using a standard format . Where projects are required to be reauthorized, as costs or scope have increased, they also require to be resubmitted to the PRC. Subsequent to PRC approval all projects over $2.5m are also submitted to the PUC for prior approval as required. In addition to the pre-project review, the PRC performs a post-project review on completion to identify project accomplishments and lessons learned. It is used as a forum to understand what worked and what should be repeated, versus what went wrong and should be avoided.

Overall, for Capital Projects that go to the PRC, the process is reasonably objective and robust in that it enables scrutiny of proposed capital expenditures as to prudency and budget. In addition, a significant volume of these projects exceed the $2.5m threshold and also go to the PUC. However, while the PRC can take a global view of the proposed expenditure it is contingent on the submitting Business Unit as to whether the project is the most appropriate and whether the estimate is valid or includes allowance for contingency/inefficient execution. *(It should be noted that these are the normal issues*



*that surround capital expenditure approval in any organization).* The post-project review is also a reasonable attempt to provide a feedback loop on whether project objectives have been met. Typically however, this can only really examine project expenditures, timelines and initial delivered outcomes. The longer-term value and outcomes of the investment are not necessarily visible or measurable.

## 13.3    HECO Capital Expenditure Approval process < $2m

Capital projects below $2m follow the standard delegation of authority for approval as follows:

| Authorized Position | Standard Authorization $ Limit (Limits for amendments are based on cumulative amounts[1]) |
|---|---|
| Two Officers of the Company (one must be the Chief Executive Officer for HECO or Chairman of the Board for HELCO/MECO) | >$5,000,000 |
| Two Officers of the Company (one must be the Chief Financial Officer for HECO or Financial Vice President for HELCO/MECO) | $5,000,000 |
| One Officer of the Company | $1,000,000 |
| Director | $100,000 |
| Manager role *(based on HR position role code)* | $50,000** |
| Professional Supervisor | $10,000** |
| Professional Authority* | $10,000** |

**Contracts, Purchase Requisition Lines, Change Orders and Amendments to Contracts** (includes the limits defined by the Board of Directors):

** Does not apply to signing of contracts
* 'Professional Authority' is a Professional who is granted financial authority by the Director **and** Officer.

Within the Operations Business Unit, they have also added an additional authorization level that requires projects over $250k to be reviewed and approved by a Vice President.

Where authority for Capital expenditure is delegated to the Business Units, each business unit also has its own processes in place for prioritization, review and approval of projects.

## 13.4    Capital Programs

For capital programs, the funds are reviewed annually as part of the annual budgeting process run by the Budget Office. Business units are allocated their capital budget as agreed by leadership. Once this program funding is in place, then the particular Division managing that capital budget is able to expend funds within that budget amount subject to the normal authorization of capital rules. Occasionally, the budget may need to be increased/decreased during a year but that is managed within the process area's ability to manage that across its total capital spend. Only if there is impact outside of that, then, through the budget office process, balancing can occur between process areas[25]. This is mostly a financial balancing process; it does not review the performance of the spend.

The budget allocation to programs however is where we identified significant weaknesses in Capital investment. Money is typically budgeted based on prior year spend, as well as identified individual projects, and is then released to the Business Unit. However, at Corporate level there appears to be minimal follow up or scrutiny of how the money is being spent and what achievements and outputs/units are actually delivered for the expenditure. The degree of oversight and control of

---

[25] See also Section 8 Corporate Finance n



program capital also varies greatly across business units. In some instances, e.g. Power Supply, what we observed was a high degree of effective oversight within the business to make sure that capital funds are being used efficiently. However, in Energy Delivery – which is the largest recipient of capital program funding – what we observed in terms of controls and management of capital program funds raised material concerns.

### 13.4.1   Capital Programs and Projects – Energy Delivery

When considering the effective application of Capital expenditure there are 2 aspects that must be taken into account;
- Prioritization and selection of projects to be funded *(doing the right work)*
- Executing the selected projects cost-effectively *(doing the work right)*

As has been described elsewhere in this audit report under Section 9 Planning & Technology, Asset Management, we were surprised to find that Energy Delivery had primary responsibility for identification, budgeting, estimating and execution of Capital work. More typically we would expect to see separation of activities so that accountability for execution of the work is separated from project selection and budgeting.

Typically, for high performing utilities, capital programs are monitored to ensure delivery of planned outcomes. Appropriate management oversight and controls are applied to ensure work is performed within the estimated cost and also that the planned number of output units is delivered. However, in Energy Delivery we saw little evidence of any unit cost measurements or pressures to manage work within estimate. It appeared that Capital program budgets were allocated without any output targets and the only metric was whether overall budgets had been spent.

The failure to manage or control costs at the execution /supervision level is consistent with our findings for most work performed in Energy Delivery. As another example when we reviewed vegetation management, we found that there was no recording or measurement of what total length of line had been cleared, only what dollars had been spent. The only metric for "achievement" we observed in Energy Delivery was overall spend versus budget at Division level. This observation applies to both O&M and Capital. This is a glaring weakness in effective management of capital expenditure in Energy Delivery which has the major proportion of Capital spend. There appears to be no correlation between work performed versus spend which makes it difficult to judge whether capital is being invested efficiently or whether it is simply being used to subsidize inefficient work practices. The limited unit cost data we were able to obtain highlighted that costs were significantly above what we would expect. An example of this was the Company's reported average cost of pole replacement of $18,261/pole[26] for the most common type of Distribution poles installed by the Company. (Details below). This compares with our benchmarks that show a range of $8-10,000/pole for this type of work.

---

[26] Company response to Data Request #MTI-HECOMA-16_V2



**HECO Management Audit Final Report**

**Extract from the Companies response to Data Request #MTI-HECOMA-16_V2**

*The data source of the actual cost information presented is from SAP Orders that are specifically for distribution pole replacements (secondary and primary) on Oahu. Distribution pole replacements are primarily a result of Transmission & Distribution ("T&D") inspections (e.g., decay, overloading, new attachments requirements, or other structural issues), Test and Treat (e.g., wood rot or termite infestation), and accidents (e.g., motor vehicle accidents). These replacements include planned and emergency jobs.*

*1(a)    The estimated average unit cost for secondary poles is approximately $12,000 and the average unit costs for primary poles is approximately $19,000. The sample was selected from the 3-month period from July 2019 to September 2019.*

*To provide context regarding the type of costs that are included in the pole replacement average unit cost, the table below is an example of an average unit cost broken down into general categories. For this example, the Company selected the pole type that was most commonly replaced between January 1, 2019 and September 6, 2019 (i.e., POLE_ PENTA_45'_CLASS 2). To address specific period anomalies, data outliers (the highest and lowest 10% of actual pole replacement costs) were removed. As a result, the average unit cost for the most common pole type is presented below*

|  | Hawaiian Electric Pole Penta 45' Class 2 | Percent of Average Unit Cost |
|---|---|---|
| Labor (e.g. Planning, Designing, Construction) | $4,407 | 24.1% |
| Materials | $1,825 | 10.0% |
| Outside Services (e.g. pole set, traffic control, helicopter) | $4,801 | 26.3% |
| Preliminary Engineering (e.g. Studies) | $505 | 2.8% |
| AFUDC | $26 | 0.1% |
| Overheads (see below) | $6,697 | 36.7% |
|  |  |  |
| **Average most common Distribution pole type Unit Cost** | **$18,261** | **100%** |

Adding to our concerns identified above with regard to Energy Delivery is that within the Energy Delivery Organization there are at least 2 Divisions – Transmission & Distribution Engineering (85 FTEs) and Project Management and Capital Budgets (27 FTEs) – who, in their presentations to the Audit team, identified "control and management of Capital budgets" as one of their primary functions. Yet this level of oversight appears to only focus on whether budgeted funds are spent, not on what is delivered for the expenditure.

And there is a further adverse impact as a result of that level of overhead. When we reviewed the breakdown of overheads – 36.7% of project cost in the example above – we found the following:



### HECO Management Audit Final Report

| Overhead (OH) Type | OH Avg. Unit Cost | Percent of Avg. Unit Cost | High Level Description of the Overhead Cost Content |
|---|---|---|---|
| **Ops Controlled OH** | | | |
| Energy Delivery | $ 2,075 | 31% | ED costs not direct to any one project/program: 90% labor (of which 60% ED non-BU (e.g., Engineers, Resource Planners),30% ED BU Clerical, 10% ED Directors), and 10% non-labor (of which 70% outside services (e.g., temp hires), 30% materials, office supplies and travel) |
| Fleet | $ 618 | 9% | ED Vehicle/Fleet charges (e.g., vehicle, maintenance, gas) |
| Stores | $ 289 | 4% | All warehouse operations costs |
| **Corp Controlled OH** | | | |
| Benefits | $ 1,653 | 25% | All employee benefits (e.g., pension, medical, dental) over all productive hours |
| Payroll Tax | $ 367 | 5% | All employee payroll taxes (e.g., Federal and State Unemployment, FICA) over all productive hours |
| Non-Productive | $ 538 | 8% | All non-productive time (e.g., holidays, sick, paid excused absenses) over all productive hours |
| Corp Admin | $ 1,157 | 17% | Administrative and general (e.g., Finance, Legal, Regulatory) labor and non-labor charges not directly charged to capital projects and programs. |
| | $ 6,697 | 100% | |

What stands out from this table is the extremely high level of Overheads, both Corporate and Energy Delivery.

- Total overheads are 36.7% of the total cost.
- Over 20% of the project cost is attributable to Corporate controlled overheads with 31% of this attributed to Corporate Administrative & General costs (i.e. 6.5% of total cost of work).
- 11.3% ($2075) of project cost is attributed to Energy Delivery indirect labor costs for Engineering, Directors etc. i.e. indirect/support labor costs are almost half as much as the direct labor costs to perform the work!

As can be seen, the total overhead cost of the work exceeds the direct costs of labor and materials. This demonstrates that a significant percentage of the Capital spend is being used to support Corporate and Divisional staffing. While there is a significant opportunity for Energy Delivery to take actions to reduce its own costs and overheads, absent any initiatives to better manage and eliminate costs these efforts will be diluted

### 13.5    Identification and Selection of Capital Projects

Within Energy Delivery, T&D Engineering (85 FTEs), Substation Engineering (52 FTEs) and the Capital Budgets group (27 FTEs) share responsibilities for selection, design and budgeting for Capital projects. These groups also collaborate with the Planning & Technology group. Below the $2m level, all authorization of these projects is done within Energy Delivery. As has been discussed under Planning & Technology we strongly recommend that these functions should be separated from the Energy Delivery group to provide suitable objective oversight and enable Energy Delivery to focus on efficient Delivery.

Our review of the planned HECO (Oahu) Energy Delivery Capital projects baseline budget for 2020[27] identified further issues. From a baseline of 297 identified projects with a total cost estimate of $190.7m there was only a capital allocation of $139.7m. The response from the Company was that, among the listed projects, there were a sufficient number of them that would not be ready for implementation or for which permits would not be ready in time to proceed. Thus, additional projects were added to the list to enable the allocated capital to be fully spent.

---

[27] MTI-HECOMA-Suppl-HE 2020 Capex Budget.xlsx provided as supplementary response to Data Request #001


Munro Tulloch
Delivering Utility Solutions

94

May 12, 2020

From further investigation and inquiries, it appeared that, by the end of Q1 2020, many of these projects were still only at a very early stage of design and estimation and were some time away from being ready for implementation (or "shovel-ready"). Based on this, and review of prior year capital spend profiles, we have concerns that the net result of this will be a frantic attempt in Q4 to spend as much capital as possible (perhaps as much as 35% of total budget) on whatever projects are ready at this time.

This may also include substantial expenditure on overtime and advanced purchases of equipment for future year projects. Inevitably this leads to inefficient expenditures and devalues any attempt to properly execute effective Asset Management strategies. This may in fact be one of the reasons for the high level of overtime (>30%) in Energy Delivery. Capital funds have been allocated for projects that are not ready and consequently funds may be diverted to other projects, diluting the value of the investment and potentially artificially inflating the value of the asset base.

While we fully understand the need to have some projects in reserve in the portfolio, to be executed when some projects fail to proceed, we believe the current approach – where at the end of Q1 there is still uncertainty around 26% of the projects – indicate that the prioritization and approval process is broken and could lead to wasteful and imprudent expenditure. The fact that this whole process is also self-managed within Energy Delivery without external review should also raise questions about the effectiveness of internal SOX controls.

## 13.6    Conclusions

With regard to review and authorization of Capital Expenditure the audit found that the current process for review of projects greater than $2million which go through the Executive Project Review Committee is comprehensive and effective. However, for projects below $2million – as well as ongoing high value programs such as for asset replacement - review and approval processes are much less satisfactory and lack objective oversight.

The Company's processes for review and approval of capital projects greater than $2m that come to the PRC are robust and provide a sufficient level of cross functional review and challenge to ensure they are fiscally prudent. The HPUC review of projects greater than $2.5m provides an additional level of objective scrutiny. As such it is our view that the current process at this level is satisfactory, especially as it includes post-project review by the PRC.

The capital authorization, oversight and management processes for program capital and projects less than $2m is however much more variable across business units. In Energy Delivery it rises to the level of material deficiency. For capital programs, the lack of management, limited review of costs, as well as the failure to measure output achievements versus plan means that there can be no assurance that work is being performed efficiently or that the budgeted volume of work is being delivered for the expenditure.

For individual capital projects the lack of design and estimation for projects included on the budget list raises question around the prioritization and selection process. It also strongly indicates that more weight is being placed upon spending capital on any available project than on executing priority projects for performance improvement. This is an unacceptable situation as it means there can be



no confidence that capital is being invested prudently and effectively based on established need and priorities.

## 13.7    Recommendations

There is an urgent requirement for organizational realignment to provide proper separation of functions. Our recommendations here are focused specifically on Energy Delivery which is the largest consumer of the Capital budget. The current situation where Energy Delivery is solely responsible for budgeting, identification and delivery of capital work with limited oversight as to the reasonableness of costs or efficiency of delivery is not an effective way to manage capital expenditure.

As described further in our organizational restructuring recommendations for Planning & Technology and for Energy Delivery, there would be greatly improved transparency of expenditure, and a proper focus on cost management, if functional responsibilities were realigned. Under this scenario, P&T Asset Management becomes accountable for identifying, estimating and issuing the capital projects and Energy Delivery is accountable for executing the work on time and within budget. As part of this change, Energy Delivery should no longer have control or authorization of any capital budget. Energy Delivery should be focused on timely and cost effective delivery of agreed projects and programs determined by Asset Management.

Under these proposed changes there is scope for significant improvements in capital investment management. Based on the lack of cost controls and financial management we observed in Energy Delivery, we estimate that there could be savings of as much as 5-10% in the cost of delivering identified capital projects greater than $2 million and, for capital programs, there could be 10-15% more units/outputs delivered for the same level of expenditure. This would reduce backlogs and deliver earlier improvements in reliability and system performance. When this is applied to a capital program of $180 million per year the cost savings and benefits become substantial.

We recommend that the current process for Capital projects greater than $2 million to be reviewed by the PRC continues as is since it appears effective and robust.

For Program Capital and larger multi-year programs we recommend that there should be significant changes throughout the process. At the annual budget allocation process there should be clear metrics/volumes/targets attached to program capital based on unit costs wherever possible. Spend and outcomes can then be managed and monitored during the year to ensure that funds are being spent prudently and that projected outcomes will be achieved. In addition, the outputs and expenditures should be reported to the PRC for review on a frequency of at least twice a year in order to ensure targets are being delivered for the allocated expenditure. The monitoring should be performed by the (proposed enhanced) Asset Management Group in Planning & Technology.

For identified discrete capital projects below $2 million that are not reviewed by the PRC a more objective review process is necessary. We recommend, as an urgent priority, changes in the Capital Investment approval process for projects in the range of $500 thousand to $2 million to ensure prioritization and costs are aligned with the overall Asset Management strategy. We also recommend for this same level of investment, the formation of an Investment Committee, with similar objectives to the PRC, but at Business Unit level rather than Senior Executive team level. We would suggest that



membership of the investment committee includes SVP/VP level representatives from across the key Business areas. This should operate along similar principles to the PRC, but with more streamlined processes. It should also provide quarterly updates to the PRC for all approved projects. Implementation of this would address many of the current deficiencies we identified in the capital approval processes. It would also provide a much more robust audit trail to objectively validate investments and demonstrate that they have been delivered cost-effectively.

With the responsibility for project prioritization and development passing to Asset Management, we would also strongly recommend that – absent special circumstances - projects should predominantly only be included in the budget if they will realistically be ready for release and execution in the year they are budgeted. Delays in projects should also not mean a consequent rush to spend limited capital funds on non-priority items, simply to reach annual budget targets. For projects to be included in the annual budget, by the end of Q3 of the previous year they should have at least an 80% probability of being ready for execution in the next budget year.

With the transition to a new organizational structure, there is also likely to be a period of reduced output and productivity in design and planning while this change is implemented. Along with the revised conditions for including projects in the budget, this offers the Company a unique opportunity to take advantage of the changes to re-examine proposed investments so they are properly ranked and integrated. We recommend the Company should reconsider some of the Capital projects in this period in order to make the necessary improvements. This is not intended to imply a freeze on Capex. It should be considered as a one-off temporary delay on some of the spend until proper controls and selection processes are put in place to provide more objective review and oversight of prudency.

A one-off delay of this nature would also help in putting more pressure on the execution group to manage project costs more tightly as the current "cushion" of discretionary Capex would be removed. Given the current uncertain status of some $50 million of projects in the current Energy Delivery pipeline, this one-off delay could be for as much as $50 million of proposed Capital. This would also remove any temptation to rush to spend all the remaining Capital budget at the year-end without it necessarily being effectively directed.

## 13.8    Update – Company Proposed Actions, April 2020

On April 10 the Company provided information on its plans to create an Asset Investment Oversight sub-Committee ("AIOC"), closely in line with our Investment Committee recommendations, as detailed below. We support this proposal which incorporates our recommendations.

**Governance Framework: Asset Strategy, Investment, Oversight and Reporting**

The new approach to asset strategy investments includes an enhancement to the Corporate governance role of the Project Review Committee ("PRC") that expands that committee's oversight to include projects with costs above $0.5M and a validation of the investment performance ($, scope, time, units delivered, quality – that drives an intent e.g. greater resiliency or better service, greater reliability). Without duplication to the PRC, a new Asset Investment Oversight sub-Committee ("AIOC") will be created to add executive oversight at the more detailed level over the budgeting and prioritization of asset strategy investment. It will also provide additional coordination across multiple divisions in the asset strategy investment planning process and end of year review to ensure that budgeted goals and investment outcomes are achieved for the investments made,



consistent with the strategies they are based upon through the use of new KPIs that link financial activities of the Finance team (primarily the Budget Office) to funded strategic goals of the Planning team (primarily the new Investment Planning & Strategy and improved/expanded Asset Planning & Strategies divisions from the Planning &Technology process area).  All asset investment projects/programs will be reviewed by the AIOC before submission to the PRC.  Both AIOC and PRC will be streamlined and optimized to the appropriate level of rigor required.

### Strategy and Plans

The process begins with the creation of long-term maintenance, replacement, system improvement, and upgrade strategies that impact assets and short-term execution plans manifested in projects/programs to realize those strategies.   These include asset management, customer, and business development, and other projects/programs involving assets delivered by Energy Delivery that are then prioritized by Planning & Technology based on need/risk, with cost estimates based on material availability/cost, delivery cost, and delivery capacity inputs from Supply Chain, Energy Delivery and appropriate 3rd party contractors.

### Estimates, Asset Portfolio Prioritization and Establishment

Estimates are reviewed by the AIOC, which includes the SVPs Planning & Technology, Operations, Finance, Customer Service and Business Development & Strategic Planning, the VPs of Supply Chain and Energy Delivery (ED), and the Directors of Asset Planning & Strategies, and Investment Planning & Strategies.  This review includes a consideration for the appropriateness of the estimate as compared to industry benchmarks, and a consideration for the overall value of the project/program relative to alternative solutions, such as targeted mitigation, investment delays and non-wire alternatives.  Using AIOC guidance, a final set of proposed projects/programs with estimated costs and performance factors are incorporated into a final recommended asset investment portfolio, which is shared with Corporate for further prioritization and funding.

### Corporate Alignment, Prioritization and Funding Approvals

The asset investment portfolio is incorporated with the rest of the Company's portfolios, consolidated, prioritized and reviewed by the PRC at the Corporate level.  PRC oversight thresholds are being lowered to include projects/programs that exceed $0.5M to create alignment across multiple areas, and an additional layer of performance oversight.  Projects/programs planned for delivery over multiple budget years, will be included in the rolling 5-year Corporate investment plan and approved at a level appropriate for the total cost of the project/program.  Approved funding is project/program-specific and capacity-based, not tied to a generic capital target.

### Performance Monitoring During Execution

Once the budget has been approved, Planning & Technology will monitor progress toward the deliverables of the asset investment portfolio.  During the budget year, deviations from the plan or the budget will be reviewed by the Planning & Technology team and discussed with the AIOC if changes are required or expected investment outcomes will deviate measurably from those agreed to in the budget.  Reprioritization may be required during the year, due to project/program validated slippage, budget changes, or emergencies and other exogenous factors. Any changes to the list of budgeted projects will be approved by the AIOC and reported to the PRC and Finance.  Should changes result in a significant threshold adjustment, Corporate level governance will review corporate-wide investment portfolios for potential adjustment.

Planning & Technology will monitor progress of the asset investment strategy execution by ED and 3rd party contractors over the course of the budget year.  Actual project management will be provided by ED (for the ED execution projects/programs) or 3rd party, with monthly status reporting provided to Planning & Technology.  Any deviations from plan will be initially reviewed and addressed by the project/program originator for adjustments, and then reviewed and approved by the AIOC before submission to the PRC and reported to Finance.  This includes any deviation from PUC approved program schedules that will need to be approved by the PRC before submission to the PUC.



May 12, 2020

**HECO Management Audit Final Report**

### *Post Project/Program Delivery Evaluation and KPIs*

Quarterly and end of year reports will be developed by Planning to compare budget to outcomes. These will measure the effectiveness of Planning & Technology and ED in meeting the agreed goals of the budget. These will answer the question of whether the estimated and budgeted work was delivered, delivered at the agreed cost and within the agreed timeline, and whether the investment achieve the desired asset strategy objectives. These results will be shared with the AIOC for review and corrective action and represent inputs to Planning & Technology, ED, Supply Chain and Finance executive KPIs.

### *Immediate and Interim Steps to Long Term Efficient Overall Governance*

This process is being implemented as an interim step to support the transition of asset investment budget management from Energy Delivery to Planning & Technology. As cost efficiency shifts to a continuous improvement process and execution estimation is improved with the adoption of compatible units, unit costs, and standard operating procedures, the estimation oversight role of the AIOC will be delegated to a director level authority within Planning & Technology, while appropriate program/project oversight and prioritization will revert to the appropriate AIOC executive, with overall investment oversight a role of the enhanced and expanded PRC. This process will apply to capital and O&M asset investments.

Below is the high-level relationship between the sub-portfolio team's authority (AIOC) and the Corporate level overall cross portfolio team's authority (PRC). It is intended that the AIOC process will feed into the PRC process and that asset projects/programs cannot by-pass the AIOC.





May 12, 2020

# 14  Government, Corporate and Community Relations, Marketing

Until recently, Corporate Relations and Government and Community Affairs were part of a single group reporting to the SVP Scott Seu. When Mr. Seu was promoted to CEO, the two groups continued to report directly to the new CEO through their respective Vice Presidents. Both groups operate as a One Company resource across the three Companies.

## 14.1  Government and Community Affairs

Currently Government and Community Affairs has 35 FTEs as shown. For 2020 it has an O&M budget of $6.8m ($4.8m HECO, $1.1m HELCO, $0.9m MECO)



The stated primary role of this group is to deal with Government Affairs, Community Relations, and Customer Education. For Government Relations, the group includes lobbyists at both State and Federal levels who seek to identify and, where possible and necessary, modify legislation that will impact the Company. In addition to lobbying for favorable legislation, this group also lobbies for government grants/funding.

A major focus of the group in recent years has been to support Operations to develop strategies to gain approval for, or develop options for, new Transmission line and substation siting for major projects especially where these support interconnection of major renewable projects. In Hawaii there are particular cultural issues with ancient burial grounds and sites where agreement with impacted



100

May 12, 2020

## HECO Management Audit Final Report

parties may need to be gained for reburial, mitigation or rerouting.  Community Affairs has also been extensively engaged recently in Power Purchase Agreement (PPA) RFPs, helping identify and get community support and commitments for siting of new RPS projects.

In addition, there has been a high level of involvement for the group in supporting customer education to highlight the changing face of the Company and position it as a valued partner in the wider community. This has included support for community festivals, encouraging employee volunteerism and other ways of demonstrating a more customer focused approach.

### 14.2    Corporate Relations

The Corporate Relations group has 22 FTEs and is structured as shown:



The O&M budget for the group is $5.2m for 2020 ($4.1m HECO, $0.6m HELCO and $0.5m MECO)

The primary role of this group is leading and managing both internal and external communications. Externally they leverage social media as well as print media to reach as many groups as possible.  After



May 12, 2020

HECO Management Audit Final Report

the failure of the NextEra acquisition leadership viewed it as important to rehabilitate the Company in the eyes of its customers and the wider public perceptions. One of the current focus areas is helping customers and the general population better understand what a 100% renewables future actually involves rather than just being an ephemeral concept.

Internally, the group facilitates employee communications, helping do more outreach at a grass-roots level in the Company so there is a wider understanding of the challenges the Company faces.

## 14.3    Marketing

In addition to the Corporate Relations and Community Affairs groups there is a separate marketing group in the Business Development Business Unit.  It is structured as shown and reports to the SVP of Business Development.



For 2020 this group has an O&M budget of $4.1m, including a $1m advertising budget.

During our interviews and review it was stated that the primary objectives of this group were
- Improving customer engagement experience and satisfaction
- Corporate and community initiatives to support RPS objectives
- Creating customer engagement platforms through email
- Encouraging customer opt-in for smart metering



May 12, 2020

HECO Management Audit Final Report

Some of the tools used by this group include paid social media, customer rewards to incentivize behaviors, email campaigns to promote sustainability and emergency preparedness.


