# Exhibit 32

# NON-DOCKETED CASE NO. 2024-01872

## HAWAIIAN ELECTRIC RESPONSES TO

## COMMISSION INFORMATION REQUEST

## BOOK 3 OF 3

## FEBRUARY 20, 2024

PUC-HECO-IR-12
Reference:      WMP at 4 and 37.

a.    To the extent not already provided in another response, please discuss whether Hawaiian Electric has a regularly scheduled preventative maintenance inspection program for its transmission, sub-transmission, and distribution lines.
      1.    If Hawaiian Electric conducts regular preventative maintenance inspections of these lines, please provide copies of any reports on the inspections and maintenance of the transmission, sub-transmission, and/or distribution lines conducted in the vicinity of the Lahainaluna Road and Hookahua Street (relevant to the Morning Fire) and Haleahi Road (relevant to the Waianae Fire) areas, since 2018.
      2.    Please clearly explain the extent of the Company's control over vegetation management in those two areas.
            i.    In the response, please provide maps, if available, and discuss any other entities that have control or responsibility for vegetation management in those areas, the Company's communication protocols regarding vegetation management with those entities (if any), and any records or information Hawaiian Electric has access to regarding other entities' vegetation management practices and activities.
b.    Please discuss Hawaiian Electric's procedure/process flow for addressing issues identified during preventative maintenance inspections.
      1.    Please discuss how any issues Hawaiian Electric identified during inspections of the transmission, sub-transmission, and/or distribution lines referenced in (a)(1), above, were handled.

Hawaiian Electric Response:

a.    Hawaiian Electric undertakes maintenance and inspections of its facilities and equipment through several programs to ensure the structural and operational integrity of its infrastructure.  These programs address transmission and distribution facilities, including poles, structures, overhead and underground lines, substations, vaults, transformers, and switchgear, as well as the communication system required to monitor and operate the automated equipment on and within these facilities.  Inspection and maintenance programs include wooden pole "test and treat" inspections, aerial and driving inspections of transmission systems, as-needed inspections and maintenance of distribution systems, and

recurring substation inspections.  The Company performs general aerial inspections of its transmission facilities by helicopter bi-annually, and aerial inspections are also performed for storm damage assessment and system interruptions as needed.  Additional patrols are conducted by vehicle and on foot in certain areas.  The Company also recently completed infrared inspections of its transmission lines on Maui island.  The wood pole "test and treat" program includes inspections and tests of wood poles, as well as treatment of poles for wood rot and termites, and may include inspections of anchors.  The cycle length ranges from seven to ten years.  The results of these inspections inform decisions regarding pole replacement and restoration (e.g., C-Truss).

1.

- Please see Attachment 1 for an extract from the test and treat database (for Maui) for test and treat inspections in the Lahainaluna Road and Hookahua Street area since 2018 and corresponding map below:

PUC-HECO-IR-12
NON-DOCKET CASE NO. 2024-01872
PAGE 3 OF 8



- See Attachment 2 for inspection reports for test and treat inspections in the Haleahi Road area since 2018 and corresponding map below:



- See Attachment 3 for an extract from the Vegetation Asset Management System showing vegetation management activities conducted in the vicinity of the

Lahainaluna Road and Hoʻokahua Street and Haleahi Road areas, shown in red highlighting on the below maps, since 2018.  The assessment date column indicates the date the area was pre-inspected for tree work, and the last two columns (crew type and completed date) indicate if tree work was completed.  If the last two columns are blank, then no tree work was identified.  Yellow highlights indicate vegetation management activities that the Company has identified as being in the area where the Waianae fire was first observed by Company personnels.

**Maui**



PUC-HECO-IR-12
NON-DOCKET CASE NO. 2024-01872
PAGE 5 OF 8

**Oʻahu**



2.    The Company's vegetation management is based upon historic outage data along with customer density to prioritize circuits that have the most impact on reliability.  It is focused on trimming vegetation in the Company's right-of-way that could interfere with Hawaiian Electric's appliances and equipment.  Typically, areas are pre-inspected by a vegetation management contractor to identify any vegetation that requires pruning.  In 2021, the Company worked with Asplundh to conduct a LiDAR survey to identify any sub-transmission or transmission vegetation encroachments.  The Company generally clears vegetation away from overhead conductors and generally does not clear any vegetation that does not encroach upon the overhead conductors, such as shrubs and grasses.  Clearance around equipment such as poles or underground facilities typically is done only if access to the equipment is needed.

i.  Other entities that have control and responsibility over vegetation maintenance in these two areas include property owners and public entities, see Attachments 4 – 5. The red polygon shown in Attachment 4 represents the "Suspected Area of Origin" as described in that certain DEFENDANTS' NOTICE REGARDING SECTION D OF INTERIM DISCOVERY ORDER; EXHIBIT 1; CERTIFICATE OF SERVICE, dated August 17, 2023, filed in the First Circuit 1CCV-23-0001045 on August 21, 2023. Hawaiian Electric's overhead lines generally run over property that Hawaiian Electric does not own. Hawaiian Electric's vegetation management program within easements and rights of way is primarily focused on potential interference with overhead transmission and distribution circuits, and minimizes outages as well as associated fire risk by removing vegetation that may come into contact with overhead electrical conductors. The Company's easements generally do not grant the Company the right to trim shrubs and grasses that are not in the way of the Company's equipment. Eliminating vegetation, such as grasses and shrubs, present in easements and rights-of-way, but not tall enough to contact the lines, is not generally within Hawaiian Electric's rights. Landowners, public or private, are responsible for general maintenance of the low-lying vegetation on their land.

PUC-HECO-IR-12
NON-DOCKET CASE NO. 2024-01872
PAGE 7 OF 8

**Maui**



**Oʻahu**



b.   For poles which are flagged during wooden pole "test and treat" inspections as requiring immediate replacement, an SAP notification is created, and the pole replacement job is planned as soon as reasonably possible.

Other poles that are identified through "test and treat" inspections are prioritized for replacement primarily based on how the pole was categorized during the "test and treat" inspection. For poles identified as "priority" reject poles, the Company is moving toward replacing the pole in the same calendar year it is identified, when possible. For non-priority reject poles, the Company is targeting to replace the pole no later than the end of the next calendar year.

1.   On Maui, Pole P22 was replaced on May 23, 2021, due to the pole being rotten and was followed up by a visual inspection in 2022. On Oʻahu, inspections found that there was a broken ground wire on Pole 42 on Kolealiilii Street. Notification 500042273 was created in SAP. A resource planner created an order (#1074497) and scheduled the job to fix the ground wire and performed the work and completed on September 24, 2021.