# Exhibit 33

## APPENDIX OF CHALLENGED STATEMENTS

| Statement[1] | SAC Cite (Source) | Exhibit |
|---|---|---|
| **1. Defendants' Statements About Insulating Exposed Power Lines** | | |
| "**Other resilience initiatives such as installing heavier, insulated conductors and applying fire retardants on poles are also done as part of our proactive plan to reduce risks of wildfires.**" | SAC ¶ 206 (November 6, 2019 YouTube video). | Ex. 13 at 1 |
| "**Maui Electric Company will be upgrading utility poles and installing insulated power lines along Lahainaluna Road in West Maui.**" | SAC ¶ 208 (December 19, 2019 press release). | Ex. 18 at 1 |
| The Company's resilience efforts include "**installing heavier, insulated conductors in areas prone to trees and large branches falling during high winds and preventing power lines from coming down.**" | SAC ¶ 226 (October 27, 2021 blog post). | Ex. 19 at 4 |
| "**We have also replaced traditional power lines with insulated conductor systems** to improve reliability and resilience in targeted areas prone to vegetation-related outages." | SAC ¶ 232 (2021 ESG Report). | Ex. 9 at 76 |
| The Company "**replace[s] traditional power lines with insulated conductor systems in areas that are especially prone to vegetation-related outages.**" | SAC ¶ 246 (2022 ESG Report). | Ex. 10 at 44 |
| **2. HEI's Pole Maintenance Statements and HECO's Pole Safety Compliance Statements** | | |
| "**We continually maintain and upgrade our transmission and distribution system** to ensure seamless delivery of power to our customers. Day-to-day maintenance is a key part of keeping the grid resilient. **We regularly inspect our poles, lines, and other equipment, and work to replace and upgrade aging and faulty equipment before failures happen.**" | SAC ¶ 222 (2020 ESG Report), ¶ 232 (2021 ESG Report). | Ex. 8 at 58; Ex. 9 at 76 |

---

[1] Statements are excerpted as in the Court's Order dated October 15, 2024. *See Bhangal v. Hawaiian Elec. Indus., Inc.*, No. 23-CV-04332-JSC, 2024 WL 4505465, at *2-5 (N.D. Cal. Oct. 15, 2024). As in the Order, statements are listed thematically such that some statements fall into more than one category and thus appear more than once. *Id.* at *2 n.2. In addition, any formatting (bold and underline) is retained from the Second Amended Complaint ("SAC"). *See id.* at *3 n.3.

1

| Statement[1] | SAC Cite (Source) | Exhibit |
|---|---|---|
| Projects to "[i]ncreas[e] reliability and resilience" include "[r]eplacing more than 400 poles on Maui, Lāna'i and Moloka'i to **maintain strength and safety standards based on inspections and testing**." | SAC ¶ 236 (2021-2022 Sustainability Report). | Ex. 11 at 14 |
| **"[O]ur poles follow standards set by the National Electric Safety Code to ensure they are safe for our employees to work on and can withstand the impact of severe weather."** | SAC ¶ 240 (November 23, 2022 YouTube video). | Ex. 15 at 3 |
| **"To ensure safety and reliability, Hawaiian Electric's utility poles follow standards set by the National Electric Safety Code (NESC)."** | SAC ¶ 242 (March 1, 2023 blog post). | Ex. 21 at 2 |
| "<u>**We constantly work to maintain and upgrade our transmission and distribution infrastructure to ensure that power gets to our customers**</u>." | SAC ¶ 246 (2022 ESG Report). | Ex. 10 at 44 |
| Hawaiian Electric "**[r]eplaced more than 330 poles on Maui, Lāna'i and Moloka'i to maintain strength and safety standards.**" | SAC ¶ 248 (2022-2023 Sustainability Report). | Ex. 12 at 9 |
| **3. HEI's and HECO's Statements About Vegetation Management** | | |
| The drone surveys Hawaiian Electric conducted were "part of the companies' **proactive assessment and management of vegetation** near their electrical infrastructure, especially **in** drought-prone or **dry brush areas**." That many utility lines in Hawai'i run through tropical areas "makes it easier to **concentrate on mapping drought-prone areas where sparks could ignite dry grass and brush beneath power lines**." | SAC ¶ 204 (November 15, 2019 press release). | Ex. 17 at 1 |
| **"We have an ongoing maintenance program ... where we identify poles that need attention, and that could be upgrades or replacement. ... I would say that's 90% of our work.... It happens year-round, but we step it up during, you know, the months between June and November, I mean, in preparation for upcoming storms if they should arise."** | SAC ¶ 214 (June 1, 2020 YouTube video). | Ex. 14 at 3 |

