**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, PAUL K. ITO, and SHELEE KIMURA,<br><br>     Defendants. | **CLASS ACTION**<br><br>Case No.: 3:23-cv-04332-JSC<br><br>Date:   June 26, 2025<br>Time:   10:00 a.m.<br>Hon.   Jacqueline Scott Corley<br>Courtroom: 8—19th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |

[PROPOSED] ORDER                      Case No. 3:23-cv-04332-JSC

## [PROPOSED] ORDER

This Court, having considered Defendants' Request for Judicial Notice and Incorporation By Reference in Support of Motion to Dismiss the Second Amended Class Action Complaint (the "Request") and all papers filed in support thereof, and the argument of counsel, and good cause appearing, hereby GRANTS the Request in its entirety.

**IT IS HEREBY ORDERED THAT** Defendants' Request for Judicial Notice and Incorporation By Reference in Support of Motion to Dismiss the Second Amended Class Action Complaint is **GRANTED.**

Dated: _____          _____

Honorable Jacqueline Scott Corley
United States District Judge

1

[PROPOSED] ORDER                                        Case No. 3:23-cv-04332-JSC