UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BHAPINDERPAL S. BHANGAL,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiff,

v.

HAWAIIAN ELECTRIC INDUSTRIES,
INC., CONSTANCE H. LAU, SCOTT W. H.
SEU, GREGORY C. HAZELTON, and
PAUL K. ITO,

Defendants.

CASE NO.  3:23-cv-04332-JSC

**DECLARATION OF AUSTIN P. VAN IN
SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT**

I, Austin P. Van, hereby declare as follows:

1.      I am a Partner in the firm of Pomerantz LLP, and Lead Counsel for the Class and Lead Plaintiff Daniel Warren in the above-captioned action.  I make this declaration based on my personal knowledge.

2.      Pursuant to Civil Local Rules 7-3 and 7-5, I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

3.      Attached as Exhibit 1 are true and correct copies of Google Maps images with attorney highlighting showing the layout of the section of Lahainaluna Road between Mill Street and Kalena Street.  This map can be publicly accessed at:

https://www.google.com/maps/place/Lahainaluna+Rd,+Lahaina,+HI+96761/@20.8816289,-156.6743925,16z/data=!4m6!3m5!1s0x79552bada30adf17:0x81aca1de18597266!8m2!3d20.8826764!4d-156.6683522!16s%2Fg%2F1vwlpbb7?entry=ttu&g_ep=EgoyMDI1MDQyMy4wIKXMDSoASAFQAw%3D%3D.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May 2025, in New York, New York.


Dated:  May 2, 2025                                POMERANTZ LLP

                                                          By  /s/ *Austin P. Van*_____
                                                               Austin P. Van

1