**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile:  (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Daniel Warren & the Proposed Class*

*[Counsel for Defendants listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO, <br><br> Defendants. | Case No.: 3:23-cv-04332-JSC <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO DISMISS** <br><br> Hon. Jacqueline Scott Corley |

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule"), lead plaintiff Daniel Warren ("Plaintiff") and defendants Hawaiian Electric Industries, Inc., Hawaiian Electric Company, Inc., Constance H. Lau, Scott W. H. Seu, Gregory C. Hazelton, Paul K. Ito and Shelee Kimura (collectively "Defendants," and together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court adjourning the Hearing on Defendants' Motion to Dismiss the Second Amended Complaint in light of the Parties' upcoming mediation.

WHEREAS, on November 12, 2024, Plaintiff filed a second amended complaint (ECF No. 93);

WHEREAS, on January 22, 2025, the Parties participated in mediation and negotiated in good faith, but were unable to reach agreement on a resolution;

WHEREAS, pursuant to the Court's Order Setting Motion to Dismiss Deadlines (the "Order") (ECF No. 105), Defendants filed their Motion to Dismiss the Second Amended Complaint (the "Motion to Dismiss") on March 18, 2025 (ECF No. 106), Plaintiff filed an Opposition to the Motion to Dismiss (the "Opposition") on May 2, 2025 (ECF No. 110), and Defendants filed a Reply in Support of their Motion to Dismiss on May 30, 2025 (ECF. No 112);

WHEREAS, pursuant to the Court's Order, the Hearing on Defendants' Motion to Dismiss is currently set for June 26, 2025;

WHEREAS, on June 19, 2025, the Parties agreed to conduct a second mediation before David M. Murphy of Philips ADR Enterprises. (https://phillipsadr.com/our-team/david-m-murphy/.) The mediation is scheduled for July 14, 2025; and

WHEREAS, the Parties believe that oral argument on Defendants' Motion should be deferred in light of the mediation to facilitate a productive mediation and also best serve the interests of judicial economy and efficiency, conserving time and resources for the Court and the Parties.

NOW, THEREFORE, the Parties to this Action, subject to the approval of the Court, hereby stipulate and agree as follows:

1) The Hearing on Defendants' Motion to Dismiss the Second Amended Complaint is hereby adjourned;

2) Within ten court days following the completion of mediation, the Parties shall file a joint status report informing the Court of the outcome of the mediation. If the mediation

STIPULATION AND [PROPOSED] ORDER
CASE NO.: 3:23-CV-04332-JSC

is unsuccessful, the parties' joint status report will propose a new date for the hearing on Defendants' motion to dismiss.

3) The parties expressly preserve all other rights, defenses, and arguments.

IT IS SO STIPULATED.

Dated:  June 20, 2025

**POMERANTZ LLP**

/s/ Austin P. Van
Austin P. Van

*Lead Counsel for Lead Plaintiff Daniel Warren & the Proposed Class*

Dated:  June 20, 2025

**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**

/s/ Peter Bradley Morrison
Peter Bradley Morrison (SBN 230148)
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
peter.morrison@skadden.com

Mark R.S. Foster (SBN 223682)
525 University Avenue,
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
mark.foster@skadden.com

*Counsel for Defendants Hawaiian Electric Industries, Inc., Constance H. Lau, Scott W. H. Seu, Gregory C. Hazelton and Paul K. Ito*

Dated:  June 20, 2025

**ALLEN OVERY SHEARMAN STERLING US LLP**


*/s/ Daniel H.R. Laguardia*
Daniel H.R. Laguardia (SBN 314654)
140 New Montgomery Street
San Francisco, CA 94105

Adam S. Hakki (pro hac vice)
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000

*Attorneys for Defendants Hawaiian Electric Company, Inc. and Shelee M. T. Kimura*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Hearing on Motion to Dismiss. Pursuant to Civil Local Rule 5-1(i)(3). I hereby attest that the other signatories have concurred in this filing.

Dated: June 20, 2025

/s/ Austin P. Van
Austin P. Van

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**


Dated: _____, 2025         _____
                                        HONORABLE JACQUELINE SCOTT CORLEY
                                        UNITED STATES DISTRICT COURT JUDGE