**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile:  (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Daniel Warren & the Proposed Class*

*[Counsel for Defendants listed on signature page]*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, and PAUL K. ITO, <br><br> Defendants. | Case No.: 3:23-cv-04332-JSC <br><br> **CLASS ACTION** <br><br> **JOINT NOTICE OF PENDING SETTLEMENT, MOTION FOR STAY AND [PROPOSED] ORDER** <br><br> Hon. Jacqueline Scott Corley |

JOINT NOTICE OF PENDING SETTLEMENT AND MOTION FOR STAY
CASE NO.: 3:23-CV-04332-JSC

**NOTICE OF PENDING SETTLEMENT AND JOINT MOTION FOR STAY**

PLEASE TAKE NOTICE that on November 5, 2025, the Parties signed a binding term sheet to resolve all claims in this action following their mediation efforts.  Pursuant to the parties' term sheet, they have agreed to endeavor in good faith to draft, finalize, and execute a definitive stipulation of settlement ("Stipulation of Settlement") within forty-five calendar days of the term sheet's execution, and that Plaintiffs shall file a motion for preliminary approval of the Stipulation of Settlement within five calendar days thereafter.  Pursuant to those terms, Plaintiffs anticipate filing a motion for preliminary approval of the anticipated Stipulation of Settlement by December 26, 2025.

To facilitate such efforts and in the interests of conserving party and judicial resources, the Parties respectfully request that the Court stay all deadlines, discovery, pretrial and trial dates in this matter, except for those relating to the settlement of this action.

Respectfully submitted,

DATED:  November 7, 2025

**POMERANTZ LLP**

/s/ Austin P. Van
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
avan@pomlaw.com

*Lead Counsel for Lead Plaintiff Daniel Warren &
the Proposed Class*

DATED:  November 7, 2025

**SKADDEN ARPS SLATE MEAGHER &
FLOM LLP**

/s/ Mark R.S. Foster
Mark R.S. Foster
525 University Avenue,
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
mark.foster@skadden.com

Peter Bradley Morrison
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
peter.morrison@skadden.com

*Counsel for Defendants Hawaiian Electric
Industries, Inc., Constance H. Lau, Scott W. H.
Seu, Gregory C. Hazelton and Paul K. Ito*

DATED:  November 7, 2025

**ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Daniel H.R. Laguardia*
Daniel H.R. Laguardia
140 New Montgomery Street
San Francisco, CA 94105

Adam S. Hakki (pro hac vice)
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000

*Attorneys for Defendants Hawaiian Electric Company, Inc. and Shelee M. T. Kimura*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**


Dated: <u>November 7</u>         , 2025        _____

HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE