**POMERANTZ LLP**
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, PAUL K. ITO, and SHELEE KIMURA, <br><br> Defendants. | CASE NO.  3:23-cv-04332-JSC <br><br> **DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**I, AUSTIN P. VAN, DECLARE:**

I am a Partner to the firm of Pomerantz LLP and Lead Counsel in the above-referenced action. I am admitted to practice in and before the courts of the State of New York, the Southern District of New York, Eastern District of New York, District of New Jersey, Northern District of Illinois, Southern District of Texas, First Circuit Court of Appeals and Second Circuit Court of Appeals and I have been admitted *pro hac vice* in this matter. I have personal knowledge of the matters stated herein and if called as a witness, could and would testify competently thereto.

1.     Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement dated January 5, 2026 (the "Stipulation").

2.     Attached hereto as Exhibit A to the Stipulation is the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Proposed Preliminary Approval Order").

3.     Attached hereto as Exhibit A-1 to the Proposed Preliminary Approval Order is the Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing; and Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice").

4.     Attached hereto as Exhibit A-2 to the Proposed Preliminary Approval Order is the Proof of Claim Form ("Proof of Claim").

5.     Attached hereto as Exhibit A-3 to the Proposed Preliminary Approval Order is the Summary Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Heading; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Summary Notice").

6.     Attached hereto as Exhibit B to the Stipulation is the [Proposed] Final Judgment Approving Class Action Settlement ("Judgment").

7.     Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Lance Cavallo Regarding Notice and Administration ("Cavallo Decl.").

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, and that I executed this declaration in New York, New York on January 5, 2026.

2

By: */s/ Austin P. Van*

Austin P. Van

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: */s/ Austin P. Van*

Austin P. Van