**POMERANTZ LLP**
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAPINDERPAL S. BHANGAL, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>HAWAIIAN ELECTRIC INDUSTRIES, INC., HAWAIIAN ELECTRIC COMPANY, INC., CONSTANCE H. LAU, SCOTT W. H. SEU, GREGORY C. HAZELTON, PAUL K. ITO, and SHELEE KIMURA,<br><br>                    Defendants. | CASE NO.  3:23-cv-04332-JSC<br><br>**SUPPLEMENTAL DECLARATION OF AUSTIN P. VAN IN FURTHER SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**<u>CLASS ACTION</u>** |

I, Austin P. Van, declare:

1.      I am a Partner in the firm of Pomerantz LLP, Lead Counsel in the above-captioned Action.  I am admitted to practice in and before the courts of the State of New York, the Southern District of New York, Eastern District of New York, District of New Jersey, Northern District of Illinois, Southern District of Texas, the First, Second, Seventh and Ninth Circuit Courts of Appeals and the United States Supreme Court, and I have been admitted pro hac vice in this matter.  I have personal knowledge of the matters stated in this declaration and if called as a witness, could and would testify competently about them.

2.      I respectfully submit this supplemental Declaration in further support of Plaintiffs' Motion for Preliminary Approval of the proposed Class Action Settlement ("Preliminary Approval Motion") reached in this Action, and specifically to address issues raised by the Court during the Settlement preliminary approval hearing held on February 26, 2026 and to address the Court's request for an accordingly revised Notice.

3.      In accordance with guidance from the Court at the Settlement preliminary approval hearing, only Lead Plaintiff Daniel Warren ("Lead Plaintiff") is proposed as Settlement Class Representative.  Plaintiffs' Counsel intend to apply for a compensatory award only for Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(4), for costs and expenses (including lost wages) incurred due to his representation of the Settlement Class, in an amount not to exceed $10,000.  Documents submitted in support of the Preliminary Approval Motion have been revised accordingly and are attached to this Declaration as follows.

4.      Attached as Exhibit 1 is a true and correct copy of a redlined version of the revised [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Proposed Preliminary Approval Order").

5.      Attached as Exhibit 2 is a true and correct copy of a clean version of the revised Proposed Preliminary Approval Order.

6.      Attached as Exhibit 3 hereto is a true and correct copy of a redlined version of the revised Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing;

DECLARATION OF AUSTIN P. VAN (CASE NO. 3:23-cv-04332-JSC)

and Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"), which is attached as Exhibit A-1 to the Proposed Preliminary Approval Order.

7. Attached as Exhibit 4 is a true and correct copy of a clean version of the revised Notice.

8. Attached as Exhibit 5 is a true and correct copy of a redlined version of the revised Summary Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Heading; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Summary Notice"), which is attached as Exhibit A-3 to the Proposed Preliminary Approval Order.

9. Attached as Exhibit 6 is a true and correct copy of a clean version of the revised Summary Notice.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 27th day of February 2026, in New York, New York.

POMERANTZ LLP

By: /s/ *Austin P. Van*
Austin P. Van

- 2 -

DECLARATION OF AUSTIN P. VAN (CASE NO. 3:23-cv-04332-JSC)

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Austin P. Van*
Austin P. Van

- 3 -

DECLARATION OF AUSTIN P. VAN (CASE NO. 3:23-cv-04332-JSC)