## 14.4    Conclusions

The work of the three groups discussed here has apparently grown in recent years. From the interviews it was stated that a lot of the increase was attributable directly or indirectly to work to support the move to 100% renewables. There also appears to have been a strong focus on improving the public impression of the Company in the aftermath of the NextEra deal and the high cost of electricity in Hawaii in past years, particularly during the period of high oil prices.

The level of outreach and support for community events, especially when the significant effort expended by Company staff volunteering is considered, is impressive and is to be commended. It is difficult to objectively measure how effective this has been in influencing public perceptions but we have no reason to doubt Company claims that it has indeed delivered positive results.

The key question that must be raised however is the size of the organization and the costs. For example, below are several key staffing highlights:
- 3 Vice Presidents (and formerly a Senior Vice President as well)
- 7 directors
- 7 managers
- 62 FTEs
- $16.1m annual O&M costs

There is no doubt many of the functions performed by these groups are essential and valid. However, our concerns were raised when in interviews with the separate groups, many of the functions and responsibilities appeared to be duplicated across the groups. This is consistent with our findings across other areas of the Company where it appears new groups are established and organically expand their responsibilities without considering whether these activities are already being accounted for elsewhere. While there will inevitably be overlap between areas, for these three groups it is immediately transparent and calls into question whether it requires this level of cost and staffing (particularly at Director/VP level) or whether there is opportunity for rationalization.


## 14.5    Recommendations

We recommend that the Company carries out a review of these three groups with a view towards consolidation into a single organization to reduce overlap and duplication of functions as well as to ensure consistency and clarity of strategy and messaging to both internal and external audiences. We also recommend that any such review should include an objective analysis of whether all of the goals and activities align, make economic sense and result in clear customer benefits – or whether some are simply "feel good" activities that add cost for customers but create no real value. Our analysis would suggest that a more focused and cost-effective group could potentially eliminate 1-2 VP positions and 2-3 Director positions with annual cost savings across the group of the order of $525 thousand - $875 thousand per year without impacting quality of service. In addition, there is potential for further



May 12, 2020

reductions of 2-4 FTEs across the group with additional savings in the range of $350 thousand - $700 thousand per year.



# 15    Operations Business Unit

The Operations Business Unit encompasses the major proportion of the Company staff and expenditures and is responsible for Generation, Transmission and Distribution, Enterprise Services and System Operations. There are over 1600 FTEs in Operations out of the ~ 2700 total FTEs in the Company. Operations has the primary responsibility for generating and delivering secure and reliable energy to the islands. It is in that respect the most critical part of the Company with responsibility for, and control of, the majority of the O&M costs and Capital expenditures.

## 15.1    Overview

The leadership structure of Operations is as follows:



The major Business areas in Operations are:

- Power Supply*
- Energy Delivery*
- Enterprise operations Services
- Regional System Operations



May 12, 2020

**HECO Management Audit Final Report**

\*As Operations is effectively a grouping of its component business units, we reviewed these businesses individually.

The transition to a One Company structure has made it easier for Operations to share resources across the Islands to respond for major events.

The major challenges faced by Operations are:
- Distributed generation
    - How to integrate and still keep system reliability and resilience of supply.
    - Building the infrastructure necessary to connect new renewable generation to the Grid.
- Identifying and procuring cost-effective generation to replace old thermal units. The average age of the thermal generation fleet is 54 years.
- Keeping old thermal units running well beyond their design life, hence high level of O&M.
- Getting the workforce to adapt and transition to new skills
- Managing the Generation business through what is effectively a run-down with uncertain end-dates as Hawaii transitions to 100% renewable energy with the bulk of generation being provided by third parties rather than the Company.

Overall the structure of Operations provides strong leadership and support for the major Business Units. Power Supply has been driving change and efficiencies effectively for several years and displays a very strong Performance Management culture to address the multiple challenges it faces.

Energy Delivery restructured to a One Company model in October 2019. However, based on our review and analysis, this appeared to have been lacking in planning and execution and as a result increased costs and bureaucracy. In our overall review of the Company, we found that Energy Delivery was the area with the biggest issues around cost controls, excessive layers of management and administration, and consistent underperformance. This appears to have developed over a long period of time and some of this must be attributed to Energy Delivery Leadership, both current and past. The situation was such that we highlighted it to the Company in the course of the audit. Following this, in March 2020, the Company and Operations leadership announced major changes in both structure and leadership in Energy Delivery[28] to take action to address these concerns and improve business performance. We commend Operations leadership for moving forward quickly with these initiatives in advance of formal publication of our findings.

### 15.2   Enterprise Operations Services

#### 15.2.1   Overview

Enterprise Operations Services (EOS) operates across the Company as a shared service. The VP of EOS reports to the SVP of Operations. EOS is responsible for providing a range of support services as follows:
- Procurement
- Materials Management

---

[28] See Company announcements in Section 20.2 and 20.4



May 12, 2020

**HECO Management Audit Final Report**

- Electrical and Welding Services
- Fleet Services, including vehicle and equipment maintenance and fleet purchases
- Facilities and Security
- Safety and Emergency Planning and Preparedness
- Corporate Health and Wellness
- Workers Compensation

The leadership structure of EOS is as shown.



The current Organization charts show 201 FTEs in total across Enterprise Operations Services.

### 15.2.2  Supply Chain - Materials Management

Materials Management has a critical support role for Operations as, given the extended delivery times driven by shipping to Hawaii, it is essential to have sufficient materials in inventory to respond to both normal demand as well as emergency situations. Unlike mainland Utilities there is limited opportunity to obtain materials from neighboring utilities in the event of catastrophic failure or island wide disasters. Therefore, we would expect, and support, a higher level of inventory and lower turnover ratio than normal inventory benchmarks. The average inventory value of materials in the Company



**HECO Management Audit Final Report**

is $56,600,000 split between Power Supply ($23,000,000) and Energy Delivery ($33,600,000). The bulk of the material for Power Supply is on Maui and the majority of materials for Energy Delivery are on Oahu. A significant portion of the Power Supply inventory is for strategic spares/emergency stock rather than fast moving consumables.

The materials turnover is substantially lower than industry benchmarks (1.5-2) but we would assess it as relatively prudent given the unique island circumstances.

From MTI HECOMA Data Request #007

Response: The table below provides the 2019 YTD (as of 10/31/19) average inventory turns ratios by business unit and company. Inventory turns ratios by category are not available at this time.

**HAWAIIAN ELECTRIC**

| | |
|---|---|
| POWER SUPPLY | 0.65 |
| ENERGY DELIVERY | 0.97 |
| COMPANY | 0.86 |

**HAWAI'I ELECTRIC LIGHT**

| | |
|---|---|
| POWER SUPPLY | 0.27 |
| ENERGY DELIVERY | 0.83 |
| COMPANY | 0.76 |

**MAUI ELECTRIC**

| | |
|---|---|
| POWER SUPPLY | 0.16 |
| ENERGY DELIVERY | 0.53 |
| COMPANY | 0.43 |

However, we also observed that in Energy Delivery the high level of inventory was used as a fallback to obviate the need for more effective planning & scheduling of work. Rather than planning work – and the required materials - in advance, and using the capabilities of SAP Materials Management to forecast material demand more accurately, in Energy Delivery work orders are passed to T&D Operations with little or no materials planning. Supervisors are adding the materials required when the jobs are scheduled. This does not allow for accurate material demand and results in having to hold a higher inventory level. With better early planning of material requirements for Projects and Programs there is potential for both improving procurement through strategic sourcing and safely reducing inventory levels. Unless planning is done in such a way that material demand is accurately forecast in advance, this potential for savings will be limited. The capabilities of SAP are not being harnessed at present.

### 15.2.3   Supply Chain – Procurement

In Procurement we observed that, despite claims made during the ERP/EAM project, there appear to have been only limited efforts to pursue any strategic sourcing initiatives which could deliver significant cost savings for the Company. Within the total procurement spend there is certainly



May 12, 2020

## HECO Management Audit Final Report

untapped potential to reduce costs of materials and services. Improved forecasting of materials requirements, as discussed above in Materials Management, would also enhance these opportunities by providing sufficient time to explore options rather than being forced to accept higher supplier pricing and rush orders because of immediate demands for the goods or services. We would expect that, even with the more limited vendor options open to the Company due to its island location, there could be opportunities to achieve 2-4% cost reductions on high volume materials and services which account for approximately $150m of spend. The Companies had previously committed to address this as part of the ERP/EAM benefits delivery but no substantive action appears to have been taken to date. Benefits from this initiative have previously been included in ERP/EAM savings.

### 15.2.4 Fleet Services

EOS is responsible for Fleet services across the Company as an enterprise service. This includes responsibility for procurement, maintenance, repair and replacement of fleet vehicles and equipment across the Company.

The cost of Fleet vehicles is typically one of the major cost elements for the operating businesses. As such it is important that these costs are managed by removing excess vehicles and minimizing capital and operating costs of the fleet consistent with achieving lowest overall cost of ownership.



Fleet services currently has 24 FTEs.

For 2018 in HECO there were O&M costs of $5.606m and capital costs of $9.059 for Fleet equipment and vehicles. These costs are then re-spread across the business units based on the number and types



## HECO Management Audit Final Report

of vehicles they have. Within the major business units such as Energy Delivery these costs are then applied as overheads against O&M and Capital work. Thus, despite this being a major cost element for the business there is very limited visibility to, or perceived requirement to manage, the costs of vehicles by the business.

Fleet Services performs the majority of maintenance and repair work internally but larger trucks such as line trucks are normally serviced externally. We were surprised to see the range of work that was still done internally - for example a dedicated FTE for tire repair -which is typically more effectively contracted out.

The total number of vehicles across the Company is ~ 925 in total and ~550 in HECO[29]. For a Company with 2700 employees this seems an excessively high number. Anecdotally this was confirmed when we saw an entire level of the parking structure at the Ward Avenue complex filled with Company sedans, SUVS and similar light vehicles.



Reinforcing this concern was the discovery that the Company had actually added 17 units to the Fleet in 2019 as shown.

| 2019 New Addition | | | |
|---|---|---|---|
| PE.000260 | | | |
| # of Veh. Received | | **2019** | Actual 2019 |
| | | | |
| | SEDANS | | |
| 5 | L TRK | $     187,000.00 | $     247,566.66 |
| 1 | M TRK | $     110,000.00 | $     137,074.29 |
| 4 | H TRK | | $               - |
| 7 | MISC. HECO | $     292,000.00 | $     291,565.06 |
| | | | |
| 17 | Subtotal | **$     669,000.00** | **$     676,206.01** |
| | Outfitting 10% | $       66,900.00 | $       67,620.60 |
| | Overhead 15% | $     100,350.00 | $     101,430.90 |
| | Total | **$     836,250.00** | **$     845,257.51** [30] |

There is limited tracking of vehicle utilization, and we saw little evidence of the data that was available (sourced from the ZONAR vehicle tracking system in use by Fleet services) being used to encourage more effective utilization of the vehicle fleet. We also saw little evidence of management reviewing or holding their teams accountable to properly utilize vehicles. High performing utilities typically apply budget costs that will encourage managers to have high utilization of vehicles so that they are incentivized to give up unnecessary vehicles and their associated costs. We would encourage the Fleet

---

[29] Vehicle numbers vary slightly as units are replaced.
[30] Company response to Data Request #MTI-HECOMA-022



May 12, 2020

HECO Management Audit Final Report

department to provide monthly Fleet budget costs to managers to show what the true controllable cost of their allocated vehicles is rather than having it obscured as an overhead cost. In our experience this is one of the most effective ways to eliminate non-essential ("nice to have") vehicles and their associated cost.

### 15.2.5  Electrical and Welding Services

This group, with 15 FTEs provides a range of indeterminate specialist welding and electrical services across the Company. It appears to have survived as a legacy function without clear rationale or objectives. As many of these services are readily available from external providers the potential and cost benefit for this should be examined.



### 15.2.6  Conclusions

The EOS group is a logical aggregation of support services that are provided on an Enterprise wide basis. While it provides an acceptable level of services to its internal customers there appears to have no discernable effort to address whether these services are being provided on a cost-effective basis or whether they could in some cases be contracted out. We believe there is significant potential to reduce costs without impacting service by a more focused review of its activities to reduce costs and improve efficiency.



### 15.2.7   Recommendations: Enterprise Operations Services

Strategic Sourcing should urgently address the top 20 vendors by value and the top 10 services and materials purchased with a view to negotiating reduced costs.  Note also that when reduced costs are negotiated the associated estimating costs in SAP must also be updated if the savings are to actually be captured.  At a very conservative estimate we project potential value of $2 million -$4 million per year in this area.

Vehicle utilization and requirements across the Company should be examined with a specific focus on the number of vehicles on Oahu. In particular consider the numbers of pool vehicles and especially in the areas where there are individual vehicles assigned.  Our observation was that in many instances vehicles were assigned to individuals who had only occasional need for them.

With the recommended changes in processes, and reductions in FTEs as discussed in Energy Delivery there should be opportunities to reduce fleet numbers by 50-100 units with potential annual cost savings of $500,000 - $1,000,000[31] as well as reductions in capital spend through reducing the need for vehicle replacement.

We recommend that Fleet Services publishes a monthly budget cost of vehicles and equipment to each cost center based on its allocated vehicles.  This will provide visibility as a management tool for benchmarking to determine whether the numbers of vehicles are excessive rather than costs being obscured under general overhead costs.  This will also provide managers an incentive, along with vehicle utilization reporting, to right-size their fleet.  We estimate another $500,000 - $1,000,000 per year of potential benefit from this initiative.

For Materials Management, we recommend Planning and Technology and Energy Delivery are tasked with providing improved advance notification of materials requirements in order that the forecasting capabilities of SAP can be leveraged to better plan materials ordering and inventory.  Provided designers and planners create the SAP work orders when planning the work, SAP can capture the necessary demand information automatically for forecasting purposes.  This will also support avoidance of out of stock situations leading to delays in work execution.

The role of Electrical and Welding Services, as well as the workload, should be reviewed to understand whether there is still value to retaining this expertise internally.  While it may provide specialist skills that are required at particular times the question is whether there is an ongoing productive workload that makes it cost-effective to retain the group rather than using outside services which, our experience suggests, are readily available.  With an annual operating cost in excess of $3 million it becomes an expensive overhead.   There is potential annual benefit of $525 thousand - $875 thousand in this area.

---

[31] Based on Monthly recharge/unit of $867 as provided in response to Data Request #022



### HECO Management Audit Final Report

## 15.3    Regional System Operations

### 15.3.1    Overview

Regional System Operations is the organization responsible for operating the Transmission, Distribution and Substation systems and generation dispatch. The organization operates across the three Companies as a One-Company function with separate Operations Control centers on Oahu, Maui and Big Island which are staffed 24/7. The Director of Regional Systems Operations reports to the SVP of Operations.

The current structure of the group is as shown.





## HECO Management Audit Final Report



The current organization chart shows 125 FTEs across the System Operations group

### 15.3.2    Observations

While System Operations is a one Company function, there are differences in processes across the three control centers due to the different Operational Technology and Control systems in each Operations Control center. Within the Oahu Ops Control Center functions are divided between Grid Operations – which manages dispatch and control of generation to the system – and T&D Control Operations which has oversight over faults, outages and switching operations on the Transmission and Distribution networks. The Ops Control Centers are also responsible for dispatching trouble calls on the system to Energy Delivery crews for investigation and restoration/repairs.

The other primary responsibility of System Operations is maintaining and developing the GIS (Geographic Information System) which is used to show the geographical location of all plant assets and is also linked to the SCADA systems used for remote operation and communication of system statuses of the networks.

### 15.3.2.1        Grid Operations

Grid Operations and Control has become more complex in recent years with the increasing levels of renewable generation on the system - primarily PV (Photo Voltaic) - that is at its highest at particular periods during the day. As a result, grid operations has to be much more proactive in managing



May 12, 2020

scheduling and dispatch of base load generation provided by the Company. It also means that fossil generation that was originally designed and dispatched as base load is now being used for peak load and at times of low renewables generation.

### 15.3.2.2 T&D Operations Control

The T&D operations control is responsible for switching, safety and outages on the T&D system. There is SCADA (remote) controls on some of the networks – most of the Transmission/sub-Transmission network but much less on the Distribution system - that enables the Control operators to perform switching and restorations as necessary. The Company has a longer-term investment plan to extend the scope of SCADA across the networks to reduce the requirement for manual switching operations for fault restoration and also to provide more accurate system load information.

### 15.3.3   Distribution Trouble Calls

System Operations is responsible for managing the trouble call system for identifying outages and dispatching trouble men or crews to respond and restore supplies. Trouble calls are normally passed to System Operations by the Customer Call Center through the OMS (Outage Management System) on Oahu. The trouble call notification is created automatically in OMS but the Operations center has to then manually create a notification in SAP to be dispatched to the mobile terminal of the troubleman (or to a trouble crew if it is already identified as a larger outage). Not all staff currently have the necessary mobile terminals in their vehicles but these are being rolled out to provide a standard platform for all crews who respond to trouble calls for receiving and reporting their information.

In addition, the Control operator also calls up the troubleman to alert him that there is an outage to be investigated. If the initial investigation reveals that additional work is required, System Operations then has to create a further SAP notification which is sent to the Supervisor of T&D Operations, who must then create the work order for the crew to use.

During 2019 HECO received over 17,000 Trouble Calls in its OMS system. From the review of the Trouble Calls process at System Operations and subsequent review of the data that T&D Operations inputs, it appears both areas have some improvements that could be implemented. We were surprised to find that, despite the recent implementation of SAP EAM which would normally be integrated with the OMS system, there were still multiple manual inputs required in the process, both to create the SAP notification and to alert the troubleman to confirm that they had received it. We would have expected this to be fully automated given the recent technology investments.

We also noted that first responders/troublemen do not charge to a specific trouble order related to the individual call, but charge to an overall collector (bulk) work order. The follow-on work, if required, requires the System Operations group to create a notification in SAP. This is sent to a T&D Supervisor, who must then create the work order for the crew to use in charging to. This means that the cost of the trouble call is captured in two separate work orders that do not reference each other. It also makes it difficult to identify (and control) cost per trouble call other than an average cost. This makes it extremely difficult to perform any meaningful analysis of trouble calls both from a response



## HECO Management Audit Final Report

performance and a cost perspective. Without this level of detailed information, it becomes very difficult, if not impossible, to improve cost and response times on trouble calls.

Changes are required to address these issues to enable trouble calls to be monitored efficiently and correctly.

- The collector work order does not separate out work that the trouble men do, and their time cannot easily be broken down into units and unit cost
- The additional steps to create the SAP notification, sending to the Supervisor who creates the work order, adds nonvalue added work to the process
- In multiple trouble call scenarios, this will slow down the trouble call analysis while System Operations completes this task and that can slow down the Customer restoration.
- This process creates unnecessary extra work for the Supervisor
- This process makes it difficult to monitor trouble call costs with reporting
- This process does not allow all of the data that is required to be entered efficiently

### 15.3.4  SAIDI/SAIFI Management

The most visible indicators of how effectively the Company is managing system operations to minimize outage and outage time for customers to provide reliability of supply are SAIDI and SAIFI

Definition of SAIFI and SAIDI

Data Request MTI-HECOMA Reliability report February 7th, 2020

SYSTEM AVERAGE INTERRUPTION DURATION INDEX (SAIDI)

The interruption duration per customer served during the year.  This index indicates the average interruption time experienced by all customers serviced on the system.

$$SAIDI = \frac{\sum \text{Duration of Interruptions} \times \text{No. of Customers Affected}}{\text{Average No. of Customers Served During the year}}$$

SYSTEM AVERAGE INTERRUPTION FREQUENCY INDEX (SAIFI)

The number of customer interruptions per customer served during the year. This index indicates the average number of sustained interruptions experienced by all customers serviced on the system.

$$SAIFI = \frac{\sum \text{No. of Customer Interruptions Experienced During the year}}{\text{Average No. of Customers Served During the year}}$$

The Company is subject to a performance penalty when they do not meet PUC mandated results for SAIDI and SAIFI.  In 2018 they were charged penalties for missing the SAIDI PIM (Performance Incentive Mechanism) target in HECO, MECO and HELCO.  The penalties were over $2m for the Company. The same is true for SAIFI and the penalty there was over $1.75 million dollars. While not all the contributions to SAIDI and SAIFI are within the control of System Operations, they can assist in the improvement.

One area that impacts SAIDI and SAIFI are the Distribution Trouble Calls. The System Operations group generates the trouble calls and dispatches them to the crews to investigate. They also update the calls while they are in progress and close them when they are completed.



However, the Company has also been failing to meet SAIDI/SAIFI targets due to an increase in planned outages that impact the numbers. There does not appear to be any integrated or consistent management of planned outages.   No single group is accountable for approving planned outages with a view to minimizing the customer impact and the business impact, with a structured decision tree for approval.  Planned outages can be of longer durations and are, for the most part, controlled by the Company, principally T&D Operations. This area is one that requires attention. In future years with more pole changes and underground cable replacements planned, as well as catching up on the postponed jobs from previous years, this will have a bigger impact on customer outages and SAIDI/SAIFI impacts.   Improved management of planned outages would have material impacts on improving SAIDI/SAIFI.

### 15.3.5   Recommendations: Regional System Operations

#### 15.3.5.1 Trouble Calls

We recommend that the following changes be implemented.  When the OMS system creates a trouble order, an SAP Work Order is automatically created that will be used to track all responses and costs for crews and others as required. This would include the initial response as well as any follow-on work. This eliminates the non-value-added work for the Systems Operations Group and the Supervisor, while allowing for specific reporting on costs, responses and time on each trouble call in SAP. This also will enable the Supervisor to validate the efficiency of shift troublemen as their individual workload can be more readily monitored and evaluated.  We estimate that improved management of the trouble process offers the opportunity for annual savings in the range of $500 thousand to $1.5 million.

#### 15.3.5.2 Planned Outages

We recommend that the Company implements a planned outage approval process that takes into account the impacts of all outages to the Company and the customer. This group should issue guidelines for normal planned outages. For outages that are longer this group should set a maximum time limit on outages.



# 16 Energy Delivery

## 16.1 Energy Delivery Overview

The Energy Delivery Organization within Operations is the business area responsible for construction, maintenance, operation and repair of the Transmission, Sub Transmission and Distribution system networks and substations across the 3 Companies. As such it is the largest single business area in the Company and is responsible for more than 70% of the capital expenditure across the Company. The Vice President of Energy Delivery reports to the SVP of Operations, who reports directly to the CEO.

Energy Delivery recently (October 2019) restructured to a One Company model. The high-level structure as a result of that restructuring is as shown.



There are currently 995 FTE positions shown in the Energy Delivery organization with 853 filled.

### 16.1.1 Observations

It is our view that the supposed rationalization of Energy Delivery into a single One Company model appears to have been more cosmetic than substantive. The transition to a One Company Approach consolidated the previous 3 Company Operations groups together under a single management structure. This changed the reporting lines but did nothing to optimize operations or to deliver



discernable efficiencies. Our review found that optimizing the business operation and delivering efficiency improvements was planned to be done over a four year time-line.

We found minimal evidence that any meaningful analysis was performed to identify what skills and roles would be required in the new organization or what its necessary functions should be. It was explained to the audit team that the move was just an initial change in reporting; that over the next 2 years the business would start to look more closely at roles and efficiency opportunities; and in the subsequent 2 years they would begin the work to transition to a more focused and efficient organization. *The failure to rationalize the organization when consolidating and the suggestion that the optimization and efficiency work essential to lowering the Company's high cost-to-serve will require an additional four years, suggests a lack of urgency completely at odds with the obvious need to improve performance.*

We also discovered that, as part of the One Company restructure, the Energy Delivery organization had expanded from four Directors reporting to the Vice President to a new structure with nine separate Divisions, each with a Director heading it, reporting to the Vice President. Instead of streamlining the organization to drive efficiencies and performance improvement, the restructuring created multiple additional promoted positions. And, as we also discovered, each of these Divisions then added further non-value overhead cost by establishing their own layer of administrators, secretaries and finance staff. It is questionable how the numbers of these positions can be justified or why every Division requires that level of individual support.

Instead of the One Company restructuring of Energy Delivery creating a business efficient organization it instead appears to have created a larger less efficient bureaucracy. This perspective was substantiated during our deep dive review of the Energy Delivery Divisions. We found multiple instances where several different Divisions all claimed to be performing the same or similar functions. In fact, it appeared that leadership in many of these Divisions applied more effort to expanding their internal sphere of influence – and Division size - rather than focusing efforts on efficient delivery of service for customers. This inward-looking focus permeated the culture. We were shocked to hear comments from Directors and Managers such as:

**"No one told us we had to be efficient"**

**"We don't really know what the cost is"**

Across Energy Delivery we found little evidence of a performance management culture. Supervisors and managers responsible for work appear to apply little attention to whether it is being performed efficiently or within budget, despite multiple site visits. Indeed, it was difficult to substantiate a clear role or purpose for many of these managers and supervisors. The only financial metrics and controls we observed were spend versus budget at the aggregated Division/Energy Delivery level. There were no meaningful unit cost metrics and little effort to correlate what had actually been delivered versus expenditure.

There appeared to be a lack of controls in place to authorize or constrain overtime. We found an instance of a general foreman who claimed over 3000 hours of overtime in 2019[32] and who had been paid $442,734 for the year, more than 5.5 times his base salary. This would imply he had worked over 14 hours/day, 7 days/week, every week of the year. *And this had not been identified or flagged up for review*

---

[32] Company response to Data Request #019



May 12, 2020

*until the audit team reviewed payroll data.* Over 25% of the staff in Energy Delivery had sufficient overtime to more than double their base pay for the year. While some level of overtime – as much as 25% - is normal for the industry what we observed here was substantially in excess of the norm. Some of this can be attributed to the complex conditions of the IBEW Collective Bargaining Agreement (CBA) but it is evident that managers either do not understand or disregard the cost impacts of the CBA rules and, as a result, fail to manage schedules to minimize the levels and cost of overtime and penalties. It was concerning to observe from payroll data that a number of supervisory staff also appeared to be claiming significant levels of overtime. While we did not identify any direct correlation, this may suggest there are conflicting incentives in agreements.