APPENDIX OF CHALLENGED STATEMENTS                    CASE No.: 3:23-cv-04332-JSC

| Statement[1] | SAC Cite (Source) | Exhibit |
|---|---|---|
| "The Hawaiian Electric Companies use drone, or unmanned aircraft system, surveys to **assess drought-prone or dry brush areas especially near electrical infrastructure.**" | SAC ¶ 206 (November 6, 2019 YouTube video). | Ex. 13 at 1 |
| "**We regularly trim the vegetation around our equipment**, as many power outages during high winds and storms are due to tree branches or other vegetation falling onto power lines." | SAC ¶ 222 (2020 ESG Report); ¶ 232 (2021 ESG Report). | Ex. 8 at 58; Ex. 9 at 76 |
| "**Because such drought conditions make our islands especially vulnerable to wildfires, our company continues to do its part to reduce such risks, which can threaten an island's electrical system. Such resilience work starts with proactive vegetation management around our electrical infrastructure and facilities on the five islands we serve.**" | SAC ¶ 226 (October 27, 2021 blog post). | Ex. 19 at 3-4 |
| The utility engaged a leading consulting firm, whose recommendations "**included recommendations for system hardening**, ... [and] **enhanced vegetation management**." | SAC ¶ 230 (2021 ESG Report). | Ex. 9 at 42 |
| "**Now, I take pride in knowing our company takes extra steps to protect areas like West Maui that are more prone to wildfires through ongoing vegetation management, restoration and prevention efforts. [...] Throughout the years, Hawaiian Electric has worked with the state's Division of Forestry and Wildlife (DOFAW) on Maui to identify specific parts of the island susceptible to wildfires to help with vegetation management and roadside maintenance to act as a firebreaks.**" | SAC ¶ 238 (August 22, 2022 blog post). | Ex. 20 at 2 |
| "Vegetation impacts during high winds and storms are the cause of many power outages and **so we regularly trim vegetation around our equipment and replace traditional power lines with insulated conductor systems in areas that are especially prone to vegetation-related outages**." | SAC ¶ 246 (2022 ESG Report). | Ex. 10 at 44 |
| "**So if you want to take, looking at California and learning lessons, the fires have actually had us take a look at the plants and harden them in a sense. We, you know, make sure that the areas are clear around them.**" | SAC ¶ 250 (August 13, 2023 YouTube video). | Ex. 16 at 16 |

3

| Statement[1] | SAC Cite (Source) | Exhibit |
|---|---|---|
| **4. HEI's Statements About Working With the Community to Control Wildfire Risk** | | |
| The Utility "engaged ... a leading consulting firm in electric utility resilience[ ] **to perform an independent assessment to identify key vulnerabilities to severe natural events. Following this assessment, [the consultant] outlined a set of recommendations**" including for "**system hardening**, [and] ... **enhanced vegetation management**." "**The utility is currently developing work plans based on [the consultant's] recommendations**" and is using the consultant's analyses "**to inform its [Integrated Grid Planning] process and planning.**" | SAC ¶ 224 (2020 ESG Report). | Ex. 8 at 32 |
| "Episodic drought, a warming climate and **the expansion of nonnative fire-prone grasses and shrubs** has led to an increase in wildfires in Hawai'i. 98% of wildfires in Hawai'i are human caused and the threat to communities is high year-round. **In addition to the utility's own wildfire mitigation plans, we have joined with community members and wildfire collaborators to help prevent and mitigate wildfires in known hot spots across our service areas**." | SAC ¶ 234 (2021 ESG Report). | Ex. 9 at 78 |
| "**We joined with community members and wildfire collaborators to help prevent and mitigate wildfires in known hot spots across our service areas**." | SAC ¶ 244 (2022 ESG Report). | Ex. 10 at 44 |
| **5. HEI's Safety Statements** | | |
| "**Safety is our number one priority at Hawaiian Electric**." | SAC ¶ 216 (2019 ESG Report). | Ex. 7 at 48 |
| "**Hawaiian Electric is committed to maintaining a strong safety culture. Due to the nature of its operations, safety is of paramount importance**." | SAC ¶ 220 (2020 Form 10-K). | Ex. 5 at 4 |

4

| Statement[1] | SAC Cite (Source) | Exhibit |
|---|---|---|
| **6. HEI's Statements About its Oversight of Subsidiaries** | | |
| "**[T]he Company believes that each subsidiary has appropriately responded to environmental conditions requiring action and that, as a result of such actions, such environmental conditions will not have a material adverse effect on the Company or Hawaiian Electric.**" | SAC ¶ 202 (2018 Form 10-K). | Ex. 3 at 9 |
| HEI's Annual Report on Form 10-K, reporting the Company's financial and operating results for the year ending December 31, 2019, stated "**the Utilities believe that each subsidiary has appropriately responded to environmental conditions**." | SAC ¶ 210 (2019 Form 10-K). | Ex. 4 at 8 |
| "The [Hawaiian Electric] Board of Directors is responsible for the oversight of **the Company's enterprise risk management (ERM) programs, which are designed to address all material risks** and opportunities, **including ESG considerations**." | SAC ¶ 212 (2019 Form 10-K). | Ex. 4 at 33 |
| "**[T]he Utilities believe that each subsidiary has appropriately responded to environmental conditions requiring action and that, as a result of such actions, such environmental conditions will not have a material adverse effect on the capital expenditures, earnings and competitive position of the Utilities**." | SAC ¶ 218 (2020 Form 10-K). | Ex. 5 at 11 |
| "**[T]he Utilities believe that each subsidiary has appropriately responded to environmental conditions requiring action and that, as a result of such actions, such environmental conditions will not have a material adverse effect on the capital expenditures, earnings and competitive position of the Utilities**." | SAC ¶ 228 (2021 Form 10-K). | Ex. 6 at 13 |

5

APPENDIX OF CHALLENGED STATEMENTS

CASE No.: 3:23-cv-04332-JSC