### 16.1.2    Conclusions

We found Energy Delivery as currently constituted to be dysfunctional. Despite a high proportion of managerial and supervisory staff, there appears to be little effort, or leadership, to drive performance improvement and manage costs. We identified multiple instances of duplication of roles and excessive layers of management and administration across Energy Delivery. Following the restructuring several Divisions appeared to continue to expend effort on areas they had previously been responsible for even though these responsibilities were supposedly transferred elsewhere. The culture throughout Energy Delivery seemed to lack any focus on managing costs or identifying performance improvement. While we identified many areas across the Company with a continuous improvement culture, Energy Delivery was the worst example of inefficiency.

While there are a number of attributable reasons for the situation that has been created, the primary accountability must be placed on a succession of Energy Delivery leaders that have allowed this culture to persist. It is apparent that major structural and leadership changes in Energy Delivery are an urgent priority to enable corrective actions and set a new course towards being an effective and efficient, customer focused Delivery organization.

### 16.1.3    Recommendations
*(further details behind these recommendations can be found in the sections discussing the individual Divisions)*

We recommend that current Energy Delivery Leadership should be replaced in order to enable a reset and restart on the planned restructuring of Energy Delivery. It is evident that the current leadership team is not well equipped for managing the major change initiatives required to implement the necessary course correction. This may be a case of an appointment to the role having been made based on the wrong assumptions around skill sets[33] and, as a result, setting the individual up for failure. Nevertheless, it is essential that Energy Delivery has an Executive who can successfully lead the organization through a period of intense change.

We recommend that the number of Divisions in Energy Delivery should be drastically reduced. We would suggest moving from 9 Divisions to 4 based around key functional activities. These are suggested options:
- o  T&D Operations
- o  Substations

---

[33]  See comments in Section 11 Human Resources at 11.2.4, Grade Inflation



## HECO Management Audit Final Report

- o Planning & Scheduling
- o Engineering Support

Some activities currently performed in Energy Delivery should be transferred to different parts of the Company. Asset Management, Capital budgeting, project prioritization and design should become a function of Planning & Technology. This will enable a coherent integrated Asset Management strategy to be implemented rather than the current ad-hoc selection of projects by Energy Delivery.

We recommend that new leadership refocus Energy Delivery on cost-effective execution of work that has been planned, budgeted and prioritized by P&T. This will include the following changes:

- Energy Delivery should no longer have responsibility for, or control of, the Capital budget. They should execute work and projects based on the approved design and budgeted cost passed to them for delivery.
- The Pole Infrastructure Enterprise (PIE) activities should be disaggregated with necessary revenue collection and pole remediation functions transferred to the appropriate parts of the organization. Accountability for identifying and realizing the new revenue streams PIE was originally intended to deliver should be transferred to Business Development if these revenues are in fact realizable.
- Managers and supervisors should  refocus on and be measured against their performance in managing and controlling the costs of work by their teams.
- Pre-authorization of overtime – other than in emergencies – needs to become a standard process. Managers and supervisors also need to fully understand the conditions of the CBA in order to reduce the costs of excessive planned overtime. Any conflicting incentives should be discontinued.
- The current level of overtime sanctioned in the 2017 rate case for HECO is 27.5%. Currently Energy Delivery has been running at over 30% overtime. Efforts are now underway to address this issue, as per the Company's commitment in the ERP/EAM docket. We recommend that Energy Delivery should be targeting an overtime level of a maximum 25% in line with industry benchmarks.  The Commission may also wish to consider in the 2020 rate case reductions in the current allowance for overtime hours for HECO to ensure that this focus is maintained.
- The numbers of administrative and support staff across the Divisions should be rationalized and, instead of being specific to a Division, should be provided as a shared resource from a common Energy Delivery pool.  This could enable reductions of 5 - 7 FTEs and an annual benefit of  $875 thousand - $1.225 million.

Overall, we would expect a restructured Energy Delivery organization to have approximately 650-670 FTEs with some of the positions transferred elsewhere in the Company.   More detailed recommendations are contained in the reviews of the individual Energy Delivery Divisions.

### 16.1.4   Update March 2020 – Company Proposed Actions

In March 2020 the Company announced changes to Energy delivery Leadership and to the Energy delivery structure, consistent with our recommendations in Section 16.1.3.  The full text of these announcements is contained in Section 20 of this report.



May 12, 2020

## HECO Management Audit Final Report

### 16.2    Energy Delivery - Transmission & Distribution (T&D) Operations

#### 16.2.1    Overview

The T&D Operations organization at HECO operates across the three companies. The Director of T&D Operations reports to the Vice President of Energy Delivery.  T&D Operations is the primary Division responsible for the core business functions of planning, scheduling and executing the construction, operation and maintenance of the Transmission and Distribution infrastructure for HECO. The Division currently has 391 employees (with 481 FTE positions shown on the February 2020 Organization chart) split among crews, resource planners, management and admin support who work on the Transmission and Distribution overhead and underground assets.

#### 16.2.2        ENERGY DELIVERY -T&D OPERATIONS STRUCTURE





**HECO Management Audit Final Report**



T& D Operations leadership identified the following as their key strategic and operational objectives:

- One Company approach for all T&D Operations with the aim of creating efficiencies by standardizing the way work is planned, scheduled and executed.
- Operate a reliable and cost-effective electrical system that will manage costs within budget.
- Restore power and respond to emergencies, increasing customer satisfaction.
- EAM/ERP commitments to be met by reducing overtime, process optimization and new reporting that outline efficiencies to be achieved.

And their key challenges:

- Delivering on ERP/EAM benefit commitments.
- Financial penalties for non-performance in restoring Customers who are out of power.
- Lack of reporting metrics to measure performance.
- High usage of overtime.
- Increased volume of PVR (Photo Voltaic Rooftop) installations.
- Lack of standard processes for planning, scheduling and execution of work.

The strategic objectives are in line with what we would expect. However, we saw very limited evidence of any initiatives or effort within the Division to actually deliver on these objectives. We were also surprised to see some of the "challenges" identified. For example high usage of overtime is directly



under the control of T&D Operations.  We saw little effort by managerial or supervisory staff who have responsibility for this to reduce the excessive levels of overtime (>30%).  If it is considered a challenge it should legitimately be expected that T&D Operations leadership would be taking decisive actions to resolve the problem.


### 16.2.3         Observations

The lack of consistent processes across the Division was a surprising discovery.  The Company has just recently completed the ERP/EAM implementation.  Typically, standardized business process maps would be prepared during the course of the project to identify changes driven and enabled by the technology.  It appeared for T&D operations that little or none of this process mapping was performed during the implementation and, as a result, there were no consistent processes being applied.  Even within the same Operations center, different supervisors and crews adopt different processes for preparing, scheduling and managing work. Many processes had simply added additional steps to incorporate SAP rather the optimizing the process flows to reflect the new capabilities of EAM.  While avoiding process design during the SAP implementation may have expedited the implementation and  reduced the project costs it has, as a consequence, resulted in additional downstream costs and effort.

The structure and processes within T&D Operations do not align with a high performing delivery organization. We would normally expect to see T&D Operations focused on efficient scheduling and execution of project and maintenance work passed to them. This work would be designed and costed by Asset Management and Maintenance planning.  What we found was a mix of processes with no apparent adoption of best, or even consistent, practices. In some areas such as Pole Test & Treat, T&D Operations selects which poles will be changed, creates the estimate and work order then schedules and completes the work. As a result of this there is no consistent adherence to Asset Management strategies; there is no independent oversight of the cost of the work; and the only metric is whether the budget is spent with no measure of unit costs or achievements.  Thus, there is no way to validate whether the work is being performed efficiently.

We also found that Capital projects and Customer driven work requests are provided to T&D Operations in various stages of readiness, many far from ready for execution. In many instances T&D Operations then has to spend further time and effort evaluating and costing the work, to pass back to the originator for additional data and planning.  This typically leads to additional repetitive and, unnecessary site visits.



**HECO Management Audit Final Report**

**Current Workflow for T&D Operations**



In an efficient process the Operations Supervisor should receive only work orders that are complete and ready to be scheduled and executed. In T&D Operations this is not the case and there seems to be a lot of unnecessary back and forth double handling and administration of work orders. Information is often missing and as a result crews are not able to perform work cost-effectively within estimate and time-line. In many instances Supervisors appear more focused on scheduling the work and fail to review whether the costs incurred are reasonable and in line with estimates.

The supervisor should also manage overtime and ensure that the crew schedules include a full day of work in order that efficiency and productive time can be optimized. They should also be measured on reviewing costs on a regular basis and looking for improvements that can improve efficiency.

*Section 23 provides more in-depth analysis of current work processes in T&D Operations compared to leading practices.*

### 16.2.4   Conclusions

What we would expect and recommend is that all planned work issued to T&D Operations supervisors for execution should be in detailed work orders with estimates including all of the labor, material and resources required to complete the job. We would then expect T&D Operations to be accountable for completion of the work on time and within budget.

The current variable and ad hoc processes lead to nonstandard designs and lack of consistency in the estimating process. In many instances, work orders are incomplete, do not contain an estimate and lack information necessary to enable efficient scheduling of crews.   It also diffuses any accountability for the costs of work. The number of Supervisors appears high and it is difficult to understand what their current role actually is, especially as there appears to be a wide range of different practices. The Supervisor's focus should be primarily on scheduling, control and accountability for executing work safely within budget and schedule. They should not be estimating and costing jobs for their own crews



**125**

May 12, 2020

with the opportunity to add unnecessary contingency and time, thereby reducing the overall productive time for crews.

One of the major current contributors to excessive cost is the uncontrolled use of overtime. What we observed was that there seemed to be no oversight or approval for overtime and crews appeared on some occasions to be planning their own overtime to maximize the opportunities to benefit from some of the terms in the Collective Bargaining Agreement. Supervisors either fail to understand or disregard the need to optimize scheduling to minimize CBA penalties. There appears to be no culture in T&D Operations to review and manage the use of overtime as highlighted by one employee claiming over 3000 hours of overtime in 2019.

**Overtime 2019**



It is important that those making decisions that affect cost and business performance are provided with the training, data and reports to inform those decisions and understand they will be held accountable.

### 16.2.5   Recommendations: T&D Operations

Increasing efficiency for T&D Operations will require process and organizational change to introduce an effective and consistent process for planning, scheduling and executing work. Reducing handoffs and eliminating duplication are critical to obtain this result. In addition, the primary role for the Supervisor must be changed from an administrator to being the primary front-line leader responsible for introducing and sustaining a performance management culture with their crews.

This shift will require some of the previous functions of the Supervisor, that dealt with work order estimating, verifications and pre-job site reviews, to be moved to the work order planners. This will maximize the Supervisor's time to focus on performance management and continuous improvement. To achieve this the following actions are necessary:

- Redesign the Work Order processes to have the Resource Planners update and/or create the Work Orders for execution by the Field Crews.



**HECO Management Audit Final Report**

- Standardize and update the Compatible Units for all work order creation across Operations. (This is a project currently underway in T&D Standards and Training.)
- Ensure the new proposed processes are fully integrating and leveraging the capabilities of SAP and have removed unnecessary legacy steps.
- Document processes and train and drive consistency across the organization for those processes.
- Work Orders should have SAP statuses utilized to indicate that they are ready to schedule, scheduled, delayed etc. for proper scheduling and optimization of work.
- Implement effective review and authorization for any overtime work.
- Ensure crews have a full day's work on each daily schedule to maximize productive time.

As an integral aspect of this, T&D Operations need to examine the numbers of supervisors as well as their roles. From our review, there appear to be excessive numbers of supervisors and managers in T&D Operations – yet they appear to exercise little to no oversight and management of costs and performance. With the changes recommended above we would estimate there is scope for a gradual reduction of 4-6 supervisor/manager positions once the new organization is established with a budget saving of $700 thousand - $1.050 million per year.

In parallel with this there is an urgent requirement to establish a Performance Management Culture including:
- Detailed report reviewing in key areas, with sufficient detail to support manager analysis, including targets to be achieved.
- Layered accountability meetings/discussions reviews.
- Holding managers accountable to undertake business performance analysis and business decision making.
- Improving managers' skills in report analysis to draw accurate insights to support quality decision-making and appropriate course-correction.
- Driving accountability down to the lowest appropriate level to manage costs – in particular Operation Supervisors being held accountable to limit overtime by making smart business decisions, not allow others to dictate when and who works overtime. This should be supported by full understanding of the current Collective Bargaining Agreement (CBA) with the IBEW, and how premiums and penalties are applied.
- Expectations for managing business performance driven through employee performance systems for all layers of management.



May 12, 2020

HECO Management Audit Final Report

### 16.3    Energy Delivery - Substation Engineering Division

#### 16.3.1   Overview

The Substation Engineering Division reports to the Vice President of Energy Delivery. The primary functions of this group are:
- Planning and design of substation installations and improvements for
  - o  Improving reliability
  - o  The connection of new generation and load so the system is stable and performs within parameters.
  - o  Asset replacement projects to address end of life failures

### Substation Engineering Organization



The current Organization chart shows 52 FTEs in Substation Engineering

Key strategic and operational objectives for the group are stated as:
- Harmonize project management, design processes and use of SAP
- Completion of the 5-year (2017-2022) plan for 19 renewable energy interconnection projects
- Grid modernization
- Connection of new load
  - o  HART Project
  - o  Department of Defense
  - o  Large developers



May 12, 2020

**HECO Management Audit Final Report**

System reliability with grid modernization and integration of high PV penetration (19 projects for renewable energy interconnections requiring substations) add to the complexity of the work the group is currently undertaking.

Substation Engineering have adopted some innovative technology solutions which they claim have delivered savings. These include:

- Dynamic Underfrequency Load shed, which is a scheme to stabilize the increased amount of PV installations. Savings $31,000 annually
- Use of Grid Advisor units on circuits for SCADA and load profiling. Savings of $68,000 annually in labor and over $900,000 capital costs saved or deferred
- LTC control settings with PV irradiance which is a lower cost option to increase the capacity for PV on circuits without expensive capital changes to system like new poles, reconductoring or installation of regulators and capacitors. Savings $55,000 per year per circuit where utilized.
- Standardization of design across the Company
- Reducing the engineering costs on projects

### 16.3.2   Observations

Substation Engineering is responsible for prioritization, design, planning and estimation of Capital projects for substations. They also play a role in managing projects, some of which are performed by the Energy Delivery Test and Substations Division. While some of the projects are mandatory – e.g. for new renewable generation connections – the selection and prioritization of capital projects is primarily performed within the group, subject to some collaboration with the P&T Asset Management team. Projects greater than $2m in value are reviewed and authorized within Energy Delivery without external oversight. While the Division is developing its own Asset Management strategies these do not appear to be directly based on strategies developed in Planning & Technology, other than those directly related to new renewables connections.

### 16.3.3   Conclusions

Many of the functions performed by the Division are of high priority and importance, particularly as they impact the critical need to connect new renewable generation. However as with several other elements of Energy Delivery, we have questions around the rationale underpinning the roles of the Substation Engineering group. Some of the functions it performs - asset strategies, project selection and prioritization, planning and estimation as well as control of its Capital budget - would appear to align more closely with, and belong with, the Planning & Technology group rather than the Energy Delivery organization. Other responsibilities appear to overlap and duplicate the work of the Test and Substation Division. There appears to be significant opportunities to stream line processes; to better align accountabilities; and to reduce costs through elimination of duplication and reducing wasteful bureaucracy and support staff.



### 16.3.4   Recommendations: Substation Engineering Division

The existing Substation Engineering group should be disbanded. Responsibility and accountability for Planning, Design and Asset Management functions should be transferred to Planning and Technology. The number of staff to be transferred will be dependent upon the requirements in Asset Management. The delivery-oriented functions should be consolidated in the Test and Substation group. Any specialist Substation Engineering expertise still required in Energy Delivery should be consolidated into a new Engineering & Design group as described further in this report under T&D Engineering[34].

These changes will introduce more accountability and clear separation of duties, improve oversight of Capital expenditure as well as better leverage specialist skill sets across the Company. We would estimate that these changes could deliver FTE savings of 15-20 by removing duplication and reducing administrative overhead. The potential savings opportunity is estimated to be the range of $2.6 million-$3.5million per year.

---

[34] T&D Engineering Section16.5



May 12, 2020

## 16.4    Energy Delivery - Test and Substation Division

### 16.4.1    Overview

The Test and Substation Division operates across the three companies as part of Energy Delivery. The Director of Test and Substation Division reports to the Vice President of Energy Delivery. Test and Substation is responsible for installation and maintenance for Substations, Instruments and Controls, Testing and Commissioning, Relays, Metering and Civil/Structural/Architectural Construction.

The group is comprised of staff who work on the Transmission and Distribution substation assets. There are 182 FTEs including delivery crews, resource planners, management and administrative support.

**Test & Substation Division**



The current Organization Charts show 182 FTEs in this group

### 16.4.2    Observations

The Test and Substation Division has demonstrated a stronger level of One Company integration as well as a substantive degree of adopting SAP into its operations to support continuous improvement. They have utilized multiple approaches to achieve this including:



131

May 12, 2020

**HECO Management Audit Final Report**

- Developing and aligning Preventative Maintenance across the companies
- Developing additional metrics to track work and control costs including automation and simplification of reporting
- Performing Baseline process mapping analysis to identify differences and opportunities
- Identifying synergies to leverage existing resources
- Identifying best practices and adapting/sharing process, training and materials

Test and Substation staff have taken advantage of the capabilities of the new SAP system and are leveraging the functionality. They are also using continuous improvement to further enhance efficiency. They have not yet completed standard process mapping for all business processes, but this is part of the continuous improvement plan. SAP is utilized in day to day operations for planning, scheduling and executing work orders as well as for cost and unit price metrics. Using their reporting and dashboards, they are analyzing their results and using performance management for continuous improvement. Test and Substation is one of the very few areas within Energy Delivery where we found unit costs of work being actively tracked and monitored.

**Dashboard**





May 12, 2020

HECO Management Audit Final Report

## Maintenance Work Orders



## Unit Cost reporting



HECO Management Audit Final Report





### 16.4.3   Conclusions

Overall, the Test and Substation Division is well above average in Energy Delivery in terms of understanding its costs and measuring delivery outputs. They are one of the very few areas that have reporting which compares actual costs versus estimates and analyzes unit costs for work. It is tracking and reporting on work creation and work completion with average days for installation.  It has leveraged SAP EAM well and is moving forward in improving productive time by using the enterprise scheduling and mobility applications Click and Syclo. The planned continuous improvement goals are to improve on SAP metrics and refining the ability to query data in SAP to support improved analysis and also quickly moving to standardize processes across the Division.  This is very positive  and  the Division should be commended for its individual efforts.

Further work is still required though.  Comparing its performance against its benchmark targets – such as average cost of transformer maintenance and planned versus corrective maintenance - it is evident that from a cost perspective, there is still scope for improvement. This may be due in part to higher staff numbers as the 182 FTEs on the Organization chart seems high for the workload.  As we identified in other areas of the Company there appears to be an overlarge level of administrative staff adding to the cost base.  There is also a large civil construction component in the group.  This is an area which may merit review to identify how much of the civil work should be performed internally rather than leveraging contract resources.

### 16.4.4   Recommendations: Test and Substation Division

Test and Substation should develop a more aggressive plan to meet its benchmark  cost targets.  It also needs to improve the effectiveness of  the planned  maintenance program to improve reliability



and reduce the incidence – and cost – of unplanned corrective work in response to outages and failures.

We recognize that current staff numbers in the group may be higher than required given the recent integration of the three Companies into Test and Substation as part of the Energy Delivery restructure. We recommend that, as a priority, staffing levels are analyzed, particularly with a view to reducing administrative overhead and removing any duplicative layers of management. Our estimate, based on our review, is that this offers potential for FTE reductions of 6-10 and cost savings in the range of $1.05 million-$1.75 million per year. This would also help bring unit costs closer to target benchmarks.

With regard to the large civil works component of the group we suggest that this area should be revisited to see whether it is a core function that needs to be performed in-house or whether some of the work could be more efficiently delivered through external contracts.



May 12, 2020

HECO Management Audit Final Report

## 16.5    Energy Delivery - Transmission and Distribution Engineering

### 16.5.1    Overview

The T&D Engineering group in Energy Delivery is responsible for design and planning of the Transmission and Distribution infrastructure from the substation outwards. In addition, they design overhead and underground fiber optic lines and infrastructure for communication towers and sites. T&D Engineering was formed in October 2019 by combining Engineering resources from the 3 separate Companies.    Unfortunately, this transition does not appear to have included a functional review of the level of resources required in the consolidated organization or what its functions and focus should be.    Existing staff across the three Companies were simply transferred to the new organization.



The Organization charts show 85 FTEs in the T&D engineering Division.

The strategic objectives of the group are stated as:
- Developing
  - Engineering KPI's
  - Engineering cost estimates
  - Improved cost/benefit analysis for business decisions and project alternative decisions
  - Integration of best practices between HECO, MECO and HELCO



May 12, 2020

**HECO Management Audit Final Report**

Ongoing continuous improvement activities include:
- Digitizing over 25,000 manually drafted drawings which will significantly reduce time to find drawings and more efficient when working with design consultants
- Technical Training for Engineers as most entry level Engineers have no background in Power Engineering. This is coordinated with Energy Delivery Standards and Training.
- *Utilizing Electric Utility Conferences and Seminars to learn utility best practice and the use of new technologies for efficiencies*

### 16.5.2   Observations:

From our review of T&D Engineering we identified inconsistencies between its expected and actual roles. Rather than providing specialist Engineering expertise as we expected it appeared instead to have become a Design and Planning group that viewed its primary responsibility as managing and prioritizing the Capital budget for Energy Delivery. In our experience this type of work is more normally performed by the Planning & Technology group (or its equivalent) with Energy Delivery being focused on the efficient execution of work. The functions of project prioritization, design and planning as well as asset management are more suited to PT skills and expertise. While there is collaboration today between T&D Engineering and the P&T Asset Management group, the fact that Energy Delivery retains control of capital budgets and project prioritization can and does undercut the value of the asset strategy developed by P&T.

This ownership by T&D Engineering removes objective oversight of Capital expenditure as, for projects under $2m, Energy Delivery has responsibility for selection, design, estimation, capital authorization and execution. There is no independent review as to the efficiency of work execution and Capital Investment prudency or effectiveness. These concerns are amplified when we also consider the lack of financial management and strong cost controls we noted in T&D Operations who are responsible for execution of projects.

While the stated strategic objectives of the group:

- Developing Engineering KPI's
- Developing Engineering cost estimates
- Developing improved cost/benefit analysis for business decisions and project alternative decisions

are worthwhile goals we found limited evidence that they were being proactively pursued.

T&D engineering also indicated that they have 34 Engineering Resources assigned to the HART[35] project as described below:

---

[35] T&D Engineering presentation revised January 10, 2020.  Presented by Kerstan Wong.



May 12, 2020

HECO Management Audit Final Report

## Supporting Hawaii Authority for Rapid Transit (HART)

- ◆ Gross costs 218.5M
- ◆ Relocations (20 miles, 162 conflicts) & Clearances
- ◆ 100% HART funded
- ◆ No profit to HECO
- ◆ Largest project in the Company's history
- ◆ Significant resources allocated to project
  - — Average 38 Meetings/Month
  - — 34 Engineering resources assigned
  - — Impacts core business & initiatives
- ◆ Future operational challenges to be addressed




This appeared to be a surprisingly high proportion of the staff to be dedicated to this project. However, it was later clarified that the 34 resources were not in fact exclusively full-time on this project. It may be more effective and efficient for both HART and the Company to have a smaller group of staff focusing exclusively on this.

A major issue we identified in T&D Engineering is that a number of the functions they claimed to be responsible for – Capital budget management and Engineering training among others - were also stated by other Energy Delivery Divisions to be part of their functions. The Capital Budgets and Project Management Division (27 FTEs) indicated that the upfront development work on Capital projects and managing the overall Capital Budget was its primary role. Clearly there is significant duplication and overlap of roles across Energy Delivery leading to potential confusion and cost inefficiencies.

### 16.5.3   Conclusions

While we can understand some overlap between recently created Divisions in Energy Delivery, we identified T&D Engineering as being one of the areas that is most urgently in need of a rapid roles and responsibilities review. We recognize the value of specialist engineering skills in Energy Delivery. However, as currently constituted T&D Engineering appears to have morphed into a bureaucracy which duplicates functions performed elsewhere; has minimal accountability; and appears to lack clear leadership and direction.   Rather than being a specialist support group, T&D Engineering seems to focus more on inward-looking objectives with its costs being added to Capital project overheads. This may explain some of the excessive level of overheads applied to Capital projects for Energy Delivery that we have previously identified when reviewing costs of work a benchmarks.[36]

---

[36] See Section 13.4 Capital Projects



### HECO Management Audit Final Report

| Overhead (OH) Type | OH Avg. Unit Cost | Percent of Avg. Unit Cost | High Level Description of the Overhead Cost Content |
|---|---|---|---|
| **Ops Controlled OH** | | | |
| Energy Delivery | $ 2,075 | 31% | ED costs not direct to any one project/program: 90% labor (of which 60% ED non-BU (e.g., Engineers, Resource Planners),30% ED BU Clerical, 10% ED Directors), and 10% non-labor (of which 70% outside services (e.g., temp hires), 30% materials, office supplies and travel) |
| Fleet | $ 618 | 9% | ED Vehicle/Fleet charges (e.g., vehicle, maintenance, gas) |
| Stores | $ 289 | 4% | All warehouse operations costs |
| **Corp Controlled OH** | | | |
| Benefits | $ 1,653 | 25% | All employee benefits (e.g., pension, medical, dental) over all productive hours |
| Payroll Tax | $ 367 | 5% | All employee payroll taxes (e.g., Federal and State Unemployment, FICA) over all productive hours |
| Non-Productive | $ 538 | 8% | All non-productive time (e.g., holidays, sick, paid excused absenses) over all productive hours |
| Corp Admin | $ 1,157 | 17% | Administrative and general (e.g., Finance, Legal, Regulatory) labor and non-labor charges not directly charged to capital projects and programs. |
| | $ 6,697 | 100% | |

[37]

In its current format we see limited value created from the group to support its annual operating cost of $12-$15m. Much of this appears to duplicate work performed elsewhere.

### 16.5.4   Recommendations: Transmission and Distribution Engineering

We recommend the existing T&D Engineering group in Energy Delivery should be restructured to focus on providing specialist engineering support and engineering design to support standardization across the Company. Most of the current stated functions of this Division such as Asset Management; project selection and prioritization; project design and estimation; as well as Capital budget allocation should be transferred to the revised Planning & Technology Asset Management group. This would result in the appropriate separation of activities between allocation of capital and project delivery, to promote clear accountabilities and create controls that would enhance performance improvement. It would also enable an effective integrated Asset Management strategy to be developed and implemented. Planning and Technology should be held accountable for results delivery as an outcome of the strategy while Energy Delivery focuses on cost-effective project execution. In parallel, the current Capital Budgets and Project Management Division in Energy delivery should also be reassigned consistent with the recommendations in Section 13, Project & Program Management.

This consolidation of Asset Management activities in Planning & Technology will require the transfer of some staff from the current T&D Engineering Division as well as other Energy Delivery Divisions. This should not be a simple wholesale transfer though. More detailed activity analysis will be required as part of the transition but our initial estimates suggest the transferred numbers should be in the 30-40 FTEs range.

Within Energy Delivery we would recommend that Substation Engineering and any remaining functions of T&D Engineering be consolidated into a single Engineering support group. Overall in these recommendations we would expect to see a net reduction of 40 to 60 FTEs and cost savings in the range of $6 million - $10 million per year without reductions in service.

---

[37] Included in response to Data Request #16



HECO Management Audit Final Report

## 16.6   Energy Delivery - Customer Installation Division

### 16.6.1   Overview

The Customer Installation Division (CID) is the group in Energy Delivery responsible for managing customer requested work and customer connections. It operates across the three Companies as a One Company enterprise service. The Director of CID reports to the Vice President of Energy Delivery. CID provides the interface for the electrical service requirements for residential, commercial and industrial customers.  *It is important to note that CID does not actually execute the field work for installations, a service which is performed by T&D Operations.  CID is only responsible for the planning and estimation of the work and the interface with the Customer.*



HECO Management Audit Final Report



The CID organization charts show 88 FTE positions.

CID leadership identified its key objectives as:
- Safely interconnect customers in a well-coordinated and innovative manner
- Preparing plans and design work packages for electrical service requests
- Main point of contact for the Customer
- Resolving Customer issues with its applications for service
- Integration of new One Company approach for CID

CID identifies its primary challenges as:
- Shortage of qualified candidates for filling vacancies, especially for specialist skill sets
- High turnover rate of existing employees
- Increased new work demand
- Customer and Contractor understanding of HECO requirements and process
- Range of connection types from simple house service to RPS and solar installations
- Different processes across the 3 companies to serve the customer

Customer Installation Division highlighted that they focused on these objectives and have adopted various approaches to be successful including:
- Automating meter notification process to reduce connection lead time by 2-3 days.



141

May 12, 2020

## HECO Management Audit Final Report

- Optimizing roles and job functions by shifting the job close out process to clerks and increasing Planners value added time. This has resulted in a significant decrease in Open Work Orders as well as Average days to complete simple requests.
- Improving the online process for customers by upgrading Company website to allow customers easier navigation to CID service.
- Introduction of online newsletter informing Customers of changes, requirements and improvements.
- More customer outreach and education has improved with regular meetings with larger customers/developers to educate and guide them through CID processes.



HECO data only as of October, 2019









May 12, 2020

### HECO Management Audit Final Report

In these areas, CID appears to have had some success in supporting Customers, Developers and managing its workflow as well as seeking continuous improvement. However, from review of the workflows we identified multiple disconnects and inefficiencies in the interactions between CID and T&D operations and duplication of roles and activities between the two groups.

The time to manage a service request from contact to connection is a key measure of effectiveness of the customer support process. Simple service requests have improved materially from 195 days to complete a simple service request in May of 2018 to 138 days in October of 2019. This change is substantial, but the goal of less than 120 days is still high and well outside normal expectations from our experience.

**CID Workflow**







**HECO Management Audit Final Report**

CID have recently developed process maps to improve standardization but they have not yet been fully implemented. They also feature multiple hand-offs which in our view could have been reduced. These process maps appear to reflect a "business as usual" approach rather than a drive to improve process efficiency.

### 16.6.2   CID Observations

While CID narrowly focuses on Customer driven work they appear to share similar expertise and perform similar functions as other Divisions in Energy Delivery. This includes the engineering reviews required for system loading and creation of estimates and work orders.

We also observed that there is not a consistent work process followed within CID. In fact, it appeared that process maps and workflows described were only developed in response to our data requests and do not reflect a previous or dedicated focus on deploying these improvements, which are essential for process improvement and standardization. As part of this process the frequency of handoffs and work duplication should be reviewed and eliminated in the new processes. Our review sessions with CID identified multiple areas for improvement, including the need for a true integration of SAP rather than the current ad hoc and parallel approach - in order to leverage the full capabilities of SAP and, importantly, to align costing and estimates with the rest of Energy Delivery.

Top performing organizations pay attention to business process management to drive efficiencies and deliver customer value. Mapping and analyzing processes are core to supporting a continuous improvement culture - identifying waste, ineffective hand-offs and highlighting non-value add activities which all add cost and reduce quality of the work. Clarifying the process steps, accountabilities and optimizing the available technologies, provides an opportunity for streamlining and creating data capture points to provide visibility for business performance management. Improving the customer experience in this area requires immediate action on developing and implementing these processes.

A major issue we identified that increased our concerns was that CID are estimating the cost of new customer work using an older ESS estimating system, as well as excel spreadsheets, rather than using the Company standard SAP EAM system. As a result, there are multiple variances between the Compatible Units and the underlying costs being used in CID estimates and the Compatible Units used by T&D Ops, the Division who are performing the work. This does not provide a consistent approach to preparing work orders and limits the effectiveness of estimate versus actual cost reviews as well as adding duplicate entries from the ESS system to SAP. The quote to the customer is not based on SAP estimates and current unit costs and therefore may not reflect the true cost of the work.



## HECO Management Audit Final Report



When the work is passed to T&D Ops for execution it has to be repurposed into SAP and the estimate and actual cost of the work can then vary significantly. In addition to transitioning to SAP for estimation and, even before the transition is complete, CID should review the costs incurred during construction and how these compare to the estimate they prepared which reflects the actual charges to the customer. This will allow them to develop a better understanding of the true costs. What we observed was that there is no validation that the estimates are accurate and reflect current installation practices and costs. As a result, it becomes very difficult to establish any audit trail between the cost quoted to the Customer and the true cost of the work. Any underestimation of cost of the work then has to be absorbed in the Energy Delivery budget and there can be no effective oversight of whether T&D operations is executing the work efficiently and on budget as the estimate may be inaccurate.





## HECO Management Audit Final Report

It also became apparent during the review and discussion that CID does not in fact prepare estimates for 75% of its Customer Work. That work is considered standard "off the shelf" work that does not require detailed designs and costs estimates, which means the project can be handed off directly to ED for execution. This raises further questions regarding the value proposition of, and the actual level of contribution, of the group.

We identified during discussion and interviews, that multiple site visits are being performed for most work. This practice should be reviewed as part of a workflow process review and unnecessary site visits eliminated. Leading utilities have implemented a zero site visit approach on simple services, using GIS and Google Maps, which greatly increases productive time and reduces costs.

### 16.6.3   Conclusions

What we identified in CID was that many of the functions it was performing were duplicative and inefficient. The same skills and expertise are required in Energy Delivery for system improvements and maintenance work and it would be more efficient if the same skills were provided from one group that can support multiple areas. This also allows a pooling of resources that can focus on the key priorities more efficiently.

While an effective interface with the customer for estimating and scheduling new connections and other work is essential, what we found in CID is a group with 88 FTEs; that uses a different work estimation system to the execution team; a group that does not perform checks to validate its estimates; a group that has ineffective processes and for the most part appears to simply add unnecessary overhead and an additional layer of bureaucracy. It has no direct responsibility or capability for actually performing the work. It is simply an inefficient and costly intermediary.

When it is considered that the total annual value of Customer Work processed by CID is approximately $36m while the annual cost of the Division is in excess of $12m it becomes even more questionable whether this is an efficient way to do business. These issues urgently need to be addressed to streamline the process; provide a more efficient service to customers and remove unnecessary friction and cost from the system.

### 16.6.4   Recommendations: Customer Installation Division

We recommend that the Customer Installation Division as currently constituted be disbanded. The level of staffing and resources simply to administer and oversee less than $36 million of new connections work is not cost effective or necessary. The critical customer interface should be handled by a small administrative group that takes the first call. Off the shelf work that requires no estimation can be passed directly to the group in Energy Delivery that will develop the workorder and schedule this type of standard work. Work that requires more detail and estimation can be directed to the appropriate planning group in Energy Delivery or Planning & Technology. The customer facing function could reside in the Customer Service Business unit, which would be the logical location. This group would then also be responsible for tracking follow-ups and measure response times. This would



May 12, 2020

also leverage the skillsets and process analysis capabilities that have been demonstrated in the Customer Service group.

The remainder of the functions should be transferred to Energy Delivery Planning to create the design and estimate and then to Construction Management to schedule the work. T&D operations would be responsible for the execution of the work. All estimates, designs and work orders can then be produced in SAP using the same costs and Compatible Units as used for maintenance and project work. This will support compliance with approved standard designs and consistency of materials and costs when creating work orders. It will also enable the same comparison and oversight of actual costs of work versus estimate, along with corrective measures, that should in future become a standard operating procedure for all Energy Delivery work.

We also recommend that an urgent review is performed of the current level of site visits to increase efficiency. In most cases one site visit should be sufficient to complete the estimate and work order. For simple connections where the work is to install only service wire and a meter, the site visits could be eliminated altogether. This improvement could significantly reduce both cost and the time to completion.

Based on these recommendations it is our estimate that the current level of resourcing could be reduced by 30-40 FTEs with no reduction in service to customers through the elimination of unnecessary activities and the removal of duplication. It would also enable better tracking and validation of the true costs of new customer work to ensure customer contributions more accurately reflect the cost and also ensure a more accurate allocation of capital funds.

We estimate the level of benefits from these changes to be cost savings of $5.25 million – $7.0 million per year.



HECO Management Audit Final Report

### 16.7    Energy Delivery - Pole Infrastructure Enterprise

#### 16.7.1    Overview

Pole Infrastructure Enterprise (PIE) is an organization that was created to manage the joint ownership of Distribution poles. As a joint ownership state prior to October 2018, the Companies shared responsibility for managing the joint space with Hawaiian Telcom (HT). The companies also owned many distribution poles jointly with HT, and the city and county of Honolulu. Each owner was responsible for its designated space on the pole and they all shared proportionately in appropriate costs.

With this joint ownership, pole management and joint space administration was difficult and inefficient. Many disputes arose, and Hawaiian Electric was frequently not being paid by joint owners for their shared or leased space. As a result, double poles began to appear. A double pole is created when an older pole is replaced by HECO with a new pole and HT, City, or Spectrum did not transfer their equipment over to the new pole. This replaced pole or remaining portion of the pole must be removed and repairs completed to the civil properties like sidewalks and curbs.

Example of an existing double pole:




These challenges and the decision by the PUC to transfer HT ownership to HECO, led to the creation of the PIE division. In October 2018 after a settlement with Hawaiian Telcom, HECO became the sole owner for managing pole space to accommodate telecom & security attachments for the 120,000 Distribution poles as well as managing the other 80,000 poles. This meant that all carriers were required to rent space on a pole from HECO. PIE was created to manage the compliance of joint pole activities.



May 12, 2020

**HECO Management Audit Final Report**

In 2019 PIE became responsible as the managing owner of the 120,000 shared distribution poles and the remaining 80,000 distribution poles. This includes the leasing of available space on the distribution poles in accordance with the Public Utilities Commission (PUC) and Federal Communication Commission (FCC) mandates. PIE plans include efforts to leverage/lease other available infrastructure to bring in additional revenues. This includes available land, transmission poles and towers and dark fiber (unused fiber). The other activities of PIE include pole attachment audits to find unauthorized and abandoned attachments, monitoring National Electric Safety Code (NESC) violations and vegetation concerns as well as initiating a program to remediate and remove double poles.



PIE has operated as an enterprise service since its inception in 2018. PIE transferred 8 full time and part time employees to accommodate the new business model. An additional 11 headcount was added, bringing the budgeted headcount to 19, as of December 31, 2019. However the current Organization chart shows 17 FTEs.

**16.7.2       Observations**



May 12, 2020

**HECO Management Audit Final Report**

The original rationale for PIE was to institute proper regulatory controls and processes required to understand and control the asset inventory and billing while also initiating a program to remove double poles. The primary activities were focused on ensuring that the revenues due from Joint Users were collected as well as ensuring the necessary regulatory compliance was implemented. In addition, PIE was expected to identify innovative new sources of revenue from joint pole use.

The PIE organization was a rational program to reach these objectives and resolving the prior issues. For the most part PIE has validated the current inventory of attachments on Distribution poles and updated the annual lease revenues to reflect this inventory and to ensure that payments are received. In coordination with Engineering Standards they have been reviewing designs and developing plans to reduce the double pole inventory. In urban areas this can be accomplished by replacing the pole in the same hole and arranging the Telecom transfer to occur at the same time as the pole replacement while a smaller crew remediates the location after the line crew has completed the work. PIE has brought structure and process around joint pole issues and successfully stabilized and improved the flow of revenues due to the Company. They do not perform any of the design or joint pole remediation themselves, instead they pass the work across to T&D operations where our review indicated that it is not necessarily regarded as a high priority.

However, as a separate Division, our review found that PIE started to transition away from a focus on existing revenues or double pole replacements in order to focus more on the area of generating new revenues from innovative opportunities. These new revenues had originally been seen as an additional opportunity but now became a more predominant driver for the Division. To support this objective the organization expanded from the 8 employees brought together originally to 17 staff – with additional staff planned – including establishing its own regulatory and financial support, as well as positions for developing Standards and scheduling work, duplicating skills elsewhere in Energy Delivery. It justified this growth - and additional costs - based on a belief that this was a business that could potentially generate significant new revenue. The emphasis of the Division changed from the original purpose of addressing the regulatory joint pole issues and stabilizing revenues to promoting itself as an independent profitable business.

Unfortunately, a review of the financials shows a different story.



May 12, 2020

**HECO Management Audit Final Report**

## HECO Financial Forecast

13

PIE Financial Model
Profit & Loss 10 yr Forecast

| | | | | | Hawaiian Electric | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
| **Revenues** | | | | | | | | | | |
| HT existing pole attachment revenues | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 | 2,371,807 |
| HT new pole attachment revenues | 5,112 | 10,224 | 15,335 | 20,447 | 25,559 | 30,671 | 35,782 | 40,894 | 46,006 | 51,118 |
| HT new pole application revenues | 17,291 | 17,291 | 17,291 | 17,291 | 17,291 | 17,291 | 17,291 | 17,291 | 17,291 | 17,291 |
| HT double pole remediation revenues | 334,693 | 334,693 | 334,693 | 334,693 | 334,693 | 334,693 | 334,693 | 334,693 | 334,693 | 334,693 |
| HT unbilled pole revenues | - | 1,478,167 | 1,478,167 | 1,478,167 | - | - | - | - | - | - |
| Other attachment / ancillary revenues | 2,859,891 | 3,097,489 | 3,319,438 | 3,550,796 | 3,792,480 | 4,045,539 | 4,311,169 | 4,590,746 | 4,885,850 | 5,198,303 |
| Revenues Total | 5,588,795 | 7,309,671 | 7,536,732 | 7,773,202 | 6,541,831 | 6,800,001 | 7,070,744 | 7,355,432 | 7,655,648 | 7,973,213 |
| **Expenses** | | | | | | | | | | |
| Incremental O&M expense | 2,920,001 | 2,739,078 | 2,745,578 | 2,800,490 | 2,856,500 | 2,913,630 | 2,971,902 | 3,031,340 | 3,091,967 | 3,153,806 |
| Double pole remediation expense | 313,323 | 313,323 | 313,323 | 313,323 | 313,323 | 313,323 | 313,323 | 313,323 | 313,323 | 313,323 |
| Depreciation expense | 786,842 | 786,842 | 786,842 | 786,842 | 786,842 | 786,842 | 786,842 | 786,842 | 786,842 | 786,842 |
| Insurance expense | - | - | - | - | - | - | - | - | - | - |
| Taxes other than income | 382,840 | 365,197 | 365,831 | 371,186 | 376,647 | 382,218 | 387,901 | 393,697 | 399,609 | 405,639 |
| Operating Expenses Total | 4,403,006 | 4,204,440 | 4,211,574 | 4,271,840 | 4,333,312 | 4,396,013 | 4,459,968 | 4,525,202 | 4,591,741 | 4,659,610 |
| **OPERATING INCOME** | 1,185,789 | 3,105,232 | 3,325,158 | 3,501,361 | 2,208,519 | 2,403,988 | 2,610,776 | 2,830,230 | 3,063,907 | 3,313,602 |
| Conceptual allowed return on pole assets (grossed-up for revenue and income taxes) | 2,286,318 | 2,232,042 | 2,240,408 | 2,252,155 | 2,208,044 | 2,107,840 | 2,010,313 | 1,914,279 | 1,818,460 | 1,722,641 |
| **INCOME BEFORE INTEREST CHARGES** | (1,100,529) | 873,189 | 1,084,750 | 1,249,206 | 475 | 296,148 | 600,463 | 915,951 | 1,245,447 | 1,590,962 |
| Interest charges | - | - | - | - | - | - | - | - | - | - |
| **NET INCOME/(LOSS)** | (1,100,529) | 873,189 | 1,084,750 | 1,249,206 | 475 | 296,148 | 600,463 | 915,951 | 1,245,447 | 1,590,962 |

Original: $1.3M
HECO Rate Case Variance: $450K

**Hawaiian Electric**
**Maui Electric**
**Hawai'i Electric Light**

As the forecast shows more than 95% of the revenues flow to the Company as a result of the existing double pole agreements. These revenues are not the result of new business opportunities and are not earned via any direct PIE activities. The double pole agreements and revenues would exist and be achieved with or without PIE. The "new" revenues are insignificant and scarcely cover the additional costs of a single FTE let alone the numbers added based on the business plan. In short, reorienting PIE as a Business which in and of itself was responsible for significant revenues was in our assessment a flawed proposition.

The underlying reasons for the creation of a team to address the regulatory issues of uncollected revenues and to get the double pole inventory established and up-to-date were in our view compelling and sound. However, we must question the commercial logic underpinning the further expansion of PIE. While we applaud the intent of pursuing innovative new revenue streams some additional due diligence and closer review of the Business plans would have supported a more measured approach and certainly not encourage an unfunded expansion. A more rational approach would have been to create a short-term program under a program manager to address the problem of unbilled/uncollected revenues, initiate remedial action to stabilize and correct issues until achieving some level of acceptable steady state, then consider what were the realistic targets for new revenues. Instead the creation of PIE has led to some duplication of roles and responsibilities adding unnecessary costs, while the business has shifted focus in pursuit of new revenues that are both limited and unproven.



HECO Management Audit Final Report

### 16.7.3    Conclusions

The positive aspect of PIE was that it was able to deliver proper analysis of revenues that the Company should be receiving from its joint pole contracts.  It has also helped to establish a more accurate and current inventory of double poles which must be remediated. These are positive and valuable achievements.  However, we see little rationale for PIE continuing as a stand-alone Division.

We also have very serious questions around allowing PIE to claim credit for revenues that would accrue to the Company regardless of the existence of PIE.  It is evident from PIE's own projections that any incremental new revenues from joint pole initiatives will have no material impact on overall joint pole revenue.  The cost savings from eliminating unnecessary PIE overhead will greatly exceed any new incremental revenues based on the current projections.   This is not to suggest that pursuit of these new revenues is a bad idea.  It should, however, be done in a more logical fashion, with a more appropriate resource mix and cost structure, and predicated upon proven success rather than the current approach.

### 16.7.4    Recommendations: Pole Infrastructure Enterprise

We recommend that the Company discontinues the current PIE organization.  The necessary work of managing and billing for joint use revenues, which has now been successfully identified and resolved by PIE, should be absorbed into non-revenue billing.  Remediation of double poles should become part of the maintenance program for T&D Operations and prioritized properly if the issue is to be contained and reduced.  New revenue pursuits with regard to joint poles should be incorporated into Business Development, subject to proper analysis of whether there is material value in the effort.  Otherwise it should be discontinued other than management of requests from Customers wanting new service on joint poles.  Standards for designs on how new attachments are installed should move to Engineering Standards.

We also recommend that the Company learns from this episode, particularly as it strives to identify new revenue streams.  New business ventures can be difficult, especially for utilities.  It is important to do a thorough and objective financial analysis of all impacts.  New revenues per se have no added value when the cost of realizing them is greater than the revenues.  This aligns with our experience of multiple instances across several utilities when staff with limited commercial experience or expertise, who have only operated in monopoly regulated environments, promote new revenue ventures.  We have found in most instances that these ventures incur costs that greatly exceed projections and that the promised additional revenues fail to materialize at sufficient scale to justify the effort.

Adoption of the above recommendations would in our estimate result in savings of the order of $1.40 million -$1.75million per year and a reduction in the range of 8-10 FTEs.



May 12, 2020

## HECO Management Audit Final Report

### 16.8    Energy Delivery – Transmission and Distribution Strategies
### Engineering Standards & Training

#### 16.8.1    Overview

As part of the Energy Delivery reorganization in October 2019 there were two new support Divisions created:

- T&D Strategies
- Engineering Standards & Training

The Company provided us with separate presentations outlining the functions of these groups. However, the presentations were given by the same Director and the most current Organization charts provided to us (dated 2/19/20) showed what appeared to be both of these groups under a single Division called Engineering Standards and Training. Our review of the materials provided also highlighted to us that there seemed to be duplication and overlaps between the roles stated for each group and little apparent rationale for them existing as separate Divisions. Accordingly, we have consolidated both Engineering Standards and Training and T&D Strategies Divisions into this section for the purpose of this review.

Transmission and Distribution Strategies and Engineering Standards and Training Divisions operate across the three companies as an Enterprise Service. The Directors of each group report to the Vice President of Energy Delivery. These newly formed organizations were a result of a consolidation of functions under the previous three Company structure.

Their primary functions include:

- Analyze existing Energy Delivery work practices/flows and recommend improvements to increase efficiency and lower costs.
- Vegetation Management – Plans, strategies, implementation, and measurements for vegetation management for HECO.
- Executing Asset Management Strategies and T&D Maintenance Programs (e.g. Test & Treat, Preventive & Corrective Inspections) for HECO.
- Establish a well-defined and vetted material stock list for the Energy Delivery area. This involves updating existing specifications for material, generating specifications for new material, and removing obsolete material.
- Monitor the performance of materials and equipment to determine if there is a need to change based on performance.
- Provide training to engineering staff to equip them with the knowledge of basic utility design calculations so that they can better understand design standards.
- Provide the material, design standards, and training so the various engineering functions design efficiently using standardized materials and designs in the Energy Delivery area.

We observed that many of these claimed functions resemble very closely activities described as core functions within other Energy Delivery Divisions.



## HECO Management Audit Final Report

## Standards and Training Organization



The Organization charts show 58 FTEs.  This includes 14 FTEs in the Standards & Training group and excludes the vacant T&D Strategies Director position.

Munro Tulloch
Delivering Utility Solutions

154

May 12, 2020

**HECO Management Audit Final Report**

### Key Challenges

- Standard design and standard material changes are difficult but necessary to achieve the objectives and goals of Engineering Standards & Training.
- The insular nature of Hawaii adds a level of difficulty implementing change that utilities on the mainland don't experience.
- There is limited 'in migration' so engineers and linemen are generally 'home grown'. They lack the experience of being at other utilities and often lack the 'social' interaction with other utilities.
- Under One Company the goal is to have a single stock material catalogue and stronger controls over material used. Without common standards across the three companies unit costs will vary widely and it will be difficult to generate metrics to assess and benchmark performance and efficiency.

### 16.8.2  Standardization of Design and Materials

One of the critical components of efficient work and asset management is the use of common standards and design Compatible Units[38]. Having common standards that use Compatible Units and standard costs enables consistency and accuracy in estimating costs of work. It is also fundamental in the planning and scheduling of work.

The Engineering Standards group commissioned an external consultant to review Compatible Units. The plan was to have a draft report due in December 2019 and the final report delivered in Q1 of 2020. The draft report was delayed. This is an important project to complete as it will be the beginning of consistent processes across the creation of Distribution work orders. We were surprised that this work to standardize Compatible Units had not been completed as part of the ERP/EAM project which would have been the logical time to perform it and would have not subsequently incurred additional cost.

This group is also reviewing the three separate material stock catalogs, one for each Company, that contain 22,681 stock items. Some of these include unique items that are not commonly utilized across the three Companies. The end goal for this review will be to have a single stock catalogue by June of 2021 and the removal or standardization of the current list of 2,562 unique items. This work will also impact the materials used in Compatible Units as some existing material that is in current designs will no longer be used and will be replaced by materials available in the new catalogue listing. A unified standards committee will be created that controls additions and removals of material from the catalog.

---

[38] Definition: *"A compatible unit ("CU") is a template used by engineers that defines labor, materials, services, and tools that are required to perform work such as installing a utility pole. CUs are used to estimate the costs and resource requirements associated with work orders and for assessing actual performance against performance standards. These CUs can be reused for estimating and planning purposes on similar jobs without having to develop them from scratch, each time resulting in shorter design cycles, reduction in field engineering and rework requirements, and more accurate job estimates."."* From docket 2014-0170 2019



**HECO Management Audit Final Report**

### 16.8.3   Vegetation Management

Vegetation Management has not been able to complete its planned mitigation programs over the last few years and has underspent its budgets. This may in part be a result of its yearly spend being curtailed in order to counter overspends elsewhere to meet the overall budget in Energy Delivery. Regardless, the impact of not completing vegetation management work is showing up in increased Distribution trouble calls as a result of vegetation interference with overhead lines.  It also means that some scheduled distribution work has to be delayed until Vegetation Management crews can make work sites ready for T&D Operations to commence its routine work, increasing costs.

The other impact is that when Vegetation crews are required to divert to respond to specific sites to clear work areas for crews, this delays the program  and creates a higher unit cost for T&D Operations. Without a strategy to complete the annual work program as well as catch up on the overdue work, these results will continue and will increase the negative impact on the Company and costs for T&D Operations, as well as impacting reliability and increasing fault outages.

We were surprised to discover that management and monitoring of vegetation management work by the Company was based purely on the expenditure on the program.   There were zero metrics identifying the volume of work performed and line miles cleared.  When this issue was raised with the Company, they appeared to have little understanding that unit measurements are essential in order to provide feedback as to whether the spend is effective and to estimate the scale of the backlog.  It is concerning that they would budget $22.6m in 2020 for vegetation management with no supporting metrics or unit costs, only considering historic spend against budget.  This is an unacceptable approach that must be remediated urgently.

### 16.8.4   Conclusions

The creation of this organization appears to be seriously lacking in any objective rationale.  It appears to be an aggregation of several diverse groups – both operational delivery and support – to justify the creation of additional Divisions in Energy Delivery.  It is even more confusing that one of these Divisions had only 14 FTEs yet it had been created separately with a Director position. We found this to be a recurring theme in our review of the post October 2019 Energy Delivery structure.  Divisions in some instances appear to have been created around available people instead of necessary functions.

The duplication of functions by these groups, purportedly including Asset Management and mobile workforce development, which we also saw as claimed responsibilities elsewhere, raises further questions around these Divisions.  One of the supposed reasons for this group was to identify efficiencies and opportunities to standardize and reduce costs for the Company.  Given that the annual operating cost of these two Divisions – excluding external spend – is in excess of $8m, significant efficiency savings would be necessary just to break even.



**HECO Management Audit Final Report**

### 16.8.5    Recommendations: Transmission and Distribution Strategies
### Engineering Standards & Training

We recommend that both Transmission and Distribution Strategies and Engineering Standards and Training Divisions be discontinued and absorbed into other groups to streamline the business.

- Engineering Standards and Training should transition to the successor group to T&D Engineering.
- Vegetation management should be moved to T&D Operations with a focus on catching up on its backlog of work and ensuring they also complete the work identified in each upcoming year *based on measured Units, not just historical spend.*
- The process efficiency group (Black Belt Practitioners) are valuable resources who should be integrated into the Operations Excellence Office[39] or assigned to the Business Units as necessary with dotted line reporting and coordination with the Operations Excellence office. Under either model, its activities should be tightly aligned with the overall activities of the OE office for that particular business unit.

As a result of these changes and an analysis of the staffing required, we would estimate a reduction of 14-22 FTEs and a cost saving in the range of $2.45 million - $3.85 million per year with no reductions in service.

---

[39] Operations Excellence Office created in Operations Group in April 2020



May 12, 2020

**HECO Management Audit Final Report**

### 16.9 Energy Delivery - Project Management and Capital Budgets
*(see also details in Section 10.3)*

#### 16.9.1 Overview

Strong Project Management expertise is a critical capability in a delivery organization responsible for execution of major capital projects if the work is to be performed efficiently and within budget. As part of the Energy Delivery restructure a separate Project Management and Capital Budgets Division was created. This appears appropriate given that Energy Delivery has the majority of large projects within the Company and has the most to gain from leveraging a professional and disciplined project management culture.



The Organization Chart shows 27 FTE positions.



**HECO Management Audit Final Report**

### 16.9.2  Observations

The role of the group is described as

*"The Project Management-Capital Budgets Department was created and staffed to provide dedicated support to large, complex, often multi-year project and program investments. The objective of the group is to bring both professional program management skills and specific project and program business knowledge and expertise that reduces program risk and improves business adoption and success. The group actively manages on average, approximately $80 million per year in capital projects/programs which is included in the overall $280 million in capital investments per year for Energy Delivery. The group also provides management and oversight of the total $280 million capital investments for Energy Delivery. The group leverages specialty Subject Matter Experts ("SME") and brings an overall project and program management discipline to plan and execute at a project/program level. Financial governance and oversight of the Energy Delivery capital budget is done at a project and program level in compliance with Corporate Financial guidelines, requests and requirements."*

However, when we examined more closely the activities of this group, and also reviewing the Reponses to Data Request #25[40], we found that, instead of being focused on effective project delivery, this group is primarily engaged in up front work on project development and overall Energy Delivery Capital budget management. For example, some of the tasks and roles claimed as responsibilities of this group[41] include the following:

- *Develops relationships for deliberate alignment at the executive/director level with both internal and external parties to bridge the gap between high-level corporate activities and the operational functions of Energy Delivery.*
- *Develop and implement processes and procedures for PMD to execute Corporate goals and strategies to ensure compliance with governmental and financial rules and regulations.*
- *Intervenes and translates work products from internal departments and divisions to allow Energy Delivery project level execution.*
- *Early recognition of items and topics for standardization and consistency throughout the department, stakeholders, including advanced recognition of the need for escalation. Specializes in intake of work products from internal departments and divisions to refine scope and conduct Commission-required alternatives evaluation (e.g., NWA) to develop recommendation and supporting justification and/or business case in alignment with Corporate strategic plan. Frequent communication and approvals, as needed, through all levels of the Company, with emphasis at the upper management and executive level*
- *Review work products from internal departments and divisions to refine scope and conduct alternatives evaluation (e.g., NWA) to develop recommendation and supporting justification and/or business case in alignment with Corporate strategic plan. Communication through all levels of the Company, with emphasis at the upper management and executive levels*

While some of these claimed activities are necessary and worthwhile, they appear to be predominantly pre-project initiation planning, internal communication and overall Energy Delivery capital budget management as opposed to Project/Program management activities focused on delivering projects and programs. Given that the total costs for this group (23 FTEs currently, 27 budgeted positions) in 2019 was in excess of $3.5m, this PM &CB Division appears to be an example of a group that nominally appears to have a much needed skill set and should add value through effective management

---

[40] Company response to Data Request #25
[41] Project Management and Capital Budgets Division presentation dated 1/10/2020

 Munro Tulloch
Delivering Utility Solutions.

**159**

of projects. Instead it has morphed into an internally focused organization that no longer fulfils its primary role.

### 16.9.3    Conclusions

The Project Management and Capital Budgets Division appears to have developed a role of its own far removed from the intended focus on Project Management. Most of the activities it now performs are duplicative of other departments and are more effectively performed elsewhere in the organization. Within a revised and streamlined Energy Delivery organization tasked with efficient and cost-effective execution of work there is no place for the current PM&CB group which appears to be more focused on internal procedures and bureaucracy than delivering value.

There is however still an urgent need for effective and skilled Project Management expertise in Energy Delivery which should be delivered as part of Project Delivery and *tasked with cost effective Project Delivery*.

### 16.9.4    Recommendations: Project Management and Capital Budgets

We strongly recommend that the current Project Management and Capital Budgets Division be dissolved. It appears to have developed a different focus than its intended role of Project and Program Management. Many of the activities it now performs are duplicative of other departments and are more effectively performed elsewhere in the organization.    Within a revised and streamlined Energy Delivery organization tasked with efficient and cost-effective execution of work it is not required in its current format.

There is however an urgent requirement for skilled Project Management expertise in Energy Delivery within a smaller PMO group *tasked with cost effective Project Delivery*. We would suggest this group consist of 4-6 project managers with relevant business expertise. This could produce FTE savings of 10-12 and cost savings of $1.75 million - $2.1 million per year.



# 17    Power Supply

## 17.1    Overview

The Power Supply organization operates and support the Generation plants across the Company. The Vice President of Power Supply reports to the Senior Vice President of Operations.



There are 702 FTEs in Power Supply over the 7 Divisions. For Power Supply HECO Oahu there are 435 FTEs.

This structure is in line with what we would expect to see in an operational group with these responsibilities. With the transition to renewable power generation the workload of this group is likely to change dramatically in future years. Power Supply is faced with effectively winding down by 2045 as most renewable generation is anticipated to be provided from independent power producers.

Power Supply faces a number of challenges, including, but not limited to:
- Managing the business for an indefinite period of time towards an eventual rundown and phase out as renewables replace existing fossil fueled generation
- Sustaining employee morale through an extended run-down process
- Operating a generation fleet designed for base load operations as cyclical peaking units as renewable generation on the system increases.



May 12, 2020

## HECO Management Audit Final Report

- Increasing maintenance issues for a generation fleet that has an average age of the Steam Units at 54 years
  - 9 of 12 units >50 y/o
  - 1 of 12 units < 40 y/o
- Increased difficulty in obtaining spare parts for older equipment
- Increased maintenance requirements due to changed operating characteristics and ageing plant
- Reduced opportunities for taking units out of service for maintenance as new renewable sources are taking longer to come on line than projected
- Increasing risk of failure of existing generation plant

### 17.2   Observations

Power Supply has for several years had a very strong focus on performance management and continuous improvement through efficient processes. They have adopted various techniques including applying LEAN continuous improvement, value stream analysis and waste elimination to improve efficiencies and performance.

Power Supply has recognized the magnitude of the challenges they face and stepped up its efforts to keep plant operational and become more cost efficient. This focus has become the dominant culture for the business and enabled some innovative new approaches to performance improvement through leveraging end to end process improvements and analytics. As a result of this they have delivered:

- Headcount reductions
- Overtime reductions
- Lower supplemental labor costs
- Safety performance improvements
- Maintained compliance with environmental regulations
- Efficiently performing increased levels of maintenance
- Reduced unit costs

An important element in delivering these performance improvements has been the strong focus on communication and visibility of metrics across the organization to enable all staff to understand the goals and outcomes and how they individually can influence them. Communications and updates are prominently posted throughout operational locations. Some examples are shown below.



**HECO Management Audit Final Report**



## Division Metrics, KPIs, Dashboard, and Benchmarks





May 12, 2020

**HECO Management Audit Final Report**

## Overtime Reduction Power Supply OAHU Division



## Headcount Reduction - HECO Oahu



| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 Oct YTD |
|---|---|---|---|---|---|---|---|---|---|
| ■ VP Power Supply | 5 | 6 | 9 | 8 | 7 | 5 | 5 | 5 | 5 |
| ■ Gen Proj Development | 1 | 4 | 3 | 3 | 3 | 4 | 3 | 4 | 4 |
| ■ Fuels (includes Biofuel in 2011) | 15 | 15 | 16 | 15 | 15 | 15 | 11 | 9 | 10 |
| ■ Environmental | 29 | 31 | 33 | 31 | 34 | 34 | 30 | 31 | 31 |
| ■ Pwr Sup Engineering | 83 | 87 | 78 | 68 | 67 | 62 | 65 | 64 | 60 |
| ■ Generation - Oahu | 387 | 388 | 377 | 371 | 354 | 340 | 342 | 335 | 325 |

As part of its efficiency drive and cost containment, Power Supply has been an early adopter of the new SAP ERP/EAM system. During the implementation they performed the essential process redesign work – which was unfortunately not executed in some other areas of the Company – in order to fully leverage the technology to support operations and improve business performance. Its approach and ongoing use of the system is a salient example to the rest of the Company – and Energy Delivery in particular – of how it can be used to reduce costs and improve performance.



**HECO Management Audit Final Report**

The planning of jobs is at an advanced stage where job estimates/planned costs are based on standard units of labor, material and services. And when work is completed the Plan versus Actual costs of work are viewable in SAP to identify if the work has been performed efficiently. Power Supply is continually improving these estimates using Plan versus Actual metrics for recent jobs completed. This enables ongoing review and oversight of the cost of work performed to ensure it is in line with expectations and budgets as well as providing insight into how the costs can be further reduced.

They are successfully leveraging SAP to modify Resource Planners workload, creating Maintenance Tasks in SAP, creating Maintenance Plans in SAP, utilizing Bills of Materials in SAP on work orders and capturing planned and actual costs and using these results to modify job plans and schedules for future work.

## 17.3    Power Supply Fuels Division

### 17.3.1    Overview

Effective Fuels procurement is an essential area for any generation operator. This is exponentially more critical when the Company is facing change on the scale HECO finds itself with the transition to a 100% renewable energy future. In addition, the Company must address specific challenges in the Fuels area including:

- Increased uncertainty around fuel consumption
- Internal cost controls for
    - reducing fuel consumption
    - Reducing fuel handling costs
    - Managing petroleum fuel contracts to ensure adequate supply

The Fuels Division organization at HECO operates across the 3 companies as an enterprise service. The Director reports to the VP of Power Supply. The Fuels Division operates as an internal service purchasing and supplying fuel needs for Generation. There are 12 FTEs shown in the Organization chart.



**HECO Management Audit Final Report**



### 17.3.2  Observations

Our review of Power Supply's Fuel Division showed they have been proactive in delivering strong cost savings and process improvements.

Fuels Division has applied significant effort and focus in improving its fuel procurement practices. It has successfully adapted innovative approaches to improving its fuel solutions by:

- Overall headcount reduction from 15 staff in 2016 to 10 staff in 2019 accomplished through a review of fuel and lab testing process and eliminating over 1200 unnecessary or redundant tests saving $230,000 a year.
- Negotiating no minimums in new fuel contract
- Installing a new pipeline in IES and CIP with savings of:
  - 2018 savings $119,000
  - 2019 savings $$600,000 estimated
  - 2020 savings $29,000 estimated







Power Supply also has changed its fuel supply model and fuel contracts to facilitate savings in a market where its demand is diminishing. These savings are in fuel itself as well as in FTE headcount reduction.



Case 3:23-cv-04332-JSC    Document 107-30    Filed 03/18/25    Page 169 of 219

The fuel savings from a new fuel supply contract for LSFO, diesel and MATS fuel amounts to a savings of $21,800,000 annually based on the fuel prices from August 2018 to August 2019.

## 17.4    Conclusions

Power Supply began its efficiency improvement initiative in 2012 and are well ahead of other business units in the Company in being innovative and cost focused.    They demonstrate a very strong performance management culture which supports scheduling efficiency, cost management, reduced overtime and a commitment to ongoing continuous improvement processes.    The Business faces unique challenges in being responsible for keeping ageing generation plant operating well beyond its design life – and for an indeterminate period of time till more renewable sources come on line - in a manner it was not designed for.  Inevitably this increases maintenance costs and makes it more difficult to achieve reliability and generation security.  To date this has been addressed effectively through focused management and innovative approaches.

It should be expected that Generation O&M costs will continue to increase and reliability may reduce as plant ages further but this is an inevitable trade-off from running plant well beyond its design life. We do have concerns that, despite best efforts, the risk of failures in parts of the plants – including catastrophic failures - will continue to increase.  This could result in some essential plant becoming out of service for an extended period due to non-availability of components.

This could potentially stretch overall generation capacity on Oahu to its limits, threatening overall system availability and reliability at peak periods.    In our estimation this is an important risk that should not be disregarded and contingency plans should be developed.

## 17.5    Recommendations

We recognize that the Power Supply Business unit is a high performer in the Company.  It is to be commended for its focus on cost reductions and efficiency and the development of a strong performance management culture across all levels of the business.  We recommend they continue along the same lines delivering incremental improvements.

We also recommend that the approaches adopted and implemented successfully should be shared much more widely across the Company in areas where change and improvements have not been delivered. Power Supply is a strong example of how embedding project managers and black belts can be an effective approach when leadership has established a culture of continuous improvement.  This culture could also be successfully propagated to kick start change in other business units with some selective transfers of key staff from Power Supply who have successfully delivered some of these initiatives.    In particular we would recommend that all Business Units adopt the practice of widely communicating and posting results of their progress against performance metrics and cost targets.

It is an essential requirement that Power Supply continues to keep existing generation units functional in the new operating environment until a bigger proportion of new renewables comes online. We would recommend the Company performs a probabilistic risk assessment of age-related failure of current generation assets in order that any required initiatives to ensure reliability of supply to avoid extended outages can be identified and planned.



Fuels Division is functioning with a strong focus on its critical mandate of reducing costs, and maintaining reliable fuel supply. They have also demonstrated a strong focus on reducing controllable costs and overheads. We recommend they continue on this course.



# 18    Savings and Benefits

## 18.1    Benefits Overview

Throughout the sections of this report dealing with Business Units across the Company we have identified where possible the potential benefits from implementation of our recommendations. These benefits fall predominantly into four categories:

1. Savings as a result of FTE reductions
2. Savings delivered through increased efficiency and processes e.g.
   a. Elimination of non-value adding and duplicative work such as unnecessary multiple hand-offs between groups
   b. Improving workforce efficiency and productivity through improved planning and scheduling, reducing overtime and penalties
3. Savings from reduced costs e.g. strategic sourcing to reduce materials and services costs, fewer fleet vehicles required
4. Non-cash intangible benefits e.g., improved level of service, reduced outage times

We have provided our estimates of benefits in the first three categories. We have estimated value over a range of minimum (easily achievable) to maximum (stretch target, possibly requiring additional investment to achieve). Our estimates are based upon our audit findings, our industry experience in restructuring and on industry benchmarks. For FTE reductions we have used a loaded cost assumption of $175k/year per FTE. We have also assumed a standard one-off cost of $50k per FTE reduction although we recognize that some of these reductions may occur through natural attrition and elimination of vacancies currently included in rate recovery.

With regard to timing we have erred on the side of caution in our assumptions and imputed that the savings could take up to 3 years to reach steady state i.e. full value of savings delivered on an ongoing basis by the start of 2023. We have also assumed in our benefits model the incidence of FTE reductions savings targets (Categories 1&2) to increase to reach final steady state by the following proportions:

- 25% by end of 2020
- 40% by end of 2021 (i.e. 65% of total)
- 35% by end of 2022 (i.e. 100% of total)

And for Category 3 savings to reach final steady state to be:

- 50%    by end of 2021
- 100%    by end of 2022

Recognizing that Category 3 expenditures may already have been committed for 2020.

While not included in the calculated benefits value, it is our previous experience that, apart from the direct loaded cost savings from FTE reductions, longer term there are additional follow-on savings, particularly in Corporate overhead costs, that can be realized as a consequence of improvements made elsewhere e.g. fewer staff eventually delivers reductions in HR & Administration costs as well.



**HECO Management Audit Final Report**

We have not imputed any value or cost reduction in our benefits model for category 4 benefits, although there is undoubtedly value to be gained through improving customer service and perceptions of the Company.

Given that our audit identified a range of potential benefits in each area we are cognizant that the best case scenarios – maximum benefits – may be overly optimistic and also it is possible that, with organizational restructuring, there could be overlaps and double counts in some of the identified savings. The range of our estimates is from $17.4 million at a minimum to $35.7 million at the top end. Therefore, we have assumed in our model the mid-range of savings in each area as a reasonable efficiency target. This is estimated on a steady state basis of $26.575 million per year in net savings after 3 years.

We have also endeavored in our savings and benefits model and our proposals to ensure that projected savings are not at an unrealistic level requiring the Company to take actions that would potentially damage the future sustainability of the Company as well as threaten its ability to provide the necessary systems and infrastructure to support the 100% RPS goals. Our estimates and proposals are all targeted at reducing waste, removing duplication, improving the value of investment, and providing reliable and resilient service to customers in parallel with maintaining an investment grade credit rating and remaining financially healthy.

The recommendations should be considered an essential prelude to moving towards a Performance Based Regulatory (PBR) structure which would the offer the Company an opportunity to retain some of the upside in future improvements if it achieves its targets. As a result of this Management Audit both the Commission and the Consumer Advocate should have a more transparent and holistic view of the Company's Operations which can inform the 2020 HECO rate review and future regulatory proceedings.

It is notable that the Company has already initiated a number of actions to address many of the issues we have identified here. As a result, they will deliver some of the identified savings in 2020. This highlights the benefit of sharing information and initial findings with the Company during the audit as it has enabled earlier corrective actions – and consequently earlier delivery of benefits – than would have been possible if the findings had been withheld until the completion of the audit. The Company should be commended for being proactive in pursuing these improvements. This also can be taken as a positive sign for the further improvement opportunities that may be facilitated in a PBR environment.



## HECO Management Audit Final Report

### 18.2    FTE Savings Opportunities

| Business Area | Current FTEs | Current vacancies | Specific Source of Saving | FTE Reductions | | | FTE $$ savings ($000)* | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Min | Mid-point | Max | Min | Mid | Max |
| Corporate Finance | 99 | 7 | Admin | 1 | 2 | 3 | $175 | $350 | $525 |
| Planning & Technology Admin | 7 | 2 | Admin | 1 | 2 | 3 | $175 | $350 | $525 |
| Planning & Technology & Asset Management | 93 | 14 | Planning& grid tech | 6 | 8 | 10 | $1,050 | $1,400 | $1,750 |
| Corp /Comm Relations/ Marketing/Communications | 63 | 4 | VP/Direct or +General staffing | 5 | 7 | 9 | $875 | $1225 | $1575 |
| EOS | 201 | 21 | E&W | 3 | 4 | 5 | $525 | $700 | $875 |
| **Energy Delivery** | | | | | | | | | |
| General Admin | | | Administrators | 5 | 6 | 7 | $875 | $1,050 | $1,225 |
| T&D Ops | 481 | 90 | T&D Ops supervisors | 4 | 5 | 6 | $700 | $875 | $1,050 |
| S/S engineering | 52 | 4 | | 8 | 10 | 12 | $1,400 | $1,750 | $2,100 |
| T&D engineering | 85 | 6 | | 40 | 50 | 60 | $7,000 | $8,750 | $10,500 |
| Project management & Capital Budgets | 27 | 4 | | 10 | 11 | 12 | $1750 | $1,925 | $2100 |
| CID | 88 | 2 | | 30 | 35 | 40 | $5,250 | $6,125 | $7,000 |
| PIE | 17 | 3 | | 8 | 9 | 10 | $1,400 | $1,575 | $1,750 |
| Eng. strategies and Training | 58 | 11 | Strategies, standards, training | 14 | 18 | 22 | $2,450 | $3,150 | $3,850 |
| Test and Substation | 182 | 22 | | 6 | 8 | 10 | $1,050 | $1,400 | $1,750 |
| | | | | | | | | | |
| **Totals Before transfers** | **1453** | **190** | | **141** | **175** | **209** | **$24,675** | **$30,625** | **$36,575** |
| Transfers to Asset management from ED | | | Increase in headcount for Asset Management | 50 | 40 | 30 | $8,750 | $7,000 | $5,250 |
| **Total FTE savings opportunities** | | | | **91** | **135** | **179** | **$15,925** | **$23,625** | **$31,325** |

[42]

**\*Excluding realization costs**

---

[42] All FTE numbers shown in Section 18 and throughout the report – unless specifically stated otherwise - are based on the Company Organization Charts dated 2/19/20, as validated with the Company.



**172**

**HECO Management Audit Final Report**

## 18.3    Non-FTE Savings Opportunities

**NON-FTE savings Opportunities**

| Business Area | Specific Source of Saving | FTE $$ savings ($000) | | | Notes |
|---|---|---|---|---|---|
| | | Min | Mid | Max | |
| Regional operations | Improved trouble management | $300 | $650 | $1,000 | |
| EOS | Fleet reduction | $500 | $750 | $1,000 | Years 2&3 |
| | Fleet Utilization | $200 | $300 | $400 | Years 2&3 |
| | Strategic Sourcing* | | | | Already accounted for in ERP/EAM |
| HR | CBA improvements | $500 | $1,250 | $2,000 | Years 2&3 |
| | | | | | |
| Total Non-FTE Savings Opportunities | | $1,500 | $2,950 | $4,400 | |

*Strategic Sourcing savings in the range of $2-4M have already been accounted for in ERP/EAM benefits

## 18.4    Total Savings Opportunities*

| | FTE Reductions | | | $$ savings ($000) | | |
|---|---|---|---|---|---|---|
| | Min | Mid-point | Max | Min | Mid | Max |
| Total FTE savings opportunities | 91 | 135 | 179 | $15,925 | $23,625 | $31,325 |
| Total Non-FTE Savings Opportunities | | | | $1,500 | $2,950 | $4,400 |
| | | | | | | |
| Total Savings Opportunities | 91 | 135 | 179 | $17425 | $26575 | $35725 |

*Excluding realization costs



May 12, 2020

## 18.5    Savings Summary

As can be seen from the tables in 18.2, 18.3 & 18.4 the Total savings opportunities identified are in the range of $17.425m to $35.725m with FTE reductions of 91-179.

Taking the mid-point numbers this suggests realistic savings opportunities from 135 FTE reductions and $26.575m in total savings. These are all net numbers for steady state from the beginning of year 4 onwards although of course the savings will be delivered progressively during the preceding years. In years 1-3 there will be associated implementation costs for reductions in staff, estimated at $50k/FTE. Thus, the projected cash flow savings would be:

| Year End | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|
| FTE Reductions incremental | 34 | 54 | 47 | 0 | 0 |
| FTE Reductions cumulative | 34 | 88 | 135 | 135 | 135 |
| Total FTE $ savings annually ($000) | $5,950 | $15,400 | $23,625 | $23,625 | $23,625 |
| Non-FTE $ savings annually ($000) | $0 | $1,425 | $2950 | $2950 | $2950 |
| Realization Costs ($000) | ($1,700) | ($2,700) | ($2,350) | $0 | $0 |
| | | | | | |
| Total Net annual Savings ($000) | $4,250 | $14,125 | $24,225 | $26,575 | $26,575 |

We consider this a realistic target for savings based on our analysis. The areas of savings may vary depending on the actions and findings of the Company. Some of the non-FTE projected savings e.g. from revisions to the CBA make take longer to deliver which would change some of the phasing and the Non-FTE savings numbers. Many of the FTE reduction savings will be Capital savings rather than O&M. Thus, reporting mechanisms put in place will need to be effective to ensure that delivery of these savings is through actual efficiencies and reductions, NOT simply through reductions in Capital projects. We have outlined a potential reporting mechanism in Section 19.

While we assumed for purposes of our modeling that rate/revenue reductions to return the benefits to customers will occur at the beginning of the year following the achievement of savings, this is a regulatory timing and alignment issue, which must be reconciled between the Company, the Commission and the Consumer Advocate as part of the regulatory proceedings.



# 19    Reporting and Tracking of Benefits Delivery

## 19.1    Overview

In order to ensure that the proposed benefits are delivered, and customers benefit from the proposed savings, it will be necessary to have a verifiable audit trail to measure delivery. This is of particular importance as a significant proportion of the recommended savings and FTE reductions (see summary Section 18.1) are currently charged to and recovered as Capital, with most associated overheads applied at the bottom-line and treated and recovered as Capital.

Capital savings can be more difficult to track than O&M savings. It will be important to distinguish between true savings that are delivered as a result of reducing costs through efficiencies and productivity improvements and nominal "savings" achieved purely through a reduction in the volume of capital work performed. While the short-term rate impact of nominal savings from reduced capital spend will provide some limited customer value, the long-term impact of reducing capital work would adversely impact reliability, resilience and service quality. Thus, any reporting mechanism needs to have sufficient granularity to demonstrate that capital savings are in fact being delivered through business efficiencies, productivity improvements, and overhead cost reductions from both Corporate and Business Unit staff - not simply through a reduction in capital work.

With regards to overhead cost reductions, as explained throughout this document, we identified excessive and unsustainable overhead costs (see Executive and Recommendations Summaries, as well as Sections 11.5, 13.4.1, 16.1.1, 16.4.4, 16.5.3, 16.6.3, and 16.7.3). These overheads include direct business unit overhead costs, corporate, and general overheads (i.e., Payroll Tax, Benefits, and Non-Productive labor), the combination in some cases as high as 36% of the capital expenditure (see Section 13.4.1). Many of the improvements that the company has begun to implement, will result in direct productivity improvements. Those improvements, along with restructuring to remove overlap, duplication and administrative burden, will ultimately reduce business unit overhead costs. This does not, however, address the other two overhead categories, corporate and general, which will require additional, dedicated improvement efforts. Accordingly, the realization and reporting process requires a mechanism beyond simply tracking business unit improvements in order to measure improvements (reductions) in corporate and general overheads.

## 19.2    Previous Approaches

The principle of tracking benefits delivery was previously applied in Docket 2014-0170 ERP/EAM Implementation. In that instance the Company had previously detailed each of 10 categories of planned annual O&M savings benefits.[43] As these benefits were spread across the three Companies, all with different years for rate reviews, the savings were apportioned 70%/15%/15% and a regulatory liability account was created for each of the three Companies (HECO/MECO/HELCO) to record benefits accrued between rate reviews. During the rate review, benefits and savings were applied as

---

[43] The Companies had originally proposed these savings across 10 benefit areas as a result of a deep dive analysis of savings potential that was performed during the ERP/EAM implementation.



**HECO Management Audit Final Report**

adjustments to revenue requirements. In addition, the Company is obligated to provide a Monthly status report on the benefits, as well as an Annual (AESB) and Semi-Annual Enterprise System Benefits report (SAESB). While the Companies have flexibility to vary the savings across the 10 designated benefit categories, provided the aggregate total is achieved, they report progress against each of the 10 categories. If the Companies fail to achieve the mandated annual savings targets, they are obligated to fund the shortfall ensuring customers receive the full value of the benefit.

This approach has been relatively successful and, to date, the Company has been recording and reporting on the savings achievements as well as recording the savings in a regulatory liability account. Given the mandated savings achievements for O&M costs this has been reasonable and has in effect made it necessary for the Companies to continually ensure delivery of the savings and benefits. While this approach was successful in the O&M focused program, the high proportion of potential savings identified in the Management Audit findings and recommendations are capital (and particularly capital overhead and attributed salaries) warranting a different tracking and reporting methodology.

### 19.3 Underlying Principles

In order to be effective and transparent any proposed reporting mechanism must follow some basic principles

- Have easily identifiable and auditable metrics
- Demonstrate that genuine cost reductions have been delivered
- Capital savings must be as a result of efficiencies and reduced overheads NOT just postponement or cancellation of projects
- Overhead charges should not be reduced simply by changing the mechanism for staff currently charged as overhead to direct recharge to work
- The savings and benefits for customers must, subject to Commission approval, be reflected in rates regardless of whether or not they are achieved by the Company to ensure that a focus on achievement is maintained
- Where possible, efficiency metrics tracked and reported should be aligned to PBR in order to reduce the burden of duplicative or non-complementary reporting

### 19.4    Proposed Approach

In accordance with the above principles the following reporting approach is proposed:

- The agreed annual value of the FTE and Non-FTE savings[44] shall be incorporated into the annual revenue requirement and reported in a manner to be determined by the PUC, CA and Company.
- Consistent with Audit recommendations, the Company shall take appropriate steps and provide quarterly reporting of the following metrics:
  - Summary commentary on Program accomplishments.

---

[44] Savings as stipulated as a result of the 2020 rate case to include savings recommended and agreed by the Commission as a result of the management audit.



- o Annual number of Net FTE reductions (aggregate, quarterly and YTD savings) broken down by business areas and whether hourly or salaried
- o Non-FTE savings (additional to ERP/EAM mandated savings) - aggregate, quarterly and YTD savings
- o Total Direct incurred costs (i.e. direct labor, materials and all direct outside service cost, excluding fuel and purchased power) broken out by Capital, O&M and Clearing categories by Company and Total Internal Labor Hours by Company. Each category is defined as follows:
  - ▪ Capital expenditure = all fixed one-time costs considered as part of assets broken down by internal labor, materials and outside services by business unit
  - ▪ O&M = all recurring or one-time costs that are generally expensed not considered part of assets broken down by internal labor, materials and outside services by business unit.
  - ▪ Clearing = all costs that are collected before allocation through overheads broken down by clearing account (e.g., Payroll Tax, Stores, Fleet, Business Unit)

  All three categories are mutually exclusive, and in total represent the cash basis value of all direct costs incurred in the reporting period. It is designed to directionally show improvements across all categories. Should there be any material shifts of costs from one category to another, it will be identified and explained.

  - ▪ Total Internal Labor Hours = the total hours incurred by the Company's employees which will be detailed for both productive and non-productive hours by business unit

- • On a semi-annual (every six months) basis, the Company shall provide unit cost reporting[45] on 3 selected and regularly recurring programmatic work items.
  - o The unit cost reporting shall show the change in average unit cost, on a percentage cost rather than actual cost basis, with the actual unit cost identified as of 2019 being considered as the baseline 100% unit cost
  - o The 3 work items selected shall be agreed with the PUC and the Consumer Advocate and shall be reflective of most common tasks that are repeated on a frequent basis throughout the year. As an example, these may be items such as:
    - ▪ Replacing Distribution Transformer
    - ▪ Replacing 45 foot secondary pole
    - ▪ Removing double pole
    - ▪ Cost per trouble call (from report to close – excluding follow-on work)

## 19.5 Conclusions

The above approach represents an initial option to support the underlying principles using data that should be readily accessible from SAP. It is a considered approach to try to reconcile the conflicting

---

[45] This unit cost reporting is to provide clarity that planned capital savings are being delivered as a result of reduced total costs of performing work and not simply through reducing the volume of capital work



**HECO Management Audit Final Report**

objectives of clarity of reporting versus excessive cost and complexity of assembling the data. It should be considered as an initial starting point – or living document - which will be subject to evolution based on agreement by the relevant parties. Indeed, given the difficulties inherent in accurately determining the differential between reduced costs of delivering work versus simply performing less work for the same expenditure, it is our expectation that this may evolve to improve reporting and reduce the associated cost of collection of data based on good faith effort by the parties.



# 20    Company Initial Actions in Response to Audit

## 20.1    Overview

As we have indicated elsewhere in this report, the Company was open and transparent with the Audit team and provided us with all information requested as well as making key staff members across the organization available for interviews and discussions.

As the audit progressed, we identified a number of material issues and deficiencies which, in our estimation and based on our findings, could offer significant potential for improvement and savings. The earlier action could be initiated the greater the value of benefits for customers that could be realized. Therefore, in a number of these instances we took the opportunity to discuss our concerns with the Company and its advisors. This proved to be of value as, following the appointment of a new CEO in February 2020, several remedial actions have been initiated:

- A leadership change has been made in Energy Delivery (March 2020)
- An Operations Excellence office has been established to implement change recommendations
- A restructuring of the Energy Delivery organization was announced
- Accountability for Asset Management strategies and Capital investment is transferring to Planning & Technology
- Restrictions have been put in place on hiring and overtime
- A new Asset Investment Oversight sub-Committee ("AIOC") is being created

These changes are in line with our recommendations. They are very encouraging signs that the Company is serious about delivering performance improvements and it should be commended for its prompt response and actions. While the difficult implementation work remains to be done, this prompt start represents a significant down payment on the commitment to delivery of the savings and improvements identified in this audit.

We have attached in the following sections the formal internal Company announcements of these actions and changes.



## 20.2    Leadership Change for Energy Delivery

**From:  On Behalf Of** Corporate Communications
**Sent:** Friday, March 6, 2020 1:00 PM
**Subject:** Leadership Change for Energy Delivery

# Leadership Change for Energy Delivery
## Sent on behalf of Scott Seu

I want to let you know about a leadership change in Energy Delivery.

The focus of the role of the vice president, Energy Delivery has changed significantly over the last several months. More changes are coming. We are accelerating our transition to a more streamlined, productive and customer-focused organization. If the Company is to be successful in serving its customers and managing costs, it's imperative that key employees are placed in the right roles based on their skill sets.

Recognizing this, Rodney Chong will become director of Telecommunications, effective March 9. Rudy Tamayo will be promoted to vice president, Energy Delivery, effective the same day.

This is an unusual move but it will ensure these critical areas continue to be led by two of the most senior, skilled and experienced professionals in our Company, each with expertise in leading teams and delivering results for our customers.

I want to thank Rodney for guiding Energy Delivery through some tough months and for his steady and thoughtful leadership in charting a new course for the future. And I welcome Rudy and thank him for accepting this new and challenging role.

I hope you will also offer Rodney and Rudy your support.

Scott



HECO Management Audit Final Report

### 20.3    Scott Seu Announcement

**From:  On Behalf Of** Corporate Communications
**Sent:** Monday, March 9, 2020 3:09 PM

**Subject:** A Message from the CEO

*Sent on behalf of Scott Seu*

Aloha everyone,

Over the past few weeks I've been in many conversations with fellow employees as I transition into my new job.  We are hopeful for the future, even as we recognize we have more work ahead of us to be the best that we can be.

The Hawaiian Electric that I hear people envisioning is a top-performing organization that delivers exceptional value to customers and is an even better place to work than it is today. And so, 2020 must be a time of action, putting a renewed and sharper focus on the fundamentals: to work safely, efficiently and with purpose, reducing cost while we improve our service.

As you saw in the announcement Friday, we are already making changes to our leadership. In the coming weeks, there will be more changes to staffing and the way some divisions are organized, with the goal to standardize more processes and reduce duplication and overlap. We want to logically group people who do similar work.

Much of the emphasis this year will be on operational areas, but I want to be clear that every process area will be asked to assess the productivity and customer impact of its operation and the contributions of every employee. We are all in this together.

Beginning this year and continuing over the next few years, we will reduce the size of our workforce. There will be reorganizations that reduce staffing and combine or eliminate departments. And we anticipate that there will be fewer manager, director and executive positions.

Our employee count has grown significantly since 2010, as we ramped up our efforts to improve our electric system and to lead the clean energy transformation.  But at the same time, electricity sales have declined, and the number of customers has remained flat. This raises costs at a time of growing concerns about our communities' affordability and as we confront competition for customers' energy dollars.  It's up to us to responsibly manage our resources as we meet our obligations to provide safe, reliable, affordable service.

We'll do everything we can to reduce the impact of these changes.  We will take full advantage of shrinking our workforce through attrition, as people decide to retire or leave the Company on their own.  We will do our best to redeploy affected employees wherever there is a good fit.

I've put in place a rigorous review process on hiring. There will be no automatic backfills, and every vacancy will be considered from a higher-level Company-wide perspective.  It will be as close to a hiring freeze as we can get while maintaining the flexibility to fill critical positions, but even those will be scrutinized.



May 12, 2020

I want to stress this point: This isn't just a budget-cutting exercise.

It's about being disciplined and examining every job and process in our Company and recalibrating it to reflect our competitive and turbulent business environment, where we will be rewarded for excellence and penalized for mediocrity. It's about each of us holding ourselves accountable to perform at the highest level, in order to support the success of our broader team and our customers.

Please know that I do not send this note lightly; this has weighed heavily on me these past weeks. In my 26-plus years in the Company I've never experienced a purposeful reduction in the size of our workforce. But I owe it to each of us, and to our customers, to take the steps necessary to position our Company to be as competitive as it can be. By doing so, we earn the privilege to serve our community for another 128 years.

Scott


### 20.4    Energy Delivery and Planning &Technology Reorganization

**From:  On Behalf Of** Corporate Communications
**Sent:** Monday, March 30, 2020 8:00 AM

**Subject:** Operations area reorganization

## *Sent on behalf of Ron Cox, Colton Ching, Keola Siafuafu and Rudy Tamayo*

Earlier this month, you received a message from Scott Seu about his vision for our Company. He sees Hawaiian Electric as a top performer that delivers exceptional value to customers through a renewed focus on the fundamentals: to work safely and efficiently, improving our service while also reducing costs.

While our response to the coronavirus pandemic has overshadowed most of our daily routines, this unprecedented situation has also brought urgency to our work to become a leaner, tighter operation for the good of our customers and our Company. As part of that effort, we will be implementing changes to the structure of three areas over the coming months: Energy Delivery, Planning and Technology, and Enterprise Operations Services. The goal is to streamline core functions, drive productivity and procurement efficiency, and, as Scott described, more logical group job functions.

Put simply:

- **Energy Delivery** will be all about expert, efficient execution of work

- **Planning and Technology** will be all about smart, strategic planning and budgeting of foundational work, like asset management, and innovative work, like grid modernization.



May 12, 2020

- **Enterprise Operations Services** will be all about managing our vendors and buying goods and services in a way that maximizes value, while taking advantage of the scale of One Company.

To achieve these objectives, we will reduce the number of divisions in these areas to achieve greater efficiency and to break down silos.

The number of divisions in Energy Delivery will be reduced from nine to four. They are:

- **Transmission and Distribution Operations.** Led by Mark Shimabukuro, executing work on construction, maintenance and vegetation management will be the sole focus of this area.
- **Substation and Meter Operations.** Led by Miles Nagato, this group will do the work presently done by Test and Substation.
- **Operations Planning and Construction Management**. Led by Kerstan Wong, this division will be accountable for project/program execution, construction management and resource planning and training.
- **Engineering and Design/Construction Standards**. Led by Dave Okamura, this includes standards used by T&D, substation, civil-structural, and customer installations.

Customer Installations, Standards and Training, Pole Infrastructure, and Strategies divisions will be eliminated as separate organizations and the work and employees consolidated into the appropriate functional areas within Energy Delivery or other areas. More information about those new alignments will be coming.

The Planning and Technology process area will be responsible for asset management strategy and planning with budget authority and oversight to implement the work. These divisional changes will be made:

- **Asset Planning and Strategy Division**, previously Asset Management Division, will continue to be led by Rick Pinkerton, and will expand its responsibility to determine implementation plans for capital asset replacements, develop asset maintenance strategies for assets, and develop reliability and resilience strategies for the Companies.
- **Investment Planning and Strategy Division**, a new group led by Kathy Yonamine, will be responsible for engineering standards, Energy Delivery asset investments and project initialization.

In Enterprise Operations Services, a more strategic supply chain division will be created (Purchasing/Materials) and led by Michael Ho. Electrical & Welding shop operations will be realigned under Energy Delivery within Test & Substation.  Fleet Services, Facilities & Security and Safety & Emergency Planning/Preparedness were previously realigned and consolidated under Enterprise Operations Services.

Much remains to complete these realignments and we will be seeking input from employees on how to best redesign the work. We are also mindful that as we make changes to the



May 12, 2020

**HECO Management Audit Final Report**

organizations, we need to continue talking to the people who are most directly affected. Our objective is to handle any job changes in a fair and respectful manner.

We are sensitive that continuing to develop and communicate these organizational changes during the pandemic may add to people's anxiety. Right now, our focus is to keep everyone safe, to keep the lights on for customers, and to adapt to the demands of the coronavirus situation.

But as we see the world, our community, and Hawaii's economy rapidly changing around us, the need to execute these plans is even clearer so that we will emerge stronger when the emergency ends. We will be transparent as we work through the details and we ask that you support this effort in the coming months. As Scott indicated, although Operations will lead the way in 2020, every area of the Company will be asked to examine their processes and productivity in the competitive world in which we operate. We are all in this together.

Ron, Colton, Keola and Rudy



May 12, 2020

**HECO Management Audit Final Report**

### 20.5    Governance Framework:  Asset Strategy, Investment, Oversight and Reporting

The new approach to asset strategy investments includes an enhancement to the Corporate governance role of the Project Review Committee ("PRC") that expands that committee's oversight to include projects with costs above $0.5M and a validation of the investment performance ($, scope, time, units delivered, quality – that drives an intent e.g. greater resiliency or better service, greater reliability).  Without duplication to the PRC, a new Asset Investment Oversight sub-Committee ("AIOC") will be created to add executive oversight at the more detailed level over the budgeting and prioritization of asset strategy investment.  It will also provide additional coordination across multiple divisions in the asset strategy investment planning process and end of year review to ensure that budgeted goals and investment outcomes are achieved for the investments made, consistent with the strategies they are based upon through the use of new KPIs that link financial activities of the Finance team (primarily the Budget Office) to funded strategic goals of the Planning team (primarily the new Investment Planning & Strategy and improved/expanded Asset Planning & Strategies divisions from the Planning &Technology process area).  All asset investment projects/programs will be reviewed by the AIOC before submission to the PRC.  Both AIOC and PRC will be streamlined and optimized to the appropriate level of rigor required.

***Strategy and Plans***
The process begins with the creation of long-term maintenance, replacement, system improvement, and upgrade strategies that impact assets and short-term execution plans manifested in projects/programs to realize those strategies.  These include asset management, customer, and business development, and other projects/programs involving assets delivered by Energy Delivery that are then prioritized by Planning & Technology based on need/risk, with cost estimates based on material availability/cost, delivery cost, and delivery capacity inputs from Supply Chain, Energy Delivery and appropriate 3rd party contractors.

***Estimates, Asset Portfolio Prioritization and Establishment***
Estimates are reviewed by the AIOC, which includes the SVPs Planning & Technology, Operations, Finance, Customer Service and Business Development & Strategic Planning, the VPs of Supply Chain and Energy Delivery (ED), and the Directors of Asset Planning & Strategies, and Investment Planning & Strategies.  This review includes a consideration for the appropriateness of the estimate as compared to industry benchmarks, and a consideration for the overall value of the project/program relative to alternative solutions, such as targeted mitigation, investment delays and non-wire alternatives.  Using AIOC guidance, a final set of proposed projects/programs with estimated costs and performance factors are incorporated into a final recommended asset investment portfolio, which is shared with Corporate for further prioritization and funding.

***Corporate Alignment, Prioritization and Funding Approvals***
The asset investment portfolio is incorporated with the rest of the Company's portfolios, consolidated, prioritized and reviewed by the PRC at the Corporate level.  PRC oversight thresholds are being lowered to include projects/programs that exceed $0.5M to create alignment across multiple areas, and an additional layer of performance oversight.  Projects/programs planned for delivery over multiple budget years, will be included in the rolling 5-year Corporate investment plan and approved at a level appropriate for the total cost of the project/program.  Approved funding is project/program-specific and capacity-based, not tied to a generic capital target.

***Performance Monitoring During Execution***



**HECO Management Audit Final Report**

Once the budget has been approved, Planning & Technology will monitor progress toward the deliverables of the asset investment portfolio. During the budget year, deviations from the plan or the budget will be reviewed by the Planning & Technology team and discussed with the AIOC if changes are required or expected investment outcomes will deviate measurably from those agreed to in the budget. Reprioritization may be required during the year, due to project/program validated slippage, budget changes, or emergencies and other exogenous factors. Any changes to the list of budgeted projects will be approved by the AIOC and reported to the PRC and Finance. Should changes result in a significant threshold adjustment, Corporate level governance will review corporate-wide investment portfolios for potential adjustment.

Planning & Technology will monitor progress of the asset investment strategy execution by ED and 3rd party contractors over the course of the budget year. Actual project management will be provided by ED (for the ED execution projects/programs) or 3rd party, with monthly status reporting provided to Planning & Technology. Any deviations from plan will be initially reviewed and addressed by the project/program originator for adjustments, and then reviewed and approved by the AIOC before submission to the PRC and reported to Finance. This includes any deviation from PUC approved program schedules that will need to be approved by the PRC before submission to the PUC.

### Post Project/Program Delivery Evaluation and KPIs
Quarterly and end of year reports will be developed by Planning to compare budget to outcomes. These will measure the effectiveness of Planning & Technology and ED in meeting the agreed goals of the budget. These will answer the question of whether the estimated and budgeted work was delivered, delivered at the agreed cost and within the agreed timeline, and whether the investment achieve the desired asset strategy objectives. These results will be shared with the AIOC for review and corrective action and represent inputs to Planning & Technology, ED, Supply Chain and Finance executive KPIs.

### Immediate and Interim Steps to Long Term Efficient Overall Governance
This process is being implemented as an interim step to support the transition of asset investment budget management from Energy Delivery to Planning & Technology. As cost efficiency shifts to a continuous improvement process and execution estimation is improved with the adoption of compatible units, unit costs, and standard operating procedures, the estimation oversight role of the AIOC will be delegated to a director level authority within Planning & Technology, while appropriate program/project oversight and prioritization will revert to the appropriate AIOC executive, with overall investment oversight a role of the enhanced and expanded PRC. This process will apply to capital and O&M asset investments.

Below is the high-level relationship between the sub-portfolio team's authority (AIOC) and the Corporate level overall cross portfolio team's authority (PRC). It is intended that the AIOC process will feed into the PRC process and that asset projects/programs cannot by-pass the AIOC.





## 20.6   Conclusions

As can be seen from these announcements they align very closely with many of our recommendations. They address the most pressing concerns we identified for early corrective action. As such, while the hard work to deliver improvements is still to be done these announcements and changes represent a significant commitment and down payment by the Company to deliver benefits and savings in line with our recommendations.



# 21    Company Responses to Audit Findings

*Note: Where appropriate we have attached to the Company Responses our follow-up comments or rebuttal*

## 1. Introduction

As the audit notes, one of the Commission's objectives in directing this management audit was the potential identification of opportunities for Hawaiian Electric to "realize operational efficiencies, better manage costs, and improve its financial condition." Continuous improvement is a core Company value. Thus, Hawaiian Electric embraced the opportunity for an independent, constructive evaluation of its operations by auditors with considerable utility operation experience. As acknowledged by the auditor, the Company was supportive, responsive and engaged in this process with transparency and an open mind.[46] As a result, also acknowledged by the auditor, the audit involved open information sharing, collaborative discussion on actionable improvement opportunities and the Company's proactive implementation of changes during the course of the audit. Hawaiian Electric appreciates that the auditors considered and proposed solutions, rather than simply identify perceived deficiencies.

Overall, Hawaiian Electric accepts most of the auditor's recommendations. In many cases, the audit accelerated change the Company intended to pursue. Others will take time. Hawaiian Electric is confident that changes consistent with audit recommendations, as well as initiatives the Company is pursuing independently, will help realize the Company's vision to become among the most progressive and high performing energy companies in the world.

Hawaiian Electric also appreciates the auditors' recognition that the Company at all levels is committed to realizing a 100% renewable energy future at the earliest opportunity. At various points, the auditors suggest the Company's focus on transformational changes and clean energy goals diverted attention from traditional utility core operational efficiencies. Hawaiian Electric agrees that both objectives must be integrated and aggressively pursued. This is one of the challenges of transforming beyond a conventional utility.

Over the past decade, the utility industry has experienced enormous change propelled by technology, competition, regulation and the urgency to address climate change. Nowhere has this pace of change been faster, and the nature of the change more fundamental, than in Hawaii. "Hawaiian Electric stands out – they're beyond the bleeding edge," observed one utility expert familiar with the work of our company. Hawaii and Hawaiian Electric are blazing trails into a new, uncharted energy landscape.

Since the Hawaii Clean Energy Initiative in 2008, Hawaiian Electric has met every deadline and exceeded every renewable energy milestone placed before it. In 10 years, renewable

---

[46] The audit was exceptionally comprehensive. In the span of roughly five months, the auditors conducted over 50 interviews, conducted multiple site visits on three islands and requested and reviewed over a thousand pages of documents and presentations.



**HECO Management Audit Final Report**

generation has gone from about 9 percent to 28 percent. On Oahu, the progress is even more remarkable, up from 5 percent to 25 percent. Soon, the Company will announce the results of one of the single largest renewable energy procurements by any utility in the U.S.

An example of the scale at which this work is being done is the Company's integration of private rooftop solar, which is nearly 20 times the national average. A little more than a decade ago, there were about 5,000 systems online. Today, there are more than 83,000. Hawaiian Electric added nearly 4,000 *new* systems in 2019, the same as the *total* number of systems in service in Indiana, a state with five times Hawaii's population. This robust commitment to expanding rooftop solar involves engineers, planners, inspectors, customer service specialists and policy experts navigating such complex projects as demand response, community based renewable energy, microgrids and grid services.

Along with foundational changes to the delivery of electricity, the ongoing Integrated Grid Planning project, and the preceding Power Supply Improvement Plan from 2016, are examples of how the scope and complexity of utility planning has expanded. In contrast to the traditional approach by which the utility would develop plans and then seek external input, planning today has fundamentally changed; stakeholder input is solicited up front and factored into initial plan development. Planning is now a multi-year, multi-stakeholder, multi-phase undertaking that requires meaningful community outreach and participation to be successful.

Transformation involves change and uncertainty, which is not always conducive to efficiency. Nevertheless, the Company agrees with the auditors' recommendations that urgent attention to cost containment and efficiency is necessary to remain a sustainable clean energy company. This is even more essential given the current Covid-19 pandemic. The Company is very mindful of the need to tighten its belt and operate even more efficiently given the anticipated economic impacts of the pandemic response on customers, the Company and the State. In that spirit, in providing the following specific responses, the Company has focused on the constructive purpose and intent of the recommendations and will not provide line-by-line comments. Thus, omission of a response on certain statements or suggestions should not be construed as acknowledgment or agreement.

One other significant point should be noted. In several instances, the audit expresses concern with process, organization or leadership. However, nowhere does the audit report indicate any illicit purpose. The Company's employees are diligent, community-minded and talented individuals. To the extent deficiencies exist in process or focus, the buck stops with the Company's supervisory leadership.

---

**Auditor Response**

We appreciate the open access, information and support to the audit team provided by the Company. We commend their prompt and early actions to address many of the issues we identified during the



audit. These early actions will enable benefits to customers to be delivered earlier than would otherwise have been the case.

## 4. Governance

Hawaiian Electric appreciates the auditors' finding that the Governance processes are satisfactory, mandated separation of information, management controls and resources between the Company and its parent company, Hawaiian Electric Industries (HEI) are being observed and Hawaiian Electric is allowed to operate with appropriate independence. Recommendations regarding oversight by, and composition of, the Hawaiian Electric Board of Directors were conveyed to the Board for its consideration. Effective May 5, 2020, Mr. James Ajello was added to the Hawaiian Electric Board of Directors, bringing over 30 years of energy, utility and financial experience, including outside of Hawaii.

---

**Auditor Response**

We regard this appointment of Mr. Ajello to replace Mr. Kobyashi on the HECO Board as a positive move by the Company and appreciate this early action taken as a first step to address our recommendations in this area. Mr. Ajello's extensive knowledge of the Company gained during his time as CFO at the HEI parent Company will be valuable in providing direction and insight. We do however still recommend that the Company considers expanding the Board as per our recommendations. In particular this should include candidates with Utility Operational experience and expertise which in our considered view would add an additional dimension to the skill sets of the Board. This would enhance the value of guidance available to the Executive team as " .. *Hawaii and Hawaiian Electric are blazing trails into a new, uncharted energy landscape"* as stated by the Company in the introduction to their response.

---

## 5. Executive Leadership

Hawaiian Electric agrees that executive leadership is responsible to drive improvements and efficiencies. Pressure to do so comes in part from competitive market forces. Technological advances and cost curves have rapidly made alternative energy options commercially available to its customers. Generation resources are competitively bid in Hawaii and the Company must increasingly compete to retain customer load. Thus, the Company agrees it must continuously improve, and that improvement opportunities, including many identified in this audit, exist. The Company also agrees that, to remain a sustainable business, it must urgently pursue efficiencies and cost containment while delivering on state energy policy goals.

Hawaiian Electric's executive team structure is dynamic, and it will adjust along with business needs. The necessity to transform and address multiple non-traditional objectives and



expectations required a different executive team than might be found in a conventional utility. As the auditors note:

> To address the new challenges the executive team was restructured to include more broadly based and customer facing skills rather than purely technical specialists. As part of this the senior executive team was expanded to include nine direct reports at Senior Vice President level as well as several Vice Presidents.  This included some tactical changes around portfolios.  The team was also encouraged to become more externally focused – meeting and developing relationships with customers and community organizations, assuming local Board memberships etc. to improve communication with customers, politicians and other stakeholders as a true community partner. . . . From an overall perspective this approach has been successful, particularly in increasing the level of executive focus on more innovative approaches and improved communications in addition to publicly demonstrating strong support for State-wide RPS goals. Relations with the Commission, State and local Governments appear to have improved over the last 5 years.

Audit Report at 41-42.  Nevertheless, as progress on transformation efforts has been achieved and can now be operationalized, the number of executive positions has reduced over time.  Since the start of 2019, three Senior Vice President and one Vice President positions have been eliminated, with the most recent position eliminated being the VP of Marketing in April 2020. This represents 20% of the total Senior Vice President/Vice President positions.  The Company does not dispute that the number of direct reports to the CEO has increased, but it is a direct result of the decision not to backfill two senior vice presidents, under which five vice presidents served and who now report to the CEO.  Two more direct report positions to the CEO – the Senior Executive Advisor and Director of Strategic People Initiatives – will be eliminated by year-end. Mr. Seu is well-aware of the challenges of having a span of control that is too large and will continue to evaluate the structure and size of the executive team, with the express objectives of reducing the number of direct reports to the CEO and reducing the number of executives over time.

As also noted in this audit (see pages 182-83), less than one month in his tenure, Mr. Seu sent a strong message to the Company about his expectations that "[t]he Hawaiian Electric that I hear people envisioning is a top-performing organization that delivers exceptional value to customers and is an even better place to work than it is today. And so, 2020 must be a time of action, putting a renewed and sharper focus on the fundamentals: to work safely, efficiently and with purpose, reducing cost while we improve our service."  Mr. Seu continued:

> Beginning this year and continuing over the next few years, we will reduce the size of our workforce. There will be reorganizations that reduce staffing and combine or eliminate departments. And we anticipate that there will be fewer manager, director and executive positions.



May 12, 2020

Our employee count has grown significantly since 2010, as we ramped up our efforts to improve our electric system and to lead the clean energy transformation. But at the same time, electricity sales have declined, and the number of customers has remained flat. This raises costs at a time of growing concerns about our communities' affordability and as we confront competition for customers' energy dollars. It's up to us to responsibly manage our resources as we meet our obligations to provide safe, reliable, affordable service.

We'll do everything we can to reduce the impact of these changes. We will take full advantage of shrinking our workforce through attrition, as people decide to retire or leave the Company on their own. We will do our best to redeploy affected employees wherever there is a good fit.

I've put in place a rigorous review process on hiring. There will be no automatic backfills, and every vacancy will be considered from a higher-level Company-wide perspective. It will be as close to a hiring freeze as we can get while maintaining the flexibility to fill critical positions, but even those will be scrutinized.

I want to stress this point: This isn't just a budget-cutting exercise.

It's about being disciplined and examining every job and process in our Company and recalibrating it to reflect our competitive and turbulent business environment, where we will be rewarded for excellence and penalized for mediocrity. It's about each of us holding ourselves accountable to perform at the highest level, in order to support the success of our broader team and our customers.

Please know that I do not send this note lightly; this has weighed heavily on me these past weeks. In my 26-plus years in the Company I've never experienced a purposeful reduction in the size of our workforce. But I owe it to each of us, and to our customers, to take the steps necessary to position our Company to be as competitive as it can be. By doing so, we earn the privilege to serve our community for another 128 years.

---

**Auditor Response**

We support these prompt actions taken by Mr. Seu which we regard as appropriate steps in addressing some of our recommendations in this section.

---

## 6. One Company Strategy

Hawaiian Electric agrees that a consolidated rate case approach should be considered.
Until April 29, 2020, each of the three Hawaiian Electric Companies[47] was required to comply with a mandatory three-year general rate case cycle established by the Commission in its Final

---

[47] The "Hawaiian Electric Companies," or "Companies," are Hawaiian Electric, Hawai'i Electric Light and Maui Electric.



May 12, 2020

Decision and Order, issued on August 31, 2010, in the decoupling proceeding, Docket No. 2008-0274 ("Decoupling Final D&O"). Specifically, the Companies were required to file staggered rate cases every three years (i.e., Hawaii Electric Light, Hawaiian Electric and Maui Electric will file their respective rate cases in years 1, 2 and 3 of a three-year cycle, and then the cycle repeats).[48] However, the Commission terminated the mandatory three-year general rate case on April 29, 2020.[49]

For purposes of efficiency, the Companies in the pending Performance Based Regulation docket (Docket No. 2018-0088) ("PBR Docket") proposed that the current rate case requirements be modified to allow a "consolidated rate case," meaning the three individual rate cases would be consolidated into a single proceeding and utilize a single test year. The process would still involve separate and individually prepared cost of service analysis and revenue requirement calculations for each service territory (island).

A consolidated rate case would address issues (e.g., cost of capital, rate design, employee benefits) that are common to all three Companies only once, rather than the current approach with separate rate cases for each company and different test years. This could potentially reduce the overall cost, resources and effort of preparing and processing the Companies' rate cases. Given the new One Company organizational structure, it would make sense to further this effort by transitioning to a consolidated rate case.

Thus, the Company agrees that it should offer an initial high-level feasibility study on the cost-benefit impacts of a consolidated rate case proceeding. Hawaiian Electric may provide such high-level analysis in the PBR proceeding.

## 7. Business Development and Strategic Planning, Renewable Portfolio Standards (RPS) Initiatives

The Company agrees with the conclusions/recommendations in the audit report and will continue operating to help the State achieve the commitment to 100% clean energy by 2045 in the way that adds the most value for customers and communities. Business Development and Strategic Planning (BDSP) will be tasked with overall strategic responsibility for integrating all RPS initiatives within the Company. The BDSP team will provide oversight and coordination of the cross functional process within the Company charged with adding renewables. To do this cost effectively, the BDSP team will leverage existing resources from many process areas rather than create new roles or positions.

As the State rapidly moves closer to 100% RPS, and renewables become the predominant source of generation, we believe the value of collecting cost data due to their uniqueness is diminished over time. The Company does agree that costs should be reasonably transparent.

---

[48] Ordering Paragraph No. 4(i) of the Final Decoupling D&O, at 129.
[49] Order No. 37119, filed in Docket 2008-0274 on April 29, 2020.



The BDSP team will be authorized to manage and provide oversight of the suppliers, inputs, outputs of the RPS initiative process and projects for successful outcomes as the process owner. BDSP will have input into and will approve communications on RPS.

## 8. Corporate Finance Group

The Company agrees that the financial leadership and direction to the business units should include both tracking and reporting of each business unit's financial KPIs, including delivered cost and outcomes relative to their respective budget.

Corporate Finance will work directly with the Executives of each business unit and their leadership teams to ensure that the appropriate financial KPIs are developed to support and to enable monitoring of efficient operations and appropriate cost controls.  These financial KPIs should drive more efficient operations within the business units, provide a clearer view of each business unit's financial performance, and enable earlier identification of issues and corresponding implementation of timely corrective or mitigating action as necessary.

Corporate Finance will also require business units to report on their financial KPIs. The status and variances related to the financial KPIs will be reviewed at monthly Executive Budget meetings to achieve the necessary visibility, facilitate discussion and to ensure the development of appropriate mitigating actions or reprioritization of work plans with input and direction from the CEO.

Corporate Finance will review all finance positions reporting within each business unit to determine whether the positions are needed and will also determine the appropriate reporting structure (i.e., direct vs matrix reporting to Corporate Finance).  Corporate Finance will then work to refocus responsibilities of the finance positions within the business units to developing appropriate financial KPIs and reporting on comparisons of deliverables and unit costs to budget. The Director Finance and Business Planning-Operations and the Director, Finance and Business Planning-Customer Service currently report directly to the CFO and they will also work closely with the Controller to ensure proper accounting for transactions and the Director of Budgets/Financial Analysis to ensure that overall budget targets are managed at the corporate level.

With respect to Risk Management (section 8.2.2), the Company agrees with the recommendation to highlight the reliability risk related specifically to generation that was previously embedded in the total system reliability risk.  Management discussed the separation of the T&D reliability and Generation reliability risks at its quarterly Enterprise Risk Management (ERM) meeting and adjusted its ERM heat map to reflect these as separate risks.  The ERM heat map was presented to and discussed at the May 1, 2020 Audit and Risk Committee.



**HECO Management Audit Final Report**

With respect to the statement that the current heat map is focused principally on financial risks with only limited consideration of operational and business risk, we believe that the Company's ERM heatmap adequately considers and balances the 14 identified risks into four categories of enterprise risks:  strategic, operational, compliance and financial.  These four categories of risk together with the framework -- which measures risk on two dimensions: 1) impact or consequence of occurrence and 2) likelihood of occurrence -- are consistent with the framework established by COSO (Committee of Sponsoring Organizations of the Treadway Commission) and consistent with the Company's ERM heatmap framework and presentation.[50]  COSO is an organization dedicated to providing thought leadership and guidance on enterprise risk management.  The COSO framework was last updated in 2017 to address the evolution of enterprise risk management and the need for organizations to improve their approach to managing risk to meet the demands of an evolving business environment.  The Company monitors updates in ERM practices, reviews its framework and approach for evaluating enterprise risk and adjusts as appropriate.

---

**Auditor Response**

The proposed actions to improve overall financial management and in particular to include monitoring of deliverables against unit costs and budgets are very positive and in alignment with our recommendations.  The proposed enhanced level of review of Business Unit performance against financial KPIs at monthly Executive meetings will be of value in both increasing transparency of performance and enabling earlier corrective actions where necessary.

With regard to Risk Management we have reviewed the changes to the Heat Map and they appear to properly address our concerns that Operational Risks were not previously being elevated to a sufficient level of importance given the potential criticality.   They are now being appropriately addressed in the revised Heat Map.

---

## 9. Planning & Technology Group

The Company agrees with the overall recommendations on the planning, new technology, and asset management components and has already implemented many of the recommendations noted in the report and others are in progress.

For example, the audit report notes that the level of resources allocated to R&D appeared to be high.  Since the audit process, Grid Technologies – the division responsible for new technology

---

[50] The Company understands that national practices are useful and should be considered, but the Hawaiian Electric Companies' unique circumstance will always guide management's decisions and practices.  For example, industry practices may not necessarily consider the unique demands of running five independent, standalone island grids in the middle of the Pacific Ocean, which are far different from those of an interconnected grid in the Midwest. They do not reflect the practical challenges of meeting the mandate of reaching 100 percent renewable energy by 2045 – a mandate that's been matched by only a handful of states.



work, including R&D – has been reduced by 8 positions (from 14 positions down to 6 positions today).   These are permanent reductions.

As another example, the report observed that protection activities were performed within the Asset Management division.  As part of the broader reorganization planned for late May, the protection function and its current staff of 8 employees will shift to be under the Transmission & Distribution Planning division, where protection's function is more aligned with the other functions of T&D Planning.

The Company also agrees with the recommendation to realign Planning & Technology's and Energy Delivery's responsibilities around strategies and execution as noted in the report.  In fact, the Company has already developed a restructuring plan, which will be implemented by the end of May 2020, to realign these responsibilities to create greater accountability and visibility on each organization's performance.  Going forward, all strategy and plan-derived projects and programs will be developed within the Planning & Technology area and will include the identification, scoping, cost estimating, and initialization for those projects and programs.  As noted in Section 13.8 of the audit report, development of asset strategies and the identification of specific projects and implementation plans to fulfil the strategies will be responsibility of Asset Management division.  And because strategy and plans also originate in other divisions of Planning & Technology, a new group – Investment Planning & Strategy – will be created to initialize projects, including the development of initial scope, schedule and cost and will prioritize all Energy Delivery capital work within the newly created Asset Investment Oversight sub-Committee (AIOC) process.  The total size of the Asset Management and Investment Planning & Strategy will be staffed within the range of the report's recommendation.  However, in addition to developing strategies and resulting projects and programs for capital work, Asset Management will also be responsible for the development of maintenance strategies for Energy Delivery and have responsibility for managing the budget for these programmatic related O&M activities.  Maintenance strategies include vegetation management.  Like capital-based asset strategies, Asset Management currently has a vegetation asset management strategy.   And like the extension of responsibility over capital asset strategies noted above, Asset Management will be responsible for developing the specific scope and priority of trimming across rights-of-way and roadsides and have Energy Delivery implement these trimming plans in the most efficient manner.  This takes the concept recommended by the auditor further, creating strategy and implementation separation for Energy Delivery maintenance programs.

---

**Auditor Response**

The planned and currently in-flight changes by the Company to put in place effective separation between implementation activities  and Asset Management strategy and budgeting are in line with our recommendations and are, in our view, some of *the most important changes* that will facilitate better targeted Capital allocation, performance improvements in work execution, and overall enhancements to optimize useful and cost-effective asset life.   The additional changes proposed by the Company to extend these concepts and processes to Asset Maintenance strategies are an equally valuable change which will deliver similar benefits and improved oversight of maintenance activities.



## 10. Project and Program Management

The Company appreciates the recommendations on the project and program management components and has begun taking steps to address them. With respect to the hybrid model for continuous improvement/black belt capabilities, the Company agrees and affirms that business units that have high demand for continuous improvement resources on an ongoing basis (e.g., Power Supply and Energy Delivery) will have their own dedicated resources federated with a strong dotted-line reporting back to the central group for standards and governance, similar to the federated model used for EPMO.

## 11. Human Resources

Human Resources historically was not asked to be a catalyst for initiatives the auditors suggest it should be doing, such as formulating organizational restructuring. However, with new commitments and expectations, the Company agrees that Human Resources must now take on a more strategic role as a driver of performance improvement across the enterprise. Human Resources and its leadership will be evaluated and judged against that standard moving forward.

Much has been accomplished since the management audit that is currently focused on performance and efficiencies. As noted in the management audit, the Company has already initiated efforts to realign operations and other process areas to be more efficient and reduce cost. Human Resources is directly and heavily involved with the business units on these reorganizations and will take a leadership role in organizational restructuring going forward.

With respect to staffing, Human Resources is taking a much stronger role in the Company's executive staffing committee, which is implementing tighter controls and reviewing all hiring across the Company with the objective of right sizing headcount over time and utilizing positions where they are strategically needed the most. Human Resources not only coordinates the staffing committee, it also brings to the committee the initiatives that can be deployed to help manage the size of the workforce such as retirement programs.

Also of mention is a new salary structure that has been developed and will be implemented June 1, 2020. Prior to the management audit, Human Resources recognized the need to reassess job levels and pay scales and partnered with Mercer Consulting to do a thorough review of the current Compensation Program and to redesign the program to ensure that we are market competitive and to strengthen the link of compensation to performance. The new structure significantly reduces the number of salary grades and provides future looking career ladders in order to attract and retain a workforce necessary to support continued successful transformation of the Company.



The Company agrees to work with the Union on audit recommendations regarding the existing Collective Bargaining Agreement (CBA) and adds that in 2018, the CBA was extended thru 2021 with a commitment from both Company and Union to collaborate. During the period of the extension, the Company and Union agreed to work together to develop and implement the IBEW Code of Excellence (COE) program, designed to bring mutual accountability, respect, values and vision; improvement in productivity; and reduction of conflicts with the intent to resolve issues. Utilizing the COE principles and practices should result in cost savings in arbitration, legal fees, and support achieving operational efficiencies. Human Resources will continue to coordinate Code of Excellence activities with the Union. With improved relationships, the focus will be on shared outcomes and higher performance objectives.

The Company agrees that requests for additional technology add-ons to be added to the SAP HCM (Human Capital Management) module should be reviewed. The Succession Planning & Development and On-Boarding modules will also be reviewed and are not currently scheduled to be implemented. Work on the underlying foundation of the SAP Employee Central and Recruitment modules currently implemented is the current focus to obtain process efficiencies while preparing for future implementation of the other modules.

---

**Auditor Response**

It appears to be a positive response by the Company that Human Resources is now taking a more proactive role in supporting the Business Units with restructuring processes, particularly given the scale of, and the short timelines for, the structural changes both planned and in progress. As these changes are also likely to involve Reductions in Force (RIF), which are always difficult and have significant impact on affected staff, strong support mechanisms for Business Leadership are essential.

In light of the concerns we identified with regard to skill sets and leadership in the current Human Resources team it is appropriate that the Company is proposing to revise the performance evaluation standards it will use to measure the effectiveness of Human Resources in their expanded role.

We have not reviewed the revised salary structure that will be implemented in June 2020 but, if it achieves the objectives as stated above and does not simply increase overall salary costs it appears to be in line with our recommendations to simplify the excessive level of differentials and roles in the current structure.

---

## 12. Customer Service

The Company greatly appreciates the auditors' assessment that the Customer Service Business Unit has been a leader in delivering business performance improvements in parallel with service improvements for customers and has been successful in demonstrating increased customer satisfaction metrics while reducing costs.



### 13. Capital Budgeting and Programs

The Company agrees with the recommendation, and adds that with the already-in-motion organizational changes to separate capital budgeting from Energy Delivery into Planning & Technology, the Company is progressing to implement new processes that better align the appropriate levels of capital budgeting oversight by Planning & Technology to Energy Delivery's new focus on execution.

### 14. Government and Community Affairs, Corporate Relations and Marketing

While the missions of Government & Community Affairs and Corporate Relations are both primarily focused on external engagement and communication, their work is distinct and separate with very little overlap.

Government & Community Affairs engages directly with external stakeholders. Examples are one-on-one briefings, group meetings, public meetings and hearings, forums, community events, volunteering, informational booths and education programs.

Corporate Relations communicates with customers, the public and its employees. Examples are news releases, media interviews, customer newsletters, outage notifications, website, social media, advertising and company intranet and email.

Meaningful public engagement and communication on everything from utility pole replacement to siting renewable energy projects has been encouraged by the PUC, is expected by our communities, and has become a standard operating practice by the Company.  The Company acknowledges and accepts the need to operate efficiently and to contain costs.  As of April 27, 2020, consistent with directional change recommended by the auditors, the Marketing area within Strategic Planning and Business Development was eliminated. The customer research work that was part of Marketing was absorbed into Corporate Relations. The position of Vice President, Marketing, was eliminated. Both Government & Community Affairs and Corporate Relations anticipate a 10% staffing reduction over the next three years.

---

**Auditor Response**

The Company's initial actions to absorb Marketing into Corporate Relations reflect our recommendations.  We defer to the Company's decision to maintain the separation of the Government and Community Affair and Corporate Relations and Marketing groups based on the anticipated 10% staffing reductions which should produce an equivalent level of efficiencies.

---

### 15. Operations Business Unit
### 16. Energy Delivery



**HECO Management Audit Final Report**

This responds to Audit Report sections 15 and 16.

The Company's Operations business unit generally agrees with the recommendations in the report. In response, a 3-year Operations Excellence (OE) Program has begun to accelerate benefits realization identified in the report. This program is designed to both drive the operational improvements and track the expected productivity results.

Continuous improvement is a core Company value that has been institutionalized in Power Supply and will be broadened consistently throughout all Operations areas with a focus on accelerating improvements in Energy Delivery and delivering the benefits to customers.

Three major improvement workstreams led by the OE program have begun: (1) Organization; (2) Productivity; and (3) Supply Efficiency.  Each workstream is focused on specific results and is integrated to generate and realize benefits committed by the Company in response to the operational audit findings and aligned to the Company's operational efficiency plans.

(1) <u>Organization</u>:   This workstream will redesign the organization based on new work processes for how work is strategized, planned (long, mid and short term), scheduled, dispatched, executed, and closed.  It will optimize organization by removing duplication and streamlining functions.   Planning & Technology process area will assume new responsibilities for the Company's asset strategy to include program and project planning, development, and budgeting. This will enable Energy Delivery process area to focus exclusively on improving execution. This initiative will drive major workforce change management and require everyone from leadership to the frontline employee to realign to these changes.

(2) <u>Productivity</u>:  This workstream has begun the redesign of business processes to leverage technology and organizational changes. It will refocus Operations on its core competencies of efficient work execution done in an optimal, standardized process.  Over the next 2 years it will focus on continuous improvements to develop one company work standards and gain full alignment of operating procedures. This will facilitate monitoring and delivery on actionable key results as measured against key performance indicators.

(3) <u>Supply Efficiency</u>:   This workstream will enable strategic sourcing and cost reduction improvements in supply chain management. Initial focus will be on the top 20 vendors by value and the top 20 services/material purchased, and will expand over time. This also includes material standardization and leveraging scale across one company to optimize material and service costs.

The OE Program is designed to drive and track delivery of the operations audit recommendations in sections 15 and 16.  See sections below for more specifics.

<u>Section 15</u>:
The Company agrees with the recommendation, but notes that specific to section 15.3.6.1 Trouble Call recommendations, the Company has already initiated a process enhancement and



May 12, 2020

automation to remove the manual steps of the supervisor and to link the work orders appropriately so that the information needed to analyze trouble call costs and performance is now available.  Additionally, although this automation does improve the System Operation Supervisor productivity, major improvements will reside with the Transmission & Distribution Operations department where the trouble men who execute trouble calls report.

Similarly, for section 15.3.6.2, planned outage improvement will primarily be driven by T&D operations work planning improvements. Energy Delivery will take the lead in driving this key result with collaboration from System Operations.

The OE Program is designed to drive and track delivery of the operations audit recommendations in sections 15 and 16.  More specifically:

Section 16.8.5:
The Company agrees with the recommendation, but notes that the Company for many years has employed a continuous improvement model in Power Supply that embedded black belts in the process area, responsible to PS leadership for driving improvement results.  This model, in contrast to a centralized corporate office model, has yielded dramatically better results. This performance is assessed to be a benefit of the enhanced alignment to business unit goals and improved technical expertise as a result of being a dedicated resource. In line with the audit recommendations, the deployment of black belts from a centralized office for discrete improvement events into highly technical operations disciplines was less productive. Energy delivery will employ the PS model to drive continuous improvements to deliver on commitments.

Section 16.9:
The Company agrees with this recommendation, but notes that the Project Management team follows the same execution rigor and project management governance under the central EPMO which has resulted in the successful delivery of large, complex capital projects in all operations.

---

**Auditor Response**

We commend the Company's prompt and early actions in these areas as described above.  They closely reflect and align with our recommendations.  That they have already been initiated, in advance of our report, is a very positive indication that leadership recognizes the opportunities and benefits for customers that can be realized by these structural, process and efficiency improvements.

This delivers a very positive message to all stakeholders that the Company is fully committed to delivering material performance improvements and costs savings in parallel with its commitment to delivering on 100% RPS targets.

---

## 17. Power Supply

The Company greatly appreciates the auditors' recognition that Power Supply has for several years had a very strong focus on performance management and continuous improvement



through efficient processes. With respect to the risk of failures of current generating assets, we agree that risk is increasing as the assets age and they are expected to perform in ways that were not part of the original design. Power Supply has been working with groups like the Electric Power Research Institute (EPRI) to better define those risks in terms of expected forced outage rates and anticipated increases in maintenance costs.

---

**Auditor Response**

In conjunction with the enhanced focus on Operational Risks in the revised Risk Heat Map, we support the actions being taken by Power Supply to better define risks and identify potential amelioration strategies to reduce the risk of catastrophic failure of current generating assets.

---

## 18. Savings and Benefits and Rate Case Impacts

The Company appreciates and agrees with this acknowledgement by the auditors:

> We are also cognizant of the strategic importance of the Company remaining financially sound, independent and able to operate sustainably on a long-term basis if the State goals of successfully transitioning to a 100% renewable energy future are to be achieved. The recommended changes should be implemented in a manner that does not negatively impact the ability of the Company to make the necessary investment in a modern smart grid capable of providing a resilient and reliable infrastructure platform to deliver renewable energy throughout the Islands.

Audit Report at 12.[51]

Section 18.2 lists the auditors' summary ranges of FTE Savings Opportunities, excluding realization costs, Section 18.3 lists the auditors' summary ranges of Non-FTE Savings Opportunities, and Section 18.4 lists the auditors' summary ranges of Total Savings Opportunities, excluding realization costs. From these tables, when projected realization costs are considered, the mid-point of savings realized by the end of 2022 is $24.225M, with a projected steady state of $26.525M reached in 2023. Audit Report at 178. More specifically, the auditors state in section 18.5:

> As can be seen from the tables in 18.2, 18.3 & 18.4 the Total savings opportunities identified are in the range of $17.425m to $35.725m with FTE reductions of 91-179.

---

[51] *See also* Audit Report at 41 ("As the only purchasing party for long-term, utility scale, renewable projects on the islands, the strength of the Company's balance sheet provides the financial underpinning to attract external investors. Maintaining a strong, investment grade, credit rating is a key objective to enable the Company to remain a financially strong counter party for renewable Power Purchase Agreements (PPAs) with independent developers.").



May 12, 2020

**HECO Management Audit Final Report**

Taking the mid-point numbers this suggests realistic savings opportunities from 135 FTE reductions and $26,575m in total savings. These are all net numbers for steady state from the beginning of year 4 onwards although of course the savings will be delivered progressively during the preceding years.

For FTE reductions, the auditors assumed a loaded cost of $175k/year per FTE. Audit Report at 174. The auditors state that their annual benefits and savings target of $25m-$26.5M to be progressively delivered by the end of 2022 "is undoubtedly a stretch target," but "it is realistic and achievable with focus and leadership." Audit Report at 13. Importantly, the auditors also note that:

> The areas of savings may vary depending on the actions and findings of the Company. Some of the non-FTE projected savings e.g. from revisions to the CBA make take longer to deliver which would change some of the phasing and the Non-FTE savings numbers.

Audit Report at 175.

The Company agrees that savings opportunities exist in rough alignment with the areas identified by the auditors, although the Company does not necessarily agree that targets stated in each specific area are appropriate targets or that a loaded cost of $175k/year per FTE is an appropriate assumption across such a broad category of employees and process areas. The Company also believes that savings relating to CBA will also be harder to achieve during the three-year period because of the timing of CBA renegotiations. Taking these two factors into consideration, in the interest of compromise, continuous commitment and for the benefit of certainty and finality, the Company believes that $25M of savings (not $26.5M) is a more reasonable target to be achieved by the end of 2022. Thus, the Company commits to $25M in savings over three years ("Savings Commitment") with the following understandings and on the following conditions:

- As the auditors acknowledge, this is a stretch target. The Company believes the Savings Commitment should be considered the full savings commitment required of the Company as a result of this audit.
- The Savings Commitment, as the auditors recommend, will be on top of the ERP savings/benefits realization previously guaranteed by the Company in Docket No. 2014-0170 ("ERP Benefits"). Because it could be perceived that there is some overlap in the source of benefit areas between ERP benefits and this Savings Commitment, the Company maintains that the Company's full commitment from the ERP Benefits and this Savings Commitment will be at $42.94 million as its combined steady state is achieved in 2023[52]

---

[52] The combined value for 2023 is calculated based on the $25 million management audit benefit plus $17.94 million ERP/EAM benefit as referenced in Docket No. 2014-0170 Stipulated Benefits Performance Metrics filed on September 9, 2019, see Detail Data Set for Charts. This ERP/EAM benefit value does not include the Net Application and Support Costs since in PUC Order No. 36449 on 8/1/2019, the Commission accepted "the Companies' proposal to track Benefit Category No. 10, Net Application and Support Costs, using a separate, different methodology from the tracking of the nine other benefit categories."



**203**

**HECO Management Audit Final Report**

- The Savings Commitment is roughly expected to be comprised of 80% capital/20% O&M. It will be progressively realized by the end of each year consistent with this schedule from the audit:

- 25% by end of 2020
- 40% by end of 2021 (i.e. 65% of total)
- 35% by end of 2022 (i.e. 100% of total)

  And for Category 3 savings to reach final steady state to be:
- 50% by end of 2021
- 100% by end of 2022

*See* Audit Report at 171.

- Achievement of FTE reduction savings will be measured against existing FTE numbers as stated in this audit, as may be clarified by any preceding response.  Non-FTE and other efficiency savings achievement will be measured against the comparative prior year actuals.
- As acknowledged by the auditors (Audit Report at 177), the Company needs and should have reasonable flexibility in how the Savings Commitment is actually achieved, so long as the savings are in rough alignment with the categories and sources identified in section 18 of the audit.  For example, the numbers of FTE reductions and the amounts of savings from the identified areas may be somewhat different than identified in the tables in section 18 provided that the full Savings Commitment is achieved by the end of 2022.
- The Savings Commitment will be converted to revenue requirements, and the ratemaking treatment and regulatory mechanism(s) to provide these benefits to customers will be discussed between the Company and the Consumer Advocate and ultimately be subject to approval by the Commission.

---

**Auditor Response**

In our audit report we identified a range of potential savings opportunities from different areas of Operations and recommended a target of $26.575m as an equitable mid-point based on our review. The $26.575 is a steady state savings from 2023 onwards.  As we show in section 18.5 this would be delivery of annual savings progressively increasing to $26.575 per year from the start of 2023 onwards with annual savings prior to that of :

  $4,250 by 2020 year end
  $14,125 by 2012 year end
  $24,225 by 2022 year end

We must stress that the final figure will be a decision to be reached in the 2020 regulatory proceedings by the stakeholders.

---



May 12, 2020

**HECO Management Audit Final Report**

We view the Company's stated commitment to a steady state $25m annual savings target, in the same timeframe and phasing as we have recommended, as a very strong indication by Company leadership that they are equally cognizant of the potential for performance improvement. We also regard the early and comprehensive actions taken by the Company to initiate changes in line with our recommendations as a powerful indication of good faith to delivering on this commitment.

We agree with the requirement for the company to have some flexibility in how these savings are delivered. While we have provided our best estimates of where they can be achieved we are fully cognizant that in practice some of these areas will change due both to internal and external drivers. While in detail we expect some areas of savings will change, in aggregate the total benefit for customers will be achieved.

### 19. Reporting Processes

The Company is agreeable to reporting in the manner recommended in section 19.

### 20. Company Initial Actions in Response to Audit

The Company has no additional responses to this section.



May 12, 2020

## 22    Audit Team

### 22.1    Audit Team Members

The Audit Team members were Ray Tulloch, President & CEO of Munro Tulloch, Inc. and Wayne Martell, Senior Consultant at Munro Tulloch.   The team members have broad and extensive experience in the Utility industry in North America  and internationally.   This experience has been gained through a wide range of senior utility industry roles as well as extensive consulting experience. Combined they provide over 90 years of utility industry experience.   Legal advice and support was provided by Jeffrey T. Ono of Watanabe Ing LLP, Honolulu.

### 22.2    Resumes



May 12, 2020

**HECO Management Audit Final Report**



## Ray Tulloch

### EXECUTIVE PROFILE

Ray is a highly-experienced Utilities professional with extensive international experience in the energy and utilities sector. He has held a number of Senior Executive roles in Transmission & Distribution Operations, Mergers and Acquisitions, Supply Chain, Business Strategy and Asset Management with a major international utility group. Ray also has a proven consulting and advisory track record in both Big Four and niche consulting environments.

Ray has a demonstrably successful record of leading multiple Business Transformation, Regulatory Approval and Technology projects to deliver business performance improvement and cost reductions. He also led the regulatory approvals teams in negotiations for the ScottishPower-Pacificorp merger before the Californnia and IHe brings a rare blend of industry and operational expertise as well as technical skills to support the successful delivery of business-focused solutions, which drive sustainable bottom line performance improvement. His proven credibility and experience in the utility sector brings significant value and benefits in ensuring successful on time and on budget development and delivery of Business solutions that deliver the planned benefits.

### BUSINESS STRATEGY AND TRANSFORMATION

A major focus of Ray's experience both as a consultant and as a utility executive has been the identification and implementation of business and technology solutions that enable both bottom-line value creation and business performance improvement for utilities. These strategies have included Cost Reduction Initiatives, Post-Acquisition Transition plans, Turn-Around plans, New Business initiatives and Organizational Restructuring. A key element in his successes in this area is his demonstrable passion for improved performance that can deliver sustainable value for all stakeholders - Customers, Stockholders and Employees - over the longer term. He has also demonstrated the ability to lead implementation of such initiatives and take accountability for the difficult decisions that are typically required to execute these plans.

### REGULATORY AFFAIRS

For the ScottishPower Pacificorp Acquisition, Ray was responsible for leading the due diligence and valuation for the Australian subsidiary PowerCor prior to the merger. Post acquisition Ray led the Merger Regulatory Approvals teams in California and Idaho to achieve Commission approvals. The agreement to the merger by the California Public Utilities Commission was the first ever approval in the USA of an acquisition of a US Utility by a foreign Company. Following merger approvals Ray led the post-merger transition team to develop a supply

*raytulloch@munrotulloch.com*

**EDUCATION**
**Fellow of the UK Institution of Engineering and Technology (FIET)**
*Chartered Engineer*

**Bachelor of Science,** Electrical and Electronic Engineering
**Master of Business Administration**

**CAREER OVERVIEW**
**Munro Tulloch, Inc.,** *Principal*
2012 – Present

**Utilligent,** *Account Director*
2017-September2018

**Bridge Energy Group**
2014 - 2015
*Vice President, Grid Solutions*

**HCL Axon**, *EAM Solutions Director,*
2011 - 2012

**PricewaterhouseCoopers,** *Director*
2008 - 2011

**New Dimensions Solutions,** *Vice President, Consulting*
2007 - 2008

**Munro Tulloch, Inc.,** *President*
2004 - 2007

**Scottish Power plc**: 1976 - 2003
Project Director, Southern Water Sale and Refinancing, 2001-2003

**PacifiCorp:** Managing Director, Procurement, Logistics & Transport, 2000 - 2001

Project Manager, Scottish Power/PacifiCorp Acquisition & Transition Team, 1999





207

May 12, 2020

## HECO Management Audit Final Report

chain strategy to deliver value and implement best practices asnd was also deputy leader of the Transmission and Distribution transition plan team.

Since 2014 Ray has been providing support to the HPUC in review, approval and oversight of the Hawaiian Electric Companies ERP/EAM implementation project. Final approvals of this project improved bnefits to customers byreduced the capital cost by over $6m and increasing benefits from $100m to $246m.

### ENTERPRISE ASSET MANAGEMENT SOLUTIONS

Ray has led and participated in multiple engagements to review, recommend and implement EAM solutions, leveraging leading class technologies to support these objectives. Too often in the utility sector, EAM solutions have been limited in their deployment to Work Management systems which, while delivering benefits, fall short in maximizing value. A key driver of value in a regulated utility is the effective deployment of capital and control of operating costs. By fully leveraging the capabilities of the technology, driving deeper integration with financial and Supply Chain systems and capturing asset history data, utilities can make better informed asset investment planning decisions that support more accurate targeting of capital investment to deliver system performance improvements and customer service. Ray's deeep industry experience ensures that technology solutions effectively leverage the standard technology to build useable solutions to deliver measureable business benefits. This also minimizes expensive solution customization.

### SUPPLY CHAIN PERFORMANCE IMPROVEMENT

Effective management of the supply chain can provide significant bottom line value for utilities. In many instances responsibilities for disparate elements of the process - procurement, warehousing, logistics, inventory management - are spread across different parts of the enterprise. This reduces accountability and introduces process disconnects, and the result rarely delivers the full value potential. Ray has worked with multiple utility clients in restructuring Supply Chain Operations to achieve effective end-to-end Supply Chain integration; to implement strategic sourcing strategies to deliver sustainable cost reductions; and design of focused logistics models that can reduce inventory levels concurrent with improving availability of materials to end-users. He has also led delivery of Supply Chain technology solutions including the first implementation of SAP's Extended Warehouse Management (EWM) in the utility sector.

Ray has demonstrated, in practice as a utility executive, the ability to design and deliver such models. At PacifiCorp, following the acquisition of the company by Scottish Power, Ray led the transition team that developed a new Supply Chain operating model. He subsequently led the new Business Unit as Managing Director and delivered over $35M of annual spend savings and $7M in Opex reductions in the first 18 months, significantly contributing to the post-merger benefits achievements

### COMPETENCIES

| | | |
|---|---|---|
| • Work Management | • Project Management | • T&D Operating Models |
| • Asset Management | • Business Development | • Change Management |
| • Mobility | • Client Leadership | • Complex ERP Integration |
| • Technology Roadmaps | • M&A Due Diligence | • Business Strategy |
| • Supply Chain Improvement | • Analytics | • Smart Grid |
| | | • Regulatory Analysis |

### SOFTWARE SKILLS

MS Office Suite, Maximo, SAP, Oracle, ClickSoft

*raytulloch@munrotulloch.com*





**HECO Management Audit Final Report**

## WAYNE MARTELL

### EXECUTIVE PROFILE

Wayne  is a highly-experienced Electric Utilities Senior Manager with extensive  knowledge of Transmission and Distribution. He has held a number of senior roles in Transmission & Distribution Operations, as well as major software and business projects. He has a successful record initiating, managing and working on Business Transformation and Technology projects to deliver business performance improvement and cost reductions.

His proven credibility and experience in the electric utility sector brings significant value and benefits in ensuring successful delivery of business solutions.

### BUSINESS IMPROVEMENT

Effective management of the business can provide significant value for utilities.  Wayne has worked on numerous  projects ensuring attention to people, process and technology in order to deliver end-to-end integrated solutions delivering true business value and substantial cost reductions.

Wayne  has demonstrated the ability to design and deliver such models.  At BC Hydro, Wayne led the SAP work scheduling project introducing all Distribution work being managed and scheduled in SAP.

Wayne initiated and developed a new Distribution reporting functionality that provided performance visibility and drove performance improvement through all levels of the organization and across business units.

Wayne has has been foundational for advancing  mobile technology for the Distribution workforce. Wayne is an Executive Global Steering Committee Member advising Service Link  for future direction and improvements.

CAREER OVERVIEW

BC Hydro Supply Chain Project
2018 – Present
Work Management Business Lead and Oversight Committee member for Supply Chain Project

BC Hydro Trouble Operations
2014 to 2018
Provincial Manager Trouble Operations

BC Hydro SAP Scheduling Project
2013 to 2014
Project Initiator/Steering Committee  Member

BC Hydro  SAP Transformation
2011 to 2013
Senior Advisor to Director
Business Lead for Work Management

BC Hydro Field Operations
2006-2011
Regional Manager

BC Hydro Field Operations
1993 - 2006
District Manager

BC Hydro
1973 - 1993
Various position in Generation and Substations

### COMPETENCIES

| | | |
|---|---|---|
| • Work Management | • Project Management | • Change Management |
| • Asset Management | • Business Development | • Business Strategy |
| • Mobility | • Analytics | • Supply Chain |
| • T&D Operating Models | • Process Governance | Improvement |



**209**

## 23    Detailed T&D Operations Processes

### A) Work Management Processes

Top performing organizations pay attention to business process management to drive efficiencies and deliver customer value. Mapping and analyzing processes are core to supporting a continuous improvement culture - identifying wastes, ineffective hand-offs and highlighting non-value add activities which all increase cost and reduce quality of the work. Clarifying the process steps, accountabilities and technologies used, provides a canvas for developing new opportunities for streamlining and detecting metrics capture points to provide visibility for business performance management.

Utilities who achieve high performance are driven by streamlined processes that flow work efficiently through the planning, scheduling and execution processes and which provide visibility to how work is progressing and meeting requirements of cost, due dates and quality.



T&D Operations' process mapping is incomplete, there is no standard work process followed consistently across the organization. Sessions reviewing the workflow identified multiple areas that require improvement, including workflows that only added the new SAP steps to the existing process without eliminating duplication of work.

### A.1 Plan Work

All planned work that is destined to go to the Supervisors Field Crews requires the Supervisor to perform a field check and complete a Field Check Package to either confirm, update the work orders, or in the case of Test & Treat pole replacements, gather the information required to create the work order. This "check the checker" is both a duplication of work as well as inefficient use of a highly paid resource that takes away the normal priority of a Supervisor. The primary role of a Supervisor must be Safety and creating a performance-based culture that plans, schedules and executes work efficiently.

We found that work orders in T&D Operations do not have a consistent estimate that use standard Compatible Units. These CU's are a fundamental component in having consistent work estimates that show the hours, material and outside resources required for the Work Order. This consistency enables standard designs, efficient scheduling, and enables effective reporting.



**HECO Management Audit Final Report**

Definition:

    *"A compatible unit ("CU") is a template used by engineers that defines labor, materials, services, and tools that are required to perform work such as installing a utility pole. CUs are used to estimate the costs and resource requirements associated with work orders and for assessing actual performance against performance standards. These CUs can be reused for estimating and planning purposes on similar jobs without having to develop them from scratch, each time resulting in shorter design cycles, reduction in field engineering and rework requirements, and more accurate job estimates."* From docket 2014-0170 2019

- Pole replacements are received as a notification, requiring the Supervisor to complete a field check and itemize what labor, materials and other requirements are required to create the work order. The work order is then handed off to the Resource Planner in T&D Operations to create the work order, which is then returned to the Supervisor, after scheduling, for execution.
- Customer Driven work is received as a complete work order, but the Supervisor does a field check and adds any missing items to the existing work order, including crew size and vehicles required, then returning work order to the Resource Planner for scheduling.
- Maintenance work orders are created by the Resource Planner and handed off to the Supervisor after scheduling
- Trouble work that requires crew support requires an SAP notification going to the Supervisor, who then duplicates effort by having to then create a Work Order in SAP that the crew can charge their time and materials to.

This is an issue for T&D Operations, as the Supervisors are reviewing work packages, completing pre-work field checks, on jobs that may have had one or more field checks performed previously, and adding missed items to work orders or completing the estimate so a work order can be created. This removes the Supervisor from his core duties that are to ensure crews are safe, cost efficient, and work is completed on time.

T&D Operations does not utilize the Line Contractors for work on OAHU. Given the extreme level of overtime and subsequent cost to each work program, we feel this contractor resource would give T&D Operations the ability to complete all of its work, reduce its overtime hours and provide a competitive baseline for job costing.

**A.2 Schedule Work**
Scheduling of work requires that the handoff from "Plan the Work" has all the required information to be successful. **Schedules** must ensure that the crews have a full days' worth of work available based on the work order estimates. They also require extra work that is available in case the crews require more work that day. This is usually 20% more job hours per day.

Scheduling jobs in a geographic area for crews that work on multiple jobs a day, is one of the primary costs savings. Reducing travel time will increase the number of work orders completed each day on short cycle jobs. Ensuring crews are leaving the base yards as soon as possible and only returning at the end of their shift will also have the same impact. These two efforts will increase job site time each day, which increases productivity and reduces costs.
Minimizing the cost of overtime used in scheduling of jobs must require Supervisors approval so that overtime is managed efficiently.



May 12, 2020

**HECO Management Audit Final Report**

The existing method of scheduling is a manual effort that is based on local knowledge of work. Scheduling of work orders is not based on specific job estimates, but rather on standard blocks of time for similar type work. As work orders progress thru the schedule stage there is no system steps consistently utilized, that show the job status. This is extremely important in understanding a job status so jobs can be scheduled efficiently and eliminates of scheduling jobs that are delayed, postponed or already scheduled.

There is no proper oversight of overtime in scheduling work and planned work is the major contributor of the unacceptable level of overtime. Planned overtime was over 80% of overtime costs for 2019.

### A.3 Execute Work

Efficient execution of work starts with quality work planning and efficient scheduling. Crews working on execution must maximize their job site time in order to cost effective. This begins with leaving the base yard as soon as they ready each day and returning to the base yard at the end of the day. Managers must be making decisions on overtime when it impacts job duration. Extending a workday with overtime or beginning a day with overtime must be a planned, approved decision that considers job efficiency with cost control.

Our observation is that crews can improve their yard departure time and return time which will allow more work time during each day. Overtime decisions made during execution of work are also a major contributor of the high level of overtime in T&D Operations. Crews are extending their workday or starting their workday early and while, in the correct circumstances, overtime can be the right choice for efficiency, Supervisors must manage this correctly.

T&D Operations management does not have a performance culture. As well, they do not have access to operational reporting that gives quality information on Work Order costing, scheduling efficiency, Unit costs, crew productivity or Overtime reporting at a level that would support a performance management culture.

### B) Performance Visibility and Management

We found no evidence that T&D Operations manages or reviews work. Supervisors do not have a performance management culture and do not review costs or prevent costly overtime on work.
Utilities who achieve high performance have information systems in place to support managers to take necessary actions to ensure quality and cost-effective construction. To create visibility of current performance, organizations require reliable reporting consisting of good data quality and depth as well as a performance culture where all levels of management review and react to the information provided.

### B.1 SAP Work Review

Supervisors should be reviewing the following:
- Estimated costs and actual costs
- Status changes with dates of changes
  - Ready for scheduling
  - Scheduled
  - Delays
  - Field complete
  - Work Order costs



212

May 12, 2020

**HECO Management Audit Final Report**

- ▪ Labor costs
  - • Regular time
  - • Overtime
- ▪ Material costs
- ▪ Outside contractors
- ▪ Miscellaneous costs

In T&D Operations we found no reviewing of planning, scheduling, execution efficiency or costs.

**B.2 Cost Management**

T&D Operations manage costs at the budget level only. Even though this information is available in SAP, Supervisors have no reports and do not review SAP workorders to identify actual to estimate variances. This is a fundamental requirement for organizations to understand actual costs. This removes the Supervisor from effective control of managing work and driving efficient work execution. Costing on each work order can be found in SAP, as per the example below, but there is no overall reporting. As the snapshot below shows there are deficiencies in the creation of the work order as there are no estimated costs, the planned costs are not reflective of the work to be done. This also makes it extremely difficult to schedule based on the planned or estimated hours of work.



May 12, 2020

## HECO Management Audit Final Report



### B.3 Overtime

Overtime can be an effective tool in completion of work. When utilized properly it can save cost and time especially when a small amount of overtime will free up a crew for more work the next day and reduce costs. It also must be deployed for work constrained, for example Trouble or to meet customer or traffic management requirements. However, it is very difficult to contain these specific circumstances without strong management.

**214**

May 12, 2020

## HECO Management Audit Final Report

T&D Operations has limited visibility to crew overtime, and Supervisors do not review it. This has resulted in extremely high overtime with no visible control or review of impacts on Work Order costing. Overtime is averaging 24% of Regular Time for 2018 and 29% for 2019. While overtime was identified for a significant reduction during 2019 (75% reduction in Sunday double time), there was no evidence of overtime reduction in 2019 and the overtime % of regular hours increased.

**Monthly Overtime Costs and % of Regular Time by Company by Month - Energy Delivery T&D Operations**

| | T&D Operations - Hawaiian Electric | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2019 Revised | | 2019 Overtime Cost Details | | | |
| Month | Overtime Costs ($000s) | % of Regular Time (hours) | Overtime Costs ($000s) | % of Regular Time (hours) | Scheduled Overtime Costs ($000s) | Call Out Overtime Costs ($000s) | Overtime Premium Costs ($000s) | Meal Penalty Costs ($000s) |
| 1 | 907 | 23% | 1,015 | 24% | 816 | 46 | 16 | 137 |
| 2 | 971 | 20% | 1,442 | 36% | 1,092 | 138 | 36 | 176 |
| 3 | 1,308 | 24% | 1,307 | 31% | 1,075 | 68 | 19 | 145 |
| 4 | 979 | 22% | 1,040 | 26% | 838 | 62 | 19 | 121 |
| 5 | 921 | 20% | 1,036 | 25% | 862 | 29 | 19 | 125 |
| 6 | 1,282 | 23% | 1,170 | 31% | 997 | 27 | 16 | 130 |
| 7 | 1,073 | 24% | 996 | 25% | 794 | 51 | 23 | 127 |
| 8 | 1,593 | 29% | 1,180 | 30% | 999 | 41 | 17 | 123 |
| 9 | 1,585 | 25% | 1,140 | 29% | 947 | 41 | 27 | 125 |
| 10 | 1,063 | 24% | 1,144 | 28% | 914 | 78 | 16 | 136 |
| 11 | 873 | 24% | 1,081 | 32% | 896 | 53 | 16 | 116 |
| 12 | 1,278 | 35% | 1,019 | 32% | 746 | 130 | 24 | 119 |
| Total | 13,833 | | 13,570 | | 10,977 | 764 | 248 | 1,581 |



May 12, 2020

# Appendices – filed under separate cover

The appendices are filed separately and contain 3 documents

## Appendix 1 – Full listing of data requests submitted


## Appendix 2 – Company Responses to Data Requests
These responses are redacted where required for non-public confidential information in accordance with Protective Order No. 36546


## Appendix 3 – Confidentiality Log, Attachment A,

In accordance with Protective Order No. 36546, Attachment A
(1) identifies, in reasonable detail, the information's source, character, and location;
(2) states clearly the basis for the claim of confidentiality; and
(3) describes, with particularity, the cognizable harm to the producing party or participant from any misuse or unpermitted disclosure of the information.

For designations of restricted information, additional descriptions of the cognizable harm are provided.



**216**

May 12, 2020

FILED

2020 May 13 PM 16:16

PUBLIC UTILITIES
COMMISSION

The foregoing document was electronically filed with the State of Hawaii Public Utilities Commission's Document Management System (DMS).